**JUDGE LEE**

**15CR 515**

**MAGISTRATE JUDGE GILBERT**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS



**FELONY**

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? **NO**

   1b. Should this indictment or information receive a new case number from the court? **YES**

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations? **NO**

3) Is this a re-filing of a previously dismissed indictment or information? **NO**

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? **NO**

5) Is this a transfer of probation supervision from another district to this District? **NO**

6) What level of offense is this indictment or information? **FELONY**

7) Does this indictment or information involve eight or more defendants? **NO**

8) Does this indictment or information include a conspiracy count? **NO**

9) Identify the type of offense that describes the count, other than any conspiracy count, with the most severe penalty: **OTHER FRAUD (III)**

10) List the statute of each of the offenses charged in the indictment or information.

18 U.S.C. §§ 1341 and 1343

_____
Erik Hogstrom
Assistant United States Attorney

**FILED**

**AUG 20 2015**

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT