Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other than Assigned Judge | Mary M. Rowland |
|---|---|---|---|
| **CASE NUMBER** | 13-GJ-00411 | **DATE** | AUGUST 20, 2015 |
| **CASE TITLE** | U.S. v ALBERT ROSSINI, ET AL | | **15 CR 515** |

**UNDER SEAL**

DOCKET ENTRY TEXT

**Grand Jury Proceeding**     JUDGE LEE
MAGISTRATE JUDGE GILBERT

The Grand Jury for SPECIAL FEBRUARY 2014 the Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge _Mary M Rowland_

TO ISSUE BENCH WARRANTS. THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANTS DETAINED WITHOUT BOND PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3142.

THE DISTRICT COURT CLERK'S OFFICE IS DIRECTED TO DISCLOSE TO THE ASSISTANT U.S. ATTORNEY ASSIGNED TO THIS CASE FOR THE GOVERNMENT, THE NAME OF THE JUDGE, MAGISTRATE JUDGE, AND THE DOCKET NUMBER ASSIGNED TO THIS CASE, IN ORDER TO EXPEDITE ARRAIGNMENT OF THE ARRESTED DEFENDANTS. THIS INFORMATION IS TO REMAIN SEALED UNTIL THE ARREST OF ALL DEFENDANTS, OR BY FURTHER ORDER OF THE COURT.

**DO NOT SEAL ARREST WARRANTS.**

**RECEIVED**

AUG 2 0 2015

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
or MAGISTRATE JUDGE                        UNDER SEAL)

Courtroom Deputy Initials: MB

4 Bench warrants
issued on 8-21-2015
by YAP to
U.S. Marshal service

Page 1 of 1