IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| USA,<br><br>Plaintiff,<br><br>v.<br><br>Albert Rossini,<br><br>Defendant, | Case No. 15cr515-1<br>Judge Mary M. Rowland |

**ORDER**

Arraignment hearing held on 8/25/15. Defendant was informed of his rights. Defendant appeared in response to his arrest on 8/25/15. Attorney Glenn Seiden appeared as counsel for Defendant. Defendant waived a formal reading of the Indictment and entered a plea of not guilty to each charge and all counts of the Indictment in which he is named. The Government's request for an extension of time to submit discovery is granted. The Court sets the following schedule: Rule 16.1(a) conference shall be conducted on or before 9/22/15. Pretrial motions shall be filed on or before 9/29/15. Responses by 10/6/15. Status hearing before Judge Lee is set for 10/13/15 at 9:30 a.m. On the Government's oral motion and Defendant not objecting, the Court finds that the time until the next status hearing before the District Judge shall be excluded pursuant to 18:3161(h)(7)(A) to allow defense counsel an opportunity to investigate, consider and prepare possible pretrial motions, and for the government to consider the appropriate response. The Government orally moved to detain the Defendant as a risk of flight and danger to community. Detention hearing set for 8/27/15 at 1:00 p.m. in courtroom 1743 before Magistrate Judge Gilbert. Over the Government's objection, Defendant is released pending the detention hearing. Enter Order Setting Conditions of Release. The Defendant signed a $10,000 unsecured bond in open court. Defendant is ordered to report to Pretrial Services on 8/26/15 at 9:00 a.m. to be placed on location monitoring pending the detention hearing. The Defendant shall be released after processing. On the Government's oral motion, case ordered unsealed.
Arraignment: 00:15

Date: 8/25/15                                    /s/ Magistrate Judge Mary M. Rowland