# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form
### (Amended)

Case Title:
UNITED STATES OF AMERICA
v.
ALBERT ROSSINI, et al.

Case Number: 1:15-cr-00515-1

An appearance is hereby filed by the undersigned as attorney for:
DEFENDANT - ALBERT ROSSINI

Attorney name (type or print): THEODORE P. NETZKY

Firm: SEIDEN NETZKY LAW GROUP, LLC

Street address: 115 SOUTH LASALLE STREET, SUITE 2600

City/State/Zip: CHICAGO, ILLINOIS 60603

Bar ID Number: 2038544
(See item 3 in instructions)

Telephone Number: 312.236.3060

Email Address: TNETZKY@SNLGLLC.COM

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☒ |
| Are you acting as local counsel in this case? | ☐ | ☒ |
| Are you a member of the court's trial bar? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☒ |

If this is a criminal case, check your status.

☒ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 08/27/2015

Attorney signature: S/ THEODORE P. NETZKY

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015