AO 109 (Rev 12/09) Warrant to Seize Property Subject to Forfeiture     SAUSA William P. Novak (312) 697-4073

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Matter of the Seizure of:

Certificate of Deposit no. 16463, issued by Austin Bank in Chicago, Illinois, on or about January 16, 2014, in the amount of $250,000

**WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE**

Case Number:  15 CR 515

To: Lyle Evans and any authorized law enforcement officer:

who has reason to believe that in the Northern District of Illinois there is now certain property which is subject to forfeiture to the United States, namely (describe the property to be seized)

**Certificate of Deposit no. 16463, issued by Austin Bank in Chicago, Illinois, on or about January 16, 2014, in the amount of $250,000**

which is subject to forfeiture under Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), and subject to seizure pursuant to Title 18, United States Code, Section 981(b), and Title 21, United States Code, Sections 853(e) and (f), concerning violations of Title 18, United States Code, Sections 1341 and 1343.

I am satisfied that the indictment establishes probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant, and that an order under 21 U.S.C. § 853(e) may not be sufficient to assure the availability of the property for forfeiture.

YOU ARE HEREBY COMMANDED to execute this warrant and seize the property specified on or before September 4, 2015 (*not to exceed 14 days*), serving this warrant and making the seizure (in the daytime – 6:00 A.M. to 10:00 P.M.), leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to the United States District Mary M. Rowland as required by law.

August 25, 2015                    at              Chicago, Illinois
Date and Time of Issuance                         City and State

                                                  *Mary M. Rowland* (signature)

Mary M. Rowland, U.S. Magistrate Judge
Name & Title of Judicial Officer                  Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| | | |

| INVENTORY MADE IN THE PRESENCE OF |
|---|
| |

| INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT |
|---|
| |

## CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant

_____

Subscribed, sworn to, and returned before me this date.

_____           _____
U.S. JUDGE OR MAGISTRATE                                                      DATE