UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 15 CR 515 |
| | ) | |
| ALBERT ROSSINI, *et al.* | ) | Honorable John Z. Lee |
| | ) | |

**<u>APPEARANCE OF COUNSEL</u>**

Please take notice that the Special Assistant United States Attorney William Novak has

been assigned to this case.

Respectfully submitted,

ZACHARY T. FARDON
United States Attorney

By:     s/ William Novak
        WILLIAM NOVAK
        Special Assistant United States Attorney
        219 S. Dearborn Street, 5th Fl.
        Chicago, IL 60604
        (312) 697-4073