## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

USA,

Plaintiff,

v.

Albert Rossini,

Defendant,

Case No.  15cr00515-1
Judge  Jeffrey T. Gilbert

## ORDER

Detention hearing held on 8/27/15 and continued to 9/3/15 at 2:00 p.m. in courtroom 1386. The Government renewed its motion to detain Defendant as a danger to community and risk of flight. For the reasons stated on the record, the Government's motion is denied.  The Court finds that conditions can be imposed that will reasonably assure the Court that Defendant will continue to appear in response to the charges in this case and mitigate any danger to any person or the community. The Order Setting Conditions of Release is modified as follows: Defendant is placed on home incarceration except, with permission of Pretrial Services, he can leave his residence for a 12-hour period on Saturday, August 29, 2015, to move work materials and property to his home office. The limit on financial transactions is increased to $500 per transaction, excluding payment of attorney's fees for this case, rent for home/ business location, medication, and as otherwise approved by the Court. The Government will provide Defendant a list of individuals, alleged victims and witnesses, with whom Defendant shall avoid direct or indirect contact. At the continued detention hearing, the Court intends to address whether a dollar limit on financial transactions is a necessary and reasonable condition of release in this case, and the parties should be prepared to address possible alternatives to the dollar limit on financial transactions.  The Court also is continuing to consider the amount of bond that will be required in this case and whether that bond should be secured or unsecured in whole or in part.
Detention hearing: 01:00

Date: 8/27/15

Magistrate Judge Jeffrey T. Gilbert

Rev. 10/2013