UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

UNITED STATES OF AMERICA
                              Plaintiff,

v.                                              Case No.: 1:15−cr−00515
                                                Honorable John Z. Lee

Albert Rossini, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, September 3, 2015:

   MINUTE entry before the Honorable Jeffrey T. Gilbert as to Albert Rossini: Continued detention hearing held on 9/3/15. For the reasons discussed on the record, the Court modified Mr. Rossini's conditions of release. Counsel shall confer with each other and with Pretrial Services and submit language for an order modifying the certain conditions of release. Until an order is entered modifying the conditions of release, the existing conditions shall remain in effect, except for the limit on financial transactions. Although the Court stated on the record it would allow Mr. Rossini to meet with his lawyers in both criminal and civil cases outside of his residence, upon further reflection, the Court will permit Mr. Rossini to meet only with his criminal defense lawyers in this case and his state court case(s) outside of his residence. If there is a particular civil case or cases that require Mr. Rossini to meet with his counsel outside of his residence, he should file a motion describing that need with more particularity. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.