# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **15 cr 515-1** |
| v. ) | |
| ) | **Judge John Z. Lee** |
| **ALBERT ROSSINI et al.** ) | **Magistrate Judge Jeffrey T. Gilbert** |
| ) | |
| **Defendants.** ) | |

## NOTICE OF EMERGENCY MOTION

To:     Attorneys of Record

PLEASE TAKE NOTICE THAT on Wednesday, September 9, 2015 at 3p.m. or as soon thereafter as counsel may be heard, we shall appear before The Honorable Judge Jeffrey T. Gilbert, or any judge sitting in his stead, in Courtroom 1386, Everett McKinley Dirksen United States Courthouse, and we will then and there present ***Defendant Rossini's Emergency Motion to Modify and/or Clarify Ruling on Detention Hearing, and to Travel Outside His Residence for Specific Purpose.***

Glenn Seiden
Brooke L. Lewis
SEIDEN NETZKY LAW GROUP, LLC
Attorneys for Albert Rossini
115 S. LaSalle Street-Suite 2600
Chicago, Illinois 60603
Telephone No. 312-236-3060

### *Certificate of Service*

I, Brooke L. Lewis, an attorney, do hereby certify under penalties of law that in accordance with Fed.R.Civ.P.5 and the General Order on Electronic Case Filing (ECF), I caused a copy of the above-titled motion to be served upon the all the named attorneys of record by CM/ECF filing methods on this the September 8, 2015.

//s// Brooke L. Lewis
Brooke L. Lewis
