IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| USA, | |
| Plaintiff(s), | |
| v. | Case No. 15-cr-00515-1<br>Judge Jeffrey T. Gilbert |
| Albert Rossini, | |
| Defendant(s). | |

## ORDER

Albert Rossini's Emergency Motion to Modify and/or Clarify Ruling on Detention Hearing and to Travel Outside His Residence For Specific Purpose [55] is granted. The motion hearing noticed for 9/9/15 at 3:00 p.m. is stricken with no appearance necessary. See Statement for further details.

## STATEMENT

Defendant Albert Rossini's Emergency Motion to Modify and/or Clarify Ruling on Detention Hearing and to Travel Outside His Residence For Specific Purpose [ECF 55] is granted. The Amended Order Setting Conditions of Release entered on August 27, 2015 [ECF 42] is further amended and clarified to provide as follows:

   1. Mr. Rossini is permitted to attend Rosh Hashanah and Yom Kippur services of Congregation Sukkat Shalom at the locations, and on the dates and at the times stated in paragraph 5 of his Motion [55].

   2. Paragraph 7(s) of the Amended Order Setting Conditions of Release [42] already allows Mr. Rossini to attend hearings in the Circuit Court of Cook County for pending cases without distinction between criminal and civil cases. To the extent the Amended Order is unclear, however, the Court clarifies that Order to permit Mr. Rossini to attend scheduled criminal and civil court hearings in cases pending in the Circuit Court of Cook County in which he is a party with notice to his Pretrial Services Officer of the date, time and location of such hearings.

   3. For the reasons set forth in Mr. Rossini's Motion, primarily the volume of litigation in which he is involved, the small size of Mr. Rossini's hotel room and the inadequate seating and work space in that small hotel room, the Court reconsiders its sua sponte change of mind reflected in its minute order of September 3, 2015 [ECF 54] that Mr. Rossini must meet in his hotel room with lawyers representing him in civil cases. As the Court originally said, Mr. Rossini

now can meet with his lawyers in ongoing criminal and civil cases at their law offices with notice to his Pretrial Services Officer as to the date, time and location of such meetings.

    It is so ordered.

Date: 9/9/2015

_____
Magistrate Judge Jeffrey T. Gilbert