# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

UNITED STATES OF AMERICA

                             Plaintiff,

v.                                                Case No.: 1:15−cr−00515

                                                  Honorable John Z. Lee

Albert Rossini, et al.

                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 17, 2015:

       MINUTE entry before the Honorable Jeffrey T. Gilbert as to Albert Rossini: This matter is set for a status hearing on 9/29/15 at 9:00 a.m. On 9/3/15 [54], the Court ordered the parties to confer and submit proposed language for any financial conditions to be imposed on Mr. Rossini as a condition of his release. The parties did not submit proposed language. The parties shall meet and confer and submit either a joint proposal, or if they can not agree, separate proposals by noon on 9/25/15. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.