UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALBERT ROSSINI, et al. | No. 15 CR 515<br><br>Judge John Z. Lee |

**MOTION FOR ENTRY OF
PROTECTIVE ORDER GOVERNING DISCOVERY**

Pursuant to Fed. R. Crim. P. 16(d) and 18 U.S.C. § 3771(a), the United States of America, by ZACHARY T. FARDON, United States Attorney for the Northern District of Illinois, moves for the entry of a protective order, and in support thereof states as follows:

1. The indictment in this case charges defendants with wire fraud, in violation of Title 18, United States Code, Section 1343 (Counts 1-3, 6, 8-13); and mail fraud, in violation of Title 18, United States Code, Section 1341 (Counts 4-5, 7).

2. The discovery to be provided by the government in this case includes sensitive information, whose unrestricted dissemination could adversely affect law enforcement interests and the privacy interests of third parties.

3. Counsel for the government has spoken to counsel for defendant Rossini, who has indicated that defendant Rossini objects to the entry of the proposed protective order, which is attached as Exhibit 1. It is the government's position that the proposed protective order balances the need to protect sensitive

information with the defendants' right to the limited use of this information in defense of other cases involving the defendants.

    4.    Counsel for the government has spoken to counsel for defendant Babajan Khoshabe, who has indicated that he does not object to the entry of the protective order. Counsel for the government has been unable to speak to counsel for either defendant Murphy or defendant Anthony Khoshabe.

    WHEREFORE, the government respectfully moves this Court to enter the proposed protective order.

    Respectfully submitted,

    ZACHARY T. FARDON
    United States Attorney

By:    /s/ *William Novak*
    WILLIAM NOVAK
    Special Assistant U.S. Attorney
    219 South Dearborn St., Rm. 500
    Chicago, Illinois 60604
    (312) 697-4073

Dated: September 21, 2015