UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.  15 CR 515 |
| | ) | Hon. John Z. Lee |
| ALBERT ROSSINI, *et. al.* | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on September 24, 2015, at 9:30 a.m., or as soon thereafter as counsel may be heard, I will appear before the Honorable John Z. Lee in the courtroom usually occupied by him in the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and there present: **GOVERNMENT'S MOTION FOR ENTRY OF A PROTECTIVE ORDER GOVERNING DISCOVERY** in the above-captioned case, at which time and place you may appear if you see fit.

By: */s/ William Novak*
WILLIAM NOVAK
Special Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-4095

Dated: September 21, 2015