# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 15 cr 515-1 |
| v. | ) | |
| | ) | Judge John Z. Lee |
| ALBERT ROSSINI et al. | ) | Magistrate Judge Jeffrey T. Gilbert |
| | ) | |
| Defendants. | ) | |

## ROSSINI'S UNOPPOSED MOTION FOR EXTENSION OF PRETRIAL MOTION SCHEDULE

NOW COMES Defendant, ALBERT ROSSINI ("Rossini"), by and through his attorneys, SEIDEN NETZKY LAW GROUP, LLC, and respectfully requests that this Court enter an order extending the Pretrial Motion deadline until December 4, 2015. In support thereof, Rossini states as follows:

1.      On August 20, 2015, an Indictment was filed in this cause wherein Rossini was charged with eleven counts of wire fraud under 18 USC §1343 and three counts of mail fraud under 18 USC §1341.

2.      On August 25, 2015, this Court held Rossini's arraignment hearing and set a Pretrial Motion deadline of September 29, 2015.

3.      However, at any time before trial, the Court may extend or reset the deadline for Pretrial Motions. FED. R. CRIM. PRO. 12(c)(2).

4.      The Government in this cause has extensive discovery that has not yet been distributed to Defendants. While Rossini expects that the dispute over the wording and extent of the proposed protective order shall be resolved by the Court on or shortly after September 29, 2015, the voluminous amount of discovery will take significant time to sift through and review.

1

5.      Due to the document heavy nature of the case, and the quantity of documents to review, significant additional investigation and research is required in order to make a final determination of the merits of any potential pretrial motions.

6.      Counsel for Rossini has contacted Assistant United States William Novak, who advises that the Government does not oppose the granting of this motion.

7.      Rossini, through counsel, submits that the ends of justice would be served by granting this extension, and that those ends outweigh the interest of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by granting this request should be excluded in computing the time within which the trial in this case should commence. 18 U.S.C. §§ 3161(h)(1)(D) and (h)(7)(B)(2).

8.      For all these reasons, the defendant requests that the deadline for filing pretrial motions in this case be extended until December 4, 2015.

WHEREFORE, Defendant, ALBERT ROSSINI, respectfully requests that this Court enter an extending the Pretrial Motion deadline until December 4, 2015, and for any and such additional relief as this Court deems fair and just.

Dated:  September 24, 2015                           Respectfully submitted,

                                                     /s/ Brooke L. Lewis
                                                     Brooke L. Lewis #6245195
                                                     Glenn Seiden 2543761
                                                     SEIDEN NETZKY LAW GROUP, LLC
                                                     Attorneys for Albert Rossini
                                                     115 South LaSalle Street, Suite 2600
                                                     Chicago, IL  60603
                                                     312.236.3060

2