UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALBERT ROSSINI | No. 15 CR 515<br><br>Judge Jeffrey T. Gilbert |

**GOVERNMENT'S PROPOSED ADDITIONAL CONDITIONS OF RELEASE**

Pursuant to this Court's September 17, 2015 order (Dkt. No. 59), the United States of America submits the following proposed additional conditions of release for defendant Rossini:

1. Rossini shall not act in a fiduciary capacity in any financial transactions.

2. Rossini shall not engage, directly or indirectly, in the sale or resale of mortgage notes or any other mortgage related instruments.

3. Rossini shall not engage, directly or indirectly, in the sale or resale of real estate.

1

Counsel for the government has spoken with counsel for defense and they have no objection to proposed condition 1. Counsel for defense objects to proposed conditions 2 and 3.

It is the government's position that proposed conditions 2 and 3 are necessary to ensure the safety of the community during defendant's release. As this Court is aware, the indictment charges the defendant, and his co-defendants, with fraudulently selling mortgage notes and other real estate interests to victim investors and converting the victims' money to his own, and his co-defendants', use. Dkt. No. 1. It is the government's position that conditions 2 and 3 will prevent the defendant from engaging in the same conduct while on pretrial release.

WHEREFORE, the government respectfully moves this Court to enter the proposed conditions of release.

                            Respectfully submitted,

                            ZACHARY T. FARDON
                            United States Attorney

By:   /s/ *William Novak*
       WILLIAM NOVAK
       Special Assistant U.S. Attorney
       ERIK HOGSTROM
       Assistant U.S. Attorney
       219 South Dearborn St., Rm. 500
       Chicago, Illinois 60604
       (312) 697-4073

Dated: September 25, 2015

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing was served on September 25, 2015 in accordance with Fed.R.Crim.P. 49, Fed.R.Civ.P. 5, L.R. 5.5, and the General Order on Electronic Case Filing ("ECF") pursuant to the district court's system as to ECF filers.

                                        */s/ William Novak*
                                        WILLIAM NOVAK
                                        Special Assistant U.S. Attorney
                                        219 South Dearborn Street, 5th Floor
                                        Chicago, Illinois 60604
                                        Phone: (312) 697-4073