# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 15 cr 515-1 |
| v. ) | |
| ) | Judge John Z. Lee |
| ALBERT ROSSINI et al. ) | Magistrate Judge Jeffrey T. Gilbert |
| ) | |
| Defendants. ) | |

### ROSSINI'S PROPOSED ADDITIONAL CONDITIONS OF RELEASE

NOW COMES Defendant, ALBERT ROSSINI ("Rossini"), by and through his attorneys, SEIDEN NETZKY LAW GROUP, LLC, consistent with this Court's Order of September 17, 2015, and respectfully submits the following proposed additional conditions of his release and responses to the Government's additional proposed conditions of release. In support thereof, Rossini states as follows:

1. Defendants have no objection to the Government's proposed condition that Rossini shall not act in a fiduciary capacity in any financial transactions.

2. However, Rossini's legitimate business is in the purchase and sale of real estate. As discussed with the Court on at least one of the previous dates, Rossini ought be able to continue his business so long as no monies belonging to other individuals are held by Rossini. Rossini therefore suggests that the remaining proposed conditions be modified such that while Rossini shall not handle mortgage note or real estate transactions directly, he may do so indirectly, through counsel, so long as any monies belonging to other individuals or businesses are held in escrow by Chicago Title or another title company, and not by Rossini.

3. Such a modification will protect the public interest and ensure the safety of the community while not unduly restricting Rossini's ability to do business and support his family while on release.

WHEREFORE, Defendant, ALBERT ROSSINI, respectfully requests that this Court enter his proposed additional conditions of release.

Dated: September 25, 2015

Respectfully submitted,

/s/ Brooke L. Lewis
Brooke L. Lewis #6245195
Glenn Seiden 2543761
SEIDEN NETZKY LAW GROUP, LLC
Attorneys for Albert Rossini
115 South LaSalle Street, Suite 2600
Chicago, IL 60603
312.236.3060

### Certificate of Service

I, Brooke L. Lewis, an attorney, do hereby certify under penalties of law that in accordance with Fed.R.Civ.P.5 and the General Order on Electronic Case Filing (ECF), I caused the above document to be served upon the all the named attorneys of record by CM/ECF filing methods on this the September 25, 2015.

//s// Brooke L. Lewis
Brooke L. Lewis