IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| | ) | Case No: 15-cr-515-1 |
| v. | ) | |
| | ) | Judge: John Z. Lee |
| | ) | |
| Albert Rossini | ) | |

## ORDER

Motion hearing held on 9/29/15. The government reports that they will turn over discovery to the defense counsel by the end of the day tomorrow. The government's motion for protective order governing discovery [60] is granted. Rossini's unopposed motion for extension of pretrial motion schedule [69] is granted. Pretrial motions are due by 12/4/15. The status hearing set for 10/13/15 is reset to 12/9/15 at 9:30 a.m. The government's oral motion to exclude time is granted without objection. Time is excluded from 9/29/15 through 12/9/15 in the interest of justice pursuant to 18 U.S.C. 3161(h)(7)(A)-(B) for the complexity of the case, to allow time to review the discovery, and for the filing of pretrial motions.

_____
John Z. Lee
9/29/15                U.S. District Court Judge

.15