## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                                                Case No.: 1:15−cr−00515

                                                               Honorable John Z. Lee

Albert Rossini, et al.

                              Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, September 29, 2015:

      MINUTE entry before the Honorable Jeffrey T. Gilbert as to Albert Rossini: Status hearing held on 9/29/15 and continued to 10/7/15 at 2:00 p.m. Mr. Rossini's Conditions of Release are modified as follows: Mr. Rossini shall not act in a fiduciary capacity in any financial transactions. Mr. Rosini shall not directly or indirectly solicit money from individual investors, nonprofit investors, family trusts or closely held corporations with less than 5 shareholders. With respect to existing properties or investments in property that predate this indictment, Mr. Rossini shall seek Court approval before any additional monies are solicited for or invested in those properties or transactions or the properties are sold or otherwise defeased. Defendant is placed on home detention to be supervised by Pretrial Services and with permission to go to the gym or other work out facility and to look for an apartment or house. Mailed notice (ber, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.