# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: USA v. Rossini, et al.  Case Number: 15-cr-00515

An appearance is hereby filed by the undersigned as attorney for:
ABC Bank f/k/a Austin Bank of Chicago

Attorney name (type or print): David T. Arena

Firm: DiMonte & Lizak, LLC

Street address: 216 W. Higgins Rd

City/State/Zip: Park Ridge, IL 60068

Bar ID Number: 6236636
(See item 3 in instructions)

Telephone Number: 847-698-9600

Email Address: darena@dimontelaw.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ | |
| Are you acting as local counsel in this case? | | ✓ |
| Are you a member of the court's trial bar? | | ✓ |
| If this case reaches trial, will you act as the trial attorney? | | ✓ |

If this is a criminal case, check your status.
[✓] Retained Counsel
[ ] Appointed Counsel
   If appointed counsel, are you
   [ ] Federal Defender
   [ ] CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on October 1, 2015

Attorney signature: S/ David T. Arena
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015