IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| USA, ) | |
|     Plaintiff, ) | |
| ) | |
|     v. ) | Case No. 15-cr-00515 |
| ) | |
| Albert Rossini, et al., ) | Hon. John Z. Lee |
|     Defendants. ) | |

NOTICE OF FILING

To:    See attached Service List

    PLEASE TAKE NOTICE that on **October 2, 2015**, there was electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, 219 S. Dearborn Street, Chicago, Illinois, **ABC Bank's Appearance**, a copy of which is hereby served upon you.

    /s/    <u>David T. Arena</u>

David T. Arena, ARDC No. 6236636
DiMonte & Lizak, LLC
216 W. Higgins Rd
Park Ridge, IL 60068
Tel.: 847-698-9600
darena@dimontelaw.com
Firm No. 768

CERTIFICATE OF SERVICE

    I, David T. Arena, an attorney, certify that on **October 2, 2015**, I caused this Notice and the above-mentioned document to be served via the Court's electronic filing system on counsel of record in this case.

    /s/    <u>David T. Arena</u>

SERVICE LIST

Via ECF:

Erik A Hogstrom
erik.hogstrom@usdoj.gov

William Patrick Novak
william.novak@usdoj.gov

Glenn Seiden
gseiden@snlgllc.com

Brooke Laurine Lewis
blewis@snlgllc.com

Theodore P Netzky
tnetzky@snlgllc.com

Allan A. Ackerman
profaaa@aol.com

Thomas Michael Breen
tbreen@defend-chicago.com

Todd S. Pugh
darrow911@me.com

Robert W Stanley
rstanley@breenpughlaw.com

Kevin P. Bolger
Bolgerlaw@aol.com

Lawrence Wolf Levin
lwlwolf@aol.com

Michelle Marie Truesdale
mich7472@aol.com

Ana Luisa Vazquez
aldlaw11@gmail.com