IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| USA, )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>Albert Rossini, et al., )<br>    Defendants. ) | Case No. 15-cr-00515<br><br>Hon. John Z. Lee |

**PETITION OF ABC BANK F/K/A AUSTIN BANK OF CHICAGO
TO ASSERT A LEGAL INTEREST IN A PROPERTY
SUBJECT TO CRIMINAL AND/OR CIVIL FORFEITURE**

The claimant, ABC Bank f/k/a Austin Bank of Chicago ("ABC Bank"), through its attorneys, David T. Arena of DiMonte & Lizak, LLC, files its petition for a hearing to adjudicate the validity of its interest in property subject to forfeiture pursuant to 21 U.S.C. § 853(n), stating as follows:

1. On August 26, 2015, ABC Bank was served with 3 separate warrants to seize property subject to forfeiture issued in the above-captioned case identifying the following property:

    (a) Certificate of Deposit No. 16463 issued by Austin Bank of Chicago, Illinois on or about January 16, 2014, in the amount of $250,000.

    (b) Certificate of Deposit No. 16464 issued by Austin Bank of Chicago, Illinois on or about January 16, 2014, in the amount of $250,000.

    (c) Certificate of Deposit No. 16513 issued by Austin Bank of Chicago, Illinois on or about March 10, 2014, in the amount of $200,000.

2. Upon receipt of the above-referenced warrants, ABC Bank froze the CD accounts referenced at paragraph 2(b) and 2(c) above prohibiting any transactions on the accounts pending further order of court.

3. In regards to CD No. 16463, a withdrawal occurred on August 18, 2015 in the amount of $249,272.55 bringing the account balance to $0.00 thereby closing the account. (*See* account summary statement attached as Exhibit 'A' to the Affidavit of Frank Giganti attached hereto as **Exhibit 1**.)

4. In regards to CD No. 16464, the principal balance is $228,668.46 plus accrued interest. (*See* account summary statement attached as Exhibit 'B' to the Affidavit of Frank Giganti attached hereto as **Exhibit 1**.)

5. In regards to CD No. 16513, the principal balance is $200,000.00 plus accrued interest. (*See* account summary statement attached as Exhibit 'C' to the Affidavit of Frank Giganti attached hereto as **Exhibit 1**.)

6. On or about May 15, 2014, Babajan Khoshabe and Anthony Khoshabe (Borrowers) executed a promissory note for the benefit of ABC Bank in the amount of $295,000.00. (*See* the Promissory Note dated May 15, 2014 and the renewal Promissory Note dated January 16, 2015, and Change in Terms Agreement dated March 16, 2015 attached as Exhibit 'D' to the Affidavit of Frank Giganti attached hereto as **Exhibit 1**.)

7. Contemporaneous to and in consideration for the disbursement under the May 15, 2014 promissory date, borrowers executed an Assignment of Deposit Account for the benefit of ABC Bank granting ABC Bank a security interest in CD No. 16464 and 16463. (*See* the Assignment of Deposit Account dated May 15, 2014 attached as Exhibit 'E' to the Affidavit of Frank Giganti attached hereto as **Exhibit 1**.) (The Promissory Note and Assignment of Deposit Account dated May 15, 2014 shall be collectively referred to as "Loan No. 22164".)

8. Pursuant to the loan documents for Loan No. 22164, it is an event of default for any governmental agency to try to take any of the property in which ABC Bank has a lien. Upon default, the loan documents grant ABC the right to accelerate the indebtedness and to take directly all funds in the account and apply them to the indebtedness. In addition, the loan documents grant ABC Bank the right to recover its attorney fees and expenses incurred in connection with the enforcement of the agreement. (*See* Exhibits 'D' and 'E' attached to the Affidavit of Frank Giganti attached hereto as **Exhibit 1**.) There is currently a balance due and owing from borrowers to ABC Bank on Loan No. 22164 in the principal amount of $50,000.00 plus accrued interest. (*See* Exhibit 'B' attached to the Affidavit of Frank Giganti attached hereto as **Exhibit 1**.)

9. On or about July 9, 2015, Babajan Khoshabe executed a promissory note for the benefit of ABC Bank in the amount of $40,000.00. (*See* the Promissory Note dated July 9, 2015 attached as Exhibit 'F' to the Affidavit of Frank Giganti attached hereto as **Exhibit 1**.)

10. Contemporaneous to and in consideration for the disbursement under the July 9, 2015 promissory date, borrowers executed an Assignment of Deposit Account for the benefit of ABC Bank granting ABC Bank a security interest in CD No. 16513. (*See* the Assignment of Deposit Account dated July 9, 2015 attached as Exhibit 'G' to the Affidavit of Frank Giganti attached hereto as **Exhibit 1**.) (The Promissory Note and Assignment of Deposit Account dated July 9, 2015 shall be collectively referred to as Loan No. 22447.)

11. Pursuant to the loan documents for Loan No. 22447, it is an event of default for any governmental agency to try to take any of the property in which ABC Bank has a lien. Upon default, the loan documents grant ABC the right to accelerate the indebtedness and to take directly all funds in the account and apply them to the indebtedness. In addition, loan documents grant ABC Bank the

right to recover its attorney fees and expenses incurred in connection with the enforcement of the agreement. (*See* Exhibits 'F' and 'G' attached to the Affidavit of Frank Giganti attached hereto as **Exhibit 1**.) There is currently a balance due and owing from borrowers to ABC Bank on Loan No. 22447 in the principal amount of $40,000.00 plus accrued interest. (*See* Exhibit 'C' attached to the Affidavit of Frank Giganti attached hereto as **Exhibit 1**.)

       12.     At the time of granting Loan No. 22164 and 22447 to the borrowers, ABC Bank was not aware of any conduct by the borrowers which would give rise to forfeiture of the property. Upon receiving the warrants to seize property subject to forfeiture, ABC Bank immediately froze access to the accounts to prevent the property from being used in continuing activity which would subject the property to forfeiture.

       13.     ABC Bank is a bona fide purchaser for value of its interest in the property and at the time of granting Loan No. 22164 and 22447 to the borrowers was reasonably without cause to believe the property was subject to forfeiture.

       Wherefore, the petitioner, ABC Bank f/k/a Austin Bank of Chicago, requests this court enter an order granting ABC Bank the right to offset and apply the balance due on Loan No. 22164, plus reasonable attorney fees and costs, from Certificate of Deposit No. 16464 and to remit the balance of funds held in Certificate of Deposit No. 16464 to the Clerk of Court for further order of court; and for the court to enter an order granting ABC Bank the right to offset and apply the balance due on Loan No. 22447, plus reasonable attorney fees and costs, from Certificate of Deposit No. 16513 and to remit the balance of funds held in Certificate of Deposit No. 16513 to the Clerk of Court for further order of court; and for the court to grant it any further relief this court deems just.

                                          Respectfully submitted,
                                          ABC Bank f/k/a Austin Bank of Chicago

                                  /s/     <u>David T. Arena</u>

David T. Arena, ARDC No. 6236636
DiMonte & Lizak, LLC
216 W. Higgins Rd
Park Ridge, IL 60068
Tel.: 847-698-9600
<u>darena@dimontelaw.com</u>
Firm No. 768