**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| | ) | Case No: 15-cr-515-1-2-3-4 |
| v. | ) | |
| | ) | Judge: John Z. Lee |
| | ) | |
| Albert Rossini, Babajan Khoshabe | ) | |
| Anthony Khoshabe, Thomas Murphy | | |

**ORDER**

Motion hearing held on 10/7/15. For the reasons stated on the record, the petition of ABC Bank/Austin Bank to asset as legal interest in a property subject to criminal and /or civil forfeiture [82] is entered and continued. If and when the Court enters an order of preliminary forfeiture, counsel for ABC Bank should renotice the petition for presentment to the Court.

_____
John Z. Lee
10/7/15                     U.S. District Court Judge

.10