# Government Exhibit 2

10/24/2011 12:22   4083    293                SGI                                PAGE 01/02

10/24/2011 07:56   31221431   8              REGUS FAX1                          PAGE 02/08

## GUARANTY AGREEMENT

The undersigned, Albert Rossini ("Rossini"), hereby acknowledges that he has presented to B      B        ("B     ") certain parcels of real property and/or notes and mortgages relating to real property for B      to purchase. With respect to each such parcel of real property and/or notes and mortgages presented, Rossini acknowledges that he has obtained written assignments of the right to acquire each such parcel from the contract purchaser and/or the existing notes and mortgages from the lender and, based upon those written assignments, Rossini has asked B      to advance funds to be used to purchase the property(ies) pursuant to the assignment(s). Rossini further acknowledges that B      has advanced funds on several properties and has agreed that once a property is closed, the title to that property shall be deeded to B      or as B      shall direct, or in the case of the purchase of existing notes and mortgages, Rossini agrees that he will cause the foreclosure process to be completed and thereafter shall have the title to the property deeded to B      or as B      shall direct.

B      agrees that Rossini may use the funds advanced as long as Rossini agrees to pay to B      the monthly equivalent of the rentals for the property on which funds have been advanced up to and including the month of closing and conveyance to B    .

Rossini hereby guarantees to B      that in the event that any one or more of the properties for which B      has advanced funds are not closed and purchased pursuant to the assignment for that property and/or the notes and mortgages are not purchased from the lender that Rossini shall be personally responsible to return any and all sums so advanced by B      for that particular property and shall return such funds within five (5) days after Rossini has determined that no closing will occur pursuant to the assignment.

Dated: October 24, 2011

_____
Albert Rossini

BB     _001-000003

Acknowledged and accepted this
24 day of October, 2011

B̲ḏ̲   ̲B̲.̲
B    B

BBADAL_001-000004