# Government Exhibit 3

**Property Owner:** B— B—

**Address:** 211 N. Kilbourne

**Date Purchased:**

# 2011

| MONTH | RENT REC'D | Transaction # |
|---|---|---|
| January | | |
| February | | |
| March | | |
| April | | |
| May | | |
| June | | |
| July | | |
| August | | |
| September | | |
| October | | |
| November | 3300 | M ck 1401 |
| December | 3300. | M c# 1509. |

BB._001-000015

**Property Owner:** B B

**Address:** 211 N. Kilbourne

**Date Purchased:** 10-31-2011

# 2012

| MONTH | RENT REC'D | Transaction # |
|---|---|---|
| January | 2970. | M# 1516 |
| February | 3300. | RM # 1609 |
| March | 2970. | M# 1627 |
| April | 2970. | M# 1672 |
| May | 2970 | M# 11551 |
| June | 2970. | 9243300407 |
| July | 2970. | ACH 4918146318 |
| August | | |
| September | | |
| October | | |
| November | | |
| December | | |