# Government Exhibit 4

**NOTE PURCHASE AGREEMENT**

211 NORTH KILBOURNE
CHICAGO, IL 60624



Doc#: 1309250091 Fee: $52.00
RHSP Fee:$10.00 Affidavit Fee:
Karen A. Yarbrough
Cook County Recorder of Deeds
Date: 04/02/2013 11:14 AM Pg: 1 of 8

LEGAL DESCRIPTION: LOT 27 AND 28 (EXCEPT THE NORTH 16 FEET THEREOF) IN RESUBDIVISION OF BLOCK 21 (EXCEPT LOT 3 AND EXCEPT THE SOUTH 30 FEET CONVEYED TO CITY FOR WIDENING RANDOLPH STREET) IN WEST CHICAGO LAND COMPANY'S SUBDIVISION OF SOUTH ½ OF SECTION 10, TOWNSHIP 39 NORTH, RANGE 13, EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLOAT THEREOF, RECORDED OCTOBER 1, 1890 AS DOCUMENT NUMBER 134905, IN COOK COUNTY, ILLINOIS.

COMMONLY KNOWN AS:   211 N. Kilbourne Street
                     Chicago, IL 60624

TAX PARCEL NUMBER: 16-10-322-012-0000

PREPARED BY DEVON STREET INVESTMENTS, LTD.
3924 WEST DEVON STREET, LINCOLNWOOD, IL 60712

PREPARED BY: DEVON STREET INVESTMENTS, LTD.
AFTER RECORDATION RETURN TO:

## ASSIGNMENT OF MORTGAGE

LOAN #: 7440456283
FOR VALUE RECEIVED:
ASSIGNOR: DEVON STREET INVESTMENT, LTD.
ASSIGNOR ADDRESS: 3924 WEST DEVON STREET
LINCOLNWOOD, IL. 60712

HEREBY GRANTS, ASSIGNS, AND TRANSFERS TO:

ASSIGNEE: BI   B
ASSIGNEE ADDRESS:

ALL OF ITS RIGHT, TITLE, AND INTEREST UNDER THAT CERTAIN MORTGAGE:

DATED: 12/7/2001
ORIGINAL LOAN AMOUNT: $37,000.00
TRUSTOR/BORROWER: MARY PICKENS AND SAMUEL PICKENS
ORIGINAL MORTGAGEE/BENEFICIARY: GATEWAY FINANCIAL CORPORATION

RECORDED IN THE OFFICIAL REAL PROPERTY RECORDS OF COOK COUNTY, ILLINOIS
RECORDED: 1/2/02 IN BOOK/VOLUME/LIBER: PAGE DOCUMENT: 0020003924
DEVON STREET INVESTMENT, LTD. RECORDING: 1308050029

PROPERTY SUBJECT TO LIEN: 211 NORTH KILBOURNE AVENUE, CHICAGO, ILLINOIS 60624
PIN: 16-10-322-012

TOGETHER WITH THE NOTE OR NOTES THEREIN DESCRIBED OR REFERRED TO, THE MONEY DUE AND TO BECOME DUE THEREON WITH INTEREST, AND ALL RIGHTS ACCRUED OR TO ACCRUE UNDER SAID MORTGAGE.

DATED: April 2, 2013                    DEVON STREET INVESTMENTS, LTD.

*Bert Rossini* (signature)
By: Bert Rossini, President

## NOTE PURCHASE AGREEMENT

211 NORTH KILBOURNE
CHICAGO, IL 60624



Doc#: 1308050029 Fee: $48.00
RHSP Fee:$10.00 Affidavit Fee:
Karen A. Yarbrough
Cook County Recorder of Deeds
Date: 03/21/2013 12:18 PM Pg: 1 of 6

LEGAL DESCRIPTION: LOT 27 AND 28 (EXCEPT THE NORTH 16 FEET THEREOF) IN RESUBDIVISION OF BLOCK 21 (EXCEPT LOT 3 AND EXCEPT THE SOUTH 30 FEET CONVEYED TO CITY FOR WIDENING RANDOLPH STREET) IN WEST CHICAGO LAND COMPANY'S SUBDIVISION OF SOUTH ½ OF SECTION 10, TOWNSHIP 39 NORTH, RANGE 13, EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLOAT THEREOF, RECORDED OCTOBER 1, 1890 AS DOCUMENT NUMBER 134905, IN COOK COUNTY, ILLINOIS.

COMMONLY KNOWN AS:   211 N. Kilbourne Street
Chicago, IL 60624

TAX PARCEL NUMBER: 16-10-322-012-0000



PREPARED BY: VERTICAL MORTGAGE FUND I, LLC
AFTER RECORDATION RETURN TO:

LOAN #: 7440456283
FOR VALUE RECEIVED:
ASSIGNOR:
ASSIGNOR ADDRESS:

ASSIGNMENT OF MORTGAGE

VERTICAL MORTGAGE FUND I, LLC
7700 IRVINE CENTER DRIVE STE 150
IRVINE, CA 92618

HEREBY GRANTS, ASSIGNS, AND TRANSFERS TO:
ASSIGNEE: Devon Street Investments, Ltd
ASSIGNEE ADDRESS:

ALL OF ITS RIGHT, TITLE, AND INTEREST UNDER THAT CERTAIN MORTGAGE:

DATED: 12/7/2001
ORIGINAL LOAN AMOUNT: $37,100.00
TRUSTOR/BORROWER: MARY PICKENS AND SAMUEL PICKENS
ORIGINAL MORTGAGEE/BENEFICIARY: GATEWAY FINANCIAL CORPORATION

RECORDED IN THE OFFICIAL REAL PROPERTY RECORDS OF COOK COUNTY, ILLINOIS
RECORDED: 1/2/02 IN BOOK/VOLUME/LIBER: PAGE: DOCUMENT: 0020003924

PROPERTY SUBJECT TO LIEN: 211 NORTH KILBOURN AVENUE, CHICAGO, IL 60624

PIN: 16-10-322-012    SEE ATTACHED LEGAL DESCRPITION

TOGETHER WITH THE NOTE OR NOTES THEREIN DESCRIBED OR REFERRED TO, THE MONEY DUE AND
TO BECOME DUE THEREON WITH INTEREST, AND ALL RIGHTS ACCRUED OR TO ACCRUE UNDER SAID
MORTGAGE.

DATED: 9-1-2011

VERTICAL MORTGAGE FUND I, LLC

BY: _____
NAME: GUSTAVO A. ALTUZARRA
TITLE: MANAGING MEMBER

State of California }
} ss
County of Orange }

On  9-1-11  before me, Caroline Petraitis, Notary Public, personally appeared Gustavo A. Altuzarra, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

CAROLINE PETRAITIS
COMM. # 1938793
NOTARY PUBLIC-CALIFORNIA
Orange County
My Comm. Exp. July 2, 2015

---

DO NOT GO BELOW THIS LINE

**Exhibit A**

LEGAL DESCRIPTION

The following described property:

Real Estate, situated in the County of Cook, in the State of Illinois, to wit: Lot 27 and 28 (except the North 16 feet thereof) in Resubdivision of Block 21 (except Lot 3 and except the South 30 feet conveyed to City for Widening Randolph Street) in West Chicago Land Company's Subdivision of South 1/2 of Section 10, Township 39 North, Range 13, East of the Third Principal Meridian, according to the Plat thereof, recorded October 1, 1890 as Document Number 134905, in Cook County, Illinois.

Assessor's Parcel No: 16-10-322-012-0000

Loan Number: 7433593308
Note Date: 12/7/2001
Originator: GATEWAY FINANCIAL CORPORATION
Borrower: MARY PICKENS
Note Amt: $37,100.00

### Note Allonge

For purpose of endorsement of the attached Note, this allonge is affixed and becomes a permanent part of said Note.

Pay to the order of:

*Devon Street Investments, Ltd*

Vertical Mortgage Fund I, LLC

By: _____

Name: Gustavo A. Altuzarra

Title: Managing Member

Loan Number: 7433593308
Note Date: 12/7/2001
Originator: GATEWAY FINANCIAL CORPORATION
Borrower: MARY PICKENS
Note Amt: $37,100.00

## Note Allonge

For purpose of endorsement of the attached Note, this allonge is affixed and becomes a permanent part of said Note.

Pay to the order of:

*Devon Street Investments, Ltd*

Vertical Mortgage Fund I, LLC

By: _____

Name: Gustavo A. Altuzarra

Title: Managing Member