# Government Exhibit 6



023809242

Pay to the Order Of
REPUBLIC BANK
AUG 26 2015
For Deposit Only
Peterson-Cicero Currency Ex., Inc.
9572000781