# Government Exhibit 7











