# Government Exhibit 8

## Novak, William (USAILN)

| | |
|---|---|
| **From:** | Blau, Jody (CG) (FBI) <​​​​​​​​​​​​​​​​​​​​​​​​> |
| **Sent:** | Friday, October 16, 2015 4:45 PM |
| **To:** | Hogstrom, Erik (USAILN); Novak, William (USAILN) |
| **Subject:** | Fwd: Properties we can buy and sell |

Jody Blau
Special Agent
Federal Bureau of Investigation

-------- Original message --------
From: Mark Werley <mw​​​​​​​​​​​​​​​​​​​​​​​​​​​​​​om>
Date: 10/16/2015 2:29 PM (GMT-06:00)
To: "Blau, Jody (CG) (FBI)"
Subject: Fwd: Properties we can buy and sell

Sent from my iPhone

Begin forwarded message:

> **Resent-From:** <mwer​​​​​​​​​​​​​​​​​​​​​​com>
> **From:** bertrossini4@aol.com
> **Date:** October 16, 2015 at 2:02:34 PM CDT

1

**To:** mw
**Subject: Fwd: Properties we can buy and sell**

| | | |
|---|---|---|
| 1945 N Harding, Chicago, IL 60647 | 13-35-308-004 | 3 unit brick |
| 3244 N Hamlin, Chicago, IL 60618 | 13-23-328-008 | 2 unit brick |
| 3045 N Avers, Chicago, IL 60645 | 13-26-110-016 | 2 unit frame |
| 4615 N Harding, Chicago, IL 60625 | 13-14-108-017 | single family frame |
| 4517 N Karlov, Chicago, IL 60630 | 13-15-230-013 | single family frame |
| 5023 W Agatite, Chicago, IL 60630 | 13-16-226-011 | 2 unit brick |
| 2928 N Fairfield, Chicago, IL 60647 | 13-25-215-025 | 2 unit frame |
| 1729 N Whipple, Chicago, IL 60647 | 13-26-319-012 | 2 unit frame |

Please review