# Government Exhibit 9

**Novak, William (USAILN)**

| | |
|---|---|
| **From:** | Blau, Jody (CG) (FBI) <J          v> |
| **Sent:** | Friday, October 16, 2015 4:45 PM |
| **To:** | Hogstrom, Erik (USAILN); Novak, William (USAILN) |
| **Subject:** | Fwd: 2419 Lake Avenue, Wilmette |

Jody Blau
Special Agent
Federal Bureau of Investigation



-------- Original message --------
From: Mark Werley <m               com>
Date: 10/16/2015 2:29 PM (GMT-06:00)
To: "Blau, Jody (CG) (FBI)" <Jo         v>
Subject: Fwd: 2419 Lake Avenue, Wilmette


Sent from my iPhone

Begin forwarded message:

> **Resent-From:** <mw            .com>
> **From:** bertrossini4@aol.com
> **Date:** October 16, 2015 at 2:13:39 PM CDT

1

**To:** mw                    .com
**Subject: 2419 Lake Avenue, Wilmette**

Probably $360,000

**Novak, William (USAILN)**

| | |
|---|---|
| **From:** | Blau, Jody (CG) (FBI) ov> |
| **Sent:** | Friday, October 16, 2015 4:45 PM |
| **To:** | Hogstrom, Erik (USAILN); Novak, William (USAILN) |
| **Subject:** | Fwd: 2419 Lake Avenue, Wilmette, IL |

Jody Blau
Special Agent
Federal Bureau of Investigation

-------- Original message --------
From: Mark Werley <mw                  com>
Date: 10/16/2015 2:29 PM (GMT-06:00)
To: "Blau, Jody (CG) (FBI)" <         v>
Subject: Fwd: 2419 Lake Avenue, Wilmette, IL

Sent from my iPhone

Begin forwarded message:

> **Resent-From:** <mwe                              m>
> **From:** bertrossini4@aol.com
> **Date:** October 16, 2015 at 2:17:41 PM CDT

1

**To:** mcom
**Subject: 2419 Lake Avenue, Wilmette, IL**

4 bed, 2.5 bath, 1,987 square feet