

# United States District Court
# Northern District of Illinois

In the Matter of

USA                                         Magistrate Judge Jeffrey T. Gilbert

v.                                           Case No. 15-CR-515-1

Albert Rossini

## TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE FOR A REFERRAL TO MAGISTRATE JUDGE

The above captioned case is currently pending on my calendar. I recommend to the Executive Committee that this case be referred to the calendar of Magistrate Judge Jeffrey T. Gilbert, the magistrate judge designated pursuant to Local Rule 72.1. The reasons for my recommendation are indicated on the reverse of this form.

**Judge John Z. Lee**

Date: Thursday, November 12, 2015

---

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be referred to the calendar of Magistrate Judge Jeffrey T. Gilbert

ENTER

FOR THE EXECUTIVE COMMITTEE

**Chief Judge Ruben Castillo**

Dated: Thursday, November 12, 2015

District Referral - To Designated Magistrate Judge

## CRIMINAL PROCEDURES

**Conduct necessary proceedings and issue Report and Recommendation on:**

- Other, as specifically set forth below.

........................................................................................................................................................................................................................................................
EXCEPTIONS OR ADDITIONS:
MOTION by USA to revoke as to Albert Rossini  [86]

District Referral - To Designated Magistrate Judge