IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| USA, <br><br> Plaintiff(s), <br><br> v. <br><br> Rossini, <br><br> Defendant(s). | Case No. 15-cr-00515-1 <br> Judge Jeffrey T. Gilbert |

## ORDER

Motion hearing held on 11/12/15. The United State's Motion to Revoke Bond [86] is taken under advisement. A briefing schedule is set as follows: Defendant shall respond by 11/19/15. The Government shall reply by 12/2/15. For the reasons stated on the record and until further order of the Court, Defendant's Conditions of Release [42], [79] are modified as set forth in the Statement below.

## STATEMENT

Defendant Rossini is placed on home detention with permission to leave home only to meet with his lawyers at times approved by Pretrial Services, to attend medical/mental health treatment, court appearances and religious services.

Mr. Rossini may leave his home, accompanied by his lawyer of record in this case, to go to his Lincolnwood office to pick up the files that he needs to respond to the Plaintiff's Motion or defend himself in this case. Mr. Rossini cannot otherwise return to his Lincolnwood office absent further order of the Court.

If Mr. Rossini secures a new place of residence before the Court rules on the Government's Motion to Revoke Bond, and he provides adequate notice and documentation to his Pretrial Services Officer, he will be allowed to move his residence and the location monitoring will be transferred to the new residence on the same terms and conditions.

If Mr. Rossini wishes to engage in, complete or consummate any business or financial transaction before the Court rules on the Government's Motion to Revoke Bond, either individually or thorough a corporate or other entity or another person, directly or indirectly, he shall file a motion seeking Court permission to engage in, complete or consummate that transaction. Pending the Court's approval, money generated by any such transaction(s) shall be held in the IOLTA account maintained by his attorney, Mr. Seiden, or his law firm, or in an escrow account established at an indentfied bank or other financial instiution, so that no money is distributed unless and until such a distribution is approved by the Court.

The Court will set a hearing date on the Government's Motion to Revoke Bond in a future order.

Date: 11/13/2015

_____
Magistrate Judge Jeffrey T. Gilbert