# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 15 cr 515-1 |
| v. | ) | |
| | ) | Judge John Z. Lee |
| ALBERT ROSSINI et al. | ) | Magistrate Judge Jeffrey T. Gilbert |
| | ) | |
| Defendants. | ) | |

## DEFENDANT ROSSINI'S EMERGENCY MOTION
## TO CLARIFY ORDER SETTING CONDITIONS OF RELEASE

NOW COMES Defendant, ALBERT ROSSINI ("Mr. Rossini"), by and through his attorneys, SEIDEN NETZKY LAW GROUP, LLC, and respectfully requests that this Court enter an order clarifying its Order of November 13, 2015 Modifying Defendant's Conditions of Release. In support thereof, Rossini states as follows:

1.      On or about August 20, 2015, an Indictment was filed in this cause wherein Rossini was charged with eleven counts of wire fraud under 18 USC §1343 and three counts of mail fraud under 18 USC §1341.

2.      Rossini was released on an Appearance Bond subject to Home Detention monitored by Pretrial Services on August 24, 2015. (Dkt 10-11.)

3.      On November 12, 2015, Mr. Rossini appeared before the Court on the Government's Motion to Revoke Bond. During the briefing period on that Motion, the Court modified Mr. Rossini's Conditions of Release, requiring Mr. Rossini to submit proposed financial transactions to the Court for its review and approval prior to completion of the transaction.

4.      In court, counsel for Mr. Rossini indicated that there was a transaction that was close to finalization that would likely be submitted to the Court for approval in short order, and requested clarification on whether Mr. Rossini would be allowed to continue making phone calls and otherwise talking about potential business deals with interested parties. (A draft version of that motion for submission for approval to the Court is attached hereto as **Exhibit A**.)

5.      The Court indicated that it could not give opinions on the permissibility of specific phone calls, that Mr. Rossini should be conservative in his interactions, that any potential financial transaction must be submitted to the Court for approval before completion or finalization, and that no monies generated in any transaction be distributed without approval of the Court.

6.      On November 13, 2015, the Court entered an Order modifying Mr. Rossini's Conditions of Release, stating, in part, as follows: "If Mr. Rossini wishes to engage in, complete or consummate any business or financial transaction before the Court rules on the Government's Motion to Revoke Bond, either individually or through a corporate or other entity or another person, directly or indirectly, he shall file a motion seeking Court permission to engage in, complete or consummate that transaction."

7.      Mr. Rossini is concerned that the language contained in the order, specifically the "engage in" sections of the above restrictions, could be interpreted to mean that Mr. Rossini is restricted from making any phone calls or otherwise talking with those who are involved in the almost-finalized terms of the transaction.  In order to submit the proposed transaction to the Court, Mr. Rossini requires the ability to speak and negotiate with others in order to finalize the terms of the transaction.

8.      As Mr. Rossini both needs to remain in compliance with his Conditions of Release, and would like to be able to submit the proposed transaction to the Court, he respectfully asks this Court for clarification as to its statements on November 12, 2015 and its Order of November 13, 2015, as to whether he is permitted to engage in discussions regarding potential financial transactions to submit to the Court.

WHEREFORE, Defendant, ALBERT ROSSINI, respectfully requests that this Court enter an Order clarifying its Order of November 13, 2015 modifying Mr. Rossini's Conditions of Release, and for any and such additional relief as this Court deems fair and just.

Dated:  November 13, 2015                    Respectfully submitted,

                                             /s/ Brooke L. Lewis
                                            Brooke L. Lewis #6245195
                                            Glenn Seiden 2543761
                                            SEIDEN NETZKY LAW GROUP, LLC
                                            Attorneys for Albert Rossini
                                            115 South LaSalle Street, Suite 2600
                                            Chicago, IL  60603
                                            312.236.3060

3