**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 15 cr 515-1 |
| v. | ) | |
| | ) | Judge John Z. Lee |
| ALBERT ROSSINI et al. | ) | Magistrate Judge Jeffrey T. Gilbert |
| | ) | |
| Defendants. | ) | |

**DEFENDANT ROSSINI'S MOTION**
**FOR PERMISSION TO COMPLETE FINANCIAL TRANSACTION**

NOW COMES Defendant, ALBERT ROSSINI ("Mr. Rossini"), by and through his

attorneys, SEIDEN NETZKY LAW GROUP, LLC, and respectfully requests that this Court enter an

order granting approval for Mr. Rossini to close on a specific financial transaction. In support

thereof, Rossini states as follows:

1.      On or about August 20, 2015, an Indictment was filed in this cause wherein

Rossini was charged with eleven counts of wire fraud under 18 USC §1343 and three counts of

mail fraud under 18 USC §1341.

2.      Rossini was released on an Appearance Bond subject to Home Detention

monitored by Pretrial Services on August 24, 2015. (Dkt 10-11.)

3.      On November 12, 2015, Mr. Rossini appeared before the Court on the

Government's Motion to Revoke Bond. During the briefing period on that Motion, the Court

modified Mr. Rossini's Conditions of Release, requiring Mr. Rossini to submit proposed

financial transactions to the Court for its review and approval prior to completion of the

transaction. (Dkt. 89.)

1

**Exhibit A**

## $3.5 MILLION LOAN TO CAMBRIDGE

4.      Cambridge Management Group, Ltd., a corporation ("Cambridge"), approached

Mr. Rossini in approximately July of 2015 asking him for help financing Cambridge's

acquisition of a Hospital in New Jersey in addition to other properties.

5.      Cambridge is owned in part by a principal investor, Thomas H. Miner and

Associates, Inc.  Mr. Rossini is not now, nor has he ever been, an owner, shareholder, or other

investor in Cambridge.

6.      Cambridge is either currently, or about to be, in default on a number of purchase

contracts, as it is unable to provide funds necessary to complete the purchases. It urgently needs

funds to get extensions of contracts and to cover other expenses. Cambridge also requested Mr.

Rossini's help in securing ultimate first mortgage loans and the equity required to close on the

acquisitions.

7.      Cambridge is an entity that has significant net worth, but very little cash. Most of,

if not all of its equity is represented by non-liquid assets located around the world.

8.      Mr. Rossini arranged a $3,500,000 loan from Capital Real Estate Finance

Investment Corporation to Cambridge.  The loan lists Cambridge as the Borrower, with Thomas

H. Miner, Jason Mitan, Howard Goldberg and Cambridge as Guarantors. (Proposed loan

agreement attached hereto as Exhibit A.)

9.      Because of the nature of Cambridge's holdings, the loan also requires collateral in

addition to the personal guaranties, in the form of real estate interests. Mr. Rossini has secured

the additional required collateral from third-parties, who because of the risk of losing their

properties, will post their various parcels of real estate in exchange for significant fees

2

10. Mr. Rossini will also post real estate, set forth in the proposed transaction, and, like the third parties, receive a fee for posting the collateral for Cambridge's loan.

11. In consideration for posting some of the real estate collateral and putting the financing together, Mr. Rossini will earn fees of approximately $350,000 for his services and $535,000 for posting his assets. An additional $825,000 of the funds will be paid to the other collateral providers and $350,000 will be paid to Seiden Netzky Law Group, LLC for fees and costs.

WHEREFORE, Defendant, ALBERT ROSSINI, respectfully requests that this Court enter an Order granting approval for Mr. Rossini to close on the specific financial transaction as outlined above, and for any and such additional relief as this Court deems fair and just.

Dated: November 16, 2015

Respectfully submitted,

/s/ Brooke L. Lewis
Brooke L. Lewis #6245195
Glenn Seiden 2543761
SEIDEN NETZKY LAW GROUP, LLC
Attorneys for Albert Rossini
115 South LaSalle Street, Suite 2600
Chicago, IL 60603
312.236.3060