# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　Case No.: 1:15−cr−00515
　　　　　　　　　　　　　　　　　　　　　　Honorable John Z. Lee

Albert Rossini, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 13, 2015:

      MINUTE entry before the Honorable Jeffrey T. Gilbert as to Albert Rossini: Emergency Motion hearing held on 11/13/15 on Defendant Rossini's Emergency Motion to Clarify Order Setting Conditions of Release [90]. For the reasons stated on the record, Defendant's Motion is granted. Nothing in the Court's Order dated 11/13/15 [89] prevents Mr. Rossini from making phone calls or talking with those involved in the Cambridge/Capital Real Estate Finance Investment Corporation transaction described in Exhibit A to Defendant's Motion [90]. The rest of the the Court's Order [89] stands as entered. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.