

**EXHIBIT B**

# CHASE

**CASHIER'S CHECK**

1151509919

Date 10/21/2011

Pay: SEVENTY THOUSAND DOLLARS AND 00 CENTS

Remitter B B

Pay To The Order Of: THOMAS MURPHY, ATTORNEY/AGENT
PIN: 16-16-112-009-0000
5531 W. JACKSON
CHICAGO, IL 60644

$ **********70,000.00 ***

Drawer: JPMORGAN CHASE BANK, N.A.
Michael Andrews
Senior Vice President
JPMorgan Chase Bank, N.A.
Phoenix, AZ

⑆1151509919⑆ ⑈122100024⑈ 806002234⑈

**EXHIBIT B**