**DEVON STREET INVESTMENTS, LTD.**
3924 West Devon Street
Lincolnwood, IL 60712

B.      B
December 2011 Rents

211 N. Kilbourn
Chicago, IL 60624              $3,300.00

5531 West Jackson
Chicago, IL 60644             $3,300.00

TOTAL DECEMBER 2011 RENTS    $6,600.00

THOMAS W. MURPHY  09-10
1753 NORTH TRIPP STREET
CHICAGO, IL  60639
                                                2-1/710 438                    1401

DATE  12/9/11

PAY TO THE
ORDER OF  B      B                                    $ 6,600.00

Six Thousand six hundred and 00/100 ————————  DOLLARS

CHASE ○
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO  NOU 2011 Rents

⑆071000013⑆         ⑈9389⑈ 1401

**EXHIBIT D**

**DEVON STREET INVESTMENTS, LTD.**
3924 West Devon Street
Lincolnwood, IL 60712

B         3:
January 2012 Rents

211 N. Kilbourn
Chicago, IL 60624                    $3,300.00

5531 West Jackson
Chicago, IL 60644                    $3,300.00

TOTAL JANUARY, 2012 RENTS        $6,600.00

THOMAS W. MURPHY  09-10                                              2-1438        1509
1753 NORTH TRIPP STREET                                              710
CHICAGO, IL  60639                                   DATE  1/4/12

PAY TO THE
ORDER OF   B         B                                              $ 6,600.00

Six Thousand Six Hundred and 00/100 ————————— DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com
MEMO  JAN. RENTS 2012

⑆071000013⑆      9389  1509

**EXHIBIT D**

**DEVON STREET INVESTMENTS, LTD.**
3924 West Devon Street
Lincolnwood, IL 60712

Et    · ?
February 2012 Rent

| | | | |
|---|---|---|---|
| 211 N. Kilbourne Chicago, IL 60624 | $3,300.00 | − 330. | # 2970. |
| 5531 W. Jackson Chicago, IL 60644 | $3,300.00 | − 330. | # 2970. |
| Total Rents for 2/12 | $6,600.00 | | |



**EXHIBIT D**

**DEVON STREET INVESTMENTS, LTD.**
3924 West Devon Street
Lincolnwood, IL 60712

B     B
March, 2012

| Property | Rent |
|---|---|
| 211 N. Kilbourne Chicago, IL 60624 | $3,300.00 |
| 5531 W. Jackson Chicago, IL 60644 | $3,300.00 |
| Total March, 2012 Rents: | $6,600.00 |

THOMAS W. MURPHY 09-10
1753 NORTH TRIPP STREET
CHICAGO, IL 60639

$\frac{2-1}{710}$ 438         1609

DATE 2/29/12

PAY TO THE
ORDER OF  P          B                              $ 6,600.00

Six Thousand Six Hundred and 00/100                    DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO

⑆071000013⑆          93889⑈1609

**EXHIBIT D**

**DEVON STREET INVESTMENTS, LTD.**
3924 West Devon Street
Lincolnwood, IL 60712

B      B
March, 2012

Property                          Rent

211 N. Kilbourne
Chicago, IL 60624                 $3,300.00

5531 W. Jackson
Chicago, IL 60644                 $3,300.00

Total March, 2012 Rents:          $6,600.00



**EXHIBIT D**

DEVON STREET INVESTMENTS, LTD.
3924 West Devon Street
Lincolnwood, IL 60712

B      3
April, 2012 Rents

PROPERTY                          RENT

211 N. Kilbourne
Chicago, IL 60624                 $3,300.00

5531 W. Jackson
Chicago, IL 60644                 $3,300.00


Total Rents as of 4/4/12          $6,600.00



**EXHIBIT D**

DEVON STREET INVESTMENTS, LTD.
3924 West Devon Street
Lincolnwood, IL 60712

B       , B/

MAY, 2012

PROPERTY                        RENT

211 N. Kilbourne
Chicago, IL 60624               $3,300.00

5531 W. Jackson
Chicago, IL 60644                3,300.00

Total payment:                  $6,600.00



**EXHIBIT D**

DEVON STREET MANAGEMENT
3924 West Devon Street
Lincolnwood, IL 60712
(847) 471-2250

B.        B.
June, 2012 Rent and Rent Equivalent

| PROPERTY | TOTAL INCOME | MANAGEMENT FEE | PAYMENT |
|---|---|---|---|
| 211 N. Kilbourne<br>Chicago, IL 60624 | $3,300.00 | $330.00 | $2,970.00 |
| 5531 W. Jackson<br>Chicago, IL 60644 | $3,300.00 | $330.00 | $2,970.00 |
| Total: | $6,600.00 | $660.00 | $5,940.00 |

9243300407

2-1/710

DEVON STREET MANAGEMENT COMPAN
3924 W DEVON AVE STE 200
LINCOLNWOOD, IL 60712-1040

DATE June 16, 2012

PAY TO THE
ORDER OF ___ B        B. _____ $ 5,940.⁰⁰/₀₀

Five Thousand Nine Hundred Forty.......⁰⁰/₀₀                    DOLLARS

CHASE ○    JPMorgan Chase Bank, N.A.
           Chicago, Illinois 60670

MEMO  June, 2012

⑈9243300407⑈ ⑆0710000131⑈        9628⑈

**EXHIBIT D**

8/13/2012 7:51 AM

Important Business Banking Alert

From: Chase <busbanking@emailonline.chase.com>

To: bertrossini4 <bertrossini4@aol.com>

Subject: Important Business Banking Alert

Date: Fri, Aug 10, 2012 9:04 pm

8-13-2012 Same as Copy

*We've started to process a(n) ($ USD) 2,970.00 ACH Payment (transaction
#491814632O) from account ending in 9628 to B     B,     on 08/13/2012.

July 2012

**EXHIBIT D**