Attachments:     FAX_20130402_1364922594_38.pdf

-----Original Message-----
From: bertrossini4 <bertrossini4@aol.com>
To: fredkhoshabe <fredkhoshabe@sbcglobal.net>
Sent: Tue, Apr 2, 2013 12:13 pm
Subject: Fwd: eFax message from "unknown" - 8 page(s), Caller-ID: UNAVAILABLE

-----Original Message-----
From: eFax <message@inbound.efax.com>
To: bertrossini4 <bertrossini4@aol.com>
Sent: Tue, Apr 2, 2013 12:10 pm
Subject: eFax message from "unknown" - 8 page(s), Caller-ID: UNAVAILABLE



1

**EXHIBIT E**

**Fax Message** [Caller-ID: UNAVAILABLE]

You have received a 8 page fax at 2013-04-02 17:09:54 GMT.

* The reference number for this fax is stl1_did15-1364922510-3122757408-38.

View this fax using your PDF reader.

Please visit www.eFax.com/en/efax/twa/page/help if you have any questions regarding this message or your service.

Thank you for using the eFax service!

© 2012 j2 Global, Inc. All rights reserved.
eFax® is a registered trademark of j2 Global, Inc.

This account is subject to the terms listed in the eFax Customer Agreement.

**EXHIBIT E**

## NOTE PURCHASE AGREEMENT

211 NORTH KILBOURNE
CHICAGO, IL 60624



Doc#: 1309250091 Fee: $52.00
RHSP Fee:$10.00 Affidavit Fee:
Karen A.Yarbrough
Cook County Recorder of Deeds
Date: 04/02/2013 11:14 AM Pg: 1 of 8

LEGAL DESCRIPTION: LOT 27 AND 28 (EXCEPT THE NORTH 16 FEET THEREOF) IN RESUBDIVISION OF BLOCK 21 (EXCEPT LOT 3 AND EXCEPT THE SOUTH 30 FEET CONVEYED TO CITY FOR WIDENING RANDOLPH STREET) IN WEST CHICAGO LAND COMPANY'S SUBDIVISION OF SOUTH ½ OF SECTION 10, TOWNSHIP 39 NORTH, RANGE 13, EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLOAT THEREOF, RECORDED OCTOBER 1, 1890 AS DOCUMENT NUMBER 134905, IN COOK COUNTY, ILLINOIS.

COMMONLY KNOWN AS:   211 N. Kilbourne Street
                     Chicago, IL 60624

TAX PARCEL NUMBER: 16-10-322-012-0000

PREPARED BY DEVON STREET INVESTMENTS, LTD.
3924 WEST DEVON STREET, LINCOLNWOOD, IL 60712

**EXHIBIT E**

PREPARED BY: DEVON STREET INVESTMENTS, LTD.
AFTER RECORDATION RETURN TO:

## ASSIGNMENT OF MORTGAGE

LOAN #: 7440456283
FOR VALUE RECEIVED:
ASSIGNOR: DEVON STREET INVESTMENT, LTD.
ASSIGNOR ADDRESS: 3924 WEST DEVON STREET
LINCOLNWOOD, IL. 60712

HEREBY GRANTS, ASSIGNS, AND TRANSFERS TO:

ASSIGNEE: B    B
ASSIGNEE ADDRESS:

ALL OF ITS RIGHT, TITLE, AND INTEREST UNDER THAT CERTAIN MORTGAGE:

DATED: 12/7/2001
ORIGINAL LOAN AMOUNT: $37,000.00
TRUSTOR/BORROWER: MARY PICKENS AND SAMUEL PICKENS
ORIGINAL MORTGAGEE/BENEFICIARY: GATEWAY FINANCIAL CORPORATION

RECORDED IN THE OFFICIAL REAL PROPERTY RECORDS OF COOK COUNTY, ILLINOIS
RECORDED: 1/2/02 IN BOOK/VOLUME/LIBER: PAGE DOCUMENT: 0020003924
DEVON STREET INVESTMENT, LTD. RECORDING: 1308050029

PROPERTY SUBJECT TO LIEN: 211 NORTH KILBOURNE AVENUE, CHICAGO, ILLINOIS 60624
PIN: 16-10-322-012

TOGETHER WITH THE NOTE OR NOTES THEREIN DESCRIBED OR REFERRED TO, THE MONEY DUE AND TO BECOME DUE THEREON WITH INTEREST, AND ALL RIGHTS ACCRUED OR TO ACCRUE UNDER SAID MORTGAGE.

DATED: April 2, 2013

DEVON STREET INVESTMENTS, LTD.

*Bert Rossini*
By: Bert Rossini, President

**EXHIBIT E**

## NOTE PURCHASE AGREEMENT

211 NORTH KILBOURNE
CHICAGO, IL 60624



Doc#: 1308050029 Fee: $48.00
RHSP Fee:$10.00 Affidavit Fee:
Karen A. Yarbrough
Cook County Recorder of Deeds
Date: 03/21/2013 12:18 PM Pg: 1 of 6

LEGAL DESCRIPTION: LOT 27 AND 28 (EXCEPT THE NORTH 16 FEET THEREOF) IN RESUBDIVISION OF BLOCK 21 (EXCEPT LOT 3 AND EXCEPT THE SOUTH 30 FEET CONVEYED TO CITY FOR WIDENING RANDOLPH STREET) IN WEST CHICAGO LAND COMPANY'S SUBDIVISION OF SOUTH ½ OF SECTION 10, TOWNSHIP 39 NORTH, RANGE 13, EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLOAT THEREOF, RECORDED OCTOBER 1, 1890 AS DOCUMENT NUMBER 134905, IN COOK COUNTY, ILLINOIS.

COMMONLY KNOWN AS:   211 N. Kilbourne Street
                    Chicago, IL 60624

TAX PARCEL NUMBER: 16-10-322-012-0000

EXHIBIT E

PREPARED BY: VERTICAL MORTGAGE FUND I, LLC
AFTER RECORDATION RETURN TO:

LOAN #: 7440456283      ASSIGNMENT OF MORTGAGE
FOR VALUE RECEIVED:
ASSIGNOR:
ASSIGNOR ADDRESS:      VERTICAL MORTGAGE FUND I, LLC
7700 IRVINE CENTER DRIVE STE 150
IRVINE, CA 92618

HEREBY GRANTS, ASSIGNS, AND TRANSFERS TO:
ASSIGNEE: Devon Street Investments, Ltd
ASSIGNEE ADDRESS:

ALL OF ITS RIGHT, TITLE, AND INTEREST UNDER THAT CERTAIN MORTGAGE:

DATED:      12/7/2001
ORIGINAL LOAN AMOUNT:      $37,100.00
TRUSTOR/BORROWER:      MARY PICKENS AND SAMUEL PICKENS
ORIGINAL MORTGAGEE/BENEFICIARY:      GATEWAY FINANCIAL CORPORATION

RECORDED IN THE OFFICIAL REAL PROPERTY RECORDS OF COOK COUNTY, ILLINOIS
RECORDED: 1/2/02 IN BOOK/VOLUME/LIBER: PAGE: DOCUMENT: 0020003924

PROPERTY SUBJECT TO LIEN:      211 NORTH KILBOURN AVENUE, CHICAGO, IL 60624

PIN:      16-10-322-012      SEE ATTACHED LEGAL DESCRPITION

TOGETHER WITH THE NOTE OR NOTES THEREIN DESCRIBED OR REFERRED TO, THE MONEY DUE AND TO BECOME DUE THEREON WITH INTEREST, AND ALL RIGHTS ACCRUED OR TO ACCRUE UNDER SAID MORTGAGE.

DATED: 9-1-2011      VERTICAL MORTGAGE FUND I, LLC

BY:
NAME: GUSTAVO A. ALTUZARRA
TITLE: MANAGING MEMBER

**EXHIBIT E**

State of California  }
                    } ss
County of Orange    }

On __9-1-11__ before me, Caroline Petraitis, Notary Public, personally appeared Gustavo A. Altuzarra, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

DO NOT GO BELOW THIS LINE

**EXHIBIT E**

Exhibit A

LEGAL DESCRIPTION

The following described property:

Real Estate, situated in the County of Cook, in the State of Illinois, to wit: Lot 27 and 28 (except the North 16 feet thereof) in Resubdivision of Block 21 (except Lot 3 and except the South 30 feet conveyed to City for Widening Randolph Street) in West Chicago Land Company's Subdivision of South 1/2 of Section 10, Township 39 North, Range 13, East of the Third Principal Meridian, according to the Plat thereof, recorded October 1, 1890 as Document Number 134905, in Cook County, Illinois.

Assessor's Parcel No: 16-10-322-012-0000

**EXHIBIT E**

Loan Number: 7433593308
Note Date: 12/7/2001
Originator: GATEWAY FINANCIAL CORPORATION
Borrower: MARY PICKENS
Note Amt: $37,100.00

## Note Allonge

For purpose of endorsement of the attached Note, this allonge is affixed and becomes a permanent part of said Note.

Pay to the order of:

*Devon Street Investments, Ltd*

Vertical Mortgage Fund I, LLC

By: _____

Name: Gustavo A. Altuzarra
Title: Managing Member

**EXHIBIT E**

Loan Number: 7433593308
Note Date: 12/7/2001
Originator: GATEWAY FINANCIAL CORPORATION
Borrower: MARY PICKENS
Note Amt: $37,100.00

## Note Allonge

For purpose of endorsement of the attached Note, this allonge is affixed and becomes a permanent part of said Note.

Pay to the order of:

*Devon Street Investments, Ltd*

Vertical Mortgage Fund I, LLC

By: _____

Name: Gustavo A. Altuzarra
Title: Managing Member

**EXHIBIT E**