

Doc#: 1521756052 Fee: $60.00
RHSP Fee:$9.00 RPRF Fee: $1.00
Karen A. Yarbrough
Cook County Recorder of Deeds
Date: 08/05/2015 12:07 PM Pg: 1 of 1

## RESCISSION AND CANCELLATION

211 North Kilbourn, Chicago, Illinois 60624
Tax Parcel Number: 16-10-322-012-0000

LEGAL DESCRIPTION: LOT 27 AND 28 (EXCEPT THE NORTH 16 FEET THEREOF) IN RESUBDIVISION OF BLOCK 21 (EXCEPT LOT 3 AND EXCEPT THE SOUTH 30 FEET CONVEYED TO CITY FOR WIDENING RANDOLPH STREET) IN WEST CHICAGO LAND COMPANY'S SUBDIVISION OF SOUTH ½ OF SECTION 10, TOWNSHIP 39 NORTH, RANGE 13, EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEREOF, RECORDED OCTOBER 1, 1890 AS DOCUMENT NUMBER134905, IN COOK COUNTY, ILLINOIS.

Devon Street Investments, Ltd. hereby cancels and rescinds the note and mortgage assignment made to B____ B____ as Document Number 1309250091 on April 2, 2013. The reason for rescission being B____ B____'s failure to cancel the guaranty pursuant to the agreement executed by Badalian and Devon Street Investments, Ltd. on October 24, 2011.

Respectfully submitted:
DEVON STREET INVESTMENTS, LTD.

By: *Albert Rossini*
    Albert Rossini
    President

STATE OF ILLINOIS
COUNTY OF COOK

On July 30, 2015, before me, personally appeared Albert Rossini who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

Witness my hand and official seal.

Signature _____

"OFFICIAL SEAL"
CARMEN CRESPO
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 9/25/2016

Notary Public My commission expires on 9/25/16

PREPARED BY ALBERT ROSSINI
3924 W. DEVON ST. #200
LINCOLNWOOD, IL 60712

**EXHIBIT F**