UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| | ) | 15 cr 515-1 |
| v. | ) ) | |
| | ) | Judge John Z. Lee |
| ALBERT ROSSINI et al. | ) ) | Magistrate Judge Jeffrey T. Gilbert |
| Defendants. | ) | |

### AFFIDAVIT OF RICHARD KRUSE

I, the undersigned, being duly sworn, do hereby depose and say:

1. I am over the age of eighteen (18) and am a resident of the State of Illinois.

2. I have personal knowledge of the facts herein, and if called as a witness, could testify competently thereto.

3. That in early August, 2015, Mr. Albert Rossini inquired his right to file and record a Rescission and Cancellation of a note after he had been joined as a Defendant in a law suit.

4. Upon review of the documents and suit plus and interview with Mr. Albert Rossini, I advised him that he could and should file and record a Rescission and Cancellation as a result of lack of consideration paid, i.e. future to tender a cancelled guarantee.

FURTHER AFFIANT SAYETH NAUGHT

_____
Richard Kruse

Signed and subscribed before me
on this 23 day of November, 2015

_____
Notary Public

[Notary Seal: JOSHUA REDMAN, OFFICIAL SEAL, Notary Public, State of Illinois, My Commission Expires July 02, 2018]

EXHIBIT G

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | 15 cr 515-1 |
| v. | ) | |
| | ) | Judge John Z. Lee |
| ALBERT ROSSINI et al. | ) | Magistrate Judge Jeffrey T. Gilbert |
| | ) | |
| Defendants. | ) | |

### AFFIDAVIT OF ANTHONY KLYTTA

I, the undersigned, being duly sworn, do hereby depose and say:

1. I am over the age of eighteen (18) and am a resident of the State of Illinois.

2. I have personal knowledge of the facts herein, and if called as a witness, could testify competently thereto.

3. That in early August, 2015, Mr. Albert Rossini made an inquiry ahead a recordation of an interest in a note to BB and requested advice about its release.

4. I do not have a specific recollection of at least two conversations at about that time except to say that they did occur and a discussion regarding the recording and/or release of the note ensued during those conversations.

FURTHER AFFIANT SAYETH NAUGHT

_____
Anthony Klytta

Signed and subscribed before me
on this 23 day of November, 2015

_____
Notary Public

JOSHUA REDMAN
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
July 02, 2018