**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

UNITED STATES OF AMERICA

                                Plaintiff,

v.                                                                Case No.: 1:15−cr−00515

                                                                        Honorable John Z. Lee

Albert Rossini, et al.

                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, November 23, 2015:

      MINUTE entry before the Honorable Jeffrey T. Gilbert as to Albert Rossini: The Government's Motion To [sic] For Immediate Ruling on Government's Motion to Revoke Bond [94] is denied and the hearing on that Motion noticed for 11/24/15 is stricken with no appearances necessary in light of Defendant Rossini's filing of his Response in Opposition To Government's Motion to Revoke Bond [96]. Although filed late, the Court will accept that Response without a motion for leave to file it instanter. In the future, late filings should be accompanied by a motion seeking leave to file with an explanation for the late filing. If the Government intends to file a reply in support of its Motion [94] by 12/2/15 in accordance with the briefing schedule previously set [89], it shall so advise the Court's courtroom deputy. If the Government needs more time to file its reply because of the late filing of Defendant's response and the Thanksgiving holiday, it also shall so advise the Court's courtroom duty and the Court will enter a new date for that brief to be filed. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.