UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | 15 cr 515 |
|     v. | ) | |
| | ) | Judge John Z. Lee |
| ALBERT ROSSINI, | ) | Magistrate Judge Jeffrey T. Gilbert |
| BABAJAN KHOSHABE, | ) | |
| ANTHONY KHOSHABE, and | ) | |
| THOMAS MURPHY, | ) | |
| | ) | |
|     Defendants. | ) | |

### DEFENDANTS ROSSINI, B. KHOSHABE, AND A. KHOSHABE'S JOINT UNOPPOSED MOTION FOR EXTENSION OF PRETRIAL MOTION SCHEDULE

NOW COME Defendants, ALBERT ROSSINI, BABAJAN KHOSHABE, and ANTHONY KHOSHABE, by and through their respective attorneys, and respectfully request that this Court enter an order extending the Pretrial Motion deadline 60 days or until February 2, 2016. In support thereof, Defendants state as follows:

1. On August 20, 2015, an Indictment was filed in this cause wherein Defendants were charged with multiple counts of wire fraud under 18 USC §1343 and mail fraud under 18 USC §1341.

2. On August 25, 2015, this Court held Defendants initial arraignment hearing and set a Pretrial Motion deadline of September 29, 2015. On September 24, 2015, Mr. Rossini filed a motion to extend that deadline, which was duplicated or joined by the other defendants. This court granted those motions and extended the deadline to December 4, 2015.

3. At any time before trial, the Court may extend or reset the deadline for Pretrial Motions. FED. R. CRIM. PRO. 12(c)(2).

1

4. The Government in this cause has extensive discovery that defendants received, in bulk, at the beginning of October. The process of sifting through the voluminous discovery has begun, but will take significant time to complete, organize, and potentially hire appropriate experts to examine.

5. Due to the document heavy nature of the case, and the quantity of documents to review, significant additional investigation and research is required in order to make a final determination of the merits of any potential pretrial motions.

6. Counsel for Mr. Anthony Khoshabe contacted Assistant United States Attorney Erik Hogstrom, who advises that the Government does not oppose the granting of this motion.

7. Counsel for Albert Rossini, Babajan Khoshabe, and Anthony Khoshabe have coordinated and jointly agree on the substance and relief requested in this Motion.

8. Defendants, through counsel, submit that the ends of justice would be served by granting this extension, and that those ends outweigh the interest of the public and the Defendants in a speedy trial. Accordingly, the delay occasioned by granting this request should be excluded in computing the time within which the trial in this case should commence. 18 U.S.C. §§ 3161(h)(1)(D) and (h)(7)(B)(2).

9. For all these reasons, the Defendants request that the deadline for filing pretrial motions in this case be extended 60 days until February 2, 2016.

WHEREFORE, Defendants, ALBERT ROSSINI, BABAJAN KHOSHABE, and ANTHONY KHOSHABE, respectfully request that this Court enter an extending the Pretrial Motion deadline until February 2, 2016, and for any and such additional relief as this Court deems fair and just.

Dated: December 1, 2015

Respectfully submitted,

/s/ Brooke L. Lewis
Brooke L. Lewis #6245195
Glenn Seiden #2543761
SEIDEN NETZKY LAW GROUP, LLC
Attorneys for Albert Rossini
115 South LaSalle Street, Suite 2600
Chicago, IL 60603
312.236.3060

/s/ Allan A. Ackerman
Allan A. Ackerman #0008265
Allan A. Ackerman, P.C.
Attorney for Babajan Khoshabe
19 South LaSalle Street, Suite 502
Chicago, IL 60602
312.332.2891

/s/ Robert W. Stanley
Robert W. Stanley
Thomas M. Breen #0287547
Todd S. Pugh #6243692
Breen & Pugh
Attorneys for Anthony Khoshabe
53 W Jackson Blvd., Suite 1460
Chicago, IL 60604
312.360.1001