# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | 15 cr 515 |
|     v. | ) | |
| | ) | Judge John Z. Lee |
| ALBERT ROSSINI, | ) | Magistrate Judge Jeffrey T. Gilbert |
| BABAJAN KHOSHABE, | ) | |
| ANTHONY KHOSHABE, and | ) | |
| THOMAS MURPHY, | ) | |
| | ) | |
|     Defendants. | ) | |

## NOTICE OF MOTION

To:    Attorneys of Record

PLEASE TAKE NOTICE THAT on Wednesday, December 9, 2015 at 9:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before The Honorable Judge John Z. Lee, or any judge sitting in his stead, in Courtroom 1225, Everett McKinley Dirksen United States Courthouse, and we will then and there present ***Defendants Rossini, B. Khoshabe, and A. Khoshabe's Joint Unopposed Motion for Extension of Pretrial Motion Schedule.***

> Glenn Seiden
> Brooke L. Lewis
> SEIDEN NETZKY LAW GROUP, LLC
> Attorneys for Albert Rossini
> 115 S. LaSalle Street-Suite 2600
> Chicago, Illinois 60603
> Telephone No. 312.236.3060

*Certificate of Service*

I, Brooke L. Lewis, an attorney, do hereby certify under penalties of law that in accordance with Fed.R.Civ.P.5 and the General Order on Electronic Case Filing (ECF), I caused a copy of the above-titled motion to be served upon the all the named attorneys of record by CM/ECF filing methods on this the 1st day of December, 2015.

> //s// Brooke L. Lewis
> Brooke L. Lewis