# Exhibit
# A
# Filed with Court

# Exhibit
# B
# Filed with Court

# Exhibit
# C
# Filed with Court

# Exhibit
# D
# Filed with Court

# Exhibit
# E
# Filed with Court

# Exhibit
# F
# Filed with Court

# Exhibit
# G
# Filed with Court

# Exhibit
# H
# Filed with Court

# Exhibit
# I
# Filed with Court

# Exhibit
# J
# Filed with Court

# Exhibit
# K
# Filed with Court

# Exhibit
# L
# Filed with Court

# Exhibit
# M
# Filed with Court

# Exhibit
# N
# Filed with Court

# Exhibit
# O
# Filed with Court

# Exhibit
# P
# Filed with Court