### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| USA | ) |
| | ) |
| | ) Case No: 15-cr-515-1-2-3-4 |
| v. | ) |
| | ) Judge: John Z. Lee |
| | ) |
| Albert Rossini, Babajan Khoshabe | ) |
| Anthony Khoshabe, Thomas Murphy | ) |

### **ORDER**

Status and motion hearing held on 12/9/15. The government reports that they tendered over discovery documents and additional emails need to be produced to Defendants. Defendant Rossini, B. Khoshabe and A. Khoshabe's joint unopposed joint motion for extension of pretrial motion schedule [101] is granted. Defendant Thomas Murphy's motion for extension of time to file pretrial motions [100] is granted; pretrial motions are due by 2/2/16. Status hearing set for 2/4/16 at 9:30 a.m. The government's oral motion to exclude time is granted without objection. Time is excluded from 12/9/15 through 2/4/16 in the interest of justice pursuant to 18 U.S.C. 3161(h)(7)(A)-(B) for the complexity of the case, to allow time to review the discovery, and for the filing of pretrial motions. XT

_____
John Z. Lee
U.S. District Court Judge

12/9/15

.15