## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

UNITED STATES OF AMERICA

                                  Plaintiff,

v.                                               Case No.: 1:15−cr−00515

                                                             Honorable John Z. Lee

Albert Rossini, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 16, 2015:

      MINUTE entry before the Honorable Jeffrey T. Gilbert as to Albert Rossini: Motion hearing held on 12/16/15 on the Government's Motion to Revoke Bond [86]. For the reasons stated on the record, the Government's Motion is denied. The Government will draft an order that sets forth the modifications to Mr. Rossini's conditions of release that were discussed on the record, and send a draft of that order to Defense counsel for review and comment. The Government shall submit to the Court's Proposed Order e−mail at Proposed_Order_Gilbert@ilnd.uscourts.gov, a draft Order Modifying Conditions of Release that incorporates any of Defense counsel's suggested revisions to the Government's draft with which the Government agrees by 12/18/15. Defendant may, if he wishes to do so, submit his own draft order at the same time. If it is impossible for Defense counsel to comment on the Government's draft order or to submit their own draft order within this time frame because Defense counsel is relocating their offices on Thursday, 12/17/15, then counsel jointly shall so inform the Court's courtroom deputy and the draft order(s) can be submitted on Monday, 12/21/15. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.