**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

UNITED STATES OF AMERICA

                            Plaintiff,

v.                                                                 Case No.: 1:15−cr−00515

                                                                   Honorable John Z. Lee

Albert Rossini, et al.

                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, December 21, 2015:

       MINUTE entry before the Honorable Jeffrey T. Gilbert Albert Rossini: Enter Order Modifying Conditions of Release. The Court deleted from the United States' proposed order paragraph 4 that reads "Defendant shall not engage, directly or indirectly, in the arrangement of loans." The proposed language is vague and the activity described potentially is covered in other paragraphs of the Order. It may or may not be necessary for the Court to impose an additional condition of release relating to "the arrangement of loans." If the Court is going to do so, however, the condition should clearly set forth what Defendant can and cannot do so as to avoid any uncertainty in that regard. This case is set for further hearing on 12/28/15 at 1:30 p.m. to consider what additional condition, if any, is necessary and appropriate with respect to "the arrangement of loans." The United States through counsel should come prepared to articulate what it wants to prevent Defendant from doing that he is not already prevented from doing under the Order Modifying Conditions of Release entered today, why that is necessary to protect the community from serious risk of harm, and what language it proposes to accomplish the restriction it wants the Court to impose. Defendant should come prepared to articulate what he wants to do that he is not prohibited from doing under the Order entered today, why his doing so will not present a serious risk of harm to others in the community and what, if any, condition the Court can impose on that activity to mitigate any risk, short of requiring Court approval of every transaction in which Defendant wishes to engage which the Court already has said is unworkable. Any party may, if it chooses to do so, submit to the Court's Proposed Order e−mail before the hearing language it proposes to discuss at the hearing. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.