**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division**

UNITED STATES OF AMERICA

                                              Plaintiff,

v.                                                                 Case No.: 1:15−cr−00515

                                                                            Honorable John Z. Lee

Albert Rossini, et al.

                                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, December 22, 2015:

      MINUTE entry before the Honorable Jeffrey T. Gilbert as to Albert Rossini: At the parties' request, the hearing set for 12/28/15 at 1:30 p.m. [110] is stricken and reset to 1/8/16 at 11:15 a.m. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.