UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

UNITED STATES OF AMERICA

                                 Plaintiff,

v.                                                                          Case No.: 1:15−cr−00515

                                                                             Honorable John Z. Lee

Albert Rossini, et al.

                                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, January 8, 2016:

      MINUTE entry before the Honorable Jeffrey T. Gilbert as to Albert Rossini: Status hearing held on 1/8/16. After hearing argument of the parties, the Court proposed an additional condition of release as follows. Defendant shall not directly or indirectly arrange and/or broker any loan, whether acting on his own behalf or as agent for another person or entity, in or with respect to which loan Defendant or any affiliated person or entity receives a commission or any other compensation or remuneration. Within 7 days, the parties shall review the proposed language and file their reaction to the language before the Court modifies its Conditions entered on 12/21/15. Under Pretrial Service's supervision, the Court permits Mr. Rossini visit his Lincolnwood business office for the purpose of reviewing and/or obtaining documents needed for his defense. Mr. Rossini's counsel is not required to be present. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.