UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

ALBERT ROSSINI

No. 15 CR 515-1

Judge Jeffrey T. Gilbert

## GOVERNMENT'S RESPONSE REGARDING BOND MODIFICATION

Now comes the UNITED STATES OF AMERICA, by and through its attorney, ZACHARY T. FARDON, and respectfully submits as follows:

1. On January 8, 2016, the parties appeared before the Court to address the government's earlier proposal that, in light of the Court's denial of the government's motion to revoke bond, defendant's conditions of release be modified to prohibit him from participating in the arrangement of loans, which the Court found to be vague and potentially covered by other conditions. (Dkt. #110.)

2. During the hearing on January 8, 2016, the Court proposed alternative language that would modify defendant's conditions of release as they relate to his involvement with loans and ordered the parties to file their reactions to the proposed language. (Dkt. #117.)

3. The government has reviewed the Court's proposed bond condition language providing that: "Defendant shall not directly or indirectly arrange and/or broker any loan, whether acting on his own behalf or as agent for another person or entity, in or with respect to which loan Defendant or any affiliated person or entity receives a commission or any other compensation or remuneration."

4.      Without waiving its objections to the defendant's continued release on bond, and in light of the Court's rejection of the government's original proposed language, the government believes the proposed condition is appropriate, and the Court should impose it with only the following modification:  inserting the phrase "or expects to receive" after the word "receives," so that the modified language, in full, would read:  "Defendant shall not directly or indirectly arrange and/or broker any loan, whether acting on his own behalf or as agent for another person or entity, in or with respect to which loan Defendant or any affiliated person or entity receives, or expects to receive, a commission or any other compensation or remuneration."   The government's proposed modification would clarify that defendant may be found in violation even before he has actually received compensation or remuneration for his involvement in arranging or brokering a loan.

Respectfully submitted,

ZACHARY T. FARDON
United States Attorney

By:     *s/ Erik Hogstrom*
ERIK HOGSTROM
Assistant U.S. Attorney
219 South Dearborn St., Rm. 500
Chicago, Illinois 60604
(312) 353-8709

Dated: January 19, 2016

2

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on January 19, 2016 in accordance with Fed.R.Crim.P. 49, Fed.R.Civ.P. 5, L.R. 5.5, and the General Order on Electronic Case Filing ("ECF") pursuant to the district court's system as to ECF filers.

*s/ Erik Hogstrom*
ERIK HOGSTROM
Assistant U.S. Attorney
219 South Dearborn St., Rm. 500
Chicago, Illinois 60604
(312) 353-8709

1