## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

UNITED STATES OF AMERICA

                                         Plaintiff,

v.                                                                               Case No.: 1:15−cr−00515

                                                                               Honorable John Z. Lee

Albert Rossini, et al.

                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 27, 2016:

      MINUTE entry before the Honorable Jeffrey T. Gilbert as to Albert Rossini: The Court has reviewed the Government's Response Regarding Bond Modification [118] filed pursuant to the Court's order of 1/8/16 [117]. Defendant Rossini did not file anything in response to the Court's 1/8/16 order nor in response to the Government's Response filed on 1/19/16. The Court agrees with the Government's proposed modification to Defendant Rossini's conditions of pre−trial release. Accordingly, Defendant Rossini's conditions of pre−trial release [10], [42], [79], [89], [111] are further modified to provide as follows: Defendant shall not directly or indirectly arrange and/or broker any loan, whether acting on his own behalf or as agent for another person or entity, in or with respect to which loan Defendant or any affiliated person or entity receives or expects to receive a commission or any other compensation or commission. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.