**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 15 CR 515-3 |
| | ) | Judge John Z. Lee |
| ALBERT ROSSINI, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' JOINT UNOPPOSED MOTION TO**
**EXTEND TIME WITHIN WHICH TO FILE PRETRIAL MOTIONS**

Defendants, **ALBERT ROSSINI**, **BABAJAN KHOSHABE**, and

**ANTHONY KHOSHABE**, by and through their respective attorneys, pursuant to

Rules 2 and 12 of the Federal Rules of Criminal Procedure, as well as the Due

Process and Effective Assistance of Counsel Clauses of the Fifth and Sixth

Amendments to the Constitution of the United States, respectfully move this Court

for an extension of time within which to file his pretrial motions.

1.      Pretrial motions in this matter are currently scheduled to be filed by

February 2, 2016.

2.      As the Court may recall from the most recent status appearance, prior

to producing a large amount of defendant Albert Rossini's emails as discovery, the

government was in the process of conducting a privilege review to ensure that

attorney/client privileged documents were not inadvertently produced.

3.      That review took more time than originally anticipated, but the emails

in question were produced to the defendants on January 26, 2015. The emails are

quite voluminous, amounting to approximately 8,750 emails.

4.      Additionally, the Government has withheld production of all emails between Mr. Rossini and Mr. Murphy until it is determined whether the attorney client privilege applies to those communications. Therefore, the Government may be producing additional emails in the near future.

5.      In light of this recently produced discovery, the additional discovery that may still be produced, and to avoid unnecessary or piecemeal filing of motions, Defendants and the government believe that it would be appropriate to extend the date for the filing of pretrial motions.

6.      Counsel has spoken with the attorney for the government, Erik Hogstrom, who has indicated the government does not object to Defendants' request.

7.      The parties request that the date for the defense filing of pretrial motions be extended forty-five (45) days and that government responses and defense replies be extended accordingly.

WHEREFORE, Defendants respectfully requests that the Court extend the time for filing pretrial motions in this matter for forty-five (45) days.

Respectfully submitted,

**s/Todd Pugh** _____
**TODD PUGH**

**s/ Patrick W. Blegen** _____
**PATRICK W. BLEGEN**, Attorneys for Defendant Anthony Khoshabe.

**BREEN & PUGH**
53 West Jackson Boulevard
Suite 1460
Chicago, Illinois 60604
(312) 360-1001

**BLEGEN & GARVEY**
53 West Jackson Boulevard
Suite 1437
Chicago, Illinois 60604
(312) 957-0100