## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| USA | ) | |
| | ) | Case No: 15-cr-515-1-2-3-4 |
| v. | ) | |
| | ) | Judge:   John Z. Lee |
| Albert Rossini, Babajan Khoshabe | ) | |
| Anthony Khoshabe, | ) | |
| Thomas W Murphy | ) | |

## <u>ORDER</u>

Status hearing held on 2/4/16. The government reports that all discovery has been produced. Defendants' joint unopposed motion to extend the time within which to file pretrial motion [120] is granted.   Defendant Thomas Murphy's unopposed motion for extension of time to file pretrial motions [121] is granted. At the next status the defense counsel should report on how far they are along in reviewing the discovery. Final deadlines of pretrial motions will be set at the next status. Status hearing set for 3/9/16 at 9:30 a.m. The government's oral motion to exclude time is granted without objection. Time is excluded from 2/4/16 through 3/9/16 in the interest of justice pursuant to 18 U.S.C. 3161(h)(7)(A) -(B) for the complexity of the case, to allow time to review the discovery and to consider pretrial motions. XT

_____

John Z. Lee
U.S. District Court Judge

2/4/16

.10