UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 15 cr 515-1 |
| v. | ) | |
| | ) | Judge John Z. Lee |
| ALBERT ROSSINI et al. | ) | Magistrate Judge Jeffrey T. Gilbert |
| | ) | |
| Defendants. | ) | |

**SEIDEN NETZKY LAW GROUP, LLC'S MOTION TO WITHDRAW
AS COUNSEL FOR DEFENDANT ROSSINI**

NOW COMES the law firm of SEIDEN NETZKY LAW GROUP, LLC, and pursuant to Local Rule 83.16 and Local Rule 83.17, respectfully requests that this Court enter an order granting leave for attorneys of SEIDEN NETZKY LAW GROUP, LLC to withdraw as counsel for Defendant Albert Rossini. In support thereof, SNLG states as follows:

1. SEIDEN NETZKY LAW GROUP, LLC ("SNLG") represents the Defendant, ALBERT ROSSINI ("Rossini"). On August 26, 2015, Glenn Seiden (ARDC #2543761), Theodore P. Netzky (ARDC #2038544), and Brooke Laurine Lewis (ARDC #6245195) filed their appearances. On November 23, 2015, Joshua Aaron Redman (ARDC #6309975) filed his appearance.

2. The Illinois Rules of Professional Conduct provide for withdrawal from employment in the instances in which withdrawal can be accomplished without material adverse effect on the interests of the client or the continued representation will result in an unreasonable financial burden on the lawyer. Ill. R. Prof. Conduct 1.16(b)(1), 1.16(b)(6).

3.  At this point in the case, there exist irreconcilable differences between Rossini and SNLG due to an unreasonable financial burden on SNLG. SNLG does not feel that it can fairly continue to represent Rossini in this litigation due to these irreconcilable differences. While discovery is extensive and ongoing, the next status date in the case is set for March 9, 2016 at which point a pretrial schedule will be set by the Court. (Dkt. 124). No trial date has been set. SNLG's withdrawal can be accomplished without material adverse effect on Rossini's interests, and he will not be unduly prejudiced by retaining new counsel at this stage of the case.

4.  Rossini has been notified of SNLG's intention to withdraw on multiple occasions both in person and by telephone, and has been given a copy of this motion, and notice of its date of presentment.

WHEREFORE, the law firm of SEIDEN NETZKY LAW GROUP, LLC, respectfully requests that this Honorable Court enter an Order as follows:

a. granting leave for Glenn Seiden, Theodore P. Netzky, Brooke Laurine Lewis, and Joshua Aaron Redman to withdraw their appearances on behalf of the Defendant, ALBERT ROSSINI;

b. granting Defendant ALBERT ROSSINI thirty (30) days to find successor counsel before any additional deadlines are imposed upon him; and

c. granting such additional relief as this Court may deem fair and just.

Dated: February 26, 2016                    Respectfully submitted,

                                                                              /s/ Brooke L. Lewis
Glenn Seiden #2543761
Theodore P. Netzky #2038544
Brooke Laurine Lewis #6245195
Joshua Aaron Redman #6309975
SEIDEN NETZKY LAW GROUP, LLC
Attorneys for the Defendant Rossini
333 South Wabash Ave Ste 2700
Chicago, IL 60604
312.236.3060
gseiden@snlgllc.com
tnetzky@snlgllc.com
blewis@snlgllc.com
jredman@snlgllc.com