## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 15 cr 515-1 |
| v. ) | |
| ) | Judge John Z. Lee |
| ALBERT ROSSINI et al. ) | Magistrate Judge Jeffrey T. Gilbert |
| ) | |
| Defendants. ) | |

### NOTICE OF MOTION

To: Attorneys of Record

PLEASE TAKE NOTICE THAT on <u>Thursday, March 3, 2016</u> at <u>9:30 a.m.</u> or as soon thereafter as counsel may be heard, we shall appear before The Honorable Judge John Z. Lee, or any judge sitting in his stead, in Courtroom 1225, Everett McKinley Dirksen United States Courthouse, and we will then and there present *Seiden Netzky Law Group, LLC's Motion to Withdraw as Counsel for Defendant Rossini.*

                                                     Glenn Seiden
                                                     Theodore P. Netzky
                                                       Brooke L. Lewis
                                                       Joshua Aaron Redman
                                                       Seiden Netzky Law Group, LLC
                                                      Attorneys for Albert Rossini
                                                      333 South Wabash Ave, Ste. 2700
                                                      Chicago, Illinois 60604
                                                      Telephone No. 312-236-3060

### *Certificate of Service*

I, Brooke L. Lewis, an attorney, do hereby certify under penalties of law that in accordance with Fed.R.Civ.P.5 and the General Order on Electronic Case Filing (ECF), I caused a copy of the above-titled motion to be served upon the all the named attorneys of record by CM/ECF filing methods on this the 26th day of February, 2016.

                                                     /s/ Brooke L. Lewis
                                                     Brooke L. Lewis