# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:15−cr−00515
Honorable John Z. Lee

Albert Rossini, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 3, 2016:

MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini. Motion hearing held on 3/3/16. For the reasons stated on the record, Seiden Netzky Law Group's motion to withdraw as counsel for defendant Rossini [125] entered and continued for 4/8/16 at 11:00 a.m. The government's response to the motion is due by 3/17/16; reply due by 3/31/16. Defendant should file the appropriate paperwork, if he is requesting that the Court appoint counsel pursuant to the CJA. Mailed notice (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.