IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| | ) | Case No: 15-cr-515-1-2-3-4 |
| v. | ) | |
| | ) | Judge: John Z. Lee |
| | ) | |
| | ) | |
| Albert Rossini, Babajan Khoshabe | ) | |
| Anthony Khoshabe, Thomas Murphy | ) | |

**ORDER**

Status hearing held on 3/9/16. The government reports that all discovery has been produced. Pretrial motions are due by 5/13/16. The government requests additional time to respond to the motion to withdrawal filed by Mr. Rossini's counsel. The government's response to the motion is due by 3/23/16; reply due by 4/7/16. Status hearing set for 5/24/16 at 9:30 a.m. The government's oral motion to exclude time is granted without objection. Time is excluded from 3/9/16 through 5/24/16 in the interest of justice pursuant to 18 U.S.C. 3161(h)(7)(A) -(B) to allow defense counsel additional time to review the voluminous discovery and to consider pretrial motions. XT

_____
John Z. Lee
U.S. District Court Judge

3/9/16

.10