UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALBERT ROSSINI | 15 CR 515-1<br><br>Judge John Z. Lee |

**GOVERNMENT'S UNOPPOSED MOTION
TO EXTEND TIME TO FILE A RESPONSE**

The UNITED STATES OF AMERICA, by its attorney, ZACHARY T. FARDON, United States Attorney for the Northern District of Illinois, respectfully submits this Unopposed Motion for Extend Time to File a Response. In support of its motion, the government states as follows:

1. On February 26, 2016, defendant Rossini's counsel filed a motion to withdraw his firm, Seiden Netzky Law Group, as counsel for defendant Rossini. Dkt. No. 125. Counsel noticed his motion for March 3, 2016. Dkt. No. 126.

2. At the motion hearing, counsel suggested that his motion be converted into a motion to appoint the Seiden Netzky Law Group to represent Mr. Rossini pursuant to the Criminal Justice Act. Dkt. No. 127. At this hearing, the government alerted the Court to a potential conflict of interest and requested time to file a motion detailing this conflict. The Court set the government's response date as March 17, 2016. *Id.*

3. On March 9, 2016, the government requested an additional week to respond to defendant's motion. The Court granted this request and set a motion response date of March 23, 2016. Dkt. No. 128.

4. Since that time, the AUSA briefing the response, Erik Hogstrom, has been out of the office on extended sick leave. He expects to return to the office by the end of this week or early next week.

5. The undersigned SAUSA is also currently out of the office on pre-arranged leave and will not return until March 28, 2016.

6. The government is requesting that its response date be extended for one additional week, until March 30, 2016, so that the government can properly brief its response to defendant's motion. The government has no objection to the defendant's reply date being adjusted accordingly.

7. Counsel for the government has spoken to defendant's counsel who has no objection to the government's motion.

8. This motion is not being brought for the purposes of delay.

9. Accordingly, the government respectfully submits that its motion be granted.

        Respectfully submitted,

        ZACHARY T. FARDON
        United States Attorney


By:   *s/ William Novak*
       WILLIAM NOVAK
       Special Assistant U.S. Attorney
       ERIK HOGSTROM
       Assistant U.S. Attorney
       219 S. Dearborn, 5th Floor
       Chicago, IL 60603
       (312) 697-4073

Dated: March 22, 2016

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing was served on March 22, 2016, in accordance with Fed.R.Crim.P. 49, Fed.R.Civ.P. 5, L.R. 5.5, and the General Order on Electronic Case Filing ("ECF") pursuant to the district court's system as to ECF filers.

                                                  */s/ William Novak*
                                                  WILLIAM NOVAK
                                                  Special United States Attorney
                                                  5400 Federal Plaza, Suite 1500
                                                  Hammond, IN 46320
                                                  Phone: (312) 697-4073