UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 15 CR 515-1 |
| v. | ) | |
| | ) | Judge John Z. Lee |
| ALBERT ROSSINI | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, April 5, 2016, at 9:30 a.m., or as soon thereafter as counsel may be heard, I will appear before Judge John Z. Lee, in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in him place and stead, and then and there present: GOVERNMENT'S UNOPPOSED MOTION TO EXTEND TIME TO FILE A REPONSE, in the above-captioned case, at which time and place you may appear if you see fit.

                                              Respectfully submitted,

                                              ZACHARY T. FARDON
                                              United States Attorney

                   By:   *s/ William Novak*
                            WILLIAM NOVAK
                            Special Assistant United States Attorney
                            219 S. Dearborn, 5th Floor
                            Chicago, IL 60603
                            (312) 697-4073

Dated: March 22, 2016