*Exhibit A*

# Hogstrom, Erik (USAILN)

| | |
|---|---|
| **From:** | TeddyN1313@aol.com |
| **Sent:** | Monday, April 15, 2013 2:10 PM |
| **To:** | Daniel |
| **Cc:** | bertrossini4@aol.com; gseiden@gsalaw.net |
| **Subject:** | Meeting |

Daniel, could we meet at 9:30 Thursday morning for a face to face and discuss further a future financing relationship? I have discussed this with Glenn and he is fine with it and will also attend the meeting with Bert Rossini and me. Ted Netzky



**Hogstrom, Erik (USAILN)**

| | |
|---|---|
| **From:** | Teddy <teddyn1313@aol.com> |
| **Sent:** | Wednesday, July 31, 2013 7:44 AM |
| **To:** | Daniel ~~~~~~ |
| **Cc:** | bertrossini4@aol.com |
| **Subject:** | Re: Rossini & Netzky meeting at Barnett |

Daniel, can we possible change the meeting to early afternoon tomorrow? Bert just found out that we will not have the titles to our last 16 acquisitions until tomorrow. I believe we have the balance of the documents you need. Ted

Sent from my iPad

On Jul 30, 2013, at 1:40 PM, Daniel ~~~~~~ <~~~~~~@barnettcapital.com> wrote:

    <mime-attachment.ics>



Daniel
Director
Distressed Debt Solutions
Real Estate Finance

cell phone:
office phone:
@barnettcapital.com

450 Skokie Blvd., Bldg. 600
Northbrook, Illinois 60062

August 1, 2013

**VIA EMAIL**

Ted Netzky
Bert Rossini
3924 W. Devon Street
Lincolnwood, IL 60712

*[handwritten: PO 10,000 c- Deposit 8/6/13]*

Re: Term Sheet for Line-Of-Credit Loan to Theodore Netzky and Albert Rossini (the "**Borrowers**").

This letter proposal (this "**Term Sheet**") sets forth the terms upon which BCL-Capital Funding LLC (the "**Lender**") would extend a line of credit revolving loan (the "**Loan**") to the parties identified below as (the "**Borrower**"). This Term Sheet is non-binding and is subject to the completion of Lender's Due Diligence (as defined below) and to the negotiation and execution of a binding Loan and Security Agreement (the "**Loan Agreement**") and associated documentation (the "**Loan Documents**") between the parties drafted in accordance with the terms of this Term Sheet.

| | |
|---|---|
| LOAN AMOUNT: | Up to $3,000,000 on a revolving lend-and-reborrow note basis at an advanced rate of 70% of the asset purchase price. |
| BORROWERS: | Theodore Netzky and Albert Rossini shall be the administrative borrower. Additionally, the affiliated entities to be formed which own the following properties shall be borrowers under the Loan Agreement.<br><br>Furthermore, in the event Projects (as defined below) are to be financed by the Loan and are owned by affiliated entities to be formed, such entities shall be joined to the Loan as Borrowers using a form joinder to be attached to the Loan Documents. |
| GUARANTORS: | Devon Street Properties, Inc. and other entities controlled by the Borrower ("**Guarantor**") shall execute a personal guaranty to support the Loan in favor of Lender and shall submit financial statements to Lender in connection with such guaranty. Such guaranty shall be further supported by Lender having a collateral assignment of Guarantors' membership interests in each of the Borrowers. |
| ADDITIONAL COLLATERAL: | As additional collateral for the Loan, Borrower shall pledge the properties outlined on the Rossini related properties attachment. |

| | |
|---|---|
| SECURITY: | Lender shall have a first priority lien against all projects of any Borrower (whether now existing or to be formed) to be financed with proceeds of the Loan ("**Projects**"), and shall file a first mortgage upon all such Projects at the closing of Borrower's purchase of such Projects. Such mortgage shall contain a "confession of judgment" clause and other such language as required to ensure Lender's ability to quickly execute on its security interest in the event of a default. |
| SUBMISSION OF PROJECTS AND DRAWS; MAXIMUM ADVANCE AMOUNT: | Borrower shall submit Projects and supporting documentation, including purchase contracts and Project budgets ("**Budgets**"), to Lender for Lender's approval. Upon Lender's approval of each Project, Lender shall advance from the Loan for the purchase of the approved Project. <br><br> Subsequent to the purchase of a Project, Borrower may submit draws for additional advances from the Loan for work completed on each Project, in accordance with the Budget, such work to be verified by Lender's representative. |
| PROOF OF FUNDS | Lender shall provide Borrower with a letter on Lender's letterhead setting forth the fact that Borrower has a $3,000,000 line Loan (or such amount to which the Loan may be increased) with Lender subject to the actual available balance at the time the letter is produced, and providing Lender's contact information, for use by the Borrower in submission of contracts to purchase Projects. |
| TERM: | The period commencing on the date of the Loan Agreement and expiring on the date which is three (3) years after the last day of the month during which the Loan Agreement is executed (the "**Term**"). |
| UNUSED LINE FEE: | Borrower understands that its use of the Loan is a material inducement for Lender to make the Loan and consequently shall pay quarterly to Lender an unused line fee in the amount of the interest which would have been payable in such quarter had at least 35% of the Loan been utilized by Borrower, <u>less</u> the amount of interest actually paid by borrower in such quarter. Notwithstanding the foregoing, for the first three months of the Term, Borrower shall not be required to pay an unused line fee at the end of such 3 month period, and shall instead pay only on the actual outstanding principal balance. |
| INTEREST RATE: | Borrower shall pay interest to Lender on the outstanding principal balance of the Loan on the first day of each calendar month during the Term in an amount equal to 30% per annum, based on actual days outstanding over a 360 day year. |
| NO LOAN FEE; LENDER'S UP-FRONT COSTS: | The Loan Origination Fee is <u>zero</u>. However, Borrower shall be required to cover lender's reasonable out-of-pocket expenses expended in connection with the documentation of the Loan (including reasonable fees of counsel). As an advance against such expenses, Borrower shall submit a check for $10,000 together with its signed counterpart to this Term Sheet. |

If the foregoing general terms are acceptable to you, please execute and return the attached

4

signed copy of this letter to me via email by close of business on August 5, 2013 so I can instruct my attorneys to begin preparation of binding Loan Documents.

Very truly yours,

*[signature]*

Daniel ████

**ACCEPTED:**

*[signature]*
Signature

*[signature]*
Signature

Date: 8/1/13

(S)

ROSSINI RELATED PROPERTIES

| PROPERTY | TYPE | MO RENT/ANN RENT | VALUE |
|---|---|---|---|
| 4045 W Wilcox, Chicago, IL | 3 unit apartments | 3,000.00/36,000.00 | 144,000.00 |
| 5410 W Fulton, Chicago, IL | 2 unit apartments | 2,950.00/35,400.00 | 141,600.00 |
| 4321 S Marshfield, Chicago, IL | 4 unit apartments | 2,020.00/24,240.00 | 96,960.00 |
| 8435 S Burley, Chicago, IL | 2 unit apartments | 2,000.00/24,000.00 | 96,000.00 |
| 2703-2705 W Lawrence, Chicago, IL | 2 commercial units | 3,500.00/42,000.00 | 168,000.00 |
| 4137 W Adams, Chicago, IL | 2 unit apartments | 2,400.00/28,800.00 | 115,200.00 |
| 13628 S Wallace, Riverdale, IL | 4 Bedroom Townhome | 950.00/11,400.00 | 45,600.00 |
| 523 W 136th, Riverdale, IL | 4 Bedroom Townhome | 800.00/9,600.00 | 38,400.00 |
| 459 W 136th, Riverdale, IL | 4 Bedroom Townhome | 850.00/10,200.00 | 40,800.00 |
| 13704 S Normal, Riverdale, IL | 4 Bedroom Townhome | 800.00/9,600.00 | 38,400.00 |
| 13730 S Wallace, Riverdale, IL | 4 Bedroom Townhome | 900.00/10,800.00 | 43,200.00 |
| 13631 S Wallace, Riverdale, IL | 4 Bedroom Townhome | 1,166.00/13,992.00 | 55,968.00 |
| 556 W 136th St, Riverdale, IL | 4 Bedroom Townhome | 1,142.00/13,704.00 | 54,816.00 |
| 13650 S Parnell, Riverdale, IL | 4 Bedroom Townhome | 800.00/9,600.00 | 38,400.00 |
| 13731 S Wallace, Riverdale, IL | 4 Bedroom Townhome | 1,100.00/13,200.00 | 52,800.00 |

[signature] Rossini
8/1/13

(6)

| | | | |
|---|---|---|---|
| 13732 S Wallace Riverdale, IL | 4 Bedroom Townhome | 700.00/8,400.00 | 33,600.00 |
| 520 W 136th St Riverdale, IL | 4 Bedroom Townhome | 800.00/9,600.00 | 38,400.00 |
| 464 W 136th St Riverdale, IL | 4 Bedroom Townhome | 1,100.00/13,200.00 | 52,800.00 |
| 13708 S Wallace Riverdale, IL | 4 Bedroom Townhome | 1,166.00/13,992.00 | 55,968.00 |
| 13629 S Egglestone Riverdale, IL | 4 Bedroom Townhome | 1,166.00/13,992.00 | 55,968.00 |
| 550 W 136th St Riverdale, IL | 4 Bedroom Townhome | 1,166.00/13,992.00 | 55,968.00 |
| 13638 S Wallace Riverdale, IL | 4 Bedroom Townhome | 1,166.00/13,992.00 | 55,968.00 |
| 2815 Ridgeland Berwyn, IL | 2 units and full finished basement part of unit 1 | 2,870.00/34,440.00 | 137,760.00 |
| 7756 S Carpenter Chicago, IL 60632 | 10 units-apartments | 8,500.00/102,000.00 | 408,000.00 |
| | | | 1,926,816.00 |

*[signature]* Rossini
8/1/13

7

## Hogstrom, Erik (USAILN)

**From:** Leslie ▮▮▮
**Sent:** Thursday, August 08, 2013 4:16 PM
**To:** ▮▮▮@lplegal.com
**Cc:** Daniel ▮▮▮; William ▮▮▮
**Subject:** FW: Property Spreadsheet

Jeri,
Below is a response email from Bert regarding the properties in question.

Thanks!

--
Leslie ▮▮▮
Administrative Assistant
Distressed Debt Solutions
Barnett Capital Ltd.
▮▮▮

-----Original Message-----
From: Bert Rossini [mailto:bertrossini4@gmail.com]
Sent: Thursday, August 08, 2013 4:14 PM
To: Leslie ▮▮▮
Subject: Re: Property Spreadsheet

Dear Leslie,

I am the sole owner of Hoya Properties, Ltd., Devon Street Investments, Ltd. and Comprehensive Properties, Ltd.. Hoya and Comprehensive are being brought up to date by our attorney, Anthony ▮▮▮. The taxes are delinquent and will also be brought current. I have been waiting to either sell the properties or put them into the line, so will be done prior to closing.

#5-8 are in the name of our partners and they will sign over whatever powers necessary to effect the line.

#9 I am buying 4137 W Adams from the estate of ▮▮▮, recently deceased. Closing is next week, paying cash and taxes will be paid at closing.

I purchased the Riverdale properties from L▮▮C▮▮ within the last month. The properties have been paid for in cash; however, CTT cannot finish recording until the Village does an inspection of the properties. I have brought them all up to code and they will be inspected Monday.

#25, I am not including in the line since it will be sold through a short sale and we will not hold title. I was going to hold it but decided to sell instead.

#26 Swenson Trust is my partner in this property and the Trusstee will sign whatever necessary necessary.

Bert

1



On Thu, Aug 8, 2013 at 3:26 PM, Leslie Pohren <███@barnettcapital.com> wrote:
> Bert,
>
> Attached, please find the spreadsheet from our attorney's office.
>
>
>
> Regards,
>
> Leslie
>
>
>
> --
>
> Leslie ███
>
> Administrative Assistant
>
> Distressed Debt Solutions
>
> Barnett Capital Ltd.
>
> ███
>
>

# Our Pending Loan

**From:** Teddyn1313 <teddyn1313@aol.com>
**To:** ▬▬▬▬@barnettcapital.com
**CC:** ▬▬▬▬@barnettcapital.com
**Subject:** Our Pending Loan
**Sent:** Wed, 2 Oct 2013 11:37:21 -0400 (EDT)

Daniel, something has happened to Bert which could affect our loan. We would like to restructure the loan with a LLC, of which I am the only Managing Member, and my family trusts, Glenn's family Trusts and a Trust for the benefit of Bert's family will be the Members. I am the Trustee of Bert's trust and Glenn is the successor trustee. We will be posting property owned by the LLC as the collateral. Please call me ASAP, as I will be leaving the country on Friday, and not returning until 10/12. Ted

| | |
|---|---|
| **Delivered-To:** | bertrossini4@gmail.com |
| **Received:** | by 10.112.135.169 with SMTP id pt9csp42962lbb; Wed, 2 Oct 2013 0: (PDT) |
| **X-Received:** | by 10.49.71.239 with SMTP id y15mr3695651qeu.14.1380728243170 2013 08:37:23 -0700 (PDT) |
| **Return-Path:** | <teddyn1313@aol.com> |
| **Received:** | from omr-d08.mx.aol.com (omr-d08.mx.aol.com. [205.188.109.207]) mx.google.com with ESMTPS id t9si1174893qat.117.1969.12.31.16.0 (version=TLSv1 cipher=RC4-SHA bits=128/128); Wed, 02 Oct 2013 0 (PDT) |
| **Received-SPF:** | pass (google.com: domain of teddyn1313@aol.com designates 205.18 permitted sender) client-ip=205.188.109.207; |
| **Authentication-Results:** | mx.google.com; spf=pass (google.com: domain of teddyn1313@aol.c 205.188.109.207 as permitted sender) smtp.mail=teddyn1313@aol.c header.i=@mx.aol.com |
| **Received:** | from mtaomg-da06.r1000.mx.aol.com (mtaomg-da06.r1000.mx.aol.c [172.29.51.142]) by omr-d08.mx.aol.com (Outbound Mail Relay) with 21F98700443FD; Wed, 2 Oct 2013 11:37:22 -0400 (EDT) |
| **Received:** | from core-mkd002c.r1000.mail.aol.com (core-mkd002.r1000.mail.aol [172.29.98.133]) by mtaomg-da06.r1000.mx.aol.com (OMAG/Core Ir ESMTP id AC89EE000085; Wed, 2 Oct 2013 11:37:21 -0400 (EDT) |
| **X-MB-Message-Source:** | WebUI |
| **Received:** | from 38.106.164.82 by webmail-d218.sysops.aol.com (149.174.188.1 (WebMailUI); Wed, 02 Oct 2013 11:37:21 -0400 |
| **MIME-Version:** | 1.0 |
| **X-MB-Message-Type:** | User |
| **Content-Type:** | multipart/alternative; boundary="--------MB_8D08D9C6B38F4D1_1EE0_DD958_webmail-d218.sysops.aol.com |
| **X-Mailer:** | AOL Webmail 38079-STANDARD |
| **Message-Id:** | <8D08D9C6B2D0DEC-1EE0-4226F@webmail-d218.sysops.aol.com> |
| **X-Originating-IP:** | [38.106.164.82] |
| **X-aol-global-disposition:** | G |

# Hogstrom, Erik (USAILN)

| | |
|---|---|
| **From:** | Teddyn1313 <teddyn1313@aol.com> |
| **Sent:** | Monday, October 28, 2013 12:01 PM |
| **To:** | Daniel |
| **Cc:** | bertrossini4@aol.com; gseiden@gsalaw.net; Leslie |
| **Subject:** | Schedule of Assets to open the line |
| **Attachments:** | PROPERTIES_FOR_BARNETT_CAPITAL_LINE_OF_CREDIT-2final.docx |

Daniel, attached please find a schedule of the assets we are prepared to deposit with Barnett as collateral  They are all unencumbered. We will have to draw $300,000 against the collateral to pay for the cost of acquiring and reimbursing for renovating some of these properties. As we said in our meeting on Friday, we are prepared to do whatever is required by your attorney to satisfy himself that there is no liens ahead of you or that Bert's issues do not become yours. Please get back to me as soon as you have the conversation with your attorney. Ted

1

| CONDOS | CITY | TENANT | RENT AMOUNT | TAXES |
|---|---|---|---|---|
| 5924 MLKING 1N | Chicago | | 1,000.00 | 57 |
| 7831 S.Colfax #4 | Chicago | | 1,300.00 | 110 |
| 4709 S Indiana L1 | Chicago | | 1,000.00 | 160 |
| 5433 S Indiana 3N | Chicago | | 1,000.00 | 150 |

| PROPERTY | CITY | TENANT | RENT AMOUNT | TAXES |
|---|---|---|---|---|
| 13628 S. Wallace | Riverdale | | 800.00 | 115 |
| 13629 S. Wallace | Riverdale | | 1,166.00 | 115 |
| 13631 S. Wallace | Riverdale | | 798.00 | 115 |
| 13638 S. Wallace | Riverdale | | 900.00 | 115 |
| 13650 S. Wallace | Riverdale | | 1,100.00 | 115 |
| 13704 S. Normal | Riverdale | | 800.00 | 115 |
| 13708 S. Wallace | Riverdale | | 850.00 | 115 |
| 13730 S. Wallace | Riverdale | | 900.00 | 115 |
| 13731 S. Wallace | Riverdale | | 900.00 | 115 |
| 13732 S. Wallace | Riverdale | | 1,166.00 | 115 |
| 13666 S. Normal | Riverdale | | 1,100.00 | 115 |
| 459 W. 136th St. | Riverdale | | 1,166.00 | 115 |
| 464 W. 136th St. | Riverdale | | 1,000.00 | 115 |
| 520 W. 136th St. | Riverdale | | 800.00 | 115 |
| 523 W. 136th St. | Riverdale | | 820.00 | 115 |
| 550 W. 136th St. | Riverdale | | 900.00 | 115 |
| 556 W. 136th St. | Riverdale | | 1,142.00 | 115 |
| 6630 S. Marquette | Chicago | | 1,475.00 | 100 |
| 6630 S. Marquette | Chicago | | 1,300.00 | 100 |
| 6630 S. Marquette | Chicago | | 1,150.00 | 100 |
| 6630 S. Marquette | Chicago | | 1,150.00 | 100 |
| 16146 Finch | Harvey | | 1,000.00 | 155 |
| 14527 Justine | Harvey | | 750.00 | 70 |
| 15300 Honore | Harvey | | 1,000.00 | 80 |
| 15333 Loomis | Harvey | | 1,000.00 | 100 |
| 1329 Center | Chicago Heights | | 1,000.00 | 115 |
| 4321 S Marshfield | Chicago | | 650.00 | 65 |
| 4321 S Marshfield | Chicago | | 650.00 | 65 |
| 4321 S Marshfield | Chicago | | 650.00 | 65 |
| 4321 S Marshfield | Chicago | | 650.00 | 65 |
| | | | 30,983.00 | 3,412 |

12

December 3, 2013

RE: Barrnet Capital
Chicago, Illinois

Dear Dan:

We are herewith requesting a loan in the amount of $500,000.. that is to be secured by a first lien position on 18 properties, all of which are unencumbered. Seventeen are owned by Rockford Commercial Mortgage Company, Ltd., and one is owned by another entity that is presently conveying it to Rockford Commercial Mortgage Company Ltd., We have attached deeds of the properties followed by photos of each address. You will also find a Cash Flow Projection of the portfolio.

We have also included all the previously cited violation notices, some of which have been corrected. The balance of the violations will be corrected by Chatham Investments Ltd. and a copy of their Work Proposal is also attached. When they are completed none of the properties will have violations.

Rockford Commercial Mortgage Company Ltd. is owned by Rockford CM II, LLC., which is owned by trusts for the benefit of the families of Bert Rossini, Glenn Seiden and Theodore Netsky.

We are pleased to offer you the opportunity to provide this loan and should you have any questions, please contact me at ▇▇▇▇▇▇▇▇

Sincerely,

*[signature]*

Theodore Netsky

(13)