*Exhibit B*

```
 1
 2    ▆▆▆                    ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
 3                           ▆▆▆▆▆▆
 4
 5    ▆▆▆                    ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
 6                           ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
 7                           ▆▆▆▆▆▆
 8
 9    ▆▆▆                    ▆▆▆▆▆▆
10
11    WER▆                   It's kind of a conversation between you and me.  I know if you go poking
12                           around he's gonna be like why did, are people asking about my trust level?
13
14    WEL▆                   Yeah, right.
15
16    WER▆                   You know what I mean, like, it's like between you and me like how.  You
17                           know that's why I ask you like how much do you trust Bert?  Because I
18                           trust your opinion on it.  I don't know who Bert is    I don't, I mean the
19                           guy could be somebody completely different from what I thought.
20
21    WEL▆                   Well the only reason that I trusted Bert was because of his relationship
22                           with Ted.  You know what I mean.
23
24    WER▆                   Okay.
25
26    WEL▆                   Um…'cause Ted you know invested with Bert.
27
28    WER▆                   Okay.
29
30    WEL▆                   And I mean Ted's the one who introduced me to Bert.
31
32    WER▆                   Oh, really?
33
34    WEL▆                   Didn't you know that?  Yeah.
35
36    WER▆                   No.  Honestly, I don't.  I don't know your whole history with like Ted
37                           and Bert.  I know Ted you've worked with for whatever years but no yeah
38                           I really don't even know how you knew Bert or I, I never heard (U) of it.
39
40    WEL▆                   Bert, Bert's office, okay remember when you came and met Ted?
41
42    WER▆                   Yeah.
43
44    WEL▆                   At the office.  Bert had, has an office right next store to Ted's.
45
46    WER▆                   Downtown?
47
48    WEL▆                   Yeah.
49
```

30

| | | |
|---|---|---|
| 1 | WER▓ | In that building. |
| 3 | WEL▓ | Oh. |
| 5 | WER▓ | So how do you go from an office downtown like that to, to, to the hole he's in now? |
| 8 | WEL▓ | He had both. |
| 10 | WER▓ | Oh, okay. |
| 12 | WEL▓ | He had both. |
| 14 | WER▓ | Alright. Just making sure. |
| 16 | WEL▓ | You don't know. |
| 18 | WER▓ | 'Cause that, that's a switch. |
| 20 | WEL▓ | Uh yeah so he, I, I was actually meeting with Bert that day that you came. I was working with Bert at his office there with Ted. |
| 23 | WER▓ | Oh, oh, okay. |
| 25 | WEL▓ | So that's um…uh, so Ted introduced me to Bert. |
| 27 | WER▓ | Okay. |
| 29 | WEL▓ | And Ted had invested money with Bert. |
| 31 | WER▓ | Um hum. |
| 33 | WEL▓ | Um he bought 14 townhomes in Riverdale. |
| 35 | WER▓ | Okay. |
| 37 | WEL▓ | Do you remember me telling you about that deal? |
| 39 | WER▓ | I vaguely, yeah. |
| 41 | WEL▓ | And so that property was supposedly generating money. The Riverdale project. |
| 44 | WER▓ | Okay. |
| 46 | WEL▓ | And so I had lunch. Ted. Ted called me up and he goes hey I have this guy that needs some help with acquisitions. |
| 49 | WER▓ | Um hum. |

31

| | | |
|---|---|---|
| 1 | | |
| 2 | WEL■ | He goes I've, I've invested with him. I bought 14 town homes in Riverdale with him. Um…he goes that property should be generating enough money to pay you five grand a month as a consulting fee. |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | WERL■ | Oh. |
| 7 | | |
| 8 | WEL■ | For you to work and, and do acquisition stuff for Bert. He wants to do some bigger stuff. |
| 9 | | |
| 10 | | |
| 11 | WER■ | Um hum. |
| 12 | | |
| 13 | WEL■ | He goes plus given our relationship. My relationship with Ted and that I've known him since you know for 30 plus years. |
| 14 | | |
| 15 | | |
| 16 | WER■ | Yeah. |
| 17 | | |
| 18 | WEL■ | (UI) his companies, he said plus you know I'd like for you to go and work in his office to kind of see what's really going on with this project that I invested in. |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | WER■ | Ted is like sending you undercover. |
| 23 | | |
| 24 | WEL■ | Kinda. |
| 25 | | |
| 26 | WER■ | Okay. |
| 27 | | |
| 28 | WEL■ | Um so anyways that's, that's how I met Bert. |
| 29 | | |
| 30 | WER■: | Oh. |
| 31 | | |
| 32 | WEL■ | That's how I met Bert. |
| 33 | | |
| 34 | WER■ | So you haven't even known Bert that long then? |
| 35 | | |
| 36 | WEL■ | No I met him through Ted I mean. Ted I've known for 35 years. Since 81. 34 years. |
| 37 | | |
| 38 | | |
| 39 | WER■ | I knew you knew Teddy. I didn't… I thought you knew Bert like a long time. |
| 40 | | |
| 41 | | |
| 42 | WEL■ | No. I just…no I didn't. I didn't know Bert a long time. But I mean anyone that Ted would recommend that I would go work for you know I have total respect you know… |
| 43 | | |
| 44 | | |
| 45 | | |
| 46 | WER■ | Yeah. |
| 47 | | |
| 48 | WEL■ | …for I guess. |
| 49 | | |