*Exhibit D*

**From:** Bert Rossini <bertrossini4@gmail.com>
**Sent:** Friday, July 12, 2013 11:38 AM
**To:** K███ K████
**Subject:** Re: K████ Family Trust

Great will deed that way.
Can I expect the wire today?
Bert

On Fri, Jul 12, 2013 at 9:57 AM, K████K████████@aol.com> wrote:
> Yes Bert. It K████ family trust and the address is the same as my home address ██████████
>  ██████████
>
> Thanks
>
> Sent from my iPhone
>
> On Jul 12, 2013, at 6:59 AM, Bert Rossini <bertrossini4@gmail.com> wrote:
>
>> K████
>> Please confirm that the info I sent last night re the trust is
>> correct for purposes of deeding the 16 townhomes.
>>
>> Bert

1

**From:** Bert Rossini <bertrossini4@gmail.com>
**Sent:** Friday, July 12, 2013 6:49 PM
**To:** K▮ K▮
**Subject:** Update

K▮,

All in on Riverdale. We are preparing the deeds to register in the K▮ Family Trust on Monday. Thank you for your faith in me.

I hope to have the contract for Long Grove tomorrow so you will have it before you leave. If not, I will email it to you by Monday and you can let me know if it is okay to execute on your behalf.

I will call tomorrow.

Thanks,
Bert

1

| | |
|---|---|
| From: | Bert Rossini <bertrossini4@gmail.com> |
| Sent: | Friday, July 26, 2013 5:25 PM |
| To: | K███ K███ |
| Subject: | Re: eFax message from "unknown" - 8 page(s), Caller-ID: UNAVAILABLE |

First thing tomorrow a.m. Just was waiting to see if we would get paid today for Polk. We did not, so I will deposit the others tomorrow a.m.


On Fri, Jul 26, 2013 at 5:20 PM, K███ K███ <████@aol.com> wrote:
Have the funds from rents been put into my
Account?
Thanks

Sent from my iPhone

On Jul 26, 2013, at 2:53 PM, Bert Rossini <bertrossini4@gmail.com> wrote:

> Thanks,
> I am signing and will get the escrow opened Monday.
> Bert
>
>
> On Fri, Jul 26, 2013 at 4:29 PM, K███ K███ <████@aol.com> wrote:
> Perfect, thank you
>
> Sent from my iPhone
>
> On Jul 26, 2013, at 1:37 PM, Bert Rossini <bertrossini4@gmail.com> wrote:
>
>> K███ 
>> Here is the contract with some revisions, beneficial to us. Hard money date is August 9, 2013. I wanted you to see it and if okay, I will sign for you.
>>
>> Sending you a large fedex tomorrow for Monday delivery with original Rockford Notes, insurance policies, Riverdale deeds and insurance policies.
>>
>> Bert
>>
>> ---------- Forwarded message ----------
>> From: <bertrossini4@aol.com>
>> Date: Fri, Jul 26, 2013 at 3:34 PM
>> Subject: Fwd: eFax message from "unknown" - 8 page(s), Caller-ID: UNAVAILABLE
>> To: bertrossini4@gmail.com

1

③

**From:** Bert Rossini <bertrossini4@gmail.com>
**Sent:** Wednesday, August 21, 2013 8:25 AM
**To:** K▓▓▓ K▓▓▓
**Subject:** Update

I spoke to ▓▓▓, the Long Grove buyer last evening, and she is going forward with the deal. She is in New Jersey until the end of this week and will sign off on the escrow and total transaction upon her return. She says she can close by the end of this month--next week. We'll see, worst case we will have the $101,000. But I do believe she can close.

I sent you several emails yesterday afternoon when I returned to the office concerning Riverdale. I will record and overnight the deeds and other paperwork once we pass the point of sale inspection on Friday morning. I thought they could conduct the inspection earlier but it was not the case.

If you want to wait on the additional investment until this is done, I understand. However, I will have to go forward today with someone since the properties are being taken from the owner(s) and sold unless I step in now. Let me know and if I do not hear from you I will seek an alternative.

Also, will let you know about coming to California by tomorrow.
Thanks,
Bert



| | |
|---|---|
| **From:** | Bert Rossini <bertrossini4@gmail.com> |
| **Sent:** | Tuesday, September 10, 2013 10:59 AM |
| **To:** | K▓▓, K▓▓ |
| **Subject:** | Fed Ex |



Federal Express airbill number is 803278092998.
It is a box sent to you with the Riverdale deeds, insurance, etc. and an additional box will go out late today or tomorrow morning with the Rockford notes from the Court.

A little problem, Pacific Global is still not ready to close. They think they can have their mortgage ready by tomorrow but if not definitely by Thursday. They want me to give them a yes or know as to whether we will wait. I think we should since it is a bank we are getting this info from. Also, ▓▓the other buyer will not be back from out of town for another 10 days. So, if okay with you, I will tell them we will wait until Thursday. But no later unless she comes up with the difference between the loan of $200,000 and the remainder:

$505,000
-101,000
-200,000
=204,000

What do you think?

Also, I will get by Bank of America today and pick up a money order for the Rockford payments that should have cleared by now. I did not even check being in the hospital. Also, Tony did not pick up the check for you at CTT so I will go there this afternoon and get it and deposit to KK along with the Rockford money.

Waiting for call back on 3650 W Polk.

Bert

1

| | |
|---|---|
| **From:** | Bert Rossini <bertrossini4@gmail.com> |
| **Sent:** | Friday, September 20, 2013 6:07 AM |
| **To:** | K▬ K▬ |
| **Subject:** | Update |

K▬,

I will have the Rockford documents ready by the weekend and overnight to you on Monday. Also I will be able to send original deeds for the first 17 Riverdale properties and contracts on the next 31 with Rockford/Khodi deeds that need a point of sale inspection prior to recording, same as previous 17.

Also, I am hoping to close on Long Grove late this afternoon based on the conversation with the Pac Global Banker. Regardless, I can get the money for deposit to your account either later today or Monday morning. All documents will be scanned and sent also to Patrick and email to you (besides the originals by overnight).

I will call you later this afternoon if we are closing or over the weekend if not.

(Picking up the Polk deed on Monday morning) Bert

1

| | |
|---|---|
| **From:** | K▓▓▓,K▓▓▓ <j▓▓▓@aol.com> |
| **Sent:** | Tuesday, December 03, 2013 11:28 AM |
| **To:** | Bert Rossini |
| **Subject:** | Re: Wire |

When am I receiving my funds back. You are holding my funds wrongfully at this time. I need exact time and day of return of my full funds. You need to respond!

Sent from my iPhone

> On Dec 1, 2013, at 4:51 AM, Bert Rossini <bertrossini4@gmail.com> wrote:
>
> ▓▓▓
> You are getting it back by the middle of this week. I have completed
> my refinancing package and release documents will be sent to you by
> Tuesday. I can pay out immediately thereafter. This has not been
> easy to complete since we have notes, mortgages and properties, and
> they were not liquid. I appreciate your trust in me and it will not
> be misplaced. Thanks for investing with me and I will make the payout
> by the middle of the week.
> Bert
>
>> On Sat, Nov 30, 2013 at 5:24 PM, ▓▓▓▓▓▓ <▓▓▓@aol.com> wrote:
>> Bert,
>>
>> My patience has run thin and all the promised dates have come and
>> gone, what's new! I need to know if I'm getting my money back within
>> the next two days or I need to take different action.
>>
>> ▓▓▓
>>
>> Sent from my iPhone
>>
>> Begin forwarded message:
>>
>> From: Bert Rossini <bertrossini4@gmail.com>
>> Date: November 26, 2013 at 2:08:29 PM PST
>> To: K▓▓▓,K▓▓▓ <▓▓▓@aol.com>
>> Subject: Re: Wire
>>
>> Will be ready by end of the day. Just checking. This will be for
>> the Riverdale properties.
>>
>>> On Nov 26, 2013 2:20 PM, "▓▓▓▓▓▓@aol.com> wrote:
>>>
>>> I need an update in the wire ASAP!
>>>
>>> Sent from my iPhone



```
>>>
>>>> On Nov 22, 2013, at 4:15 PM, Bert Rossini <bertrossini4@gmail.com>
>>>> wrote:
>>>>
>>>> $410,000 will be available on Tuesday morning with the remainder
>>>> available on Friday, 11/29.  This was terms of the loan that I had
>>>> to agree to for payment to you.  I wish it were faster but not
>>>> possible on this end.
>>>>
>>>> On Fri, Nov 22, 2013 at 4:22 PM, K████ K██████<██████@aol.com> wrote:
>>>>> What's the update it's passed 2 pm?
>>>>>
>>>>> Sent from my iPhone
>>>>>
>>>>>> On Nov 22, 2013, at 9:36 AM, Bert Rossini
>>>>>> <bertrossini4@gmail.com>
>>>>>> wrote:
>>>>>>
>>>>>> ████,
>>>>>> I am just waiting on the funds to clear and they will be yours.
>>>>>> Bert
>>>>>>
>>>>>>> On Fri, Nov 22, 2013 at 11:23 AM, K████ K██████<██████@aol.com> wrote:
>>>>>>> What's the update?
>>>>>>>
>>>>>>> Sent from my iPhone
>>>>>>>
>>>>>>>> On Nov 22, 2013, at 4:33 AM, Bert Rossini
>>>>>>>> <bertrossini4@gmail.com>
>>>>>>>> wrote:
>>>>>>>>
>>>>>>>> ████,
>>>>>>>> I am waiting for it to clear and then will be wired.  I will
>>>>>>>> let you know by 2 p.m.
>>>>>>>> Bert
>>>>>>>>
>>>>>>>>> On Thu, Nov 21, 2013 at 9:41 PM, K████ K██████<██████@aol.com>
>>>>>>>>> wrote:
>>>>>>>>> I'm waiting for my money to make purchases. You said 15th.
>>>>>>>>> When is my money coming back to me?
>>>>>>>>>
>>>>>>>>> Sent from my iPhone
>>>>>>>>>
>>>>>>>>>> On Nov 20, 2013, at 11:04 AM, Bert Rossini
>>>>>>>>>> <bertrossini4@gmail.com> wrote:
>>>>>>>>>>
>>>>>>>>>> As soon as I close it will go out, immediately.
>>>>>>>>>> Bert
>>>>>>>>>>
>>>>>>>>>>> On Wed, Nov 20, 2013 at 12:50 PM, K████ K██████
>>>>>>>>>>> <██████@aol.com>
>>>>>>>>>>> wrote:
```

2

⑧

```
>>>>>>>>>>> Wire will be completed today, right?
>>>>>>>>>>>
>>>>>>>>>>> Sent from my iPhone
>>>>>>>>>>>
>>>>>>>>>>>> On Nov 20, 2013, at 9:42 AM, Bert Rossini
>>>>>>>>>>>> <bertrossini4@gmail.com> wrote:
>>>>>>>>>>>>
>>>>>>>>>>>> K████,
>>>>>>>>>>>> I am in the process of closing my transaction this morning.
>>>>>>>>>>>> We had a few problems with convertible and option transfers
>>>>>>>>>>>> yesterday and they are being handled this morning.  I will
>>>>>>>>>>>> send you an email as soon as completed.
>>>>>>>>>>>> Bert
>>>>>>>>>>>>
>>>>>>>>>>>>> On Wed, Nov 20, 2013 at 10:43 AM, K████ K████
>>>>>>>>>>>>> <████@aol.com>
>>>>>>>>>>>>> wrote:
>>>>>>>>>>>>> Has the wire been completed? Needs to fund into my account
>>>>>>>>>>>>> today.
>>>>>>>>>>>>>
>>>>>>>>>>>>> Sent from my iPhone
>>>>>>>>>>>>>
>>>>>>>>>>>>> On Nov 18, 2013, at 3:47 PM, Bert Rossini
>>>>>>>>>>>>> <bertrossini4@gmail.com> wrote:
>>>>>>>>>>>>>
>>>>>>>>>>>>> I am completing the loan tomorrow afternoon and the money
>>>>>>>>>>>>> will be available Wednesday.
>>>>>>>>>>>>>
>>>>>>>>>>>>>> On Mon, Nov 18, 2013 at 2:11 PM, K████ K████
>>>>>>>>>>>>>> <████@aol.com>
>>>>>>>>>>>>>> wrote:
>>>>>>>>>>>>>> Ok, so the $804,800 will be deposited Wednesday morning
>>>>>>>>>>>>>> into my account.
>>>>>>>>>>>>>>
>>>>>>>>>>>>>> Sent from my iPhone
>>>>>>>>>>>>>>
>>>>>>>>>>>>>>> On Nov 18, 2013, at 11:42 AM, Bert Rossini
>>>>>>>>>>>>>>> <bertrossini4@gmail.com> wrote:
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>> K████,
>>>>>>>>>>>>>>> At present, I have arranged for the $225,000; $184,800;
>>>>>>>>>>>>>>> and $395,000.
>>>>>>>>>>>>>>> I am working on the original three properties that are
>>>>>>>>>>>>>>> currently part of a lawsuit.  So, I do not yet have an
>>>>>>>>>>>>>>> answer on those but will by tomorrow.
>>>>>>>>>>>>>>> Bert
>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>> On Mon, Nov 18, 2013 at 12:56 PM, K████ K████
>>>>>>>>>>>>>>>> <████@aol.com> wrote:
>>>>>>>>>>>>>>>> So I will have $1,257,468.44 wired to and in my
>>>>>>>>>>>>>>>> account Wednesday morning, correct?
>>>>>>>>>>>>>>>>
```

3

(9)

>>>>>>>>>>>>>>>>>> Sent from my iPhone
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>> On Nov 18, 2013, at 10:48 AM, Bert Rossini
>>>>>>>>>>>>>>>>>> <bertrossini4@gmail.com> wrote:
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>> ▇,
>>>>>>>>>>>>>>>>>> Sounds good for Wednesday morning. I am finalizing
>>>>>>>>>>>>>>>>>> the loan on my behalf by tomorrow.
>>>>>>>>>>>>>>>>>> Bert
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>> On Mon, Nov 18, 2013 at 12:35 PM, K▇ K▇
>>>>>>>>>>>>>>>>>> <▇@aol.com> wrote:
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>> Bert,
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>> I need the wires for all the money to be in by this
>>>>>>>>>>>>>>>>>> Wednesday. I can't wait for my money any longer.
>>>>>>>>>>>>>>>>>> Advise as to completion today, tomorrow or Wednesday.
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>> K▇
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>> Sent from my iPhone
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>> On Nov 7, 2013, at 3:36 AM, Bert Rossini
>>>>>>>>>>>>>>>>>> <bertrossini4@gmail.com> wrote:
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>> K▇
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>> Sorry I have not responded to you. Barb or Ron may
>>>>>>>>>>>>>>>>>> have already sent
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>> a message to Patrick Valentino that the first payment
>>>>>>>>>>>>>>>>>> will be coming
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>> on November 12, 2013 for approximately $409,500 with
>>>>>>>>>>>>>>>>>> the the
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>> reimbursement for the notes and mortgages by the end
>>>>>>>>>>>>>>>>>> of November.
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>> Bert
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>> On Wed, Nov 6, 2013 at 11:39 AM, K▇ K▇
>>>>>>>>>>>>>>>>>> <▇@aol.com> wrote:
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>> Is my wire ready to be processed back to me now?
>>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>>

4

>>>>>>>>>>>>>>>>> Sent from my iPhone
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>> On Oct 31, 2013, at 5:32 AM, Bert Rossini
>>>>>>>>>>>>>>>>> <bertrossini4@gmail.com> wrote:
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>> ▓▓▓▓ I am in the process of borrowing the money with
>>>>>>>>>>>>>>>>> the properties, notes
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>> and mortgages as collateral.  Should take into next
>>>>>>>>>>>>>>>>> week but is going well.
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>> On Oct 29, 2013 2:38 PM, "▓▓▓▓▓▓
>>>>>>>>>>>>>>>>> <▓▓▓▓@aol.com>
>>>>>>>>>>>>>>>>> wrote:
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>> Hi Bert,
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>> Is the wire of return of my funds going to take place
>>>>>>>>>>>>>>>>> tomorrow?
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>> Thanks,
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>> ▓▓▓▓
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>>
>>>>>>>>>>>>>>>>> Sent from my iPhone

5

