*Exhibit E*

```
STATE OF ILLINOIS    )
                     ) SS.
COUNTY OF COOK       )
```

The *** Grand Jury of the
Circuit Court of Cook County,

The Grand Jurors chosen, selected and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about April 29, 2010 and continuing on through September 09, 2010 at and within the County of Cook

                Thomas Murphy
                Albert Rossini

committed the offense of     CONT FINANCIAL CRIMES ENTRPRS

in that THEY, IN FURTHERANCE OF A SINGLE INTENTION OR DESIGN, WITH THE INTENT TO COMMIT A FELONY OFFENSE ESTABLISHED UNDER THE ILLINOIS CRIMINAL CODE, TO WIT: THEFT, INVOLVING A FINANCIAL INSTITUTION, TO WIT: CHASE BANK, AGREED WITH EACH OTHER TO COMMIT THE OFFENSE OF THEFT ON THREE OR MORE SEPARATE OCCASIONS WITHIN AN EIGHTEEN MONTH PERIOD, TO WIT:

THOMAS MURPHY AND ALBERT ROSSINI AGREED TO COMMIT THE OFFENSE OF THEFT in that ON OR ABOUT APRIL 29, 2010, THEY, IN FURTHERANCE OF A SINGLE INTENTION AND DESIGN, KNOWINGLY OBTAINED BY DECEPTION CONTROL OVER U.S. CURRENCY, EXCEEDING $10,000 IN VALUE AND NOT EXCEEDING $100,000 IN VALUE, THE PROPERTY OF NINA JOZERS, AND USED, CONCEALED OR ABANDONED SAID PROPERTY, KNOWING SUCH USE, CONCEALMENT OR ABANDONMENT PROBABLY WOULD DEPRIVE NINA JOZERS PERMANENTLY OF SUCH USE OR BENEFIT, IN VIOLATION OF CHAPTER 720, ACT 5, SECTION 16-1(a)(2)(C) OF THE ILLINOIS COMPILED STATUTES 1992 AS AMENDED AND

THOMAS MURPHY AND ALBERT ROSSINI AGREED TO COMMIT THE OFFENSE OF THEFT in that ON OR ABOUT MAY 13, 2010, THEY, IN FURTHERANCE OF A SINGLE INTENTION AND DESIGN, KNOWINGLY OBTAINED BY DECEPTION CONTROL OVER U.S. CURRENCY, EXCEEDING $10,000 IN VALUE AND NOT EXCEEDING $100,000 IN VALUE, THE PROPERTY OF NINA JOZERS, AND USED, CONCEALED OR ABANDONED SAID PROPERTY, KNOWING SUCH USE, CONCEALMENT OR ABANDONMENT PROBABLY WOULD DEPRIVE NINA JOZERS PERMANENTLY OF SUCH USE OR BENEFIT, IN VIOLATION OF CHAPTER 720, ACT 5, SECTION 16-1(a)(2)(C) OF THE ILLINOIS COMPILED STATUTES 1992 AS AMENDED AND

THOMAS MURPHY AND ALBERT ROSSINI AGREED TO COMMIT THE OFFENSE OF THEFT in that ON OR ABOUT AUGUST, 20 2010, THEY, IN FURTHERANCE OF A SINGLE INTENTION AND DESIGN, KNOWINGLY OBTAINED BY DECEPTION CONTROL OVER U.S. CURRENCY, EXCEEDING $100,000 IN VALUE AND NOT EXCEEDING $500,000 IN VALUE, THE PROPERTY OF NINA JOZERS, AND USED, CONCEALED OR ABANDONED SAID PROPERTY, KNOWING SUCH USE, CONCEALMENT OR ABANDONMENT PROBABLY WOULD DEPRIVE NINA JOZERS PERMANENTLY OF SUCH USE OR BENEFIT, IN VIOLATION OF CHAPTER 720, ACT 5, SECTION 16-1(a)(2)(C) OF THE ILLINOIS COMPILED STATUTES 1992 AS AMENDED AND

THOMAS MURPHY AND ALBERT ROSSINI AGREED TO COMMIT THE OFFENSE OF THEFT in that ON OR ABOUT SEPTEMBER 9, 2010, THEY, IN FURTHERANCE OF A SINGLE INTENTION AND DESIGN, KNOWINGLY OBTAINED BY DECEPTION CONTROL OVER U.S. CURRENCY, EXCEEDING $10,000 IN VALUE AND NOT EXCEEDING $100,000 IN VALUE, THE PROPERTY OF NINA JOZERS, AND USED, CONCEALED OR ABANDONED SAID PROPERTY, KNOWING SUCH USE, CONCEALMENT OR ABANDONMENT PROBABLY WOULD DEPRIVE NINA JOZERS PERMANENTLY OF SUCH USE OR BENEFIT, IN VIOLATION OF CHAPTER 720, ACT 5, SECTION 16-1(a)(2)(C) OF THE ILLINOIS COMPILED STATUTES 1992 AS AMENDED AND

IN VIOLATION OF CHAPTER 720, SECTION 5/16H -55 OF THE ILLINOIS COMPILED STATUTES 1992 AS AMENDED,

THE GRAND JURY FURTHER PRESENTS THAT SAID OFFENSE IS BASED UPON A SERIES OF SUCH ACTS PERFORMED AT DIFFERENT TIMES BY THE DEFENDANTS FOR WHICH THE PERIOD OF LIMITATION PRESCRIBED BY CHAPTER 720, SECTION 5/3-8 OF THE ILLINOIS COMPILED STATUTES, BEGINS AT THE TIME WHEN THE LAST SUCH ACT IS COMMITTED, TO WIT: ON OR ABOUT SEPTEMBER 9, 2010

contrary to the Statute and against the peace and dignity of the same People of the State of Illinois.

                              COUNT NUMBER 1
                              CASE NUMBER
                              CHARGE ID CODE: 0013267

The Grand Jurors chosen, selected and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about April 29, 2010 and continuing on through September 09, 2010 at and within the County of Cook

                                      Thomas Murphy
                                      Albert Rossini

committed the offense of       CONT FINANCIAL CRIMES ENTRPRS

in that THEY, IN FURTHERANCE OF A SINGLE INTENTION OR DESIGN, WITH THE INTENT TO COMMIT A FELONY OFFENSE ESTABLISHED UNDER THE ILLINOIS CRIMINAL CODE, TO WIT: WIRE FRAUD, INVOLVING A FINANCIAL INSTITUTION, TO WIT: CHASE BANK, AGREED WITH EACH OTHER TO COMMIT THE OFFENSE OF WIRE FRAUD ON THREE OR MORE SEPARATE OCCASIONS WITHIN AN EIGHTEEN MONTH PERIOD, TO WIT:

THOMAS MURPHY AND ALBERT ROSSINI AGREED TO COMMIT THE OFFENSE OF WIRE FRAUD in that ON OR ABOUT APRIL 29, 2010, THEY, IN FURTHERANCE OF A SINGLE INTENTION AND DESIGN, DEVISED A SCHEME OR ARTIFICE TO DEFRAUD OR TO OBTAIN MONEY OR PROPERTY BY MEANS OF FALSE PRETENSES, REPRESENTATIONS, OR PROMISES AND THE DEFENDANTS TRANSMITTED OR CAUSED TO BE TRANSMITTED FROM WITHIN THIS STATE A WRITING, SIGNAL, PICTURE, SOUND, OR ELECTRONIC OR ELECTRIC IMPULSE BY MEANS OF WIRE COMMUNICATIONS FOR THE PURPOSE OF EXECUTING THE SCHEME OR ARTIFICE. TO WIT: DEFENDANTS CAUSED TO BE TRANSMITTED TO CHASE BANK U.S. CURRENCY FROM NINA JOZERS THAT DEFENDANTS FRAUDULENTLY REPRESENTED WOULD BE HELD AND UTILIZED TOWARD THE PURCHASE OF PROPERTY, BY MEANS OF WIRE COMMUNICATION, IN VIOLATION OF CHAPTER 720, SECTION 5/17-24(a)(1)(A)(B)(i) OF THE ILLINOIS COMPILED STATUTES 1992 AS AMMENDED, AND

THOMAS MURPHY AND ALBERT ROSSINI AGREED TO COMMIT THE OFFENSE OF WIRE FRAUD in that ON OR ABOUT MAY 13, 2010, THEY, IN FURTHERANCE OF A SINGLE INTENTION AND DESIGN, DEVISED A SCHEME OR ARTIFICE TO DEFRAUD OR TO OBTAIN MONEY OR PROPERTY BY MEANS OF FALSE PRETENSES, REPRESENTATIONS, OR PROMISES AND THE DEFENDANTS TRANSMITTED OR CAUSED TO BE TRANSMITTED FROM WITHIN THIS STATE A WRITING, SIGNAL, PICTURE, SOUND, OR ELECTRONIC OR ELECTRIC IMPULSE BY MEANS OF WIRE COMMUNICATIONS FOR THE PURPOSE OF EXECUTING THE SCHEME OR ARTIFICE. TO WIT: DEFENDANTS CAUSED TO BE TRANSMITTED TO CHASE BANK U.S. CURRENCY FROM NINA JOZERS THAT DEFENDANTS FRAUDULENTLY REPRESENTED WOULD BE HELD AND UTILIZED TOWARD THE PURCHASE OF PROPERTY, BY MEANS OF WIRE COMMUNICATION, IN VIOLATION OF CHAPTER 720, SECTION 5/17-24(a)(1)(A)(B)(i) OF THE ILLINOIS COMPILED STATUTES 1992 AS AMMENDED, AND

THOMAS MURPHY AND ALBERT ROSSINI AGREED TO COMMIT THE OFFENSE OF WIRE FRAUD in that ON OR ABOUT AUGUST 20, 2010, THEY, IN FURTHERANCE OF A SINGLE INTENTION AND DESIGN, DEVISED A SCHEME OR ARTIFICE TO DEFRAUD OR TO OBTAIN MONEY OR PROPERTY BY MEANS OF FALSE PRETENSES, REPRESENTATIONS, OR PROMISES AND THE DEFENDANTS TRANSMITTED OR CAUSED TO BE TRANSMITTED FROM WITHIN THIS STATE A WRITING, SIGNAL, PICTURE, SOUND, OR ELECTRONIC OR ELECTRIC IMPULSE BY MEANS OF WIRE COMMUNICATIONS FOR THE PURPOSE OF EXECUTING THE SCHEME OR ARTIFICE. TO WIT: DEFENDANTS CAUSED TO BE TRANSMITTED TO CHASE BANK U.S. CURRENCY FROM NINA JOZERS THAT DEFENDANTS FRAUDULENTLY REPRESENTED WOULD BE HELD AND UTILIZED TOWARD THE PURCHASE OF PROPERTY, BY MEANS OF WIRE COMMUNICATION, IN VIOLATION OF CHAPTER 720, SECTION 5/17-24(a)(1)(A)(B)(i) OF THE ILLINOIS COMPILED STATUTES 1992 AS AMMENDED, AND

THOMAS MURPHY AND ALBERT ROSSINI AGREED TO COMMIT THE OFFENSE OF WIRE FRAUD in that ON OR ABOUT SEPTEMBER 9, 2010, THEY, IN FURTHERANCE OF A SINGLE INTENTION AND DESIGN, DEVISED A SCHEME OR ARTIFICE TO DEFRAUD OR TO OBTAIN MONEY OR PROPERTY BY MEANS OF FALSE PRETENSES, REPRESENTATIONS, OR PROMISES AND THE DEFENDANTS TRANSMITTED OR CAUSED TO BE TRANSMITTED FROM WITHIN THIS STATE A WRITING, SIGNAL, PICTURE, SOUND, OR ELECTRONIC OR ELECTRIC IMPULSE BY MEANS OF WIRE COMMUNICATIONS FOR THE PURPOSE OF EXECUTING THE SCHEME OR ARTIFICE. TO WIT: DEFENDANTS CAUSED TO BE TRANSMITTED TO CHASE BANK U.S. CURRENCY FROM NINA JOZERS THAT DEFENDANTS FRAUDULENTLY REPRESENTED WOULD BE HELD AND UTILIZED TOWARD THE PURCHASE OF PROPERTY, BY MEANS OF WIRE COMMUNICATION, IN VIOLATION OF CHAPTER 720, SECTION 5/17-24(a)(1)(A)(B)(i) OF THE ILLINOIS COMPILED STATUTES 1992 AS AMMENDED, AND

IN VIOLATION OF CHAPTER 720, SECTION 5/16H -55 OF THE ILLINOIS COMPILED STATUTES 1992 AS AMENDED,

THE GRAND JURY FURTHER PRESENTS THAT SAID OFFENSE IS BASED UPON A SERIES OF SUCH ACTS PERFORMED AT DIFFERENT TIMES BY THE DEFENDANTS FOR WHICH THE PERIOD OF LIMITATION PRESCRIBED BY CHAPTER 720, SECTION 5/3-8 OF THE ILLINOIS COMPILED STATUTES, BEGINS AT THE TIME WHEN THE LAST SUCH ACT IS COMMITTED, TO WIT: ON OR ABOUT SEPTEMBER 9, 2010

contrary to the Statute and against the peace and dignity of the same People of the State of Illinois.

COUNT NUMBER 2
CASE NUMBER

---

CHARGE ID CODE: 0013267

The Grand Jurors chosen, selected and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about April 29, 2010 and continuing on through September 09, 2010 at and within the County of Cook

                        Thomas Murphy
                        Albert Rossini

committed the offense of       THEFT

in that THEY, IN FURTHERANCE OF A SINGLE INTENTION AND DESIGN, KNOWINGLY OBTAINED BY DECEPTION CONTROL OVER U.S. CURRENCY, EXCEEDING $100,000 IN VALUE AND NOT EXCEEDING $500,000 IN VALUE, THE PROPERTY OF NINA JOZERS, AND USED, CONCEALED OR ABANDONED SAID PROPERTY, KNOWING SUCH USE, CONCEALMENT OR ABANDONMENT PROBABLY WOULD DEPRIVE NINA JOZERS PERMANENTLY OF SUCH USE OR BENEFIT, IN VIOLATION OF CHAPTER 720, ACT 5, SECTION 16-1(a)(2)(C) OF THE ILLINOIS COMPILED STATUTES 1992 AS AMENDED AND

THE GRAND JURY FURTHER PRESENTS THAT SAID OFFENSE IS BASED UPON A SERIES OF SUCH ACTS PERFORMED AT DIFFERENT TIMES BY THE DEFENDANTS FOR WHICH THE PERIOD OF LIMITATION PRESCRIBED BY CHAPTER 720, SECTION 5/3-8 OF THE ILLINOIS COMPILED STATUTES, BEGINS AT THE TIME WHEN THE LAST SUCH ACT IS COMMITTED, TO WIT: ON OR ABOUT SEPTEMBER 9, 2010

contrary to the Statute and against the peace and dignity of the same People of the State of Illinois.

                        COUNT NUMBER 3
                        CASE NUMBER
                        CHARGE ID CODE: 0014995

The Grand Jurors chosen, selected and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about September 09, 2010 at and within the County of Cook

                        Thomas Murphy
                        Albert Rossini

committed the offense of       THEFT

in that THEY, IN FURTHERANCE OF A SINGLE INTENTION AND DESIGN, KNOWINGLY OBTAINED BY DECEPTION CONTROL OVER U.S. CURRENCY, EXCEEDING $10,000 IN VALUE AND NOT EXCEEDING $100,000 IN VALUE, THE PROPERTY OF NINA JOZERS, AND USED, CONCEALED OR ABANDONED SAID PROPERTY, KNOWING SUCH USE, CONCEALMENT OR ABANDONMENT PROBABLY WOULD DEPRIVE NINA JOZERS PERMANENTLY OF SUCH USE OR BENEFIT, IN VIOLATION OF CHAPTER 720, ACT 5, SECTION 16-1(a)(2)(C) OF THE ILLINOIS COMPILED STATUTES 1992 AS AMENDED

contrary to the Statute and against the peace and dignity of the same People of the State of Illinois.

                        COUNT NUMBER 4
                        CASE NUMBER
                        CHARGE ID CODE: 0011194

The Grand Jurors chosen, selected and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about September 09, 2010 at and within the County of Cook

       Thomas Murphy
       Albert Rossini

committed the offense of  WIRE FRAUD

IN THAT THEY DEVISED A SCHEME OR ARTIFICE TO DEFRAUD OR TO OBTAIN MONEY OR PROPERTY BY MEANS OF FALSE PRETENSES, REPRESENTATIONS, OR PROMISES AND THE DEFENDANTS TRANSMITTED OR CAUSED TO BE TRANSMITTED FROM WITHIN THIS STATE A WRITING, SIGNAL, PICTURE, SOUND, OR ELECTRONIC OR ELECTRIC IMPULSE BY MEANS OF WIRE COMMUNICATIONS FOR THE PURPOSE OF EXECUTING THE SCHEME OR ARTIFICE. TO WIT: DEFENDANTS CAUSED TO BE TRANSMITTED TO CHASE BANK U.S. CURRENCY FROM NINA JOZERS THAT DEFENDANTS FRAUDULENTLY REPRESENTED WOULD BE HELD AND UTILIZED TOWARD THE PURCHASE OF PROPERTY, BY MEANS OF WIRE COMMUNICATION, IN VIOLATION OF CHAPTER 720, SECTION 5/17-24(a)(1)(A)(B)(i) OF THE ILLINOIS COMPILED STATUTES 1992 AS AMMENDED

contrary to the Statute and against the peace and dignity of the same People of the State of Illinois.

       COUNT NUMBER 5
       CASE NUMBER
       CHARGE ID CODE: 0012981