**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| USA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 15-cr-00515 |
| | ) | |
| Albert Rossini, et al., | ) | Hon. John Z. Lee |
| Defendants. | ) | |

**RENEWED PETITION OF ABC BANK F/K/A AUSTIN BANK OF CHICAGO**
**TO ASSERT A LEGAL INTEREST IN A PROPERTY**
**SUBJECT TO CRIMINAL AND/OR CIVIL FORFEITURE**

The claimant, ABC Bank f/k/a Austin Bank of Chicago ("ABC Bank"), through its attorneys David T. Arena of DiMonte & Lizak, LLC, files its renewed petition for a hearing to adjudicate the validity of its interest in property subject to forfeiture pursuant to 21 U.S.C. §853(n), stating as follows:

**BASIS FOR RENEWED PETITION**

ABC Bank filed its original petition in October of 2015. At that time, the two loans at issue secured by the two Certificate of Deposit accounts were in good standing and being serviced by the Defendants. However, loan 22164 in the original amount of $295,000.00 matured on January 16, 2016. This loan is secured by Certificate of Deposit number 16464. Loan number 22447 in the amount of $40,000.00 matured on March 10, 2016. This loan is secured by Certificate of Deposit number 16513. ABC Bank has made demand on the Defendants to pay the balance due on loans 22164 and 22447, but the Defendants have failed to do so. As result, the Defendant's are in default. Explained in more detail below, the default has a negative impact on ABC Bank and the Defendants. Specifically, the default causes ABC Bank's non performing asset ratio to increase, interest and attorney fees on the loan continue to accrue and the default negatively effects borrower's credit rating.

ABC Bank has a contractual right to set-off the funds held in the Certificate of Deposit's to satisfy the loans in default. By this renewed petition, ABC Bank seeks leave of court to set off the balance of $97,278.12 due on loans 22164 and 22447 from the $428,925.39 held in Certificate of Deposit's 16464 and 16513, and to turn over the balance of the funds held in the Certificate of Deposits's to the asset forfeiture coordinator for the FBI in Chicago to be held upon further of the court.

## STATEMENT OF FACTS

1.      On August 26, 2015, ABC Bank was served with 3 separate warrants to seize property subject to forfeiture issued in the above-captioned case identifying the following property:

(a)      Certificate of Deposit No. 16463 issued by Austin Bank of Chicago, Illinois on or about January 16, 2014, in the amount of $250,000.

(b)      Certificate of Deposit No. 16464 issued by Austin Bank of Chicago, Illinois on or about January 16, 2014, in the amount of $250,000.

(c)      Certificate of Deposit No. 16513 issued by Austin Bank of Chicago, Illinois on or about March 10, 2014, in the amount of $200,000.

2.      Upon receipt of the above-referenced warrants, ABC Bank froze the CD accounts referenced at paragraph 2(b) and 2(c) above prohibiting any transactions on the accounts pending further order of court.

3.      In regards to CD No. 16463, a withdrawal occurred on August 18, 2015 in the amount of $249,272.55 bringing the account balance to $0.00 thereby closing the account. (*See* account summary statement attached as Exhibit 'A' to the Affidavit of Michael Campanile attached hereto as **Exhibit 1**.)

4.      In regards to CD No. 16464, the balance is $228,604.51 plus accrued interest as of

April 5, 2016. (*See* account summary statement attached as Exhibit 'B' to the Affidavit of Michael Campanile attached hereto as **Exhibit 1**.)

5.      In regards to CD No. 16513, the balance is $200,320.88 plus accrued interest as of April 5, 2016. (*See* account summary statement attached as Exhibit 'C' to the Affidavit of Michael Campanile attached hereto as **Exhibit 1**.)

6.      On or about May 15, 2014, Babajan Khoshabe and Anthony Khoshabe (Borrowers) executed a promissory note for the benefit of ABC Bank in the amount of $295,000.00. (*See* the Promissory Note dated May 15, 2014 and the renewal Promissory Note dated January 16, 2015, and Change in Terms Agreement dated March 16, 2015 attached as Exhibit 'D' to the Affidavit of Michael Campanile attached hereto as **Exhibit 1**.)

7.      Contemporaneous to and in consideration for the disbursement under the May 15, 2014 promissory date, borrowers executed an Assignment of Deposit Account for the benefit of ABC Bank granting ABC Bank a security interest in CD No. 16464 and 16463. (*See* the Assignment of Deposit Account dated May 15, 2014 attached as Exhibit 'E' to the Affidavit of Michael Campanile attached hereto as **Exhibit 1**.) (The Promissory Note and Assignment of Deposit Account dated May 15, 2014 shall be collectively referred to as "Loan No. 22164".)

8.      Pursuant to the loan documents for Loan No. 22164, it is an event of default for any governmental agency to try to take any of the property in which ABC Bank has a lien. Upon default, the loan documents grant ABC the right to set-off directly all funds in the account and apply them to the indebtedness. In addition, the loan documents grant ABC Bank the right to recover its attorney fees and expenses incurred in connection with the enforcement of the agreement. (*See* Exhibits 'D' and 'E' attached to the Affidavit of Michael Campanile attached hereto as **Exhibit 1**.) There is currently a balance due and owing from borrowers to ABC Bank on Loan No. 22164 in the principal amount of $50,000.00 plus accrued interest. (*See* Exhibit 'B' attached to the Affidavit of Michael Campanile attached hereto as **Exhibit 1**.)

9.      On or about July 9, 2015, Babajan Khoshabe executed a promissory note for the benefit of ABC Bank in the amount of $40,000.00. (*See* the Promissory Note dated July 9, 2015 attached as Exhibit 'F' to the Affidavit of Michael Campanile attached hereto as **Exhibit 1**.)

10.     Contemporaneous to and in consideration for the disbursement under the July 9, 2015 promissory date, borrowers executed an Assignment of Deposit Account for the benefit of ABC Bank granting ABC Bank a security interest in CD No. 16513. (*See* the Assignment of Deposit Account dated July 9, 2015 attached as Exhibit 'G' to the Affidavit of Michael Campanile attached hereto as **Exhibit 1**.) (The Promissory Note and Assignment of Deposit Account dated July 9, 2015 shall be collectively referred to as Loan No. 22447.)

11.     Pursuant to the loan documents for Loan No. 22447, it is an event of default for any governmental agency to try to take any of the property in which ABC Bank has a lien. Upon default, the loan documents grant ABC the right to set-off directly all funds in the account and apply them to the indebtedness. In addition, loan documents grant ABC Bank the right to recover its attorney fees and expenses incurred in connection with the enforcement of the agreement. (*See* Exhibits 'F' and 'G' attached to the Affidavit of Michael Campanile attached hereto as **Exhibit 1**.) There is currently a balance due and owing from borrowers to ABC Bank on Loan No. 22447 in the principal amount of $40,000.00 plus accrued interest. (*See* Exhibit 'C' attached to the Affidavit of Michael Campanile attached hereto as **Exhibit 1**.)

12.     At the time of granting Loan No. 22164 and 22447 to the borrowers, ABC Bank was not aware of any conduct by the borrowers which would give rise to forfeiture of the property. Upon receiving the warrants to seize property subject to forfeiture, ABC Bank immediately froze access to the accounts to prevent the property from being used in continuing activity which would subject the property to forfeiture.

13.     ABC Bank is a bona fide purchaser for value of its interest in the property and at the time of granting Loan No. 22164 and 22447 to the borrowers was reasonably without cause to believe the property was subject to forfeiture.

14.     Loan number 22164 matured on January 16, 2016. As of April 5, 2016, the payoff on loan 22164 is $50,243.00, plus attorney fees and court costs. (*See* account summary statement attached as Exhibit 'H', to the Affidavit of Mike Campanile attached as **Exhibit 1**).

15.     Loan number 22447 matured on March 10, 2016. As of April 5, 2016, the net payoff on loan 2247 is $40,213.80 plus attorney fees and court costs. (*See* account summary statement attached as Exhibit 'I' to the Affidavit of Michael Campanile attached hereto as **Exhibit 1**).

16.     As of April 5, 2016, the current redemption amount on Certificate of Deposit account number 16464 is $228,604.51. (*See* account summary statement attached as Exhibit 'J' to the Affidavit of Michael Campanile attached hereto as **Exhibit 1**).

17.     As of April 5, 2016, the current redemption amount on Certificate of Deposit number 16513 is $200,320.88. (*See* account summary statement attached as Exhibit 'K' to the Affidavit of Michael Campanile attached hereto as **Exhibit 1**).

18.     As of April 5, 2016, the total balance due to ABC Bank on Loans 22164 and 22447 is $90,456.80 plus $6,733.25 in attorney fees and $88.07 in court costs for a total payoff amount of $97,278.12. The total amount held by ABC Bank in Certificate of Deposit accounts numbers 16464 and 16513 is $428,925.39. ABC Bank seeks leave of court to offset $97,278.12 to payoff Loan numbers 22164 and 22447 and to remit the balance of $331,647.27 to the asset forfeiture coordinator for the FBI Chicago Office pending further order of the court. (*See* Affidavit of Michael Campanile attached hereto as **Exhibit 1**).

19. The change in circumstance resulting from the maturity and subsequent default of the two loans is creating a continuing harm. Specifically, having the nonperforming loans on ABC's books creates a negative impact on the bank's nonperforming asset ratio. In addition, with the default and loans outstanding, interest continues to accrue and attorneys fees and costs continue to accrue. Pursuant to the loan documents, ABC is entitled to recover the accruing interest and attorneys fees and costs. Finally, the defaulting loans are negatively affecting the Defendants' consumer credit rating. (*See* Affidavit of Michael Campanile attached hereto as **Exhibit 1**).

20. ABC Bank agrees that if the court allows a set off from the CD account to satisfy the defaulted loans the U.S. Government is not waiving any claim to priority of the funds. If there is a final judicial determination in the future that the funds of the Defendant should be forfeited and that the U.S. Government has a superior interest in the funds to ABC Bank, ABC Bank will disgorge the funds to the U.S. Government. Granting the relief requested by ABC Bank in this renewed petition will cure the negative impact on the loans being in default during the interim. (*See* Affidavit of Michael Campanile attached hereto as **Exhibit 1**).

Wherefore, the Petitioner, ABC Bank f/k/a Austin Bank of Chicago, request the court to enter an order granting ABC Bank the right to set off and apply the balance due on loans number 22164 and 22447 from Certificate of Deposit account numbers 16464 and 16513 and to remit the balance of the funds held in the Certificate of Deposit accounts to the asset forfeiture coordinator of the FBI in the Chicago office, and for the court to grant any further relief this court deems just.

Respectfully submitted,
ABC Bank f/k/a Austin Bank of Chicago


/s/ David T. Arena

By one of their Attorneys


David T. Arena
DiMonte & Lizak, LLC
216 W. Higgins Road
Park Ridge, IL 60068