IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| USA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     v. | ) | Case No. 15-cr-00515 |
| | ) | |
| Albert Rossini, et al., | ) | Hon. John Z. Lee |
|     Defendants. | ) | |

NOTICE OF MOTION

To:    See attached Service List

    PLEASE TAKE NOTICE that on **April 26, 2016**, at **9:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before **Judge John Z. Lee**, or any judge sitting in his stead, in the courtroom usually occupied by him in **Room 1225** of the United States District Court, 219 South Dearborn Street, Chicago, Illinois, and then and there present **Renewed Petition of ABC Bank f/k/a Austin Bank of Chicago to Assert a Legal Interest in a Property Subject to Criminal and/or Civil Forfeiture**, a copy of which is hereby served upon you.

                                        /s/    David T. Arena

David T. Arena, ARDC No. 6236636
DiMonte & Lizak, LLC
216 W. Higgins Rd
Park Ridge, IL 60068
Tel.: 847-698-9600
darena@dimontelaw.com
Firm No. 768

CERTIFICATE OF SERVICE

    I, David T. Arena, an attorney, certify that on **April 15, 2016**, I caused this Notice and the above-named documents to be served on counsel of record via the Court's electronic filing system.

                                        /s/    David T. Arena

SERVICE LIST

Via ECF:

Erik A Hogstrom
erik.hogstrom@usdoj.gov

William Patrick Novak
william.novak@usdoj.gov

Glenn Seiden
gseiden@snlgllc.com

Brooke Laurine Lewis
blewis@snlgllc.com

Theodore P Netzky
tnetzky@snlgllc.com

Allan A. Ackerman
profaaa@aol.com

Thomas Michael Breen
tbreen@defend-chicago.com

Todd S. Pugh
darrow911@me.com

Robert W Stanley
rstanley@breenpughlaw.com

Kevin P. Bolger
Bolgerlaw@aol.com

Lawrence Wolf Levin
lwlwolf@aol.com

Michelle Marie Truesdale
mich7472@aol.com

Ana Luisa Vazquez
aldlaw11@gmail.com