## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 15 cr 515-1 |
| v. ) | |
| ) | Judge John Z. Lee |
| ALBERT ROSSINI et al. ) | Magistrate Judge Jeffrey T. Gilbert |
| ) | |
| Defendants. ) | |

### SEIDEN NETZKY LAW GROUP'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

NOW COMES counsel for Defendant Albert Rossini, SEIDEN NETZKY LAW GROUP, LLC, and respectfully requests that this Court enter an order granting it one week of additional time to respond to the Government's Response to SNLG's Motion to Withdraw. In support thereof, SNLG states as follows:

1. SEIDEN NETZKY LAW GROUP, LLC ("SNLG") requests that the Court grant it one additional week to file its reply to the Government's Response to SNLG's Motion to Withdraw. The Government's Response is substantively a motion to disqualify SNLG as counsel in this matter, and is extensive in both argument and exhibits. Due to the need for sufficient time to respond to the numerous allegations, SNLG requests that it be given a one week extension (for four weeks after the filing of the Government's response brief), or until April 27, 2016, to file its response to those allegations in the form of a Reply Brief in Support of its Motion to Withdraw and its oral suggestion to the Court that it be appointed as CJA counsel.

2. On February 26, 2016, SNLG filed its motion to withdraw as counsel for Mr. Rossini due to an unreasonable financial burden on SNLG. (Dkt. 125).

1

3.  On March 3, 2016, the Court held a hearing on the motion, whereupon discussions were made on the record as to the possibility of appointing SNLG to act as counsel for Mr. Rossini under the CJA act. Such an appointment could serve to continue to expedite the case on the Court's docket rather than delay the case to allow time for new appointed counsel to catch up with the extensive history and discovery in this matter. (Dkt. 127).

4.  The Government requested and was granted two weeks, or until March 17, 2016, to respond to the motion by filing a brief detailing its belief that SNLG was conflicted out of the case and should no longer be permitted to continue representing Mr. Rossini in this matter. The court granted SNLG a commensurate amount of time, until March 31, 2016, to file its reply. (Dkt. 127).

5.  On March 9, 2016, the Government made an oral motion for an additional week to file its response, to which SNLG did not object. The Court granted the Government's Motion, extending the deadline for the Government's response brief to March 23, 2016 and SNLG's reply brief to April 7, 2016. (Dkt. 128).

6.  On March 22, 2016, the Government filed an Unopposed Motion to Extend Time to File a Response from the March 23, 2016 deadline, requesting another additional week for its response. (Dkt 131).

7.  On March 30, 2016, the Government filed its Response Brief, which contains nineteen pages of argument and an additional approximately forty pages of exhibits to support its argument. (Dkt. 134).

8.  On April 4, 2016, the Court granted the Government's motion for extension. (Dkt. 135). No new date for SNLG's reply was set.

9. SNLG filed an unopposed motion requesting three weeks to file its response. (Dkt. 138.) The Court granted that motion on April 12, 2016. (Dkt. 140.)

10. The reply brief will be, in essence, a response to the Government's motion to disqualify SNLG as counsel, and there are substantial allegations that merit a response.

11. The research and investigation regarding the allegations has been more involved than previously expected. SNLG accordingly requests one additional week, for a total of four weeks from the date of the Government's filing, or until April 27, 2016, to file its reply brief.

12. SNLG has spoken to AUSA Erik A. Hogstrom for the Government, who has no objection to the motion.

13. This motion is not being brought for the purposes of delay.

WHEREFORE, SEIDEN NETZKY LAW GROUP, LLC respectfully requests that this Court enter an order granting Seiden Netzky Law Group, LLC until April 27, 2016 to file its reply brief in support of its Motion to Withdraw and oral motion for appointment as CJA counsel, and in opposition to the Government's request that SNLG be disqualified as counsel in this matter, and for any and such additional relief as this Court deems fair and just.

Dated: April 20, 2016                                              Respectfully submitted,

/s/ Brooke L. Lewis
Brooke L. Lewis #6245195
Glenn Seiden #2543761
SEIDEN NETZKY LAW GROUP, LLC
Attorneys for Albert Rossini
333 South Wabash Ave, Suite 2700
Chicago, Illinois 60604
312.236.3060
blewis@snlgllc.com
gseiden@snlgllc.com