# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | 15 cr 515-1 |
| v. | ) ) | Judge John Z. Lee |
| ALBERT ROSSINI et al. | ) ) | Magistrate Judge Jeffrey T. Gilbert |
| Defendants. | ) ) | |

## NOTICE OF MOTION

To: Attorneys of Record

PLEASE TAKE NOTICE THAT on Wednesday, May 4, 2016 at 9:00 a.m. or as soon thereafter as counsel may be heard, we shall appear before The Honorable Judge John Z. Lee, or any judge sitting in his stead, in Courtroom 1225, Everett McKinley Dirksen United States Courthouse, and we will then and there present *Seiden Netzky Law Group's Unopposed Motion for Extension of Time to File Reply Brief*.

> Glenn Seiden
> Brooke L. Lewis
> SEIDEN NETZKY LAW GROUP, LLC
> Attorneys for Albert Rossini
> 333 South Wabash Ave, Suite 2700
> Chicago, Illinois 60604
> 312.236.3060
> blewis@snlgllc.com
> gseiden@snlgllc.com

*Certificate of Service*

I, Brooke L. Lewis, an attorney, do hereby certify under penalties of law that in accordance with Fed.R.Civ.P.5 and the General Order on Electronic Case Filing (ECF), I caused a copy of the above-titled motion to be served upon the all the named attorneys of record by CM/ECF filing methods on this the 20th day of April, 2016.

> //s// Brooke L. Lewis
> Brooke L. Lewis