# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
## Eastern Division

UNITED STATES OF AMERICA

                                     Plaintiff,

v.                                                                        Case No.: 1:15−cr−00515

                                                                                   Honorable John Z. Lee

Albert Rossini, et al.

                                     Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, April 21, 2016:

      MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini. Defendant's unopposed motion for extension of time to file reply brief [144] is granted. Defendant's reply brief is due by 4/27/16. Mailed notice (ca, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.