# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

UNITED STATES OF AMERICA

                                      Plaintiff,

v.                                                                            Case No.: 1:15−cr−00515

                                                                                    Honorable John Z. Lee

Albert Rossini, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 26, 2016:

      MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Motion hearing held on 4/26/16. For the reasons stated on the record, ABC Bank's renewed petition to assert a legal interest in a property subject to criminal and/or civil forfeiture [141] is stricken without prejudice. The Court encourages the Bank to explore with the government alternative methods of address its concerns that would provide the government with sufficient assurances that the funds in question would be available at the end of this case. Mailed notice (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.