#### IN THE UNITED STATES DISTRICT COURT FOR THE
#### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| | ) | Case No: 15-cr-515-1 |
| v. | ) | |
| | ) | Judge:  John Z. Lee |
| | ) | |
| | ) | |
| Albert Rossini | ) | |
| | ) | |

#### ORDER

Motion hearing held on 5/4/16.   Seiden Netzky Law Group's motion to withdraw as counsel for Defendant Rossini [125] is entered and continued.   The deadline for the filing of pretrial motions is stricken.   Defendant's reply brief is now due by 5/5/16; the government's sur-reply if any is due by 5/12/16.   Status hearing set for 5/19/16 at 3:00 p.m.   Time was previously excluded through 5/24/16.

_____
John Z. Lee
U.S. District Court Judge

5/4/16

.10