03/12/14

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

*IN FORMA PAUPERIS* APPLICATION
AND
FINANCIAL AFFIDAVIT

United States of America,
Plaintiff

v.

Albert Rossini et al.,
Defendant(s)

Case Number: 15 CR 515-1

Judge: Lee

*Instructions:* Please answer every question. Do not leave any blanks. If the answer is "none" or "not applicable (N/A)," write that response. Wherever a box is included, place a ✓ in whichever box applies. If you need more space to answer a question or to explain your answer, attach an additional page that refers to each such question by number and provide the additional information. Please print or type your answers.

*Application:* I, Albert M. Rossini, declare that I am the ☐ plaintiff ☐ petitioner ☐ movant ☒ (other Defendant) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☒ in support of my motion for appointment of counsel, or ☐ both. I declare that I am unable to pay the costs of these proceedings, and I believe that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of my application, I answer the following questions under penalty of perjury.

1. Are you currently incarcerated?   ☐ Yes   ☒ No
   (If "No," go to Question 2)
   I.D. #: _____ Name of prison or jail: _____
   Do you receive any payment from the institution?   ☐ Yes   ☐ No
   Monthly amount: _____

2. Are you currently employed?   ☐ Yes   ☒ No
   a. If the answer is "*yes*," state your:
      *Monthly* salary or wages: _____
      Name and address of employer: _____

   b. If the answer is "*no*," state your:
      Beginning and ending dates of last employment: Oct 2007 - Nov 16, 2015
      *Last monthly* salary or wages: Not consistent but $8,000 in Oct 2015 and $0 in November 2015
      Name and address of last employer: Devon Street Realty Ltd.
      3924 W Devon Street
      Lincolnwood, IL 60712


EXHIBIT A

3. Are you married? [X] Yes   [ ] No
    If the answer is "yes," is your spouse currently employed? [ ] Yes   [X] No
    Spouse's *monthly* salary or wages: n/a
    Name and address of spouse's employer: Retired

4. In addition to your income stated above in response to Question 2 (which you should not repeat here), *have you or anyone else living at the same residence* received more than $200 in the past twelve months from any of the following sources? Mark a ✓ next to "Yes" or "No" in each of the categories a. through g, check all boxes that apply in each category, and fill in the twelve-month total in each category.

    a. [ ] Salary or [ ] wages    [ ] Yes   [X] No
       Total received in the last 12 months: _____
       Received by: _____

    b. [ ] Business, [ ] profession or [X] other self-employment    [X] Yes   [ ] No
       Total received in the last 12 months: $50,000.00
       Received by: Albert Rossini

    c. [ ] Rental income, [ ] interest or [ ] dividends    [ ] Yes   [X] No
       Total received in the last 12 months: _____
       Received by: _____

    d. [ ] Pensions, [X] social security, [ ] annuities, [ ] life insurance, [ ] disability, [ ] workers' compensation, [ ] alimony or maintenance or [ ] child support    [ ] Yes   [ ] No
       Total received in the last 12 months: $15,435.07 (net) for self
       Received by: (see attachments) $10,900.50 (net) for spouse

    e. [ ] Gifts or [ ] inheritances    [ ] Yes   [X] No
       Total received in the last 12 months: _____
       Received by: _____

    f. [ ] Unemployment, [ ] welfare or [ ] any other public assistance    [ ] Yes   [X] No
       Total received in the last 12 months: _____
       Received by: _____

    g. [ ] Any other sources (describe source: _____)    [ ] Yes   [X] No
       Total received in the last 12 months: _____
       Received by: _____

5. Do *you or anyone else living at the same residence* have more than $200 in cash or checking or savings accounts?    [ ] Yes   [X] No
    Total amount: _____
    In whose name held: _____ Relationship to you: _____

6. Do *you or anyone else living at the same residence* own any stocks, bonds, securities or other financial instruments?  ☐ Yes  ☒ No
   Property: _____ Current value: _____
   In whose name held: _____ Relationship to you: _____

7. Do *you or anyone else living at the same residence* own any real estate (with or without a mortgage)? Real estate includes, among other things, a house, apartment, condominium, cooperative, two-flat, etc.  ☒ Yes  ☐ No
   Type of property and address: 4321 South Marshfield, Chicago, IL 60609
   Current value: ~$18,000.00  Equity: $0  (Equity is the difference between what the property is worth and the amount you owe on it.)
   In whose name held: Comprehensive Prop. Relationship to you: Sole Proprietorship
   Amount of monthly mortgage or loan payments: $0, but water bill approximately
   Name of person making payments: $6,600 and real estate taxes owed of approximately $15,000

8. Do *you or anyone else living at the same residence* own any automobiles with a current market value of more than $1000?  ☒ Yes  ☐ No
   Year, make and model: 2007 Jeep Commander; 2008 Dodge Caliber
   Current value: ~$4,000; ~$4,000  Equity: all  (Equity is the difference between what the automobile is worth and the amount you owe on it.)
   Amount of monthly loan payments: $0
   In whose name held: jeep-Brenda Rossini Relationship to you: wife
   Name of person making payments: dodge-joint

9. Do *you or anyone else living at the same residence* own any boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?  ☐ Yes  ☒ No
   Property: _____
   Current value: _____ Equity: _____ (Equity is the difference between what the property is worth and the amount you owe on it.)
   Amount of monthly loan payments: _____
   In whose name held: _____ Relationship to you: _____
   Name of person making payments: _____

10. List the persons *who live with you* who are dependent on you for support. State your relationship to each person and state whether you are entirely responsible for the person's support or the specific monthly amount you contribute to his or her support. If none, check here: ☐ None.
    Brenda Rossini, my wife, receives social security (in 2015, she received $10,900.50 for the year), but she is otherwise dependent on me for support

11. List the persons *who do not live with you* who are dependent on you for support. State your relationship to each person and state how much you contribute monthly to his or her support. If none, check here: ☒ None.

I declare under penalty of perjury that the above information is true and correct. I understand that 28 U.S.C. § 1915(e)(2)(A) states that the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: MARCH 9, 2016

_____
Signature of Applicant

ALBERT M. ROSSINI
(Print Name)

**NOTICE TO PRISONERS:** In addition to the Certificate below, a prisoner must also attach a print-out from the institution(s) where he or she has been in custody during the last six months showing all receipts, expenditures and balances in the prisoner's prison or jail trust fund accounts during that period. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account – prepared by each institution where you have been in custody during that six-month period. As already stated, you must also have the Certificate below completed by an authorized officer at each institution.

## CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _____, I.D.# _____, has the sum of $ _____ on account to his/her credit at (name of institution) _____. I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $ _____. (Add all deposits from all sources and then divide by number of months).

_____        _____
Date                                     Signature of Authorized Officer

                                         _____
                                         (Print Name)

CJA 23
(Rev. 11/11)

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

IN THE UNITED STATES ☑ DISTRICT COURT ☐ COURT OF APPEALS ☐ OTHER (Specify below)

IN THE CASE OF
USA v. Rossini
15 CR 515-1

FOR Northern District of Illinois, Eastern Division
AT

LOCATION NUMBER

PERSON REPRESENTED (Show your full name)
Albert Rossini

1 ☑ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Supervised Release Violator
5 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

DOCKET NUMBERS
Magistrate Judge
District Court
Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →) ☑ Felony ☐ Misdemeanor
18 USC 1341
18 USC 1343

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes ☑ No ☐ Self-Employed
Name and address of employer: n/a
IF YES, how much do you earn per month? $
IF NO, give month and year of last employment? 10/2015
How much did you earn per month? $ 8,000.00
If married, is your spouse employed? ☐ Yes ☑ No
IF YES, how much does your spouse earn per month? $
If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☑ Yes ☐ No

RECEIVED | SOURCES
IF YES, give the amount received and identify the sources
$ 15,435.07 — Social Security for self (net)
$ 10,900.50 — Social Security for spouse (net)
$

**CASH**
Do you have any cash on hand or money in savings or checking accounts? ☐ Yes ☑ No IF YES, total amount? $

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☑ Yes ☐ No

VALUE | DESCRIPTION
IF YES, give value and description for each
$ — See attachment for complete listing
$
$
$

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ✓ Married
Total No. of Dependents: 0
List persons you actually support and your relationship to them: Brenda Rossini, wife

**DEBTS & MONTHLY BILLS** (Rent, utilities, loans, charge accounts, etc.)

| DESCRIPTION | TOTAL DEBT | MONTHLY PAYMENT |
|---|---|---|
| Rent | $ 1,495.00 | $ 1,495.00 |
| Auto Insurance | $ 145.00 | $ 145.00 |
| Cell Phone (AT&T Family Plan) | $ 150.00 | $ 150.00 |
| Office and Storage Rental | $ 300.00 | $ 300.00 |

I certify under penalty of perjury that the foregoing is true and correct.

_[signature]_ Albert M Rossini
SIGNATURE OF DEFENDANT
(OR PERSON REPRESENTED)

MARCH 9, 2016
Date

Albert Rossini
Financial Affidavit
Attachment
March 8, 2016

<u>Property</u>

4321 S. Marshfield, Chicago, IL 60609
owned in name of Comprehensive Properties, Ltd.,
Real Estate taxes owed are approximately $15,000.00
Water bill owed to City of Chicago is approximatey $6,600.00
There are various building code violations

Value of property with above liens is -0-


2008 Dodge Caliber
60,000 approximate miles
owned jointly by wife and me
worth $4,000.00

2007 Jeep Commander
85,000 miles
owned by Wife
worth $4,000.00


Respectfully,

*[signature]*
Albert Rossini

# FORM SSA-1099 – SOCIAL SECURITY BENEFIT STATEMENT

**2015**
- PART OF YOUR SOCIAL SECURITY BENEFITS SHOWN IN BOX 5 MAY BE TAXABLE INCOME.
- SEE THE REVERSE FOR MORE INFORMATION.

| Box 1. Name | Box 2. Beneficiary's Social Security Number |
|---|---|
| ALBERT M ROSSINI | |

| Box 3. Benefits Paid in 2015 | Box 4. Benefits Repaid to SSA in 2015 | Box 5. Net Benefits for 2015 (Box 3 minus Box 4) |
|---|---|---|
| *$22,995.30 | $976.50 | $22,018.80 |

| DESCRIPTION OF AMOUNT IN BOX 3 | | DESCRIPTION OF AMOUNT IN BOX 4 | |
|---|---|---|---|
| Paid by check or direct deposit | $15,435.07 | Deductions for work or other adjustments | $976.50 |
| Medicare Part B premiums deducted from your benefits | $1,258.80 | Benefits repaid to SSA in 2015 | $976.50 |
| Deductions for work or other adjustments | $976.50 | | |
| Treasury Benefit Payment Offset, Garnishment and/or Tax Levy | $5,324.93 | | |
| Total Additions | $22,995.30 | | |
| Benefits for 2015 | $22,995.30 | | |

Box 6. Voluntary Federal Income Tax Withheld

NONE

Box 7. Address

ALBERT M ROSSINI
PO BOX 517
WINNETKA IL 60093-0517

Box 8. Claim Number (Use this number if you need to contact SSA)

*Includes:
$792.00 paid in 2015 for 2014

Form **SSA-1099-SM** (1-2016)    DO NOT RETURN THIS FORM TO SSA OR IRS

# FORM SSA-1099 – SOCIAL SECURITY BENEFIT STATEMENT

*UPDATED TO INCLUDE BENEFITS PAID OR REPAID IN DECEMBER. THIS REPLACES ANY PREVIOUS STATEMENT YOU MAY HAVE RECEIVED.

Date: 01-19-2

**2015**
- PART OF YOUR SOCIAL SECURITY BENEFITS SHOWN IN BOX 5 MAY BE TAXABLE INCOME.
- SEE THE REVERSE FOR MORE INFORMATION.

**Box 1. Name**
BRENDA ROSSINI

**Box 2. Beneficiary's Social Security**
[redacted]

**Box 3. Benefits Paid in 2015**
$14,674.80

**Box 4. Benefits Repaid to SSA in 2015**
NONE

**Box 5. Net Benefits for 2015** (Box 3 min
$14,674.80

**DESCRIPTION OF AMOUNT IN BOX 3**

| | |
|---|---|
| Paid by check or direct deposit | $10,900.50 |
| Medicare Part B premiums deducted from your benefits | $1,258.80 |
| Treasury Benefit Payment Offset, Garnishment and/or Tax Levy | $2,515.50 |
| Total Additions | $14,674.80 |
| Benefits for 2015 | $14,674.80 |

**DESCRIPTION OF AMOUNT IN BOX 4**
NONE

**Box 6. Voluntary Federal Income Tax Withheld**
NONE

**Box 7. Address**
BRENDA ROSSINI
PO BOX 517
WINNETKA IL 60093-0517

**Box 8. Claim Number** (*Use this number if you need to conta*
[redacted]

DO NOT RETURN THIS FORM TO SSA OR IRS