---------- Forwarded message ----------
From: Bert Rossini <bertrossini4@gmail.com>
Date: Tue, Aug 20, 2013 at 5:05 PM
Subject: Fwd: Riverdale Deeds
To: K█ K█████████

K█
Here are the deeds and Affidavit to the City of Riverdale in regard to the inspection on this Friday. Once the "Point of Sale" Inspection takes place, I can record the deeds at the Cook County Recorder's Office. They will not allow them to be recorded until the inspection, and that is why I have not already placed them into the K█ Trust. In a second email, I am sending all the insurance papers on the buildings. Again, once we get through the inspection, I will change the insurance to the K████ Family Trust.

I was pushing for the inspection to be conducted last Friday at the same time as applying for the point of sale inspection. However, they are not that fast.

Also, will have much of Rockford documents from the bankruptcy court on the 22 with the check for this month. It is the last of the two party checks so I won't make the mistake of writing a check to you before it clears. Next month everything will be in KK.

Bert


---------- Forwarded message ----------
From: Aida Roldan <aidaroldan@gmail.com>

1


EXHIBIT B

Date: Tue, Aug 20, 2013 at 4:44 PM
Subject: Riverdale Deeds
To: Bert Rossini <bertrossini4@gmail.com>, bertrossini4@aol.com

--
Thank You,
Aida Roldan