# Government Exhibit A

# June 2013

- o 6/6/13 – Netzky and Rossini received a term sheet from Barnett on a potential $3,000,000 loan. Exhibit B, pp. 1-4. The term sheet listed several properties as proposed collateral and none of them were the Riverdale properties. *Id.* at 3.

- o 6/11/13 – Rossini and Individual LC entered into a contract for the Riverdale properties. Exhibit B, pp. 5-16.

- o 6/25/13 – Warranty deeds for the Riverdale properties from Individual LC to Rossini were notarized. A representative deed is attached as pages 18 and 19 of Exhibit B.

# July 2013

- 7/1/13 – Individual LC notified Riverdale property tenants that the Riverdale properties were sold to Rockford Commercial Mortgage Company and all future rent payments should be sent to Rockford Commercial Mortgage Company. Exhibit B, pg. 17.

- 7/12/13 – Victim KK wired $225,000 to Rockford Commercial Mortgage to purchase the Riverdale properties. That same day, Rossini sent Victim KK emails confirming that he would deed the Riverdale properties to her family trust. Dkt. No. 134-4, pp. 1, 2.

- 7/26/13 – Rossini sent Victim KK an email telling her to expect a FedEx parcel containing, among other things, the deeds to the Riverdale properties. *Id.* at 3.

- 7/31/13 – Netzky sent an email to Barnett requesting a time change for a scheduled meeting. Dkt. No. 134-1, pg. 2. Netzky stated that the reason for the change was because "Bert just found out we will not have title to our last 16 acquisitions (the Riverdale properties) until tomorrow." *Id.* Rossini was cc'd on this email. *Id.*

# August 2013

- 8/1/13 – Netzky and Rossini signed a term sheet for a $3,000,000 line of credit with Barnett. Dkt. No. 134-1, pp. 3-7. Attached to the term sheet was a chart listing the properties that would collateralize the loan. Dkt. No. 134-1, pp. 6-7. The Riverdale properties were the bulk of the properties listed. *Id.* No mention was made of the properties' sale to Victim KK.

- 8/8/13 – Barnett sent Rossini a spreadsheet for the properties listed in the chart along with issues they found for each property. That same day, Rossini emailed a response. *Id.* at 8. Regarding the Riverdale properties, Rossini stated, "I purchased the Riverdale properties from (Individual LC) within the last month. The properties have been paid for in cash; However CTT cannot finish recording until the Village does an inspection of the properties. I have brought them all up to code and they will be inspected Monday." *Id.*

- 8/13/13 – Rossini sent Victim KK an email stating "Riverdale is ours and awaiting Village inspection and then will be able to send titles at the end of this week." Exhibit B, pg. 20.

- 8/20/13 – Rossini sent Victim KK an email stating that he was waiting on the Riverdale properties to pass inspection before he could deed them in Victim KK's family trust's name. Dkt. No. 149-2. That same day, Barnett's own attorneys sent them the results of their due diligence research into Netzky and Rossini. Among the items found in this research were over $260,000 in federal and state tax liens as well as two pending civil suits and over $150,000 in civil judgments for Rossini. Exhibit B, pg 20.[1]

- 8/23/13 – Rossini emailed Victim KK and informed her that the Riverdale properties passed inspection. Exhibit B, pg. 22.

---

[1] Barnett's research did not disclose Rossini's 4 criminal convictions or his two pending state criminal cases where he was represented by defense counsel's law firm.

## September 2013

- 9/10/13 – Rossini sent Victim KK an email that he had sent her the deeds to the Riverdale properties via FedEx. Dkt. No. 134-4, pg. 5.

- 9/9/13 – The warranty deeds listing Rockford Commercial Mortgage Company were recorded with the Cook County Recorder of Deeds. A representative deed is attached as pages 23 through 26 of Exhibit B.

- 9/11/13 – Netzky sent Barnett capital a memorandum responding to their due diligence research. Exhibit B, pp. 27-28. No mention was made of Rossini's pending criminal cases.

- 9/20/13 - Rossini sent Victim KK an email stating that he would send the original deeds to the Riverdale properties to her. Dkt. No. 134-4, pg. 6.

# October 2013

- 10/2/13 – Netzky sent Barnett an email stating that that they wished to restructure the loan using an LLC whose members were Netzky, and family trusts for Netzky, Seiden, and Rossini. Dkt. No. 134-1, pg. 10.

- 10/25/13 – Victim KK's attorney sent a letter to Rossini's attorney (not Seiden/Netzky) demanding a refund of $1.2 million dollars Victim KK had invested with Rossini. Exhibit C, pp. 6-8.

- 10/28/13 – Netzky sent Barnett an email listing the properties that Netzky, Seiden, and Rossini were willing to post as collateral for the loan. Dkt. No. 134-1, pp. 11-12. The properties included the Riverdale properties. In the email, Netzky informed Barnett that they would have to "draw $300,000 against the collateral to pay for the cost of acquiring and reimbursing for renovating some of these properties." *Id.*, pg. 11. Netzky also sought to reassure Barnett that he, Rossini, and Seiden were "prepared to do whatever is required by your attorney to satisfy himself that there is (sic) no liens ahead of you or that Bert's issues do not become yours." *Id.*

- 10/29/13 – Victim KK emailed Rossini asking if he was going to wire her refund money on October 30, 2013. Dkt. 134-4, pg. 11.

- 10/31/13 – Rossini responded that he was in the process of borrowing money using Victim KK's properties as collateral, and would refund her money the next week. *Id.*

## November/December 2013

- 11/1/13 – Barnett's attorney spoke with Netzky about the problems Barnett had with the properties Netzky and Rossini proposed to use as loan collateral (including ownership, mortgages, and liens). During the conversation, Netzky informed the attorney that he (Netzky) thought the Riverdale properties had already been purchased and he planned to put all of these properties in a family trust to insulate Barnett from any issues involving Rossini. An email memorializing that conversation is attached as page 29 of Exhibit B.

- 11/5/13 – Netzky sent Barnett's attorney an email stating that he was going to title all of the properties that would be loan collateral into new LLC which would be clean and easy to verify. Exhibit B, pp. 30-31.

- Between November 6, 2013, and December 1, 2013, Rossini and Victim KK conducted an extensive email correspondence where Rossini continually promised that Victim KK's refund money would be provided to her and consistently failed to deliver. Dkt. No. 134-4, pp. 7-10.

- 12/3/13 – Netzky emailed Barnett a letter requesting a $500,000 loan secured by a "first lien position on 18 properties, all of which are unencumbered." Dkt. No. 134-1, pg. 13. Netzky sent three additional emails with supporting documents, including deeds of the 18 properties proposed as collateral. The Riverdale properties were the bulk of the properties listed in the accompanying email. In the letter, Netzky stated that the Riverdale properties were owned by Rockford Commercial Mortgage Company, Ltd. *Id*. He also stated "Rockford Commercial Mortgage Company, Ltd. is owned by Rockford CM II, LLC, which is owned by trusts for the benefit of the families of Bert Rossini, Glenn Seiden, and Theodore Netsky (sic)." *Id*. No mention was made of the sale of the Riverdale properties to Victim KK.