UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ALBERT ROSSINI, et al. )<br>)<br>Defendants. )<br>) | Docket No. 15 CR 515<br>Honorable John Z. Lee |

**DEFENDANT ROSSINI'S MOTION TO
PRESERVE AND PRODUCE AGENT'S NOTES**

NOW COMES the Defendant, ALBERT ROSSINI ("Rossini"), by and through his attorneys, SEIDEN NETZKY LAW GROUP and respectfully moves this Court to enter an order requiring the government to preserve and produce any and all notes, memoranda, or other writings prepared by the law enforcement agents conducting the investigation, which led to the indictment in this case. In support of this motion, Defendant states the following:

1. The indictment is this case is the result of an investigation by federal agents and perhaps other agencies. Counsel anticipates that many of these agents will testify on behalf of the government at trial.

2. In order to prepare for trial, Defendant requests that the Court direct the government to produce any and all notes or memoranda prepared by any and all agents and/or law enforcement officers working on or assisting in the investigation, which led to the indictment in this matter.

3. Defendant specifically requests the government produce any and all notes relative to any statement(s) made by any alleged witness(es) or co-conspirator(s) regarding any conversations with or about the Defendant.

4. Regarding statement(s) made by the Defendant, Defendant submits that these notes are subject to disclosure under Federal Rules of Criminal Procedure 16(a)(1)(A), "Statements of Defendant."

5. If the court declines to order immediate production of said notes and memoranda, the Defendant requests the Court direct the government preserve any evidence pending trial so that they can be produced if the Court later determines production is required.

WHEREFORE, the Defendant, ALBERT ROSSINI, respectfully requests this Honorable Court enter an order directing the government to preserve and produce any and all notes, memoranda or other writings prepared by the government agents and any and all law enforcement officers who participated in the investigation of the matter before this Court.

Dated: May 13, 2016                                Respectfully submitted,


      /s/ Glenn Seiden
Glenn Seiden
SEIDEN NETZKY LAW GROUP, LLC
Attorneys for the Defendant
333 S. Wabash Avenue, Suite 2700
Chicago, Illinois 60604
Telephone Number: 312-236-3060
Email: gseiden@snlgllc.com