UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Docket No. 15 CR 515 |
| ) | Honorable John Z. Lee |
| ALBERT ROSSINI, et al. ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT ROSSINI'S MOTION FOR PRODUCTION OF
WITNESS STATEMENTS MATERIAL 60 DAYS BEFORE TRIAL**

NOW COMES the defendant, ALBERT ROSSINI ("Rossini"), by and through his attorneys, SEIDEN NETZKY LAW GROUP, respectfully moves this Court to order or recommend that the government produce witness statements and Jenks Act materials (18 U.S.C.§3500) at least 60 days prior to trial. In support of this motion, the Defendant states the following:

1. The literal terms of §3500 do not require the government to produce witness statements until after direct examination. However, as this Honorable Court is aware, the practice in this district is for the government to tender §3500 material before trial. Indeed, the local rules require the parties to attempt to agree on a schedule for the production of §3500 material. LCrR 16.1(5).

2. In order to provide effective assistance of counsel within the meaning of the Sixth Amendment, §3500 should be produced in advance of trial. As the Court knows, §3500 material prompts the need to investigate the veracity of the statements the witnesses have made to the government.

3. In addition, §3500 material often provides fodder for *in limine* motions. Fairness to the Court – so informed rulings can be made- dictates that the §3500 material be produced in advance of trial.

4. Section 3500 material often includes information impeaching of witness, which is required to be produced pursuant to the Supreme Court's due-process-based decisions in *Giglio v. United States*, 405 U.S. 150 (1972). Furthermore, the Due Process Clause, and the Sixth Amendment rights to effective assistance of counsel and compulsory process, provide this Honorable Court with a basis upon which to order production of §3500 material in advance of trial.

WHEREFORE, the Defendant, ALBERT ROSSINI, respectfully moves this Honorable Court to enter an order requiring the government to produce all outstanding §3500 material at least 60 days before trial.

Dated: May 13, 2016                        Respectfully submitted,

                                                 /s/ Glenn Seiden
                                                 Glenn Seiden
                                                 SEIDEN NETZKY LAW GROUP, LLC
                                                 Attorneys for the Defendant
                                                 333 S. Wabash Avenue, Suite 2700
                                                 Chicago, Illinois 60604
                                                 Telephone Number: 312-236-3060
                                                 Email: gseiden@snlgllc.com