# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>ALBERT ROSSINI, et al.<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)  Docket No. 15 CR 515<br>)  Honorable John Z. Lee<br>)<br>)<br>) |

## NOTICE OF FILING

To: Mr. William Novak
   Assistant Unites States Attorney
   U.S. District Courthouse- 5th Floor
   Chicago, Illinois 60604

PLEASE TAKE NOTICE that on May 13, 2016, we have caused to be filed with the Clerk of the Court for the Northern District of Illinois via ECF system, *Defendant Rossini's Motion for Production of Witness Statements Material 60Days Before Trial,* a copy of which is attached hereto and served upon the above addressed individual.

SEIDEN NETZKY LAW GROUP, LLC
Attorneys for the Claimant
333 S. Wabash Avenue, Suite 2700
Chicago, Illinois 60604
Telephone No. 312-236-3060
Email: gseiden@snlgllc.com