UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Docket No. 15 CR 515 |
| ) | Honorable John Z. Lee |
| ALBERT ROSSINI, et al. ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT ROSSINI'S MOTION
TO ADOPT CO-DEFENDANT'S MOTIONS**

NOW COMES the defendant, ALBERT ROSSINI ("Rossini"), by and through his attorneys, SEIDEN NETZKY LAW GROUP, and moves this Court to permit him to adopt any and all motions filed bythe co-defendants, BABAJAN KHOSHABE and ANTHONY KHOSHABE in the above entitled matter.

Dated: May 13, 2016                               Respectfully submitted,


 /s/ Glenn Seiden
Glenn Seiden
SEIDEN NETZKY LAW GROUP, LLC
Attorneys for the Defendant
333 S. Wabash Avenue, Suite 2700
Chicago, Illinois 60604
Telephone Number: 312-236-3060
Email: gseiden@snlgllc.com