**UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Docket No. 15 CR 515 |
| ) | Honorable John Z. Lee |
| ALBERT ROSSINI, et al. ) | |
| ) | |
| Defendants. ) | |

## **NOTICE OF FILING**

To:  Mr. William Novak
     Assistant Unites States Attorney
     U.S. District Courthouse- 5th Floor
     Chicago, Illinois 60604

  PLEASE TAKE NOTICE that on May 13, 2016, we have caused to be filed with the Clerk of the Court for the Northern District of Illinois via ECF system, ***Defendant Rossini's Motion to Adopt Co-defendants Motions,*** a copy of which is attached hereto and served upon the above addressed individual.

                SEIDEN NETZKY LAW GROUP, LLC
                Attorneys for the Claimant
                333 S. Wabash Avenue, Suite 2700
                Chicago, Illinois 60604
                Telephone No. 312-236-3060
                Email: gseiden@snlgllc.com