UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ALBERT ROSSINI, et al. )<br>)<br>Defendants. )<br>) | Docket No. 15 CR 515<br>Honorable John Z. Lee |

### DEFENDANT ROSSINI'S MOTION FOR
### IMMEDIATE DISCLOSURE OF FAVORABLE EVIDENCE

NOW COMES the defendant, ALBERT ROSSINI ("Rossini"), by and through his attorneys, SEIDEN NETZKY LAW GROUP, pursuant to Rule 16 (a) (1) of the Federal Rules of Criminal Procedure and the principles announced in *Brady v. Maryland*, 373 U.S. 83 (1963), and moves this Court to require the government to disclose immediately any previously undisclosed evidence or information in its possession, custody, or control, the existence of which is known, or by the exercise of due diligence may become known, which is favorable to the defendant and is material to the issues of his guilt, innocence, or sentencing, or which consists of documents or tangible objects which are material to the preparation of the defense.

Defense counsel has received from the government certain information and documents pursuant to Local Criminal Rule 16.1. The instant motion is required in order to request additional materials and to preserve on the record any issues under the foregoing authorities, as the protections afforded thereunder are contingent upon a defense request.

The information requested includes, but is not limited to the following:

1. Any documentary evidence or information which contradicts or is inconsistent with the expected testimony of any witness for the government.

2. Any prior statements of a witness for the government which are inconsistent with his or her expected trial testimony.

3. The name, last known address and statement, grand jury testimony, or memorandum of interview, if any, of any individual whose testimony would be favorable to the defendant in any way or consistent with his innocence.

4. Any and all books, papers, records, documents, evidence favorable to the defendant or are consistent with his innocence or are material to the preparation of his defense or are intended for use by the government as evidence at trial.

WHEREFORE, the Defendant, ALBERT ROSSINI, request prompt disclosure of all evidence described above.

Dated: May 13, 2016                                   Respectfully submitted,


 /s/ Glenn Seiden
Glenn Seiden
SEIDEN NETZKY LAW GROUP, LLC
Attorneys for the Defendant
333 S. Wabash Avenue, Suite 2700
Chicago, Illinois 60604
Telephone Number: 312-236-3060
Email: gseiden@snlgllc.com