# UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Docket No. 15 CR 515 |
| | ) | Honorable John Z. Lee |
| ALBERT ROSSINI, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF FILING

To:     Mr. William Novak
         Assistant Unites States Attorney
         U.S. District Courthouse- 5th Floor
         Chicago, Illinois 60604

    PLEASE TAKE NOTICE that on May 13, 2016, we have caused to be filed with the Clerk of the Court for the Northern District of Illinois via ECF system, ***Defendant Rossini's Motion for Immediate Disclosure of Favorable Evidence,*** a copy of which is attached hereto and served upon the above addressed individual.

                                        SEIDEN NETZKY LAW GROUP, LLC
                                        Attorneys for the Claimant
                                        333 S. Wabash Avenue, Suite 2700
                                        Chicago, Illinois 60604
                                        Telephone No. 312-236-3060
                                        Email: gseiden@snlgllc.com