**UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Docket No. 15 CR 515 |
| ALBERT ROSSINI, et al. | ) ) ) | Honorable John Z. Lee |
| Defendants. | ) ) | |

**DEFENDANT ROSSINI'S MOTION FOR 404 (b) NOTICE OF INTENTION TO USE EVIDENCE OF OTHER CRIMES, ACTS, AND WRONGS OF DEFENDANT**

NOW COMES the defendant, ALBERT ROSSINI ("Rossini"), by and through his attorneys, SEIDEN NETZKY LAW GROUP, and requests entry of an order requiring the United States to provide notice of its intention to use evidence of other crimes, acts and wrongs of Defendant, either in its case-in-chief, for impeachment, or in rebuttal, including the following:

1. Evidence of other crimes, wrongs or acts of Defendant, as that phrase us used in Rule 404 (b) of the Federal Rules of Evidence.

   (a) With respect to the notice, the government should identify and describe:

   (i) The dates, times, places and persons involved in such other crimes, wrongs and acts;

   (ii) The statements of each participant in such other crimes, wrongs and acts;

   (iii) Any documents which contain or evidence such other crimes, wrongs and acts, including when the documents were prepared, who prepared the documents, and who has possession of the documents; and

    (iv)    The issues or issues to which the government believes that such other crimes, wrongs and acts are relevant.

2. Furthermore, Defendant requests pretrial production of material that is admissible under Rule 608 (b) to the extent the evidence constitutes "other act" evidence within the meaning of Rule 404 (b) and the 1991 Advisory Committee Notes to that Rule, or evidence subject to disclosure under Rule 16.

3. Pursuant to Rule 404 (b), Defendant, ALBERT ROSSINI, requests reasonable notice before trial, and this requests notice thirty days prior to trial in order to have sufficient time to investigate all such evidence.

Dated:  May 13, 2016                                    Respectfully submitted,

/s/ Glenn Seiden
Glenn Seiden
SEIDEN NETZKY LAW GROUP, LLC
Attorneys for the Defendant
333 S. Wabash Avenue, Suite 2700
Chicago, Illinois 60604
Telephone Number: 312-236-3060
Email: gseiden@snlgllc.com