# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ALBERT ROSSINI, et al. ) <br> ) <br> Defendants. ) | Docket No. 15 CR 515 <br> Honorable John Z. Lee |

## DEFENDANT ROSSINI'S MOTION FOR DISCLOSURE OF AGREEMENT IN EXCHANGE OF COOPERATION

NOW COMES the defendant, ALBERT ROSSINI ("Rossini"), by and through his attorneys, SEIDEN NETZKY LAW GROUP, and respectfully moves this Court, pursuant to the Fifth and Sixth Amendments to the Constitution, and Rule 16 (a) (1) (E) of the Federal Rules of Criminal Procedure, for entry of an order directing the government to make inquiry and disclose all written or oral agreement between the government and any individual in exchange for their cooperation, as required by *United States v. Giglio*, 504 U.S. 150 (1972). The instant request pertains specifically to Thomas Murphy, in exchange for any cooperation on his part.

WHEREFORE, Defendant ALBERT ROSSINI, respectfully requests that this motion be granted.

Dated: May 13, 2016

Respectfully submitted,

/s/ Glenn Seiden
Glenn Seiden
SEIDEN NETZKY LAW GROUP, LLC
Attorneys for the Defendant
333 S. Wabash Avenue, Suite 2700
Chicago, Illinois 60604
Telephone Number: 312-236-3060
Email: gseiden@snlgllc.com