UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Docket No. 15 CR 515 |
| ) | Honorable John Z. Lee |
| ALBERT ROSSINI, et al. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING

To: Mr. William Novak
Assistant Unites States Attorney
U.S. District Courthouse- 5th Floor
Chicago, Illinois 60604

    PLEASE TAKE NOTICE that on May 13, 2016, we have caused to be filed with the Clerk of the Court for the Northern District of Illinois via ECF system, *Defendant Rossini's Motion for Disclosure of Agreements in Exchange for Cooperation,* a copy of which is attached hereto and served upon the above addressed individual.

                                                  SEIDEN NETZKY LAW GROUP, LLC
                                                  Attorneys for the Claimant
                                                  333 S. Wabash Avenue, Suite 2700
                                                  Chicago, Illinois 60604
                                                  Telephone No. 312-236-3060
                                                  Email: gseiden@snlgllc.com