# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Docket No. 15 CR 515** |
| ) | **Honorable Judge John Z. Lee** |
| **ALBERT ROSSINI et al.** ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF FILING

To: Mr. William Novak
      Assistant United States Attorney
      U.S. District Courthouse – 5th Floor
      Chicago, Illinois 60604

PLEASE TAKE NOTICE THAT on May 19, 2016, we have caused to be filed with the Clerk of the Court for the Northern District of Illinois via ECF system, ***Defendant Rossini's Motion to Strike Surplusage***, a copy of which is attached hereto and served upon the above addressed individual**.**

                                                                                          SEIDEN NETZKY LAW GROUP, LLC
                                                                               Attorneys for Albert Rossini
                                                                                 333 S. Wabash Avenue, Suite 2700
                                                                                 Chicago, Illinois 60604
                                                                                 Telephone No. 312-236-3060
                                                                                 Email: gseiden@snlgllc.com