# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| USA | ) |
| | ) |
| | ) Case No: 15-CR-515-1 |
| v. | ) |
| | ) Judge:  John Z. Lee |
| | ) |
| | ) |
| Albert Rossini | ) |
| | ) |

## ORDER

Status hearing held on 5/19/16.   For the reasons stated on the record, Seiden Netsky Law Group, LLC's motion to withdraw as counsel for Defendant Rossini [125] is granted.   The Court will appoint new counsel to represent Mr. Rossini.   The Federal Defender's office should assign counsel to represent Mr. Rossini.   Albert Rossini's motions [152] [153] [154] [155] [156] [157] [158] [159] are withdrawn without prejudice. The IFP Application and Financial Affidavit [149-1] are granted.   Status hearing set for 5/24/16 at 9:30 a.m.

_____
John Z. Lee
U.S. District Court Judge

5/19/16

.10