# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: USA v. Rossini  Case Number: 15 CR 515

An appearance is hereby filed by the undersigned as attorney for:
Albert Rossini

Attorney name (type or print): Keri A. Ambrosio

Firm: Law Offices of Keri A. Ambrosio, P.C.

Street address: 53 W. Jackson Blvd., Ste. 626

City/State/Zip: Chicago, IL 60604

Bar ID Number: 6273725  Telephone Number: (312) 961-3261
(See item 3 in instructions)

Email Address: keri@ambrosiolegal.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ | ☐ |
| Are you acting as local counsel in this case? | ☐ | ☒ |
| Are you a member of the court's trial bar? | ☒ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☒ | ☐ |

If this is a criminal case, check your status.
☐ Retained Counsel
☒ Appointed Counsel
  If appointed counsel, are you a
  ☐ Federal Defender
  ☒ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on May 24, 2016

Attorney signature:  S/ Keri A. Ambrosio
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015