**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| | ) | Case No: 15-cr-515-1-2-3-4 |
| v. | ) | |
| | ) | Judge: John Z. Lee |
| | ) | |
| | ) | |
| Albert Rossini, Babajan Khoshabe | ) | |
| Anthony Khoshabe, Thomas Murphy | ) | |

**ORDER**

Status hearing held on 5/24/16. Counsel from the Federal Defender's office appeared on behalf of Mr. Rossini and submitted her CJA voucher; the request is granted. Defense counsel request additional time to review the discovery provided by the government. Status hearing set for 6/28/16 at 9:30 a.m. The government's oral motion to exclude time is granted without objection. Time is excluded from 5/24/16 through 6/28/16 in the interest of justice pursuant to 18 U.S.C. 3161(h)(7)(A) -(B) to allow defense counsel additional time to review the discovery and to consider pretrial motions. The Court intends to set a deadline for the filing of pretrial motions at the next status hearing.

_____
John Z. Lee
U.S. District Court Judge

5/24/16

.10