CJA_appointment_rev.07212015



# IN THE
# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**
**Plaintiff,**

                                              Case Number 15 CR 515

v.

**ALBERT ROSSINI**                             Judge LEE
**Defendant.**

## CJA APPOINTMENT ORDER
## ORDER APPOINTING COUNSEL UNDER CJA

**Person Represented:** Albert Rossini            Under Seal ☐

**Defendant Number:** 1

**Payment Category:** Felony

**Type of Person Represented:** Adult

**Representation Type:** CC

**Attorney Name:** Keri A. Ambrosio

**Court Order:** Subs for Retained Attorney

    **Prior attorney's name:** Glenn Seiden

**Signature of Presiding Judge or by Order of the Court** _/s/ Judge Lee_

**Date of Order:** May 24, 2016    **Nunc Pro Tunc Date:** _____ or None ☐

---

## ORDER APPOINTING INTERPRETER UNDER CJA

**Interpreter needed**           ☐ Yes                 Under Seal ☐

Prior authorization shall be obtained for services in excess of $800.

**Expected to exceed**          ☐ Yes ☐ No

**Prior authorization approved**   ☐ Yes ☐ No

**Signature of Presiding Judge or by Order of the Court** _____

**Date of Order:**         **Nunc Pro Tunc Date:** _____ or None ☐