## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| | ) | Case No: 15-cr-515-1-2-3-4 |
| v. | ) | |
| | ) | Judge: John Z. Lee |
| | ) | |
| | ) | |
| Albert Rossini, Babajan Khoshabe, | ) | |
| Anthony Khoshabe, Thomas Murphy | ) | |

## **ORDER**

Status hearing held on 6/28/16. The government reports that they will reproduce the documents to Mr. Rossini's new counsel. Mr. Rossini's counsel requests time to review the voluminous documents. Status hearing set for 8/3/16 at 9:30 a.m. The government's oral motion to exclude time is granted without objection. Time is excluded from 6/28/16 through 8/3/16 in the interest of justice pursuant to 18 U.S.C. 3161(h)(7)(A) -(B) to allow defense counsel additional time to review the voluminous discovery. The Court will set pretrial motion deadlines at the next status.

_____
John Z. Lee
U.S. District Court Judge

6/28/16

.10