**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| | ) | Case No: 15-cr-515- 1-2-3-4 |
| v. | ) | |
| | ) | Judge: John Z. Lee |
| | ) | |
| Rossini, Khoshabe, Murphy | ) | |

**ORDER**

Status hearing held on 8/3/16. Pretrial motions are due by 9/30/16 and should be noticed up for presentment on 10/11/16 at 9:30 a.m. Status hearing set for 10/11/16 at 9:30 a.m. The government's oral motion to exclude time is granted without objection. Time is excluded from 8/3/16 through 10/11/16 in the interest of justice pursuant to 18 U.S.C. 3161(h)(7)(A) -(B) to allow defense counsel additional time to review the discovery and consider the filing of pretrial motions. XT

_____
John Z. Lee
U.S. District Court Judge

8/3/16

.10