IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 15 CR 515 |
| | ) | Hon. John Z. Lee |
| ALBERT ROSSINI, | ) | |
|     Defendant. | ) | |
| | ) | |

## UNOPPOSED MOTION TO TRAVEL

DEFENDANT ALBERT ROSSINI, by his counsel, KERI A. AMBROSIO, moves this Honorable Court to grant Mr. Rossini's request to travel outside of this district as detailed below:

(1)    Neither Pretrial Services nor the U.S. Attorney's Office objects to Mr. Rossini's request.

(2)    Mr. Rossini requests the Court allow him to travel to his mother's home in San Francisco from September 1 to September 6, 2016.

(3)    Should the Court grant the request, the parties agree to the following conditions:

    (a)    Mr. Rossini will telephone his supervising officer daily;

    (b)    Mr. Rossini will familiarize the officer with his travel details and contact information prior to his departure; and

    (c)    Mr. Rossini will not communicate with any alleged victim of the offense, including a particular list of individuals Assistant U.S. Attorneys may provide at the hearing on this motion.

WHEREFORE, ALBERT ROSSINI, respectfully requests that this Honorable Court issue an order permitting his travel to San Francisco from September 1 to September 6, 2016, inclusive of the conditions mentioned.

                Respectfully submitted:

By: *Keri Ann Ambrosio*
Keri Ann Ambrosio, Esq.
53 W. Jackson Blvd., Ste. 626
Chicago, Illinois 60604
(312) 961-3261

Attorney for Albert Rossini