IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.15 CR 515 |
| | ) | Hon. John Z. Lee |
| ALBERT ROSSINI | ) | |

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

TO:  All Counsel of Record, *via electronic mail*

PLEASE TAKE NOTICE that on Tuesday, August 9, 2016, at 9:30 a.m., we shall appear before the Honorable John Z. Lee in his courtroom in the Dirksen Federal Building, Chicago, Illinois, and present:

*Unopposed Motion to Travel*

**PROOF OF SERVICE**

The undersigned attorney filed this notice and attached motion on August 3, 2016, using the Illinois Electronic Filing System, and by the same vehicle, served one copy thereof upon counsel of record.

/s/  *Keri Ann Ambrosio*,
Attorney for Mr. Rossini
53 W. Jackson Blvd., Ste. 626
Chicago, Illinois 60604
(312) 961-3261