IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>   Plaintiff,       )<br>                 )<br>vs.               ) No. 15 CR 515<br>                 ) Hon. John Z. Lee<br>ALBERT ROSSINI,      )<br>   Defendant.       )<br>                 ) | |

<u>ALBERT ROSSINI'S PRETRIAL MOTIONS AND UNOPPOSED REQUEST FOR AN
EXTENSION OF TIME TO FILE ADDITIONAL MOTIONS</u>

    DEFENDANT ALBERT ROSSINI, by his counsel, KERI A. AMBROSIO, moves this Honorable Court to grant the requests that follow:

(1)  Prior defense counsel for Mr. Rossini filed pretrial motions, R. at ##152-159, but later withdrew those motions upon the withdrawal of counsel, all without prejudice. Mr. Rossini now asks that the Court permit him to reinstate the motions filed at R. ##152, 153, 155, 156, 157, 158.

(2)  Mr. Rossini additionally asks the Court extend the deadline for filing pretrial motions by thirty days to allow further review of the case. Government counsel does not object to the request. Counsel is relatively new to the case. Counsel has diligently undertaken discovery review, and has regularly conferred with government counsel regarding the materials to avoid unnecessary disputes. Even so, counsel requires additional time to review the 46 disks containing thousands of documents, emailed communications, and audio recordings, before determining what, if any, additional pretrial motions Mr. Rossini need file.

WHEREFORE, ALBERT ROSSINI, respectfully requests that this Honorable Court reinstate the earlier filed motions identified above, and extend the time for filing pretrial motions by at least 30 days.

Respectfully submitted:

By: *Keri Ann Ambrosio*
Keri Ann Ambrosio, Esq.
53 W. Jackson Blvd., Ste. 626
Chicago, Illinois 60604
(312) 961-3261

Attorney for Albert Rossini