IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| | ) | Case No: 15-cr-515-1-2-3-4 |
| v. | ) | |
| | ) | Judge: John Z. Lee |
| | ) | |
| Albert Rossini, Babajan Khoshabe | ) | |
| Anthony Khoshabe, Thomas Murphy | | |

## ORDER

As to Defendant Albert Rossini. Rossini's motion to preserve and produce agent's notes [152] is granted. Rossini's motion for production of witness statements materials 60 days before trial [153] is granted; the government agrees to provide the 30 days before trial. Rossini's motion to adopt co-Defendant's motions [154] is granted. Rossini's motion of disclosure of impeaching evidence [155] is granted without objection; the information should be provided 30 days before trial. Rossini's motion for immediate disclosure of favorable evidence [156] is granted without objection. Rossini's motion for 404(b) notice of intention to use evidence of other crimes, acts, and wrongs of defendant [157] is granted; the information should be provided 30 days before trial. Rossini's motion for disclosure of agreement in exchange of cooperation [158] is withdrawn as moot. Rossini's motions and unopposed request for an extension of time to file additional motions [180] is granted. Rossini's motion to travel [184] is granted. Rossini may travel to Los Angeles, California from October 11 through October 17, 2016 and should provide a detailed itinerary to pretrial services. Rossini's motion for additional time to file additional pretrial motions is granted. The final deadline for the filing of pretrial motions is 11/10/16.

As to Defendant Babajan Khoshabe. The government's response to Babajan Khoshabe's request for a bill of particulars [172] shall be due by 11/4/16; reply due by 11/18/16. Defendant's motion for additional time to file additional pretrial motions is granted. The final deadline for the filing of pretrial motions is 11/10/16. Babajan Khosabe's motion to join motions [152, 153, 155, 156, 157, 158] is granted.

As to Defendant Anthony Khoshabe. The government's response to Anthony Khosabe's motion to suppress statements [181] and motion to strike surplusage[182] shall be due by 11/4/16; reply due by 11/18/16. Defendant's motion for early return of trial subpoenas [183] is granted as to all Defendants.

As to Defendant Thomas Murphy. Murphy's motion for disclosure of favorable evidence [173] is granted in part; the documents should be produced 30 days before trial. Motion for immediate pre-trial production of Jenck's act material [174] granted in part; the government will produce documents 30 days before trial. Motion for surveillance discovery [175] is withdrawn with leave to refile if necessary. Defendant's motion for a Santiago hearing on admissibility of

co-conspirators' statements or for a proffer of evidence [176] is granted in part. The government has agreed to provide any Santiago proffers at least 30 days before trial. Defendant can renew his request for a Santiago hearing at that time. Court will not schedule a Santiago hearing at this time. The government's response to Defendant's motion for a bill of particulars [177] shall be due by 11/4/16; reply due by 11/18/16. Motion for discovery [178] is denied without prejudice as moot; the government will comply with discovery obligations.

A status hearing is set for 12/20/16 at 9:30 a.m.   A jury trial is scheduled for 5/1/17 at 9:00 a.m.

_____
John Z. Lee
United States District Court Judge


10/11/16