## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                                      Case No.: 1:15−cr−00515
                                                          Honorable John Z. Lee

Albert Rossini, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 2, 2016:

      MINUTE entry before the Honorable John Z. Lee:ORDER as to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy. Motion hearing held on 11/2/16. Defendant Anthony Khoshabe's unopposed motion to reset the trial date [187] is granted. The jury trial set for 5/1/17 is reset to 10/2/17 at 9:00 a.m. The government's oral motion for additional time to respond to the pending motions is granted. The government's response to Babajan Khoshabe"s and Thomas Murphys request for a bill of particulars [172] [177] shall be due by 11/14/16; reply due by 11/21/16. The government's response to Anthony Khosabe"s motion to suppress statements [181] and motion to strike surplusage [182] and Rossinis motion to strike [159] shall be due by 11/14/16; reply due by 11/21/16. Mailed notice (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.