IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 15 CR 515 |
| | ) | Hon. John Z. Lee |
| ALBERT ROSSINI, | ) | |
|     Defendant. | ) | |
| | ) | |

UNOPPOSED MOTION TO TRAVEL OUTSIDE THE DISTRICT

DEFENDANT ALBERT ROSSINI, by his counsel, KERI A. AMBROSIO, moves this Honorable Court to grant Mr. Rossini's request to travel outside of this district as detailed below:

(1) Neither government counsel nor Pretrial Services objects to this request.

(2) Mr. Rossini requests this Court's permission to travel to Los Angeles, California, from December 3, 2016 to December 15, 2016.

(3) Should the Court grant the request, the parties agree to the following conditions:

    (a) Mr. Rossini will provide his Pretrial Services Officer with a detailed itinerary and contact information prior to his departure, and

    (b) Mr. Rossini will not communicate with any alleged victim of the offense.

WHEREFORE, ALBERT ROSSINI, respectfully requests that this Honorable Court issue an order permitting travel to Los Angeles from December 3 to December 15, 2016, inclusive of the conditions mentioned.

                Respectfully submitted:

By: <u>*Keri Ann Ambrosio*</u>
      Keri Ann Ambrosio, Esq.
      53 W. Jackson Blvd., Ste. 626
      Chicago, Illinois 60604
      (312) 961-3261

      Attorney for Albert Rossini