# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | |
| v. | Case No.: 1:15−cr−00515 |
| | Honorable John Z. Lee |
| Albert Rossini, et al. | |
| Defendant. | |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 28, 2016:

MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini. Defendant's unopposed motion to travel outside the district [198] is granted. Defendant may travel to Los Angeles, California from December 3, 2016 through December 15, 2016. The parties agree to the following conditions: Mr. Rossini will provide his Pretrial Services Officer with a detailed itinerary and contact information prior to his departure, and Mr. Rossini will not communicate with any alleged victim of the offense. No appearance is required on the motion.Mailed notice (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.