**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| USA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 15-cr-00515 |
| | ) | |
| Albert Rossini, et al., | ) | Hon. John Z. Lee |
| Defendants. | ) | |

**MOTION FOR ENTRY OF AN AGREED ORDER
BETWEEN AUSTIN BANK OF CHICAGO AND THE UNITED STATES**

Third-Party Movant, ABC Bank f/k/a Austin Bank of Chicago ("ABC Bank"), through its attorneys, David T. Arena of DiMonte & Lizak, LLC, in support of its Motion for Entry of an Agreed Order Between Austin Bank of Chicago and the United States, states as follows:

1.     On August 26, 2015, the United States served ABC Bank with three warrants to seize property subject to forfeiture issued in the above-captioned case identifying the following property:

(a)     Certificate of Deposit No. 16463 issued by Austin Bank of Chicago, Illinois on or about January 16, 2014, in the amount of $250,000.

(b)     Certificate of Deposit No. 16464 issued by Austin Bank of Chicago, Illinois on or about January 16, 2014, in the amount of $250,000.

(c)     Certificate of Deposit No. 16513 issued by Austin Bank of Chicago, Illinois on or about March 10, 2014, in the amount of $200,000.

2.     Upon receipt of the above-referenced warrants, ABC Bank froze the CD accounts referenced at paragraph 1(b) and 1(c) above, prohibiting any transactions on the accounts pending further order of the Court.

3.      In regards to CD No. 16463, a withdrawal occurred on August 18, 2015 in the amount of $249,272.55 bringing the account balance to $0.00 thereby closing the account.

4.      In regards to CD No. 16464, the balance is $230,629.23 including accrued interest, as of November 23, 2016.

5.      In regards to CD No. 16513, the balance is $200,674.86 including accrued interest, as of November 23, 2016.

6.      On or about May 15, 2014, defendants Babajan Khoshabe and Anthony Khoshabe ("Borrowers") executed a promissory note for the benefit of ABC Bank in the amount of $295,000.

7.      Contemporaneous to and in consideration for the disbursement under the May 15, 2014 promissory note, Borrowers executed an Assignment of Deposit Account for the benefit of ABC Bank granting ABC Bank a security interest in CD No. 16464 and 16463. (The Promissory Note and Assignment of Deposit Account dated May 15, 2014 shall be collectively referred to "Loan No. 22164".)

8.      Pursuant to the loan documents for Loan No. 22164, it is an event of default for any governmental agency to try to take any of the property in which ABC Bank has a lien. Upon default, the loan documents grant ABC the right to set-off directly all funds in the account and apply them to the indebtedness. In addition, the loan documents grant ABC Bank the right to recover its attorney fees and expenses incurred in connection with the enforcement of the agreement. There is currently a balance due and owing from borrowers to ABC Bank on Loan No. 22164 in the principal amount of $50,000, plus accrued interest.

9.      On or about July 9, 2015, Babajan Khoshabe executed a promissory note for the benefit of ABC Bank in the amount of $40,000.

10.     Contemporaneous to and in consideration for the disbursement under the July 9, 2015 promissory note, borrowers executed an Assignment of Deposit Account for the benefit of ABC Bank granting ABC Bank a security interest in CD No. 16513. (The Promissory Note and Assignment of Deposit Account dated July 9, 2015 shall be collectively referred to as Loan No. 22447.)

11.     Pursuant to the loan documents for Loan No. 22447, it is an event of default for any governmental agency to try to take any of the property in which ABC Bank has a lien. Upon default, the loan documents grant ABC the right to set-off directly all funds in the account and apply them to the indebtedness. In addition, loan documents grant ABC Bank the right to recover its attorney fees and expenses incurred in connection with the enforcement of the agreement. There is currently a balance due and owing from borrowers to ABC Bank on Loan No. 22447 in the principal amount of $40,000, plus accrued interest.

12.     Loan number 22164 matured on January 16, 2016. As of November 23, 2016, the payoff on loan 22164 is $50,936.00, plus attorney fees and court costs.

13.     Loan number 22447 matured on March 10, 2016. As of November 23, 2016, the net payoff on loan 2247 is $40,768.20 plus attorney fees and court costs.

14.     As of November 23, 2016, the current redemption amount on Certificate of Deposit account number 16464 is $230,057.56.

15.     As of November 23, 2016, the current redemption amount on Certificate of Deposit number 16513 is $200,574.66.

16.     As of November 23, 2016, the total balance due to ABC Bank on Loans 22164 and 22447 is $91,704.20 plus $11,080.75 in attorney fees and $92.17 in court costs for a total payoff amount of $102,877.12. The total amount held by ABC Bank in Certificate of Deposit accounts

numbers 16464 and 16513 is $430,632.22.

17.    ABC Bank has filed a petition in the above-captioned case for a hearing, pursuant to 21 U.S.C. § 853(n), to adjudicate the validity of its interest in the property subject to forfeiture.

18.    ABC Bank asserts that the maturity of the borrower's loan creates a negative impact on ABC Bank's non-performing asset ratio; that the borrower's default in payment of the loans causes interest, attorney fees and costs to continue to accrue; and that the default is negatively effecting the borrowers' consumer credit rating.

19.    In order to alleviate the asserted negative consequences of the borrowers' loans maturing and the default, the United States has agreed to ABC Bank liquidating the frozen certificate of deposit accounts in order to apply $102,877.12 of the liquidated funds to pay off loans numbered 22164 and 22447 and to remit the balance of $327,751.10 to the United States to be held pending further order of the court.

20.    The parties have agreed that the United States is not waiving any claim to priority of the full $430,632.22 balance the United States asserts is subject to forfeiture.

21.    On April 26, 2016, this Court made a minute entry encouraging "the Bank to explore with the government alternative methods of address [*sic.*] its concerns that would provide the government with sufficient assurances that the funds in question would be available at the end of this case." Dkt. #147.

22.    Therefore, ABC Bank requests entry of the proposed agreed order between ABC Bank and the United States attached hereto as Exhibit A.

Wherefore, Third-Party Movant, ABC Bank f/k/a Austin Bank of Chicago, requests this Court enter the agreed order between ABC Bank and the United States; and grant it any further relief this Court deems just.

Respectfully submitted,
ABC Bank f/k/a Austin Bank of Chicago

/s/     David T. Arena

David T. Arena, ARDC No. 6236636
DiMonte & Lizak, LLC
216 W. Higgins Rd
Park Ridge, IL 60068
Tel.: 847-698-9600
darena@dimontelaw.com
Firm No. 768