# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| USA, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No. 15-cr-00515 |
| ) | |
| Albert Rossini, et al., ) | Hon. John Z. Lee |
|     Defendants. ) | |

## NOTICE OF MOTION

To:    See attached Service List

PLEASE TAKE NOTICE that on **December 13, 2016** at **9:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before **Judge John Z. Lee**, or any judge sitting in his stead, in the courtroom usually occupied by him in **Room 1225** of the **United States District Court, 219 South Dearborn Street, Chicago, Illinois 60604**, and then and there present **Motion for Entry of an Agreed Order Between Austin Bank of Chicago and the United States**, a copy of which is hereby served upon you.

                                                                   /s/    David T. Arena

David T. Arena
ARDC No. 6236636
DiMonte & Lizak, LLC
216 W. Higgins Rd
Park Ridge, IL 60068
Tel.: 847-698-9600
darena@dimontelaw.com
Firm No. 768

## CERTIFICATE OF SERVICE

I, David T. Arena, an attorney, certify that on **December 7, 2016**, I caused this Notice and the above-named documents to be served on counsel of record via the Court's electronic filing system.

                                                                   /s/    David T. Arena

## SERVICE LIST

Via ECF:

Patrick W. Blegen
pblegen@blegengarvey.com

Thomas Michael Breen
tbreen@breenpughlaw.com

Todd S. Pugh
darrow911@me.com

Robert W Stanley
rstanley@breenpughlaw.com

Allan A. Ackerman
profaaa@aol.com

Glenn Seiden
gseiden@snlgllc.com

Lawrence Wolf Levin
lwlwolf@aol.com

Michelle Marie Truesdale
mich7472@aol.com

Ana Luisa Vazquez
aldlaw11@gmail.com

Keri A Ambrosio
keri@ambrosiolegal.com

Erik A Hogstrom
erik.hogstrom@usdoj.gov

William Patrick Novak
william.novak@usdoj.gov