# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.

Albert Rossini, et al.

                Defendant.

Case No.: 1:15−cr−00515
Honorable John Z. Lee

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 12, 2016:

      MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy. In the event that any of the Defendants objects to ABC Bank's motion for entry of an agreed order [207], any objections must be filed by 12/19/16. The motion is entered and continued to 12/21/16 at 9:30 a.m. No appearance is necessary on 12/13/16. Mailed notice (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.