**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| USA ) | |
| ) | |
| ) | Case No: 15-cr-515-1-2-3-4 |
| v. ) | |
| ) | Judge: John Z. Lee |
| ) | |
| ) | |
| Albert Rossini, Babajan Khoshabe ) | |
| AnthonyKhoshabe, Thomas Murphy ) | |

**ORDER**

Status hearing held on 12/21/17. Mr. Rossini's oral motion to travel to Los Angeles from 1/2/17 through 1/13/17 is unopposed and granted. Mr. Rossini should provide an itinerary to pretrial services. Motion for entry of an agreed order between Bank of Chicago and the United States [207] is granted. Enter order. Status hearing set for 2/28/17 at 9:30 a.m. The government's oral motion to exclude time through trial is granted without objection. Time is excluded from 12/21/16 through 10/2/17 in the interest of justice pursuant to 18 U.S.C. 3161(h)(7)(A) -(B) to allow for the review of the pending motions and for trial preparation. XT

_____
John Z. Lee
United States District Court Judge

12/21/16

.10