**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

| U.S. Department of Justice United States Marshals Service | PROCESS RECEIPT AND RETURN See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF United States of America | COURT CASE NUMBER 15 CR 515 |
|---|---|
| DEFENDANT Albert Rossini, et al. | TYPE OF PROCESS Deposit to USMS Seized Asset Fund |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
United States Marshals Service
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
219 S. Dearborn, 24th floor, Chicago, Illinois 60604

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

United States Attorney's Office
219 S. Dearborn, Room 500
Chicago, Illinois 60604
Attention: Catherine Manahan, Contract Paralegal

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Pursuant to Agreed Order, Doc #213, please deposit the enclosed check in the amount of $327,751.10 into the USMS Seized Asset Fund to be held pending further order of the Court.
(15-FBI-005415 and 15-FBI-005416)

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER (312)353-5300
DATE 1/9/17

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 24
District to Serve No. 24
Signature of Authorized USMS Deputy or Clerk
Date: 1-9-2017

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

FILED
JAN 17 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

☐ A person of suitable age and discretion then residing in defendant's usual place of abode
Address (complete only different than shown above)
Date: 1/11/17  Time: 3:30 ☐ am ☑ pm
Signature of U.S. Marshal or Deputy

| Service Fee 65 | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges 65 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) $0.00 |
|---|---|---|---|---|---|

REMARKS: Funds Deposited to SADF 1-10-2017

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80