IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff, | )<br>)<br>) |
| vs. | )   No. 15 CR 515<br>)   Hon. John Z. Lee |
| ALBERT ROSSINI,<br>      Defendant. | )<br>)<br>) |

## MOTION TO AMEND BOND ORDER

DEFENDANT ALBERT ROSSINI, by his counsel, KERI A. AMBROSIO, moves this Honorable Court to amend the conditions of Mr. Rossini's bond order as follows:

(1)     Pretrial Services does not oppose this request. Government counsel will present its position at the hearing.

(2)     Mr. Rossini requests the Court remove the condition of home detention, and allow Mr. Rossini to travel outside this district at the discretion of the officers of Pretrial Services.

(3)     Mr. Rossini's Officer, Justin Wiersema, has suggested the following amendment to the release order, should the Court be inclined to grant the defendant's request:

> Defendant is allowed to travel to California with prior approval from Pretrial Services. The defendant is to provide Pretrial Services with a copy of his travel plans, travel itinerary, and contact information, including the address at which the defendant will be staying.

2

WHEREFORE, ALBERT ROSSINI, respectfully requests that this Honorable Court amend the release order to reflect removal of the home detention condition, and allow permissive travel, as articulated above.

Respectfully submitted:

By: *Keri Ann Ambrosio*
Keri Ann Ambrosio, Esq.
53 W. Jackson Blvd., Ste. 626
Chicago, Illinois 60604
(312) 961-3261

Attorney for Albert Rossini