# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

UNITED STATES OF AMERICA

                                      Plaintiff,

v.                                                                      Case No.: 1:15−cr−00515

                                                                                     Honorable John Z. Lee

Albert Rossini, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 9, 2017:

       MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. Motion hearing held on 2/9/17. For the reasons stated on the record, Defendant's motion to amend the bond order [218] is denied. Defense Counsel's oral motion to allow the Defendant to travel to Los Angles, California to visit his mother from February 17, 2017 through February 26, 2017 is granted. Defendant must provide pretrial services and the government with a copy of his itinerary and his contact information. Mr. Rossini is reminded that he must comply with all conditions of his bond. Mailed notice (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.