# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

UNITED STATES OF AMERICA

                    Plaintiff,

v.                                      Case No.: 1:15−cr−00515

                                      Honorable John Z. Lee

Albert Rossini, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 27, 2017:

      MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy.Status hearing held on 2/27/17. Babajan Khosabe's and Thomas Murphy's motion for bills of particulars [172] [177] are denied. Defendant Anthony Khoshabe's motion to strike surplusage [182] is denied. Defendant Anthony Khoshabes motion to suppress statements [181] is granted. Written orders will be issued shortly.Pretrial conference is set for 9/8/17 at 1:30 p.m. The parties are to submit a joint proposed final pretrial order to the Court's proposed order inbox by 8/18/17. The proposed final pretrial order should contain: (l) a brief joint statement of the case to be used during voir dire; (2) a list of witnesses who will be called and those who may be called; (3) any stipulations of uncontested facts; ( 4) a list of exhibits from each party and any objections thereto (a courtesy copy of the exhibits should be provided to the Court at least one week prior to the final pretrial conference); and (4) proposed jury instructions from each party and any objections thereto. Any and all motions in limine should be filed and served at the time that the final pretrial order is due by 8/18/17; any responses thereto should be filed fourteen calendar days thereafter by 9/1/17. Any motion filed must be accompanied by a statement that the party has conferred with the opposing party. Each motion in limine (as well as any response thereto) should be filed separately and not be combined in a single filing. Courtesy copies of motions and responses should be provided to chambers in hard copy format. Status hearing set for 3/16/17 at 10:00 a.m. Mailed notice (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.