IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 15 CR 515 |
| | ) | Hon. John Z. Lee |
| ALBERT ROSSINI, | ) | |
| Defendant. | ) | |
| | ) | |

## UNOPPOSED MOTION TO WITHDRAW

ATTORNEY KERI A. AMBROSIO, moves to withdraw her appearance as counsel for defendant ALBERT ROSSINI, and requests that the Court appoint substitute counsel in this matter. In support, counsel submits the following.

(1) Government counsel does not object to defense counsel's request.

(2) Mr. Rossini does not object to counsel's request.

(3) Defense counsel has conferred with the appropriate representative at the Federal Defender's Office regarding this request, and has alerted the representative to the trial date and the volume of discovery materials at issue. Should the Court grant counsel's request, the Federal Defender's Office will provide substitute counsel available to take Mr. Rossini's case to trial in October 2017 as scheduled.

(4) Defense counsel and Mr. Rossini have regularly communicated since counsel's appointment in 2016, but the attorney client relationship has deteriorated, and there exists profound disagreement regarding the means to resolution of the case.

Undersigned counsel believes strongly that she no longer can, consistent with her ethical responsibilities and duties to Mr. Rossini, represent him in this matter.

(5)     Should the Court grant this request short of an appearance, counsel will alert the Defender Officer regarding the order to allow for swift substitution of counsel.

WHEREFORE, ALBERT ROSSINI, by counsel, respectfully requests that this Honorable Court allow current counsel to withdraw, and that the Court appoint new counsel.

Respectfully submitted:

By:     *Keri Ann Ambrosio*
Keri Ann Ambrosio, Esq.
53 W. Jackson Blvd., Ste. 626
Chicago, Illinois 60604
(312) 961-3261

Attorney for Albert Rossini