IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff, | )<br>)<br>) |
| vs. | )  No. 15 CR 515<br>)  Hon. John Z. Lee |
| ALBERT ROSSINI,<br>        Defendant. | )<br>)<br>)<br>) |

## AMENDED MOTION TO TRAVEL OUTSIDE THE DISTRICT

DEFENDANT ALBERT ROSSINI, by his counsel, KERI A. AMBROSIO, moves this Honorable Court to grant Mr. Rossini's request to travel outside of this district as detailed below:

(1)     Pretrial Services does not object to this request.

(2)     Mr. Rossini requests this Court's permission to travel to Los Angeles, California, from March 17th to March 31st, 2017. Mr. Rossini makes this request in relation to the cancellation of his previous court-approved trip to Los Angeles.

(3)     Government counsel objects to Mr. Rossini's request, but in the event the Court authorizes travel, government counsel asks that Mr. Rossini provide his probation officer, the Court, and counsel with travel details, including a detailed itinerary and contact information prior to his departure.

WHEREFORE, ALBERT ROSSINI, respectfully requests that this Honorable Court issue an order permitting travel to Los Angeles from March 17th to March 31st, 2017, inclusive of the conditions mentioned.

Respectfully submitted:


By:     *Keri Ann Ambrosio*
        Keri Ann Ambrosio, Esq.
        53 W. Jackson Blvd., Ste. 626
        Chicago, Illinois 60604
        (312) 961-3261

        Attorney for Albert Rossini