IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No.15 CR 515 |
| | ) | Hon. John Z. Lee |
| ALBERT ROSSINI | ) | |

**AMENDED NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

TO:  Counsel of Record, *via electronic mail*

PLEASE TAKE NOTICE that on Thursday, March 16, 2017, at 9:30 a.m., we shall appear before the Honorable John Z. Lee in his courtroom in the Dirksen Federal Building, Chicago, Illinois, and present:

- *Amended Motion to Travel*

-*Motion to Withdraw*

**PROOF OF SERVICE**

The undersigned attorney filed this notice and attached motion(s) on March 9, 2017, using the Illinois Electronic Filing System, and by the same vehicle, served one copy/copies thereof upon the Court and counsel of record.

/s/  *Keri Ann Ambrosio*,
Attorney for Mr. Rossini
53 W. Jackson Blvd., Ste. 626
Chicago, Illinois 60604
(312) 961-3261