# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: USA v. Albert Rossini         Case Number: 15 CR 515

An appearance is hereby filed by the undersigned as attorney for:
Albert Rossini

Attorney name (type or print): Joshua B. Adams

Firm: Law Offices of Joshua B. Adams, P.C.

Street address: 53 W. Jackson Blvd., Suite 1515

City/State/Zip: Chicago, IL 60604

Bar ID Number: 6281599         Telephone Number: 3125669173
(See item 3 in instructions)

Email Address: josh@adamsdefenselaw.com

Are you acting as lead counsel in this case? ✔ Yes ☐ No

Are you acting as local counsel in this case? ☐ Yes ✔ No

Are you a member of the court's trial bar? ✔ Yes ☐ No

If this case reaches trial, will you act as the trial attorney? ✔ Yes ☐ No

If this is a criminal case, check your status.
☐ Retained Counsel
✔ Appointed Counsel
   If appointed counsel, are you
   ☐ Federal Defender
   ✔ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on March 16, 2017

Attorney signature:   S/ Joshua B. Adams
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015