### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| USA | ) | |
| | ) | |
| | ) | Case No: 15-cr-515-1-2-3-4 |
| v. | ) | |
| | ) | Judge: John Z. Lee |
| | ) | |
| | ) | |
| Albert Rossini, Babajan Khoshabe | ) | |
| Anthony Khoshabe, Thomas Murphy | ) | |

### **ORDER**

Status and motion hearing held on 3/16/17. Albert Rossini's motion to travel outside the District [226] [231] is granted. Mr. Rossini may travel to Los Angeles from 3/17/17 through 3/26/17. Defendant must provide pretrial services and the government with a copy of his itinerary and his contact information. Unopposed motion to withdraw [227] is granted. Keri Ambrosio is granted leave to withdraw as counsel, Ms. Ambrosio should remain on the case until new counsel is assigned. Ms. Ambrosio will contact the Federal Defender's office to obtain new counsel. Anthony Khoshabe's unopposed motion to modify conditions of release to travel to Greece [229] is granted. Defendant must provide pretrial services and the government with a copy of his itinerary and his contact information. Defendant Babajan Khoshabe's motion to modify conditions of release [235] is denied without prejudice. To the extend the government will be filing a motion with regarding the Court's order that was issued, the motion should be filed by 4/13/17 and noticed up for presentment on 4/19/17 at 9:30 a.m. Status hearing set for 4/19/17 at 9:30 a.m.

_____
John Z. Lee
United States District Court Judge

3/16/17

.10