IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | 15 CR 515-1 |
| ALBERT ROSSINI, | ) | Judge John Z. Lee |
| | ) | |
| | ) | |
| Defendant. | ) | |

**ALBERT ROSSINI'S MOTION TO
LEAVE THE JURISDICTION**

NOW COMES Defendant, ALBERT ROSSINI, through his attorney,

JOSHUA B. ADAMS, and respectfully requests that this honorable court permit

Mr. Rossini to travel to Los Angeles, California from May 1 through May 21. In

support of his motion, Mr. Rossini stats the following.

1. Mr. Yasin is currently released on an unsecured OR bond with location
   monitoring. Pursuant to this court's order, Mr. Rossini must seek
   court permission to leave the jurisdiction.

2. Mr. Yasin wishes to travel to Los Angeles, California between May 1,
   2017 through May 21 to visit family.

3. Mr. Rossini provided pre-trial services with his travel itinerary and
   will check in with his pre-trial services officer as this court requires.

4. Mr. Rossini will also check in with Pre-Trial services once he returns to
   Chicago on May 21.

5.  Mr. Rossini has left the jurisdiction at least two previous times and has returned without incident.

6.  Counsel has not heard from the government with respect to its position on Mr. Rossini's request.

7.  Counsel has also spoken to Pre-Trial Services who does not object to this motion.

## CONCLUSION

WHEREFORE, Mr. Rossini respectfully requests that this honorable court permit him to travel to Los Angeles, California from May 1 through May 21, 2017

Respectfully submitted,

/s/ Joshua B. Adams
Joshua B. Adams
Counsel for Albert Rossini


LAW OFFICES OF JOSHUA B. ADAMS, P.C.
53 W. Jackson Blvd., Suite 1515
Chicago, IL 60604
(312) 566-9173