IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | 15 CR 515 |
| v. | ) | Judge John Z. Lee |
| ALBERT ROSSINI, | ) | |
| Defendant. | ) | |

### NOTICE OF MOTION

To: William Novak, Assistant United States Attorney
United States Attorneys Office
219 S. Dearborn, 5th Floor
Chicago, IL 60605

PLEASE TAKE NOTICE that on Wednesday, April 26 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Lee or any Judge sitting in his stead, in the courtroom usually occupied by him at 219 S. Dearborn St., Chicago, Illinois 60605, and present this **MOTION TO LEAVE THE JURISDICTION.**

/s/ Joshua B. Adams
Joshua B. Adams

Joshua B. Adams
LAW OFFICES OF JOSHUA B. ADAMS
53 W. Jackson Blvd., Suite 1515
Chicago, IL 60604
312-566-9173

## PROOF OF SERVICE

      The undersigned, being first duly sworn, deposes and states that a true and correct copy of the attached Notice of Motion and Motion have been served upon the below named party via the CM/ECF system of the United States District Court for the Northern District of Illinois.

      William Novak
      Assistant United States Attorney
      United States Attorney's Office
      219 S. Dearborn Street, 5th Floor
      Chicago, IL 60606

      /s/ Joshua B. Adams
      Joshua B. Adams