## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

UNITED STATES OF AMERICA

                       Plaintiff,

v.                                                       Case No.: 1:15−cr−00515
                                                              Honorable John Z. Lee

Albert Rossini, et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 26, 2017:

      MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini. Motion hearing held on 4/26/17. Albert Rossini's motion to leave the jurisdiction to travel to Los Angeles, California from May 1 through May 21, 2017 [243] is granted. Defendant must provide pretrial services and the government with a copy of his itinerary and all addresses he will be staying during his trip. Mailed notice (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.