CJA_appointment_rev.07212015

# IN THE
# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**
**Plaintiff,**

**Case Number** 15 CR 515-1

v.

Albert Rossini
**Defendant.**

**Judge** Lee

## CJA APPOINTMENT ORDER
## ORDER APPOINTING COUNSEL UNDER CJA

**Person Represented:** Albert Rossini          **Under Seal** ☐

**Defendant Number:** 1

**Payment Category:** Felony

**Type of Person Represented:** Adult

**Representation Type:** CC

**Attorney Name:** Joshua B. Adams

**Court Order:** Subs for Panel Attorney

   **Prior attorney's name:** Keri Ambrosio

**Signature of Presiding Judge or by Order of the Court** _____

**Date of Order:** 4/5/2017     **Nunc Pro Tunc Date:** _____  **or None** ☐

---

## ORDER APPOINTING INTERPRETER UNDER CJA

**Interpreter needed**     ☐ Yes          **Under Seal** ☐

**Prior authorization shall be obtained for services in excess of $800.**

**Expected to exceed**     ☐ Yes ☐ No

**Prior authorization approved**   ☐ Yes ☐ No

**Signature of Presiding Judge or by Order of the Court** _____

**Date of Order:**        **Nunc Pro Tunc Date:** _____  **or None** ☐