IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | 15 CR 515-1 |
| ALBERT ROSSINI, | ) | Judge John Z. Lee |
| | ) | |
| | ) | |
| Defendant. | ) | |

### ALBERT ROSSINI'S MOTION TO LEAVE THE JURISDICTION

NOW COMES Defendant, ALBERT ROSSINI, through his attorney, JOSHUA B. ADAMS, and respectfully requests that this honorable court permit Mr. Rossini to travel to Los Angeles, California from May 26 through June 6, and then from June 8 through June 19. In support of his motion, Mr. Rossini stats the following.

1. Mr. Rossini is currently released on an unsecured OR bond with location monitoring. Pursuant to this court's order, Mr. Rossini must seek court permission to leave the jurisdiction.

2. Mr. Rossini wishes to travel to Los Angeles, California between May 26, 2017 through June 6, and then from June 8 through June 19 to visit family.

3. Mr. Rossini provided pre-trial services with his travel itinerary and will check in with his pre-trial services officer as this court requires.

4. Mr. Rossini will also check in with Pre-Trial services once he returns to Chicago on June 6 and June 19.

5. Mr. Rossini has left the jurisdiction at least three previous times and has returned without incident.

6. Counsel has not heard from the government with respect to its position on Mr. Rossini's request.

7. Counsel has also spoken to Pre-Trial Services who does not object to this motion.

## CONCLUSION

WHEREFORE, Mr. Rossini respectfully requests that this honorable court permit him to travel to Los Angeles, California from May 26 through June 6, and June 8 through June 19, 2017

Respectfully submitted,

/s/ Joshua B. Adams
Joshua B. Adams
Counsel for Albert Rossini

LAW OFFICES OF JOSHUA B. ADAMS, P.C.
53 W. Jackson Blvd., Suite 1515
Chicago, IL 60604
(312) 566-9173