# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

UNITED STATES OF AMERICA

                                    Plaintiff,

v.                                                                    Case No.: 1:15−cr−00515
                                                                   Honorable John Z. Lee

Albert Rossini, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 24, 2017:

       MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. Motion hearing held on 5/24/17. For the reasons stated on the record, Albert Rossinis motion to leave the jurisdiction [247] is entered and continued for 5/25/17 at 11:00 a.m. Mr. Adams should be present for the motion hearing. If the time does not work the parties should contact the courtroom deputy. Mailed notice (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.