## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
## Eastern Division

UNITED STATES OF AMERICA

                    Plaintiff,

v.                                                Case No.: 1:15−cr−00515
                                                Honorable John Z. Lee

Albert Rossini, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 25, 2017:

      MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini. Motion hearing held on 5/25/17. For the reasons stated on the record, Albert Rossini's motion to leave the jurisdiction [247] is granted. Mr. Rossini should provide pretrial services and the government a detailed itinerary including locations he will be staying day to day. In addition, he should check in regularly with his pretrial services officer. Mailed notice (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.