**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| | ) | Case No: 15-cr-515-1-2-3-4 |
| v. | ) | |
| | ) | Judge: John Z. Lee |
| | ) | |
| | ) | |
| | ) | |
| Albert Rossini, Babajan Khoshabe | ) | |
| Anthony Khoshabe, Thomas Murphy | ) | |

**ORDER**

Status hearing held on 6/29/17. For the reason stated on the record, the trial scheduled for 10/2/17 is reset to 12/4/17 at 9:00 a.m. without objection. The final pretrial conference is set for 11/20/17 at 2:00 p.m. The parties are to submit a joint proposed final pretrial order to the Court's proposed order inbox by 10/17/17. The proposed final pretrial order should contain: (l) a brief joint statement of the case to be used during voir dire; (2) a list of witnesses who will be called and those who may be called; (3) any stipulations of uncontested facts; (4) a list of exhibits from each party and any objections thereto (a courtesy copy of the exhibits should be provided to the Court at least one week prior to the final pretrial conference); and (4) proposed jury instructions from each party and any objections thereto. Any and all motions in limine should be filed and served at the time that the final pretrial order is due by 10/17/17; any responses thereto should be filed fourteen calendar days thereafter by 10/31/17. Any motion filed must be accompanied by a statement that the party has conferred with the opposing party. Each motion in limine (as well as any response thereto) should be filed separately on the docket and not be combined in a single filing. Courtesy copies of motions and responses should be provided to chambers in hard copy format. The government's oral motion to exclude time is granted without objection. Time is excluded through the 12/4/17 trial date pursuant to 18 U.S.C. 3161(h)(7)(A)-(B) to allow counsel time to prepare for trial and for any plea discussions. XT

*John Z. Lee*
_____
John Z. Lee
United States District Court Judge

6/29/17
.10