UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 15 CR 515-1 |
| | ) | |
| ALBERT ROSSINI., | ) | Honorable Judge |
| | ) | John Z. Lee |
| Defendant. | ) | |

**MOTION FOR LEAVE TO APPOINT CO-COUNSEL
PURUSANT TO THE CRIMINAL JUSTICE ACT**

NOW COMES Defendant, ALBERT ROSSINI, through his counsel, JOSHUA B. ADAMS, and moves this Court for leave to appoint SCOTT J. FRANKEL as co-counsel pursuant to the Criminal Justice Act (18 § 3006A), and Federal Rule of Criminal Procedure 44. In support of his motion, Mr. Rossini states the following.

1. Trial is set in this case for December 4, 2017.

2. Mr. Adams was appointed to represent Mr. Rossini pursuant to the CJA on April 5, 2017.

3. Defense counsel Joshua B. Adams is a member of this District CJA Panel and has been previously appointed on several cases.

4. Voluminous discovery has been tendered by the government in this case.

5. As a result, Mr. Adams requires a co-counsel to assist with the review of the discovery, and to assist at trial.

6. Mr. Adams respectfully requests that this honorable court appoint Scott J. Frankel pursuant to the Criminal Justice Act to serve as co-counsel.

WHEREFORE, the defendant, Albert Rossini, prays that this Honorable Court appoint attorney Scott J. Frankel as co-counsel in this matter.

                                                Respectfully submitted,

                                                /s/ Joshua B. Adams
                                                Joshua B. Adams
                                                Counsel for Albert Rossini

Joshua B. Adams
LAW OFFICES OF JOSHUA B. ADAMS, P.C.
53 W. Jackson Blvd., Suite 1515
Chicago, IL 60604
(312) 566-9173