# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                                           Case No.: 1:15−cr−00515

                                                             Honorable John Z. Lee

Albert Rossini, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 27, 2017:

      MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy. Status hearing held on 7/27/17. The government reports that they are in the process of scanning bank records and will provide them as well as additional discovery to the defense counsel. The government's deadline to provide expert disclosures is 9/15/17. Status hearing set for 9/29/17 at 9:30 a.m. to discovery whether Defendants intend to offer any expert testimony at trial and/or seek to exclude the government's expert in whole or in part. Mailed notice (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.