# Government Exhibit 2

```
 1                IN THE UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF ILLINOIS
 2                         EASTERN DIVISION

 3   UNITED STATES OF AMERICA,      )  Docket No. 15 CR 515-1
                                    )
 4                   Plaintiff,     )
                                    )
 5        v.                        )  Chicago, Illinois
                                    )  May 25, 2017
 6   ALBERT ROSSINI,                )  11:00 o'clock a.m.
                                    )
 7                   Defendant.     )

 8            TRANSCRIPT OF PROCEEDINGS - MOTION
               BEFORE THE HONORABLE JOHN Z. LEE
 9
     APPEARANCES:
10
     For the Government:           HON. JOEL R. LEVIN
11                                 Acting United States Attorney, by
                                   MR. ERIK A. HOGSTROM
12                                 Assistant United States Attorney
                                   219 South Dearborn Street
13                                 Chicago, Illinois 60604

14   For the Defendant:            LAW OFFICES OF JOSHUA B.
                                   ADAMS, PC., by
15                                 MR. JOSHUA B. ADAMS
                                   53 West Jackson Boulevard
16                                 Suite 1515
                                   Chicago, Illinois 60604
17

18   Also Present:                 MR. DAVID L. FRANKLIN
                                   U.S. Pretrial Services Officer
19

20
                         ALEXANDRA ROTH, CSR, RPR
21                         Official Court Reporter
                         219 South Dearborn Street
22                              Room 1224
                          Chicago, Illinois 60604
23                           (312) 408-5038

24

25
```

```
 1            (Proceedings had in open court:)
 2             THE CLERK:  15 CR 515, USA versus Albert Rossini.
 3             MR. HOGSTROM:  Good morning.  Erik Hogstrom for the
 4    United States.
 5             MR. ADAMS:  Good morning, your Honor.  Joshua Adams
 6    for Albert Rossini, who is present to my right.
 7             MR. FRANKLIN:  Good morning, your Honor.  David
 8    Franklin on behalf of pretrial services.
 9             THE COURT:  Mr. Adams, so Mr. Rossini has filed a
10    motion for permission to travel to California on certain dates
11    in May and in June.  The questions I had were the reasons for
12    those trips, as well as how those trips are being financed.
13             MR. ADAMS:  Yes, your Honor.  To address the first
14    part, Mr. Rossini is going to see his cousins, who are moving
15    back to Chicago.  He is helping them pack up their house,
16    helping them get their affairs in order before they move back
17    to Chicago.
18             He stays with his family when he goes out there,
19    doesn't pay for a hotel, for any transportation.  The family
20    subsidizes him.
21             With respect to his air flight, he books trips out
22    with a large span between return -- departure and return date
23    to get the cheapest fare.  And that's why sometimes he returns
24    early as he did in the last permission to travel.  He came back
25    I believe a week earlier.
```

1   The reason it's broken up into two parts this time,
2   Mr. Rossini would like to come back and attend Court on the 8th
3   for the status.  So he wanted to come back here in front of
4   this Court, and he'd go back.  And this would be his last trip
5   until I believe the end of August.  Last time he would ask
6   permission, your Honor, the end of August.  His family is
7   coming out here, I believe, the next month to move here.  Those
8   are the reasons why he likes to travel.
9       THE COURT:  And what's going to take place in August?
10      MR. ADAMS:  He says that they are moving back for the
11  school year for the children back to LA.  And he is going to
12  help them with that.  It's not a necessity, your Honor.  That
13  may change closer to August.
14      MR. HOGSTROM:  As I've previously said, we have a
15  standing objection.  So I am not going to go into the reasons
16  behind that any further at this point.  But I think we would
17  like to be -- as I mentioned yesterday, we have not
18  consistently gotten information about where he is staying and
19  exactly when he is traveling.  We request, renew our request,
20  to have that information, that it be provided to us.
21      I think that's about all I have to say about it at
22  this point.
23      THE COURT:  Okay.  I guess my observations are
24  twofold:  One is that with regard to the motion, I am going to
25  grant the motion on certain conditions.  First of all, I am

1 granting the motion because Mr. Rossini has gone to California
2 on numerous occasions and has always returned, has always
3 faithfully attended the statuses. I don't think there is any
4 concern with that regard.
5 Furthermore, there is nothing on the record that would
6 indicate to me that there is any risk to the public with regard
7 to travel to be with his family, particularly because he is
8 with his family.
9 That said, I do want him to provide a detailed
10 itinerary as to his flight and his location where he is going
11 to stay on a day-by-day basis. And also, as he has in the
12 past, I want him to check in regularly with pretrial services
13 to make sure that they are comfortable and aware of where he is
14 as well.
15 MR. ADAMS: Yes, your Honor.
16 THE COURT: The other observation I had is that my
17 allowing Mr. Rossini to travel to California started out
18 because he needed to visit ailing relatives. And it's really
19 more of what I would consider the exception rather than the
20 rule. It's where Mr. Rossini, his relationship with his
21 family, requires him to be in California for one reason or
22 another, not simply because he wants to be. Okay? Those are
23 two very different things. That's why I want to hear reasons
24 as to why Mr. Rossini wanted to go out to California this time
25 around.

```
 1            I believe that helping his family pack up and move
 2   back to Chicago is sufficient enough reason for present
 3   purposes for me to grant the motion.  But going forward, I do
 4   want specific reasons articulated in any motion that's filed
 5   with the Court.
 6            MR. ADAMS:  Yes, your Honor.
 7            THE COURT:  Anything else from the government?
 8            MR. HOGSTROM:  No, Judge.
 9            THE COURT:  All right.  Very good.  On that basis the
10   motion is granted.
11            MR. ADAMS:  Thank you, your Honor.  And we will have
12   that information to the government by close of business today.
13            THE COURT:  Very good.
14            MR. ADAMS:  Thank you, Judge.
15            THE COURT:  Thank you.
16       (Which were all the proceedings heard in this case.)
17                            CERTIFICATE
18            I HEREBY CERTIFY that the foregoing is a true, correct
19   and complete transcript of the proceedings had at the hearing
20   of the aforementioned cause on the day and date hereof.
21
22    /s/Alexandra Roth                              6/15/2017
     _____     _____
23    Official Court Reporter                       Date
      U.S. District Court
24    Northern District of Illinois
      Eastern Division
25
```