# Government Exhibit 4

FD-302 (Rev. 5-8-10)

- 1 of 2 -



# FEDERAL BUREAU OF INVESTIGATION

Date of entry 06/22/2017

Individual HG, telephone number ███████████, was interviewed telephonically by the writer. During the telephone interview, HG was sent an email containing a photograph as an attachment. The email and photograph are attached hereto and made a part of this record. HG provided the following information:

HG hasn't talked to Albert Rossini since talking to the FBI in February 2016. HG claimed that Rossini still owed him more than $200,000 from a failed mortgage note transaction.

HG opened the email and attached photo and identified the individual depicted in the photo as his ex-wife Individual DG. Although HG and DG are divorced, HG still has regular contact with DG.

HG disclosed that DG currently resides in Los Angeles, California. HG advised that DG moved to California more than six months ago to be close to their adult son who is a medical professional.

HG divulged that DG knew Albert Rossini. HG was aware that Rossini had been in communication with DG while she was in California. DG told HG that she sold Rossini a 2002 Acura automobile 6 to 8 months ago and Rossini never paid her for the vehicle.

HG didn't believe that Rossini was staying with DG while he was in California. HG advised that DG and Rossini are not related. HG agreed to contact DG to determine if she would be willing to talk to the writer regarding Rossini.

The writer contacted HG a short time after the initial call. HG acknowledged speaking to DG. DG told HG that Rossini visited her in California and they had coffee but, Rossini was not staying at her residence. HG advised that DG could be reached at (847) 529-9050.

The writer spoke with HG on 6/19/2017 regarding contact with DG. HG visited DG at her apartment in California on 6/17/2017. HG advised that his son was also in the apartment during the

Investigation on 06/14/2017 at Orland Park, Illinois, United States (Phone)

File # 329A-CG-133780     Date drafted 06/14/2017

by EVANS LYLE C SR

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 05-08-10)

329A-CG-133780

Continuation of FD-302 of (U) Interview of Individual HG , On 06/14/2017 , Page 2 of 2

visit but, Rossini wasn't in the apartment. HG doesn't think Rossini could be currently visiting DG because she was leaving for Israel on the 22nd of June.

HG advised that Rossini is not related to DG     HG and DG have three adult children.   DG told HG that Rossini told her that he and Individual MR are in business together.