# Government Exhibit 5

FD-302 (Rev. 5-8-10)

- 1 of 2 -



# FEDERAL BUREAU OF INVESTIGATION

Date of entry    06/26/2017

Individual DG, ███████████████████████████████████████ was advised of the identity of the interviewing agent and the purpose of the interview. DG then provided the following information:

DG is a Therapist and a Life Coach. DG is a former employee of Albert Rossini. She was employed by Rossini to act as a Life Coach at Devon Street Investments. DG was an employee at Devon Street for approximately 6 months about 2 or 3 years ago. During DG's tenure at Devon Street, approximately 10 employees worked for Rossini. DG recalled providing life coaching services to Individuals M, L, A, D, C and P.

DG described her relationship with Rossini as only friends. DG advised that Rossini provided financial assistance to her in the past and managed a property she rented while she vacationed in Israel. DG disclosed that Rossini visited her twice in the last year. Once approximately one year ago then three months ago. DG didn't allow Rossini to stay over night. DG described the visits as Rossini coming over for coffee then leaving. DG divulged the Rossini was currently in town and they were planning to meet for coffee.

DG advised that she and Rossini are not related noting that she was Israeli. Rossini told DG that he was staying with relatives living in the area when visiting California. Rossini also told DG that he was working on some nursing home deal while in California. The telephone interview was cut short for DG to to attend a meeting.

The writer contacted DG following the meeting to continue the telephone interview. DG acknowledged not telling the truth when asked about contact with Rossini. DG admitted that Rossini currently staying in her apartment. DG advised that Rossini slept on a couch. DG advised that Rossini also stayed in her apartment during the two previously discussed visits.

DG acknowledged selling a car to Rossini but insist she purchased the car back from him. DG disclosed that Rossini used her car daily while

| | | | |
|---|---|---|---|
| Investigation on | 06/14/2017 | at | Orland Park, Illinois, United States (Phone) |
| File # | 329A-CG-133780 | Date drafted | 06/14/2017 |
| by | EVANS LYLE C SR | | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

329A-CG-133780

Continuation of FD-302 of (U) Interview of Individual DG , On 06/14/2017 , Page 2 of 2

visiting. DG advised that Rossini left in her car each morning and was gone all day on business. DG presumed Rossini was working on a nursing home deal because Rossini previously told DG that he was working with Individual FNU F or F in Chicago on nursing home deals.

DG searched Rossini's name on Google prior to being recalled by the writer. DG read about read several sites detailing criminal conduct involving Rossini. DG advised that she called Rossini and asked that he return her car, pack his items and leave her apartment.

DG noted that she is packing with plans to return to Chicago.