# Government Exhibit 6

FD-302 (Rev. 5-8-10)

- 1 of 1 -



**FEDERAL BUREAU OF INVESTIGATION**

Date of entry    06/22/2017

Individual MR, ████████████████████████████ was
interviewed by telephone regarding contact with Albert Rossini.  After
being advised of the identities of Special Agents Lyle Evan and Jody Blau,
Rotstein provided the following information:

MR disclosed that he was currently in Wisconsin at the Dells tending the a
business that he owned and operated called the "Escape Room." MR acknowledged
that he is currently involved in a real estate transaction with Rossini. It's
MR's understanding that Rossini acquired a property believed to be in the 8400
block of Kolmar in
Skokie via a delinquent real estate tax sale.  MR agreed to provide
the exact address at a later date.

MR advised that Individual C LNU a Desplaines, Illinois CPA is
partnering with Rossini on the transaction.  MR divulged that C LNU
has invested with Rossini in the past.         Rossini told MR that he
allowed the occupants to remain in the property with the understanding
that the occupants would buy the property back from Rossini.  MR
advised that Rossini solicited him to list and sell the property.

MR last spoke to Rossini yesterday regarding the
transaction.   Rossini told MR that he was meeting with an attorney
regarding the the transaction.   Rossini also told MR that the court
approved of the transaction.

---

Investigation on   06/20/2017   at   Skokie , Illinois, United States (Phone)

File #   329A-CG-13378 0        Date drafted   06/21/2017

by   EVANS LYLE C SR

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

17CR522_001-000005