# Government Exhibit 7

FD-302 (Rev. 5-8-10)

- 1 of 2 -



**FEDERAL BUREAU OF INVESTIGATION**

Date of entry        07/05/2017

          On 6/29/2017 Individual CS (previously interviewed) was interviewed at his
office located at ████████████████████████████

          Present for the interview was Special Agent Jody Blau and Task Force Officer
Kevin Graff. After being advised of the identity of the interviewing Agents and
the nature of the interview, CS provided the following information:

          CS advised that he engaged in a transaction with Albert Rossini for a property
located 7845 N Kolmar Ave, Skokie, IL.

          CS explained that he did the Kolmar deal with Rossini a couple of
years ago.   CS invested $63,000-$65,000 with Rossini, which was
used to purchase a mechanics lien on the property.   Rossini then arranged
for the mechanics lien to be foreclosed upon; CS believes this
happened two or three years ago.   CS stated that it is his
understanding that he is currently the owner of the property.

          CS stated that he could not recall to whom he gave his investment funds; whether
Rossini or someone else at Rossini's direction. CS advised the investment funds
came from his Charter one home equity line of credit.

          CS explained that the former owners are currently living in the

Kolmar property.   Rossini told CS that the former owners have bad
credit, which is why they were unable to pay off the mechanics
lien.   Rossini told CS that the niece and nephew of the former owners
were going to bail them out and pay off the mechanics lien, but they
failed to deliver.   Rossini told CS that they listed the property for
sale through Individual MR, and that they had a buyer for the
property.   CS stated that he has been led to believe that he owns the
property because of things said to him by Rossini, Attorney RK, Attorney GS and
Individual GS

          GS explained that his agreement with Rossini was that CS would put up the
$65,000 for the deal, and that Rossini would then hold
the property and arrange to sell the property.   CS would recover his
$65,000 from the proceeds of the sale, plus $10,000 that Rossini owed to CS
related to a personal loan, and then CS and Rossini would

| | | | |
|---|---|---|---|
| Investigation on | 06/29/2017 | at | Des Plaines, Illinois, United States (In Person) |
| File # | 329A-CG-133780 | | Date drafted   07/05/2017 |
| by | SA Jody Blau | | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not
to be distributed outside your agency.

17CR522_001-000037

FD-302a (Rev. 05-08-10)

329A-CG-133780

Continuation of FD-302 of (U) Interview of Individual CS _____, On 06/29/2017 , Page 2 of 2

split the remaining proceeds 50/50. Attorney GS told CS that Rossini assigned his rights to the profits of the Kolmar deal to Attorney GS because Rossini owed Attorney GS money for legal representation.

CS stated that Rossini told him a few days ago that the former owners of the property should be out of the property in a couple of weeks.

CS stated that RK sat in CS's office and told him about the sales contract for the sale of the Kolmar property at a sales price of $505,000. CS explained that RK's statements gave him the impression that the transaction was legitimate.

CS stated that he has not done any additional deals with Rossini other than this Kolmar deal and the deals that the FBI has already discussed with CS

CS stated that Rossini has not asked him for any additional funds for the Kolmar deal.

Interviewing agent showed CS a copy of a document entitled Articles of Agreement for Deed with its accompanying Disbursement Statement. CS advised that he has seen the Articles of Agreement for Deed, but he had not previously seen the Disbursement Statement. Upon viewing the Disbursement Statement CS commented that he is not crazy about it because it does not show him receiving any funds from the sale of the property.

CS acknowledged that he has not looked up the country recorder of deeds to verify his ownership of the Kolmar property.