# Government Exhibit 8

FD-302 (Rev. 5-8-10)

- 1 of 1 -



**FEDERAL BUREAU OF INVESTIGATION**

Date of entry          07/03/2017

On 6/29/2017 Individual OK,                                         was interviewed by telephone at telphone number             After being advised of the identity of the interviewing Agent and the nature of the interview, OK provided the following information:

OK advised that he has lived at the property located at               ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ for the past 15 years.

OK stated that he has never heard of Albert Rossini, Individual CS or Devon Street Investments. OK advised that he has not entered into any contracts for the sale of his home.

OK advised that he fully paid off his mortgage years ago, and that he has a home equity line of credit that is at a zero balance.

OK explained that approximately five years ago he did an extensive remodel of his home which was paid for using his home equity line of credit. OK stated that in connection with the remodel of his home, there was a dispute with the contractor, who filed a mechanics lien against the home. The contractor sold his rights under the mechanics lien to the bank. OK's lawyer negotiated with the bank and they reached a settlement on the mechanics lien, which was paid off and released.

---

Investigation on    06/29/2017    at    Orland Park, Illinois, United States (Phone)

File #   329A-CG-133780                                      Date drafted   07/03/2017

by   SA Jody Blau

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

17CR522_001-000028