IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| USA | ) |
| | ) |
| | ) Case No: 15-cr-515-1 |
| v. | ) |
| | ) Judge: John Z. Lee |
| | ) |
| | ) |
| | ) |
| Albert Rossini | ) |

## ORDER

Motion hearing held on 8/2/17. For the reasons stated on the record, the government's motion to revoke bond [265] is granted. Defendant Albert Rossini's bond is hereby revoked and the Defendant is remanded to the custody of the U.S. Marshals. The U.S. Marshals shall bring the Defendant to the Metropolitan Correctional Center 30 days prior to the December 4, 2017 trial date. Defense counsel should contact the U.S. Marshal's Office with their concern regarding the Defendant's health condition..

_____
John Z. Lee
United States District Court Judge

8/2/17

.35