# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

UNITED STATES OF AMERICA

                                  Plaintiff,

v.                                                     Case No.: 1:15−cr−00515

                                                                   Honorable John Z. Lee

Albert Rossini, et al.

                                  Defendant.


## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 29, 2017:

      MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy.Status hearing held on 9/29/17. The Court is informed that Defendant Babajan Khoshabe is scheduled for surgery the first week in December, and his counsel has requested a new trial date. A status hearing is set for 10/6/17 at 9:30 a.m. to discuss the trial date. Mailed notice (ca, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.