**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| USA | ) |
| | ) |
| | ) Case No: 15-cr-515-1,2,3,4 |
| v. | ) |
| | ) Judge: John Z. Lee |
| | ) |
| | ) |
| | ) |
| Albert Rossini, Babajan Khoshabe | ) |
| Anthony Khoshabe, Thomas Murphy | ) |

## ORDER

Status hearing held on 10/6/17. The Court is informed that Defendant Babajan Khoshabe is scheduled for surgery the first week in December, and his counsel has requested a new trial date. The government and the other defendants do not object to this request. Accordingly, the jury trial set for 12/4/17 is reset to 6/4/18 at 9:00 a.m. The final pretrial conference set for 11/20/17 is reset to 4/24/18 at 1:30 p.m. Any motion to exclude an expert shall be due 45 days before the final pretrial conference; any response will be due 14 days thereafter. The parties are to submit a joint proposed final pretrial order to the Court's proposed order inbox by 3/20/18. The proposed final pretrial order should contain: (l) a brief joint statement of the case to be used during voir dire; (2) a list of witnesses who will be called and those who may be called; (3) any stipulations of uncontested facts; ( 4) a list of exhibits from each party and any objections thereto (a courtesy copy of the exhibits should be provided to the Court at least one week prior to the final pretrial conference); and (4) proposed jury instructions from each party and any objections thereto. Any and all motions in limine should be filed and served at the time that the final pretrial order is due by 3/20/18; any responses thereto should be filed fourteen calendar days thereafter by 4/3/18. Any motion filed must be accompanied by a statement that the party has conferred with the opposing party. Each motion in limine (as well as any response thereto) should be filed separately on the docket and not be combined in a single filing. Courtesy copies of motions and responses should be provided to chambers in hard copy format. The government's oral motion to exclude time is granted without objection. Time is excluded from 10/6/17 through 1/11/18 pursuant to 18 U.S.C. 3161(h)(7)(A)-(B) to allow counsel time to prepare for trial. Status hearing set for 1/11/18 at 9:30 a.m.

_____
John Z. Lee
United States District Court Judge

10/6/17
.20