## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| | ) | Case No: 15-cr-515-1-2-3-4 |
| v. | ) | |
| | ) | Judge: John Z. Lee |
| | ) | |
| | ) | |
| Albert Rossini, Babajan Khoshabe | ) | |
| Anthony Khoshave, Thomas Murphy | ) | |

### **ORDER**

Status hearing held on 1/11/18. Defendant Rossini had filed letter requesting that the Court appoint new counsel for him [277] [278]. During the hearing, Rossini withdrew the requests. Status hearing set for 4/3/18 at 9:30 a.m. The government's oral motion to exclude time is granted without objection. Time is excluded from 1/11/18 through 4/3/18 pursuant to 18 U.S.C. 3161(h)(7)(A)-(B) to allow counsel time to prepare for trial.

_____
John Z. Lee
United States District Court Judge

1/11/18

.10