# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Albert Rossini, et al.

Defendant.

Case No.: 1:15−cr−00515
Honorable John Z. Lee

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 20, 2018:

MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy.Motion hearing held on 3/20/18. Defendant Anthony Khoshabe's unopposed motion to extend time within which to submit a joint proposed pretrial order and to file motions in limine [281] is granted as to all Defendants. The joint pretrial order and motions in limine are now due by 3/27/18; responses are due by 4/10/18. Counsel for Babajan Khoshabe updated the Court on the status of his medical condition. Babajan Khoshabe shall file his motion to reset the trial date prior to the next status. A status hearing is set for 4/12/18 at 9:30 a.m. All Defendants and their counsel should be present. Mailed notice (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.