IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | 15 CR 515-1 |
| ALBERT ROSSINI, | ) | Judge John Z. Lee |
| | ) | |
| | ) | |
| Defendant. | ) | |

## ALBERT ROSSINI'S MOTION IN LIMINE
## TO BAR TESTIMONY OF JEFF DEER

NOW COMES Defendant, ALBERT ROSSINI, through his attorneys, JOSHUA B. ADAMS and SCOTT FRANKEL, and respectfully move, in limine, for this honorable court to bar the government from calling Jeff Deer as a witness. In support of his motion, Mr. Rossini states the following.

1. As part of its case in chief, Mr. Rossini anticipates the government will elicit testimony of Jeff Deer. Mr. Deer is an Illinois licensed attorney who has been charged along with Mr. Rossini in state court with money laundering. Mr. Rossini signed a cooperation agreement to testify against Deer.

2. The probative value of Deer's testimony is outweighed by the disastrous prejudicial effect it will have on Mr. Rossini. Mr. Rossini is not charged with money laundering in this case. If the jury hears about Deer's pending criminal case, and Mr. Rossini's involvement, they will necessarily assume Mr. Rossini is guilty of the state case.

3. Such testimony is impermissible under 404(b), or 609 if Mr. Rossini does not testify.

4. Deer was not involved with any of the charged conduct in this matter. He only knows Mr. Rossini by virtue of the money laundering case. Deer has no involvement with the charged conduct before this court, and any such testimony is therefore irrelevant.

Respectfully submitted,

/s/Joshua B. Adams
Joshua B. Adams
Scott J. Frankel
Counsel for Albert Rossini

Joshua B. Adams
LAW OFFICES OF JOSHUA B. ADAMS, P.C.
53 W. Jackson Blvd., Suite 1515
Chicago, IL 60604
(312) 566-9173