IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | 15 CR 515-1 |
| ALBERT ROSSINI, | ) | Judge John Z. Lee |
| | ) | |
| | ) | |
| Defendant. | ) | |

**ALBERT ROSSINI'S MOTION IN LIMINE**
**TO BAR EVIDENCE OF TAX RETURNS**

NOW COMES Defendant, ALBERT ROSSINI, through his attorneys, JOSHUA B. ADAMS and SCOTT FRANKEL, and respectfully move, in limine, for this honorable court to bar the government from introducing evidence of Mr. Rossini's tax returns. In support of his motion, Mr. Rossini states the following.

1. The government charged Mr. Rossini with fourteen counts of wire fraud.

2. As part of its case in chief, Mr. Rossini anticipates the government will introduce testimony of witnesses who attempted to invest in real estate with the co-defendants.

3. Additionally, Mr. Rossini anticipates the government will attempt to introduce Mr. Rossini's tax returns in its case in chief.

4. Mr. Rossini's tax returns are irrelevant under F.R.E 103 and are unduly prejudicial under F.R.E. 403. Mr. Rossini is not charged with any form of tax fraud, failure to pay taxes or any criminal violation of the IRS code.

                                                            Respectfully submitted,

                                                            /s/Joshua B. Adams
                                                            Joshua B. Adams
                                                            Scott J. Frankel
                                                           Counsel for Albert Rossini


Joshua B. Adams
LAW OFFICES OF JOSHUA B. ADAMS, P.C.
53 W. Jackson Blvd., Suite 1515
Chicago, IL 60604
(312) 566-9173