IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | 15 CR 515-1 |
| ALBERT ROSSINI, | ) | Judge John Z. Lee |
| | ) | |
| | ) | |
| Defendant. | ) | |

**ALBERT ROSSINI'S MOTION IN LIMINE
TO BAR EVIDENCE OF TRAVEL TO CALIFORNIA**

NOW COMES Defendant, ALBERT ROSSINI, through his attorneys, JOSHUA B. ADAMS and SCOTT FRANKEL, and respectfully move, in limine, for this honorable court to bar the government from introducing evidence of Mr. Rossini's travel to California. In support of his motion, Mr. Rossini states the following.

1. As part of its case in chief, Mr. Rossini anticipates the government will elicit testimony of witnesses that Mr. Rossini traveled to California during the times relevant to the indictment.

2. Mr. Rossini's trips to California are completely irrelevant under F.R.E 103 and are unduly prejudicial under F.R.E. 403. Mr. Rossini traveled to California to visit family. There is no evidence that Mr. Rossini committed any of the charged acts in while in California.

                                                Respectfully submitted,

                                                /s/Joshua B. Adams
                                                Joshua B. Adams
                                                Scott J. Frankel
                                                Counsel for Albert Rossini

Joshua B. Adams
LAW OFFICES OF JOSHUA B. ADAMS, P.C.
53 W. Jackson Blvd., Suite 1515
Chicago, IL 60604
(312) 566-9173