IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | 15 CR 515-1 |
| ALBERT ROSSINI, | ) | Judge John Z. Lee |
| | ) | |
| | ) | |
| Defendant. | ) | |

**ALBERT ROSSINI'S MOTION IN LIMINE
TO BAR STATEMENTS PURSUANT TO THE ATTORNEY-CLIENT PRIVILEGE**

NOW COMES Defendant, ALBERT ROSSINI, through his attorneys, JOSHUA B. ADAMS and SCOTT FRANKEL, and respectfully move, in limine, for this honorable court to bar the government from introducing statements between Mr. Rossini and Murphy. In support of his motion, Mr. Rossini states the following.

1. As part of its case in chief, Mr. Rossini anticipates the government will seek to introduce statements made by Mr. Rossini to his attorney, Thomas Murphy. Specifically, there are emails between Mr. Rossini and Mr. Murphy regarding the purchase of real estate. *See* Ex. A.

2. The government intends to use this email and others as evidence of Mr. Rossini's involvement in the alleged scheme. However, as he stands now, Mr. Rossini is presumed innocent. At the time Mr. Rossini communicated with Murphy, he had a reasonable, good faith belief that he was speaking with his counsel with respect to privileged matters.

3. Mr. Rossini does not waive this privilege. He expected his communications with Murphy to remain confidential. The fact that Murphy may have acted illegally, without Mr. Rossini's knowledge does not waive the privilege or permit the government to use privileged communication against Mr. Rossini.

        Respectfully submitted,

        /s/Joshua B. Adams
        Joshua B. Adams
        Scott J. Frankel
        Counsel for Albert Rossini

Joshua B. Adams
LAW OFFICES OF JOSHUA B. ADAMS, P.C.
53 W. Jackson Blvd., Suite 1515
Chicago, IL 60604
(312) 566-9173