## Thomas Murphy

**From:** bertrossini4@aol.com
**Sent:** Tuesday, February 28, 2012 11:02 AM
**To:** Thomas Murphy
**Subject:** cashiers checks

Tom,
Can you get me three cashiers checks

Fereidoon Khoshabe      $40,000
Fereidoon Khoshabe       28,334
Albert Rossini           40,000
I'll give you the checks when I get there.

*[handwritten: 80,000 / 28,334 / 108,334]*

We will deposit the Fred checks to his account and then he will resend us $105,000 in a cashier's check for two properties on Spaulding. We will have it back this week.
Bert

*[handwritten:]*
Fereidoon Khoshabe     40,000.00
Fereidoon Khoshabe     28,334.00
Albert Rossini         40,000.00

1

302_003-002226