# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                              Case No.: 1:15−cr−00515
                                                Honorable John Z. Lee

Albert Rossini, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 3, 2018:

        MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini, Babajan
Khoshabe, Anthony Khoshabe, Thomas W Murphy.Status and motion hearing held on
4/3/18. Defendant Babajan Khosabe's supplement filing regarding his motion to sever
shall be due by 4/10/18. Albert Rossini's motion in limine to bar the testimony of Jeff
Deer [285] is stricken as moot. The status hearing set for 4/12/18 at 9:30 a.m. will stand.
Mailed notice (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.