# Government Exhibit 1

**Novak, William (USAILN)**

| | |
|---|---|
| **From:** | Brooke L. Lewis <​​​​​​> |
| **Sent:** | Wednesday, February 03, 2016 6:05 PM |
| **To:** | Hogstrom, Erik (USAILN) |
| **Cc:** | Novak, William (USAILN); Glenn Seiden; Theodore Netzky; File: Rossini (USA) |
| **Subject:** | RE: Email Production |

Erik:

We will not be asserting attorney-client privilege with regard to emails between Mr. Murphy and Mr. Rossini. We will be, at least in part, relying on the advice of counsel affirmative defense as you might have predicted.

Thanks,

Brooke L. Lewis
Attorney at Law


Seiden Netzky Law Group, LLC
333 South Wabash Avenue, Suite 2700
Chicago, Illinois 60604
Ph 312.236.3060 | Fax 312.236.3061

[www.snlgllc.com](http://www.snlgllc.com)


This e-mail and any attachments thereto, is intended only for use by the named addressee(s) and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified any dissemination, distribution or copying of this e-mail and any attachments thereto, is strictly prohibited. If you received this e-mail in error please immediately notify the sender at SEIDEN NETZKY LAW GROUP, LLC by sending a reply e-mail or by phoning the sender at 312.236.3060 and permanently delete the original copy and any copy of any e-mail, and any printout thereof. Thank you.

-----Original Message-----
From: Hogstrom, Erik (USAILN) [mailto:]
Sent: Wednesday, February 03, 2016 5:58 PM
To: Brooke L. Lewis
Cc: Novak, William (USAILN); Glenn Seiden; Theodore Netzky; File: Rossini (USA)
Subject: Re: Email Production

Brooke and Glenn - In advance of court tomorrow I wanted to follow up on the waiver issue with respect to Mr. Murphy, as I expect it will come up. Have you reached a conclusion regarding awhether you will be asserting the attorney-client privilege as to communications between Mr. Rossini and Mr. Murphy? Thanks.

Erik

On Jan 14, 2016, at 5:42 PM, Brooke L. Lewis <███████ <mailto​███████​>> wrote:

Erik:

Just off the cuff I would say please add to the attorney communication exclusion any emails with anyone from our office, including Joane Acosta, Maritza Galaviz, and Emily Bock. Glenn and I will take a look tomorrow to see if we can think of anyone else that should be included, as well as discuss the advice of counsel waiver issue, and get back to you.

We look forward to receipt of the disks of emails. Given the timing and the amount of production, I'm assuming you won't object to our filing for an extension of time to file pretrial motions from the current February 2 deadline?

Sorry you got missed on our mass email send out for the office change. Our new office is 333 South Wacker, Suite 2700, Chicago, IL 60604. The main phone line is the same, 312.236.3060, and if you need to reach me directly my new direct line is ███████.

Brooke L. Lewis
Attorney at Law

Seiden Netzky Law Group, LLC
333 South Wabash Avenue, Suite 2700
Chicago, Illinois 60604
Ph 312.236.3060 | Fax 312.236.3061
███████<mailto:███████>
www.snlgllc.com>


This e-mail and any attachments thereto, is intended only for use by the named addressee(s) and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified any dissemination, distribution or copying of this e-mail and any attachments thereto, is strictly prohibited. If you received this e-mail in error please immediately notify the sender at Seiden Netzky Law Group, LLC by sending a reply e-mail or by phoning the sender at 312.236.3060 and permanently delete the original copy and any copy of any e-mail, and any printout thereof. Thank you.

From: Hogstrom, Erik (USAILN) [mailto:███████]
Sent: Thursday, January 14, 2016 5:19 PM
To: Glenn Seiden; Brooke L. Lewis; Theodore Netzky
Cc: Novak, William (USAILN)
Subject: Email Production

Glenn, Brooke and Ted - As discussed in court last month, we have been preparing the production of emails in our possession from two of Mr. Rossini's email accounts. You'll receive these on DVDs either tomorrow or Monday, depending on when the mail goes out. What you receive will be the entire contents of both email accounts that we have. With respect to the productions that will be going to your co-defendants, which are still being prepared and likely will not be made until next week, according to the protocol discussed in court before Judge Lee on December 9, 2015, we are removing from those productions all emails that may be part of attorney-client communications. The following are the attorneys we are aware of with whom Mr. Rossini may have communicated by email as part of an attorney-client relationship at some point during the time period covered by the emails (2010 through 2014): Thomas Murphy*, Jeffrey Deer, Richard Kruse, Barbara Boiko,

Ron Osimani, Elizabeth Keleher/Ranucci, Anthony Klytta, John Klytta, Glenn Seiden, Ted Netzky, and Brooke Lewis. Please let us know if there are any other attorneys whose emails with Mr. Rossini could be covered by the privilege during this time period that you believe should be excluded from the email production to Mr. Rossini's co-defendants.

Finally, my recollection is that you recently moved offices, and I'm not sure I have your new address. When you get a moment, would you mind passing that along? Thanks.

Erik

*Specifically with respect to Mr. Murphy, it is our view that emails between Mr. Rossini and Mr. Murphy are not covered by the privilege because of the crime-fraud exception, and potentially, because based on your statements in court, you will be asserting some version of an advice-of-counsel defense. It is our intention to eventually produce the emails with Mr. Murphy to all defendants. That being said, for the purpose of this production, we have segregated the emails involving Mr. Murphy and will be treating them the same as the other attorney emails in order to provide you with an opportunity to assert the privilege, if you believe it applies. If, on the other hand, you can confirm now that you will not be asserting a privilege with respect to the emails with Mr. Murphy, please let us know so that we can streamline our production to your co-defendants.