# Government Exhibit 2

```
 1                IN THE UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF ILLINOIS
 2                          EASTERN DIVISION

 3   UNITED STATES OF AMERICA,        )   Docket No. 15 CR 515
                                      )
 4                  Plaintiff,        )
                                      )
 5         v.                         )   Chicago, Illinois
                                      )   February 4, 2016
 6   ALBERT ROSSINI, BABAJAN,         )   9:30 o'clock a.m.
     KHOSHABE, ANTHONY KHOSHABE, and  )
 7   THOMAS MURPHY,                   )
                                      )
 8                  Defendant.        )

 9               TRANSCRIPT OF PROCEEDINGS - MOTION
                  BEFORE THE HONORABLE JOHN Z. LEE
10
     APPEARANCES:
11
     For the Government:          HON. ZACHARY T. FARDON
12                                United States Attorney, by
                                  MR. ERIK A. HOGSTROM
13                                Assistant United States Attorney
                                  219 South Dearborn Street
14                                Chicago, Illinois 60604

15   For Defendant Rossini:       SEIDEN NETZKY LAW GROUP, LLC, by
                                  MR. GLENN SEIDEN
16                                333 South Wabash Avenue
                                  Suite 2700
17                                Chicago, Illinois 60604

18   For Defendant B. Khoshabe:   ALLAN A. ACKERMAN, P.C., by
                                  MR. ALLAN A. ACKERMAN
19                                19 South LaSalle Street
                                  Suite 502
20                                Chicago, Illinois 60603

21

22
                     ALEXANDRA ROTH, CSR, RPR
23                     Official Court Reporter
                     219 South Dearborn Street
24                          Room 1224
                       Chicago, Illinois 60604
25                        (312) 408-5038
```

```
 1   APPEARANCES:  (Continued)

 2   For Defendant A. Khoshabe:    BREEN & PUGH, by
                                   MR. ROBERT W. STANLEY
 3                                 53 West Jackson Boulevard
                                   Suite 1215
 4                                 Chicago, Illinois 60604

 5   For Defendant Murphy:         LAW OFFICE OF LAWRENCE WOLF
                                   LEVIN, by
 6                                 MR. LAWRENCE WOLF LEVIN
                                   MS. ANA LUISA VAZQUEZ
 7                                 214 West Ohio Street
                                   5th Floor
 8                                 Chicago, Illinois 60610

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1        (Proceedings had in open court:)
 2             THE CLERK:  15 CR 515, USA versus Albert Rossini,
 3   Babajan Khoshabe, Anthony Khoshabe, and Thomas Murphy.
 4             MR. SEIDEN:  Good morning, your Honor.  Glenn Seiden,
 5   S-e-i-d-e-n, for Mr. Rossini, who is present.
 6             MR. HOGSTROM:  Eric Hogstrom appearing for the United
 7   States.
 8             MR. STANLEY:  Robert Stanley for Anthony Khoshabe.
 9             MS. VAZQUEZ:  Good morning.  Ana Vazquez
10   V-a-z-q-u-e-z, and Mr. Lawrence Wolf Levin on behalf of
11   defendant Tom Murphy.
12             MR. ACKERMAN:  Allan Ackerman for Babajan Khoshabe.
13             MR. WOLF LEVIN:  Mr. Murphy is also present, Judge.
14             THE COURT:  All right.  Good morning.
15             So first of all as a preliminary matter, the motion to
16   extend the pretrial deadline by 45 days is granted.  So where
17   do we stand at this point?
18             MR. HOGSTROM:  Judge, as of yesterday, all the
19   remaining outstanding discovery has been produced.  As you may
20   recall, there has been some issues with a large number of
21   e-mails I've been trying to produce and working through some
22   privilege issues.  I was notified last night by Mr. Rossini's
23   counsel that they will not be asserting attorney-client
24   privilege as to the e-mail between his client and Mr. Murphy,
25   which simplifies matters greatly.
```

1 And so as of yesterday I think the last pack of
2 discovery went out, or may be going out this morning. But in
3 any case, we are caught up. So I think we are at a point now
4 where we're just waiting for pretrial motions. And -- and
5 that's I think all we have right now.
6     MR. SEIDEN: Discovery is substantial, Judge. So
7 before any pretrial motions, we are going to actually have to
8 read and digest it. So ergo, the agreed -- agreement to
9 extend.
10     THE COURT: Okay. How much time do you think you need
11 to digest all of the discovery in this case?
12     MR. SEIDEN: I have to tell you, I don't know. We
13 figured that the 45 days that was recommended was a very good
14 start. We're going to endeavor to do it within that time. I
15 am not -- personally not a believer that criminal cases are
16 like wine. They don't get much get better with time. So we'll
17 move as quickly as we can.
18     THE COURT: Okay. Are the other defense counsel in
19 agreement with that, with those general sentiments?
20     MR. STANLEY: Yes, your Honor.
21     MR. WOLF LEVIN: Judge, we had previously asked for 60
22 days in a motion which lately filed. The reason for that, as
23 the Court is well aware, there are -- there's a concomitant
24 action going on in state court relative to Mr. Murphy. And
25 there may be overlapping aspects of it relative to possible

1  trial litigation there.  So it will be depending on what took
2  place there also.
3       If the Court felt 45 days was the appropriate amount
4  of time for the motions, of course.  But whatever the Court
5  believed appropriate, sir.
6       THE COURT:  All right.  Let's do this:  Given the
7  parties' report, I will go ahead and grant the motions to
8  extend the deadlines.  But I am not going to set the deadlines
9  today.  Okay?  Let's have a status in 30 days.  Defense counsel
10 can report back on how far they are along in reviewing the
11 documents.  If at all possible, I'd like you to have them
12 completely reviewed by that time.  But I understand that you
13 haven't gotten all of them yet.
14      And at the next status I'll go ahead and set some
15 final deadlines for pretrial motions.  Okay?
16      So, Carmen, give us a date in either the first or
17 second week of March.
18      THE CLERK:  March 8 at 9:30.
19      MR. WOLF LEVIN:  Judge, may I have a date other than
20 March 8?
21      MR. SEIDEN:  I am going to make the same request.
22      MR. WOLF LEVIN:  Please.  Is the 10th available with
23 the Court's convenience, other counsel, sir?
24      THE CLERK:  March 10 at 9:30?
25      MR. HOGSTROM:  That's fine for the government.

```
 1              MR. SEIDEN:  That -- would be -- is the 9th out of the
 2    question?  Is the 9th out of the question?
 3              MR. HOGSTROM:  The 9th works for the government.
 4              THE CLERK:  March 9 at 9:30?
 5              MR. SEIDEN:  That's great.
 6              THE COURT:  Okay.  And so we will set a status for
 7    that date.  Is there a motion to exclude time?
 8              MR. HOGSTROM:  Yes, Judge.  For the preparation of
 9    pretrial motions, reviewing discovery.
10              THE COURT:  Any objections?
11              MR. SEIDEN:  No objection.
12              MS. VAZQUEZ:  No.
13              MR. WOLF LEVIN:  Judge, I have one other request,
14    please, before the Court, this time on behalf of Mr. Murphy.
15    Mr. Murphy's daughter-in-law is quite possibly expecting a
16    child during that first week.  By virtue of that, we had
17    secured the permission of the state court.  We will be asking
18    the United States District Court if on a moment's notice I
19    contacted pretrial services to let them know, if the Court
20    would be amenable to let him leave the jurisdiction without
21    prior notice because when you have babies or something like
22    that, you know, they don't tell you.  It's not -- I mean --
23              THE COURT:  These days, though, I think most of the
24    time they can set a date, right?  But where is the location?
25              MR. WOLF LEVIN:  In Pittsburgh, Pennsylvania, sir.  He
```

1  would be driving with his wife.
2        THE COURT:  Well, why don't we do this:  Why don't you
3  set the ground work for that motion now.  Talk to pretrial
4  services, talk to the government, the prosecutor, see if there
5  are any concerns about that.  And then once you have the date,
6  the location, obviously the travel arrangements, again speak to
7  pretrial services.  And then you can just file a motion on an
8  emergency basis just to get it before me.  Okay?
9        MR. WOLF LEVIN:  Yes, sir.
10       THE COURT:  All right.  The government's motion to
11 exclude time to the next status is granted without objection,
12 interest of justice, to provide defense counsel additional time
13 to review discovery and consider the filing of pretrial
14 motions.
15       Is there anything else I need to address today?
16       MR. SEIDEN:  A very fine day, your Honor.
17       MR. HOGSTROM:  Thank you, your Honor.
18       THE COURT:  Thank you.
19    (Which were all the proceedings heard in this case.)

```
1                          CERTIFICATE

2           I HEREBY CERTIFY that the foregoing is a true, correct

3    and complete transcript of the proceedings had at the hearing

4    of the aforementioned cause on the day and date hereof.

5
      /s/Alexandra Roth                              4/3/2018
6    _____         _____
       Official Court Reporter                      Date
7      U.S. District Court
       Northern District of Illinois
8      Eastern Division
```