UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALBERT ROSSINI | No. 15 CR 515<br><br>Judge John Z. Lee |

### GOVERNMENT'S RESPONSE TO DEFENDANT ALBERT ROSSINI'S MOTION *IN LIMINE* TO BAR EVIDENCE OF MR. ROSSINI'S TRIPS TO CALIFORNIA

Now comes the UNITED STATES OF AMERICA, by and through its attorney, JOHN R. LAUSCH, JR., and respectfully responds to defendant Albert Rossini's Motion to Bar Evidence of Mr. Rossini's Trips to California.

Defendant Rossini has moved to exclude evidence that he traveled to California "during times relevant to the indictment." (Dkt. No. 287, at 1.) As stated in Court during the status hearing on April 3, 2018, the government does not intend to introduce any evidence that defendant travelled to California during the time period of the charges in the Indictment, which is between 2011 and 2015. (Dkt. No. 1.) As the Court is aware, however, defendant travelled to California on several occasions while under Court supervision in this case and obtained permission to do so by providing the Court and Pretrial Services with false information about the material aspects of his travel. The government has separately moved for an *in limine* ruling that, in the event defendant testifies at trial, he may be cross-examined pursuant to

1

Federal Rule of Evidence 608(b) about this conduct, as it pertains to his character for truthfulness. (Dkt. No. 289, at 12.) The government is not seeking to present extrinsic evidence on this subject. To the extent defendant's instant motion regarding his travel to California is seeking to preclude the government from pursuing this line of questioning on cross-examination, the government objects for the same reasons articulated in its impeachment motion.

    WHEREFORE, the government requests that the Court deny defendant Albert Rossini's motion *in limine* to bar evidence of Mr. Rossini's travel to California.

                                  Respectfully submitted,

                                  JOHN R. LAUSCH, JR.
                                United States Attorney

By:   *s/ Erik Hogstrom*
       ERIK HOGSTROM
       Assistant U.S. Attorney
       WILLIAM NOVAK
       Special Assistant U.S. Attorney
       219 South Dearborn St., Rm. 500
       Chicago, Illinois 60604
       (312) 353-8709

Dated: April 10, 2018

**CERTIFICATE OF SERVICE**

     I hereby certify that the foregoing was served on April 10, 2018, in accordance with Fed.R.Crim.P. 49, Fed.R.Civ.P. 5, L.R. 5.5, and the General Order on Electronic Case Filing ("ECF") pursuant to the district court's system as to ECF filers.

By:   *s/ Erik Hogstrom*
        ERIK HOGSTROM
        Assistant U.S. Attorney
        WILLIAM NOVAK
        Special Assistant U.S. Attorney
        219 South Dearborn St., Rm. 500
        Chicago, Illinois 60604
        (312) 697-4073