```
 1                IN THE UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF ILLINOIS
 2                          EASTERN DIVISION

 3   UNITED STATES OF AMERICA,        )  Docket No. 15 CR 515
                                      )
 4                     Plaintiff,     )
                                      )
 5           v.                       )  Chicago, Illinois
                                      )  April 12, 2018
 6   ALBERT ROSSINI, BABAJAN          )  9:30 o'clock a.m.
     KHOSHABE, ANTHONY KHOSHABE, and  )
 7   THOMAS MURPHY,                   )
                                      )
 8                     Defendant.     )

 9              TRANSCRIPT OF PROCEEDINGS - STATUS
                BEFORE THE HONORABLE JOHN Z. LEE
10
     APPEARANCES:
11
     For the Government:         HON. JOHN R. LAUSCH, JR.
12                               United States Attorney, by
                                 MR. ERIK A. HOGSTROM
13                               MR. WILLIAM PATRICK NOVAK
                                 Assistant United States Attorneys
14                               219 South Dearborn Street
                                 Chicago, Illinois 60604
15
     For Defendant Rossini:      LAW OFFICES OF JOSHUA B. ADAMS,
16                               P.C., by
                                 MR. JOSHUA B. ADAMS
17                               53 West Jackson Boulevard
                                 Suite 1515
18                               Chicago, Illinois 60604

19                               FRANKEL & COHEN, by
                                 MR. SCOTT JAY FRANKEL
20                               53 West Jackson Boulevard
                                 Suite 16
21                               Chicago, Illinois 60604

22
                       ALEXANDRA ROTH, CSR, RPR
23                       Official Court Reporter
                       219 South Dearborn Street
24                             Room 1224
                         Chicago, Illinois 60604
25                          (312) 408-5038
```

```
 1   APPEARANCES:  (Continued)

 2   For Defendant B. Khoshabe:    ALLAN A. ACKERMAN, P.C., by
                                   MR. ALLAN A. ACKERMAN
 3                                 19 South LaSalle Street
                                   Suite 502
 4                                 Chicago, Illinois 60603

 5   For Defendant A. Khoshabe:    BREEN & PUGH, by
                                   MR. TODD S. PUGH
 6                                 MR. ROBERT W. STANLEY
                                   53 West Jackson Boulevard
 7                                 Suite 1215
                                   Chicago, Illinois 60604
 8
                                   BLEGEN & GARVEY, by
 9                                 MR. PATRICK W. BLEGEN
                                   53 West Jackson Boulevard
10                                 Suite 1437
                                   Chicago, Illinois 60604
11
     For Defendant Murphy:         LAW OFFICE OF LAWRENCE WOLF
12                                 LEVIN, by
                                   MR. LAWRENCE WOLF LEVIN
13                                 214 West Ohio Street
                                   5th Floor
14                                 Chicago, Illinois 60654

15

16

17

18

19

20

21

22

23

24

25
```

```
 1        (Proceedings had in open court:)
 2           THE CLERK:  15 CR 515, USA versus Albert Rossini,
 3   Babajan Khoshabe, Anthony Khoshabe, and Thomas Murphy.
 4           MR. ADAMS:  Judge, good morning.  Joshua Adams for
 5   Albert Rossini, who's present in custody.
 6           MR. FRANKEL:  And Scott Frankel also for Mr. Rossini.
 7           MR. ACKERMAN:  Allan Ackerman for Babajan Khoshabe.
 8           MR. HOGSTROM:  Erik Hogstrom and Bill Novak for the
 9   United States.
10           MR. PUGH:  Judge, Todd Pugh, Patrick Blegen and Robert
11   Stanley on behalf of Anthony Khoshabe, who is present to my
12   left.
13           MR. LEVIN:  Lawrence Wolf Levin on behalf of Tom
14   Murphy, who is also present in court.
15           THE COURT:  So I asked Mr. Ackerman to provide me with
16   some more medical information with regard to Mr. Khoshabe's
17   current condition.  And so I did receive a letter from Mr.
18   Khoshabe's physician, who basically states that he is not going
19   to be in a position to participate in either preparation for
20   the trial or the trial itself in June.  So I think that
21   substantiates Mr. Ackerman's views.
22           And, Mr. Ackerman, I take it it wasn't as hard as you
23   thought it would be to get that information from the physician?
24           MR. ACKERMAN:  I decline getting into that part of my
25   job, your Honor.
```

1        THE COURT: All right.
2        MR. ACKERMAN: But I can tell you, dealing with
3   physicians in the oncology clinic and department, not an easy
4   task.
5        THE COURT: All right. So at this point, Mr. Babajan
6   Khoshabe is not going to be in any condition to be able to
7   either assist Mr. Ackerman at the trial or to participate in
8   the trial.
9        So I understand the government's position is that
10  given that, the government doesn't have any objections to Mr.
11  Babajan Khoshabe's motion to sever the case as to him, so long
12  as the June trial date -- if that allows the June trial date to
13  go forward.
14       Is that an accurate statement?
15       MR. HOGSTROM: I think that's an accurate statement,
16  Judge.
17       THE COURT: And so the other question I had was, I
18  know, I believe, Mr. Adams, you had voiced some reservations
19  regarding severing Mr. Khoshabe. And I am wondering, now that
20  you had some time to reflect on this a bit more, what objection
21  if any you have to that?
22       MR. ADAMS: Mr. Rossini still objects to any severance
23  with Mr. Khoshabe, for the record, your Honor.
24       THE COURT: Okay. And can you provide me with any
25  further basis for Mr. Rossini's objection?

1  MR. ADAMS: Without getting too specific, your Honor,
2  it's Mr. Rossini's position that they're intertwined defenses,
3  and he would be prejudiced if he goes to trial without Mr.
4  Khoshabe.
5  THE COURT: Any thoughts?
6  MR. HOGSTROM: From the government's perspective, we
7  know of no reason why it would -- there would be -- that would
8  be an issue. We haven't been provided notice of defenses that
9  we think would be intertwined in such a way that there would be
10 prejudice. If anything -- if anything, I think it would go the
11 other way.
12 But our position is that there is no prejudice, or to
13 the extent there is any prejudice it's not sufficient to
14 overcome the issues that have been raised.
15 THE COURT: Okay. Do any of the other defendants have
16 any objections?
17 MR. BLEGEN: Judge, may we just have one moment?
18    (Brief pause.)
19 THE COURT: I tell you what, why don't I do this. Now
20 that -- so I am inclined to grant Mr. Babajan Khoshabe's motion
21 to sever and to keep the June trial date. To the extent that
22 any of the co-defendants have an objection, I want those
23 objections in writing.
24 MR. BLEGEN: Just so -- it's not really an objection.
25 The question just was, if -- Babajan Khoshabe is Anthony

1   Khoshabe's father.  If during the trial his health declines
2   significantly or, heaven forbid, something even worse than that
3   happens, we were just talking to Anthony, that, look, we may
4   not be able to get a week off or something for you to -- maybe
5   we can; we have to ask -- but to attend to arrangements and
6   those sorts of things.  That was the issue.
7           THE COURT:  Based upon my review of this letter from
8   Mr. Khoshabe's physician, I don't think it's a matter -- at
9   this point I don't think people -- I don't think there is any
10  expectation of anything of that -- to that degree of urgency.
11          MR. BLEGEN:  You won't be getting an objection to
12  sever from us.  That's what we were discussing.
13          THE COURT:  It's more that because he is going to be
14  obtaining treatment for his condition and the after effects of
15  that treatment, that he is not going to be physically able to
16  endure sitting in a trial for that long and/or even assisting
17  Mr. Ackerman, to the extent Mr. Ackerman needs, requires,
18  assistance.
19          So, Mr. Adams, to the extent that Mr. Rossini is going
20  to maintain his objection, I am going to ask that you put your
21  objection in writing so it's on the docket by April 18.  Okay?
22          MR. ADAMS:  Yes, Judge.
23          THE COURT:  I'll take a look at it.  And then if it
24  raises -- and the government can provide a written response by
25  April 25.  And then if I think there is any reason for me to

1 talk to the parties after that, I will go ahead and set a
2 status date.
3       Now, one scheduling issue has arisen, which is that
4 the April -- I think currently we are scheduled for our final
5 pretrial conference on April 24, is that correct?
6       MR. ADAMS: Yes.
7       MR. BLEGEN: Yes.
8       THE COURT: I need to reschedule that date. All
9 right? So are the attorneys available, parties available, on
10 the afternoon of May 10?
11       MR. BLEGEN: Judge, I am scheduled to be on trial that
12 week. I am not confident that it's -- it's a civil trial my
13 office got appointed to. I'm not -- I don't know certainly
14 that is going to go or how long it would take, frankly. Maybe
15 a week.
16       THE COURT: How about everyone else?
17       MR. ADAMS: May 10 is fine for Mr. Rossini.
18       MR. HOGSTROM: Fine for the government.
19       MR. LEVIN: It's fine for Mr. Murphy.
20       MR. PUGH: I don't know how your schedule is, Judge,
21 if we set it later in the afternoon. If Mr. Blegen is on trial
22 before Judge Castillo. Maybe they will have recessed by then.
23 I don't know what your schedule is for pretrial conferences.
24       THE COURT: I like to generally set -- given the
25 motions in limine, I like to generally -- generally I like to

1 discuss jury trials, jury selection procedures as well as go
2 over the motions in limine and to deal with jury instructions.
3 So I like generally at least two to three hours for that.
4    Obviously the sooner we do it the better.
5    MR. PUGH: We'll take any time that afternoon, Judge.
6 The later the better for us. That's all I ask. We'll make
7 ourselves available.
8    THE COURT: Carmen, the sentencing at 2:00 o'clock, we
9 are going to move that to 11:00, so I can do this in the
10 afternoon.
11    So let's start at 2:30, okay, on May 10.
12    Okay. Anything else that we need to address today?
13    MR. HOGSTROM: Not from the government.
14    MR. ADAMS: Not from Mr. Rossini.
15    MR. PUGH: Not from Mr. Khoshabe.
16    MR. ACKERMAN: Not from Mr. Babajan Khoshabe.
17    MR. LEVIN: Not on behalf of Mr. Murphy.
18    THE COURT: All right. Very good. Thank you.
19    MR. ADAMS: Thank you, your Honor.
20    MR. BLEGEN: Thank you, Judge.
21    THE COURT: Mr. Ackerman, by the way, I am going to
22 put the letter, your letter to me, and the report on the docket
23 under seal.
24    MR. ACKERMAN: That's fine, your Honor.
25    MR. HOGSTROM: Judge, it occurs to me --

```
 1         THE COURT:  Hold on.
 2         MR. HOGSTROM:  -- I was going to say, it occurred to
 3  me we don't know about Mr. Khoshabe's -- if his -- is the trial
 4  date for him to stand for now until --
 5         THE COURT:  Yes.  Until I see the objection and the
 6  response.
 7      (Which were all the proceedings heard in this case.)
 8                         CERTIFICATE
 9         I HEREBY CERTIFY that the foregoing is a true, correct
10  and complete transcript of the proceedings had at the hearing
11  of the aforementioned cause on the day and date hereof.
12
13   /s/Alexandra Roth                              4/20/2018
    _____        _____
14   Official Court Reporter                       Date
     U.S. District Court
15   Northern District of Illinois
     Eastern Division
```