IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | 15 CR 515-1 |
| ALBERT ROSSINI, | ) | Judge John Z. Lee |
| | ) | |
| | ) | |
| Defendant. | ) | |

## ALBERT ROSSINI'S MOTION TO CONTINUE TRIAL DATE

NOW COMES Defendant, ALBERT ROSSINI, through his attorneys, JOSHUA B. ADAMS and SCOTT FRANKEL, and respectfully moves this honorable court to continue the trial in this matter for one week. In support of his motion, Mr. Rossini states the following.

1. Trial is scheduled to start on June 4, 2018.

2. Co-counsel for Mr. Rossini, Scott Frankel is lead counsel in the matter of *U.S. v. Goodwin*, 14 CR 326 (St. Eve., J.). That trial has recently been reset to begin on May 21, 2018. It should last approximately 2 weeks.

3. Undersigned counsel respectfully requests that this honorable court continue this trial until June 11, 2018, in order for Mr. Frankel to adequately prepare for Mr. Rossini's trial.

4. Counsel has spoken to the government and the co-defendants' counsel who does not object to this request.

                                                Respectfully submitted,

                                                /s/Joshua B. Adams
                                                Joshua B. Adams
                                                Scott J. Frankel
                                                Counsel for Albert Rossini

Joshua B. Adams
LAW OFFICES OF JOSHUA B. ADAMS, P.C.
53 W. Jackson Blvd., Suite 1515
Chicago, IL 60604
(312) 566-9173