IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | 15 CR 515-1 |
| ALBERT ROSSINI, | ) | Judge John Z. Lee |
| | ) | |
| | ) | |
| \ | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on Wednesday, May 8, 2018, at 9: 30 a.m., counsel will appear before the Honorable Judge Lee in the courtroom usually occupied by him in the United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and, and present the MOTION TO CONTINUE THE TRIAL DATE for the above captioned case.

Respectfully Submitted,

s/Joshua B. Adams
Joshua B. Adams
Counsel for Albert Rossini

Joshua B. Adams
LAW OFFICES OF JOSHUA B. ADAMS, P.C.
53 W. Jackson Blvd., Suite 1515
Chicago, IL 60604
312-566-9173

## **CERTIFICATE OF SERVICE**

  The undersigned attorney hereby certifies that she has caused a copy of the foregoing to be filed with the Clerk of Court using the CM/ECF system and served, by the electronic filing system, upon all counsel of record, on this 4th day of May, 2018

            s/Joshua B. Adams
            Joshua B. Adams