# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                         Case No.: 1:15−cr−00515
                                                     Honorable John Z. Lee

Albert Rossini, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 8, 2018:

      MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini, Babajan Khoshabe. Motion hearing held on 5/8/18. Albert Rossini's motion to continue the trial date [310] is withdrawn. Babajan Khoshabe's motion to substitute [312] is denied in part. Mr. Ackerman's request to withdraw is denied for the present. Mr. Cheronis is granted leave to file his appearance on behalf of Babajan Khoshabe. Defendant's response to the government's recent opposition to the motion to sever shall be due by noon on Thursday 5/10/18. The Court will hold a hearing on Mr. Khoshabe's motion to sever on Thursday 5/10/18 at 2:00 p.m. Mr. Khoshabe must be present at the hearing. Mailed notice (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.