IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | 15 CR 515-1 |
| ALBERT ROSSINI, | ) | Judge John Z. Lee |
| | ) | |
| | ) | |
| Defendant. | ) | |

**ALBERT ROSSINI'S MOTION IN LIMINE
TO BAR ANTHONY KOHSHABE'S SEC COMPLAINT
OR IN THE ALTERNATIVE,TO SEVER**

    NOW COMES Defendant, ALBERT ROSSINI, through his attorneys, JOSHUA B. ADAMS and SCOTT FRANKEL, and respectfully move, in limine, for this honorable court to bar from the introduction into evidence Anthony Kohshabe's anonymous SEC Complaint In support of his motion, Mr. Rossini states the following.

1. Co-defendant Anthony Khoshabe intends to introduce in his case in chief an anonymous complaint he sent to the SEC.

2. In that complaint, Mr. Khoshabe alleges that Mr. Rossini is engaging in fraud related to real estate transactions.

3. This out of court statement offered for the truth of the matter asserted is inadmissible hearsay under F.R.E 802. There is no exception which would permit the admission of this document into evidence.

4. Moreover, it is unclear how Mr. Khoshabe will introduce this evidence. If it is through a stipulation with the government and Mr. Khoshabe, then Mr. Rossini will have no opportunity to cross-examine the declarant, Mr. Khoshabe.

5. Mr. Khoshabe's proposed evidence raises significant Sixth Amendment issues. If Mr. Rossini is unable to confront Mr. Khoshabe and cross-examine him, he is denied the right to a fair trial.

6. Alternatively, if the court finds this evidence meets the threshold requirements of admissibility, Mr. Rossini respectfully requests a severance from Mr. Khoshabe based in the reasons raised in this motion.

THEREFORE, Mr. Rossini respectfully requests that this honorable court enter an order barring Mr. Khoshabe from introducing his anonymous SEC complaint into evidence, or in the alternative, to sever Mr. Rossini.

Respectfully submitted,

/s/Joshua B. Adams
Joshua B. Adams
Scott J. Frankel
Counsel for Albert Rossini

Joshua B. Adams
LAW OFFICES OF JOSHUA B. ADAMS, P.C.
53 W. Jackson Blvd., Suite 1515
Chicago, IL 60604
(312) 566-9173