UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALBERT ROSSINI and<br>ANTHONY KHOSHABE | No. 15 CR 515<br><br>Hon. John Z. Lee |

**MOTION FOR LEAVE TO FILE *INSTANTER***

Now comes the UNITED STATES OF AMERICA, by and through its attorney, JOHN R. LAUSCH, JR., and respectfully moves that this Court grant the government leave to file its *Santiago* Proffer *instanter*. In support thereof states as follows:

1. Trial in this matter is set for June 4, 2018. On April 10, 2018, the Court ordered the government to file its *Santiago* proffer by April 17, 2018.

2. On April 17, 2018, the undersigned was preparing the government's *Santiago* proffer and intended to file it before the end of the day. Before the undersigned attempted to file the proffer, however, computer difficulties made filing it impossible. These computer difficulties were not resolved until this morning, at which point the undersigned filed the *Santiago* proffer via the Court's CM/ECF system. (Dkt. No. 324.)

1

3. WHEREFORE, the government requests that the Court grant the government leave to file its *Santiago* proffer *instanter*.

                                             Respectfully submitted,

                                             ZACHARY T. FARDON
                                             United States Attorney

By:   *s/ Erik Hogstrom*
       ERIK HOGSTROM
       Assistant U.S. Attorney
       219 South Dearborn St., Rm. 500
       Chicago, Illinois 60604
       (312) 353-8709

Dated: May 18, 2018