## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| USA | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 15-cr-515-1 |
| | ) |
| | ) Judge John Z. Lee |
| | ) |
| Albert Rossini | ) |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

## **ORDER**

Voir Dire began and concluded. Jury selection concluded. Jury trial continued for 6/5/18 at 10:00 a.m.

6/4/18
8.10

John Z. Lee