MAY 31, 2018

Honorable John Z. Lee
United States District Court
219 S. Dearborn Street
Courtroom 1225
Chicago, IL. 60604

FILED
JUN 07 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

RE: United States v. Rossini, 15CR515-1

Judge Lee:

The extent of trial preparation with my attorneys has been several 15 minute meetings before or after my court appearances and several 15-30 minute meetings in Kankakee. I have sent them approximately 125 typed and handwritten pages of explanations together with several motions to file on my behalf including a motion to dismiss. These describe my business and defenses to the charges.

On Tuesday, May 29, 2018 in a 15 minute meeting after court, my attorneys still could not identify the proper threads nor did they understand the basic economics or process of buying and selling distressed mortgages; short sales; why people would buy distressed notes and mortgages at a discount; that a residential borrower actually signed a promissory note when executing

P.2 Rossini
May 31, 2018

a mortgage; what a lis pendens is once a law suit is filed.

These are some of the many things that they do not understand—at least from their conversations. I realized the seriousness of the information deficit with their disbelief about a mortgagor signing a promissory note concurrent with executing the mortgage and that the distressed note and mortgage could be purchased by individuals or small companies. Two months ago I sent them the case Cogswell v. Citifinancial Mortgage Company, 624 F.3d 395 (7th Cir. 2010) to enlighten them about the business. They were unfamiliar with the case on May 29, 2018.

My attorneys are well versed in many aspects and types of criminal cases just not mine. On May 29, 2018 I realized that I had a serious problem with this representation. The Court should allow an additional attorney with financial and trading expertise in criminal matters to join my current attorneys. Otherwise I am extremely compromised in my defense.

Respectfully,

Albert Rossini #08043-424
Metropolitan Correctional Center

ALBERT ROSSINI #08043-424
METROPOLITAN CORRECTIONAL CENTER
71 W. Van Buren Ave
Chicago, IL 60605



06/07/2018-5



Legal Mail

Hon. John Z. Lee
United States District Court
219 South Dearborn Street
Courtroom 1225
Chicago, Illinois 60604

2018 JUN -7 AM 6:34

METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN STREET
CHICAGO, IL 60605

The enclosed letter was processed through special mailing procedures for forwarding to you. This letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the materiel for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

Date: 06-01-2018



FSC MIX Envelope FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2016