# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 15-cr-515-1 |
| | ) | |
| | ) | Judge John Z. Lee |
| | ) | |
| Albert Rossini | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ORDER

Jury trial ended on 6/14/18. The jury returns a verdict of guilty as to Counts One through Fourteen. Defendant is remanded to the custody of the U.S. Marshals pending sentencing. The cause is referred to the probation office for the preparation of a pre-sentence investigation report. Defendant's sentencing memorandum and objections to the report are to be filed by 10/29/18, and the government's response by 11/5/18. Sentencing is set for 11/13/18 at 2:00 p.m. For the reasons stated, Defendant's Rule 29 motion made at the close of the government's case is denied. The Probation Office is directed to provide the parties with a copy of its sentencing recommendation. Defendant's motion, if any, for a new trial shall be due by 8/7/18; response due by 9/17/18; reply due by 10/1/18.

Pursuant to 18 U.S.C. § 3664(d)(1), if restitution is being sought in this case, 60 days prior to the sentencing date, the Government shall provide the Probation Office and the courtroom deputy an electronic standardized spreadsheet (available on the Court's website) with a list of victims and their full current contact information. This list shall include any amounts subject to restitution. If the Government is not able to provide the full victim list 60 days prior to sentencing, they shall file a motion to request an extension of time to compile the information, to the extent permitted by 18 U.S.C. § 3664(d)(5).

_____
John Z. Lee

6/14/18

2.5