# IN THE
# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**
Plaintiff,

Case Number __15 CR 515__

v.
Defendant.

Judge __Lee__

__Albert Rossini__

## ORDER
## APPOINTING COUNSEL UNDER CJA

**Person Represented:** __Albert Rossini__   **Under SEAL** YES or (NO)

**Defendant number:** __1__

**Payment Category:** APPEAL (FELONY) MISDEMEANOR PETTY OFFENSE OTHER

**Type of Person Represented:** (ADULT) JUVENILE OTHER

**Representation Type:** BP (CC) CF CH DRI EW EX HC JU MA JRV JHB
MC ML NT OT PA PR PT SR WI WW

**Attorney Name:** __Scott J. Frankel__

**Court Order:**
APPOINTING COUNSEL             SUBS FOR FEDERAL DEFENDER
(CO-COUNSEL)                   SUBS FOR PANEL ATTORNEY
STANDBY COUNSEL                SUBS FOR RETAINED ATTORNEY

**Co- Prior Attorney's name:** __Joshua Adams__

**Signature of Presiding Judge or by Order of the Court** _____

**Date of Order:** __7/3/18__     **Nunc Pro Tunc Date:** __7-3-17__ or NONE

---

## ORDER
## APPOINTING INTERPRETER UNDER CJA

**Interpreter needed** YES                     **Under SEAL** YES or NO

Prior authorization shall be obtained for services in excess of $800.
**Expected to exceed** YES NO     **Prior Authorization Approved** YES NO

**Signature of Presiding Judge or by Order of the Court** _____

**Date of Order:** _____     **Nunc Pro Tunc Date:** _____ or NONE