Albert Rossini, #08043-424

Metropolitan Correctional Center

71 West Van Buren Street

Chicago, Illinois 60605

July 8, 2018



Hon. Judge John Z. Lee

United States District Court

219 S. Dearborn Street, #1225

Chicago, Illinois 60604

Re:  United States v. Albert Rossini, 15-CR-515-1

Dear Judge Lee:

    I ask you to please refrain from accepting any motions from my attorneys, Joshua Adams and Scott Frankel, as of this date excepting a motion to withdraw from representation in my case.  As I stated to you on June 4, 2018, I did not believe my attorneys were prepared to properly represent me at trial and their lack of presenting a defense on my behalf, over my objections and suggestions, certainly does not change my opinion.  I have copies of letters and memorandums sent to my attorneys from August 2017 through April 2018 detailing my defense.

    I will file a motion pro se for a new trial prior to August 27, 2018.  Mr. Adams has, by email, informed me that August 27, 2017 is the final date to file a motion for new trial as per court order.  Also, I ask the Court to direct that copies of all Court orders and party correspondence be mailed to me at the MCC until and unless the Court sees fit to appoint me alternative counsel.

Thank you for your consideration in this matter.

Respectfully submitted,

*[signature: Albert Rossini]*

Albert Rossini, Defendant Pro Se

ALBERT ROSSINI
METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN ST.
CHICAGO, IL. 60605



Legal Mail

Hon Judge John Z. Lee
United States District Court
219 S. Dearborn ST.
Suite 1225 (COURTROOM)
Chicago, IL. 60604