IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | 15 CR 515-1 |
| ALBERT ROSSINI, | ) | Judge John Z. Lee |
| | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO WITHDRAW AS COUNSEL

NOW COMES Defendant, ALBERT ROSSINI, through his attorneys, JOSHUA B. ADAMS and SCOTT FRANKEL, and respectfully moves this honorable court for leave for counsel to withdraw and for this honorable court to appoint new counsel. In support of his motion, Mr. Rossini states the following.

1. On June 14, 2018, a jury returned guilty verdicts on Counts 1 through 14 of the Indictment.

2. Sentencing is scheduled for November 13, 2018.

3. On July 12, 2018, Mr. Rossini sent an unsolicited communication to this Court requesting new counsel, and ordering counsel not to file any additional motions or filings on his behalf.

4. Then, on July 22, 2018, Mr. Rossini reiterated his desire for new counsel.

WHEREFORE, Mr. Rossini respectfully requests that this honorable court grant leave for undersigned counsel to withdraw and appoint new counsel pursuant to the Criminal Justice Act.

        Respectfully submitted,

        /s/Joshua B. Adams
        Joshua B. Adams
        Scott J. Frankel
        Counsel for Albert Rossini

Joshua B. Adams
LAW OFFICES OF JOSHUA B. ADAMS, P.C.
53 W. Jackson Blvd., Suite 1515
Chicago, IL 60604
(312) 566-9173