UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION



**FILED**

AUG 07 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA,

    Plaintiff,

    v.    Case No. 15-CR-515-1

ALBERT ROSSINI,    Hon. John Z. Lee

    Defendant.

DEFENDANT ROSSINI'S MOTION TO EXPAND

THE MOTION AND MEMORANDUM FOR A NEW TRIAL

BASED ON DISTRICT RULE 7.1

NOW COMES, Albert Rossini, Defendant Pro Se, and respectfully requests this Court allow him to expand his Motion for a New Trial and Memorandum of Law in Support to 44 pages plus Table of Contents and Table of Cases. The factual underpinnings of this Motion are complex and necessarily detailed. Therefore, Pro Se Defendant Rossini makes this request pursuant to District Rule 7.1.

Respectfully submitted,

*Albert Rossini*
Albert Rossini, Defendant Pro Se

DEFENDANT ALBERT ROSSINI MOTION FOR NEW TRIAL TRIAL AND MEMORANDUM IN SUPPORT

TABLE OF CONTENTS

Opening Statement.................. 1
Background........................ 3
(i) Checks to Murphy............. 9
(ii) Documents and AGENTS........ 11
(iii) Forensic Accountant and.... 14
    Defense witnesses
(iv) Murphy-NSF Checks and....... 17
    Defense witnesses
(v) Murphy-impeachment and
    Defense witnesses............ 18
(vi) Guarantee Agreement and
    Defense witnesses............ 24
(vii) Cook County Accounting..... 26
    Lawsuit, Defense witnesses
(viii) Kathy Khodi, lulling and.. 29
    Defense witnesses
(ix) Murphy modus operandi....... 31
    and Defense witnesses
(x) Brady and Giglio violation... 35
    Arson, Defense witnesses

Discussion........................ 37

DEFENDANT ALBERT ROSSINI - MOTION FOR NEW TRIAL AND MEMORANDUM IN SUPPORT

TABLE OF CASES

| CASE | PAGE |
|---|---|
| United States v. Simpson<br>864 F.3d 830 (7th Cir. 2017) | 3, 38 |
| Arrington v. United States<br>804 A.2d 1068 (D.C. 2002) | 37 |
| United States v. Malone<br>484 F.3d 916 (7th Cir. 2008) | 39 |
| Osagiede v. United States<br>543 F.3d 399 (7th Cir. 2008) | 39 |
| Blackmon v. Williams<br>823 F.3d 1088 (7th Cir. 2016) | 39, 40 |
| United States v. Best<br>426 F.3d 937 (7th Cir. 2005) | 39, 40, 41 |
| Romilla v. Beard<br>545 U.S. 374 (2005) | 39 |
| Mosely v. Atchison<br>689 F.3d 838 (7th Cir. 2012) | 39, 41 |

| CASE | PAGE |
|---|---|
| Campbell v. Reardon 780 F.3d 752 (7th Cir. 2015) | 39, 44 |
| Kaygoza v. Hulick 474 F.3d 958 (7th Cir. 2007) | 40 |
| Strickland v. Washington 466 U.S. 668 | 40, 41, 42, 44 |
| Stanley v. Bartley 465 F.3d 810 (7th Cir. 2006) | 41 |
| Wiggins v. United States 539 U.S. 521 (2003) | 41 |
| Hall v. Washington 106 F.3d 742 (7th Cir. 1997) | 41 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION



NOTICE OF FILING

NOW COMES Albert Rossini, Defendant Pro Se, and files this Motion for a New Trial and Memorandum of Law in Support.

Service List:

| United States Attorney | Hon. John Z. Lee |
|---|---|
| 219 S. Dearborn St, #500 | 219 S. Dearborn St. Chicago, IL |
| 60604 | Courtroom 1225 |
| | Chicago, IL 60604 |
| Joshua Adams, Esq. | Scott Frankel, Esq. |
| 53 W. Jackson, #1515 | 53 W. Jackson, #1615 |
| Chicago, IL 60604 | Chicago, IL 60604 |

Certification

I mailed the Motion for New Trial and Memorandum in Support to the above on Aug. 1, 2018.

*Albert Rossini* (signature)

Albert Rossini

ALBERT ROSSINI #08043-424
METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN STREET
Chicago, IL. 60605

Legal Mail
Prisoner Correspondence

RECEIVED
2018 AUG -7 AM 8:56

CLERK OFFICE OF
THE U.S. DISTRICT COURT
United States Courthouse
219 South Dearborn Street
Chicago, Illinois 60604



METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN STREET
CHICAGO, IL 60605

The enclosed letter was processed through special mailing procedures for forwarding to yo
This letter has neither been opened nor inspected. If the writer raises a question or proble
over which this facility has jurisdiction, you may wish to return the materiel for furth
information or clarification. If the writer encloses correspondence for forwarding to anoth
addressee, please return the enclosure to the above address.

Date: 08-02-2018

ALBERT ROSSINI #08043-424
METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN STREET
CHICAGO, IL. 60605



Legal Mail
PRISONER CORRESPONDENCE

OFFICE OF
CLERK OF THE U.S. DISTRICT COURT
United States Courthouse
219 SOUTH DEARBORN STREET
Chicago, ILLINOIS 60604

RECEIVED
2018 AUG -7 AM 8:56



08/07/2018-35

METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN STREET
CHICAGO, IL 60605

The enclosed letter was processed through special mailing procedures for forwarding to yo[u]. This letter has neither been opened nor inspected. If the writer raises a question or proble[m] over which this facility has jurisdiction, you may wish to return the materiel for furth[er] information or clarification. If the writer encloses correspondence for forwarding to anoth[er] addressee, please return the enclosure to the above address.

Date: 08-02-2018

ALBERT ROSSINI #08043-424
METROPOLITAN CORRECTIONAL CENTER
71 W. VANBUREN STREET
CHICAGO, IL 60605

RECEIVED 2018 AUG -8 AM 9:19

08/08/2018-6

OFFICE OF
CLERK OF THE U.S. DISTRICT COURT
UNITED STATES COURTHOUSE
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

Legal Mail
Prisoner Correspondence

#1 of 4
EXHIBITS 15-CR-575-1

     
    
 
 
     


METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN STREET
CHICAGO, IL 60605

The enclosed letter was processed through special mailing procedures for forwarding to you. This letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

Date: 08-03-2018

ALBERT ROSSINI # 08049-424
METROPOLITAN CORRECTIONAL CENTER
71 W. Van Buren
Chicago, Il 60605

OFFICE of
Clerk of The U.S. District Court
United States Courthouse
219 South Dearborn Street
Chicago, Illinois 60604

Legal Mail
Prisoner Correspondence
# 2 of 4
Exhibits 15-CR-515-1

08/07/2018-55






















METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN STREET
CHICAGO, IL 60605

The enclosed letter was processed through special mailing procedures for forwarding to you. This letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the materiel for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

Date: 08-03-2018

ALBERT ROSSINI #08042-424
METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN ST.
CHICAGO, IL. 60605

08/07/2018-53

Legal Mail
Prisoner Correspondence
#3 of 4
Exhibits 15-CR-515-1

Office of
Clerk of the U.S. District Court
United States Courthouse
219 S. Dearborn Street
Chicago, IL. 60604

2018 AUG -7 AM 8:58
RECEIVED



























METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN STREET
CHICAGO, IL 60605

The enclosed letter was processed through special mailing procedures for forwarding to you. This letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the materiel for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

Date: 08-03-2018

ALBERT ROSSINI # 08043-424
METROPOLITAN CORRECTIONAL CENTER
71 W. Van Buren St.
Chicago, IL. 60605

      
      




RECEIVED
2018 AUG -7 AM 8:58

Legal Mail
Prisoner Correspondence
# 4 of 4
Exhibits 15 CR 515-1

Office of
Clerk of the U.S. District Court
United States Courthouse
219 South Dearborn Street
Chicago, IL. 60604

08/07/2018-47

METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN STREET
CHICAGO, IL 60605

The enclosed letter was processed through special mailing procedures for forwarding to you. This letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the materiel for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

Date: 08-03-2018