August 1, 2018

Hon. Clerk of District Court
U.S. Courthouse
219 S. Dearborn
Chicago, Illinois 60604

FILED
AUG 8 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

RE: United States v. Albert Rossini
Case No. 15-CR-515-1
Exhibits to Motion for New Trial

Dear Clerk,

Today I mailed in a separate envelope a motion for new trial and memorandum in support. The motion is filed pro se. Due to circumstances of confinement such as inability to easily copy documents, purchase adequate stamps and mail times, I am sending the Exhibits separately and in several envelopes.

Thank you for your consideration.

Respectfully,

Albert Rossini
#08043-424
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago, Il 60605

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
AUG 07 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

NOTICE OF FILING

NOW COMES Albert Rossini, Defendant RRO Se, and files this motion under Rule 7.1 to expand the size of his motion for a new trial and memorandum in support.

Service List:

United States Attorney
219 S. Dearborn St, #500
Chicago, IL 60604

Hon. John Z. Lee
219 S. Dearborn Street
Courtroom 1225
Chicago, IL 60604

Joshua Adams, Esq.
53 W. Jackson, #1515
Chicago, IL 60604

Scott Frankel Esq.
53 W. Jackson, #1615
Chicago, IL 60604

CERTIFICATION

I mailed the motion for new trial, to expand the motion and memorandum in support to the above on Aug. 1, 2018.

*Albert Rossini*
Albert Rossini

ALBERT ROSSINI #08043-424
METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN STREET
Chicago, IL. 60605



Legal Mail
PRISONER CORRESPONDENCE

OFFICE OF
CLERK OF THE U.S. DISTRICT COURT
United States Court House
219 SOUTH DEARBORN STREET
Chicago, ILLINOIS 60604

RECEIVED
2018 AUG -7 AM 8:56



08/07/2018-35

METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN STREET
CHICAGO, IL 60605

The enclosed letter was processed through special mailing procedures for forwarding to yo This letter has neither been opened nor inspected. If the writer raises a question or proble over which this facility has jurisdiction, you may wish to return the materiel for furth information or clarification. If the writer encloses correspondence for forwarding to anoth addressee, please return the enclosure to the above address.

Date: 08-02-2018

ALBERT ROSSINI #08043-424
METROPOLITAN CORRECTIONAL CENTER
71 W. VANBUREN STREET
CHICAGO, IL. 60605




RECEIVED 2018 AUG -8 AM 10:19


08/08/2018-6

Legal Mail
Prisoner Correspondence

#1 of 4
EXHIBITS 15-CR-515-1

OFFICE OF
CLERK OF THE U.S. DISTRICT COURT
United States Courthouse
219 South Dearborn Street
Chicago, Illinois 60604





METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN STREET
CHICAGO, IL 60605

The enclosed letter was processed through special mailing procedures for forwarding to you. This letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

Date: 08-03-2018

ALBERT ROSSINI # 08049-424
METROPOLITAN CORRECTIONAL CENTER
71 W. Van Buren
Chicago, Il 60605

      
      

RECEIVED
2018 AUG -7 AM 8:58

Legal Mail
Prisoner Correspondence
#2 of 4
Exhibits 15-CR-515-1

OFFICE of
Clerk of The U.S. District Court
United States Courthouse
219 South Dearborn Street
Chicago, Illinois 60604

 
 
 

08/07/2018-55

METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN STREET
CHICAGO, IL 60605

The enclosed letter was processed through special mailing procedures for forwarding to you. This letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the materiel for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

Date: 08-03-2018

ALBERT ROSSINI #08012-424
METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN ST.
CHICAGO, IL. 60605


08/07/2018-53

Legal Mail
Prisoner Correspondence
#3 of 4
Exhibits 15-CR-515-1

Office of
Clerk of the U.S. District Court
United States Courthouse
219 S. Dearborn Street
Chicago, IL. 60604

2018 AUG -7 AM 8:58
RECEIVED

METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN STREET
CHICAGO, IL 60605

The enclosed letter was processed through special mailing procedures for forwarding to you. This letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the materiel for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

Date: 08-03-2018

ALBERT ROSSINI #08043-424
METROPOLITAN CORRECTIONAL CENTER
71 W. Van Buren St.
Chicago, IL. 60605

      
      



Legal Mail
Prisoner Correspondence
# 4 of 4
Exhibits 15 CR 515-1

Office of
Clerk of the U.S. District Court
United States Courthouse
219 South Dearborn Street
Chicago, IL. 60604


08/07/2018-47

METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN STREET
CHICAGO, IL 60605

The enclosed letter was processed through special mailing procedures for forwarding to you. This letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the materiel for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

Date: 08-03-2018