ALBERT ROSSINI, 08079-424
METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN STREET
Chicago, IL 60605

**FILED**
AUG 14 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

August 8, 2018

Hon. John Z. Lee
United States District Court
Courtroom 1225
Chicago, IL. 60604

RE: United States v. Albert Rossini, 15-CR-515-1

Dear Judge Lee:

I mailed my motion for a new trial with memorandum in support and exhibits through the MCC legal mail process on August 1, 2018, to the U.S. District Court Clerk. Also, I need to send additional copies to your office and the AUSA; however, the copying, mailing and law library process and use at the MCC is decidedly inmate unfriendly.

Unlike Kankakee, copies cannot be obtained daily, and they must be paid for at the MCC through use of a copy-debit card – limit 50 copies and limit of one debit card purchase per week. Inmates are limited at the MCC to purchasing one book of stamps per week, and an inmate here can only have a maximum of 60 stamps at one time. If commissary is delayed as both last week and this week until a Friday, we cannot make copies or send mail until the following week.

I was moved from Kankakee to the MCC one month prior to trial, so as to facilitate work on my case. I did not see my attorneys once at the MCC prior to trial, for one hour on June 10, 2018 and have been decidedly handicapped as to law library time, mailing and copying, unlike at Kankakee.

Due to these handicaps, I am sending additional copies to the interested parties as soon as available.

Respectfully submitted,

Albert Rossini
Defendant, Pro Se
#68043-424

TRULINCS 08043424 - ROSSINI, ALBERT - Unit: CCC-H-A

---

FROM: 08043424
TO: Adams, Josh
SUBJECT: Update
DATE: 05/16/2018 08:33:51 AM

Josh,
Thanks for responding. I am on floor 23 at the MCC. Now that I finally have email access I will start sending you information I believe important. Please send me anything you want me to respond to. Also, send me the witness list so I can send you information concerning each. I have not yet heard when my new court date is in Cook County but I will keep you informed.
Thanks,
Bert Rossini

TRULINCS 08043424 - ROSSINI, ALBERT - Unit: CCC-H-A

-----------------------------------------------------------------------------------

FROM: 08043424
TO: Adams, Josh
SUBJECT: Motion to admit
DATE: 05/19/2018 08:05:15 AM

Josh,
Should we not file a motion to admit Murphy's ARDC judgment. I believe I sent you a copy. Also, the government continually presents the phrase that I sold non existent properties as though there were no existing properties that I bought and sold. Should we not file a motion concerning the many properties that I did buy and sold? The properties turned over to investors, etc. Also, as I believe you said Murphy will testify that the Chancery Law Suit was a sham. What about calling my attorney Richard Kruse as a witness. He met with Murphy and Murphy signed an agreed order to turn over documents, accounting, etc. Anthony Khoshabe will be hostile, but should we not show the money he collected for himself after he made the complaint to the SEC? It was probably at least $400,000 from April to December 2012.

Bert Rossini

TRULINCS 08043424 - ROSSINI, ALBERT - Unit: CCC-H-A

----

FROM: 08043424
TO: Adams, Josh
SUBJECT: Trial
DATE: 06/03/2018 05:57:01 PM

Josh,
I find it appalling that you and Scott have not seen me since Tuesday. I asked for the witness list several weeks ago, nothing. It is not possible for you to really have prepared for this trial without my consistent input unless, of course, you buy the government's version. We need to speak with the Judge.
Thank you and good night.
Albert Rossini

TRULINCS 08043424 - ROSSINI, ALBERT - Unit: CCC-H-A

---

FROM: 08043424
TO: Adams, Josh
SUBJECT: Attorney/Client Privileged Information
DATE: 06/12/2018 09:25:13 AM

Josh:
Yesterday I was upset with Scott Frankel when he said it was the first he heard of the cashier checks to Murphy from me and the Khoshabes for purchase of notes and mortgages. It was obvious he had not read my statements and typed draft motions sent to him by me. That is the biggest reason for my anger.

Now, I want you to call as witnesses for me the forensic accountant Sandi Prescott(?) from the FBI. Either she is incompetent, which I doubt, or lying by omission, or the standard she could not recall, as did Agent Connors.
The FBI forensic accountant studied Murphy's bank accounts as well as mine and the Khoshabes. She had all the cashier checks deposited to Murphy's accounts and therefore she had a copy of the cashier checks from me and the Khoshabes to purchase the same type notes and mortgages that Murphy was supposed to purchase for our investors. It is critical that you bring this out. I don't want to hear Scott's statements about people on my side missing in action. The only people I should be relying on are my lawyers. I feel comfortable knowing you will do this for me.
(Also, Lyle Evans and Jodie Blau - FBI, had copies when Seiden's office gave them to the agents as they came to Seiden's office at 115 S. Lasalle in September 2014)

I want admitted the following:

1. Checks made payable to Murphy by me and the Khoshabes to purchase notes and mortgages for me and the Khoshabes.

2. Seiden also gave Hogstrom a copy of the insurance policies covering approximately 70 properties in which Murphy supposedly purchased notes and mortgages for me, the Khoshabes and our investors. The insurance companies were Mount Vernon Insurance and Seattle Specialty Insurance Company through broker Evergreen Insurance. The Khoshabes and I paid approximately $14,000 per month in insurance premiums at the high amount of the properties.

3. Murphy Rule 2004 Bankruptcy Hearing and deposition before Assistant U.S. Attorney Jeffrey Snell for the United States Bankruptcy Trustee. Murphy lied about his social security numbers, income during 2010 through 2013, certain debtors, etc. (I have a copy and will bring to court - sent to you several weeks ago and you used it to impeach Murphy).

4. Murphy 2014 Statement of Financial Affairs submitted in his Chapter 7 Bankruptcy case in which he includes as his first debtor, Devon Street Investments, Ltd. and states that Devon Street had a foreclosure judgment against Murphy. (I have a copy and will bring to court - I also sent to you several weeks ago).

5. United States Trustee attorney AUSA Jeffrey Snell motion to dismiss Murphy's Chapter 7 Bankruptcy Petition for falsehoods and failure to comply with the Rules (I have a copy and will bring to court - I also sent you a copy several weeks ago)

6. My accounting of payments to investors, and I will bring to court tomorrow.

7. Government (forensic accountant) information concerning breakdown of the amounts she said went to Murphy, also fine if she wants to bring a breakdown of money to me and the Khoshabes. Her answer to you about Craig Shaffer's money was too convenient that it was not lumped into the investor payments. She was either incompetent, obfuscating or lying about what composes the final numbers.

8. Copy of Murphy's bounced checks to Devon Street Management and Devon Street Investments in November, December and January 2012 and 2013. Look at the Devon Street Management bank account for November 2012 as I saw it in your binder with the checks recorded and shows they were returned for Insufficient funds. The amounts were $215,000, $390,000 or $359,000 and $31,000. It created an overdraft of at least $169,000 in the Management account which I covered when Murphy said that he was only having trouble with collecting from Lawyers and banks, but the money would come soon.

9. Seek out Murphy's legal background at Johnson Cusack & Bell, Burke Warren McKay and Pedersen & Houpt.

10. Murphy's Ponzi scheme with Prestige Realty Group, he brings up Prestige in the Rule 2004 deposition in bankruptcy court and says he lost $22 million (he never had $22 million of his own money). The banks lost between $22 - $60 million as Murphy was using straw buyers and then paying the mortgage payments from newer mortgages. Important to show his ponzi activities

TRULINCS 08043424 - ROSSINI, ALBERT - Unit: CCC-H-A

--------------------------------------------------------------------------------

besides the ARDC information.

11. Murphy and Deer accused me of arson on Deer's house but it was really Deer's clients or Russian loan sharks as Deer and Murphy had stolen hundreds of thousands in a client's settlement. It is the subject of a Deer 2015 ARDC complaint. I told Justin Wiersema about this. You or Frankel have had information about this for several months, I think we should explore it.

Look, we need all or most of these in the record, at least for appeal purposes; however, with these admitted into evidence and your sterling closing, I have a chance. Please, I want this included and I want you to call the forensic accountant and Lyle Evans if this is the way to get it done.

Call Harvey Waller on his cell phone (312) 919-9100 or his office phone about his documents. Since he is also a longtime Babajan lawyer, he may be ignoring us. But, he is also my lawyer on the civil matter and I signed a retainer agreement with him.

Sincerely,
Albert Rossini
08043-424

TRULINCS 08043424 - ROSSINI, ALBERT - Unit: CCC-H-A

----------------------------------------------------------------------------------

FROM: 08043424
TO: Adams, Josh
SUBJECT: Attorney Client Privileged Information
DATE: 06/12/2018 05:25:29 PM

Josh,
The checks reflect payment to Murphy as attorney agent
They have the same type addresses and PINs
The Government can object but that is self serving, the documents speak for themselves
My tax returns for 2011 show gross revenues of about $577,000 - net is different because I paid people.
My tax returns for 2012 show an individual gross revenue in Schedule C of about $856,000 and a Devon Street 1120s of $2,350,000 based on IRS documentation I sent them. Yes, the government will talk about where the money went but they cannot dispute that I included the revenue in gross receipts to the IRS.

Josh, I have told you that I believe you have done a good job on cross examining witnesses, but please do not ask me to comment on whether you should prepare a final statement or be ready to examine defense witnesses. That should not have been a last day problem for the prepared. You think about what to do and let me know in the morning. I care not about the schedule. If we are on trial for the next two or three days, that is fine. Think about what to do that serves my interests best.

Okay, Josh, you could be a great lawyer. I hope you will be for me.

Brenda is not to be a witness because she knows almost nothing about 2010-2013. The only thing she could testify to is Danielle Gabi and L.A. and that is something we need to stay away from .

Have a good night.
Albert Rossini

TRULINCS 08043424 - ROSSINI, ALBERT - Unit: CCC-H-A

----------------------------------------------------------------------------------------------------

FROM: Adams, Josh
TO: 08043424
SUBJECT: RE: Update
DATE: 06/16/2018 01:36:09 PM

Hey Bert. yes, I got your email. Im working on getting the DSI bank statements. and yes 8/27 for motion for new trial.

ALBERT ROSSINI on 6/15/2018 12:52:47 PM wrote
Josh,
I hope you received my earlier email seeking bank statements for Devon Street Investments, Ltd. , Devon Street Management and Devon Street Realty. Please mail copies to me here at the MCC. I need them for my tax audit.

Secondly, please email me the dates that the motion for a new trial needs to be submitted -- I believe I heard August 27, 2018 with the government having either 14 0r 28 days to respond. Just send me an email today letting me know the dates.

Sincerely,
Albert Rossini

| | | | | |
|---|---|---|---|---|
| 485596 : Rossini, Albert | | | | 2891014 |
| Loc: JCDC Max D03 Lowe | | Kankakee | Acct: Kankakee-34638 | 2/20/2018 3:36:44 PM |
| By: CMCCABE From: Cash Drawer #2 | | | Prior Balance: | $49.08 |
| Bill | postage : Requested by inmate/detainee 2 packages | | | $5.78 CHRG |
| BillPay | PAYMENT FOR TRANS 2891014 | | | -$5.78 |
| | | | Main Balance: | $43.30 |

Sign: _____

| | | | | |
|---|---|---|---|---|
| 485596 : Rossini, Albert | | | | 2923287 |
| Loc: JCDC Max D03 Lowe | | Kankakee | Acct: Kankakee-34638 | 3/28/2018 11:28:36 AM |
| By: DHODGIN From: Cash Drawer #2 | | | Prior Balance: | $80.27 |
| Bill | postage : Requested by inmate/detainee | | | $7.20 CHRG |
| BillPay | PAYMENT FOR TRANS 2923287 | | | ($7.20) |
| | | | Main Balance: | $73.07 |

Sign: _____

| | | | | |
|---|---|---|---|---|
| 485596 : Rossini, Albert | | | | 2940336 |
| Loc: JCDC Max D03 Lowe | | Kankakee | Acct: Kankakee-34638 | 4/16/2018 11:57:27 AM |
| By: DHODGIN From: Cash Drawer #2 | | | Prior Balance: | $150.13 |
| Bill | postage : Requested by inmate/detainee | | | $13.10 CHRG |
| BillPay | PAYMENT FOR TRANS 2940336 | | | ($13.10) |
| | | | Main Balance: | $137.03 |

Sign: _____

*Receipts for motions, memos and letters, documents mailed by Defendant to attorneys Adams & Frankel while at Kankakee*

ALBERT ROSSINI #08043-424
METROPOLITAN CORRECTIONAL CENTER
10. VAN Buren Street
Chicago, IL 60605

Legal
MAIL
Prisoner
Correspondence

RECEIVED
2018 AUG 14 AM 8:53

Hon. John Z. Lee
United States Courthouse
Northern District of Illinois
219 South Dearborn Street
Courtroom 1225
Chicago, IL 60604

METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN STREET
CHICAGO, IL 60605

The enclosed letter was processed through special mailing procedures for forwarding to you. This letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the materiel for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

Date: 08-09-2018

