# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                                           Case No.: 1:15−cr−00515
                                                             Honorable John Z. Lee

Albert Rossini, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 23, 2018:

      MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini. Motion hearing held on 8/23/18. Defendant Albert Rossini's counsel's motion to withdraw as counsel [362] is granted. Joshua Adams and Scott Frankel are granted leave to withdraw as counsel. The Court will appoint a new attorney to represent the Defendant. No response is required by the government at this time with respect to Rossini's pro se motion for a new trial. The Court will set another status when new counsel is appointed. Mailed notice (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.