UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

United States of America,
　　　　Plaintiff,

v.　　　　　　　　　　Case No. 15CR515-1

Albert Rossini,　　　Hon. John Z. Lee
　　　　Defendant.

FILED
SEP - 4 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MOTION TO PROVIDE DEFENDANT ROSSINI WITH TRANSCRIPTS

　　Defendant Albert Rossini, pro se, requests the Court provide him with the following transcripts:

　　(i) Bond revocation hearing on or about August 2, 2017 before Hon. John Z. Lee;

　　(ii) Hearing in which the Government introduced video evidence of Babajan Khoshabe at the Horseshoe Casino

　　(iii) Defendant Rossini trial transcripts from June 4, 2018 through June 13, 2018

　　An indigent defendant in a federal criminal case may move the Court to order the production of transcripts of testimony in proceedings without cost to the defendant, to allow him, to prepare for a new trial hearing or appeal.

　　Equal Protection considerations require that transcripts of critical testimony and hearings should be made available

to indigent defendants. <u>Roberts v. LaVallee</u>, 389 U.S. 40 (1967). If there is no functional equivalent or alternative to a transcript of an earlier proceeding, a defendant should be provided with such a transcript at no cost. <u>Britt v. North Carolina</u>, 404 U.S. 226 (1971). U.S. v. Haddad, 2015 U.S. App. 21057, 15-1398 (7th Cir. 2015); Douglas v. California, 372 U.S. 353 (1963).

Respectfully submitted,

*Albert Rossini*

ALBERT ROSSINI #08043-424
Chicago MCC
71 West Van Buren Street
Chicago, IL. 60605


CERTIFICATION

I mailed the foregoing to the United States Attorney's Office at 219 S. Dearborn St, Suite 500, Chicago, IL 60604 on August 28, 2018 by Chicago MCC legal mail process.

Respectfully,

*Albert Rossini*

Albert Rossini, #0804344
Metropolitan Correctional Center
71 W. Van Buren Street
Chicago, IL 60605

Legal Mail

2018 SEP -4 AM 8:34
CLERK
U.S. DISTRICT COURT

09/04/2018-11

Hon. John Z. Lee
United States District Court
U.S. Courthouse #1225
219 South Dearborn Street
Chicago, IL 60604

S SUBURBAN IL 600
29 AUG 2018 PM 6 L

60604-201900

METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN STREET
CHICAGO, IL 60605

The enclosed letter was processed through special mailing procedures for forwarding to you. This letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the materiel for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

Date: 08-29-2018