UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

United States of America,
    Plaintiff,

v.    Case No. 15CR515-1

Albert Rossini,    Hon. John Z. Lee
    Defendant.

MOTION TO PROVIDE DEFENDANT ROSSINI WITH TRANSCRIPTS

FILED
SEP 05 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Defendant Albert Rossini, pro se, requests the court provide him with the following transcripts:

(i) Bond revocation hearing on or about August 2, 2017 before Hon. John Z. Lee;

(ii) Hearing in which the Government introduced video evidence of Babajan Khoshabe at the Horseshoe Casino

(iii) Defendant Rossini trial transcripts from June 4, 2018 through June 13, 2018

An indigent defendant in a federal criminal case may move the court to order the production of transcripts of testimony in proceedings without cost to the defendant, to allow him to prepare for a new trial hearing or appeal.

Equal Protection considerations require that transcripts of initial testimony and hearings should be made available

to indigent defendants. <u>Roberts v. LaVallee</u>, 389 U.S. 40 (1967). If there is no functional equivalent or alternative to a transcript of an earlier proceeding, a defendant should be provided with such a transcript at no cost. <u>Britt v. North Carolina</u>, 404 U.S. 226 (1971). U.S. v. Haddad, 2015 U.S. App. 21057, 15-1398 (7th Cir. 2015); <u>Douglas v. California</u>, 372 U.S. 353 (1963).

Respectfully submitted,

Albert Rossini

ALBERT ROSSINI #08043-424
Chicago MCC
71 West Van Buren Street
Chicago, IL. 60605


CERTIFICATION

I mailed the foregoing to the United States Attorney's office at 219 S. Dearborn St., Suite 500, Chicago, IL 60604 on August 28, 2018 by Chicago MCC legal mail process.

Respectfully,

Albert Rossini

ALBERT ROSSINI
Metropolitan correctional center
71 West Van Buren street
Chicago, IL. 60605

S SUBURBAN IL 604

29 AUG 2018 PM 2 L



Legal Mail /
Prisoner Correspondence

Office of the Clerk
United States District Court
U.S. Courthouse
219 S. Dearborn street
Chicago, IL. 60604

09/05/2018-31

METROPOLITAN CORRECTIONAL CENTER

71 W. VAN BUREN STREET

CHICAGO, IL 60605

The enclosed letter was processed through special mailing procedures for forwarding to you. This letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the materiel for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

Date: 08-29-2018