# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.

Albert Rossini, et al.

                Defendant.

Case No.: 1:15−cr−00515
Honorable John Z. Lee

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 19, 2018:

    MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. Status hearing held on 9/19/18. Defendant's pro se motions [365] [366] [373] [375] [377] are stricken; if Defendant wishes to refile the motions after consulting with his new counsel he may do so. The government's oral motion to strike the sentencing date is granted. The sentencing scheduled for 11/13/18 at 2:00 pm. is stricken. A status hearing is scheduled for 11/13/18 at 9:30 a.m. At the next status the Court will set a sentencing schedule. Mailed notice (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.