CJA_appointment_rev.07212015

**IN THE**
**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

**UNITED STATES OF AMERICA,**
**Plaintiff,**

**Case Number** 15 CR 515-1

**v.**

ALBERT ROSSINI
**Defendant.**

**Judge** John Z. Lee

**CJA APPOINTMENT ORDER**
**ORDER APPOINTING COUNSEL UNDER CJA**

**Person Represented:** Albert Rossini                    **Under Seal** [ ]

**Defendant Number:** 1

**Payment Category:** Felony

**Type of Person Represented:** Adult

**Representation Type:** CC

**Attorney Name:** Richard S. Kling

**Court Order:** Appointing Counsel

   **Prior attorney's name:** _____

**Signature of Presiding Judge or by Order of the Court** _____

**Date of Order:** 09/12/2018        **Nunc Pro Tunc Date:** 09/06/2018        **or None** [ ]

---

**ORDER APPOINTING INTERPRETER UNDER CJA**

**Interpreter needed**          [ ] **Yes**                    **Under Seal** [ ]

**Prior authorization shall be obtained for services in excess of $800.**

**Expected to exceed**          [ ] **Yes** [ ] **No**

**Prior authorization approved** [ ] **Yes** [ ] **No**

**Signature of Presiding Judge or by Order of the Court** _____

**Date of Order:**          **Nunc Pro Tunc Date:**          **or None** [ ]