UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                               )<br>    Plaintiff,              )<br>                               )<br>v.                               )        15 CR 00515<br>                               )<br>ALBERT ROSSINI,        )<br>                               )<br>    Defendant.          )<br>                               ) | |

**MOTION TO CONTINUE PRESENTENCE REPORT DUE DATE**

NOW COMES ALBERT ROSSINI, by and through his attorney, RICHARD S. KLING, and respectfully requests that the due date for the presentence report of Mr. Rossini be continued, in support of which he states:

1. The undersigned attorney was appointed to represent Mr. Rossini on September 12, 2018 in connection with filing a motion for new trial.

2. Since being appointed, the undersigned attorney has secured six volumes of trial transcripts, along with hundreds of pages of documents, and had numerous discussions with Mr. Rossini, as well as with his trial counsel.

3. On June 14, 2018, upon Mr. Rossini's conviction, this court ordered a presentence report to be prepared, and set sentencing for November 13, 2018.

4. Given that undersigned counsel is nowhere near finished going through all of the documents necessary to file a motion for new trial, Mr. Rossini is requesting that his presentence investigation report due date be continued until such time as the motion for new trial is filed.

WHEREFORE, Mr. Rossini respectfully requests that the due date for the presentence report of Mr. Rossini be continued.

Respectfully submitted:

s/Richard S. Kling
Attorney for Defendant

Richard S. Kling
Law Offices at Chicago-Kent College of Law
565 West Adams Street, Suite 600
Chicago, IL 60661-3691
(312) 906-5075

## CERTIFICATE OF SERVICE

The undersigned, Richard S. Kling, an attorney, hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, L.R. 5.5, and the General Order on Electronic Case Filing (ECF), the following document:

**MOTION TO CONTINUE PRESENTENCE REPORT DUE DATE**

was served pursuant to the district court's ECF system as to ECF filings, if any, and was sent by first-class mail/hand delivery on October 24, 2018, to counsel/parties that are non-ECF filers.

By: /s/ *Richard S. Kling*
RICHARD S. KLING
Chicago-Kent College of Law
Illinois Institute of Technology
565 West Adams Street, Suite 600
Chicago, Illinois 60661
(312) 906-5075
rkling@kentlaw.edu