## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **15 CR 00515** |
| ) | |
| **ALBERT ROSSINI,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## NOTICE OF MOTION

TO: Assistant United States Attorney
Everett McKinley Dirksen Building
219 South Dearborn Street
Chicago, IL 60604

PLEASE TAKE NOTICE that on October 31, 2018 at 9:30 a.m., or soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Lee in Room Number 1225 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present the attached ***Motion to Continue Presentence Report Due Date***, a copy of which has been served upon you.

Respectfully submitted,

By: s/Richard S. Kling
Attorney for Defendant

Richard S. Kling
Law Offices at Chicago-Kent College of Law
565 West Adams Street, Suite 600
Chicago, IL 60661-3691
(312) 906-5075
rkling@kentlaw.iit.edu

## CERTIFICATE OF SERVICE

      The undersigned, <u>Richard S. Kling</u>, an attorney, hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, L.R. 5.5, and the General Order on Electronic Case Filing (ECF), the following document:

## MOTION TO CONTINUE PRESENTENCE REPORT DUE DATE

was served pursuant to the district court's ECF system as to ECF filings, if any, and was sent by first-class mail/hand delivery on October 24, 2018, to counsel/parties that are non-ECF filers.

      By: /s/ *Richard S. Kling*
      RICHARD S. KLING
      Attorney for Defendant
      Chicago-Kent College of Law
      Illinois Institute of Technology
      565 West Adams Street, Suite 600
      Chicago, Illinois 60661
      (312) 906-5050
      rkling@kentlaw.edu