# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **15 CR 00515** |
| | ) | |
| ALBERT ROSSINI, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MOTION FOR EXTENSION OF TIME

Albert Rossini, by and through his attorney Richard Kling, requests an extension of time in which to file a motion for new trial, in support of which he states:

1. Undersigned counsel was appointed to represent Mr. Rossini in connection with a motion for new trial on or about September 19, 2018.

2. Since that time, undersigned counsel has received the trial discovery consisting of hundreds of pages of documents, six volumes of trial transcript, as well as hundreds of pages of materials from the defendant which he believes relevant to his ineffectiveness of counsel allegations.

3. Since that time, undersigned counsel has spent in excess of 60 hours reading through all of the materials, visiting with the defendant at the Metropolitan Correctional Center in person and through dozens of emails, and in researching issues involved for Mr. Rossini's claim of ineffectiveness of trial counsel to be raised on a motion for new trial.

4. The motion for new trial was scheduled by this court be filed by this Friday, January 11, with a status before the court on January 16, 2019.

5. Given the fact that undersigned counsel was not trial counsel in the case before this court, and given the volume of materials provided by the government, Mr. Rossini, and the trial transcripts, and other documents secured from Pacer, and discussions with Mr. Rossini's trial counsel, as well as an 11 day period coinciding with the Christmas and New Year's holidays when Chicago-Kent College of Law was closed (wherein my office, as a full time Clinical Professor of Law is situated), as diligent as undersigned counsel has been, it is impossible to comply with the Friday filing deadline.

WHEREFORE, undersigned counsel requests that this court continue the filing deadline for another 30 days from January 11, or until Tuesday, February 5, 2019.

                                  Respectfully submitted:

                                  s/Richard S. Kling
                                  Attorney for Defendant

Richard S. Kling
Law Offices at Chicago-Kent College of Law
565 West Adams Street, Suite 600
Chicago, IL 60661-3691
(312) 906-5075

## CERTIFICATE OF SERVICE

The undersigned, Richard S. Kling, an attorney, hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, L.R. 5.5, and the General Order on Electronic Case Filing (ECF), the following document:

## MOTION FOR EXTENSION OF TIME

was served pursuant to the district court's ECF system as to ECF filings, if any, and was sent by first-class mail/hand delivery on January 7, 2019, to counsel/parties that are non-ECF filers.

By: /s/ *Richard S. Kling*
RICHARD S. KLING
Chicago-Kent College of Law
Illinois Institute of Technology
565 West Adams Street, Suite 600
Chicago, Illinois 60661
(312) 906-5075
rkling@kentlaw.edu