**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )      **15 CR 00515** |
| | ) |
| **ALBERT ROSSINI,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**UNOBJECTED TO MOTION FOR EXTENSION OF TIME**

Albert Rossini, by and through his attorney Richard Kling, requests an extension of time in which to file a motion for new trial, in support of which he states:

1.      Undersigned counsel was appointed to represent Mr. Rossini in connection with a motion for new trial on or about September 19, 2018.

2.      Since that time, undersigned counsel has received the trial discovery consisting of hundreds of pages of documents, six volumes of trial transcript, as well as hundreds of pages of materials from the defendant which he believes relevant to his ineffectiveness of counsel allegations.

3.      Since that time, undersigned counsel has spent in excess of 100 hours reading through all of the materials, visiting with the defendant at the Metropolitan Correctional Center in person and through dozens of emails, and in researching issues involved for Mr. Rossini's claim of ineffectiveness of trial counsel to be raised on a motion for new trial.

4.      The motion for new trial was scheduled by this court be filed by this February 13, with a status before the court on February 20, 2019.

5.      Given the fact that undersigned counsel was not trial counsel in the case before this court, and given the volume of materials provided by the government, Mr. Rossini, and the

trial transcripts, and other documents secured from Pacer, and discussions with Mr. Rossini's

trial counsel, and attempts to locate and interview witnesses Mr. Rossini believes should have

been called to testify at his trial, as diligent as undersigned counsel has been, it is impossible to

comply with the filing deadline of February 13, 2019.

WHEREFORE, undersigned counsel requests that this court continue the filing deadline

for another 21 days from February 13 until March 3, 2019.

Respectfully submitted:


s/Richard S. Kling
Attorney for Defendant

Richard S. Kling
Law Offices at Chicago-Kent College of Law
565 West Adams Street, Suite 600
Chicago, IL 60661-3691
(312) 906-5075


## CERTIFICATE OF SERVICE

The undersigned, Richard S. Kling, an attorney, hereby certifies that in accordance with
Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, L.R. 5.5, and the General Order on Electronic Case Filing
(ECF), the following document:


### UNOBJECTED TO MOTION FOR EXTENSION OF TIME


was served pursuant to the district court's ECF system as to ECF filings, if any, and was sent by
first-class mail/hand delivery on February 8, 2019, to counsel/parties that are non-ECF filers.


By: /s/ *Richard S. Kling*
RICHARD S. KLING
Chicago-Kent College of Law
565 West Adams Street, Suite 600
Chicago, Illinois 60661
(312) 906-5075
rkling@kentlaw.edu