**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **15 CR 00515** |
| | ) | |
| **ALBERT ROSSINI,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## NOTICE OF MOTION

TO:  Assistant United States Attorney
Everett McKinley Dirksen Building
219 South Dearborn Street
Chicago, IL 60604

PLEASE TAKE NOTICE that on February 13, 2019, at 9:30 a.m., or soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Lee in Room Number 1225 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present the attached *Motion for Extension of Time*, a copy of which has been served upon you.

Respectfully submitted,

By: s/Richard S. Kling
Attorney for Defendant

Richard S. Kling
Law Offices at Chicago-Kent College of Law
565 West Adams Street, Suite 600
Chicago, IL 60661-3691
(312) 906-5075
rkling@kentlaw.iit.edu

## CERTIFICATE OF SERVICE

      The undersigned, <u>Richard S. Kling</u>, an attorney, hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, L.R. 5.5, and the General Order on Electronic Case Filing (ECF), the following document:

## MOTION FOR EXTENSION OF TIME

was served pursuant to the district court's ECF system as to ECF filings, if any, and was sent by first-class mail/hand delivery on February 11, 2019, to counsel/parties that are non-ECF filers.

                                             By: /s/ *Richard S. Kling*
                                             RICHARD S. KLING
                                             Attorney for Defendant
                                             Chicago-Kent College of Law
                                             Illinois Institute of Technology
                                             565 West Adams Street, Suite 600
                                             Chicago, Illinois 60661
                                             (312) 906-5050
                                             rkling@kentlaw.edu