UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | )<br>)<br>) | |
| v. | )<br>) | 15 CR 00515 |
| **ALBERT ROSSINI,** | )<br>) | |
| **Defendant.** | )<br>) | |

## MOTION FOR EXTENSION OF TIME

Albert Rossini, by and through his attorney Richard Kling, requests an additional seven days in which to file a motion for new trial, in support of which he states:

1. Undersigned counsel was appointed to represent Mr. Rossini in connection with a motion for new trial on or about September 19, 2018.

2. Because of voluminous file materials and the inability to contact witnesses, Mr. Rossini requests an additional seven days in which to file a motion for new trial.

WHEREFORE, undersigned counsel requests that this court continue the filing deadline for another 7 days from April 9 to April 16, 2019.

Respectfully submitted:

s/Richard S. Kling
Attorney for Defendant

Richard S. Kling
Law Offices at Chicago-Kent College of Law
565 West Adams Street, Suite 600
Chicago, IL 60661-3691
(312) 906-5075

## CERTIFICATE OF SERVICE

      The undersigned, <u>Richard S. Kling</u>, an attorney, hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, L.R. 5.5, and the General Order on Electronic Case Filing (ECF), the following document:

### MOTION FOR EXTENSION OF TIME

was served pursuant to the district court's ECF system as to ECF filings, if any, and was sent by first-class mail/hand delivery on April 8, 2019, to counsel/parties that are non-ECF filers.

                        By:  /s/ *Richard S. Kling*
                        RICHARD S. KLING
                        Chicago-Kent College of Law
                        565 West Adams Street, Suite 600
                        Chicago, Illinois 60661
                        (312) 906-5075
                        rkling@kentlaw.edu