# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

UNITED STATES OF AMERICA

                                        Plaintiff,

v.                                                                 Case No.: 1:15−cr−00515

                                                                            Honorable John Z. Lee

Albert Rossini, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 10, 2019:

       MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini. Motion for extension of time until April 16, 2019 to file a motion for a new trial [438] is granted; this is the final extension. The status hearing set for 4/11/19 is reset to 4/23/19 at 9:30 a.m. Defendant is ordered to appear and be transported by U.S. Marshals Service for the status hearing. No appearance is required on the motion. Mailed notice (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.