UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) ) ) | |
| v. | ) ) | 15 CR 00515 |
| **ALBERT ROSSINI,** | ) ) ) | |
| **Defendant.** | ) ) | |

## MOTION FOR LEAVE TO FILE MOTION FOR EVIDENTIARY HEARING IN CONNECTION WITH MOTION FOR NEW TRIAL INSTANTER

Albert Rossini, by and through his attorney Richard Kling, requests leave to file the attached Motion for Evidentiary Hearing in Connection with Motion for New Trial, and exhibits, in support of which he states:

1. The attached motion was due to be filed April 16, 2019.

2. Because exhibits were still being secured by undersigned counsel, the motion was not filed by yesterday's deadline.

WHEREFORE, undersigned counsel requests that this Court allow this motion to be filed *instanter*.

Respectfully submitted:

s/Richard S. Kling
Attorney for Defendant

Richard S. Kling
Law Offices at Chicago-Kent College of Law
565 West Adams Street, Suite 600
Chicago, IL 60661-3691
(312) 906-5075

## CERTIFICATE OF SERVICE

The undersigned, Richard S. Kling, an attorney, hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, L.R. 5.5, and the General Order on Electronic Case Filing (ECF), the following document:

**MOTION FOR LEAVE TO FILE MOTION FOR EVIDENTIARY HEARING IN CONNECTION WITH MOTION FOR NEW TRIAL INSTANTER**

was served pursuant to the district court's ECF system as to ECF filings, if any, and was sent by first-class mail/hand delivery on April 17, 2019, to counsel/parties that are non-ECF filers.

By: /s/ *Richard S. Kling*
RICHARD S. KLING
Chicago-Kent College of Law
565 West Adams Street, Suite 600
Chicago, Illinois 60661
(312) 906-5075
rkling@kentlaw.edu