# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

UNITED STATES OF AMERICA

                       Plaintiff,

v.                                                               Case No.: 1:15−cr−00515

                                                                           Honorable John Z. Lee

Albert Rossini, et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 23, 2019:

      MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. Status hearing held on 4/23/19. Motion for evidentiary hearing [442] is entered and continued for 5/22/19 at 9:30 a.m. Defendant's motion for a new trial shall be due by 5/17/19. Status hearing set for 5/22/19 at 9:30 a.m. The governments oral motion to unseal certain transcripts is granted. The clerk is directed to unseal the ex−parte transcript dated 6/4/18. Defendant is ordered to appear and be transported by U.S. Marshals Service for the motion hearing, Mailed notice (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.