```
                IN THE UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF ILLINOIS
                         EASTERN DIVISION

UNITED STATES OF AMERICA,        )   Docket No. 15 CR 515
                                 )
             Plaintiff,          )
                                 )
       v.                        )   Chicago, Illinois
                                 )   January 11, 2018
ALBERT ROSSINI, BABAJAN          )   9:30 o'clock a.m.
KHOSHABE, ANTHONY KHOSHABE, and  )
THOMAS MURPHY,                   )
                                 )
             Defendant.          )

             TRANSCRIPT OF PROCEEDINGS - STATUS
             BEFORE THE HONORABLE JOHN Z. LEE

APPEARANCES:

For the Government:           HON. JOHN R. LAUSCH, JR.
                              United States Attorney, by
                              MR. VIKAS DIDWANIA
                              Assistant United States Attorney
                              219 South Dearborn Street
                              Chicago, Illinois 60604

For Defendant Rossini:        LAW OFFICES OF JOSHUA B. ADAMS,
                              P.C., by
                              MR. JOSHUA B. ADAMS
                              53 West Jackson Boulevard
                              Suite 1515
                              Chicago, Illinois 60604

                              FRANKEL & COHEN, by
                              MR. SCOTT JAY FRANKEL
                              53 West Jackson Boulevard
                              Suite 16
                              Chicago, Illinois 60604


              ALEXANDRA ROTH, CSR, RPR
                Official Court Reporter
              219 South Dearborn Street
                      Room 1224
              Chicago, Illinois 60604
                   (312) 408-5038
```

```
 1   APPEARANCES:  (Continued)

 2   For Defendant A. Khoshabe:    BLEGEN & GARVEY, by
                                   MR. PATRICK W. BLEGEN
 3                                 53 West Jackson Boulevard
                                   Suite 1437
 4                                 Chicago, Illinois 60604

 5                                 BREEN & PUGH, by
                                   MR. ROBERT W. STANLEY
 6                                 53 West Jackson Boulevard
                                   Suite 1215
 7                                 Chicago, Illinois 60604

 8   For Defendant Murphy:         LAW OFFICE OF LAWRENCE WOLF
                                   LEVIN, by
 9                                 MR. LAWRENCE WOLF LEVIN
                                   214 West Ohio Street
10                                 5th Floor
                                   Chicago, Illinois 60654
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1          (Proceedings had in open court:)
2              THE CLERK:  15 CR 515, USA versus Albert Rossini,
3    Babajan Khoshabe, Anthony Khoshabe, and Thomas Murphy.
4              MR. DIDWANIA:  Good morning, your Honor.  Vikas
5    Didwania on behalf of the United States.
6              MR. BLEGEN:  Good morning, Judge.  Pat Blegen and Rob
7    Stanley on behalf of Anthony Khoshabe.  And Mr. Ackerman has
8    asked me to stand in for his client, Babajan Khoshabe.
9              MR. ADAMS:  Good morning, your Honor.  Joshua Adams
10   for Albert Rossini, who's present.
11             MR. FRANKEL:  And Scott Frankel, co-counsel for Mr.
12   Rossini.
13             MR. LEVIN:  Good morning, Judge.  My name is Lawrence
14   Wolf Levin.  I represent Thomas Murphy.
15             THE COURT:  All right.  So we are here for status that
16   I had set a while back.  But also Mr. Rossini has submitted to
17   me and filed on the docket a letter requesting that I appoint
18   alternative counsel for him in this case.  And just for the
19   record, what I am referring to is Mr. Rossini's letter dated
20   December 26, 2017.
21        Mr. Adams, have you and Mr. Frankel had an opportunity
22   to review the letter?
23             MR. ADAMS:  Judge, we have reviewed the letter, and we
24   spoke to Mr. Rossini last week before court.  After speaking
25   with him, Mr. Rossini wishes to withdraw the letter.  I like
```

1  Mr. Rossini to put that on the record, if that's okay with the
2  Court.
3         THE COURT:  All right.  Is that correct, Mr. Rossini?
4  At this point you wish to withdraw that letter?
5         DEFENDANT ROSSINI:  Yes, Judge.  We talked it out.
6  And I think we are right on the same page.
7         THE COURT:  Okay.  You understand, Mr. Rossini, that
8  if you still wish for the Court to appoint alternative counsel
9  for you, that is something that I would consider at this time?
10        DEFENDANT ROSSINI:  Sure.  I do.  Your Honor, I think
11 we are going to be fine.
12        THE COURT:  All right.  Very good.  So I am glad we
13 were able to get that resolved.
14        Are there any developments in this case?
15        MR. DIDWANIA:  Judge, I am standing in for another USA
16 who got the flu this morning.  So I will let defense counsel
17 speak to the subject.
18        MR. LEVIN:  Judge, we have received a plethora of
19 disks from United States regarding certain bank records, which
20 we are going through at this time, I on behalf of Mr. Murphy.
21 That's the only development I can say as to Mr. Murphy, sir.
22        MR. BLEGEN:  Judge, we are still on track for Anthony
23 Khoshabe for the currently set trial date.  Mr. Ackerman asked
24 me to pass on an update regarding Babajan Khoshabe.  He
25 apparently has had the surgery.  He has had chemo therapy, is

1 still in the recovery stage.
2     Mr. Ackerman said for the time being I think he is
3 going to be okay to proceed for the trial as currently
4 scheduled. But he suggested a status end of March, just to
5 keep an eye on things and his health.
6     THE COURT: All right. Mr. Adams, anything?
7     MR. ADAMS: Nothing new for Mr. Rossini. We received
8 some disks from the government. We are still going through
9 discovery, and we'll be on track for the June 4 trial date.
10     THE COURT: All right. Very good. So let's go ahead
11 and set this case for further status then. Let's set it for
12 early April, first week in April.
13     THE CLERK: April 3, at 9:30.
14     THE COURT: All right. I believe time has been
15 excluded through the trial date. Let me just double check.
16     No, it has not. Is there a motion to exclude time to
17 the next status?
18     MR. DIDWANIA: Yes, Judge. The government moves to
19 exclude time in the interest of justice to allow defense
20 counsel to prepare pretrial motions and prepare for trial.
21     THE COURT: Any objections?
22     MR. ADAMS: No objection, your Honor.
23     MR. LEVIN: No, Judge.
24     Will that be at 9:30, 9:00?
25     THE COURT: 9:30.

1      MR. LEVIN:  I think that's the Cubs' opener.  I have
2 to deal with the umpires on that date.
3      THE COURT:  Ah, spring.
4      Any other objections from defendants to the
5 government's motion?
6      MR. BLEGEN:  No.
7      THE COURT:  Government's motion to exclude time to the
8 April status date is granted without objection, interest of
9 justice, to allow defense counsel and their clients additional
10 time to prepare for trial.
11      Thank you very much.
12      MR. DIDWANIA:  Thank you, Judge.
13      THE COURT:  That trial in the Circuit Court, is that
14 over, the RICO trial?
15      MR. LEVIN:  Yes, Judge.  I took the first step to a
16 successful appeal.
17      THE COURT:  I understand.  Thank you.
18      MR. LEVIN:  We have now post-trial motions, and we
19 have roughly 14 weeks of transcripts.  And we are under a time
20 constraint.  Judge McHale wants us to keep pushing.  And I am
21 going to go to the Illinois Supreme Court on the importance
22 regarding the constitutionality of the RICO as applied to these
23 individuals.
24      But it was really a wonderful experience.
25      THE COURT:  It's an interesting case, certainly is.  I

1  am glad.  I am glad that you were able to have the time to work
2  on that.
3         MR. LEVIN:  Thank you.  Thank you for your time,
4  Judge.
5      (Which were all the proceedings heard in this case.)
6                         CERTIFICATE
7         I HEREBY CERTIFY that the foregoing is a true, correct
8  and complete transcript of the proceedings had at the hearing
9  of the aforementioned cause on the day and date hereof.
10
11   /s/Alexandra Roth                              5/13/2019
     _____         _____
12   Official Court Reporter                         Date
     U.S. District Court
13   Northern District of Illinois
     Eastern Division
14
15
16
17
18
19
20
21
22
23
24
25