```
 1                IN THE UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF ILLINOIS
 2                         EASTERN DIVISION

 3   UNITED STATES OF AMERICA,        )  Docket No. 15 CR 515-1
                                      )
 4                 Plaintiff,         )
                                      )
 5            v.                      )  Chicago, Illinois
                                      )  June 4, 2018
 6   ALBERT ROSSINI,                  )  9:15 o'clock a.m.
                                      )
 7                 Defendant.         )

 8                              EXCERPT
                   TRANSCRIPT OF PROCEEDINGS - TRIAL
 9         BEFORE THE HONORABLE JOHN Z. LEE, and a jury

10   APPEARANCES:

11   For the Government:          HON. JOHN R. LAUSCH, JR.
                                  United States Attorney, by
12                                MR. ERIK A. HOGSTROM
                                  MR. WILLIAM PATRICK NOVAK
13                                Assistant United States Attorneys
                                  219 South Dearborn Street
14                                Chicago, Illinois 60604

15   For the Defendant:           LAW OFFICES OF JOSHUA B. ADAMS,
                                  P.C., by
16                                MR. JOSHUA B. ADAMS
                                  53 West Jackson Boulevard
17                                Suite 1515
                                  Chicago, Illinois 60604
18
                                  FRANKEL & COHEN, by
19                                MR. SCOTT JAY FRANKEL
                                  53 West Jackson Boulevard
20                                Suite 1615
                                  Chicago, Illinois 60604
21

22                    ALEXANDRA ROTH, CSR, RPR
                        Official Court Reporter
23                    219 South Dearborn Street
                              Room 1224
24                      Chicago, Illinois 60604
                           (312) 408-5038
25
```

1  (The following proceedings were had in open court outside
2  the presence of the jury:)
3            THE CLERK: 15 CR 515-1, USA versus Albert Rossini,
4  for jury trial.
5            MR. HOGSTROM: Good morning, your Honor. Erik
6  Hogstrom and Bill Novak for the United States.
7            MR. ADAMS: Good morning, your Honor. Joshua Adams
8  and Scott Frankel, who's approaching, for Albert Rossini, who's
9  in custody and approaching.
10           MR. FRANKEL: Good morning, your Honor.
11           THE COURT: Good morning.
12      (Brief pause.)
13           THE COURT: All right. Good morning, everyone.
14           Is there anything that we need to address before we
15  bring everyone in?
16           MR. HOGSTROM: Judge, the only thing we just wanted to
17  flag for the Court is, we have a number of out-of-town
18  witnesses in this trial. When -- in the pretrial conference
19  you indicated we should have one witness ready for today. We
20  do have one ready for today.
21           But the next witnesses we have slated, the next two,
22  are coming in from out of town. So they are not here. We just
23  wanted to flag that for the Court. So if things go quickly, we
24  don't know if we would get through that one witness today, but
25  it's possible. That would cause us to end early.

```
1              THE COURT:  Okay.  That's fine.
2              I don't know whether we are going to be able to finish
3    that witness today either, given the anticipated length of the
4    trial.  At this point the government still thinks you can get
5    through your case in about two weeks, is that correct?
6              MR. NOVAK:  Get through our case?
7              THE COURT:  Yes.
8              MR. NOVAK:  I would say --
9              MR. HOGSTROM:  I think at this point we think we'll
10   get through our case Monday or Tuesday.
11             THE COURT:  Okay.
12             MR. ADAMS:  And, your Honor, on Friday the Court had
13   asked if we have any witnesses.  At that time we said no.
14   Based on conversation with the government yesterday, I filed an
15   amended witness list yesterday afternoon with the Court in the
16   proposed order box.
17             We're just calling in abundance of caution Special
18   Agents Lyle and Blau in the event we need to, if it doesn't
19   come out on direct.
20             THE COURT:  How do you spell those names?  Do you
21   remember?
22             MR. ADAMS:  Agent Blau is -- first name is J-o-d-y.
23   Last name is B-l-a-u.  And Special Agent Lyle.
24             THE COURT:  I'm sorry.  B --
25             MR. ADAMS:  Sorry, Judge.  B-l-a-u.
```

```
1              THE COURT:  Okay.
2              MR. ADAMS:  And Special Agent Lyle's last name is
3     spelled L-y-l-e.
4              MR. NOVAK:  Lyle is L-y-l-e.  And then Evans is
5     E-v-a-n-s.  It's Lyle Evans.
6              THE COURT:  I will add them to the list.
7              MR. ADAMS:  Thank you, your Honor.
8              THE COURT:  Also I understand, Mr. Adams, that you are
9     requesting daily transcripts?
10             MR. ADAMS:  I like daily.  Speaking with Ms. Roth, we
11    can get three-day.  That would be acceptable.
12             THE COURT:  That's fine.
13             MR. ADAMS:  And I filled out the voucher on today.
14             THE COURT:  Right.  Okay.  So I will approve the
15    three-day transcripts.
16             Anything else we need to address?
17             THE DEFENDANT:  Your Honor?
18             THE COURT:  Yes.
19             THE DEFENDANT:  I have to say something.
20             THE COURT:  Hold on for a second.
21             Mr. Adams, do you know what Mr. Rossini is going to
22    talk about?
23             MR. ADAMS:  I have an idea, and I have advised him not
24    to say anything to the Court right now in front of the
25    government and on the record.  He has decided to go against
```

1 that advice, and he would like to address the Court. And just
2 for the record, it's against advice of counsel.
3     THE COURT: All right. So, Mr. Rossini, I just want
4 to make sure you understand that you have spoken to your
5 attorney about what you are going to say. Is that correct?
6     THE DEFENDANT: Yes.
7     THE COURT: And he has advised you to remain silent,
8 not to say anything?
9     THE DEFENDANT: Yes.
10     THE COURT: And you have decided voluntarily to go
11 against that advice, is that correct?
12     THE DEFENDANT: Yes.
13     THE COURT: All right. You may proceed, sir.
14     THE DEFENDANT: I like my attorneys. I think they are
15 very good attorneys. I have been in the MCC for four weeks,
16 and I have not seen them once at the MCC. I think this is a
17 fairly complicated case. And I don't feel that I have prepared
18 with them. I've only seen them for 15 minutes or so after
19 court.
20     I believe they are good attorneys. However, at the
21 same time, this is a complicated case. And I think I'm
22 severely compromised.
23     THE COURT: All right. I am going to ask the
24 government's lawyers and whoever is here for the government to
25 leave the courtroom for a second, so I can have an ex parte

1 discussion.

2 I'm going to ask the gallery to step out too, please.

3 (The following proceedings were had in closed court, in the
4 presence and hearing of defendant and defense attorneys:)

5 THE COURT: So the rest of this discussion will be
6 under seal.

7 So, Mr. Adams, do you have a response to Mr. Rossini's
8 statements?

9 MR. ADAMS: Judge, I really do not want to breach any
10 sort of privilege here in terms of communications. But based
11 on conversations with Mr. Rossini, generally he has expressed
12 confidence and willingness to go forward today.

13 We -- Mr. Frankel and I have been preparing diligently
14 for several months now. I was here all weekend. I am ready to
15 go to trial, Judge. We spoke to Mr. Rossini last Tuesday. And
16 again, without divulging confidential communications, it was
17 our impression through Mr. Rossini's statements that all is
18 well and that we were ready to go on Tuesday -- on Monday. He
19 has not expressed a desire for us to go and see him at the MCC
20 up until last night at 7:30.

21 THE COURT: Okay. It seems like Mr. Rossini's concern
22 is just whether or not you had -- whether or not you met at the
23 MCC or not, whether there has been sufficient communication
24 between you and Mr. Rossini regarding the trial preparations.

25 MR. ADAMS: Your Honor, also I can say before Mr.

1  Rossini was taken into custody in this matter, we met several
2  times for several hours to discuss the case.  Mr. Rossini had
3  sent me numerous communications through the mail -- numerous
4  communications while he was at Kankakee regarding the case,
5  forms of letters and documents.  And I have reviewed all of
6  those with Mr. Frankel.  And I am prepared to go to trial.
7      MR. FRANKEL:  And also I traveled to Kankakee alone
8  once.  And twice -- and the second time with Mr. Adams, to
9  discuss the case, spent time with Mr. Rossini at that time.
10 So --
11     THE COURT:  Mr. Rossini, anything to add?
12     THE DEFENDANT:  Judge, it's difficult to talk about
13 the relationship between lawyers and a client when the clients
14 are nice people -- I mean, the lawyers are nice people.  The
15 client may not be.
16     But we have not talked about hardly -- I think only
17 Mr. Murphy as a witness.  There are other witnesses.  I've
18 never been questioned by -- by them or given them statements
19 about who did what, what did -- what happened, you know.  I
20 guess I did send voluminous amounts of documents to them.  I
21 never knew whether they read them or not until this morning.
22     I just don't feel that we've -- somebody is coming in
23 from California.  Who's coming in from California?  I sent an
24 e-mail several weeks ago:  Send me the witness list so I can
25 help you prepare on these witnesses.  I can give you the

1 different, you know, conversations or at least as I can
2 remember them. Not any -- not once.
3     Now, it shouldn't be my responsibility at the MCC.
4 You know, Judge, at the MCC we were on lockdown twice. The
5 last time for a brutal fight. You can't get to anybody on
6 the -- on the telephone or e-mail last week.
7     The fact is, it shouldn't be my responsibility as a
8 client to ask my lawyers to come to the MCC when we are talking
9 about a two-to-three, four-week trial, with numerous witnesses,
10 to prepare. It's -- I don't see how it's possible to truly
11 prepare other than from maybe documents that the government has
12 given them or documents that they got from me while I was at
13 Kankakee.
14     We've never had a session of over a half an hour at
15 Kankakee. And normally it was talking -- check the logs, check
16 the logs at the MCC.
17     THE COURT: Mr. --
18     THE DEFENDANT: And, you know --
19     THE COURT: Hold on, Mr. Rossini.
20     THE DEFENDANT: -- I --
21     Mr. Rossini, hold on.
22     Have you reviewed the materials Mr. Rossini provided
23 to you?
24     MR. ADAMS: Yes, Judge, several times.
25     Judge, can I -- may I make a statement for the record

1  that his statement that we've only seen him for half an hour
2  time is false.
3      THE COURT: All right. So, Mr. Rossini, I am also
4  concerned that we have had pretrial conferences. We have had
5  numerous statuses. And now you are raising this on the --
6  rather than raising it before when we had the chance, we were
7  here at status last week. I find it concerning that you are
8  just raising it now when we are ready for -- to proceed on
9  trial. Everyone is here. We have the members of the panel all
10  ready to go.
11      And so I am wondering why, if you are concerned about
12  the degree of preparation between yourself and your attorneys
13  with regard to today's trial, why you are waiting until now to
14  bring it up.
15      THE DEFENDANT: Because you'll get a letter in the
16  mail. You probably haven't gotten it yet. The first I could
17  send the letter out was Thursday from the MCC because like I
18  said we were on lockdown.
19      THE COURT: But you were here at the status.
20      THE DEFENDANT: I know I was here on Tuesday, Judge.
21  And I was fine until -- because I figured that right after that
22  we'd be preparing. I met with them for 15 minutes in the
23  lockup behind your courtroom, and that was it. And it was at
24  that time -- or not behind your courtroom, but in the bullpen.
25      It was at that time that I realized that I felt that

1 they didn't understand my case. And I had no way of getting in
2 touch with the Court or even my wife at the time, you know,
3 because we didn't have telephone privileges. And when they
4 finally got us off lockdown, the telephones were down. This
5 can be checked out by the marshals.
6       And so -- but I figured they would be coming to see
7 me. And they didn't come to see me. Now, maybe they have
8 prepared. But the fact is, your Honor, I don't see in a case
9 like mine how somebody can prepare without me here. How --
10 how -- without me preparing with them. I'm sorry I am
11 babbling.
12       But when you ask me why, it really hit me finally.
13 Look, in January, I sent you a letter. And then I said, no,
14 we're okay, your Honor. We're going to be okay. I felt that
15 my lawyers would -- should have been preparing more with me.
16 But I knew how it is with the law firm. My wife had been a
17 lawyer. Sometimes you got so much to do that right before the
18 trial you're going to spend four, five, six days with the
19 client. Nothing, nothing.
20       It's -- I have to bring it up. You're the Judge.
21 You're going to decide what to do. But I need to put it on the
22 record. Otherwise I -- I just want you to know, I feel I'm
23 severely compromised. I think they're excellent lawyers. But
24 that doesn't mean they are going to be excellent in my case at
25 this point.

1    MR. ADAMS: Judge, may I respond just to make the
2 record? When we spoke to Mr. Rossini Tuesday, again without
3 divulging confidential communications, he had never indicated
4 anything like he felt this way. In fact, he gave us, again,
5 blatantly a vote of confidence in that he said, I'll see you
6 Monday.
7    THE COURT: All right. So --
8    THE DEFENDANT: Judge --
9    THE COURT: Hold on, Mr. Rossini. I've heard enough.
10    I think that Mr. -- that having considered Mr.
11 Rossini's statements and statements from the attorneys, we are
12 going to go ahead and proceed with the trial today. I find
13 that Mr. Rossini has had numerous occasions to raise this with
14 me, as late as last week when we had the status hearing here.
15    This case involves a lot of documents, a lot of
16 documentary information that the attorneys have reviewed. His
17 attorneys tell me that they have reviewed everything Mr.
18 Rossini has sent them in terms of materials.
19    And so at this point in time, given the fact that Mr.
20 Rossini has had sufficient time to raise whatever concerns he
21 had with his lawyers last week and at prior status hearings and
22 not having done so, I just don't think that here in the morning
23 of trial when we are about to impanel the jury is -- I think at
24 this point it's too late.
25    So the attorneys expressed confidence that they are

1    prepared.  And so we are just going to proceed.

2            THE DEFENDANT:  I just need to say one last thing.
3    Talking about documents, we have never really talked about one
4    document.  They never put one document in front of me and said,
5    what is this from this client?  So --

6            THE COURT:  And again, the --

7            THE DEFENDANT:  And, Judge --

8            THE COURT:  Hold on.  Mr. Rossini, I have heard
9    enough.  I think that we are just going to go ahead and proceed
10   today in light of the history of this case, the number of
11   statuses we have had, and all of the opportunities that Mr.
12   Rossini and his lawyers have had to raise whatever issues that
13   they had with regard to this case, or Mr. Rossini with the
14   attorney representations.  So we will proceed.

15           You can let everyone else in, please.

16      (The following proceedings were had in open court, in the
17          presence of the government's attorneys:)

18           THE COURT:  All right.  We are back on the unsealed
19   version of the transcript.

20           So we are going to proceed with the trial.  At this
21   point in time, Ms. Acevedo is going to go down and hand out the
22   questionnaires for them to fill out.  It will probably take, I
23   would say, at least 30 minutes, 30, 45 minutes, for her to do
24   that, for us to copy everything, get them to you, and give you
25   a chance to review it.  All right?

1  MR. HOGSTROM: Okay.
2  MR. ADAMS: Thank you, your Honor.
3  THE COURT: Thank you.
4  (Brief recess.)
5  THE COURT: All right. So we are going to go ahead
6  and bring the panel in now. You both -- both counsel have had
7  an opportunity to review the questionnaires?
8  MR. HOGSTROM: Yes.
9  MR. ADAMS: Yes, your Honor.
10  THE COURT: Very good. So we will start bringing them
11  in. So remember --
12  (Brief interruption.)
13  THE COURT: So as I was saying, we are going to go
14  ahead and bring them in. What we are going to do is, we are
15  going to seat them by their numerical order. And you can see
16  the numbers that are indicated in the top right corner of the
17  questionnaires.
18  And I am going to question them one at a time based
19  upon the responses to the questionnaires. I think that given
20  the -- some of the comments that are in the questionnaires,
21  what I am going to do is, I am just going to conduct this all
22  at sidebar. Okay? So I am going to invite the attorneys up
23  with me. We'll just call them one at a time. I will ask them
24  some questions. If the attorneys have any follow-up questions,
25  you can ask questions at that time. All right?

```
 1          So we will go ahead and bring them up.  And so we will
 2   be in recess until that time.
 3          MR. FRANKEL:  Just to be clear, we could ask the
 4   questions?  Or do you want us to go to you to ask the
 5   questions?
 6          THE COURT:  I will invite you all to ask questions.
 7          MR. FRANKEL:  At the sidebar.
 8          THE COURT:  Yes.
 9          MR. NOVAK:  Are you going to reask the questions on
10   the questionnaire, Judge?
11          THE COURT:  I am not going to reask any of the -- I am
12   not going to reask a question.  I might ask them to elaborate
13   on certain responses.
14          MR. NOVAK:  Okay.  Just making sure.
15          THE COURT:  All right.  Very good.  We are in recess.
16      (Brief recess.)
17                     *     *     *     *     *
18                            CERTIFICATE
19       I HEREBY CERTIFY that the foregoing is a true and
20   correct excerpt of the transcript of the proceedings had at the
21   hearing of the aforementioned cause on the day and date hereof.
22
     /s/Alexandra Roth                              5/13/2019
23   _____     _____
     Official Court Reporter                        Date
24   U.S. District Court
     Northern District of Illinois
25   Eastern Division
```