# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                                        Case No.: 1:15−cr−00515

                                                                  Honorable John Z. Lee

Albert Rossini, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 22, 2019:

        MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini. Motion hearing held on 5/22/19. The governments response to the motion for a new trial and motion for evidentiary hearing in connection with the motion for a new trial [448] shall be due by 6/14/19; reply due by 7/12/19. Defense counsel should provide an ex−parte motion requesting an investigator by 5/24/19. Motion for hearing [442] and motion to supplement [444] are stricken as moot. Status hearing set for 7/17/19 at 9:30 a.m. Defendant is ordered to appear and be transported by U.S. Marshals Service.Mailed notice (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.