UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 15 CR 515-1 |
| v. | |
| ALBERT ROSSINI | Judge John Z. Lee |

## MOTION FOR EXTENSION

Now comes the UNITED STATES OF AMERICA, by and through its attorney, JOHN R. LAUSCH, JR., and respectfully moves for an extension of time to file its response to the defendant's motion for a new trial, Dkt. 448. In support thereof states as follows:

1.      On June 13, 2018, the defendant was convicted following a jury trial of 14 counts of mail and wire fraud. Dkt. 346. On August 23, 2018, the Court granted the defendant's previous attorneys leave to withdraw and, on September 12, 2018, appointed the defendant's current counsel. Dkt. 372, 380. Following the appointment of new counsel, the Court set a deadline for post-trial motions of January 11, 2019. Dkt. 394. Between then and May 17, 2019, the defendant sought and received several extensions of the time to file post-trial motions. Dkt. 413, 420, 424, 428, 435, 438, 446. On May 17, 2019, the defendant filed the instant motion for a new trial, which raises multiple claims alleging that his previous attorneys were ineffective. Dkt. 448.

1

2. On May 22, 2019, the Court set a further schedule on the defendant's motion permitting the defendant to seek appointment of an investigator by May 24, 2019, and setting the government's response deadline as June 14, 2019.

3. Although the government has been diligently working to prepare its response, the government is seeking additional time in light of the complexity of the case, the voluminous nature of the trial materials, the seriousness of the relief sought by the defendant, the extensions previously granted to the defense, and the recent departure of one of the two attorneys assigned to represent the government in this matter.

4. The government has consulted with defense counsel, Richard Kling, who has no objection to the requested extension.

5. The government believes a modest extension to June 21, 2019, would be sufficient.

      6.      WHEREFORE, the government respectfully requests that the Court grant the motion and reset the date for the government's response to the defendant's motion for a new trial to June 21, 2019.

Respectfully submitted,

ZACHARY T. FARDON
United States Attorney

By:    *s/ Erik Hogstrom*
        ERIK HOGSTROM
        Assistant U.S. Attorney
        219 South Dearborn St., Rm. 500
        Chicago, Illinois 60604
        (312) 697-4073

Dated: June 12, 2019

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was served on June 12, 2019, in accordance with Fed.R.Crim.P. 49, Fed.R.Civ.P. 5, L.R. 5.5, and the General Order on Electronic Case Filing ("ECF") pursuant to the district court's system as to ECF filers.

*s/ Erik Hogstrom*
ERIK HOGSTROM
Assistant U.S. Attorney
219 South Dearborn St., Rm. 500
Chicago, Illinois 60604
(312) 353-8709

1