UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 15 CR 515 |
| v. | ) | |
| | ) | Hon. John Z. Lee |
| ALBERT ROSSINI | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on June 14, 2019, at 9:30 a.m., or as soon thereafter as counsel may be heard, I will appear before the Honorable John Z. Lee in the courtroom usually occupied by him in the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and there present: **GOVERNMENT'S MOTION FOR EXTENSION** in the above-captioned case, at which time and place you may appear if you see fit.

By: *s/ Erik Hogstrom*
ERIK HOGSTROM
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-8709

Dated: June 12, 2019