# EXHIBIT D

FD-302 (Rev. 5-8-10)  -1 of 3-  OFFICIAL RECORD

## FEDERAL BUREAU OF INVESTIGATION

Date of entry  09/11/2014

On September 8, 2014, MEIR ROTSTEIN, telephone number           , was interviewed at his home located at                       . Present for the interview was Special Agent Lyle Evans and Special Agent Jody Blau. After being advised of the identity of the interviewing Agents and the nature of the interview, ROTSTEIN provided the following information:

ROTSTEIN advised that he worked for ALBERT ROSSINI from approximately 2010 through February 2014, performing market analysis on properties that ROSSINI was interested in purchasing. ROTSTEIN stated that ROSSINI and BABAJAN KOHOSHABE are business partners in a real estate company called DEVON STREET INVESTMENTS. ROSSINI paid ROTSTEIN $600 per week for his market analysis services. ROTSTEIN described the his market analysis by stating that he would look up various properties on the MLS and provide ROSSINI with reports detailing the property history and previous sale amounts. ROTSTEIN advised that he still most, if not all, of the market analysis reports that he did for ROSSINI, and stated that he is willing to provide them to the FBI.

ROTSTEIN stated that ROSSINI would show ROTSTEIN a list of properties for sale, for which ROTSTEIN was supposed to perform his market analysis; ROSSINI told ROTSTEIN that the property lists came from a bank. ROTSTEIN said that he recalled property owners sometimes coming to ROSSINI's office offering their properties for sale.

ROTSTEIN explained that his wife lent ROSSINI approximately $16,000; ROTSTEIN's relationship with ROSSINI soured when ROSSINI stopped paying him his weekly wages, and stopped paying back the loan. ROTSTEIN stated that ROSSINI only paid a small portion of the loan back. ROTSTEIN explained that he is still in contact with ROSSINI and has tried to maintain a cordial relationship with ROSSINI in the hope that someday ROSSINI will repay the money owed.

ROTSTEIN originally met ROSSINI approximately 10 years ago, when ROTSTEIN was working as a realtor for PREFERED REALTY, which was operated by RICHIE ZIPERSTEIN. ROTSTEIN is aware that ROSSINI spent some time in

Investigation on  09/08/2014  at  Skokie, Illinois, United States (In Person)

File #  329A-CG-133780 - 101                              Date drafted  09/09/2014

by  SA Jody Blau, EVANS LYLE C SR

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

RPT-BK2_001-000451

FD-302a (Rev. 05-08-10)

329A-CG-133780

Continuation of FD-302 of  Interview of Meir Rotstein ,On  09/08/2014 ,Page  2 of 3

prison for fraud; however, despite the knowledge that ROSSINI had a fraud conviction, ROTSTEIN agreed to work for ROSSINI, because he wanted the money for doing the market analysis work.

ROTSTEIN explained that ROSSINI would often tell ROTSTEIN that various real estate deals had closed, which provided the source of funds to pay ROTSTEIN for his market analysis work. However, ROTSTEIN never actually attended any of the closings, and didn't have any real information indicating that any deals were actually closing, other than ROSSINI's claims.

ROTSTEIN is aware of several investors who have invested money with ROSSINI; for example, ROTSTEIN is aware of some Israeli investors from California who gave money to ROSSINI for the purchase of specific properties. ROTSTEIN explained that those investors were promised that they would receive specific properties, as well as a 20% return per year on their investment. ROTSTEIN stated that property transactions never closed, and the investors never received their money back.

ROTSTEIN advised that FRED KHOSHABE is BABAJAN's brother, and that he is the person who found the aforementioned investor from California.

ROTSTEIN advised that ANTHONY KHOSHABE is BABAJAN's son, and that ANTHONY worked with ROSSINI on some transactions.

ROTSTEIN stated that his son, MALLE ROTSTEIN also worked for ROSSINI for a period of about 3 months doing office paperwork.

ROTSTEIN advised that ROSSINI talked to him about problems that ROSSINI was having with THOMAS MURPHY; ROSSINI told ROTSTEIN that MURPHY was supposed to take investor funds and place them into an escrow account in anticipation of closing on certain properties; however, ROSSINI stated that MURPHY put the funds into MURPHY's personal account and spent the money buying a couple of houses for MURPHY's girlfriend. ROSSINI told ROTSTEIN that he had agreements to purchase the notes from the banks, but that, because of MURPHY, the funds were unavailable for the real estate closings and the closings fell through as a result.

ROTSTEIN stated that LISA ROSEN, telephone number 312-756-9156, is a person who worked with ROSSINI doing short sale work. ROSEN has an office in Niles, Illinois. ROTSTEIN doesn't believe that ROSEN is still doing business with ROSSINI. ROSEN and ROTSTEIN are working on some transactions together.

ROTSTEIN stated that a young woman named ADA LNU also worked for ROSSINI for a time, doing general office work.

FD-302a (Rev. 05-08-10)

329A-CG-133780

Continuation of FD-302 of  Interview of Meir Rotstein  , On  09/08/2014  , Page  3 of 3

    ROTSTEIN stated that PAM SAWYER also did market analysis work for ROSSINI.

    ROTSTEIN stated that he closed one transaction involving ROSSINI; however, ROSSINI's involvement in the transaction was merely a referral.

    ROTSTEIN stated that he also helped sell a property that had belonged to ROSSINI; ROTSTEIN recalled the address to be 4806 South Princeton, however, ROTSTEIN is uncertain if he is remembering the correct address.

    ROTSTEIN stated that HAIM GABI was supposed to obtain, through ROSSINI, a property located at 8343 Kimball, Skokie, Illinois (ROTSTEIN is uncertain if he is recalling the address correctly). ROTSTEIN spoke with GABI, who explained that ROSSINI told GABI that he had an agreement to purchase the note for the property from the lender, and that once ROSSINI obtained the note, ROSSINI would complete the foreclosure process and then the property would belong to GABI. GABI did not receive the property, or his money back.

    ROTSTEIN recalled that angry people frequently came into ROSSINI's office demanding the return of their money.

header info

FD-302 (Rev. 5-8-10)

- 1 of 1 -



**FEDERAL BUREAU OF INVESTIGATION**

Date of entry    06/22/2017

Meir Rotstein, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ was interviewed by telephone regarding contact with Albert Rossini. After being advised of the identities of Special Agents Lyle Evan and Jody Blau, Rotstein provided the following information:

Rotstein disclosed that he was currently in Wisconsin at the Dells tending the a business that he owned and operated called the "Escape Room." Rotstein acknowledged that he is currently involved in a real estate transaction with Rossini. It's Rotstein's understanding that Rossini acquired a property believed to be in the 8400 block of Kolmar in Skokie via a delinquent real estate tax sale. Rotstein agreed to provide the exact address at a later date.

Rotstein advised that Craig LNU a Desplaines, Illinois CPA is partnering with Rossini on the transaction. Rotstein divulged that Craig has invested with Rossini in the past. Rossini told Rotstein that he allowed the occupants to remain in the property with the understanding that the occupants would buy the property back from Rossini. Rotstein advised that Rossini solicited him to list and sell the property.

Rotstein last spoke to Rossini yesterday regarding the transaction. Rossini told Rotstein that he was meeting with an attorney regarding the the transaction. Rossini also told Rotstein that the court approved of the transaction.

Investigation on   06/20/2017   at   Skokie , Illinois, United States (Phone)

File #   329A-CG-133780      Date drafted   06/21/2017

by   EVANS LYLE C SR

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.