# EXHIBIT G

329A-CG-133780 Serial 995

FD-302 (Rev. 5-8-10)

-1 of 1-



**FEDERAL BUREAU OF INVESTIGATION**

Date of entry  11/19/2015

    On 11/9/2015, the writer and TFO Paul Martinez surreptitiously recorded an interview with Richard Kruse at his law office located ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. During the interview, Kruse told investigators that out of respect for his friend Glenn Sieden, he was declining to answer questions without Sieden's involvement. Following the interview, investigators were stopped by Albert Rossini. Rossini was advised that investigators couldn't talk to him. The original recordings are maintained in evidence as 1D198 and 1D199.

Investigation on  11/09/2015  at  Lincolnwood, Illinois, United States (In Person)

File #  329A-CG-133780     Date drafted  11/17/2015

by  EVANS LYLE C SR

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

302_003-001813