UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALBERT ROSSINI | No. 15 CR 515-1<br><br>Judge John Z. Lee |

**UNOPPOSED MOTION FOR LEAVE TO FILE OVERSIZED BRIEF *INSTANTER***

Now comes the UNITED STATES OF AMERICA, by and through its attorney, JOHN R. LAUSCH, JR., and respectfully moves for leave to file an oversized brief, *instanter*. In support thereof states as follows:

1. On June 21, 2019, the government filed its Response to Defendant's Motion for New Trial and Motion for Evidentiary Hearing in Connection with Motion for New Trial.

2. Due to the length of the trial, the complexity of the evidence, and in order to fully respond to the defendant's claim of ineffective assistance of counsel, which requires an analysis of the strength of the evidence presented at trial, the undersigned believed it was necessary to prepare a brief that exceeded the Court's default 15-page limit.

3. The government has consulted with defense counsel, and there is no objection to the government's filing exceeding the page limitation.

4. WHEREFORE, the government respectfully requests that the Court grant the motion to file an oversized brief *instanter*.

                                            Respectfully submitted,

                                            JOHN R. LAUSCH, JR.
                                            United States Attorney

By:   *s/ Erik Hogstrom*
       ERIK HOGSTROM
       Assistant U.S. Attorney
       219 South Dearborn St., Rm. 500
       Chicago, Illinois 60604
       (312) 697-4073

Dated: June 21, 2019

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing was served on June 21, 2019, in accordance with Fed.R.Crim.P. 49, Fed.R.Civ.P. 5, L.R. 5.5, and the General Order on Electronic Case Filing ("ECF") pursuant to the district court's system as to ECF filers.

                                            *s/ Erik Hogstrom*
                                            ERIK HOGSTROM
                                            Assistant U.S. Attorney
                                            219 South Dearborn St., Rm. 500
                                            Chicago, Illinois 60604
                                            (312) 353-8709