**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 15 CR 00515 |
| ) | |
| ALBERT ROSSINI, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## MOTION FOR EXTENSION OF TIME

Albert Rossini, by and through his attorney Richard Kling, requests this Court grant an additional fourteen days to respond to the Government's Reply to Mr. Rossini's Motion for Evidentiary Hearing, in support of which he states:

1. Undersigned counsel was appointed to represent Mr. Rossini in connection with a motion for new trial on or about September 19, 2018.

2. Since his appointment, undersigned counsel has spent in excess of 100 hours reading and abstracting literally thousands of pages of materials including all of the original discovery, the transcript of the trial, and hundreds of pages of materials provided by Mr. Rossini to counsel. Additionally, counsel has had numerous personal meetings with Mr. Rossini at the Metropolitan Correctional Center, and dozens of email conversations through the CorrLinks Internet app.

3. Additionally, both before and after the motion for new trial was filed, undersigned counsel and a private investigator spent considerable time seeking witnesses to supply affidavits in support of the defendant's allegations in his motion.

4. Undersigned counsel, or about April 17, 2019, filed the defendant's Motion for

New Trial and Evidentiary Hearing.

5. On June 21, 2019, the Government filed a 35-page reply to the defendant's motion, attached to which were 111 pages of exhibits.

6. The defendant's response to the Government's reply is due on July 12, 2019, and the matter is set for status before this Court on July 17.

7. Undersigned counsel requires an additional 14 days from July 12, or until July 26, 2019 to file his responsive pleadings for two reasons: a) to fully and adequately respond to the Government's responsive pleading to Mr. Rossini's Motion for New Trial; and b) because of considerable differences between Mr. Rossini and undersigned counsel as to how the matter should proceed, and what should or should not be included and/or argued by counsel in Mr. Rossini's response to the Government's reply. Those differences must be resolved in personal conversations between Mr. Rossini and undersigned counsel before anything more can or will be filed by undersigned counsel, which because of counsel's schedule and Mr. Rossini's incarceration will take some time to resolve.

WHEREFORE, Albert Rossini requests this Court grant an additional fourteen days to respond to the Government's Reply to Mr. Rossini's Motion for Evidentiary Hearing.

                                                       Respectfully submitted:

                                                       s/Richard S. Kling
                                                       Attorney for Defendant

Richard S. Kling
Law Offices at Chicago-Kent College of Law
565 West Adams Street, Suite 600
Chicago, IL 60661-3691
(312) 906-5075
rkling@kentlaw.iit.edu

## CERTIFICATE OF SERVICE

The undersigned, Richard S. Kling, an attorney, hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, L.R. 5.5, and the General Order on Electronic Case Filing (ECF), the following document:

## MOTION FOR EXTENSION OF TIME

was served pursuant to the district court's ECF system as to ECF filings, if any, and was sent by first-class mail/hand delivery on July 10, 2019, to counsel/parties that are non-ECF filers.

By: /s/ *Richard S. Kling*
RICHARD S. KLING
Chicago-Kent College of Law
565 West Adams Street, Suite 600
Chicago, Illinois 60661
(312) 906-5075
rkling@kentlaw.edu