UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| **v.** ) | **15 CR 00515** |
| ) | |
| **ALBERT ROSSINI,** ) | |
| ) | |
|     **Defendant.** ) | |
| ) | |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Richard Kling, counsel for Mr. Rossini, requests leave to withdraw as counsel, in support of which he states:

1. Undersigned counsel has represented Mr. Rossini since being appointed under the Criminal Justice Act in September 2018.

2. As previously indicated in other motions and pleadings filed with this court, counsel has spent considerable time in representing Mr. Rossini.

3. This morning, in the course of discussions with Mr. Rossini at the Metropolitan Correctional Center, it became clear that there is an irreconcilable conflict in continuing to represent Mr. Rossini and in fact, Mr. Rossini indicated in no uncertain terms that he no longer wants me to continue to represent him.

WHEREFORE, undersigned counsel respectfully requests leave to withdraw from further representation of Mr. Rossini in the instant matter.

Respectfully submitted:

s/Richard S. Kling
Attorney for Defendant

Richard S. Kling
Law Offices at Chicago-Kent College of Law
565 West Adams Street, Suite 600
Chicago, IL 60661-3691
(312) 906-5075
rkling@kentlaw.iit.edu

## CERTIFICATE OF SERVICE

The undersigned, Richard S. Kling, an attorney, hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, L.R. 5.5, and the General Order on Electronic Case Filing (ECF), the following document:

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

was served pursuant to the district court's ECF system as to ECF filings, if any, and was sent by first-class mail/hand delivery on July 11, 2019, to counsel/parties that are non-ECF filers.

By: /s/ *Richard S. Kling*
RICHARD S. KLING
Chicago-Kent College of Law
565 West Adams Street, Suite 600
Chicago, Illinois 60661
(312) 906-5075
rkling@kentlaw.edu