UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BABAJAN KHOSHABE and<br>ANTHONY KHOSHABE | Case No. 15 CR 515<br><br>Honorable John Z. Lee |

## APPEARANCE OF COUNSEL

Please take notice that Assistant United States Attorney John D. Mitchell is assigned to this case.

Respectfully Submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By: */s/ John D. Mitchell*
JOHN D. MITCHELL
Assistant United States Attorney
219 S. Dearborn St., 5th Floor
Chicago, Illinois 60604
(312) 353-5159

Dated: July 12, 2019