# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

UNITED STATES OF AMERICA

                                Plaintiff,

v.                                                       Case No.: 1:15−cr−00515
                                                      Honorable John Z. Lee

Albert Rossini, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 17, 2019:

      MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini. Status and motion hearing held on 7/17/19. Defendan'ts motion to withdraw as counsel [467] [468] is granted in part. Mr. Kling will continue in this case as stand−by counsel for Mr. Rossini. Mr. Rossini is granted leave to file a pro se reply in support of his motion for a new trial and motion for evidentiary hearing [448]; it shall be due by 8/16/19. Status hearing set for 10/17/19 at 9:30 a.m. Defendant is ordered to appear and be transported by U.S. Marshals Service. Mailed notice (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.