UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
AUG 14 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA,

v.

Case No. 15-CR-515-1
Hon. John Z. Lee

ALBERT ROSSINI,
       Defendant.

## MOTION FOR ADDITIONAL TIME TO FILE DEFENDANT'S REPLY

Defendant Albert Rossini, Pro Se, requests an additional 14 days until August 31, 2019 to file his Reply brief to the government's Response to Defendant's Motion for New Trial. In support thereof, Defendant states as follows.

1. Defendant is detained at the Chicago MCC and has three hours of law library visitation on Monday mornings and three hours of law library visitation on Tuesday afternoons. All copies must be made at the Law Library copy machine. Copies can only be made through use of a "debit" card purchased by the inmate upon Commissary Day, which for Defendant is on Wednesdays. An inmate may purchase one debit card per week. An inmate may purchase one book of stamps per week.

2. An inmate may also ask his counselor for copies. Defendant's counselor will be on vacation for an additional 10 days; however, even when in attendance, the possibility of obtaining copies in this manner is minimal for a pretrial inmate. The reasoning is Orwellian at best.

3. Defendant is completing his Reply brief by August 12, 2019;

-1-

however, he needs at least until August 20, 2019 to make sufficient copies to send to the Court, the United States Attorney, the Clerk and his standby counsel. The copies include the brief, the witness statements, exhibits, including, but not limited to emails and accounting documentation.

4. Therefore, due to the difficulties timewise of completing this assignment while detained at the Chicago MCC, Defendant requests until August 31, 2019 to submit the Reply brief and accompanying documentation.

5. Defendant also requests the Court mail him copies of the Order and all future orders since he is otherwise unable to obtain them in a timely manner.

Respectfully submitted,

Albert Rossini
Defendant Pro Se
Fed. Reg. No. 08043-424
Metropolitan Correctional Center
71 West Van Buren Street
Chicago, Illinois 60605

CERTIFICATE OF SERVICE

On August 7, 2019, I deposited this Motion For Additional Time to File the Reply Brief, with the Chicago MCC Legal Mail System by handing the envelope addressed to Hon. John Z. Lee, with the Legal Mail Corrections Officer, first class postage prepaid. This is mailed to Judge John Lee since the possibility of making copies is nonexistent at this time.

Respcefully submitted,

Albert Rossini

ALBERT ROSSINI
#08043-424
METROPOLITAN CORRECTIONAL CENTER
71 WEST VAN BUREN STREET
Chicago, IL 60605

2019 AUG 14  AM 8:24

LEGAL MAIL
PRISONER CORRESPONDENCE

08/14/2019-3

HON. JOHN Z. LEE
U.S. DISTRICT COURT
U.S. COURTHOUSE
219 SOUTH DEARBORN ST.
Chicago, IL 60604