

Albert Rossini
Defendant Pro Se
Fed. Reg. No. 08043-424
Metropolitan Correctional Center
71 West Van Buren Street
Chicago, Illinois 60605

FILED

AUG 14 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

August 7, 2019

Hon. John Z. Lee
United States District Court
U.S. Courthouse
219 South Dearborn Street
Chicago, Illinois 60604

Re:   United States v. Rossini, 15-CR-515-1

Dear Judge Lee,

   Due to complications at the Chicago MCC as to law library time at which I may make copies of legal documents, motions, and related case information, I am requesting an additional 14-days or until August 31, 2019, to file my Reply Brief to the government's response to my Motion for New Trial.

   In addition, I need to purchase debit cards (containing 50 copies each) for copying purposes in the library. We are limited to the purchase of one card per week and one book of stamps per week. Therefore, my 14 day extension is for the above reasons.

   I cannot send a copy of this letter to the United States Attorney since I can only attend law library on Monday and Tuesday each week. Otherwise, copies can be made by the floor counselor, if she is so inclined; however, at this time she is on a two-week vacation and will not return for another week.

   Please respond to me at the Chicago Metropolitan Correctional Center, 71 West Van Buren Street, Chicago, Illinois 60605, since I have no other way of obtaining court orders.

   Thank you in advance for your consideration.

Respectfully submitted,

*Albert Rossini*
Albert Rossini
Defendant Pro Se
Fed. Reg. No. 08043-424

Albert ROSSINI
#08043-424
Metropolitan Correctional Center
71 West Van Buren Street
Chicago, IL 60605



Legal Mail
Prisoner Correspondence

2019 AUG 14 AM 8:24

Hon. John Z. Lee
U.S. District Court
U.S. Courthouse
219 South Dearborn St.
Chicago, IL 60604



08/14/2019-3

60604-180099