# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

UNITED STATES OF AMERICA

                    Plaintiff,

v.

Albert Rossini, et al.

                    Defendant.

Case No.: 1:15−cr−00515
Honorable John Z. Lee

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 15, 2019:

    MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini. Defendant's motion for extension of time [473] is granted. Defendant's reply in support of his motion for new trial shall be due on or before 8/31/19. The Clerk is directed to mail a copy of this order to Albert Rossini, No. 08043−424, Metropolitan Correctional Center, 71 W. Van Buren St., Chicago IL 60605. Mailed notice (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.