UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

AUG 2 9 2019 

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA,

v.

Case No. 15-CR-515-1
HON. JOHN Z. LEE

ALBERT ROSSINI,
                Defendant.

## MOTION TO EXPAND REPLY BEYOND 15-PAGES

NOW COMES Defendant Albert Rossini, Pro Se, and respectfully requests this Honorable Court allow his Reply to the Government's Response to a Motion for New Trial to exceed 15-pages.  In support thereof, Defendant states as follows:

1.   The factual underpinnings of this Motion for New Trial and Reply to the Government's Response are complex and necessarily detailed; therefore, the length of the accompanying Reply exceeds 15-pages.

2.   Defendant is detained at the Chicago Metropolitan Correctional Center with limited law library access and copying time, limited access to purchasing of supplies and legal mail system.  Defendant asks the Court's indulgence for any procedural errors on his behalf.

WHEREFORE, Defendant Rossini respectfully requests this Court allow him to submit a Reply to the Government in excess of 15-pages in length.

Respectfully submitted,

Albert Rossini
Defendant Pro Se
Fed. Reg. No. 08043-424
Metropolitan Correctional Center
71 West Van Buren Street
Chicago, IL 60605

CERTIFICATION

On August 19, 2019, I mailed the enclosed Motion to Expand
Reply Beyond 15-Pages to the U.S. Court Clerk, Hon. John Z. Lee,
and the U.S. Attorney, all at 219 South Dearborn Street, Chicago,
Illinois 60604, by placing it with the MCC Legal Mail System, first
class postage prepaid.

Respectfully,

Albert Rossini
Fed. Reg. No. 08043-424
Metropolitan Correctional Center
71 West Van Buren Street
Chicago, Illinois 60605

ALBERT ROSSINI #08043-424
METROPOLITAN CORRECTIONAL CENTER
71 WEST VAN BUREN STREET
CHICAGO, IL. 60605

08/29/2019-25

LEGAL MAIL

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

RECEIVED
AUG 29 2019

HON. JOHN Z. LEE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
COURTROOM 1225
CHICAGO, ILLINOIS 60604



EXPECTED DELIVERY DAY: 08/28/19
USPS TRACKING NUMBER

9505 5119 1126 9239 2327 93



U.S. POSTAGE PAID
PM 1-Day
CHICAGO, IL
60604
AUG 27, 19
AMOUNT

$0.00

1024          60604          R2305K141159-17



PRIORITY MAIL
TRACKED
INSURED
UNITED STATES POSTAL SERVICE

METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN STREET
CHICAGO, IL 60605

08-27-2019

The enclosed letter was processed through special mailing procedures for forwarding to you. This letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.