UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BABAJAN KHOSHABE and<br>ANTHONY KHOSHABE | No. 15 CR 515<br><br>Judge John Z. Lee |

## NOTICE OF MOTION

TO:  Defense Counsel of Record

PLEASE TAKE NOTICE that on September 26, 2019 at 9:30 a.m., I will appear before the Honorable John Z. Lee, in the courtroom usually occupied by him in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present the **GOVERNMENT'S UNOPPOSED MOTION TO MODIFY BRIEFING SCHEDULE FOR THE PARTIES' MOTIONS *IN LIMINE*** in the above-captioned case, at which time and place you may appear if you see fit.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By:  /s/ *John D. Mitchell*
JOHN D. MITCHELL
Assistant United States Attorney
219 S. Dearborn, 5th Floor
Chicago, Illinois 60603
(312) 353-5300

Dated: September 24, 2019