Albert Rossini, 08043-424
Metropolitan Correctional Center
71 West Van Buren Street
Chicago, Illinois 60605

October 10, 2019

Hon. John Z. Lee
United States District Court
219 South Dearborn Street
Room 1225
Chicago, Illinois 60604

FILED
OCT 15 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Re:   United States v. Rossini   15 CR 515-1

Dear Judge Lee,

   It is my understanding that the trial of Babajan Khoshabe, a co-defendant, is scheduled to begin on November 4, 2019. As a pro se defendant, I request that you allow me to attend the trial and order the U.S. Marshal Service to transport me to your court room during the term of the trial. At a minimum, I request that you allow me to be present to view the testimony and cross-examination of any witnesses that were called to testify at my trial in June 2018.

   This would include, Thomas W. Murphy, Ashoor Pithyou, Nastoris Moshi, Robert Badalian, Vladimir Moghaddasi, Forensic Accountant Sandi Prescott, Adis Alic, Kathy Khodi, and if called, Janet Khoshaba and Fereidoon Khoshabe. The testimony and cross-examination of Thomas W. Murphy would be especially important to my case.

   Thank you in advance for your consideration. I am sending a copy of this letter to the United States Attorney, 219 South Dearborn Street, Chicago, Illinois 60604 as well as Richard Kling, Esq., and Clerk of the United States District Court.

Respectfully submitted,

Albert Rossini
Defendant Pro Se

ALBERT ROSSINI
08043-424
METROPOLITAN CORRECTIONAL CENTER
71 WEST VAN BUREN ST.
Chicago, IL. 60605

2019 OCT 15 AM 8:37

HON. JOHN Z. LEE,
U.S. DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN ST.
Chicago, Illinois 60604

Illinois1818



10/15/2019-48