# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

UNITED STATES OF AMERICA

                                      Plaintiff,

v.                                                                      Case No.: 1:15−cr−00515

                                                                         Honorable John Z. Lee

Albert Rossini, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 17, 2019:

      MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. In this letter, Mr. Rossini requests to attend, and be transported to, the trial of Anthony and Babajan Khoshabe. This request is denied. Mailed notice (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.