## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

UNITED STATES OF AMERICA

                                  Plaintiff,

v.                                                              Case No.: 1:15−cr−00515
                                                                    Honorable John Z. Lee

Albert Rossini, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 29, 2019:

      MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. The Court has received Albert Rossini's letter requesting "that all correspondence from the Court be directed to [him]" at the time it is filed electronically. Previously, the Court appointed Richard Kling as stand−by counsel in this case, and Mr. Kling currently is receiving ECF notifications of filings. Accordingly, the Court directs Mr. Kling to send a copy of any future filings to Mr. Rossini. To the extent that Mr. Rossini seeks copies of prior filings, he should request them from Mr. Kling. Mailed notice (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.