Albert Rossini
Fed. Reg. No. 08043-424
Metropolitan Correctional Center
71 West Van Buren Street
Chicago, Illinois 60605

October 22, 2019

**FILED**
OCT 28 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Hon. John Z. Lee
United States District Court
219 South Dearborn Street
Chicago, Illinois 60604

Copies to: Clerk of the District Court
United States District Court
For the Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

United States Attorney
219 South Dearborn Street
5th Floor
Chicago, Illinois 60604

Richard Kling, Esq.
Chicago Kent Law Offices
565 West Adams Street
Chicago, Illinois 60661

Re: United States v. Albert Rossini, 15-CR-515-1

Dear Judge Lee:

    As a pro se defendant, I should be receiving all communications in this case including, but not limited to, Court orders, motions, and Court appearance dates. I have received none of these. Also, I have not received any discovery in my case. I have not seen any discovery since the disqualification and withdrawal of Seiden Netzky Law Group, although I did often ask attorneys Adams and Frankel for copies. I have not seen a transcript fo my trial. This prejudices my defense.

    Also, I have not heard whether I may use the services of an investigator paid for by the Court. I am uncertain as to why the Court date of October 17, 2019 was canceled and continued to November 14, 2019. I had to request this information from the MCC Attorney, and I would rather not ask my jailer when I should expect to go to Court.

    Therefore Your Honor, I request that all correspondence from the Court be directed to me at the same time that it is sent to the United States Attorney, or placed in the Pacer system. In an effort to receive information, I have sent Clerk Acevedo a Corrlinks email address to be able to update me on the above.

Respectfully submitted,

*Albert Rossini*

Albert Rossini
Defendant Pro Se

ALBERT ROSSINI
#08043-424
METROPOLITAN CORRECTIONAL CENTER
71 WEST VAN BUREN STREET
Chicago, IL 60605



S SUBURBAN IL 604

23 OCT 2019 PM 5 L

2019 OCT 28 AM 8:08

LEGAL MAIL

Clerk of the District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, IL. 60604

10/28/2019-9

60604-189423

METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN STREET
CHICAGO, IL 60605

The enclosed letter was processed through special mailing procedures for forwarding to you. This letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the materiel for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

Date: 10-23-2019