

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



FILED

FEB 14 2020

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA,
        Plaintiff/Appellee,

v.

ALBERT ROSSINI,
        Defendant/Appellant.

15 CR 515-1

HON. JOHN Z. LEE
TRIAL JUDGE

NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Albert Rossini, Defendant above named, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the denial of a motion for new trial by the District Court, order filed by the District Court on January 28, 2020.

Respectfully submitted,

*Albert Rossini*

Albert Rossini
Defendant, Pro Se
Fed. Reg. No. 08043-424
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago, IL 60605

CERTIFICATE OF SERVICE

I declare under penalty of perjury that this Notice of Appeal of the Order Denying a New Trial pursuant to Fed.R.Crim.P. 33, was deposited in the Chicago Metropolitan Correctional Center Legal Mail System, first class postage prepaid, on February 7, 2020.

Service List:

Clerk of the U.S. District Court
For the Northern District of Illinois
219 S. Dearborn St.
Chicago, IL 60604

Clerk of the U. S. Court of Appeals
For the Seventh Circuit
(Courtesy Copy)
219 S. Dearborn St.
Chicago, IL 60604

United States Attorney
For the Northern District of Illinois
219 S. Dearborn St.
Chicago, IL 60604


Respectfully submitted,

*[signature]*

Albert Rossini
Defendant Pro Se
Fed. Reg. No. 08043-424
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago, IL 60605

Albert Rossini, #08043-424
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago, IL 60605




Court Clerk
United States District Court
For the Northern District of Illinois
219 S. Dearborn Street
Chicago, Illinois 60604

LEGAL MAIL

PRISONER CORRESPONDENCE



02/14/2020-10

METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN STREET
CHICAGO, IL 60605

The enclosed letter was processed through special mailing procedures for forwarding to you. This letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the materiel for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.≅

Date: 02-11-2020