UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
FEB 14 2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA,
        Plaintiff,

v.

ALBERT ROSSINI,
        Defendant.

Case No. 15 CR 515-1
HON. JOHN Z. LEE

## MOTION TO STAY SENTENCING HEARING

    NOW COMES THE DEFENDANT, Albert Rossini Pro Se, and respectfully requests that the Court stay his sentencing hearing during the pendency of appeal from the Court's denial of his motion for new trial. See Federal Rules of Criminal Procedure, Rule 38.

Respectfully submitted,

/s/ Albert Rossini

Albert Rossini
Defendant Pro Se
Fed. Reg. No. 08043-424
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago, IL 60605

CERTIFICATE OF SERVICE

I declare under penalty of perjury that this Motion to Stay Sentence Hearing pursuant to Fed.R.Crim.P. 38, was deposited in the Chicago Metropolitan Correctional Center Legal Mail System, first class postage prepaid, on February 7, 2020.

Service List:

Clerk of the U.S. District Court
For the Northern District of Illinois
219 S. Dearborn St.
Chicago, IL 60604

Clerk of the U.S. Court of Appeals
For the Seventh Circuit
(Courtesy Copy)
219 S. Dearborn St.
Chicago, IL 60604

United States Attorney
For the Northern District of Illinois
219 S. Dearborn St.
Chicago, IL 60604


Respectfully submitted,

*/s/ Albert Rossini*

Albert Rossini
Defendant Pro Se
Fed. Reg. No. 08043-424
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago, IL 60605

Albert Rossini, #08043-424
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago, IL 60605



Court Clerk
United States District Court
For the Northern District of Illinois
219 S. Dearborn Street
Chicago, Illinois 60604

LEGAL MAIL

PRISONER CORRESPONDENCE



02/14/2020-10

METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN STREET
CHICAGO, IL 60605

The enclosed letter was processed through special mailing procedures for forwarding to you. This letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the materiel for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.≅

Date: 02-11-2020