

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



FILED
FEB 14 2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA,
        Plaintiff,

v.

ALBERT ROSSINI,
        Defendant.

Case No. 15 CR 515-1
HON. JOHN Z. LEE

MOTION AND MEMORANDUM TO STAY SENTENCE
AND PERMISSION TO FILE APPEAL PRIOR TO SENTENCING

    Please take Notice that upon the indictment filed and on all of the pleadings and proceedings had herein, Defendant Albert Rossini, pro se ("Rossini"), files this motion to stay sentencing, Rossini requests permission to appeal the District Court's order of January 28, 2020, denying Defendant's motion for New Trial. This request for stay of sentencing hearing and Notice of Appeal is filed within 14 days of the District Court's order denying a motion for New Trial pursuant to Fed.R.Crim.P. 33. In support thereof, Defendant states the following.

    I.   Defendant Rossini's trial attorneys, Joshua Adams and Scott Frankel, provided both ineffective assistance and inadequate representation at the pretrial and trial phase of the proceedings. Trial counsels did not comprehend a theory of the case, nor had they prepared a defense. At trial, defense counsels presented no defense and failed to adequately impeach government witnesses. Defendant's trial attorneys did not spend meaningful time with Defendant, in fact, they spent almost no time preparing with the Defendant. Defendant's

-1-

trial counsels did not interview any defense witnesses provided to them by the Defendant. Please see United States v. Simpson, 864 F.3d 830 (7th Cir. 2017); Raygoza v. Hulick, 474 F.3d 958 (7th Cir. 2007); Campbell v. Reardon, 780 F. 3d 752 (7th Cir. 2015); Stanley v. Bartley, 465 F. 3d 810 (7th Cir. 2006); Mosely v. Atchison, 689 F.3d 838 (7th Cir. 2012); Harrington v. Richter, 562 U.S. 86 (2011); and Strickland v. Washington, 466 U.S. 688 (1984).

II.   The District Court violated Defendant Rossini's Fifth Amendment right to due process and Sixth right to counsel by (i) disqualifying retained attorneys Seiden Netzky Law Group, LLC, and (ii) by refusing to postpone the trial on June 4, 2018, and not appointing alternative counsel to represent the Defendant. The denial of a continuance and appointment of counsel to replace Defendant's unprepared court appointed attorneys, Adams and Frankel, deprived the Defendant of a fair trial.

Defendant's reasons for requesting a trial continuance and replacement of his trial counsels were compelling, and the Court's insistence on proceeding to trial June 4, 2018 in the face of a valid request for a continuance was not appropriate and violated the Defendant's Fifth and Sixth Amendment rights to due process and effective assistance of counsel. See United States v. Farr, 297 F.3d 651, 655 (7th Cir. 2002); United States v. Reynolds, 189 F.3d 521, 527 (7th Cir. 1999); United States v. Williams, 576 F.3d 385, 388 (7th Cir. 2009).

The maneuverings with Defendant's motions, including that for a New Trial, denying Defendant the use of an investigator while he has been detained in order to obtain additional affidavits in support of

-2-

his defense, disqualification of Seiden Netzky Law Group as his trial counsels and appointing Adams and Frankel, denial of trial continuance and forcing Defendant to be represented by ineffective and inadequate counsels, together with a denial of evidentiary hearing, amounted to hindering by the Court of Rossini's defenses. The Defendant was substantially prejudiced and deprived of a fair trial due to the trial Court's rulings. This was an abuse of discretion by the Court.

## CONCLUSION

For all the reasons stated above, Albert Rossini moves this Honorable Court to grant Defendant permission to appeal the denial of his motion for a new trial and to stay the sentencing hearing until the appeal is decided.

Respectfully submitted,

*/s/ Albert Rossini*

Albert Rossini
Defendant Pro Se
Fed. Reg. No. 08043-424
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago, IL 60605

CERTIFICATE OF SERVICE

I declare under penalty of perjury that this Motion And Memorandum To Stay Sentence And Permission To File Appeal Prior To Sentencing was deposited in teh Chicago Metropolitan Correctional Center Legal System, first class postage prepaid, on February 7, 2020.

Service List:

Clerk of the U.S. District Court
For the Northern District of Illinois
219 S. Dearborn St.
Chicago, IL 60604

Clerk of the U.S. Court of Appeals
For the Seventh Circuit
(Courtesy Copy)
219 S. Dearborn St.
Chicago, IL 60604

United States Attorney
For the Northern District of Illinois
219 S. Dearborn St.
Chicago, IL 60604


Respectfully submitted,

*/s/ Albert Rossini*

Albert Rossini
Defendant Pro Se
Fed. Reg. No. 08043-424
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago, IL 60605

Albert Rossini, #08043-424
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago, IL 60605

Court Clerk
United States District Court
For the Northern District of Illinois
219 S. Dearborn Street
Chicago, Illinois 60604

LEGAL MAIL

PRISONER CORRESPONDENCE



02/14/2020-10

METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN STREET
CHICAGO, IL 60605

The enclosed letter was processed through special mailing procedures for forwarding to you. This letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the materiel for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.≅

Date: 02-11-2020