

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

FEB 1 4 2020

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA,
          Plaintiff/Appellee,

      v.

ALBERT ROSSINI,
          Defendant/Appellant.

15 CR 515-1

HON. JOHN Z. LEE
TRIAL JUDGE

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Albert Rossini, Defendant above named, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the denial of a motion for new trial by the District Court, order filed by the District Court on January 28, 2020.

Respectfully submitted,

*Albert Rossini*

Albert Rossini
Defendant, Pro Se
Fed. Reg. No. 08043-424
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago, IL 60605

<u>CERTIFICATE OF SERVICE</u>

I declare under penalty of perjury that this Notice of Appeal of the Order Denying a New Trial pursuant to Fed.R.Crim.P. 33, was deposited in the Chicago Metropolitan Correctional Center Legal Mail System, first class postage prepaid, on February ___7___, 2020.

Service List:

Clerk of the U.S. District Court
For the Northern District of Illinois
219 S. Dearborn St.
Chicago, IL 60604

Clerk of the U. S. Court of Appeals
For the Seventh Circuit
(Courtesy Copy)
219 S. Dearborn St.
Chicago, IL 60604

United States Attorney
For the Northern District of Illinois
219 S. Dearborn St.
Chicago, IL 60604

Respectfully submitted,

Albert Rossini
Defendant Pro Se
Fed. Reg. No. 08043-424
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago, IL 60605

Albert Rossini, #08043-424
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago, IL 60605



Court Clerk
United States District Court
For the Northern District of Illinois
219 S. Dearborn Street
Chicago, Illinois 60604

<u>LEGAL MAIL</u>

<u>PRISONER CORRESPONDENCE</u>



02/14/2020-10

808043180O C005

METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN STREET
CHICAGO, IL 60605

The enclosed letter was processed through special mailing procedures for forwarding to you. This letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the materiel for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

Date: 02-11-2020

## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

UNITED STATES OF AMERICA

                    Plaintiff,

v.                                         Case No.: 1:15−cr−00515

                                         Honorable John Z. Lee

Albert Rossini, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 28, 2020:

     MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. For the reasons stated in the memorandum opinion and order, Rossini's motion for a new trial and request for an evidentiary hearing with respect to that motion 448, and his ex parte motion for a court−appointed investigator 492 493, are denied. [For further details see memorandum opinion and order]. Mailed notice (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ SHEILA MOORE
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
February 18, 2020

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ SHEILA MOORE
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
February 18, 2020

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Case No. 15 CR 515-1** |
| **v.** ) | |
| ) | **Judge John Z. Lee** |
| **ALBERT ROSSINI,** ) | |
| ) | |
| **Defendant.** ) | |

## MEMORANDUM OPINION AND ORDER

A jury convicted Albert Rossini of multiple counts of mail fraud and wire fraud. Rossini now requests that this Court grant him a new trial as well as an evidentiary hearing with respect to that request [448]. Rossini also has filed an *ex parte* motion for a court-appointed investigator [492] [493]. For the reasons stated herein, these motions are denied.

## Background

In August 2015, a grand jury returned an indictment against Rossini and others alleging the operation of a Ponzi scheme that defrauded investors of millions of dollars and charging numerous counts of mail fraud and wire fraud in violation of 18 U.S.C. §§ 1341 and 1343. ECF No. 1. In June 2018, trial was held as to Rossini, who was represented by attorneys Joshua Adams and Scott Frankel.

## I.   The Evidence at Trial

The government presented extensive evidence at trial regarding Rossini's involvement in the creation and operation of a scheme to defraud numerous

investors. First, the jury heard testimony from nine individual investors and received the testimony of a tenth by stipulation. *See* Trial Tr., ECF Nos. 354–59, at 19–90, 131–74, 205–62, 282–99, 306–54, 365–91, 397–431, 466–536, 745–95, 863–64. These investors testified that they gave Rossini money in return for the acquisition of mortgage notes for Chicago-area apartment buildings in or near foreclosure. Rossini had told some of these investors that he already possessed the notes, *see, e.g.*, *id.* at 755, 777–78, while telling others he would use their money to obtain them, *see, e.g.*, *id.* at 27, 36.

Rossini stated to the investors that he or his company—Devon Street Investments—would complete the foreclosure process for the properties, at which point the investors would obtain the titles to the properties. *See, e.g.*, *id.* at 215, 290, 315–16, 378–79, 401–02, 754–55. In the meantime, Rossini said, he and/or his partners would collect rents from the tenants at the buildings and forward the funds to the investors. *See, e.g.*, *id.* at 41–43; 155–57, 215, 286, 290, 317, 378–79, 401, 754–55. He also promised the investors that he would refund their money in the event he was unable to obtain title to the properties. *See, e.g.*, *id.* at 27, 37, 291, 402. Each investor received a "Guaranty Agreement" from Rossini that documented these representations. *See, e.g.*, *id.* at 36–37; 144–45, 290, 321–22, 475–76, 757.

Although the investors typically would receive the rental payments from Rossini for a year or so, the payments became irregular and eventually ceased altogether without any satisfactory explanation. *See, e.g.*, *id.* at 67–70; 158–60, 256, 295–99, 384–91, 425–431, 760–62. And although Rossini had promised the

investors that he would refund their investments, he failed to do so for all but one investor. *See id.* at 348–54. Moreover, only two of the investors ever received the titles to any of the properties. *See* Gov. Ex. Chart 1, ECF No. 462-3, at 9.

The jury also received many exhibits in evidence. For example, property records from the Cook County Record of Deeds showed that, at the time Rossini took each of the investors' funds, he had no recorded interest in any of the mortgage notes for which he was soliciting investment money, and that he never obtained an interest in any of those mortgage notes afterwards. *See generally* Gov. Ex. Chart 1 at 9. Rossini eventually did obtain titles to six of the fifty-seven properties in question, but he directly purchased them following pressure from investors, rather than acquiring them through foreclosure as he had claimed.

The documentary evidence presented to the jury also included various written communications Rossini sent to investors in which he made false statements about the properties in question. For instance, despite lacking an actual interest in any of the properties or any involvement in their management, Rossini sent fact sheets to the investors for each property claiming to detail the rental status of all the units in each building and the rental income the investor would receive. *See, e.g.*, Gov. Ex. AmPithyou 5, ECF No. 462-3, at 2; Gov. Ex. Badalian 1, ECF No. 462-3, at 4; Gov. Ex. Younan 1, ECF No. 462-3, at 44. And although Rossini had no recorded interests in any of the mortgage notes, Rossini gave each investor a "Guaranty Agreement" stating that he had obtained "written assignments of the right to acquire . . . the existing notes and mortgages from the

lender." *See* Gov. Ex. Badalian 3, ECF No. 462-3, at 8; Gov. Ex. Younan 3, ECF No. 462-3, at 45. Through documents such as these, the jury learned of many instances in which Rossini made significant misstatements to investors about material matters, such as the foreclosure status of the properties or negotiations he said he was having with property owners. *See, e.g.*, Gov. Ex. Younan Transcript, ECF No. 462-3, at 25, 29, 41; Gov. Ex. Younan 10, ECF No. 462-3, at 47; Gov. Ex. Moghaddasi 17, ECF No. 462-3, at 10–22.

In addition to the testimony from investors and the documentary evidence, the jury heard testimony from Thomas Murphy, a co-schemer who had pleaded guilty to his involvement in the fraud. Murphy testified that, in 2011, he was an attorney who performed several services for Rossini in connection with the investment program, including incorporating business entities, Trial Tr. at 573–75, drafting documents Rossini could give investors, *id.* at 600–03, and receiving and dispersing the investors' funds at Rossini's direction, *id.* at 577, 582–84, 586–90, 596. Murphy added that Rossini sued him in 2013, claiming that Murphy had purloined investors' funds, only to confide in him later that the lawsuit was a sham designed to placate complaining investors. *Id.* at 645–48. Murphy also testified that, after Rossini filed the sham lawsuit, Rossini secretly worked with Murphy to receive and disperse over $800,000 in additional funds from a specific investor. *Id.* at 652–57.

Finally, the jury received bank and currency exchange records and heard testimony from FBI forensic accountant Sandra Prescott, who performed a

comprehensive financial analysis of the evidence.  This evidence revealed that, in total, investors gave Rossini more than $7 million.  Trial Tr. at 821.  Although investors received back approximately $2.5 million in so-called "rent" payments, there was no rental income coming into any of the relevant accounts; the money paid to investors was simply their own funds being paid back to them.  *Id.* at 823.  Moreover, while investors lost approximately $5 million, Rossini made at least $2.55 million from the scheme, of which Rossini transacted approximately $2 million at currency exchanges.  *Id.* at 828; Gov. Ex PC Currency Exchange, ECF No. 462-3 at 23.  Of the $7 million paid by investors, the evidence showed that Rossini used only approximately $200,000 toward the acquisition of real estate.  Trial Tr. at 824.

On June 14, 2018, a jury found Rossini guilty of all fourteen counts listed in the indictment.  ECF Nos. 345 and 346.

## II.    Rossini's Subsequent Motions

On August 23, 2018, attorneys Joshua Adams and Scott Frankel were granted leave to withdraw as counsel for Rossini.  ECF No. 372.  On September 12, 2018, the Court appointed Richard Kling as Rossini's counsel, ECF No. 386, and, several months later, Rossini filed the instant motion for new trial alleging that Adams and Frankel had provided him with ineffective assistance of counsel, ECF No. 448.  Rossini also seeks an evidentiary hearing in connection with his motion for a new trial.  *Id.*  Moreover, though the Court in December 2018 granted Rossini's *ex parte* motion for funds under the Criminal Justice Act for an investigator in

relation to his motion for a new trial, *see* ECF No. 400; ECF No. 411, he seeks approval to retain yet another investigator. *See* ECF Nos. 492, 493.

<div align="center">

## Analysis

</div>

## I. Rossini's motion for a new trial.

Rossini moves for a new trial, pursuant to Federal Rule of Criminal Procedure 33, claiming that he was denied effective assistance of counsel as promised by the Sixth Amendment. The motion is denied.

## A. Legal Standard

Rule 33 provides in relevant part that "the court may vacate any judgment and grant a new trial if the interest of justice so requires." Fed. R. Crim. P. 33. "[C]ourts have interpreted the rule to require a new trial . . . in a variety of situations in which the substantial rights of the defendant have been jeopardized by errors or omissions during trial." *United States v. Kuzniar*, 881 F.2d 466, 470 (7th Cir. 1989). But "[a] jury verdict in a criminal case is not to be overturned lightly, and therefore a Rule 33 motion is not to be granted lightly." *United States v. Santos*, 20 F.3d 280, 285 (7th Cir. 1994); *see also United States v. Hagler*, 700 F.3d 1091, 1101 (7th Cir. 2012) (stating that ordering a new trial under Rule 33 "is reserved for *only the most extreme cases*" (emphasis added) (quoting *United States v. Linwood*, 142 F.3d 418, 422 (7th Cir. 1998))).

To establish ineffective assistance of counsel, a claimant must show that (1) counsel's representation fell below "an objective standard of reasonableness," thereby failing to function as the "'counsel' guaranteed the defendant by the Sixth

<div align="center">6</div>

Amendment," and (2) that the claimant suffered prejudice as a result. *Strickland v. Washington*, 466 U.S. 668, 687–88 (1984). "This is not an easy standard to satisfy." *Jordan v. Hepp*, 831 F.3d 837, 846 (7th Cir. 2016). "Counsel is strongly presumed to have rendered adequate assistance and made all significant decisions in the exercise of reasonable professional judgment." *Id.* (quoting *Strickland*, 466 U.S. at 690). Along these lines, the Court's review of counsel's performance must be "highly deferential" and "every effort [must] be made to eliminate the distorting effects of hindsight, to reconstruct the circumstances of counsel's challenged conduct, and to evaluate the conduct from counsel's perspective at the time." *Strickland*, 466 U.S. at 689. The inquiry is then "whether, in light of all the circumstances, the identified acts or omissions were outside the *wide range* of professionally competent assistance." *Id.* at 690 (emphasis added).

Additionally, "[s]ufficient 'prejudice' requires that 'there [be] a reasonable probability that, but for counsel's unprofessional errors, the result of the proceeding would have been different.'" *Jordan*, 831 F.3d at 846 (alteration in original) (quoting *Strickland*, 466 U.S. at 694). "In weighing the effect of counsel's errors, the court must consider the totality of the evidence before the judge or jury. Consequently, a verdict or conclusion that is overwhelmingly supported by the record is less likely to have been affected by errors than one that is only weakly supported by the record." *Mosley v. Atchison*, 689 F.3d 838, 851 (7th Cir. 2012) (quoting *Hough v. Anderson*, 272 F.3d 878, 891 (7th Cir. 2001)).

## B.     Analysis

Rossini first argues that his trial attorneys were deficient because, he alleges, "neither . . . discussed with him his right to testify at trial, nor did either . . . prepare him to testify." Mot. for New Trial at 2. Similarly, Rossini asserts, the only reason he did not testify at trial was because "he was not prepared by his attorneys." *Id.* But this argument fails to establish any deficiency by Rossini's trial attorneys since it is premised on assertions that are at odds with the trial record. Specifically, on June 11, 2018—the last day of the government's case-in-chief—the Court directly raised the issue of whether Rossini would be testifying. Trial Tr. at 856. Adams advised the Court in Rossini's presence, "I spoke with Mr. Rossini as late as yesterday afternoon. I went and visited him at the [Metropolitan Correctional Center] for approximately an hour. We discussed whether or not he wishes to testify. And I spoke with him this morning at the break. It's Mr. Rossini's wish that he unconditionally wishes to waive his right to testify in his own defense. We discussed the pros and cons, and that is his wish." *Id.* at 856–57.

The Court then addressed Rossini directly, and Rossini confirmed that he understood that he had the right to testify in his own defense, that he decided to waive that right after discussion with his attorneys, and that he had reached that decision voluntarily, based upon his own free will and without any pressure. *Id.* at 857–58. Accordingly, this argument is unpersuasive. *Cf. Ingram v. United States*, 553 F. Supp. 2d 975, 978 (N.D. Ill. 2008) (dismissing certain arguments that trial counsel was deficient where those arguments were "contradicted by the record").

Rossini also contends that his trial attorneys were deficient because they allegedly visited him only a handful of times, and for limited durations, while he was in pretrial detention. *See, e.g.*, Mot. for New Trial at 2 ("Mr. Rossini claims that . . . he was only visited four times for about fifteen minutes each while detained in Kankakee Correctional Center between July 28, 2017 and May 9, 2018."). But, in addition to visiting Rossini while he was in pretrial detention, his attorneys separately met with Rossini "several times for several hours to discuss the case," Tr. of Proceedings as to Rossini held on 6/4/18, ECF No. 451, at 7, and also reviewed "numerous communications through the mail" that Rossini had sent them "while he was at [the detention facility] regarding the case, forms of letters and documents." *Id*. What is more, Rossini's trial attorneys engaged in extensive pretrial litigation, raising numerous motions *in limine* and severance issues, *see, e.g.*, ECF Nos. 285, 286, 287, 288, 296, 318. *See United States v. Best*, 426 F.3d 937, 945 (7th Cir. 2005) (stating that "[w]hether deficient performance occurred" "depends on facts like counsel's *overall diligence*" (emphasis added)). Accordingly, the record provides little support for Rossini's suggestion that his attorneys neglected him or his case.

Rossini next takes issue with the approach his trial attorneys took with respect to certain witnesses. Specifically, he claims that during trial he "slipped his attorneys notes" requesting that they contact several witnesses that could purportedly "clarify and contradict the statements that the [government's] witnesses made at trial." Mot. for New Trial at 3. Rossini says that his attorneys did not call those witnesses, and also claims that his trial attorneys did not "contact,

interview, or subpoena any witnesses despite Mr. Rossini providing his attorneys with a list of witnesses and contacting them on multiple occasions about these potential witnesses." Mot. for New Trial at 4.

Other than stating that he provided a list of potential witnesses to his attorneys during the trial, Rossini does not specify any other occasions when he did so. And Rossini would be hard-pressed to attempt to rely on any failure by his attorneys to pursue the potential witnesses mentioned to them at trial to support an ineffective assistance of counsel claim, since "*Strickland* . . . permits counsel to make a reasonable decision that makes particular investigations unnecessary. Resources are limited, and trial counsel must eventually shift from pretrial investigation to trial preparation." *Campbell v. Reardon*, 780 F.3d 752, 765 (7th Cir. 2015) (internal quotation marks omitted) (quoting *Strickland*, 466 U.S. at 691); *see also Rutledge v. United States*, 230 F.3d 1041, 1050 (7th Cir. 2011) ("Whether a decision to forego more investigation is reasonable is analyzed from the perspective of counsel *at the time of the decision and in light of all the circumstances.*" (emphasis added)). Indeed, the trial record indicates that Rossini's trial attorneys were broadly receptive and thoughtful, rather than unduly dismissive, when assessing requests made by Rossini during trial. *See, e.g.*, Trial Tr. at 894–95 (Adams telling the Court, following the conclusion of the government's case-in-chief, that he was not sure whether the defense would also rest because "[t]here are checks Mr. Rossini wishes us to introduce related to other properties. And he wishes us to look into that, introduce those into evidence. . . . And if in our legal

opinion they are relevant to the case, then we will move to introduce them on Wednesday.").

Moreover, even if Rossini had provided a list of potential witnesses to his attorneys before trial, the Court is not persuaded that the failure to contact these potential witnesses necessarily constituted deficient performance. While "[f]ailure to conduct any investigation regarding potentially exculpatory witnesses certainly would constitute deficient performance," *United States v. Simpson*, 864 F.3d 830, 835 (7th Cir. 2017), the failure to *contact* a potential witness is not necessarily the same as a failure to *conduct any investigation* with respect to that witness. That is, Rossini's trial attorneys may have assessed whether these witnesses could help their client's defense and reasonably concluded otherwise. To this point, and as the government points out in its response, defense counsel was aware through FBI reports produced during discovery that several of the individuals that Rossini now identifies—including Craig Shaffer, Lisa Rosen, and Richard Kruse—might have provided inculpatory evidence.[1]  *See* FBI Report of Interview with Craig Shaffer, ECF No. 462-5; FBI Report of Interview with Lisa Rosen, ECF No. 462-6; FBI Report of Interview with Richard Kruse, ECF No. 462-7; *see also Rutledge*, 230 F.3d at 1050 (stating that interviewing witnesses with knowledge of the defendant's criminal activity to get exculpatory information "would have been fruitless, and counsel's decision not to do so is objectively reasonable.").

---

[1]      Rossini's contention that his trial attorneys could not reasonably decide against pursuing certain witnesses for trial on the basis of information discovered in FBI 302 reports is unsupported and unpersuasive.  *See, e.g.*, Def.'s Reply to Gov.'s Resp. to Mot. for a New Trial, ECF No. 476, at 7.

That said, even assuming that Rossini's trial attorneys were constitutionally deficient by failing to contact Rossini's list of potential witnesses, the Court nevertheless finds that Rossini has made no colorable showing of prejudice. Significantly, Rossini offers virtually no affidavits or actual statements from those potential witnesses as to how they would have testified; instead, Rossini simply offers his own thoughts as to what those individuals might have said at trial. This is insufficient to establish a viable ineffective-assistance claim. *See United States v. Ashimi*, 932 F.2d 643, 649 (1991) (stating that, in order to consider a claim of ineffective assistance based on allegedly deficient investigation, the Court "must know what the attorney would have discovered after 'adequate' investigation"); *Wright v. Gramley*, 125 F.3d 1038, 1044 (7th Cir. 1997) ("In the case of an uncalled witness, we have held that at the very least the [ineffective-assistance-of-counsel claimant] must submit an affidavit from the uncalled witness stating the testimony he or she would have given had they been called at trial."); *Jordan v. United States*, No. 12 CV 529, 2014 WL 1464218, at *3 (N.D. Ind. April 15, 2014) ("As to his daughters' testimony, Jordan has offered no affidavits from his daughters to support what testimony they would have offered if called as witnesses. We have only Jordan's word as to how they might have testified, and such speculation is insufficient to support an ineffective assistance claim."); *cf. Simpson*, 864 F.3d at 835 (referring, in conducting a prejudice analysis as to a trial attorney's possible failure to conduct any investigation with respect to the defendant's proposed

12

witnesses, to statements made by those witnesses in notarized letters that were attached to defendant's motion for a new trial).

The sole affidavit from an uncalled witness that Rossini provides in support of his motion for a new trial is that of Meir Rotstein. *See* Mot. for a Court-Appointed Investigator, ECF No. 492, at 11. In this short affidavit, Rotstein states, *inter alia*, that he was an employee of Rossini's Devon Street Investments in 2011, 2012, and 2013, and refutes the government's claim that Rotstein had told the FBI that he never saw Rossini close any transactions of any kind in the years he worked with him. *See* Resp. to Mot. for a New Trial, ECF No. 462, at 24; Mot. for a Court-Appointed Investigator at 11 ("To the best of my recollection I did not state this to the FBI agent or anyone questioning me."). Even read generously, however, Rotstein's affidavit alleges little more than that Rossini's Devon Street Investments occasionally conducted, or appeared to conduct, legitimate business, which is not inconsistent with the government's theory of the case. *See* Mot. for a Court-Appointed Investigator at 11 ("I have personal knowledge of [Devon Street Investments]'s office staff routinely and in the course of daily business creating offers to purchase Mortgages, Notes, short sales and properties. Often those offer[s] [were] sent via [Devon Street Investments]'s facsimile machine to various banks and Attorneys."). As a result, Rotstein's affidavit does not support Rossini's claim that he was prejudiced by his attorneys' failure to present Rotstein at trial.

Witnesses aside, Rossini also argues that he was denied the effective assistance of counsel because his attorneys failed to introduce certain documents in

evidence at trial, specifically (a) Rossini's federal tax audit and return, (b) checks from Murphy to Devon Street Investments that bounced due to insufficient funds, and (c) Devon Street Investments's insurance policies with Mount Vernon Insurance. The Court rejects this argument for two reasons.

First, the trial record indicates that the decision to withhold these documents was a deliberate, strategic decision rather than one of neglect. After the close of the government's case-in-chief, Frankel informed the Court that the defense expected to rest as well, but stated that he wanted to wait until the next day "based on things Mr. Rossini wants to look into." Trial Tr. at 894. The Court then brought Rossini up to the side bar, and Frankel repeated that the defense was seeking an extra day "to complete the possibility of this investigation," which Frankel described as a "late-breaking matter." *Id.* Adams further explained that "[t]here are checks Mr. Rossini wishes us to introduce related to other properties. And he wishes us to look into that, introduce those into evidence. . . . And if in our legal opinion . . . they are relevant to the case, then we will move to introduce them on Wednesday." *Id.* at 894–95.

At the beginning of the next trial day, Adams followed up, stating, "I received some documents yesterday from Mr. Rossini's family regarding checks and other documents he wishes me to introduce into evidence. I've spoken to Mr. Rossini about it and spoken to Mr. Frankel. And it's in our independent judgment and legal opinion that such documents would be harmful and detrimental to his case. And we think that it is best that we do not introduce them into evidence. I've spoken to Mr.

14

Rossini about that, and I intend to rest. I just want to make sure – make that on the record. I'd like Mr. Rossini to acknowledge he's heard that." Tr. at 922–23. Rossini proceeded to acknowledge having that conversation. *Id.* at 923. Rossini offers no persuasive argument as to why his attorneys' decision to omit these documents from evidence because they were "harmful and detrimental to his case," *id.* at 922, fell outside of the "*wide range* of professionally competent assistance." *Strickland*, 466 U.S. at 690 (emphasis added); *see also id.* at 690–91 ("[S]trategic choices made after thorough investigation of law and facts relevant to plausible options are virtually unchallengeable.").

Second, the Court also concludes that Rossini has not shown that he was prejudiced as a result of his attorneys' decision given the overwhelming amount of testimonial and documentary evidence presented by the government at trial that demonstrated Rossini's involvement in the creation and operation of the criminal scheme at issue in this case. *See Mosley*, 689 F.3d at 850 ("[A] verdict or conclusion that is overwhelmingly supported by the record is less likely to have been affected by errors than one that is only weakly supported by the record." (quoting *Hough*, 272 F.3d at 891)).

Finally, the Court is not persuaded by Rossini's remaining arguments as to his ineffective assistance of counsel claim. First, his argument that his trial attorneys were unprepared for his bond revocation hearing, *see* Mot. for a New Trial at 2, 9, is presented in conclusory terms and does not demonstrate how that alleged conduct establishes that his attorneys were unprepared for *trial*. To the contrary,

15

based upon the conduct of Rossini's counsel at trial, the Court believes that they were well-prepared to present his defense.

Next, Rossini's contention that his attorneys were deficient because they "failed to hire a forensic accountant to rebut and explain the Government's theories of how Mr. Rossini allegedly defrauded investors," Mot. for New Trial at 8, is presented in a cursory manner without any citation to facts or legal authority, and is thus waived. *See Mahaffey v. Ramos*, 588 F.3d 1142, 1146 (7th Cir. 2009) ("Perfunctory, undeveloped arguments without discussion or citation to pertinent legal authority are waived."). Likewise undeveloped is Rossini's abbreviated contention that his attorneys were ineffective because they told him on the opening day of his trial that they "intended to call [FBI] agents Lyle Evans and Jody Blau" but eventually decided not to do so." Mot. for New Trial at 3.

For all of these reasons, Rossini's motion for a new trial pursuant to Rule 33 is denied.

## II. Rossini's request for an evidentiary hearing in connection with his motion for a new trial.

Rossini's request for an evidentiary hearing in connection with his motion for a new trial is likewise denied. In his motion, Rossini contends that "[u]pon a defendant filing a timely motion for a new trial under Rule 33 claiming that trial counsel provided constitutionally ineffective assistance, a district court *must* order an evidentiary hearing." Mot. for New Trial at 11. He offers no valid support, however, for this proposition. This is unsurprising, as the law places the decision of whether to hold an evidentiary hearing squarely within the district court's

16

discretion. *See United States v. Berg*, 714 F.3d 490, 501 (7th Cir. 2013). And while it is true that claims of ineffective assistance of counsel "often" require an evidentiary hearing because "they frequently allege facts that the record does not fully disclose," *Osagiede v. United States*, 543 F.3d 399, 408 (7th Cir. 2008), "if there is no reason to suppose that a hearing would produce evidence justifying the grant of a new trial, there is no reason to hold a new hearing," *United States v. Taglia*, 922 F.2d 413, 419 (7th Cir. 1991). Conservation of judicial resources is a proper basis to deny a request for an evidentiary hearing. *See United States v. Osborne*, 931 F.2d 1139, 1164 (7th Cir. 1991) ("[T]he trial court properly exercised its discretion and good judgment when it refused to waste more of the court's valuable time to hold a special evidentiary hearing.").

Given the trial record, the Court concludes that "there is no reason to suppose that a hearing would produce evidence justifying the grant of a new trial," *Taglia*, 922 F.2d at 419, because the Court concludes that Rossini has not "allege[d] a colorable ineffective-assistance-of-counsel claim," *Simpson*, 864 F.3d at 834. As explained, Rossini's claims that his attorneys provided constitutionally deficient representation is not supported by the record. In fact, rather than providing grounds for Rossini's claims, the record (both before and during the trial) demonstrates that his attorneys were well-prepared, communicated regularly with him, and considered Rossini's suggestions when crafting his defense. Given this and the large amount of evidence at trial regarding Rossini's participation in the

fraudulent scheme, the Court finds in its discretion that an evidentiary hearing is not necessary and would result in a waste of judicial resources.

### III.    Rossini's request for a court-appointed investigator.

Finally, Rossini's *ex parte* motion for a court-appointed investigator in connection with his motion for a new trial is denied.  As Rossini acknowledges, in December 2018, the Court granted a previous motion requesting funds under the Criminal Justice Act for an investigator to prepare his motion for a new trial.  *See* Ex-Parte Mot. for Funds Under the CJA for an Investigator, ECF No. 400; Ex Parte Order Granting Mot. for Funds under the CJA for an Investigator, ECF No. 411; *see also* Mot. for a Court-Appointed Investigator at 1–2 (noting that Rossini, through his former counsel, and current standby counsel, Richard Kling, had "previously requested and received permission for the Court appointment of an investigator" and requesting that the Court now "enter an order allowing [Rossini] the use of [the investigator] . . . on the same terms and conditions *as previously permitted* [Rossini's] defense counsel."  (emphasis added)).  So, Rossini already had the chance to investigate this matter using a private investigator.  The fact that Rossini may not be satisfied with the results of the investigation does not compel more.

### <u>Conclusion</u>

For the foregoing reasons, Rossini's motion for a new trial and request for an evidentiary hearing with respect to that motion [448], and his *ex parte* motion for a court-appointed investigator [492] [493], are denied.

18

IT IS SO ORDERED.                                    ENTERED:  1/28/20

_____

John Z. Lee
United States District Judge

APPEAL,GILBERT,PROTO

# United States District Court
# Northern District of Illinois - CM/ECF LIVE, Ver 6.3.2 (Chicago)
# CRIMINAL DOCKET FOR CASE #: 1:15-cr-00515-1
# Internal Use Only

Case title: USA v. Rossini et al            Date Filed: 08/20/2015

---

**Petitioner**

**ABC Bank**            represented by   **David T. Arena**
*formerly known as*                                DiMonte & Lizak
Austin Bank Of Chicago                    216 West Higgins Road
                                             Park Ridge, IL 60068
                                             (847) 698-9600
                                             Email: darena@dimonteandlizak.com
                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*
                                             *Designation: Retained*

---

Assigned to: Honorable John Z. Lee

**Defendant (1)**

**Albert Rossini**            represented by   **Joshua B. Adams**
                                             Law Offices of Joshua B. Adams, PC
                                             53 W. Jackson Blvd.
                                             #1615
                                             Chicago, IL 60604
                                             312-566-9173
                                             Email: josh@adamsdefenselaw.com
                                             *TERMINATED: 08/23/2018*
                                             *LEAD ATTORNEY*
                                             *Designation: Retained*

                                             **Richard S Kling**
                                             Chicago-Kent Law Offices
                                             565 W. Adams
                                             6th Floor
                                             Chicago, IL 60661
                                             (312) 906-5075
                                             Email: rkling@kentlaw.iit.edu
                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*

                                             **Scott Jay Frankel**

Frankel & Cohen
53 W. Jackson Blvd
Suite 1615
Chicago, IL 60604
(312) 759-9600
Email: frankelandcohen@aol.com
*TERMINATED: 08/23/2018*
*LEAD ATTORNEY*
*Designation: CJA Appointment*

**Federal Defender Program**
.
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**Brooke Laurine Stevens**
Seiden Law Group, P.C.
333 South Wabash Ave
Suite 2700
Chicago, IL 60604
312.236.3060
Email: bstevens@seidengroup.law
*TERMINATED: 05/19/2016*
*Designation: Retained*

**Glenn Seiden**
Seiden Law Group P.C.
333 South Wabash Avenue
Suite 2700
Chicago, IL 60604
(312) 236-3060
Email: gseiden@seidengroup.law
*TERMINATED: 05/19/2016*
*Designation: Retained*

**Joshua A. Redman**
Tetzlaff Law Offices, LLC
227 WEST MONROE STREET
SUITE 3650
Chicago, IL 60606
(312) 574-1000
Email: jredman@tetzlafflegal.com
*TERMINATED: 05/19/2016*
*Designation: Retained*

**Keri A Ambrosio**
Law Offices of Keri Ambrosio
53 West Jackson Boulevard
Suite 920

Chicago, IL 60604
(312)961-3261
Email: keri@ambrosiolegal.com
*TERMINATED: 03/16/2017*
*Designation: CJA Appointment*

**Theodore P Netzky**
Seiden Netzky Law Group, LLC
333 South Wabash Avenue
Suite 2700
Chicago, IL 60604
(312) 236-3060
Email: tnetzky@snlgllc.com
*TERMINATED: 05/19/2016*
*Designation: Retained*

| <u>**Pending Counts**</u> | <u>**Disposition**</u> |
| --- | --- |
| FRAUD BY WIRE, RADIO, OR TELEVISION (1-3) | |
| FRAUDS AND SWINDLES (4-5) | |
| FRAUD BY WIRE, RADIO, OR TELEVISION (6) | |
| FRAUDS AND SWINDLES (7) | |
| FRAUD BY WIRE, RADIO, OR TELEVISION (8-14) | |

**<u>Highest Offense Level (Opening)</u>**

Felony

| <u>**Terminated Counts**</u> | <u>**Disposition**</u> |
| --- | --- |
| None | |

**<u>Highest Offense Level (Terminated)</u>**

None

| <u>**Complaints**</u> | <u>**Disposition**</u> |
| --- | --- |
| None | |

**Plaintiff**

**USA**      represented by      **Erik A Hogstrom**
United States Attorney's Office (NDIL - Chicago)
219 South Dearborn Street
Chicago, IL 60604
312 353-5300
Email: erik.hogstrom@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**AUSA - Chicago**
United States Attorney's Office (NDIL - Chicago)
219 South Dearborn Street
Chicago, IL 60604
Email: USAILN.ECFAUSA@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Pretrial Services**
.
(312) 435-5793
Email:
ilnptdb_Court_Action_Notice@ilnpt.uscourts.gov
*ATTORNEY TO BE NOTICED*
*Designation: Pretrial Services*

**Probation Department**
.
408-5197
Email: Intake_Docket_ILNP@ilnp.uscourts.gov
*ATTORNEY TO BE NOTICED*
*Designation: Probation Department*

**John D. Mitchell**
United States Attorney's Office (NDIL - Chicago)
219 South Dearborn Street
Chicago, IL 60604
(312) 353-5159
Email: John.Mitchell@usdoj.gov
*ATTORNEY TO BE NOTICED*

**William Patrick Novak**
Kraft Heinz Corporation
200 East Randolph
Ste. 7600
Chicago, IL 60601
(800) 543-5335
Email: william.novak@kraftheinz.com
*ATTORNEY TO BE NOTICED*

*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/20/2015 | 🔒 | (Court only) ***Set/Clear Flags as to Suppressed (yap, ) (Entered: 08/21/2015) |
| 08/20/2015 | 1 | INDICTMENT as to Albert Rossini (1) count(s) 1-3, 4-5, 6, 7, 8-14, Babajan Khoshabe (2) count(s) 1-3, 4-5, 6, 7, 8-9, 11, 14, Anthony Khoshabe (3) count(s) 1-3, 4-5, 6, 7, 8, Thomas W Murphy (4) count(s) 1-3, 4-5, 6, 7, 8-14 (yap, ) (Entered: 08/26/2015) |
| 08/20/2015 | 🔒 2 | (Court only) UNREDACTED (SEALED) INDICTMENT as to defendants Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy (yap, ) (Entered: 08/26/2015) |
| 08/20/2015 | 3 | DESIGNATION Sheet: FELONY (Category 3). (yap, ) (Entered: 08/26/2015) |
| 08/20/2015 | 4 | MINUTE entry before the Honorable Mary M. Rowland as to defendants Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy: TO ISSUE BENCH WARRANTS. THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANTS DETAINED WITHOUT BONO PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3142. THE DISTRICT COURT CLERK'S OFFICE IS DIRECTED TO DISCLOSE TO THE ASSISTANT U.S. ATTORNEY ASSIGNED TO THIS CASE FOR THE GOVERNMENT, THE NAME OF THE JUDGE, MAGISTRATE JUDGE, AND THE DOCKET NUMBER ASSIGNED TO THIS CASE. IN ORDER TO EXPEDITE ARRAIGNMENT OF THE ARRESTED DEFENDANTS. THIS INFORMATION IS TO REMAIN SEALED UNTIL THE ARREST OF ALL DEFENDANTS, OR BY FURTHER ORDER OF THE COURT. DO NOT SEAL ARREST WARRANTS. (yap, ) (Entered: 08/26/2015) |
| 08/21/2015 | 🔒 5 | BENCH WARRANT issued to U.S. Marshal as to Albert Rossini (yap, ) (Entered: 08/26/2015) |
| 08/21/2015 | 🔒 | (Court only) ***Location start LF as to defendants Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy (yap, ) (Entered: 08/26/2015) |
| 08/24/2015 | 🔒 10 | ORDER Setting Conditions of Release as to Albert Rossini in amount of $ 10,000.00, OWN UNSECURED BOND. Signed by the Honorable Mary M. Rowland on 8/24/2015. (yap, ) (Entered: 08/26/2015) |
| 08/25/2015 | | ARREST of defendants Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy (yap, ) (Entered: 08/26/2015) |
| 08/25/2015 | | ORAL MOTION by USA to unseal case as to defendant Albert Rossini (yap, ) (Entered: 08/26/2015) |
| 08/25/2015 | | ORAL MOTION by USA and defendant not objecting to exclude time as to Albert Rossini (yap, ) (Entered: 08/26/2015) |
| 08/25/2015 | 9 | ORDER as to Albert Rossini (1): Arraignment hearing held on 8/25/15. Defendant was informed of his rights. Defendant appeared in response to his arrest on 8/25/15. Attorney Glenn Seiden appeared as counsel for Defendant. |

| | | |
|---|---|---|
| | | Defendant waived a formal reading of the Indictment and entered a plea of not guilty to each charge and all counts of the Indictment in which he is named. The Government's request for an extension of time to submit discovery is granted. The Court sets the following schedule: Rule 16.1(a) conference shall be conducted on or before 9/22/15. Pretrial motions shall be filed on or before 9/29/15. Responses by 10/6/15. Status hearing before Judge Lee is set for 10/13/15 at 9:30 a.m. On the Governments oral motion and Defendant not objecting, the Court finds that the time until the next status hearing before the District Judge shall be excluded pursuant to 18:3161(h)(7)(A) to allow defense counsel an opportunity to investigate, consider and prepare possible pretrial motions, and for the government to consider the appropriate response. The Government orally moved to detain the Defendant as a risk of flight and danger to community. Detention hearing set for 8/27/15 at 1:00 p.m. in courtroom 1743 before Magistrate Judge Gilbert. Over the Government's objection, Defendant is released pending the detention hearing. Enter Order Setting Conditions of Release. The Defendant signed a $10,000 unsecured bond in open court. Defendant is ordered to report to Pretrial Services on 8/26/15 at 9:00 a.m. to be placed on location monitoring pending the detention hearing. The Defendant shall be released after processing. On the Government's oral motion, case ordered unsealed. Signed by the Honorable Mary M. Rowland on 8/25/2015. Mailed notices (yap, ) (Entered: 08/26/2015) |
| 08/25/2015 | 🔒 11 | UNSECURED Bond as to Albert Rossini in the amount of $ 10,000.00. (yap, ) (Entered: 08/26/2015) |
| 08/25/2015 | 35 | WARRANT to seize property subject to forfeiture filed by USA (yap, ) (Entered: 08/27/2015) |
| 08/25/2015 | 36 | WARRANT to seize property subject to forfeiture filed by USA. (yap, ) (Entered: 08/27/2015) |
| 08/25/2015 | 62 | WARRANT to seize property subject to forfeiture filed by USA. (ber, ) (Entered: 09/23/2015) |
| 08/26/2015 | 12 | ATTORNEY Appearance for defendant Albert Rossini by Glenn Seiden (Seiden, Glenn) (Entered: 08/26/2015) |
| 08/26/2015 | 13 | ATTORNEY Appearance for defendant Albert Rossini by Theodore P Netzky (Netzky, Theodore) (Entered: 08/26/2015) |
| 08/26/2015 | 14 | ATTORNEY Appearance for defendant Albert Rossini by Brooke Laurine Lewis (Lewis, Brooke) (Entered: 08/26/2015) |
| 08/27/2015 | 25 | ATTORNEY Appearance for defendant Albert Rossini by Theodore P Netzky *Amended Attorney Appearance* (Netzky, Theodore) (Entered: 08/27/2015) |
| 08/27/2015 | 🔒 28 | BENCH WARRANT returned executed as to Albert Rossini on 8/25/2015 (yap, ) (Entered: 08/27/2015) |
| 08/27/2015 | 37 | ATTORNEY Appearance for USA byWilliam Patrick Novak (Novak, William) (Entered: 08/27/2015) |
| 08/27/2015 | 38 | ORDER as to Albert Rossini (1): Detention hearing held on 8/27/15 and continued to 9/3/15 at 2:00 p.m. in courtroom 1386. The Government renewed its motion to detain Defendant as a danger to community and risk of flight. For |

| | | |
|---|---|---|
| | | the reasons stated on the record, the Government's motion is denied. The Court finds that conditions can be imposed that will reasonably assure the Court that Defendant will continue to appear in response to the charges in this case and mitigate any danger to any person or the community. The Order Setting Conditions of Release is modified as follows: Defendant is placed on home incarceration except, with permission of Pretrial Services, he can leave his residence for a 12-hour period on Saturday, August 29, 2015, to move work materials and property to his home office. The limit on financial transactions is increased to $500 per transaction, excluding payment of attorneys fees for this case, rent for home/business location, medication, and as otherwise approved by the Court. The Government will provide Defendant a list of individuals, alleged victims and witnesses, with whom Defendant shall avoid direct or indirect contact. At the continued detention hearing, the Court intends to address whether a dollar limit on financial transactions is a necessary and reasonable condition of release in this case, and the parties should be prepared to address possible alternatives to the dollar limit on financial transactions. The Court also is continuing to consider the amount of bond that will be required in this case and whether that bond should be secured or unsecured in whole or in part. Signed by the Honorable Jeffrey T. Gilbert on 8/27/2015. Mailed notices (yap, ) (Entered: 08/31/2015) |
| 08/27/2015 | 🔒 42 | AMENDED ORDER Setting Conditions of Release as to Albert Rossini Signed by the Honorable Jeffrey T. Gilbert on 8/27/2015. (yap, ) (Entered: 08/31/2015) |
| 09/01/2015 | 48 | PRETRIAL Bail Report as to Albert Rossini (SEALED) (vv, ) (Entered: 09/01/2015) |
| 09/03/2015 | 54 | MINUTE entry before the Honorable Jeffrey T. Gilbert as to Albert Rossini: Continued detention hearing held on 9/3/15. For the reasons discussed on the record, the Court modified Mr. Rossini's conditions of release. Counsel shall confer with each other and with Pretrial Services and submit language for an order modifying the certain conditions of release. Until an order is entered modifying the conditions of release, the existing conditions shall remain in effect, except for the limit on financial transactions. Although the Court stated on the record it would allow Mr. Rossini to meet with his lawyers in both criminal and civil cases outside of his residence, upon further reflection, the Court will permit Mr. Rossini to meet only with his criminal defense lawyers in this case and his state court case(s) outside of his residence. If there is a particular civil case or cases that require Mr. Rossini to meet with his counsel outside of his residence, he should file a motion describing that need with more particularity. Mailed notice (ber, ) (Entered: 09/04/2015) |
| 09/08/2015 | 55 | MOTION by Albert Rossini to Modify and/or Clarify Ruling on Detention Hearing and to Travel Outside His Residence for Specific Purpose re terminate hearings, detention hearing,,,,,,,,,,,, 54 (Lewis, Brooke) (Entered: 09/08/2015) |
| 09/08/2015 | 56 | NOTICE of Motion by Brooke Laurine Lewis for presentment of motion for miscellaneous relief 55 before Honorable Jeffrey T. Gilbert on 9/9/2015 at 03:00 PM. (Lewis, Brooke) (Entered: 09/08/2015) |

| 09/09/2015 | 58 | ORDER as to Albert Rossini: Albert Rossini's Emergency Motion to Modify and/or Clarify Ruling on Detention Hearing and to Travel Outside His Residence For Specific Purpose 55 is granted. The motion hearing noticed for 9/9/15 at 3:00 p.m. is stricken with no appearance necessary. See attached Statement for further details. Signed by the Honorable Jeffrey T. Gilbert on 9/9/15. Mailed notice (ber, ) (Entered: 09/09/2015) |
|---|---|---|
| 09/17/2015 | 59 | MINUTE entry before the Honorable Jeffrey T. Gilbert as to Albert Rossini: This matter is set for a status hearing on 9/29/15 at 9:00 a.m. On 9/3/15 54 , the Court ordered the parties to confer and submit proposed language for any financial conditions to be imposed on Mr. Rossini as a condition of his release. The parties did not submit proposed language. The parties shall meet and confer and submit either a joint proposal, or if they can not agree, separate proposals by noon on 9/25/15. Mailed notice (ber, ) (Entered: 09/17/2015) |
| 09/21/2015 | 60 | MOTION by USA for protective order as to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy (Attachments: # 1 Exhibit Exhibit 1)(Novak, William) (Entered: 09/21/2015) |
| 09/21/2015 | 61 | NOTICE of Motion by William Patrick Novak for presentment of motion for protective order 60 before Honorable John Z. Lee on 9/24/2015 at 09:30 AM. (Novak, William) (Entered: 09/21/2015) |
| 09/23/2015 | 63 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy. The Court enters and continues the government's motion for entry of protective order governing discovery 60 to 9/29/15 at 9:30 a.m. to allow defense counsel additional time to inform the government whether they object to the motion. If there are no objections, the parties should so notify the court. No appearance is necessary on 9/24/15. Mailed notice (ca, ) (Entered: 09/23/2015) |
| 09/24/2015 | 69 | MOTION by Albert Rossini for extension of time *to file pretrial motions* (Lewis, Brooke) (Entered: 09/24/2015) |
| 09/24/2015 | 70 | NOTICE of Motion by Brooke Laurine Lewis for presentment of motion for extension of time 69 before Honorable John Z. Lee on 9/29/2015 at 09:30 AM. (Lewis, Brooke) (Entered: 09/24/2015) |
| 09/25/2015 | 71 | Proposed Conditions of Release by USA as to Albert Rossini (Novak, William) (Entered: 09/25/2015) |
| 09/25/2015 | 72 | Rossini's Proposed Conditions of Release by Albert Rossini (Lewis, Brooke) (Entered: 09/25/2015) |
| 09/25/2015 | 80 | PROTECTIVE Order governing discovery as to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy Signed by the Honorable John Z. Lee on 9/29/15.Mailed notice (ca, ) (Entered: 10/01/2015) |
| 09/29/2015 | | ORAL MOTION by USA to exclude time as to Albert Rossini (yap, ) (Entered: 09/30/2015) |
| 09/29/2015 | 75 | ORDER as to Albert Rossini (1): Motion hearing held on 9/29/15. The government reports that they will turn over discovery to the defense counsel by the end of the day tomorrow. The government's motion for protective order governing discovery 60 is granted. Rossinis unopposed motion for extension of |

| | | |
|---|---|---|
| | | pretrial motion schedule 69 is granted. Pretrial motions are due by 12/4/15. The status hearing set for 10/13/15 is reset to 12/9/15 at 9:30 a.m. The government's oral motion to exclude time is granted without objection. Time is excluded from 9/29/15 through 12/9/15 in the interest of justice pursuant to 18 U.S.C. 3161(h)(7)(A) -(B) for the complexity of the case, to allow time to review the discovery, and for the filing of pretrial motions. Signed by the Honorable John Z. Lee on 9/29/2015. Mailed notice (yap, ) (Entered: 09/30/2015) |
| 09/29/2015 | 79 | MINUTE entry before the Honorable Jeffrey T. Gilbert as to Albert Rossini: Status hearing held on 9/29/15 and continued to 10/7/15 at 2:00 p.m. Mr. Rossini's Conditions of Release are modified as follows: Mr. Rossini shall not act in a fiduciary capacity in any financial transactions. Mr. Rosini shall not directly or indirectly solicit money from individual investors, nonprofit investors, family trusts or closely held corporations with less than 5 shareholders. With respect to existing properties or investments in property that predate this indictment, Mr. Rossini shall seek Court approval before any additional monies are solicited for or invested in those properties or transactions or the properties are sold or otherwise defeased. Defendant is placed on home detention to be supervised by Pretrial Services and with permission to go to the gym or other work out facility and to look for an apartment or house. Mailed notice (ber, ) (Entered: 10/01/2015) |
| 10/02/2015 | 81 | ATTORNEY Appearance for petitioner ABC Bank f/k/a Austin Bank of Chicago by David T. Arena *(Attachments: # 1 Notice of Filing)(Arena, David) Modified title by Clerk's office on 10/5/2015 (yap, ). (Entered: 10/02/2015)* |
| 10/02/2015 | 82 | MOTION by petitioner ABC Bank f/k/a Austin Bank of Chicago to Assert Legal Interest in Property subject to criminal and/or civil forfeiture (Attachments: # 1 Exhibit 1)(Arena, David) Modified title by Clerk's office on 10/5/2015 (yap, ). (Entered: 10/02/2015) |
| 10/02/2015 | 83 | NOTICE of Motion by David T. Arena for presentment of motion for hearing 82 before Honorable John Z. Lee on 10/7/2015 at 09:30 AM. (Arena, David) (Entered: 10/02/2015) |
| 10/07/2015 | 84 | MINUTE entry before the Honorable Jeffrey T. Gilbert as to Albert Rossini: Status hearing held on 10/7/15. Defendant reported that he does not currently have the ability to post a cash bond. No further dates before Magistrate Judge Gilbert will be set at this time. Mailed notice (ber, ) (Entered: 10/08/2015) |
| 10/07/2015 | 85 | ORDER as to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy : Motion hearing held on 10/7/15. For the reasons stated on the record, the petition of ABC Bank/Austin Bank to asset as legal interest in a property subject to criminal and /or civil forfeiture 82 is entered and continued. If and when the Court enters an order of preliminary forfeiture, counsel for ABC Bank should renotice the petition for presentment to the Court. Signed by the Honorable John Z. Lee on 10/7/2015. Mailed notice (yap, ) (Entered: 10/08/2015) |
| 11/10/2015 | 86 | MOTION by USA to revoke as to Albert Rossini (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3, # 4 Exhibit Exhibit 4, # 5 Exhibit Exhibit 4a, # 6 Exhibit Exhibit 5, # 7 Exhibit Exhibit 6, # 8 Exhibit Exhibit 7, # 9 Exhibit Exhibit 8, # 10 Exhibit Exhibit 9)(Novak, William) |

| | | |
|---|---|---|
| | | (Entered: 11/10/2015) |
| 11/10/2015 | 87 | NOTICE of Motion by William Patrick Novak for presentment of motion to revoke, 86 before Honorable Jeffrey T. Gilbert on 11/12/2015 at 10:45 AM. (Novak, William) (Entered: 11/10/2015) |
| 11/12/2015 | 88 | EXECUTIVE COMMITTEE ORDER: Case as to Albert Rossini referred to Magistrate Judge Honorable Jeffrey T. Gilbert. (ym, ) (Entered: 11/12/2015) |
| 11/12/2015 | 🔒 | (Court only) MOTIONS as to Albert Rossini referred to Magistrate Judge: MOTION by USA to revoke as to Albert Rossini 86 . (ym, ) (Entered: 11/12/2015) |
| 11/13/2015 | 89 | ORDER as to Albert Rossini: Motion hearing held on 11/12/15. The United State's Motion to Revoke Bond 86 is taken under advisement. A briefing schedule is set as follows: Defendant shall respond by 11/19/15. The Government shall reply by 12/2/15. For the reasons stated on the record and until further order of the Court, Defendant's Conditions of Release 42 , 79 are modified as set forth in the attached Statement. Signed by the Honorable Jeffrey T. Gilbert on 11/13/15. Mailed notice (ber, ) (Entered: 11/13/2015) |
| 11/13/2015 | 90 | MOTION by Albert Rossini Clarification of Order Setting Conditions of Release re order on motion to revoke,,,,,, terminate deadlines and hearings,,, motion hearing,,,,,, set/reset motion and R&R deadlines/hearings,, 89 (Attachments: # 1 Exhibit A - Draft of Motion for Court Approval)(Lewis, Brooke) (Entered: 11/13/2015) |
| 11/13/2015 | 91 | NOTICE of Motion by Brooke Laurine Lewis for presentment of motion for miscellaneous relief, 90 before Honorable Jeffrey T. Gilbert on 11/13/2015 at 03:30 PM. (Lewis, Brooke) (Entered: 11/13/2015) |
| 11/13/2015 | 92 | MINUTE entry before the Honorable Jeffrey T. Gilbert as to Albert Rossini: Emergency Motion hearing held on 11/13/15 on Defendant Rossini's Emergency Motion to Clarify Order Setting Conditions of Release 90 . For the reasons stated on the record, Defendant's Motion is granted. Nothing in the Court's Order dated 11/13/15 89 prevents Mr. Rossini from making phone calls or talking with those involved in the Cambridge/Capital Real Estate Finance Investment Corporation transaction described in Exhibit A to Defendant's Motion 90 . The rest of the the Court's Order 89 stands as entered. Mailed notice (ber, ) (Entered: 11/13/2015) |
| 11/13/2015 | 93 | MINUTE entry before the Honorable Jeffrey T. Gilbert as to Albert Rossini: The Court's prior order 92 is modified so as to allow Mr. Rossini to move his belongings from storage to the new house as approved in advance by Pretrial Services. Mailed notice (ber, ) (Entered: 11/13/2015) |
| 11/20/2015 | 94 | MOTION by USAImmediate Ruling On Government's Motion to Revoke Bond as to Albert Rossini re MOTION by USA to revoke as to Albert Rossini 86 (Novak, William) (Entered: 11/20/2015) |
| 11/20/2015 | 95 | NOTICE of Motion by William Patrick Novak for presentment of motion for miscellaneous relief 94 before Honorable Jeffrey T. Gilbert on 11/24/2015 at 09:15 AM. (Novak, William) (Entered: 11/20/2015) |

Case: 1:15-cr-00515 Document #: 566 Filed: 02/18/20 Page 35 of 65 PageID #:7063

| 11/23/2015 | 96 | RESPONSE by Albert Rossini regarding MOTION by USA to revoke as to Albert Rossini 86 (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D, # 5 Exhibit Exhibit E, # 6 Exhibit Exhibit F, # 7 Exhibit Exhibit G)(Seiden, Glenn) (Entered: 11/23/2015) |
|---|---|---|
| 11/23/2015 | 97 | ATTORNEY Appearance for defendant Albert Rossini by Joshua Aaron Redman (Redman, Joshua) (Entered: 11/23/2015) |
| 11/23/2015 | 98 | MINUTE entry before the Honorable Jeffrey T. Gilbert as to Albert Rossini: The Government's Motion To [sic] For Immediate Ruling on Government's Motion to Revoke Bond 94 is denied and the hearing on that Motion noticed for 11/24/15 is stricken with no appearances necessary in light of Defendant Rossini's filing of his Response in Opposition To Government's Motion to Revoke Bond 96 . Although filed late, the Court will accept that Response without a motion for leave to file it instanter. In the future, late filings should be accompanied by a motion seeking leave to file with an explanation for the late filing. If the Government intends to file a reply in support of its Motion 86 by 12/2/15 in accordance with the briefing schedule previously set 89 , it shall so advise the Court's courtroom deputy. If the Government needs more time to file its reply because of the late filing of Defendant's response and the Thanksgiving holiday, it also shall so advise the Court's courtroom duty and the Court will enter a new date for that brief to be filed. Mailed notice (ber, ) Modified on 11/24/2015 (ber, ). (Entered: 11/23/2015) |
| 11/24/2015 | 99 | MINUTE entry before the Honorable Jeffrey T. Gilbert as to Albert Rossini: At the Government's request, its reply brief in support of Motion to Revoke Bond 86 is due on 12/4/15. Mailed notice (ber, ) (Entered: 11/24/2015) |
| 12/01/2015 | 101 | MOTION by Albert Rossini, Babajan Khoshabe, Anthony Khoshabe for extension of time *of pretrial motion schedule* (Lewis, Brooke) (Entered: 12/01/2015) |
| 12/01/2015 | 103 | NOTICE of Motion by Brooke Laurine Lewis for presentment of motion for extension of time 101 before Honorable John Z. Lee on 12/9/2015 at 09:30 AM. (Lewis, Brooke) (Entered: 12/01/2015) |
| 12/04/2015 | 104 | REPLY by USA to response to motion, 96 (Attachments: # 1 Exhibit Placeholders A-P)(Hogstrom, Erik) (Entered: 12/04/2015) |
| 12/09/2015 | | ORAL MOTION by USA to exclude time as to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy. (ym, ) (Entered: 12/10/2015) |
| 12/09/2015 | 105 | ORDER as to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy: Status and motion hearing held on 12/9/15. The government reports that they tendered over discovery documents and additional emails need to be produced to Defendants. Defendant Rossini, B. Khoshabe and A. Khoshabe's joint unopposed joint motion for extension of pretrial motion schedule 101 is granted. Defendant Thomas Murphy's motion for extension of time to file pretrial motions 100 is granted; pretrial motions are due by 2/2/16. Status hearing set for 2/4/16 at 9:30 a.m. The government's oral motion to exclude time is granted without objection. Time is excluded from 12/9/15 through 2/4/16 in the interest of justice pursuant to 18 U.S.C. 3161(h) |

| | | |
|---|---|---|
| | | (7)(A)-(B) for the complexity of the case, to allow time to review the discovery, and for the filing of pretrial motions. Signed by the Honorable John Z. Lee on 12/9/2015. Mailed notice. (ym, ) (Entered: 12/10/2015) |
| 12/11/2015 | 106 | MINUTE entry before the Honorable Jeffrey T. Gilbert as to Albert Rossini: Hearing on Government's Motion to Revoke Bond 86 set for 12/16/15 at 10:30 a.m. Mailed notice (ber, ) (Entered: 12/11/2015) |
| 12/15/2015 | 107 | TRANSCRIPT OF PROCEEDINGS as to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy held on August 25, 2015, before the Honorable Mary M. Rowland. Court Reporter Contact Information: Laura LaCien, 312-408-5032, laura_lacien@ilnd.uscourts.gov.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 1/5/2016. Redacted Transcript Deadline set for 1/15/2016. Release of Transcript Restriction set for 3/14/2016. (Lacien, Laura) (Entered: 12/15/2015) |
| 12/16/2015 | 108 | MINUTE entry before the Honorable Jeffrey T. Gilbert as to Albert Rossini: Motion hearing held on 12/16/15 on the Government's Motion to Revoke Bond 86 . For the reasons stated on the record, the Government's Motion is denied. The Government will draft an order that sets forth the modifications to Mr. Rossini's conditions of release that were discussed on the record, and send a draft of that order to Defense counsel for review and comment. The Government shall submit to the Court's Proposed Order e-mail at Proposed_Order_Gilbert@ilnd.uscourts.gov, a draft Order Modifying Conditions of Release that incorporates any of Defense counsel's suggested revisions to the Government's draft with which the Government agrees by 12/18/15. Defendant may, if he wishes to do so, submit his own draft order at the same time. If it is impossible for Defense counsel to comment on the Government's draft order or to submit their own draft order within this time frame because Defense counsel is relocating their offices on Thursday, 12/17/15, then counsel jointly shall so inform the Court's courtroom deputy and the draft order(s) can be submitted on Monday, 12/21/15. Mailed notice (ber, ) (Entered: 12/17/2015) |
| 12/21/2015 | 110 | MINUTE entry before the Honorable Jeffrey T. Gilbert Albert Rossini: Enter Order Modifying Conditions of Release. The Court deleted from the United States' proposed order paragraph 4 that reads "Defendant shall not engage, directly or indirectly, in the arrangement of loans." The proposed language is vague and the activity described potentially is covered in other paragraphs of the Order. It may or may not be necessary for the Court to impose an additional condition of release relating to "the arrangement of loans." If the Court is going to do so, however, the condition should clearly set forth what Defendant can and cannot do so as to avoid any uncertainty in that regard. This case is set for further hearing on 12/28/15 at 1:30 p.m. to consider what additional condition, |

| | | |
|---|---|---|
| | | if any, is necessary and appropriate with respect to "the arrangement of loans." The United States through counsel should come prepared to articulate what it wants to prevent Defendant from doing that he is not already prevented from doing under the Order Modifying Conditions of Release entered today, why that is necessary to protect the community from serious risk of harm, and what language it proposes to accomplish the restriction it wants the Court to impose. Defendant should come prepared to articulate what he wants to do that he is not prohibited from doing under the Order entered today, why his doing so will not present a serious risk of harm to others in the community and what, if any, condition the Court can impose on that activity to mitigate any risk, short of requiring Court approval of every transaction in which Defendant wishes to engage which the Court already has said is unworkable. Any party may, if it chooses to do so, submit to the Court's Proposed Order e-mail before the hearing language it proposes to discuss at the hearing. Mailed notice (ber, ) (Entered: 12/21/2015) |
| 12/21/2015 | 🔒 111 | ORDER Modifying Conditions of Release as to Albert Rossini. Signed by the Honorable Jeffrey T. Gilbert on 12/21/15. Mailed notice (ber, ) (Entered: 12/21/2015) |
| 12/22/2015 | 115 | MINUTE entry before the Honorable Jeffrey T. Gilbert as to Albert Rossini: At the parties' request, the hearing set for 12/28/15 at 1:30 p.m. 110 is stricken and reset to 1/8/16 at 11:15 a.m. Mailed notice (ber, ) (Entered: 12/22/2015) |
| 12/29/2015 | 🔓 116 | TRANSCRIPT OF PROCEEDINGS as to Albert Rossini held on 12/16/2015, before the Honorable Jeffrey T. Gilbert. Court Reporter Contact Information: Judith A. Walsh, CSR, RDR, CRR, judith_walsh@ilnd.uscourts.gov, 312.702.8865.<P>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.</P> Redaction Request due 1/19/2016. Redacted Transcript Deadline set for 1/29/2016. Release of Transcript Restriction set for 3/28/2016. (Walsh, Judy) (Entered: 12/29/2015) |
| 01/08/2016 | 117 | MINUTE entry before the Honorable Jeffrey T. Gilbert as to Albert Rossini: Status hearing held on 1/8/16. After hearing argument of the parties, the Court proposed an additional condition of release as follows. Defendant shall not directly or indirectly arrange and/or broker any loan, whether acting on his own behalf or as agent for another person or entity, in or with respect to which loan Defendant or any affiliated person or entity receives a commission or any other compensation or remuneration. Within 7 days, the parties shall review the proposed language and file their reaction to the language before the Court modifies its Conditions entered on 12/21/15. Under Pretrial Service's supervision, the Court permits Mr. Rossini visit his Lincolnwood business office for the purpose of reviewing and/or obtaining documents needed for his defense. Mr. Rossini's counsel is not required to be present. Mailed notice (ber, ) (Entered: 01/11/2016) |

| | | |
|---|---|---|
| 01/19/2016 | 118 | Other by USA as to Albert Rossini *Filing Regarding Proposed Bond Condition* (Hogstrom, Erik) (Entered: 01/19/2016) |
| 01/27/2016 | 119 | MINUTE entry before the Honorable Jeffrey T. Gilbert as to Albert Rossini: The Court has reviewed the Government's Response Regarding Bond Modification 118 filed pursuant to the Court's order of 1/8/16 117 . Defendant Rossini did not file anything in response to the Court's 1/8/16 order nor in response to the Government's Response filed on 1/19/16. The Court agrees with the Government's proposed modification to Defendant Rossini's conditions of pre-trial release. Accordingly, Defendant Rossini's conditions of pre-trial release 10 , 42 , 79 , 89 , 111 are further modified to provide as follows: Defendant shall not directly or indirectly arrange and/or broker any loan, whether acting on his own behalf or as agent for another person or entity, in or with respect to which loan Defendant or any affiliated person or entity receives or expects to receive a commission or any other compensation or commission. Mailed notice (ber, ) (Entered: 01/27/2016) |
| 01/27/2016 | 🔒 | (Court only) Case as to Albert Rossini no longer referred to Honorable Jeffrey T. Gilbert. (clw, ) (Entered: 01/10/2019) |
| 02/02/2016 | 120 | MOTION by Albert Rossini, Babajan Khoshabe, Anthony Khoshabe for extension of time *to file pretrial motions (unopposed)* (Blegen, Patrick) (Entered: 02/02/2016) |
| 02/04/2016 | | ORAL MOTION by USA to exclude time as to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy (yap, ) (Entered: 02/05/2016) |
| 02/04/2016 | 124 | ORDER as to Albert Rossini(1), Babajan Khoshabe(2), Anthony Khoshabe(3), Thomas W Murphy(4): Status hearing held on 2/4/16. The government reports that all discovery has been produced. Defendants joint unopposed motion to extend the time within which to file pretrial motion 120 is granted. Defendant Thomas Murphys unopposed motion for extension of time to file pretrial motions 121 is granted. At the next status the defense counsel should report on how far they are along in reviewing the discovery. Final deadlines of pretrial motions will be set at the next status. Status hearing set for 3/9/16 at 9:30 a.m. The government's oral motion to exclude time is granted without objection. Time is excluded from 2/4/16 through 3/9/16 in the interest of justice pursuant to 18 U.S.C. 3161(h)(7)(A) -(B) for the complexity of the case, to allow time to review the discovery and to consider pretrial motions. Signed by the Honorable John Z. Lee on 2/4/2016. Mailed notice (yap, ) (Entered: 02/05/2016) |
| 02/26/2016 | 125 | MOTION to withdraw as attorney as to Albert Rossini *as to attorneys* Glenn Seiden, Theodore Netzky, Brooke Lewis, and Joshua Redman (Lewis, Brooke) (Entered: 02/26/2016) |
| 02/26/2016 | 126 | NOTICE of Motion by Brooke Laurine Lewis for presentment of motion to withdraw as attorney 125 before Honorable John Z. Lee on 3/3/2016 at 09:30 AM. (Lewis, Brooke) (Entered: 02/26/2016) |
| 03/03/2016 | 127 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini. Motion hearing held on 3/3/16. For the reasons stated on the record, Seiden Netzky Law Group's motion to withdraw as counsel for defendant Rossini 125 |

| | | |
|---|---|---|
| | | entered and continued for 4/8/16 at 11:00 a.m. The government's response to the motion is due by 3/17/16; reply due by 3/31/16. Defendant should file the appropriate paperwork, if he is requesting that the Court appoint counsel pursuant to the CJA. Mailed notice (ca, ) (Entered: 03/03/2016) |
| 03/09/2016 | | ORAL MOTION by USA to exclude time as to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy (yap, ) (Entered: 03/09/2016) |
| 03/09/2016 | 128 | ORDER as to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy: Status hearing held on 3/9/16. The government reports that all discovery has been produced. Pretrial motions are due by 5/13/16. The government requests additional time to respond to the motion to withdrawal filed by Mr. Rossini's counsel. The government's response to the motion is due by 3/23/16; reply due by 4/7/16. Status hearing set for 5/24/16 at 9:30 a.m. The government's oral motion to exclude time is granted without objection. Time is excluded from 3/9/16 through 5/24/16 in the interest of justice pursuant to 18 U.S.C. 3161(h)(7)(A) -(B) to allow defense counsel additional time to review the voluminous discovery and to consider pretrial motions. Signed by the Honorable John Z. Lee on 3/9/2016. Mailed notice (yap, ) (Entered: 03/09/2016) |
| 03/22/2016 | 131 | MOTION by USA for extension of time as to Albert Rossini (Novak, William) (Entered: 03/22/2016) |
| 03/22/2016 | 132 | NOTICE of Motion by William Patrick Novak for presentment of motion for extension of time 131 before Honorable John Z. Lee on 4/5/2016 at 09:30 AM. (Novak, William) (Entered: 03/22/2016) |
| 03/24/2016 | 133 | PRETRIAL Status Report as to Albert Rossini (SEALED) (jlw, ) (Entered: 03/24/2016) |
| 03/30/2016 | 134 | RESPONSE by USA as to Albert Rossini regarding MOTION to withdraw as attorney as to Albert Rossini *as to attorneys* Glenn Seiden, Theodore Netzky, Brooke Lewis, and Joshua Redman 125 (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Hogstrom, Erik) (Entered: 03/30/2016) |
| 04/04/2016 | 135 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini. The government's unopposed motion to extend time to file a response 131 is granted. No appearance is required on the motion. Mailed notice (ca, ) (Entered: 04/04/2016) |
| 04/06/2016 | 137 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini, the motion hearing set for 4/8/16 is reset to 4/15/16 at 11:00 a.m. Mailed notice (ca, ) (Entered: 04/06/2016) |
| 04/08/2016 | 138 | MOTION by Albert Rossini for extension of time *to file reply brief* (Lewis, Brooke) (Entered: 04/08/2016) |
| 04/08/2016 | 139 | NOTICE of Motion by Brooke Laurine Lewis for presentment of motion for extension of time 138 before Honorable John Z. Lee on 4/15/2016 at 11:00 AM. (Lewis, Brooke) (Entered: 04/08/2016) |

| | | |
|---|---|---|
| 04/12/2016 | 140 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini. Defendant's unopposed motion for extension of time to file a reply brief 138 is granted; the reply brief is due by 4/20/16. Defendant's motion to withdraw 125 previously set for 4/15/16 is reset to 4/29/16 at 10:00 a.m. Mailed notice (ca, ) (Entered: 04/12/2016) |
| 04/15/2016 | 141 | RENEWED MOTION by claimant ABC Bank F/K/A Austin Bank of Chicago to assert a legal interest in a property subject to criminal and/or civil forfeiture the validity of interest in property (Attachments: # 1 Exhibit Affidavit of Michael Campanile)(Arena, David) (Modified title by Clerk's office on 4/18/2016 (yap, ). (Entered: 04/15/2016) |
| 04/15/2016 | 142 | NOTICE of Motion by David T. Arena for presentment of motion for miscellaneous relief 141 before Honorable John Z. Lee on 4/26/2016 at 09:30 AM. (Arena, David) (Entered: 04/15/2016) |
| 04/18/2016 | 143 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini, By agreement of the parties, the motion hearing set for 4/29/16 is reset to 5/4/16 at 9:30 a.m. Mailed notice (ca, ) (Entered: 04/18/2016) |
| 04/20/2016 | 144 | MOTION by Albert Rossini for extension of time *to file reply brief* (Lewis, Brooke) (Entered: 04/20/2016) |
| 04/20/2016 | 145 | NOTICE of Motion by Brooke Laurine Lewis for presentment of motion for extension of time 144 before Honorable John Z. Lee on 5/4/2016 at 09:00 AM. (Lewis, Brooke) (Entered: 04/20/2016) |
| 04/21/2016 | 146 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini. Defendant's unopposed motion for extension of time to file reply brief 144 is granted. Defendant's reply brief is due by 4/27/16. Mailed notice (ca, ) (Entered: 04/21/2016) |
| 04/26/2016 | 147 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Motion hearing held on 4/26/16. For the reasons stated on the record, ABC Bank's renewed petition to assert a legal interest in a property subject to criminal and/or civil forfeiture 141 is stricken without prejudice. The Court encourages the Bank to explore with the government alternative methods of address its concerns that would provide the government with sufficient assurances that the funds in question would be available at the end of this case. Mailed notice (ca, ) (Entered: 04/26/2016) |
| 04/26/2016 | 🔒 | (Court only) ***Motions terminated as to Albert Rossini: 82 MOTION by Babajan Khoshabe, Anthony Khoshabe for hearing as to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy *Petition of ABC Bank to Assert Legal Interest in Property* filed by Anthony Khoshabe, Babajan Khoshabe. (ca, ). (Entered: 09/27/2018) |
| 05/04/2016 | 148 | ORDER as to Albert Rossini: Motion hearing held on 5/4/16. Seiden Netzky Law Group's motion to withdraw as counsel for Defendant Rossini 125 is entered and continued. The deadline for the filing of pretrial motions is stricken. Defendant's reply brief is now due by 5/5/16; the government's sur-reply if any is due by 5/12/16. Status hearing set for 5/19/16 at 3:00 p.m. Time was previously excluded through 5/24/16. Signed by the Honorable John Z. Lee on 5/4/2016. Mailed notice. (ym, ) (Entered: 05/04/2016) |

| | | |
|---|---|---|
| 05/05/2016 | 149 | REPLY by Albert Rossini to MOTION to withdraw as attorney as to Albert Rossini *as to attorneys* Glenn Seiden, Theodore Netzky, Brooke Lewis, and Joshua Redman 125 (Attachments: # 1 Exhibit A - IFP Application and Attachments, # 2 Exhibit B - August 20, 2013 Email)(Lewis, Brooke) (Entered: 05/05/2016) |
| 05/11/2016 | 150 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy. The deadline for the filing of pretrial motions is stricken. Mailed notice (ca, ) (Entered: 05/11/2016) |
| 05/12/2016 | 151 | SUR-REPLY by Plaintiff USA to reply, 149 (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C)(Novak, William) (Entered: 05/12/2016) |
| 05/13/2016 | 152 | MOTION by Albert Rossini for preservation of agent`s notes (Attachments: # 1 Notice of Filing)(Seiden, Glenn) (Entered: 05/13/2016) |
| 05/13/2016 | 153 | MOTION by Albert Rossini to produce (Attachments: # 1 Notice of Filing) (Seiden, Glenn) (Entered: 05/13/2016) |
| 05/13/2016 | 154 | MOTION by Albert Rossini to adopt *Co-defendant's motions* (Attachments: # 1 Notice of Filing)(Seiden, Glenn) (Entered: 05/13/2016) |
| 05/13/2016 | 155 | MOTION by Albert Rossini for disclosure *of Impeaching Evidence* (Attachments: # 1 Notice of Filing)(Seiden, Glenn) (Entered: 05/13/2016) |
| 05/13/2016 | 156 | MOTION by Albert Rossini for disclosure *of Favorable Evidence* (Attachments: # 1 Notice of Filing)(Seiden, Glenn) (Entered: 05/13/2016) |
| 05/13/2016 | 157 | MOTION by Albert Rossini for notice of intent *to use Evidence of Other Crimes, Acts, and Wrongs of Defendant* (Attachments: # 1 Notice of Filing) (Seiden, Glenn) (Entered: 05/13/2016) |
| 05/13/2016 | 158 | MOTION by Albert Rossini for disclosure *of Agreements in Exchange of Cooperation* (Attachments: # 1 Notice of Filing)(Seiden, Glenn) (Entered: 05/13/2016) |
| 05/19/2016 | 159 | MOTION by Albert Rossini to strike (Attachments: # 1 Notice of Filing) (Seiden, Glenn) (Entered: 05/19/2016) |
| 05/19/2016 | 160 | ORDER on motion by Albert Rossini (1): Status hearing held on 5/19/16. For the reasons stated on the record, Seiden Netsky Law Group, LLC's motion to withdraw as counsel for Defendant Rossini 125 is granted. The Court will appoint new counsel to represent Mr. Rossini. The Federal Defender's office should assign counsel to represent Mr. Rossini. Albert Rossini's motions 152 153 154 155 156 157 158 159 are withdrawn without prejudice. The IFP Application and Financial Affidavit [149-1] are granted. Status hearing set for 5/24/16 at 9:30 a.m. Signed by the Honorable John Z. Lee on 5/19/2016.Mailed notice (yap, ) (Entered: 05/20/2016) |
| 05/24/2016 | 161 | ATTORNEY Appearance for defendant Albert Rossini by Keri A Ambrosio (Ambrosio, Keri) (Entered: 05/24/2016) |

| | | |
|---|---|---|
| 05/24/2016 | | ORAL MOTION by USA to exclude time as to defendants (yap, ) (Entered: 05/24/2016) |
| 05/24/2016 | 162 | ORDER as to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy: Status hearing held on 5/24/16. Counsel from the Federal Defender's office appeared on behalf of Mr. Rossini and submitted her CJA voucher; the request is granted. Defense counsel request additional time to review the discovery provided by the government. Status hearing set for 6/28/16 at 9:30 a.m. The government's oral motion to exclude time is granted without objection. Time is excluded from 5/24/16 through 6/28/16 in the interest of justice pursuant to 18 U.S.C. 3161(h)(7)(A) -(B) to allow defense counsel additional time to review the discovery and to consider pretrial motions. The Court intends to set a deadline for the filing of pretrial motions at the next status hearing. Signed by the Honorable John Z. Lee on 5/24/2016. Mailed notice (yap, ) (Entered: 05/24/2016) |
| 05/24/2016 | 163 | CJA ORDER Appointing Counsel Keri A. Ambrosio Under the Criminal Justice Act as to Albert Rossini. Signed by the Honorable John Z. Lee on 5/24/2016. (yap, ) (Entered: 06/06/2016) |
| 06/28/2016 | | ORAL MOTION by USA to exclude time as to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy (yap, ) (Entered: 06/29/2016) |
| 06/28/2016 | 164 | ORDER as to Albert Rossini(1), Babajan Khoshabe(2), Anthony Khoshabe(3), Thomas W Murphy (4); Status hearing held on 6/28/16. The government reports that they will reproduce the documents to Mr. Rossini's new counsel. Mr. Rossini's counsel requests time to review the voluminous documents. Status hearing set for 8/3/16 at 9:30 a.m. The government's oral motion to exclude time is granted without objection. Time is excluded from 6/28/16 through 8/3/16 in the interest of justice pursuant to 18 U.S.C. 3161(h)(7)(A) -(B) to allow defense counsel additional time to review the voluminous discovery. The Court will set pretrial motion deadlines at the next status. Signed by the Honorable John Z. Lee on 6/28/2016. Mailed notice (yap, ) (Entered: 06/29/2016) |
| 08/03/2016 | | ORAL MOTION by USA to exclude time as to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy (yap, ) (Entered: 08/03/2016) |
| 08/03/2016 | 165 | ORDER as to Albert Rossini(1), Babajan Khoshabe(2), Anthony Khoshabe(3), Thomas W Murphy(4): Status hearing held on 8/3/16. Pretrial motions are due by 9/30/16 and should be noticed up for presentment on 10/11/16 at 9:30 a.m. Status hearing set for 10/11/16 at 9:30 a.m. The government's oral motion to exclude time is granted without objection. Time is excluded from 8/3/16 through 10/11/16 in the interest of justice pursuant to 18 U.S.C. 3161(h) (7)(A) -(B) to allow defense counsel additional time to review the discovery and consider the filing of pretrial motions. Signed by the Honorable John Z. Lee on 8/3/2016. Mailed notice (yap, ) (Entered: 08/03/2016) |
| 08/03/2016 | 🔒 | (Court only) ***Motions terminated as to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy filed by USA. (yap, ) (Entered: 08/03/2016) |

| 08/03/2016 | 166 | MOTION by Albert Rossini to leave the jurisdiction (Ambrosio, Keri) (Entered: 08/03/2016) |
| 08/03/2016 | 167 | NOTICE of Motion by Keri A Ambrosio for presentment of motion to leave the jurisdiction 166 before Honorable John Z. Lee on 8/9/2016 at 09:30 AM. (Ambrosio, Keri) (Entered: 08/03/2016) |
| 08/08/2016 | 168 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini. Defendant's unopposed motion to travel 166 is granted. Defendant may travel to San Francisco from September 1, 2016 through September 6, 2016. No appearance is required on the motion. (ca, ) (Entered: 08/08/2016) |
| 09/30/2016 | 180 | MOTION by Albert Rossini to adopt *R. ##152,153,155,156,157,& 157* (Ambrosio, Keri) (Entered: 09/30/2016) |
| 10/05/2016 | 184 | MOTION by Albert Rossini to leave the jurisdiction (Ambrosio, Keri) (Entered: 10/05/2016) |
| 10/05/2016 | 185 | NOTICE of Motion by Keri A Ambrosio for presentment of motion to leave the jurisdiction 184 before Honorable John Z. Lee on 10/11/2016 at 09:30 AM. (Ambrosio, Keri) (Entered: 10/05/2016) |
| 10/11/2016 | 186 | ORDER: As to Defendant Albert Rossini. Rossini's motion to preserve and produce agent's notes 152 is granted. Rossini's motion for production of witness statements materials 60 days before trial 153 is granted; the government agrees to provide the 30 days before trial. Rossini's motion to adopt co-Defendant's motions 154 is granted. Rossini's motion of disclosure of impeaching evidence 155 is granted without objection; the information should be provided 30 days before trial. Rossini's motion for immediate disclosure of favorable evidence 156 is granted without objection. Rossini's motion for 404(b) notice of intention to use evidence of other crimes, acts, and wrongs of defendant 157 is granted; the information should be provided 30 days before trial. Rossini's motion for disclosure of agreement in exchange of cooperation 158 is withdrawn as moot. Rossini's motions and unopposed request for an extension of time to file additional motions 180 is granted. Rossini's motion to travel 184 is granted. Rossini may travel to Los Angeles, California from October 11 through October 17, 2016 and should provide a detailed itinerary to pretrial services. Rossinis motion for additional time to file additional pretrial motions is granted. The final deadline for the filing of pretrial motions is 11/10/16. Signed by the Honorable John Z. Lee on 10/11/16. [For further details see order.]Mailed notice (ca, ) (Entered: 10/21/2016) |
| 11/02/2016 | 190 | MINUTE entry before the Honorable John Z. Lee:ORDER as to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy. Motion hearing held on 11/2/16. Defendant Anthony Khoshabe's unopposed motion to reset the trial date 187 is granted. The jury trial set for 5/1/17 is reset to 10/2/17 at 9:00 a.m. The government's oral motion for additional time to respond to the pending motions is granted. The government's response to Babajan Khoshabe''s and Thomas Murphys request for a bill of particulars 172 177 shall be due by 11/14/16; reply due by 11/21/16. The government's response to Anthony Khosabe''s motion to suppress statements 181 and motion to strike surplusage 182 and Rossinis motion to strike 159 shall be due by 11/14/16; reply due by 11/21/16. Mailed notice (ca, ) (Entered: 11/02/2016) |

| | | |
|---|---|---|
| 11/27/2016 | 198 | MOTION by Albert Rossini to leave the jurisdiction (Ambrosio, Keri) (Entered: 11/27/2016) |
| 11/27/2016 | 199 | NOTICE of Motion by Keri A Ambrosio for presentment of motion to leave the jurisdiction 198 before Honorable John Z. Lee on 12/1/2016 at 09:30 AM. (Ambrosio, Keri) (Entered: 11/27/2016) |
| 11/28/2016 | 200 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini. Defendant's unopposed motion to travel outside the district 198 is granted. Defendant may travel to Los Angeles, California from December 3, 2016 through December 15, 2016. The parties agree to the following conditions: Mr. Rossini will provide his Pretrial Services Officer with a detailed itinerary and contact information prior to his departure, and Mr. Rossini will not communicate with any alleged victim of the offense. No appearance is required on the motion.Mailed notice (ca, ) (Entered: 11/28/2016) |
| 12/07/2016 | 207 | MOTION by ABC Bank for order as to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy (Attachments: # 1 Text of Proposed Order)(Arena, David) (Entered: 12/07/2016) |
| 12/07/2016 | 208 | NOTICE of Motion by David T. Arena for presentment of motion for order 207 before Honorable John Z. Lee on 12/13/2016 at 09:30 AM. (Arena, David) (Entered: 12/07/2016) |
| 12/12/2016 | 210 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy. In the event that any of the Defendants objects to ABC Bank's motion for entry of an agreed order 207 , any objections must be filed by 12/19/16. The motion is entered and continued to 12/21/16 at 9:30 a.m. No appearance is necessary on 12/13/16. Mailed notice (ca, ) (Entered: 12/12/2016) |
| 12/13/2016 | 211 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy.The status hearing set for 12/20/16 is reset to 12/21/16 at 9:30 a.m. Mailed notice (ca, ) (Entered: 12/13/2016) |
| 12/21/2016 | | ORAL MOTION by Albert Rossini to travel to Los Angeles (yap, ) (Entered: 12/21/2016) |
| 12/21/2016 | | ORAL MOTION by USA to exclude time as to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy (yap, ) (Entered: 12/21/2016) |
| 12/21/2016 | 212 | ORDER as to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy ; Status hearing held on 12/21/17. Mr. Rossini's oral motion to travel to Los Angeles from 1/2/17 through 1/13/17 is unopposed and granted. Mr. Rossini should provide an itinerary to pretrial services. Motion for entry of an agreed order between Bank of Chicago and the United States 207 is granted. Enter order. Status hearing set for 2/28/17 at 9:30 a.m. The government's oral motion to exclude time through trial is granted without objection. Time is excluded from 12/21/16 through 10/2/17 in the interest of justice pursuant to 18 U.S.C. 3161(h)(7)(A) -(B) to allow for the review of the pending motions and for trial preparation. Signed by the Honorable John Z. Lee on 12/21/2106. Mailed notice (yap, ) (Entered: 12/21/2016) |

| | | |
|---|---|---|
| 12/21/2016 | 213 | AGREED ORDER as to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy. Signed by the Honorable John Z. Lee on 12/21/16.Mailed notice (ca, ). (Entered: 12/21/2016) |
| 01/04/2017 | 214 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy. Minute order 212 is corrected: Motion for entry of an agreed order between Austin Bank of Chicago and the United States 207 is granted. Mailed notice (ca, ) (Entered: 01/04/2017) |
| 01/17/2017 | 216 | RETURN of service of Deposit to USMS Seized Asset Fund executed on 1/11/2017 as to Albert Rossini, et al. (yap, ) (Entered: 01/17/2017) |
| 02/01/2017 | 217 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy. The status hearing set for 2/28/17 is reset to 2/27/17 at 9:30 a.m. Mailed notice (ca, ). (Entered: 02/01/2017) |
| 02/02/2017 | 218 | MOTION by Albert Rossini to modify conditions of release (Ambrosio, Keri) (Entered: 02/02/2017) |
| 02/02/2017 | 219 | NOTICE of Motion by Keri A Ambrosio for presentment of motion to modify conditions of release 218 before Honorable John Z. Lee on 2/9/2017 at 09:30 AM. (Ambrosio, Keri) (Entered: 02/02/2017) |
| 02/09/2017 | 220 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. Motion hearing held on 2/9/17. For the reasons stated on the record, Defendant's motion to amend the bond order 218 is denied. Defense Counsel's oral motion to allow the Defendant to travel to Los Angles, California to visit his mother from February 17, 2017 through February 26, 2017 is granted. Defendant must provide pretrial services and the government with a copy of his itinerary and his contact information. Mr. Rossini is reminded that he must comply with all conditions of his bond. Mailed notice (ca, ) (Entered: 02/09/2017) |
| 02/27/2017 | 221 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy.Status hearing held on 2/27/17. Babajan Khosabe's and Thomas Murphy's motion for bills of particulars 172 177 are denied. Defendant Anthony Khoshabe's motion to strike surplusage 182 is denied. Defendant Anthony Khoshabes motion to suppress statements 181 is granted. Written orders will be issued shortly.Pretrial conference is set for 9/8/17 at 1:30 p.m. The parties are to submit a joint proposed final pretrial order to the Court's proposed order inbox by 8/18/17. The proposed final pretrial order should contain: (l) a brief joint statement of the case to be used during voir dire; (2) a list of witnesses who will be called and those who may be called; (3) any stipulations of uncontested facts; ( 4) a list of exhibits from each party and any objections thereto (a courtesy copy of the exhibits should be provided to the Court at least one week prior to the final pretrial conference); and (4) proposed jury instructions from each party and any objections thereto. Any and all motions in limine should be filed and served at the time that the final pretrial order is due by 8/18/17; any responses thereto should be filed fourteen calendar days thereafter by 9/1/17. Any motion filed must be accompanied by a statement that the party has conferred with the opposing party. Each motion in limine (as well as any response thereto) should |

| | | |
|---|---|---|
| | | be filed separately and not be combined in a single filing. Courtesy copies of motions and responses should be provided to chambers in hard copy format. Status hearing set for 3/16/17 at 10:00 a.m. Mailed notice (ca, ) (Entered: 02/27/2017) |
| 03/09/2017 | 226 | MOTION by Albert Rossini to leave the jurisdiction (Ambrosio, Keri) (Entered: 03/09/2017) |
| 03/09/2017 | 227 | MOTION to withdraw as attorney as to Albert Rossini Keri Ambrosio (Ambrosio, Keri) (Entered: 03/09/2017) |
| 03/09/2017 | 228 | NOTICE of Motion by Keri A Ambrosio for presentment of motion to withdraw as attorney 227 , motion to leave the jurisdiction 226 before Honorable John Z. Lee on 3/14/2017 at 09:30 AM. (Ambrosio, Keri) (Entered: 03/09/2017) |
| 03/09/2017 | 231 | AMENDED MOTION by Albert Rossini to leave the jurisdiction (Ambrosio, Keri) Modified title by Clerk's office on 3/10/2017 (yap, ). (Entered: 03/09/2017) |
| 03/09/2017 | 232 | AMENDED NOTICE of Motion by Keri A Ambrosio for presentment of motion to withdraw as attorney 227 , motion to leave the jurisdiction 226 , motion to leave the jurisdiction 231 before Honorable John Z. Lee on 3/16/2017 at 09:30 AM. (Ambrosio, Keri) Modified title by Clerk's office on 3/10/2017 (yap, ). (Entered: 03/09/2017) |
| 03/14/2017 | 234 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini, Anthony Khoshabe. The motion hearings 226 227 229 231 scheduled for 3/16/17 at 9:30 a.m. are reset to 3/16/17 at 10:00 a.m. Mailed notice (ca, ) (Entered: 03/14/2017) |
| 03/16/2017 | 236 | ATTORNEY Appearance for defendant Albert Rossini by Joshua B. Adams (Adams, Joshua) (Entered: 03/16/2017) |
| 03/16/2017 | 237 | ORDER as to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy: Status and motion hearing held on 3/16/17. Albert Rossini's motion to travel outside the District 226 231 is granted. Mr. Rossini may travel to Los Angeles from 3/17/17 through 3/26/17. Defendant must provide pretrial services and the government with a copy of his itinerary and his contact information. Unopposed motion to withdraw 227 is granted. Keri Ambrosio is granted leave to withdraw as counsel, Ms. Ambrosio should remain on the case until new counsel is assigned. Ms. Ambrosio will contact the Federal Defender's office to obtain new counsel. Anthony Khoshabe's unopposed motion to modify conditions of release to travel to Greece 229 is granted. Defendant must provide pretrial services and the government with a copy of his itinerary and his contact information. Defendant Babajan Khoshabes motion to modify conditions of release 235 is denied without prejudice. To the extend the government will be filing a motion with regarding the Court's order that was issued, the motion should be filed by 4/13/17 and noticed up for presentment on 4/19/17 at 9:30 a.m. Status hearing set for 4/19/17 at 9:30 a.m. Signed by the Honorable John Z. Lee on 3/16/2017. Mailed notice (yap, ) (Entered: 03/17/2017) |

| 04/05/2017 | 246 | CJA ORDER Appointing Counsel Joshua B. Adams Under the Criminal Justice Act. Signed by the Honorable John Z. Lee on 4/5/2017. (yap, ) (Entered: 05/09/2017) |
|---|---|---|
| 04/19/2017 | 242 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy.Status hearing held on 4/19/17. The government reports that they are prepared to proceed with trial. Status hearing set for 6/8/17 at 9:30 a.m. Mailed notice (ca, ) (Entered: 04/19/2017) |
| 04/23/2017 | 243 | MOTION by Albert Rossini to leave the jurisdiction (Adams, Joshua) (Entered: 04/23/2017) |
| 04/23/2017 | 244 | NOTICE of Motion by Joshua B. Adams for presentment of motion to leave the jurisdiction 243 before Honorable John Z. Lee on 4/26/2017 at 09:30 AM. (Adams, Joshua) (Entered: 04/23/2017) |
| 04/26/2017 | 245 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini. Motion hearing held on 4/26/17. Albert Rossini's motion to leave the jurisdiction to travel to Los Angeles, California from May 1 through May 21, 2017 243 is granted. Defendant must provide pretrial services and the government with a copy of his itinerary and all addresses he will be staying during his trip. Mailed notice (ca, ) (Entered: 04/26/2017) |
| 05/22/2017 | 247 | MOTION by Albert Rossini to leave the jurisdiction (Adams, Joshua) (Entered: 05/22/2017) |
| 05/22/2017 | 248 | NOTICE of Motion by Joshua B. Adams for presentment of motion to leave the jurisdiction 247 before Honorable John Z. Lee on 5/24/2017 at 09:30 AM. (Adams, Joshua) (Entered: 05/22/2017) |
| 05/24/2017 | 249 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. Motion hearing held on 5/24/17. For the reasons stated on the record, Albert Rossinis motion to leave the jurisdiction 247 is entered and continued for 5/25/17 at 11:00 a.m. Mr. Adams should be present for the motion hearing. If the time does not work the parties should contact the courtroom deputy. Mailed notice (ca, ) (Entered: 05/25/2017) |
| 05/25/2017 | 250 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini. Motion hearing held on 5/25/17. For the reasons stated on the record, Albert Rossini's motion to leave the jurisdiction 247 is granted. Mr. Rossini should provide pretrial services and the government a detailed itinerary including locations he will be staying day to day. In addition, he should check in regularly with his pretrial services officer. Mailed notice (ca, ) (Entered: 05/25/2017) |
| 06/08/2017 | 254 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy, Status hearing held on 6/8/17. The government reports that they will provide additional discovery to the Defendants. Status hearing set for 7/27/17 at 9:30 a.m. Mailed notice (ca, ) (Entered: 06/09/2017) |
| 06/27/2017 | 255 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy, Status hearing set |

| | | |
|---|---|---|
| | | for 6/29/17 at 9:30 a.m. Mailed notice (ca, ) (Entered: 06/27/2017) |
| 06/28/2017 | 256 | TRANSCRIPT OF PROCEEDINGS as to Albert Rossini held on 5/25/2017, before the Honorable John Z. Lee. Court Reporter Contact Information: ALEXANDRA ROTH, alexandra_roth@ilnd.uscourts.gov (312) 408-5038.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 7/19/2017. Redacted Transcript Deadline set for 7/31/2017. Release of Transcript Restriction set for 9/26/2017. (Roth, Alexandra) (Entered: 06/28/2017) |
| 06/29/2017 | | ORAL MOTION by USA to exclude time as to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy (yap, ) (Entered: 06/29/2017) |
| 06/29/2017 | 257 | ORDER as to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy: Status hearing held on 6/29/17. For the reason stated on the record, the trial scheduled for 10/2/17 is reset to 12/4/17 at 9:00 a.m. without objection. The final pretrial conference is set for 11/20/17 at 2:00 p.m. The parties are to submit a joint proposed final pretrial order to the Court's proposed order inbox by 10/17/17. The proposed final pretrial order should contain: (l) a brief joint statement of the case to be used during voir dire; (2) a list of witnesses who will be called and those who may be called; (3) any stipulations of uncontested facts; ( 4) a list of exhibits from each party and any objections thereto (a courtesy copy of the exhibits should be provided to the Court at least one week prior to the final pretrial conference); and (4) proposed jury instructions from each party and any objections thereto. Any and all motions in limine should be filed and served at the time that the final pretrial order is due by 10/17/17; any responses thereto should be filed fourteen calendar days thereafter by 10/31/17. Any motion filed must be accompanied by a statement that the party has conferred with the opposing party. Each motion in limine (as well as any response thereto) should be filed separately on the docket and not be combined in a single filing. Courtesy copies of motions and responses should be provided to chambers in hard copy format. The government's oral motion to exclude time is granted without objection. Time is excluded through the 12/4/17 trial date pursuant to 18 U.S.C. 3161(h)(7)(A)-(B) to allow counsel time to prepare for trial and for any plea discussions. Signed by the Honorable John Z. Lee on 6/29/2017. Mailed notice (yap, ) (Entered: 06/29/2017) |
| 07/10/2017 | 258 | MOTION by Albert Rossini Appointment of co-counsel (Adams, Joshua) (Entered: 07/10/2017) |
| 07/10/2017 | 259 | NOTICE of Motion by Joshua B. Adams for presentment of motion for miscellaneous relief 258 before Honorable John Z. Lee on 7/17/2017 at 09:30 AM. (Adams, Joshua) (Entered: 07/10/2017) |

| 07/10/2017 | 260 | NOTICE of Motion by Joshua B. Adams for presentment of motion for miscellaneous relief 258 before Honorable John Z. Lee on 7/13/2017 at 09:30 AM. (Adams, Joshua) (Entered: 07/10/2017) |
|---|---|---|
| 07/12/2017 | 261 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini. The motion hearing scheduled for 7/13/17 is stricken. Counsel should notice up his motion for another date the following week. Mailed notice (ca, ) (Entered: 07/12/2017) |
| 07/13/2017 | 262 | NOTICE of Motion by Joshua B. Adams for presentment of motion for miscellaneous relief 258 before Honorable John Z. Lee on 7/20/2017 at 09:30 AM. (Adams, Joshua) (Entered: 07/13/2017) |
| 07/20/2017 | 263 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini. Motion hearing held on 7/20/17. Motion for leave to appoint co-counsel pursuant to the Criminal Justice Act 258 is granted. Mailed notice (ca, ) (Entered: 07/20/2017) |
| 07/27/2017 | 264 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy. Status hearing held on 7/27/17. The government reports that they are in the process of scanning bank records and will provide them as well as additional discovery to the defense counsel. The government's deadline to provide expert disclosures is 9/15/17. Status hearing set for 9/29/17 at 9:30 a.m. to discovery whether Defendants intend to offer any expert testimony at trial and/or seek to exclude the government's expert in whole or in part. Mailed notice (ca, ) (Entered: 07/28/2017) |
| 07/28/2017 | 265 | MOTION by USA to revoke as to Albert Rossini (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3, # 4 Exhibit Exhibit 4, # 5 Exhibit Exhibit 5, # 6 Exhibit Exhibit 6, # 7 Exhibit Exhibit 7, # 8 Exhibit Exhibit 8)(Novak, William) (Entered: 07/28/2017) |
| 07/28/2017 | 266 | NOTICE of Motion by William Patrick Novak for presentment of motion to revoke, 265 before Honorable John Z. Lee on 8/2/2017 at 11:30 AM. (Novak, William) (Entered: 07/28/2017) |
| 07/31/2017 | 🔒 267 | (Court only) PRETRIAL Violation Report as to Albert Rossini (SEALED) (jlw, ) (Entered: 07/31/2017) |
| 07/31/2017 | 268 | CJA ORDER Appointing Counsel Scott Jay Frankel for Albert Rossini Under the Criminal Justice Act. Signed by the Honorable John Z. Lee on 7/31/2017. (yap, ) (Entered: 08/01/2017) |
| 08/01/2017 | 269 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini. By agreement of the parties, the motion hearing set for 8/2/17 at 11:30 a.m. is reset to 8/2/17 at 3:00 p.m. Mailed notice (ca, ) (Entered: 08/01/2017) |
| 08/02/2017 | 270 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini. By agreement of the parties, the motion hearing set for 8/2/17 at 3:00 p.m. is reset to 8/2/17 at 2:30 p.m. Mailed notice (ca, ) (Entered: 08/02/2017) |
| 08/02/2017 | 271 | ORDER as to Albert Rossini (1): Motion hearing held on 8/2/17. For the reasons stated on the record, the government's motion to revoke bond 265 is granted. Defendant Albert Rossini's bond is hereby revoked and the Defendant |

| | | |
|---|---|---|
| | | is remanded to the custody of the U.S. Marshals. The U.S. Marshals shall bring the Defendant to the Metropolitan Correctional Center 30 days prior to the December 4, 2017 trial date. Defense counsel should contact the U.S. Marshal's Office with their concern regarding the Defendant's health condition. Signed by the Honorable John Z. Lee on 8/2/2017. Mailed notice (yap, ) (Entered: 08/02/2017) |
| 08/02/2017 | 🔒 | (Court only) ***Location start LC as to Albert Rossini (yap, ) (Entered: 09/29/2017) |
| 09/29/2017 | 275 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy.Status hearing held on 9/29/17. The Court is informed that Defendant Babajan Khoshabe is scheduled for surgery the first week in December, and his counsel has requested a new trial date. A status hearing is set for 10/6/17 at 9:30 a.m. to discuss the trial date. Mailed notice (ca, ) (Entered: 09/29/2017) |
| 10/06/2017 | | ORAL MOTION by USA to exclude time as to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy (yap, ) (Entered: 10/10/2017) |
| 10/06/2017 | 276 | ORDER as to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy: Status hearing held on 10/6/17. The Court is informed that Defendant Babajan Khoshabe is scheduled for surgery the first week in December, and his counsel has requested a new trial date. The government and the other defendants do not object to this request. Accordingly, the jury trial set for 12/4/17 is reset to 6/4/18 at 9:00 a.m. The final pretrial conference set for 11/20/17 is reset to 4/24/18 at 1:30 p.m. Any motion to exclude an expert shall be due 45 days before the final pretrial conference; any response will be due 14 days thereafter. The parties are to submit a joint proposed final pretrial order to the Court's proposed order inbox by 3/20/18. The proposed final pretrial order should contain: (l) a brief joint statement of the case to be used during voir dire; (2) a list of witnesses who will be called and those who may be called; (3) any stipulations of uncontested facts; ( 4) a list of exhibits from each party and any objections thereto (a courtesy copy of the exhibits should be provided to the Court at least one week prior to the final pretrial conference); and (4) proposed jury instructions from each party and any objections thereto. Any and all motions in limine should be filed and served at the time that the final pretrial order is due by 3/20/18; any responses thereto should be filed fourteen calendar days thereafter by 4/3/18. Any motion filed must be accompanied by a statement that the party has conferred with the opposing party. Each motion in limine (as well as any response thereto) should be filed separately on the docket and not be combined in a single filing. Courtesy copies of motions and responses should be provided to chambers in hard copy format. The government's oral motion to exclude time is granted without objection. Time is excluded from 10/6/17 through 1/11/18 pursuant to 18 U.S.C. 3161(h) (7)(A)-(B) to allow counsel time to prepare for trial. Status hearing set for 1/11/18 at 9:30 a.m. Signed by the Honorable John Z. Lee on 10/6/2017. Mailed notice (yap, ) (Entered: 10/10/2017) |
| 01/02/2018 | 277 | LETTER from Albert Rossini dated 12/26/2017. (Envelope postmarked 12/27/2017). (mc, ) (Entered: 01/04/2018) |

| | | |
|---|---|---|
| 01/03/2018 | 278 | LETTER from Albert Rossini dated 12/26/2017. (Envelope postmarked 12/27/2017). (mc, ) (Entered: 01/05/2018) |
| 01/10/2018 | 279 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy, Status hearing set for 1/11/18 at 9:30 a.m. Mailed notice (ca, ) (Entered: 01/10/2018) |
| 01/11/2018 | | ORAL MOTION by USA to exclude time as to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy. (sxb, ) (Entered: 01/12/2018) |
| 01/11/2018 | 280 | ORDER as to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy: Status hearing held on 1/11/18. Defendant Rossini had filed letter requesting that the Court appoint new counsel for him 277 278 . During the hearing, Rossini withdrew the requests. Status hearing set for 4/3/18 at 9:30 a.m. The government's oral motion to exclude time is granted without objection. Time is excluded from 1/11/18 through 4/3/18 pursuant to 18 U.S.C. 3161(h)(7)(A)-(B) to allow counsel time to prepare for trial. Signed by the Honorable John Z. Lee on 1/11/2018. Mailed notice. (sxb, ) (Entered: 01/12/2018) |
| 03/13/2018 | 🔒 | (Court only) ***Motions terminated as to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy: 281 MOTION by Anthony Khoshabe for extension of time *to file proposed pretrial order and motions in limine (unopposed)* filed by Anthony Khoshabe. (ca, ) (Entered: 05/02/2018) |
| 03/20/2018 | 283 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy.Motion hearing held on 3/20/18. Defendant Anthony Khoshabe's unopposed motion to extend time within which to submit a joint proposed pretrial order and to file motions in limine 281 is granted as to all Defendants. The joint pretrial order and motions in limine are now due by 3/27/18; responses are due by 4/10/18. Counsel for Babajan Khoshabe updated the Court on the status of his medical condition. Babajan Khoshabe shall file his motion to reset the trial date prior to the next status. A status hearing is set for 4/12/18 at 9:30 a.m. All Defendants and their counsel should be present. Mailed notice (ca, ) (Entered: 03/22/2018) |
| 03/27/2018 | 284 | MOTION by USA in limine as to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy (Novak, William) (Entered: 03/27/2018) |
| 03/27/2018 | 285 | MOTION by Albert Rossini in limine *to bar Testimony of Jeff Deer* (Adams, Joshua) (Entered: 03/27/2018) |
| 03/27/2018 | 286 | MOTION by Albert Rossini in limine *to bar evidence of tax records* (Adams, Joshua) (Entered: 03/27/2018) |
| 03/27/2018 | 287 | MOTION by Albert Rossini in limine *to bar evidence of Mr. Rossini's trips to California* (Adams, Joshua) (Entered: 03/27/2018) |
| 03/27/2018 | 288 | MOTION by Albert Rossini in limine *to bar statements* (Attachments: # 1 Exhibit email)(Adams, Joshua) (Entered: 03/27/2018) |
| 03/27/2018 | 289 | MOTION by USA in limine as to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy *to Permit Impeachment* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Hogstrom, Erik) (Entered: 03/27/2018) |

Case: 1:15-cr-00515 Document #: 566 Filed: 02/18/20 Page 52 of 65 PageID #:7080

| 04/02/2018 | 292 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy. By agreement of the parties, Babajan Khoshabe's motion for severance in connection with scheduled the June 4, 2018 jury trial 290 scheduled for 4/4/18 is reset to 4/3/18 at 9:30 a.m. Mailed notice (ca, ) (Entered: 04/02/2018) |
|---|---|---|
| 04/03/2018 | 293 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy.Status and motion hearing held on 4/3/18. Defendant Babajan Khosabe's supplement filing regarding his motion to sever shall be due by 4/10/18. Albert Rossini's motion in limine to bar the testimony of Jeff Deer 285 is stricken as moot. The status hearing set for 4/12/18 at 9:30 a.m. will stand. Mailed notice (ca, ) (Entered: 04/05/2018) |
| 04/10/2018 | 294 | RESPONSE by USA to MOTION by Albert Rossini in limine *to bar statements* 288 (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2)(Novak, William) (Entered: 04/10/2018) |
| 04/10/2018 | 296 | RESPONSE by Albert Rossini as to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy regarding MOTION by USA in limine as to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy 284 (Adams, Joshua) (Entered: 04/10/2018) |
| 04/10/2018 | 297 | RESPONSE by USA to MOTION by Albert Rossini in limine *to bar evidence of tax records* 286 (Hogstrom, Erik) (Entered: 04/10/2018) |
| 04/10/2018 | 298 | RESPONSE by USA to MOTION by Albert Rossini in limine *to bar evidence of Mr. Rossini's trips to California* 287 (Hogstrom, Erik) (Entered: 04/10/2018) |
| 04/12/2018 | 299 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy. Status hearing held on 4/12/18. Defendant Rossini's objection to the motion to sever shall be due by 4/18/18; the government's response by 4/25/18. The pretrial conference set for 4/24/18 is reset to 5/10/18 at 2:30 p.m. Mailed notice (ca, ) (Entered: 04/12/2018) |
| 04/20/2018 | 301 | TRANSCRIPT OF PROCEEDINGS as to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy held on 02/04/2016, before the Honorable John Z. Lee. Order Number: 30431. Court Reporter Contact Information: ALEXANDRA ROTH, alexandra_roth@ilnd.uscourts.gov, (312) 408-5038.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 5/11/2018. Redacted Transcript Deadline set for 5/21/2018. Release of Transcript Restriction set for 7/19/2018. (Roth, Alexandra) (Entered: 04/20/2018) |

| | | |
|---|---|---|
| 04/26/2018 | 303 | TRANSCRIPT OF PROCEEDINGS as to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy held on 4/12/2018, before the Honorable John Z. Lee. Order Number: 30563. Court Reporter Contact Information: ALEXANDRA ROTH, alexandra_roth@ilnd.uscourts.gov, (312) 408-5038.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 5/17/2018. Redacted Transcript Deadline set for 5/29/2018. Release of Transcript Restriction set for 7/25/2018. (Roth, Alexandra) (Entered: 04/26/2018) |
| 05/03/2018 | 309 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. The Court, sua sponte, grants leave to Defendant Albert Rossini to file by 5/9/18 a reply as to his motion in limine 288 to bar certain evidence as privileged attorney-client communications. Mailed notice (ca, ) (Entered: 05/03/2018) |
| 05/04/2018 | 310 | MOTION by Albert Rossini to continue *Trial date* (Adams, Joshua) (Entered: 05/04/2018) |
| 05/04/2018 | 311 | NOTICE of Motion by Joshua B. Adams for presentment of motion to continue 310 before Honorable John Z. Lee on 5/8/2018 at 09:30 AM. (Adams, Joshua) (Entered: 05/04/2018) |
| 05/08/2018 | 316 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini, Babajan Khoshabe. Motion hearing held on 5/8/18. Albert Rossini's motion to continue the trial date 310 is withdrawn. Babajan Khoshabe's motion to substitute 312 is denied in part. Mr. Ackerman's request to withdraw is denied for the present. Mr. Cheronis is granted leave to file his appearance on behalf of Babajan Khoshabe. Defendant's response to the government's recent opposition to the motion to sever shall be due by noon on Thursday 5/10/18. The Court will hold a hearing on Mr. Khoshabe's motion to sever on Thursday 5/10/18 at 2:00 p.m. Mr. Khoshabe must be present at the hearing. Mailed notice (ca, ) (Entered: 05/08/2018) |
| 05/09/2018 | 318 | MOTION by Albert Rossini in limine *to bar evidence, or in the alternative, to Sever* (Adams, Joshua) (Entered: 05/09/2018) |
| 05/10/2018 | 322 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini, Anthony Khoshabe. Pretrial conference held on 5/10/18. Mailed notice (ca, ) (Entered: 05/14/2018) |
| 05/18/2018 | 324 | MOTION by USA in limine as to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy *Sanitago Proffer* (Hogstrom, Erik) (Entered: 05/18/2018) |
| 05/18/2018 | 325 | MOTION by USA for leave as to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy *to file instanter* (Hogstrom, Erik) (Entered: 05/18/2018) |

| 05/24/2018 | 327 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy, Status hearing set for 5/29/18 at 10:00 a.m. Mailed notice (ca, ) (Entered: 05/24/2018) |
| --- | --- | --- |
| 05/24/2018 | 328 | ORDER as to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe :The Court held a final pretrial conference hearing on May 10, 2018. This order sets forth in writing the rulings made by the Court at the hearing with regard to Babajan Khoshabe's motion to sever and the parties motions in limine. A status hearing is set for May 29, 2018, at 10:00 a.m. Signed by the Honorable John Z. Lee on 5/24/18. [For further details see order].Mailed notice (ca, ) (Entered: 05/24/2018) |
| 05/24/2018 | 🔒 | (Court only) ***Motions terminated as to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy: 289 MOTION by USA in limine as to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy *to Permit Impeachment* filed by USA, 284 MOTION by USA in limine as to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy filed by USA. (ca, ). (Entered: 05/30/2018) |
| 05/24/2018 | 🔒 | (Court only) ***Motions terminated as to Albert Rossini: 288 MOTION by Albert Rossini in limine *to bar statements* filed by Albert Rossini. (ca, ). (Entered: 09/27/2018) |
| 05/29/2018 | 332 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. Status hearing held on 5/29/18. For the reasons stated on the record, Albert Rossini's motion in limine to bar evidence of tax returns 286 is denied. The government's motion for leave to file Santiago proffer instanter 325 is granted. The jury trial will proceed on 6/4/18 as to Albert Rossini only. Mailed notice (ca, ) (Entered: 05/31/2018) |
| 05/29/2018 | 🔒 | (Court only) ***Motions terminated as to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy: 325 MOTION by USA for leave as to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy *to file instanter* filed by USA, 82 MOTION by Babajan Khoshabe, Anthony Khoshabe for hearing as to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy *Petition of ABC Bank to Assert Legal Interest in Property* filed by Anthony Khoshabe, Babajan Khoshabe. (ca, ). (Entered: 09/27/2018) |
| 06/04/2018 | 334 | ORDER as to Albert Rossini: Voir Dire began and concluded. Jury selection concluded. Jury trial continued for 6/5/18 at 10:00 a.m. Signed by the Honorable John Z. Lee on 6/4/2018. Mailed notice. (sxb, ) (Entered: 06/05/2018) |
| 06/05/2018 | 335 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. Jury trial held on 6/5/18 and continued for 6/6/18 at 10:00 a.m. Mailed notice (ca, ) (Entered: 06/06/2018) |
| 06/06/2018 | 336 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. Jury trial held on 6/6/18 and continued for 6/7/18 at 10:00 a.m. Mailed notice (ca, ) (Entered: 06/07/2018) |
| 06/07/2018 | 337 | LETTER from Albert Rossini dated 5/31/2018 (Envelope not postmarked; institution mail room 6/1/2018). (yap, ) (Entered: 06/07/2018) |

| 06/07/2018 | 338 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. Jury trial held on 6/7/18 and continued for 6/8/18 at 10:00 a.m. Mailed notice (ca, ) (Entered: 06/08/2018) |
| 06/08/2018 | 339 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. Jury trial held on 6/8/18 and continued for 6/11/18 at 10:00 a.m. Mailed notice (ca, ) (Entered: 06/11/2018) |
| 06/11/2018 | 341 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini. Jury trial held on 6/11/18 and continued for 6/13/18 at 9:45 a.m. Mailed notice (ca, ) (Entered: 06/11/2018) |
| 06/13/2018 | 346 | JURY Verdict as to Albert Rossini (1) guilty on Count 1-3,4-5,6,7,8-14. Verdict form emailed to defendant's counsel of record as to Albert Rossini (RESTRICTED) (sxb, ) (Entered: 06/14/2018) |
| 06/13/2018 | 347 | JURY Note as to Albert Rossini (sxb, ) (Entered: 06/14/2018) |
| 06/13/2018 | 348 | JURY Instructions as to Albert Rossini (sxb, ) (Entered: 06/14/2018) |
| 06/14/2018 | 345 | ORDER as to Albert Rossini: Jury trial ended on 6/14/18. The jury returns a verdict of guilty as to Counts One through Fourteen. Defendant is remanded to the custody of the U.S. Marshals pending sentencing. The cause is referred to the probation office for the preparation of a pre-sentence investigation report. Defendant's sentencing memorandum and objections to the report are to be filed by 10/29/18, and the government's response by 11/5/18. Sentencing is set for 11/13/18 at 2:00 p.m. For the reasons stated, Defendant's Rule 29 motion made at the close of the government's case is denied. The Probation Office is directed to provide the parties with a copy of its sentencing recommendation. Defendant's motion, if any, for a new trial shall be due by 8/7/18; response due by 9/17/18; reply due by 10/1/18. Pursuant to 18 U.S.C. § 3664(d)(1), if restitution is being sought in this case, 60 days prior to the sentencing date, the Government shall provide the Probation Office and the courtroom deputy an electronic standardized spreadsheet (available on the Court's website) with a list of victims and their full current contact information. This list shall include any amounts subject to restitution. If the Government is not able to provide the full victim list 60 days prior to sentencing, they shall file a motion to request an extension of time to compile the information, to the extent permitted by 18 U.S.C. § 3664(d)(5). Signed by the Honorable John Z. Lee on 6/14/2018. Mailed notice. (sxb, ) (Entered: 06/14/2018) |
| 06/14/2018 | 🔒 | (Court only) ***Motions terminated as to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy: 318 MOTION by Albert Rossini in limine *to bar evidence, or in the alternative, to Sever* filed by Albert Rossini. (ca, ). (Entered: 09/27/2018) |
| 06/28/2018 | 351 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy. The Court is informed that Mr. Stanley has order the transcript for the Thomas Murphy change of plea. The government has until 7/5/18 to file any objection to releasing the transcript. Mailed notice (ca, ) (Entered: 06/28/2018) |
| 07/03/2018 | 353 | CJA ORDER Appointing Counsel Scott J. Frankel for Albert Rossini Under the Criminal Justice Act Signed by the Honorable John Z. Lee on 7/3/2018. Mailed |

| | | notice. (sxb, ) (Entered: 07/03/2018) |
|---|---|---|
| 07/06/2018 | 354 | TRANSCRIPT OF PROCEEDINGS as to Albert Rossini held on 6/5/2018, before the Honorable John Z. Lee. Court Reporter Contact Information: ALEXANDRA ROTH, alexandra_roth@ilnd.uscourts.gov, (312) 408-5038. IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. Redaction Request due 7/27/2018. Redacted Transcript Deadline set for 8/6/2018. Release of Transcript Restriction set for 10/4/2018. (Roth, Alexandra) (Entered: 07/06/2018) |
| 07/06/2018 | 355 | TRANSCRIPT OF PROCEEDINGS as to Albert Rossini held on 6/6/2018, before the Honorable John Z. Lee. Court Reporter Contact Information: ALEXANDRA ROTH, alexandra_roth@ilnd.uscourts.gov, (312) 408-5038. IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. Redaction Request due 7/27/2018. Redacted Transcript Deadline set for 8/6/2018. Release of Transcript Restriction set for 10/4/2018. (Roth, Alexandra) (Entered: 07/06/2018) |
| 07/06/2018 | 356 | TRANSCRIPT OF PROCEEDINGS as to Albert Rossini held on 6/7/2018, before the Honorable John Z. Lee. Court Reporter Contact Information: ALEXANDRA ROTH, alexandra_roth@ilnd.uscourts.gov, (312) 408-5038. IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. Redaction Request due 7/27/2018. Redacted Transcript Deadline set for 8/6/2018. Release of Transcript Restriction set for 10/4/2018. (Roth, Alexandra) (Entered: 07/06/2018) |
| 07/06/2018 | 357 | TRANSCRIPT OF PROCEEDINGS as to Albert Rossini held on 6/8/2018, before the Honorable John Z. Lee. Court Reporter Contact Information: ALEXANDRA ROTH, alexandra_roth@ilnd.uscourts.gov, (312) 408-5038. IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for |

| | | |
|---|---|---|
| | | Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 7/27/2018. Redacted Transcript Deadline set for 8/6/2018. Release of Transcript Restriction set for 10/4/2018. (Roth, Alexandra) (Entered: 07/06/2018) |
| 07/06/2018 | 358 | TRANSCRIPT OF PROCEEDINGS as to Albert Rossini held on 6/11/2018, before the Honorable John Z. Lee. Court Reporter Contact Information: ALEXANDRA ROTH, alexandra_roth@ilnd.uscourts.gov, (312) 408-5038.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 7/27/2018. Redacted Transcript Deadline set for 8/6/2018. Release of Transcript Restriction set for 10/4/2018. (Roth, Alexandra) (Entered: 07/06/2018) |
| 07/06/2018 | 359 | TRANSCRIPT OF PROCEEDINGS as to Albert Rossini held on 6/13/2018, before the Honorable John Z. Lee. Court Reporter Contact Information: ALEXANDRA ROTH, alexandra_roth@ilnd.uscourts.gov, (312) 408-5038.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 7/27/2018. Redacted Transcript Deadline set for 8/6/2018. Release of Transcript Restriction set for 10/4/2018. (Roth, Alexandra) (Entered: 07/06/2018) |
| 07/12/2018 | 361 | LETTER from Albert Rossini dated 7/8/2018 (Envelope postmarked 7/9/2018). (sxb, ) (Entered: 07/12/2018) |
| 07/23/2018 | 362 | MOTION to withdraw as attorney as to Albert Rossini Joshua B. Adams (Adams, Joshua) (Entered: 07/23/2018) |
| 07/23/2018 | 363 | NOTICE of Motion by Joshua B. Adams for presentment of motion to withdraw as attorney 362 before Honorable John Z. Lee on 7/26/2018 at 09:30 AM. (Adams, Joshua) (Entered: 07/23/2018) |
| 07/25/2018 | 364 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. The Court is not hearing motions on 7/26/18. Counsel should re-notice the motion for the week of August 13, 2018. Mailed notice (ca, ) (Entered: 07/25/2018) |

| 08/07/2018 | 365 | MOTION by Albert Rossini for New Trial (Exhibits). (Envelope not postmarked; institution mail room 8/2/18) (lf, ) (Entered: 08/10/2018) |
| 08/07/2018 | 366 | MOTION by Albert Rossini to Expand the Motion and Memorandum for a New Trial Based on District Rule 7.1; Notice (Exhibits). (Envelope not postmarked; institution mail room 8/2/18) (lf, ) (Entered: 08/10/2018) |
| 08/08/2018 | 367 | LETTER from Albert Rossini dated August 1, 2018; Notice. (Envelope not postmarked; institution mail room 8/2/18) (lf, ) (Entered: 08/10/2018) |
| 08/13/2018 | 368 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini. A hearing on the motion to withdraw as counsel 362 is scheduled for 8/22/18 at 9:30 a.m. Mailed notice (ca, ) (Entered: 08/13/2018) |
| 08/14/2018 | 369 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. By agreement of the parties, the motion hearing set for 8/22/18 is reset to 8/23/18 at 9:30 a.m. Mailed notice (ca, ) (Entered: 08/14/2018) |
| 08/14/2018 | 370 | LETTER from Albert Rossini dated 8/8/2018. (Exhibits)(Envelope not postmarked; institution mail room 8/9/2018) (pk, ) (Entered: 08/16/2018) |
| 08/23/2018 | 372 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini. Motion hearing held on 8/23/18. Defendant Albert Rossini's counsel's motion to withdraw as counsel 362 is granted. Joshua Adams and Scott Frankel are granted leave to withdraw as counsel. The Court will appoint a new attorney to represent the Defendant. No response is required by the government at this time with respect to Rossini's pro se motion for a new trial. The Court will set another status when new counsel is appointed. Mailed notice (ca, ) (Entered: 08/23/2018) |
| 08/23/2018 | 373 | MOTION by Albert Rossini to supplement Exhibits; Notice of Filing. (Exhibits). (No Envelope Postmark date). (gcy, ) (Entered: 08/24/2018) |
| 09/04/2018 | 375 | MOTION by Albert Rossini to Provide Defendant With Transcripts (Envelope postmarked 8/29/18) (lf, ) (Entered: 09/05/2018) |
| 09/05/2018 | 377 | MOTION by Albert Rossini to Provide Defendant With Transcripts (Envelope postmarked 8/29/18) (lf, ) (Entered: 09/07/2018) |
| 09/06/2018 | 376 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini.. Status hearing set for 9/19/18 at 9:30 a.m. Mailed notice (ca, ) (Entered: 09/06/2018) |
| 09/12/2018 | 379 | ATTORNEY Appearance for defendant Albert Rossini by Richard S Kling (Kling, Richard) (Entered: 09/12/2018) |
| 09/12/2018 | 386 | CJA ORDER Appointing Counsel Under the Criminal Justice Act. (Received for docketing on 10/1/2018) Signed by the Honorable John Z. Lee on 9/12/2018. Mailed notice (ph, ) (Entered: 10/01/2018) |
| 09/19/2018 | 380 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. Status hearing held on 9/19/18. Defendant's pro se motions 365 366 373 375 377 are stricken; if Defendant wishes to refile the motions after consulting with his new counsel he may do so. The government's oral motion to strike the sentencing date is granted. The sentencing scheduled for 11/13/18 at 2:00 pm. is stricken. A status hearing is scheduled for 11/13/18 at 9:30 a.m. At the next status the |

| | | |
|---|---|---|
| | | Court will set a sentencing schedule. Mailed notice (ca, ) (Entered: 09/19/2018) |
| 10/24/2018 | 390 | MOTION by Albert Rossini to continue *presentence report due date* (Kling, Richard) (Entered: 10/24/2018) |
| 10/24/2018 | 391 | NOTICE of Motion by Richard S Kling for presentment of motion to continue 390 before Honorable John Z. Lee on 10/31/2018 at 09:30 AM. (Kling, Richard) (Entered: 10/24/2018) |
| 10/31/2018 | 393 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini.Motion hearing held on 10/31/18. Defendant's motion to continue the presentence report due date 390 is granted. At the 11/13/18 status hearing, the Court will set a schedule for the motion for a new trial and set a sentencing date. Mailed notice (ca, ) (Entered: 10/31/2018) |
| 11/13/2018 | 394 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. Status hearing held on 11/13/18. Defendant's motion for a new trial and motion to apply for funds under CJA shall be due by 1/11/19. A sentencing is scheduled for 5/30/19 at 11:00 a.m. Defendant's sentencing memorandum shall be due by 5/2/19; the government's memorandum is due by 5/16/19. Status hearing set for 1/16/19 at 9:30 a.m. Mailed notice (ca, ) (Entered: 11/14/2018) |
| 01/07/2019 | 413 | MOTION by Albert Rossini for extension of time (Kling, Richard) (Entered: 01/07/2019) |
| 01/07/2019 | 414 | NOTICE of Motion by Richard S Kling for presentment of motion for extension of time 413 before Honorable John Z. Lee on 1/16/2019 at 09:30 AM. (Kling, Richard) (Entered: 01/07/2019) |
| 01/16/2019 | 420 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. Status hearing held on 1/16/19. Defendant's motion for an extension of time 413 is granted. Defendant's motion for a new trial shall be due by 2/13/19. Status hearing set for 2/20/19 at 9:30 a.m. Mailed notice (ca, ) (Entered: 01/16/2019) |
| 02/08/2019 | 424 | MOTION by Albert Rossini for extension of time *(Unopposed)* (Kling, Richard) (Entered: 02/08/2019) |
| 02/11/2019 | 425 | NOTICE of Motion by Richard S Kling for presentment of motion for extension of time 424 before Honorable John Z. Lee on 2/13/2019 at 09:30 AM. (Kling, Richard) (Entered: 02/11/2019) |
| 02/12/2019 | 428 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini. Unopposed motion for extension of time until March 3, 2019 to file a motion for a new trial 424 is granted. The status hearing set for 2/20/19 is reset to 3/7/19 at 9:30 a.m. No appearance is required on the motion. Mailed notice (ca, ) (Entered: 02/12/2019) |
| 03/06/2019 | 434 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. By agreement of the parties, the status hearing set for 3/7/19 at 9:30 a.m. is reset to 3/7/19 at 11:30 a.m. Mailed notice (ca, ) (Entered: 03/06/2019) |
| 03/07/2019 | 435 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini. Status hearing held on 3/7/19. Defendant's motion for a new trial should be filed by 4/9/19. Status hearing set for 4/11/19 at 9:30 a.m. Mailed notice (ca, ) (Entered: 03/07/2019) |

| | | |
|---|---|---|
| 03/22/2019 | 437 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. Defendant ordered to appear and be transported by U.S. Marshals Service for a status hearing set for 4/11/19 at 9:30 a.m. Mailed notice (ca, ) (Entered: 03/22/2019) |
| 04/08/2019 | 438 | MOTION by Albert Rossini for extension of time *to file motion for new trial* (Kling, Richard) (Entered: 04/08/2019) |
| 04/08/2019 | 439 | NOTICE of Motion by Richard S Kling for presentment of motion for extension of time 438 before Honorable John Z. Lee on 4/11/2019 at 09:30 AM. (Kling, Richard) (Entered: 04/08/2019) |
| 04/10/2019 | 440 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini. Motion for extension of time until April 16, 2019 to file a motion for a new trial 438 is granted; this is the final extension. The status hearing set for 4/11/19 is reset to 4/23/19 at 9:30 a.m. Defendant is ordered to appear and be transported by U.S. Marshals Service for the status hearing. No appearance is required on the motion. Mailed notice (ca, ) (Entered: 04/10/2019) |
| 04/17/2019 | 441 | MOTION by Albert Rossini for leave to *File Motion Instanter* (Attachments: # 1 Exhibit)(Kling, Richard) (Entered: 04/17/2019) |
| 04/17/2019 | 442 | MOTION by Albert Rossini for hearing *in connection with motion for new trial* (Kling, Richard) (Entered: 04/17/2019) |
| 04/18/2019 | 443 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. Defendant's motion for leave to file his motion instanter 441 is granted. Mailed notice (ca, ) (Entered: 04/18/2019) |
| 04/18/2019 | 444 | MOTION by Albert Rossini to supplement *Motion for Evidentiary Hearing in Connection with Motion for New Trial* (Kling, Richard) (Entered: 04/18/2019) |
| 04/18/2019 | 445 | NOTICE of Motion by Richard S Kling for presentment of motion to supplement 444 , motion for hearing 442 before Honorable John Z. Lee on 4/23/2019 at 09:30 AM. (Kling, Richard) (Entered: 04/18/2019) |
| 04/23/2019 | 446 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. Status hearing held on 4/23/19. Motion for evidentiary hearing 442 is entered and continued for 5/22/19 at 9:30 a.m. Defendant's motion for a new trial shall be due by 5/17/19. Status hearing set for 5/22/19 at 9:30 a.m. The governments oral motion to unseal certain transcripts is granted. The clerk is directed to unseal the ex-parte transcript dated 6/4/18. Defendant is ordered to appear and be transported by U.S. Marshals Service for the motion hearing, Mailed notice (ca, ) (Entered: 05/06/2019) |
| 05/17/2019 | 447 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. The sentencing set for 5/30/19 at 11:00 a.m. is reset to 5/30/19 at 3:00 p.m. Defendant is ordered to appear and be transported by the U.S. Marshals Service. Mailed notice (ca, ) (Entered: 05/17/2019) |
| 05/17/2019 | 448 | MOTION by Albert Rossini for new trial *and Motion for Evidentiary Hearing in Connection with Motion for New Trial* (Kling, Richard) (Entered: 05/17/2019) |

| 05/17/2019 | 449 | NOTICE of Motion by Richard S Kling for presentment of motion for new trial 448 before Honorable John Z. Lee on 5/22/2019 at 09:30 AM. (Kling, Richard) (Entered: 05/17/2019) |
|---|---|---|
| 05/20/2019 | 450 | TRANSCRIPT OF PROCEEDINGS as to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy held on 01/11/2018, before the Honorable John Z. Lee. Order Number: 34581. Court Reporter Contact Information: Rosemary Scarpelli, Rosemary_Scarpelli@ilnd.uscourts.gov, (312)435-5885, on behalf of Alexandra Roth.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 6/10/2019. Redacted Transcript Deadline set for 6/20/2019. Release of Transcript Restriction set for 8/19/2019. (Scarpelli, Rosemary) (Entered: 05/20/2019) |
| 05/20/2019 | 451 | TRANSCRIPT OF PROCEEDINGS as to Albert Rossini held on 06/04/2018, before the Honorable John Z. Lee. Court Reporter Contact Information: Rosemary Scarpelli, Rosemary_Scarpelli@ilnd.uscourts.gov, (312)435-5815, on behalf of Alexandra Roth.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 6/10/2019. Redacted Transcript Deadline set for 6/20/2019. Release of Transcript Restriction set for 8/19/2019. (Scarpelli, Rosemary) (Entered: 05/20/2019) |
| 05/20/2019 | 452 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. The sentencing date of 5/30/19 is stricken. The Court will set a new sentencing date, if appropriate, after it rules on Defendant's motion for a new trial. Mailed notice (ca, ) (Entered: 05/20/2019) |
| 05/22/2019 | 454 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini. Motion hearing held on 5/22/19. The governments response to the motion for a new trial and motion for evidentiary hearing in connection with the motion for a new trial 448 shall be due by 6/14/19; reply due by 7/12/19. Defense counsel should provide an ex-parte motion requesting an investigator by 5/24/19. Motion for hearing 442 and motion to supplement 444 are stricken as moot. Status hearing set for 7/17/19 at 9:30 a.m. Defendant is ordered to appear and be transported by U.S. Marshals Service.Mailed notice (ca, ) (Entered: 05/22/2019) |

| Date | No. | Description |
|---|---|---|
| 06/12/2019 | 457 | MOTION by USA for extension of time as to Albert Rossini (Hogstrom, Erik) (Entered: 06/12/2019) |
| 06/12/2019 | 458 | NOTICE of Motion by Erik A Hogstrom for presentment of motion for extension of time 457 before Honorable John Z. Lee on 6/14/2019 at 09:30 AM. (Hogstrom, Erik) (Entered: 06/12/2019) |
| 06/14/2019 | 459 | MINUTE entry before the Honorable John Z. Lee as to Albert Rossini: The Court grants the government's unopposed motion for extension of time to file a response to Defendant Rossini's motion to seek appointment of an investigator 457 to and including June 21, 2019. No appearance on the motion is required. Mailed notice (ags, ) (Entered: 06/14/2019) |
| 06/21/2019 | 462 | RESPONSE by USA as to Albert Rossini regarding MOTION by Albert Rossini for new trial *and Motion for Evidentiary Hearing in Connection with Motion for New Trial* 448 (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Hogstrom, Erik) (Entered: 06/21/2019) |
| 06/21/2019 | 463 | MOTION by USA for leave to file brief in excess of fifteen pages as to Albert Rossini *Unopposed* (Hogstrom, Erik) (Entered: 06/21/2019) |
| 06/24/2019 | 464 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini. Motion for leave to file excess pages 463 is granted.Mailed notice (ca, ) (Entered: 06/24/2019) |
| 07/10/2019 | 465 | MOTION by Albert Rossini for extension of time (Kling, Richard) (Entered: 07/10/2019) |
| 07/11/2019 | 466 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. Defendant's motion for extension of time 465 is granted. Defendant's reply in support of his motion for evidentiary hearing will be due on or before 7/26/19. Mailed notice (ca, ) (Entered: 07/11/2019) |
| 07/11/2019 | 467 | MOTION to withdraw as attorney as to Albert Rossini Richard Kling (Kling, Richard) (Entered: 07/11/2019) |
| 07/12/2019 | 468 | MOTION to withdraw as attorney as to Albert Rossini Richard Kling (Kling, Richard) (Entered: 07/12/2019) |
| 07/12/2019 | 469 | NOTICE of Motion by Richard S Kling for presentment of motion to withdraw as attorney 468 before Honorable John Z. Lee on 7/17/2019 at 09:30 AM. (Kling, Richard) (Entered: 07/12/2019) |
| 07/12/2019 | 470 | ATTORNEY Appearance for USA byJohn D. Mitchell (Mitchell, John) (Entered: 07/12/2019) |
| 07/17/2019 | 471 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini. Status and motion hearing held on 7/17/19. Defendan'ts motion to withdraw as counsel 467 468 is granted in part. Mr. Kling will continue in this case as stand-by counsel for Mr. Rossini. Mr. Rossini is granted leave to file a pro se reply in support of his motion for a new trial and motion for evidentiary hearing 448 ; it shall be due by 8/16/19. Status hearing set for 10/17/19 at 9:30 a.m. Defendant is ordered to appear and be transported by U.S. Marshals Service. Mailed notice (ca, ) (Entered: 07/17/2019) |

| | | |
|---|---|---|
| 08/14/2019 | 473 | MOTION by Albert Rossini for additional time to file defendant's reply (Envelope postmark illegible) (las, ) (Entered: 08/14/2019) |
| 08/14/2019 | 474 | LETTER from Albert Rossini dated 8/7/2019 (Envelope postmarked illegible). (las, ) (Entered: 08/14/2019) |
| 08/15/2019 | 475 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini. Defendant's motion for extension of time 473 is granted. Defendant's reply in support of his motion for new trial shall be due on or before 8/31/19. The Clerk is directed to mail a copy of this order to Albert Rossini, No. 08043-424, Metropolitan Correctional Center, 71 W. Van Buren St., Chicago IL 60605. Mailed notice (ca, ) (Entered: 08/15/2019) |
| 08/22/2019 | 476 | REPLY by Albert Rossini to Government's response to a motion for new trial 462 ; (Exhibits). (Envelope postmark illegible). (smm, ) (Entered: 08/27/2019) |
| 08/29/2019 | 🔒 477 | MOTION by Albert Rossini to expand reply beyond 15-pages. (Envelope postmark 8/27/19; institution mail room 8/27/19). (smm, ) (Attachment(s): # 1 Defendant Rossini's Reply to the Government's Response to a Motion for a new trial) (RESTRICTED) (smm, ). Modified on 8/30/2019 (smm, ). (Entered: 08/30/2019) |
| 08/29/2019 | 479 | REPLY by Albert Rossini to MOTION by Albert Rossini for leave to file brief in excess of fifteen pages 477 ; (Attachments). (Envelope postmark 8/27/19; institution mail room 8/27/19). (smm, ) (Entered: 08/30/2019) |
| 08/30/2019 | 478 | NOTICE of Correction regarding MOTION by Albert Rossini for leave to file brief in excess of fifteen pages 477 as to Albert Rossini. (smm, ) (Entered: 08/30/2019) |
| 09/03/2019 | 480 | MINUTE entry before the Honorable John Z. Lee as to Albert Rossini: Defendant's motion for leave to file excess pages 477 is granted. Mailed notice (mw, ) (Entered: 09/03/2019) |
| 09/06/2019 | 481 | EXHIBIT by Albert Rossini (Exhibits) (Envelope institutional postmark 9/3/2019) (Received for docketing on 9/12/2019) (sxb, ) (Entered: 09/12/2019) |
| 09/24/2019 | 484 | NOTICE of Motion by John D. Mitchell for presentment of motion for miscellaneous relief 483 before Honorable John Z. Lee on 9/26/2019 at 09:30 AM. (Mitchell, John) (Entered: 09/24/2019) |
| 09/24/2019 | 485 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. Defendant is ordered to appear and be transported by U.S. Marshals Service for the Motion Hearing set for 9/26/19 at 9:30 a.m.Mailed notice (ca, ) (Entered: 09/24/2019) |
| 09/25/2019 | 486 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini. The hearing date scheduled for 9/26/19 for Albert Rossini is stricken as entered in error. The U.S. Marshals will not transport Mr. Rossini on 9/26/19. Mailed notice (ca, ) (Entered: 09/25/2019) |
| 09/30/2019 | 490 | EX PARTE MOTION by Albert Rossini for court appointed investigator (Exhibits) (Envelope not postmarked ; institute mail room 9/25/2019) (las, ) (Entered: 10/04/2019) |

| | | |
|---|---|---|
| 10/15/2019 | 498 | LETTER from Albert Rossini dated 10/10/19. (Envelope postmark 10/10/19). (smm, ) (Entered: 10/16/2019) |
| 10/16/2019 | 499 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. The status hearing set for 10/17/19 is reset to 11/14/19 at 9:30 a.m. Defendant is ordered to appear and be transported by U.S. Marshals Service.Mailed notice (ca, ) (Entered: 10/16/2019) |
| 10/17/2019 | 500 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. In this letter, Mr. Rossini requests to attend, and be transported to, the trial of Anthony and Babajan Khoshabe. This request is denied. Mailed notice (ca, ) (Entered: 10/17/2019) |
| 10/22/2019 | 501 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. By agreement of the parties, the status hearing set for 11/14/19 is reset to 11/12/19 at 9:30 a.m. Defendant is ordered to appear and be transported by U.S. Marshals Service. Mailed notice (ca, ) (Entered: 10/22/2019) |
| 10/28/2019 | 504 | LETTER from Albert Rossini dated 10/22/19. (Envelope postmark 10/23/19; institution mail room 10/23/19). (smm, ) (Entered: 10/30/2019) |
| 10/29/2019 | 503 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. The Court has received Albert Rossini's letter requesting "that all correspondence from the Court be directed to [him]" at the time it is filed electronically. Previously, the Court appointed Richard Kling as stand-by counsel in this case, and Mr. Kling currently is receiving ECF notifications of filings. Accordingly, the Court directs Mr. Kling to send a copy of any future filings to Mr. Rossini. To the extent that Mr. Rossini seeks copies of prior filings, he should request them from Mr. Kling. Mailed notice (ca, ) (Entered: 10/29/2019) |
| 11/08/2019 | 513 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. The status hearing set for 11/12/19 is reset to 12/11/19 at 9:30 a.m. Defendant is ordered to appear and be transported by U.S. Marshals Service. Mailed notice (ca, ) (Entered: 11/08/2019) |
| 12/11/2019 | 545 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. The Court will issue its ruling on the motion for a new trial. Status hearing set for 1/30/20 at 9:30 a.m. Defendant is ordered to appear and be transported by U.S. Marshals Service.Mailed notice (ca, ) (Entered: 12/12/2019) |
| 12/20/2019 | 547 | LETTER from Albert Rossini dated 12/16/19; Affidavit; (Attachment). (Envelope not postmarked; institution mail room postmark on 12/17/19). (smm, ) (Entered: 12/24/2019) |
| 12/23/2019 | 548 | LETTER from Albert Rossini dated 12/16/19; (Attachments). (Envelope not postmarked; institution mail room postmark 12/18/19). (smm, ) (Entered: 12/27/2019) |
| 12/26/2019 | 549 | LETTER from Albert Rossini dated 12/16/19; (Attachments). (Envelope not postmarked; institution mail room postmark 12/18/19). (smm, ) (Entered: 01/02/2020) |
| 01/28/2020 | 554 | ENTERED in Error. (ca, ) Modified on 1/29/2020 (smm, ). (Entered: 01/28/2020) |

| 01/28/2020 | 555 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. For the reasons stated in the memorandum opinion and order, Rossini's motion for a new trial and request for an evidentiary hearing with respect to that motion 448, and his ex parte motion for a court-appointed investigator 492 493, are denied. [For further details see memorandum opinion and order]. Mailed notice (ca, ) (Entered: 01/28/2020) |
| --- | --- | --- |
| 01/28/2020 | 556 | MEMORANDUM Opinion and Order as to Albert Rossini Signed by the Honorable John Z. Lee on 1/28/20.Mailed notice (ca, ). (Entered: 01/28/2020) |
| 01/30/2020 | 557 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. Status hearing held on 1/30/20. Mr. Rossini requests a new attorney for the purpose of sentencing. The Court will provide Mr. Rossini and Mr. Kling additional time to review the Court's order denying Defendant's motion for a new trial and to discuss sentencing. Status hearing set for 2/19/20 at 9:30 a.m. Defendant is ordered to appear and be transported by U.S. Marshals ServiceMailed notice (ca, ) (Entered: 02/03/2020) |
| 02/14/2020 | 562 | NOTICE OF APPEAL by Albert Rossini regarding 555 , memorandum opinion and order 556 . (Envelope not postmarked; institution mail room 2/11/20). (smm, ) (Entered: 02/18/2020) |
| 02/14/2020 | 563 | MOTION by Albert Rossini to stay sentencing hearing. (Envelope not postmarked; institution mail room 2/11/20). (smm, ) (Entered: 02/18/2020) |
| 02/14/2020 | 564 | MOTION by Albert Rossini to stay sentencing, and MOTION by Albert Rossini for permission to file appeal prior to sentence. (Envelope not postmark; institution mail room 2/11/20). (smm, ) (Entered: 02/18/2020) |
| 02/18/2020 | 565 | NOTICE of Appeal Due letter sent to counsel of record regarding notice of appeal 562 . (smm, ) (Entered: 02/18/2020) |