## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

United States of America                    )
                                            )
                        Plaintiff,          )
                                            )        Case No: 15-CR-515-1
                                            )
                                            )
                                            )
                                            )        Judge John Z. Lee
                                            )
Albert Rossini                              )
                                            )

## ORDER

Status hearing held on 2/19/20.   For the reasons stated on the record, Defendant's oral motion
for a new attorney is denied.   The Court will reappoint Mr. Richard Kling as counsel given his
knowledge of the case.   Defendant's motion to stay sentencing [563] and motion for permission
to appeal [564] also are denied. The cause is referred to the Probation Office for the preparation
of a pre-sentence investigation report. Defendant's sentencing memorandum and objections to
the report are to be filed by 5/5/20, and the government's response by 5/12/20.   Sentencing is set
for 5/21/20 at 2:00 p.m.   In the event that the government is seeking an order of forfeiture in this
matter, a motion for entry of a preliminary order of forfeiture should be filed by 5/5/20. Any
objections or responses to the motion should be filed by 5/5/20.    The Probation Office is
directed to provide the parties with a copy of its sentencing recommendation.

Pursuant to 18 U.S.C. § 3664(d)(1),   if restitution is being sought in this case, 60 days prior to
the sentencing date, the Government shall provide the Probation Office and the courtroom
deputy an electronic standardized spreadsheet (available on the Court's website) with a list of
victims and their full current contact information.   This list shall include any amounts subject to
restitution.    If the Government is not able to provide the full victim list 60 days prior to
sentencing, they shall file a motion to request an extension of time to compile the information, to
the extent permitted by 18 U.S.C. § 3664(d)(5).

2/19/20                              _____
                                     John Z. Lee
.10                                  United States District Court Judge