UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ORDER

It appearing that the U.S. Attorney's Office has identified former Assistant U.S. Attorneys in Attachment A who are no longer with the U.S., Attorney's Office and no longer represent the United States in the cases on the attached list; and

It further appearing the U.S. Attorney's Office has motioned the Court to terminate the attorneys listed from the cases in Attachment A; therefore

It is hereby ordered that the Clerk is to terminate the attorneys named in the cases on Attachment A.

ENTER:

Chief Judge Rebecca R. Pallmeyer

Dated at Chicago, Illinois this 21st day of February, 2020

ATTACHMENT A

| Case Number | Last Name | First Name | Middle Name |
|---|---|---|---|
| 1:99-cr-00544 | Alesia | Joseph | Michael |
| | | | |
| | | | |
| 1:09-cr-00154 | Best | Yasmin | |
| 1:09-cr-00154 | Best | Yasmin | |
| 1:09-cr-00154 | Best | Yasmin | |
| 1:09-cr-00154 | Best | Yasmin | |
| 1:10-cr-00673 | Best | Yasmin | |
| 1:10-cr-00673 | Best | Yasmin | |
| 1:10-cr-00673 | Best | Yasmin | |
| 1:10-cr-00673 | Best | Yasmin | |
| 1:10-cr-00673 | Best | Yasmin | |
| 1:10-cr-00673 | Best | Yasmin | |
| 1:10-cr-00673 | Best | Yasmin | |
| 1:13-cr-00761 | Best | Yasmin | |
| 1:15-cr-00451 | Best | Yasmin | |
| 1:15-cr-00452 | Best | Yasmin | |
| 1:15-cr-00452 | Best | Yasmin | |
| 1:15-cr-00583 | Best | Yasmin | |
| 1:16-mc-00493 | Best | Yasmin | |
| 1:17-mc-00391 | Best | Yasmin | |
| 1:17-mc-00392 | Best | Yasmin | |
| 1:18-cr-00267 | Best | Yasmin | |
| 1:18-cr-00324 | Best | Yasmin | |
| 1:18-cr-00865 | Best | Yasmin | |
| 1:18-mc-00397 | Best | Yasmin | |
| 1:18-mc-00796 | Best | Yasmin | |
| | | | |
| | | | |
| 1:10-cr-00673 | Biesenthal | Bethany | Kaye |
| 1:10-cr-00673 | Biesenthal | Bethany | Kaye |
| 1:10-cr-00673 | Biesenthal | Bethany | Kaye |
| 1:10-cr-00673 | Biesenthal | Bethany | Kaye |
| 1:10-cr-00673 | Biesenthal | Bethany | Kaye |
| 1:10-cr-00673 | Biesenthal | Bethany | Kaye |
| 1:10-cr-00673 | Biesenthal | Bethany | Kaye |
| 1:15-cr-00642 | Biesenthal | Bethany | Kaye |
| 1:15-cr-00656 | Biesenthal | Bethany | Kaye |
| 1:15-cr-00656 | Biesenthal | Bethany | Kaye |
| 1:15-cr-00656 | Biesenthal | Bethany | Kaye |
| 1:15-cr-00675 | Biesenthal | Bethany | Kaye |
| 1:16-cr-00475 | Biesenthal | Bethany | Kaye |
| 1:16-mc-00042 | Biesenthal | Bethany | Kaye |
| 1:16-mc-00516 | Biesenthal | Bethany | Kaye |
| 1:17-mc-00026 | Biesenthal | Bethany | Kaye |
| 1:99-cr-00545 | Biesenthal | Bethany | Kaye |
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| 1:07-cr-00843 | Block | Steven | Andrew |
| 1:09-cr-00539 | Block | Steven | Andrew |
| 1:09-cr-00539 | Block | Steven | Andrew |
| 1:09-cr-00539 | Block | Steven | Andrew |
| 1:13-cr-00036 | Block | Steven | Andrew |
| 1:13-cr-00036 | Block | Steven | Andrew |
| 1:13-cr-00037 | Block | Steven | Andrew |
| 1:13-cr-00037 | Block | Steven | Andrew |
| 1:13-cr-00037 | Block | Steven | Andrew |
| 1:13-cr-00037 | Block | Steven | Andrew |
| 1:99-cr-00544 | Block | Steven | Andrew |
| | | | |
| 1:08-cr-00116 | Boutros | Andrew | S. |
| 1:08-cr-00947 | Boutros | Andrew | S. |
| 1:08-cr-00947 | Boutros | Andrew | S. |
| 1:08-cr-00947 | Boutros | Andrew | S. |
| 1:12-cr-00791 | Boutros | Andrew | S. |
| | | | |
| 1:12-cr-00170 | Bruner | Scott | Vincent |
| | | | |
| 1:94-cr-00723 | Burley | John | L. |
| | | | |
| 1:07-cr-00224 | Buvinger | David | D. |
| 1:07-cr-00224 | Buvinger | David | D. |
| 1:07-cr-00224 | Buvinger | David | D. |
| 1:07-cr-00224 | Buvinger | David | D. |
| 1:17-cv-07466 | Buvinger | David | D. |
| 1:17-cv-08584 | Buvinger | David | D. |
| 1:18-cv-00269 | Buvinger | David | D. |
| | | | |
| 1:17-cv-07931 | Canetti | Bruce | C. |
| | | | |
| 1:07-cr-00843 | Cannon | Rachel | Marie |
| | | | |
| 1:12-cr-00050 | Chmelar | Michael | John |
| 1:12-cr-00791 | Chmelar | Michael | John |
| | | | |
| 1:10-cr-00673 | Church | Megan | Cunniff |
| 1:10-cr-00673 | Church | Megan | Cunniff |
| 1:10-cr-00673 | Church | Megan | Cunniff |
| 1:10-cr-00673 | Church | Megan | Cunniff |

| | | | |
|---|---|---|---|
| 1:10-cr-00673 | Church | Megan | Cunniff |
| 1:10-cr-00673 | Church | Megan | Cunniff |
| 1:10-cr-00673 | Church | Megan | Cunniff |
| 1:11-cr-00292 | Church | Megan | Cunniff |
| 1:91-cr-00463 | Church | Megan | Cunniff |
| | | | |
| 1:15-cr-00067 | Cole | Samuel | B. |
| 1:15-mc-00628 | Cole | Samuel | B. |
| 1:15-mc-00653 | Cole | Samuel | B. |
| | | | |
| 1:11-cr-00784 | Deis | J. | Gregory |
| | | | |
| 1:03-cr-00713 | DePodesta | Nancy | L. |
| 1:03-cr-00713 | DePodesta | Nancy | L. |
| 1:03-cr-00713 | DePodesta | Nancy | L. |
| 1:03-cr-00713 | DePodesta | Nancy | L. |
| 1:03-cr-00713 | DePodesta | Nancy | L. |
| 1:03-cr-00713 | DePodesta | Nancy | L. |
| 1:08-cr-00947 | DePodesta | Nancy | L. |
| 1:08-cr-00947 | DePodesta | Nancy | L. |
| 1:08-cr-00947 | DePodesta | Nancy | L. |
| 1:10-cr-00261 | DePodesta | Nancy | L. |
| 1:10-cr-00261 | DePodesta | Nancy | L. |
| 1:10-cr-00261 | DePodesta | Nancy | L. |
| 1:14-cr-00156 | DePodesta | Nancy | L. |
| 1:14-cr-00156 | DePodesta | Nancy | L. |
| | | | |
| 1:15-mc-00620 | Didwania | Vikas | Kumar |
| 1:15-mc-00621 | Didwania | Vikas | Kumar |
| 1:15-mc-00655 | Didwania | Vikas | Kumar |
| 1:15-mc-00656 | Didwania | Vikas | Kumar |
| 1:16-cr-00206 | Didwania | Vikas | Kumar |
| 1:16-cr-00463 | Didwania | Vikas | Kumar |
| 1:16-cr-00463 | Didwania | Vikas | Kumar |
| 1:16-cr-00463 | Didwania | Vikas | Kumar |
| 1:16-cr-00463 | Didwania | Vikas | Kumar |
| 1:16-cr-00463 | Didwania | Vikas | Kumar |
| 1:16-cr-00463 | Didwania | Vikas | Kumar |
| 1:16-cr-00463 | Didwania | Vikas | Kumar |
| 1:16-cr-00463 | Didwania | Vikas | Kumar |
| 1:16-cr-00463 | Didwania | Vikas | Kumar |
| 1:16-cr-00463 | Didwania | Vikas | Kumar |
| 1:16-cr-00463 | Didwania | Vikas | Kumar |
| 1:16-cr-00463 | Didwania | Vikas | Kumar |

ATTACHMENT A

| | | | |
|---|---|---|---|
| 1:16-cr-00463 | Didwania | Vikas | Kumar |
| 1:16-cr-00463 | Didwania | Vikas | Kumar |
| 1:16-cr-00463 | Didwania | Vikas | Kumar |
| 1:16-cr-00463 | Didwania | Vikas | Kumar |
| 1:16-cr-00463 | Didwania | Vikas | Kumar |
| 1:16-cr-00463 | Didwania | Vikas | Kumar |
| 1:16-cr-00463 | Didwania | Vikas | Kumar |
| 1:16-cr-00463 | Didwania | Vikas | Kumar |
| 1:16-cr-00463 | Didwania | Vikas | Kumar |
| 1:16-cr-00463 | Didwania | Vikas | Kumar |
| 1:16-cr-00463 | Didwania | Vikas | Kumar |
| 1:16-cr-00463 | Didwania | Vikas | Kumar |
| 1:16-cr-00463 | Didwania | Vikas | Kumar |
| 1:16-cr-00463 | Didwania | Vikas | Kumar |
| 1:16-cr-00463 | Didwania | Vikas | Kumar |
| 1:16-cr-00463 | Didwania | Vikas | Kumar |
| 1:16-cr-00463 | Didwania | Vikas | Kumar |
| 1:16-cr-00463 | Didwania | Vikas | Kumar |
| 1:16-cr-00802 | Didwania | Vikas | Kumar |
| 1:16-mc-00152 | Didwania | Vikas | Kumar |
| 1:16-mc-00153 | Didwania | Vikas | Kumar |
| 1:16-mc-00203 | Didwania | Vikas | Kumar |
| 1:16-mc-00225 | Didwania | Vikas | Kumar |
| 1:16-mc-00403 | Didwania | Vikas | Kumar |
| 1:16-mc-00413 | Didwania | Vikas | Kumar |
| 1:16-mc-00479 | Didwania | Vikas | Kumar |
| 1:16-mc-60030 | Didwania | Vikas | Kumar |
| 1:16-mc-60031 | Didwania | Vikas | Kumar |
| 1:17-cr-00052 | Didwania | Vikas | Kumar |
| 1:17-mc-00554 | Didwania | Vikas | Kumar |
| 1:17-mc-00555 | Didwania | Vikas | Kumar |
| 1:17-mc-00556 | Didwania | Vikas | Kumar |
| 1:18-cr-00696 | Didwania | Vikas | Kumar |
| 1:18-cr-00758 | Didwania | Vikas | Kumar |
| 1:18-cr-00758 | Didwania | Vikas | Kumar |
| 1:18-cr-00783 | Didwania | Vikas | Kumar |
| 1:18-cr-00783 | Didwania | Vikas | Kumar |
| 1:18-mc-00103 | Didwania | Vikas | Kumar |
| 1:18-mc-00516 | Didwania | Vikas | Kumar |
| 1:18-mc-00517 | Didwania | Vikas | Kumar |
| 1:18-mc-00583 | Didwania | Vikas | Kumar |
| 1:18-mc-00649 | Didwania | Vikas | Kumar |
| 1:18-mc-00650 | Didwania | Vikas | Kumar |
| 1:18-mc-00676 | Didwania | Vikas | Kumar |
| 1:18-mc-00677 | Didwania | Vikas | Kumar |
| 1:18-mc-00709 | Didwania | Vikas | Kumar |
| 1:18-mc-00791 | Didwania | Vikas | Kumar |
| 1:18-mc-00792 | Didwania | Vikas | Kumar |
| | | | |

| | | | |
|---|---|---|---|
| 1:02-cr-00719 | Egan | Christina | M. |
| | | | |
| 1:02-cr-00719 | Elden | Barry | Rand |
| | | | |
| 1:03-cr-01136 | Fairley | Sharon | Renee |
| 1:03-cr-01136 | Fairley | Sharon | Renee |
| 1:07-cr-00843 | Fairley | Sharon | Renee |
| 1:14-cr-00393 | Fairley | Sharon | Renee |
| | | | |
| 1:13-cr-00563 | Fayhee | Ryan | P. |
| 1:14-cr-00482 | Fayhee | Ryan | P. |
| 1:14-cr-00539 | Fayhee | Ryan | P. |
| 1:14-cr-00539 | Fayhee | Ryan | P. |
| 1:14-cr-00539 | Fayhee | Ryan | P. |
| 1:14-cr-00539 | Fayhee | Ryan | P. |
| 1:14-cr-00539 | Fayhee | Ryan | P. |
| 1:14-cr-00539 | Fayhee | Ryan | P. |
| 1:14-cr-00539 | Fayhee | Ryan | P. |
| 1:14-cr-00539 | Fayhee | Ryan | P. |
| 1:14-cr-00539 | Fayhee | Ryan | P. |
| 1:14-cr-00539 | Fayhee | Ryan | P. |
| 1:14-cr-00539 | Fayhee | Ryan | P. |
| 1:14-cr-00539 | Fayhee | Ryan | P. |
| 1:14-cr-00539 | Fayhee | Ryan | P. |
| 1:14-cr-00539 | Fayhee | Ryan | P. |
| 1:14-cr-00539 | Fayhee | Ryan | P. |
| 1:15-cr-00062 | Fayhee | Ryan | P. |
| 1:15-cr-00063 | Fayhee | Ryan | P. |
| 1:99-cr-00545 | Fayhee | Ryan | P. |
| | | | |
| 1:00-cr-00410 | Fernandez-Harvath | Maribel | |
| 1:14-cr-00051 | Fernandez-Harvath | Maribel | |
| 1:16-mc-00049 | Fernandez-Harvath | Maribel | |
| | | | |
| 1:09-cr-00383 | Ferrara | Michael | James |
| 1:09-cr-00383 | Ferrara | Michael | James |
| 1:09-cr-00383 | Ferrara | Michael | James |
| 1:09-cr-00383 | Ferrara | Michael | James |
| 1:09-cr-00383 | Ferrara | Michael | James |
| 1:09-cr-00383 | Ferrara | Michael | James |
| 1:09-cr-00383 | Ferrara | Michael | James |
| 1:09-cr-00383 | Ferrara | Michael | James |
| 1:09-cr-00383 | Ferrara | Michael | James |

ATTACHMENT A

| | | | |
|---|---|---|---|
| 1:10-cr-00063 | Ferrara | Michael | James |
| 1:10-cr-00063 | Ferrara | Michael | James |
| 1:10-cr-00063 | Ferrara | Michael | James |
| 1:11-cr-00064 | Fitter | Seth | B. |
| | | | |
| | | | |
| 1:04-cr-00021 | Fox | Brandon | D |
| | | | |
| | | | |
| 1:09-cr-00383 | Frimpong | Naana | Abenaa Nyarko |
| 1:09-cr-00383 | Frimpong | Naana | Abenaa Nyarko |
| 1:09-cr-00383 | Frimpong | Naana | Abenaa Nyarko |
| 1:09-cr-00383 | Frimpong | Naana | Abenaa Nyarko |
| 1:09-cr-00383 | Frimpong | Naana | Abenaa Nyarko |
| 1:09-cr-00383 | Frimpong | Naana | Abenaa Nyarko |
| 1:09-cr-00383 | Frimpong | Naana | Abenaa Nyarko |
| 1:09-cr-00383 | Frimpong | Naana | Abenaa Nyarko |
| 1:09-cr-00383 | Frimpong | Naana | Abenaa Nyarko |
| | | | |
| | | | |
| 1:02-cr-00924 | Funk | T | Markus |
| | | | |
| | | | |
| 1:06-cr-00964 | Gillogly | Daniel | William |
| | | | |
| | | | |
| 1:98-cr-00420 | Hammerman | Joel | M. |
| | | | |
| | | | |
| 1:12-cr-00170 | Harjani | Sunil | R |
| 1:15-mc-00629 | Harjani | Sunil | R |
| 1:16-mc-00174 | Harjani | Sunil | R |
| 1:16-mc-00196 | Harjani | Sunil | R |
| 1:17-cr-00602 | Harjani | Sunil | R |
| 1:17-mc-00597 | Harjani | Sunil | R |
| 1:17-mc-00598 | Harjani | Sunil | R |
| 1:18-cr-00096 | Harjani | Sunil | R |
| 1:18-cr-00852 | Harjani | Sunil | R |
| 1:18-mc-00537 | Harjani | Sunil | R |
| 1:18-mc-00800 | Harjani | Sunil | R |
| | | | |
| | | | |
| 1:00-cr-00410 | Haxall | Bolling | W |
| 1:16-mc-00385 | Haxall | Bolling | W |
| 1:16-mc-00388 | Haxall | Bolling | W |
| 1:17-cr-00600 | Haxall | Bolling | W |
| 1:17-cr-00600 | Haxall | Bolling | W |
| 1:17-mc-00237 | Haxall | Bolling | W |
| 1:17-mc-00238 | Haxall | Bolling | W |

| | | | |
|---|---|---|---|
| 1:17-mc-00239 | Haxall | Bolling | W |
| 1:17-mc-00313 | Haxall | Bolling | W |
| 1:17-mc-00510 | Haxall | Bolling | W |
| 1:17-mc-00511 | Haxall | Bolling | W |
| 1:17-mc-60024 | Haxall | Bolling | W |
| 1:18-mc-00031 | Haxall | Bolling | W |
| 1:18-mc-00032 | Haxall | Bolling | W |
| 1:18-mc-00657 | Haxall | Bolling | W |
| 1:19-cr-00134 | Haxall | Bolling | W |
| 1:19-mc-60000 | Haxall | Bolling | W |
| | | | |
| | | | |
| 1:16-cr-00159 | Hayes | Brian | |
| 1:16-cr-00813 | Hayes | Brian | |
| 1:18-cr-00561 | Hayes | Brian | |
| 1:19-cr-00449 | Hayes | Brian | |
| 1:19-cv-06465 | Hayes | Brian | |
| | | | |
| | | | |
| 1:19-cr-00732 | Hesler | Daniel | J. |
| | | | |
| | | | |
| 1:15-mc-00614 | Hiller | Richard | Matthew |
| 1:15-mc-00615 | Hiller | Richard | Matthew |
| 1:15-mc-00616 | Hiller | Richard | Matthew |
| 1:16-cr-00179 | Hiller | Richard | Matthew |
| 1:16-cr-00349 | Hiller | Richard | Matthew |
| 1:16-mc-00062 | Hiller | Richard | Matthew |
| 1:16-mc-00063 | Hiller | Richard | Matthew |
| 1:16-mc-00064 | Hiller | Richard | Matthew |
| 1:16-mc-00065 | Hiller | Richard | Matthew |
| 1:16-mc-00216 | Hiller | Richard | Matthew |
| 1:16-mc-00363 | Hiller | Richard | Matthew |
| 1:16-mc-00383 | Hiller | Richard | Matthew |
| 1:16-mc-00608 | Hiller | Richard | Matthew |
| 1:16-mc-00610 | Hiller | Richard | Matthew |
| 1:16-mc-00615 | Hiller | Richard | Matthew |
| 1:16-mc-00616 | Hiller | Richard | Matthew |
| 1:16-mc-00617 | Hiller | Richard | Matthew |
| 1:16-mc-00618 | Hiller | Richard | Matthew |
| 1:17-mc-00408 | Hiller | Richard | Matthew |
| 1:17-mc-00409 | Hiller | Richard | Matthew |
| 1:17-mc-00410 | Hiller | Richard | Matthew |
| 1:17-mc-00411 | Hiller | Richard | Matthew |
| 1:17-mc-00456 | Hiller | Richard | Matthew |
| 1:18-cv-01972 | Hiller | Richard | Matthew |
| 1:18-mc-00418 | Hiller | Richard | Matthew |
| 1:18-mc-00419 | Hiller | Richard | Matthew |
| 1:18-mc-00420 | Hiller | Richard | Matthew |

ATTACHMENT A

| | | | |
|---|---|---|---|
| 1:18-mc-00421 | Hiller | Richard | Matthew |
| 1:18-mc-00422 | Hiller | Richard | Matthew |
| 1:18-mc-00441 | Hiller | Richard | Matthew |
| | | | |
| 1:02-cr-00124 | Holman | Rebekah | |
| 1:02-cr-00124 | Holman | Rebekah | |
| 1:17-cr-00608 | Holman | Rebekah | |
| 1:17-cr-00608 | Holman | Rebekah | |
| 1:17-cr-00626 | Holman | Rebekah | |
| 1:17-mc-00098 | Holman | Rebekah | |
| 1:17-mc-00099 | Holman | Rebekah | |
| 1:17-mc-00311 | Holman | Rebekah | |
| 1:17-mc-00441 | Holman | Rebekah | |
| 1:17-mc-00535 | Holman | Rebekah | |
| 1:17-mc-00558 | Holman | Rebekah | |
| 1:17-mc-00559 | Holman | Rebekah | |
| 1:17-mc-00562 | Holman | Rebekah | |
| 1:17-mc-00563 | Holman | Rebekah | |
| 1:17-mc-00580 | Holman | Rebekah | |
| 1:17-mc-00627 | Holman | Rebekah | |
| 1:18-cr-00647 | Holman | Rebekah | |
| 1:18-cr-00647 | Holman | Rebekah | |
| 1:18-cr-00647 | Holman | Rebekah | |
| 1:18-cr-00647 | Holman | Rebekah | |
| 1:18-cr-00647 | Holman | Rebekah | |
| 1:18-cr-00647 | Holman | Rebekah | |
| 1:18-cr-00647 | Holman | Rebekah | |
| 1:18-cr-00647 | Holman | Rebekah | |
| 1:18-cr-00647 | Holman | Rebekah | |
| 1:18-cr-00712 | Holman | Rebekah | |
| 1:18-cr-00712 | Holman | Rebekah | |
| 1:18-cr-00712 | Holman | Rebekah | |
| 1:18-cr-00712 | Holman | Rebekah | |
| 1:18-mc-00034 | Holman | Rebekah | |
| 1:18-mc-00035 | Holman | Rebekah | |
| 1:18-mc-00036 | Holman | Rebekah | |
| 1:18-mc-00037 | Holman | Rebekah | |
| 1:18-mc-00038 | Holman | Rebekah | |
| 1:18-mc-00057 | Holman | Rebekah | |
| 1:18-mc-00063 | Holman | Rebekah | |
| 1:18-mc-00064 | Holman | Rebekah | |
| 1:18-mc-00158 | Holman | Rebekah | |
| 1:18-mc-00167 | Holman | Rebekah | |
| 1:18-mc-00237 | Holman | Rebekah | |
| 1:18-mc-00238 | Holman | Rebekah | |
| 1:18-mc-00239 | Holman | Rebekah | |
| 1:18-mc-00240 | Holman | Rebekah | |
| 1:18-mc-00309 | Holman | Rebekah | |

ATTACHMENT A

| | | | |
|---|---|---|---|
| 1:18-mc-00310 | Holman | Rebekah | |
| 1:18-mc-00411 | Holman | Rebekah | |
| 1:18-mc-00474 | Holman | Rebekah | |
| 1:18-mc-00660 | Holman | Rebekah | |
| 1:18-mc-00708 | Holman | Rebekah | |
| 1:18-mc-60008 | Holman | Rebekah | |
| 1:18-mc-60013 | Holman | Rebekah | |
| 1:18-mc-60036 | Holman | Rebekah | |
| 1:19-cr-00029 | Holman | Rebekah | |
| 1:19-cr-00163 | Holman | Rebekah | |
| 1:19-cr-00176 | Holman | Rebekah | |
| 1:19-mc-00174 | Holman | Rebekah | |
| 1:19-mc-00196 | Holman | Rebekah | |
| 1:19-mc-00197 | Holman | Rebekah | |
| | | | |
| 1:02-cr-00719 | Hotaling | Christopher | Paul |
| 1:15-mc-60067 | Hotaling | Christopher | Paul |
| 1:16-cr-00097 | Hotaling | Christopher | Paul |
| 1:16-cr-00731 | Hotaling | Christopher | Paul |
| 1:16-mc-00486 | Hotaling | Christopher | Paul |
| 1:16-mc-60001 | Hotaling | Christopher | Paul |
| 1:16-mc-60002 | Hotaling | Christopher | Paul |
| 1:16-mc-60023 | Hotaling | Christopher | Paul |
| 1:16-mc-60039 | Hotaling | Christopher | Paul |
| 1:16-mc-60042 | Hotaling | Christopher | Paul |
| 1:16-mc-60047 | Hotaling | Christopher | Paul |
| 1:16-mc-60052 | Hotaling | Christopher | Paul |
| 1:17-mc-60005 | Hotaling | Christopher | Paul |
| 1:18-cv-03629 | Hotaling | Christopher | Paul |
| | | | |
| 1:02-cr-00573 | Hudson | Nathalina | A |
| 1:11-cr-00292 | Hudson | Nathalina | A |
| 1:12-cr-00755 | Hudson | Nathalina | A |
| 1:12-cr-00755 | Hudson | Nathalina | A |
| 1:12-cr-00755 | Hudson | Nathalina | A |
| 1:13-cr-00013 | Hudson | Nathalina | A |
| 1:13-cr-00016 | Hudson | Nathalina | A |
| 1:13-cr-00016 | Hudson | Nathalina | A |
| 1:13-cr-00016 | Hudson | Nathalina | A |
| 1:14-cr-00422 | Hudson | Nathalina | A |
| 1:15-mc-00608 | Hudson | Nathalina | A |
| 1:16-mc-00504 | Hudson | Nathalina | A |
| 1:16-mc-60014 | Hudson | Nathalina | A |
| 1:17-cr-00807 | Hudson | Nathalina | A |
| 1:17-mc-00129 | Hudson | Nathalina | A |
| 1:17-mc-00459 | Hudson | Nathalina | A |
| 1:17-mc-00599 | Hudson | Nathalina | A |

ATTACHMENT A

| | | | |
|---|---|---|---|
| 1:17-mc-00600 | Hudson | Nathalina | A |
| 1:17-mc-00601 | Hudson | Nathalina | A |
| 1:17-mc-00602 | Hudson | Nathalina | A |
| 1:17-mc-00603 | Hudson | Nathalina | A |
| 1:17-mc-00604 | Hudson | Nathalina | A |
| 1:17-mc-00605 | Hudson | Nathalina | A |
| 1:17-mc-00606 | Hudson | Nathalina | A |
| 1:17-mc-00607 | Hudson | Nathalina | A |
| 1:17-mc-00608 | Hudson | Nathalina | A |
| 1:17-mc-00609 | Hudson | Nathalina | A |
| 1:17-mc-00610 | Hudson | Nathalina | A |
| 1:17-mc-00611 | Hudson | Nathalina | A |
| 1:17-mc-00629 | Hudson | Nathalina | A |
| 1:17-mc-00630 | Hudson | Nathalina | A |
| 1:17-mc-00631 | Hudson | Nathalina | A |
| 1:18-cr-00400 | Hudson | Nathalina | A |
| 1:18-cr-00400 | Hudson | Nathalina | A |
| 1:18-cr-00400 | Hudson | Nathalina | A |
| 1:18-cr-00726 | Hudson | Nathalina | A |
| 1:18-cr-00726 | Hudson | Nathalina | A |
| 1:18-mc-00545 | Hudson | Nathalina | A |
| 1:19-mc-00066 | Hudson | Nathalina | A |
| 1:96-cr-00149 | Hudson | Nathalina | A |
| | | | |
| 1:16-cr-00025 | Jacobs | Robert | M. |
| | | | |
| 1:17-cr-00319 | Kling | Richard | S |
| | | | |
| 1:12-cr-00755 | Kness | John | F |
| 1:12-cr-00755 | Kness | John | F |
| 1:12-cr-00755 | Kness | John | F |
| 1:13-cr-00013 | Kness | John | F |
| 1:13-cr-00016 | Kness | John | F |
| 1:13-cr-00016 | Kness | John | F |
| 1:13-cr-00016 | Kness | John | F |
| 1:15-mc-00612 | Kness | John | F |
| 1:15-mc-00642 | Kness | John | F |
| 1:15-mc-00643 | Kness | John | F |
| 1:15-mc-00644 | Kness | John | F |
| 1:16-cr-00147 | Kness | John | F |
| 1:16-mc-00478 | Kness | John | F |
| 1:18-cv-01659 | Kness | John | F |
| 1:94-cr-00305 | Kness | John | F |
| 1:94-cr-00305 | Kness | John | F |
| 1:94-cr-00305 | Kness | John | F |
| 1:94-cr-00305 | Kness | John | F |

| | | | |
|---|---|---|---|
| 1:94-cr-00305 | Kness | John | F |
| 1:94-cr-00305 | Kness | John | F |
| 1:94-cr-00305 | Kness | John | F |
| 1:94-cr-00305 | Kness | John | F |
| 1:94-cr-00305 | Kness | John | F |
| 1:94-cr-00305 | Kness | John | F |
| 1:94-cr-00305 | Kness | John | F |
| 1:94-cr-00305 | Kness | John | F |
| 1:94-cr-00305 | Kness | John | F |
| 1:94-cr-00305 | Kness | John | F |
| 1:94-cr-00305 | Kness | John | F |
| 1:94-cr-00305 | Kness | John | F |
| | | | |
| 1:08-cr-00947 | Kubiatowski | Stephen | A. |
| 1:08-cr-00947 | Kubiatowski | Stephen | A. |
| 1:08-cr-00947 | Kubiatowski | Stephen | A. |
| | | | |
| 1:19-cv-01232 | Layng | Patrick | Sean |
| 1:20-cv-00596 | Layng | Patrick | Sean |
| | | | |
| 1:16-cr-00837 | Lee | Stephen | Chahn |
| 1:16-mc-00415 | Lee | Stephen | Chahn |
| 1:16-mc-00416 | Lee | Stephen | Chahn |
| 1:17-cr-00533 | Lee | Stephen | Chahn |
| 1:17-mc-00564 | Lee | Stephen | Chahn |
| 1:17-mc-00565 | Lee | Stephen | Chahn |
| 1:17-mc-00588 | Lee | Stephen | Chahn |
| 1:17-mc-00589 | Lee | Stephen | Chahn |
| 1:18-cr-00258 | Lee | Stephen | Chahn |
| 1:18-cr-00384 | Lee | Stephen | Chahn |
| 1:18-cr-00385 | Lee | Stephen | Chahn |
| 1:18-cr-00405 | Lee | Stephen | Chahn |
| 1:18-cr-00405 | Lee | Stephen | Chahn |
| 1:18-cr-00405 | Lee | Stephen | Chahn |
| 1:18-cr-00418 | Lee | Stephen | Chahn |
| 1:18-cr-00419 | Lee | Stephen | Chahn |
| 1:18-cr-00643 | Lee | Stephen | Chahn |
| 1:18-cr-00833 | Lee | Stephen | Chahn |
| 1:18-cv-00035 | Lee | Stephen | Chahn |
| 1:18-mc-00173 | Lee | Stephen | Chahn |
| 1:18-mc-00366 | Lee | Stephen | Chahn |
| 1:19-cv-02787 | Lee | Stephen | Chahn |
| 1:92-cr-01051 | Lee | Stephen | Chahn |
| 1:92-cr-01051 | Lee | Stephen | Chahn |
| 1:92-cr-01051 | Lee | Stephen | Chahn |
| 1:92-cr-01051 | Lee | Stephen | Chahn |

| | | | |
|---|---|---|---|
| 1:04-cr-01001 | Levin | Jennie | Horwitz |
| 1:10-cr-00261 | Levin | Jennie | Horwitz |
| 1:10-cr-00261 | Levin | Jennie | Horwitz |
| 1:10-cr-00261 | Levin | Jennie | Horwitz |
| 1:12-cr-00821 | Levin | Jennie | Horwitz |
| 1:12-cr-01004 | Levin | Jennie | Horwitz |
| 1:15-cv-07008 | Levin | Jennie | Horwitz |
| 1:16-cr-00462 | Levin | Jennie | Horwitz |
| 1:16-cr-00462 | Levin | Jennie | Horwitz |
| 1:16-cr-00462 | Levin | Jennie | Horwitz |
| 1:16-cr-00462 | Levin | Jennie | Horwitz |
| 1:16-cr-00462 | Levin | Jennie | Horwitz |
| 1:16-cr-00462 | Levin | Jennie | Horwitz |
| 1:16-cr-00462 | Levin | Jennie | Horwitz |
| 1:16-cr-00462 | Levin | Jennie | Horwitz |
| 1:16-mc-00096 | Levin | Jennie | Horwitz |
| 1:17-mc-00518 | Levin | Jennie | Horwitz |
| 1:17-mc-00519 | Levin | Jennie | Horwitz |
| 1:18-cr-00025 | Levin | Jennie | Horwitz |
| 1:18-cr-00735 | Levin | Jennie | Horwitz |
| 1:19-mc-00481 | Levin | Jennie | Horwitz |
| | | | |
| 1:98-cr-00898 | Levin | Joel | R. |
| 1:98-cr-00898 | Levin | Joel | R. |
| | | | |
| 1:16-cv-04957 | Lidow | David | R |
| | | | |
| 1:12-cr-00290 | Mariotti | Renato | T. |
| 1:15-cr-00247 | Mariotti | Renato | T. |
| 1:15-cr-00469 | Mariotti | Renato | T. |
| | | | |
| 1:17-mc-00514 | May | Daniel | Edward |
| 1:17-mc-00515 | May | Daniel | Edward |
| | | | |
| 1:94-cr-00333 | McClellan | Marsha | A. |
| | | | |
| 1:09-cr-00247 | McFadden | Christopher | R |
| | | | |
| 1:07-cr-00224 | Nasser | Michelle | |
| 1:07-cr-00224 | Nasser | Michelle | |

ATTACHMENT A

| | | | |
|---|---|---|---|
| 1:07-cr-00224 | Nasser | Michelle | |
| 1:07-cr-00224 | Nasser | Michelle | |
| | | | |
| 1:03-cr-01136 | Niewoehner | Christopher | |
| 1:03-cr-01136 | Niewoehner | Christopher | |
| | | | |
| 1:15-cr-00515 | Novak | William | Patrick |
| 1:15-cr-00515 | Novak | William | Patrick |
| 1:15-cr-00515 | Novak | William | Patrick |
| 1:15-cr-00515 | Novak | William | Patrick |
| 1:17-cr-00522 | Novak | William | Patrick |
| 1:17-cr-00765 | Novak | William | Patrick |
| 1:19-cr-00057 | Novak | William | Patrick |
| 1:19-cr-00164 | Novak | William | Patrick |
| 1:19-cr-00239 | Novak | William | Patrick |
| | | | |
| 1:14-cr-00544 | Otlewski | Patrick | Mark |
| | | | |
| 1:08-cr-00746 | Owens | Derek | |
| 1:08-cr-00746 | Owens | Derek | |
| 1:14-cr-00245 | Owens | Derek | |
| 1:15-cr-00611 | Owens | Derek | |
| 1:15-mc-00647 | Owens | Derek | |
| 1:16-cr-00463 | Owens | Derek | |
| 1:16-cr-00463 | Owens | Derek | |
| 1:16-cr-00463 | Owens | Derek | |
| 1:16-cr-00463 | Owens | Derek | |
| 1:16-cr-00463 | Owens | Derek | |
| 1:16-cr-00463 | Owens | Derek | |
| 1:16-cr-00463 | Owens | Derek | |
| 1:16-cr-00463 | Owens | Derek | |
| 1:16-cr-00463 | Owens | Derek | |
| 1:16-cr-00463 | Owens | Derek | |
| 1:16-cr-00463 | Owens | Derek | |
| 1:16-cr-00463 | Owens | Derek | |
| 1:16-cr-00463 | Owens | Derek | |
| 1:16-cr-00463 | Owens | Derek | |
| 1:16-cr-00463 | Owens | Derek | |
| 1:16-cr-00463 | Owens | Derek | |
| 1:16-cr-00463 | Owens | Derek | |
| 1:16-cr-00463 | Owens | Derek | |
| 1:16-cr-00463 | Owens | Derek | |
| 1:16-cr-00463 | Owens | Derek | |
| 1:16-cr-00463 | Owens | Derek | |

| | | | |
|---|---|---|---|
| 1:16-cr-00463 | Owens | Derek | |
| 1:16-cr-00463 | Owens | Derek | |
| 1:16-cr-00463 | Owens | Derek | |
| 1:16-cr-00463 | Owens | Derek | |
| 1:16-cr-00463 | Owens | Derek | |
| 1:16-cr-00463 | Owens | Derek | |
| 1:16-cr-00463 | Owens | Derek | |
| 1:16-cr-00463 | Owens | Derek | |
| 1:16-cr-00463 | Owens | Derek | |
| 1:19-cr-00372 | Owens | Derek | |
| | | | |
| | | | |
| 3:04-cr-50071 | Paccagnini | Scott | Robert |
| | | | |
| | | | |
| 1:03-cr-01189 | Polovin | Andrew | Keith |
| 1:15-cr-00314 | Polovin | Andrew | Keith |
| 1:15-cr-00314 | Polovin | Andrew | Keith |
| 1:15-cr-00379 | Polovin | Andrew | Keith |
| 1:15-cr-00379 | Polovin | Andrew | Keith |
| 1:15-mc-60066 | Polovin | Andrew | Keith |
| 1:16-mc-00043 | Polovin | Andrew | Keith |
| 1:16-mc-00044 | Polovin | Andrew | Keith |
| 1:16-mc-00337 | Polovin | Andrew | Keith |
| 1:16-mc-00338 | Polovin | Andrew | Keith |
| | | | |
| | | | |
| 1:03-cr-00708 | Porter | Julie | B. |
| 1:04-cr-00200 | Porter | Julie | B. |
| 1:10-cr-00261 | Porter | Julie | B. |
| 1:10-cr-00261 | Porter | Julie | B. |
| 1:10-cr-00261 | Porter | Julie | B. |
| | | | |
| | | | |
| 1:16-cr-00114 | Ray | Allison | A. |
| 1:17-cr-00357 | Ray | Allison | A. |
| 1:17-cr-00362 | Ray | Allison | A. |
| 1:18-cr-00113 | Ray | Allison | A. |
| 1:18-cr-00420 | Ray | Allison | A. |
| 1:18-cr-00498 | Ray | Allison | A. |
| 1:18-cv-06977 | Ray | Allison | A. |
| 1:18-cv-07565 | Ray | Allison | A. |
| 1:18-cv-07851 | Ray | Allison | A. |
| | | | |
| | | | |
| 1:07-cr-00224 | Ridgway | William | |
| 1:07-cr-00224 | Ridgway | William | |
| 1:07-cr-00224 | Ridgway | William | |
| 1:07-cr-00224 | Ridgway | William | |

| | | | |
|---|---|---|---|
| 1:11-cr-00784 | Ridgway | William | |
| 1:14-cr-00376 | Ridgway | William | |
| 1:16-cr-00438 | Ridgway | William | |
| 1:16-cr-00438 | Ridgway | William | |
| 1:16-cr-00438 | Ridgway | William | |
| 1:16-cr-00622 | Ridgway | William | |
| 1:16-mc-00062 | Ridgway | William | |
| 1:16-mc-00063 | Ridgway | William | |
| 1:16-mc-00064 | Ridgway | William | |
| 1:16-mc-00065 | Ridgway | William | |
| 1:16-mc-00102 | Ridgway | William | |
| 1:16-mc-00123 | Ridgway | William | |
| 1:16-mc-00169 | Ridgway | William | |
| 1:16-mc-00170 | Ridgway | William | |
| 1:16-mc-00378 | Ridgway | William | |
| 1:16-mc-00379 | Ridgway | William | |
| 1:16-mc-00380 | Ridgway | William | |
| 1:16-mc-00381 | Ridgway | William | |
| 1:16-mc-00382 | Ridgway | William | |
| 1:16-mc-00468 | Ridgway | William | |
| 1:16-mc-00469 | Ridgway | William | |
| 1:16-mc-00496 | Ridgway | William | |
| 1:16-mc-00497 | Ridgway | William | |
| 1:16-mc-00498 | Ridgway | William | |
| 1:16-mc-00499 | Ridgway | William | |
| | | | |
| 1:18-cr-00760 | Rodney | Renai | Scherri |
| 1:18-cr-00880 | Rodney | Renai | Scherri |
| 1:19-cr-00461 | Rodney | Renai | Scherri |
| | | | |
| 1:13-cr-00949 | Romero | Jessica | |
| 1:13-cr-00949 | Romero | Jessica | |
| 1:14-cr-00156 | Romero | Jessica | |
| 1:14-cr-00156 | Romero | Jessica | |
| 1:16-cr-00793 | Romero | Jessica | |
| 1:16-mc-00120 | Romero | Jessica | |
| 1:16-mc-00197 | Romero | Jessica | |
| 1:16-mc-00287 | Romero | Jessica | |
| 1:16-mc-00424 | Romero | Jessica | |
| 1:16-mc-00455 | Romero | Jessica | |
| 1:16-mc-00540 | Romero | Jessica | |
| | | | |
| 1:99-cr-00544 | Ryan | John | T |
| | | | |
| 1:16-mc-00050 | Salovaara | Kaarina | |

ATTACHMENT A

| | | | |
|---|---|---|---|
| 1:16-mc-00051 | Salovaara | Kaarina | |
| 1:16-mc-00271 | Salovaara | Kaarina | |
| 1:17-mc-00498 | Salovaara | Kaarina | |
| 1:18-cr-00324 | Salovaara | Kaarina | |
| | | | |
| | | | |
| 1:15-cr-00379 | Sawyer | Katherine | |
| 1:15-cr-00379 | Sawyer | Katherine | |
| 1:17-cr-00225 | Sawyer | Katherine | |
| 1:18-mc-00214 | Sawyer | Katherine | |
| 1:18-mc-00224 | Sawyer | Katherine | |
| 1:18-mc-00786 | Sawyer | Katherine | |
| 1:18-mc-00802 | Sawyer | Katherine | |
| 1:18-mc-00803 | Sawyer | Katherine | |
| 1:18-mc-00804 | Sawyer | Katherine | |
| 1:19-cr-00294 | Sawyer | Katherine | |
| 1:19-mc-00045 | Sawyer | Katherine | |
| 1:19-mc-00053 | Sawyer | Katherine | |
| 1:19-mc-00298 | Sawyer | Katherine | |
| 1:19-mc-00317 | Sawyer | Katherine | |
| 1:19-mc-00318 | Sawyer | Katherine | |
| 1:19-mc-00319 | Sawyer | Katherine | |
| 1:96-cr-00291 | Sawyer | Katherine | |
| 1:96-cr-00291 | Sawyer | Katherine | |
| 1:96-cr-00291 | Sawyer | Katherine | |
| 1:96-cr-00291 | Sawyer | Katherine | |
| 1:96-cr-00291 | Sawyer | Katherine | |
| | | | |
| 1:09-cr-00383 | Shakeshaft | Thomas | D. |
| 1:09-cr-00383 | Shakeshaft | Thomas | D. |
| 1:09-cr-00383 | Shakeshaft | Thomas | D. |
| 1:09-cr-00383 | Shakeshaft | Thomas | D. |
| 1:09-cr-00383 | Shakeshaft | Thomas | D. |
| 1:09-cr-00383 | Shakeshaft | Thomas | D. |
| 1:09-cr-00383 | Shakeshaft | Thomas | D. |
| 1:09-cr-00383 | Shakeshaft | Thomas | D. |
| 1:09-cr-00383 | Shakeshaft | Thomas | D. |
| | | | |
| | | | |
| 1:18-cv-02453 | Siskel | Edward | N |
| | | | |
| | | | |
| 1:18-cv-06188 | Snodgrass | Douglas | G. |
| 1:18-cv-06188 | Snodgrass | Douglas | G. |
| 1:19-cv-06390 | Snodgrass | Douglas | G. |
| | | | |
| | | | |
| 1:02-cr-00283 | Stewart | Joseph | A. |

| | | | |
|---|---|---|---|
| 1:04-cr-00021 | Stewart | Joseph | A. |
| 1:05-cr-00409 | Stewart | Joseph | A. |
| 1:09-cr-00247 | Stewart | Joseph | A. |
| 1:09-cr-00539 | Stewart | Joseph | A. |
| 1:09-cr-00539 | Stewart | Joseph | A. |
| 1:09-cr-00539 | Stewart | Joseph | A. |
| 1:10-cr-00063 | Stewart | Joseph | A. |
| 1:10-cr-00063 | Stewart | Joseph | A. |
| 1:10-cr-00063 | Stewart | Joseph | A. |
| 1:10-cr-00261 | Stewart | Joseph | A. |
| 1:10-cr-00261 | Stewart | Joseph | A. |
| 1:10-cr-00261 | Stewart | Joseph | A. |
| 1:10-cr-00881 | Stewart | Joseph | A. |
| 1:12-cr-00791 | Stewart | Joseph | A. |
| 1:13-cr-00037 | Stewart | Joseph | A. |
| 1:13-cr-00037 | Stewart | Joseph | A. |
| 1:13-cr-00037 | Stewart | Joseph | A. |
| 1:13-cr-00037 | Stewart | Joseph | A. |
| 1:13-cr-00623 | Stewart | Joseph | A. |
| 1:13-cr-00623 | Stewart | Joseph | A. |
| 1:13-cr-00761 | Stewart | Joseph | A. |
| 1:14-cr-00245 | Stewart | Joseph | A. |
| 1:14-cr-00319 | Stewart | Joseph | A. |
| 1:15-cr-00675 | Stewart | Joseph | A. |
| 1:94-cr-00723 | Stewart | Joseph | A. |
| 1:97-cr-00519 | Stewart | Joseph | A. |
| 1:99-cr-00081 | Stewart | Joseph | A. |
| 1:99-cr-00545 | Stewart | Joseph | A. |
| | | | |
| | | | |
| 1:09-cr-00514 | Trivedi | Kruti | D. |
| 1:14-cr-00734 | Trivedi | Kruti | D. |
| 1:16-cr-00811 | Trivedi | Kruti | D. |
| 1:18-mc-00058 | Trivedi | Kruti | D. |
| | | | |
| | | | |
| 1:18-cr-00122 | Tzur | Paul | H. |
| 1:18-cr-00122 | Tzur | Paul | H. |
| 1:18-cr-00805 | Tzur | Paul | H. |
| 1:19-cr-00410 | Tzur | Paul | H. |
| 1:19-cr-00477 | Tzur | Paul | H. |
| 1:19-cr-00587 | Tzur | Paul | H. |
| 1:19-cr-00587 | Tzur | Paul | H. |
| 1:19-cr-00587 | Tzur | Paul | H. |
| 1:20-cv-00884 | Tzur | Paul | H. |
| | | | |
| | | | |
| 1:14-cr-00326 | Wallach | Brian | S. |
| 1:14-cr-00326 | Wallach | Brian | S. |

| | | | |
|---|---|---|---|
| 1:16-cr-00463 | Wallach | Brian | S. |
| 1:16-cr-00463 | Wallach | Brian | S. |
| 1:16-cr-00463 | Wallach | Brian | S. |
| 1:16-cr-00463 | Wallach | Brian | S. |
| 1:16-cr-00463 | Wallach | Brian | S. |
| 1:16-cr-00463 | Wallach | Brian | S. |
| 1:16-cr-00463 | Wallach | Brian | S. |
| 1:16-cr-00463 | Wallach | Brian | S. |
| 1:16-cr-00463 | Wallach | Brian | S. |
| 1:16-cr-00463 | Wallach | Brian | S. |
| 1:16-cr-00463 | Wallach | Brian | S. |
| 1:16-cr-00463 | Wallach | Brian | S. |
| 1:16-cr-00463 | Wallach | Brian | S. |
| 1:16-cr-00463 | Wallach | Brian | S. |
| 1:16-cr-00463 | Wallach | Brian | S. |
| 1:16-cr-00463 | Wallach | Brian | S. |
| 1:16-cr-00463 | Wallach | Brian | S. |
| 1:16-cr-00463 | Wallach | Brian | S. |
| 1:16-cr-00463 | Wallach | Brian | S. |
| 1:16-cr-00463 | Wallach | Brian | S. |
| 1:16-cr-00463 | Wallach | Brian | S. |
| 1:16-cr-00463 | Wallach | Brian | S. |
| 1:16-cr-00463 | Wallach | Brian | S. |
| 1:16-cr-00463 | Wallach | Brian | S. |
| 1:16-cr-00463 | Wallach | Brian | S. |
| 1:16-cr-00463 | Wallach | Brian | S. |
| 1:16-cr-00463 | Wallach | Brian | S. |
| 1:16-cr-00463 | Wallach | Brian | S. |
| 1:16-cr-00463 | Wallach | Brian | S. |
| 1:16-cr-00554 | Wallach | Brian | S. |
| 1:16-mc-00087 | Wallach | Brian | S. |
| 1:16-mc-00088 | Wallach | Brian | S. |
| 1:16-mc-00089 | Wallach | Brian | S. |
| 1:16-mc-00103 | Wallach | Brian | S. |
| 1:16-mc-00135 | Wallach | Brian | S. |
| 1:16-mc-00149 | Wallach | Brian | S. |
| 1:16-mc-00168 | Wallach | Brian | S. |
| 1:16-mc-00182 | Wallach | Brian | S. |
| 1:16-mc-00357 | Wallach | Brian | S. |
| 1:16-mc-00397 | Wallach | Brian | S. |
| 1:17-cr-00338 | Wallach | Brian | S. |
| 1:19-cv-06421 | Wallach | Brian | S. |
| | | | |
| 1:14-cr-00482 | Welsh | Katherine | Neff |
| 1:15-cr-00611 | Welsh | Katherine | Neff |
| 1:16-cr-00114 | Welsh | Katherine | Neff |

ATTACHMENT A

| | | | |
|---|---|---|---|
| 1:16-cr-00570 | Welsh | Katherine | Neff |
| 1:16-mc-00167 | Welsh | Katherine | Neff |
| 1:16-mc-00318 | Welsh | Katherine | Neff |
| 1:16-mc-00319 | Welsh | Katherine | Neff |
| 1:16-mc-00322 | Welsh | Katherine | Neff |
| 1:16-mc-00323 | Welsh | Katherine | Neff |
| 1:17-mc-00275 | Welsh | Katherine | Neff |
| 1:17-mc-00298 | Welsh | Katherine | Neff |
| 1:17-mc-00299 | Welsh | Katherine | Neff |
| 1:17-mc-00306 | Welsh | Katherine | Neff |
| 1:18-cr-00352 | Welsh | Katherine | Neff |
| 1:18-cr-00352 | Welsh | Katherine | Neff |
| 1:18-cr-00440 | Welsh | Katherine | Neff |
| 1:18-cr-00529 | Welsh | Katherine | Neff |
| 1:18-mc-00290 | Welsh | Katherine | Neff |
| 1:18-mc-00577 | Welsh | Katherine | Neff |
| 1:18-mc-00797 | Welsh | Katherine | Neff |
| 1:18-mc-60044 | Welsh | Katherine | Neff |
| 1:19-cr-00148 | Welsh | Katherine | Neff |
| 1:19-cr-00148 | Welsh | Katherine | Neff |
| 1:19-cr-00148 | Welsh | Katherine | Neff |
| 1:19-cv-06575 | Welsh | Katherine | Neff |
| 1:19-mc-00158 | Welsh | Katherine | Neff |
| 1:19-mc-00159 | Welsh | Katherine | Neff |
| 1:19-mc-00225 | Welsh | Katherine | Neff |
| 1:19-mc-00305 | Welsh | Katherine | Neff |
| 1:19-mc-00306 | Welsh | Katherine | Neff |
| 1:19-mc-00466 | Welsh | Katherine | Neff |
| | | | |
| 1:11-cr-00064 | Woodall | Mirta | J. |
| | | | |
| 1:02-cr-00924 | Yeadon | Kenneth | Edward |
| 1:11-cr-00292 | Yeadon | Kenneth | Edward |
| 1:13-cr-00761 | Yeadon | Kenneth | Edward |
| 1:14-cr-00287 | Yeadon | Kenneth | Edward |
| 1:14-cr-00287 | Yeadon | Kenneth | Edward |
| 1:14-cr-00287 | Yeadon | Kenneth | Edward |
| 1:18-cv-02975 | Yeadon | Kenneth | Edward |
| | | | |
| 1:97-cr-00664 | Zell | Kate | |