# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Albert Rossini, et al.

Defendant.

Case No.: 1:15−cr−00515
Honorable John Z. Lee

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 23, 2020:

MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini. The motion hearing set for 4/7/20 is reset to 4/13/20 at 11:30 a.m. Defendant is ordered to appear and be transported by U.S. Marshals Service. Mailed notice (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.