# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

UNITED STATES OF AMERICA

                                Plaintiff,

v.                                                                                    Case No.: 1:15−cr−00515

                                                                                     Honorable John Z. Lee

Albert Rossini, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 29, 2020:

      MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. Pursuant to the Third Amended General Order 20−0012, In re: Coronavirus COVID−19 Public Emergency (dated April. 24, 2020), the motion hearing set for 5/13/20 and sentencing scheduled for 5/21/20 are hereby stricken. The Court will issue an order scheduling a status hearing at a future date. Mailed notice (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.