# United States Court of Appeals
### For the Seventh Circuit
### Chicago, Illinois 60604

April 17, 2020

*Before:*

**William J. Bauer**, *Circuit Judge*
**Amy C. Barrett**, *Circuit Judge*
**Michael Y. Scudder**, *Circuit Judge*

CERTIFIED COPY
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff-Appellee,<br><br>No. 20-1270     v.<br><br>ALBERT ROSSINI,<br>  Defendant-Appellant. | ] Appeal from the United<br>] States District Court for<br>] the Northern District of<br>] Illinois, Eastern Division.<br>]<br>] No. 1:15-cr-00515-1<br>]<br>] John Z. Lee,<br>]     Judge. |

O R D E R

On consideration of the papers filed in this appeal and review of the short record,

IT IS ORDERED that this appeal is DISMISSED for lack of jurisdiction.

Ordinarily, a defendant in a criminal case may not take an appeal until a judgment of conviction and sentence has been entered. *Flanagan v. United States*, 465 U.S. 259, 263 (1984); *United States v. Kaufman*, 951 F.2d 793 (7th Cir. 1992).

Defendant Albert Rossini has been convicted of federal crimes, but to date he has not been sentenced for those crimes. There is no jurisdictional basis to review the denial of defendant's motion for new trial at this time. Defendant Rossini must wait until he has been sentenced to appeal that order.