Albert Rossini
USM# 08043-424
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago, IL. 60605

May 4, 2020

Hon. John Z. Lee
United States District Court
219 S. Dearborn St.
Chicago, IL. 60604

RE: U.S. v. Albert Rossini, 15-CR-515-1

Judge Lee:

After testing for COVID-19, on April 28, 2020, I was removed to Isolation/Quarantine until at least May 11, 2020. I have heard nothing as to court dates, or any of my requests from Attorney Kling. However, this may be also due to the health crisis.

Please have someone from your office or the Clerk's office send me information on my matter, court dates, whether the court is still on emergency status (I received Judge Pallmeyer's Amended Order in late March 2020). I hope you and all are well.

Respectfully,
Albert Rossini

ALBERT ROSSINI
#08043-424
Metropolitan Correctional Center
71 W. VAN BUREN ST.
Chicago, IL. 60605

06 MAY 2020 PM 2 L

LEGAL MAIL

LEGAL MAIL

60604-180099

HON. JOHN Z. LEE
United States District Court
219 S. DEARBORN ST.
Chicago, IL. 60604

METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN STREET
CHICAGO, IL 60605

The enclosed letter was processed through special mailing procedures for forwarding to you. This letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the materiel for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

Date: 05-06-2020