UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff-Appellee

CASE NO. 15 CR 515-1

    v.

Hon. John Z. Lee

ALBERT M. ROSSINI

    Defendant-Appellant

Defendant Albert Rossini's
Notice of Filing Objections to
Judge John Z. Lee's Denial of Motion for New Trial

*TO:* Assistant United States Attorney

219 S. Dearborn Street, Fifth Floor

Chicago, Illinois 60604

**Please take notice** that on May 14, 2020, Defendant ALBERT ROSSINI filed the attached Objections to Judge John Z. Lee's Denial of his Motion for New Trial, with the Clerk of the District Court, pursuant to the General Order of Chief Judge Rebecca Pallmeyer, via email and regular mail, a copy of which is hereby served upon you.

Defendant ALBERT ROSSINI further requests leave of the Court to file the herein Motion *instanter* because the Chicago MCC, where Defendant is detained, has been on lockdown due to the COVID-19 pandemic, limiting access to computers. Additionally, Defendant has been tested variably as COVID-positive, COVID negative, and tested again on May 12, while in quarantine, with respiratory, lung, and other coronavirus symptoms.

Respectfully submitted,
**Albert M. Rossini**
#08043-424
Chicago MCC

### CERTIFICATE OF SERVICE

I certify that on May 15, 2020, the attached Notice of Filing was served by mailing same in a properly addressed envelope, postage prepaid, to the addresses hereinbelow, and has been emailed to the Hon. Judge John Z. Lee.

TO:
Clerk of the District Court
For the Northern District of Illinois
219 S. Dearborn St. Chicago Il 60604

Office of the U.S. Attorney
For the Northern District of Illinois
219 S. Dearborn St. Chicago Il 60604

The Chicago MCC, 71 W. Van Buren is on lockdown, due to the COVID-19 pandemic; copies, typing and mailing of pleadings are prohibited. Therefore, this pleading is sent via a third party outside the MCC.

BY: *Albert M. Rossini*
Defendant-Appellant pro se
#08043-424
Chicago MCC
71 W. Van Buren St.
Chicago IL 60605

ALBERT M. ROSSINI
08043-424
CHICAGO MCC
71 W. VAN BUREN ST.
CHICAGO IL 60605



CLERK OF THE DISTRICT COURT
CRIMINAL DIVISION
219 S. DEARBORN ST.
CHICAGO IL 60604