UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALBERT ROSSINI | No. 15 CR 515<br><br>Judge John Z. Lee |

**STATUS REPORT**

The United States of America, by its attorney, JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, hereby submits this status report, pursuant to the Court's May 26, 2020, Order. Dkt. No. 599.[1]

1. All discovery has been tendered. Defendant has been tried and convicted and is awaiting sentencing. Although defendant was originally scheduled for sentencing on May 21, 2020, the Court struck that date following the district court's Third Amended General Order, Dkt. No. 593. A new sentencing date has not been set.

2. There is one outstanding motion, namely defendant's April 9, 2020, motion to stay sentencing. Dkt. No. 589. Although the Court has scheduled this motion for hearing on May 13, 2020, Dkt. No. 590, the Court struck that hearing

---

[1] Although the Court's Order contemplated a joint status report, as the Court is aware, defendant is proceeding *pro se* and is detained at the Metropolitan Correctional Center, where, he has claimed, he is being held in quarantine. As a result, this status report is submitted only on behalf of the government.

1

following the district court's Third Amended General Order, Dkt. No. 593. A new hearing date has not been set.

      3.    In light of the ongoing Court closure and the issues arising from the COVID-19 pandemic, the government proposes that the Court schedule a status and motion hearing in this case on a date convenient for the Court approximately 60 days from today's date.

                              Respectfully Submitted,

                              JOHN R. LAUSCH, JR.
                              United States Attorney

By:   /s/ Erik Hogstrom
        ERIK A. HOGSTROM
        Assistant U.S. Attorneys
        219 South Dearborn, Rm. 500
        Chicago, Illinois 60604
        (312) 353-5300