# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

UNITED STATES OF AMERICA

　　　　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　　　Case No.: 1:15−cr−00515
　　　　　　　　　　　　　　　　　　　　　　　　　　Honorable John Z. Lee

Albert Rossini, et al.

　　　　　　　　　　　　　　　Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 3, 2020:

　　　MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini. The government should file a response to the renewed motion for stay of sentencing [588] by June 17, 2020. Additionally, the Court has reviewed Mr. Rossini's objections [601] to the denial of his motion for a new trial, and concludes that his arguments have already been addressed, including through the Court's earlier memorandum opinion and order [556]. Mailed notice (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.