# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 15 CR 00515 |
| | ) | |
| ALBERT ROSSINI, | ) | |
| | ) | |
| Defendant. | ) | |

## STATUS REPORT

Now comes undersigned stand-by counsel, Richard S. Kling, stating that he has been consistently advising Mr. Rossini of the status of his case, and will continue to do so, unless and until advised otherwise by this Court.

Respectfully submitted,

By: s/Richard S. Kling
 Richard S. Kling,
 Attorney for Defendant


Richard S. Kling
Attorney for Albert Rossini
Law Offices of Chicago-Kent College
565 West Adams Street, Suite 600
Chicago, Illinois 60661
312-906-5075

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | 15 CR 00515 |
| | ) | |
| **ALBERT ROSSINI,** | ) | |
| | ) | |
| **Defendant.** | ) | |

# CERTIFICATE OF SERVICE

The undersigned, Richard S. Kling, an attorney, hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, L.R. 5.5, and the General Order on Electronic Case Filing (ECF), the following document:

## STATUS REPORT

was served pursuant to the district court's ECF system as to ECF filings, if any, and was sent by first-class mail/hand delivery on June 4, 2020, to counsel/parties that are non-ECF filers.

Respectfully submitted,

By: s/Richard S. Kling
    Richard S. Kling,
    Attorney for Defendant


Richard S. Kling
Attorney for Albert Rossini
Law Offices of Chicago-Kent College
565 West Adams Street, Suite 600
Chicago, Illinois 60661
312-906-5075