**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                             Case No.: 1:15−cr−00515
                                             Honorable John Z. Lee

Albert Rossini, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 22, 2020:

       MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. Defendant Albert Rossini's motion for stay of sentencing [588] is denied. While Rossini claims that he lacks certain "discovery materials" that were never "produced or received" in this case but are nonetheless "essential" to his arguments at sentencing, he only describes those materials and their purported value in exceedingly vague terms. Moreover, Rossini's current petition before the United States Tax Court does not warrant a delay of sentencing in this case; if Rossini believes that certain arguments regarding his conduct will be successful in his tax case, he may make those same arguments at sentencing without waiting on the completion of the Tax Court proceedings. A sentencing hearing is set for 10/13/20 at 10:15 a.m. The cause is referred to the probation office for the preparation of a pre−sentence investigation report, if one is necessary. The Probation Office is directed to provide the parties with a copy of its sentencing recommendation. Defendant's sentencing memorandum and objections to the report are to be filed by 9/28/20, and the government's response is to be filed by 10/5/20. If the government is seeking an order of forfeiture in this matter, a motion for entry of a preliminary order of forfeiture should be filed by 9/21/20. Any objections or responses to the motion should be filed by 10/5/20; if no objection is filed, any objections will be deemed waived, and the motion will be granted. Pursuant to 18 U.S.C. § 3664(d)(1), if restitution is being sought in this case, the government shall provide the Probation Office and the courtroom deputy an electronic standardized spreadsheet (available on the Court's website) with a list of victims and their full current contact information. This list should include any amounts subject to restitution and should be provided 60 days prior to the sentencing date. If the government is not able to provide the full list of victims 60 days prior to sentencing hearing, it should file a motion to request an extension of time to compile the information, to the extent permitted by 18 U.S.C. § 3664(d)(5). Defendant's counsel should file a short status report in 14 days as to whether Defendant will agree to waive his/her right to appear in person at the sentencing hearing and whether he/she will agree to conduct the sentencing hearing via video conference or telephone conference pursuant to § 15002(b)(1) of the CARES Act. Mailed notice (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.