UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,

v.

Case No. 15-CR-515-1

HON. JOHN Z. LEE

ALBERT ROSSINI,
        Defendant.

DEFENDANT ROSSINI'S STATUS REPORT AS TO
APPEARANCE AT SENTENCING

NOW COMES DEFENDANT ALBERT ROSSINI (Rossini) and states that he does not agree to waive his right to appear in person at the sentencing hearing and he does not agree to conduct the sentencing hearing via video conference or telephone conference pursuant to § 15002(b)(1) of the CARES ACT.

Respectfully submitted,

*/s/ Albert Rossini*
Albert Rossini
Defendant
#08043-424
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago, IL 60605

**FILED**

AUG 0 4 2020

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

CERTIFICATE OF SERVICE

I certify that on July 29, 2020, I deposited this Status Report as to Appearance At Sentencing with the MCC Chicago Legal Mail System, first class postage prepaid and addressed to the Clerk, Judge John Z. Lee, and the U.S. Attorney, at 219 S. Dearborn St., Chicago, IL 60604.

Respectfully submitted,

*/s/ Albert Rossini*
Albert Rossini

Albert Rossini
#08043-424
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago, IL 60605

2020 AUG -4 AM 11:32

Clerk of the U.S. District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

LEGAL MAIL
PRISONER CORRESPONDENCE

08/04/2020-27

METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN STREET
CHICAGO, Il 60605

The enclosed letter was processed through special mailing procedures for forwarding to y This letter has neither been opened nor inspected. If the writer raises a question or problem o which this facility has jurisdiction, you may wish to return the material for further information clarification. If the writer encloses correspondence for forwarding to another addressee, ple return the enclosure to the above address.

Date: 07-23-2020