UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
SEP 16 2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA,

v.

ALBERT ROSSINI,
    Defendant.

Case No. 15 CR 515-1
HON. JOHN Z. LEE

DEFENDANT'S REPLY TO GOVERNMENT AND SUPPLEMENT

Now Comes Defendant Albert Rossini (Rossini) and replies as follows:

1. Defendant does not dispute that his previous trial attorney and post trial attorney received discovery from the government during the pendency of this case.

2. Defendant states that he has not received the discovery requested in paragraph number 8, page 3 of his motion and request as to sentencing procedure and discovery which is critical for Defendant's presentation at sentencing.

3. Defendant's trial attorneys Adams and Frankel and post trial attorney Kling have not tendered the requested discovery to Rossini.

4. The Defendant request is not made to delay or for obfuscation but is vital in presenting his version and objection to the government's version of loss, number of victims, and other pertinent sentencing matters.

5. As of September 10, 2020, Defendant has not received the government's response to his Request as to Sentencing Procedure and Discovery, nor has he received the government's chart of victims, and loss or restitution. The Court ordered previously that it was to be tendered by the government sixty (60) days prior to sentencing.

WHEREFORE, Defendant Rossini renews his request to this Honorable Court that it order the government to deliver to Defendant the discovery items listed in his Request as to Sentencing Procedure and Discovery (Attached and incorporated as Exhibit A, herein).

Respectfully submitted,

*/s/ Albert Rossini*

Albert Rossini
Defendant Pro Se
#08043-424
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago, IL 60605

## Certficate of Service

I, Albert Rossini, certify that on September 10, 2020, I deposited this Defendant's Reply to the Government and Supplement, with the MCC Chicago Legal Mail System, first class postage prepaid, and addressed to the Clerk of the District Court, 219 S. Dearborn St., Chicago, IL 60604, and the U.S. Attorney, 219 S. Dearborn St., Chicago, IL 60604.

Respectfully submitted,

*/s/ Albert Rossini*

Albert Rossini

Albert Rossini
#08043-424
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago, IL 60605

S SUBURBAN IL   604

11 SEP 2020   PM 5   L



2020 SEP 16  AM 11:21

Legal Mail



Hon. John Z. Lee
United States District Court
219 S. Dearborn St.
Chicago, IL 60604

60604-180099



METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN STREET
CHICAGO, IL 60605

A The enclosed letter was processed through special mailing procedures fc forwarding to you. This letter has neither been opened nor inspected. If th writer raises a question or problem over which this facility has jurisdiction, yo may wish to return the materiel for further information or clarification. If th writer encloses correspondence for forwarding to another addressee, pleas return the enclosure to the above address.

Date 09-11-2020