**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division**

UNITED STATES OF AMERICA

                      Plaintiff,

v.                                                          Case No.: 1:15−cr−00515

                                                                     Honorable John Z. Lee

Albert Rossini, et al.

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 8, 2020:

      MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini Defendant's motions [[453], [615], [619], [628], and [635] are stricken without prejudice subject to newly appointed counsel reviewing the motions and refiling if necessary. Mailed notice (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.