In the United States District Court for
the Northern District of Illinois

United States of America,  Case number 15CR515-1
Plaintiff,

Judge Ellis

Albert Rossini
Defendant.

## CJA APPOINTMENT ORDER
## ORDER APPOINTING COUNSEL UNDER CJA

Person represented  Albert Rossini                Under seal?       Yes     X-No

Defendant number 1                                 Representation type CC

Type of person represented Adult                   Court order Appointing Counsel

Payment category Felony                            Name of Prior  Richard Kling
Name of appointed attorney Clarence Butler Jr. for Sentencing

If associate(s) will be used, list names and rate(s) if different from the CJA hourly rate.

_____     _____

Signature of Presiding Judge or by Order of the Court  Date


Nunc Pro Tunc Date:        or  None


ORDER APPOINTING INTERPRETER UNDER CJA
Prior authorization shall be obtained for services in excess of $900.

Expected to exceed $900?                Yes  No

Prior authorization approved?  Yes   No                applicable

_____          _____

Signature of Presiding Judge or by Order of the Court           Date

Nunc Pro Tunc Date:                 or  None

Rev. 2212019