In the United States District Court for
the Northern District of Illinois

United States of America,  Case number 15CR515-1
Plaintiff,

                                                         Judge Ellis

Albert Rossini
Defendant.

## CJA APPOINTMENT ORDER
## ORDER APPOINTING COUNSEL UNDER CJA

Person represented  Albert Rossini      Under seal?  Yes  X-No

Defendant number 1      Representation type CC

Type of person represented Adult      Court order Appointing Counsel

Payment category Felony      Name of Prior  Richard Kling
Name of appointed attorney Clarence Butler Jr. for Sentencing

If associate(s) will be used, list names and rate(s) if different from the CJA hourly rate.

_____  10-9-2020
Signature of Presiding Judge or by Order of the Court  Date

Nunc Pro Tunc Date:     or  None

## ORDER APPOINTING INTERPRETER UNDER CJA
Prior authorization shall be obtained for services in excess of $900.

Expected to exceed $900?      Yes  No

Prior authorization approved?  Yes   No           applicable

_____            _____

Signature of Presiding Judge or by Order of the Court           Date

Nunc Pro Tunc Date:                    or  None

Rev. 2212019