In the United States District Court
for the Northern District of Illinois

United States of America,
Plaintiff,

Case number 15 CR 515-1

Judge Lee

v.

Albert Rossini
Defendant.

## CJA APPOINTMENT ORDER
### ORDER APPOINTING COUNSEL UNDER CJA

Person represented Albert Rossini

Under seal? ☐ Yes ☒ No

Defendant number 1

Representation type CC

Type of person represented Adult

Court order Subs for Panel Attorney

Payment category Felony

Name of Prior Attorney Richard Kling

Name of appointed attorney Clarence Butler Jr. for Sentencing

If associate(s) will be used, list names and rate(s) if different from the CJA hourly rate.

_____  10/27/2020
Signature of Presiding Judge or by Order of the Court    Date

Nunc Pro Tunc Date: October 9, 2020    or ☐ None

### ORDER APPOINTING INTERPRETER UNDER CJA
*Prior authorization shall be obtained for services in excess of $900.*

Expected to exceed $900? ☐ Yes ☐ No
Prior authorization approved? ☐ Yes ☐ No ☐ Not applicable

_____  _____
Signature of Presiding Judge or by Order of the Court    Date

Nunc Pro Tunc Date:    or ☐ None

Rev. 2212019