**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: United States v. Albert Rossini

Case Number: 15CR 515-1

An appearance is hereby filed by the undersigned as attorney for:

Albert Rossini

Attorney name (type or print): Clarence Butler Jr

(substitute appointed CJA Panel Attorney-Replacing Attorney Richard Kling)

Firm: The Law Office of Clarence Butler Jr.

Street address: 150 N. Michigan Avenue Suite 2800

City/State/Zip: Chicago, Illinois 60601

Bar ID Number: 6193627
(See item 3 in instructions)

Telephone Number: 312 216-5102

Email Address: cbutlerlaw@comcast.net

Are you acting as lead counsel in this case? ✓ Yes  No ☐

Are you acting as local counsel in this case? ✓ Yes  No ☐

Are you a member of the court's trial bar? ✓ Yes  No ☐

If this case reaches trial, will you act as the trial attorney? X Yes  No

If this is a criminal case, check your status.  ☐ Retained Counsel

✓ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender

✓ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on October 8, 2020

Attorney signature: S/ Clarence Butler Jr

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015