# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:15−cr−00515
Honorable John Z. Lee

Albert Rossini, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 13, 2021:

MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini. Status hearing held on 1/13/21. Defense counsel reports that he has reviewed the discovery provided by the government and that Mr. Rossini had provided him with additional documents that need to be reviewed. The sentencing hearing is set for 4/16/21 at 11:00 a.m. Defendant's sentencing memorandum and objections to the report are to be filed by 4/2/21. In the memorandum, Defendant should indicate whether Defendant agrees to conduct the sentencing hearing by video pursuant to the CARES Act; the government's response is due by 4/9/21. Mailed notice (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.