Albert Rossini
#08043-424
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago, IL 60605

**FILED**

MAR 15 2021 

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

March 8, 2021

Hon. John Z. Lee
U.S. District Court Judge
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

Re:   United States v. Rossini
      Case No. 15 CR 515-1

Dear Judge Lee,

In October 2020, you appointed Clarence Butler, Jr. as my court appointed attorney. Since that time, I have not had one conversation with Mr. Butler and only one letter from him (see attached). I have only heard his voice on the telephonic status hearings. At the last hearing, you set my sentencing date for April 16, 2021 with sentencing memorandums to be submitted prior to that date. I have had no input from Mr. Butler, no questions, no comments, other than one letter in November 2020.

When you appointed Mr. Butler, you asked me to "try and work with your attorney this time," or a comment to that effect. I cannot work with someone who has no contact with me. I believe it now too late for Mr. Butler to prepare adequately with me for a sentencing hearing of April 16, 2021. My case is complex, according to the government there are many victims and presumably several million dollars in loss. To date, I have not received a chart of victims or loss from the government. I believe that I along with the Court and presentence should receive such unless I am not supposed to contest such a government allegation.

I would prefer the Court appoint attorney Glenn Seiden to represent me at sentencing. His former partner, Theodore Netzky is no longer with Seiden Law Group and it was apparently Mr. Netzky's statements that caused the Court to disqualify the Seiden Group as my attorneys in 2016. I need someone who will work with me, and only Mr. Seiden still visits me among all the other attorneys that have represented me in this case.

I object to a sentencing hearing on April 16, 2021 without

Rossini to Judge Lee
March 8, 2021

adequate representation and that entails adequate and effective preparation. I am not getting adequate and effective preparation. Attached are copies of letters that I have sent to Mr. Butler. I ask that the Court review this situation and both strike the April 16, 2021 sentencing date and appoint me alternative counsel.

Respectfully submitted,

*Albert Rossini*

Albert Rossini
Defendant
#08043-424
Metropolitan Correctional Center
71 W. Van Buren Street
Chicago, IL 60605

EXHIBIT –
CORRESPONDENCE/Clarence Butler Esq.

Albert Rossini
#08043-424
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago, IL 60605


January 27, 2021


Clarence Butler, Jr. Esq.
Law Offices of Clarence Butler, Jr.
150 N. Michigan Avenue
Suite 2800
Chicago, IL 60601


Re: United States v. Rossini, 15 CR 515-1

Dear Mr. Butler,

    I wrote this piece for the sentencing hearing memorandum. Let me know what you think.

    As to the sentencing date, please get a continuance of that April 16, 2021 date. First, I need those discovery materials I requested inorder to fight the loss calculation, number of victims, restitution, etc. I believe that with the proper documents, bank statements, my files that the government was presented by my first attorney, Glenn Seiden, and the insurance policies, I can make a very good case that I have paid well over $3,000,000 to investors and that Murphy, and the other defendants have paid nothing. This is critical. It will take me 90 days from the date I receive this information above to prepare the charts that you will need to combat the government's assertions. The government is wrong as to my involvement and the amount of money I retained, but I cannot prove it adequately without this discovery materials that I have requested from each attorney (never given to me) and now requesting from you.

    Thank you for your help. Please tell my friend Paolo Gennell, good luck.


Respectfully submitted,

*[signature]*

Albert Rossini

Albert Rossini
#08043-424
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago, IL 60605

January 5, 2021

Charles Butler, Jr. Esq.
150 N. Michigan Ave
Suite 2800
Chicago, IL 60601

Re: United States v. Rossini, 15 CR 515-1

Dear Mr. Butler,

    Here are additional witnesses with telephone numbers for you to contact. Also, we have a court status date on January 13, 2021, and since we have not spoken or corresponded extensively, and since I have not received the bank statements requested for me to review in preparation for sentencing, please seek a new status date of at least sixty (60) days from January 13, 2021. In addition, when I do proceed to sentencing, it must be in person at court and not by video or telephonically.

Additional information concerning Richard L. Kruse, Esq.:
(847) 962-8279 (Devon Street Investors, Ltd. is "DSI")

    Represented DSI and me in an accounting law suit against Thomas Murphy in Cook County Circuit Court, Chancery Division. The complaint was filed in April 2013. Mr. Kruse advised me to place lis pendens on the properties Murphy was alleged to have purchased on behalf of DSI and investors, until DSI could ascertain the existence of the notes and mortgages and whether Murphy had purchased them on behalf of DSI, its investors or other clients Murphy was representing. Mr. Kruse attended meetings with several investors including Ashoor Pithyou, Father Ninos Younan, Father Awiquam Pithyou, Fereidoon Khoshabe, Babajan Khoshabe, Raymond Babaoghli, Robert Badalian, Craig Shaffer, Moshi Moshi, Havanna Moshi, Janet Khoshaba, John Khoshaba, Ilias Bolos, and Vladimir Moghaddasi, among others. Mr. Kruse also represented DSI and Craig Shaffer in a lawsuit filed in Cook County Circuit Court, Chancery Division against several of Murphy's short sale broker clients, including Alex Mysko, ICG Properties, and Stephanie Andre, in which it is believed Murphy double sold properties which DSI and investors, including Mr. Shaffer, had provided funds for closing of the transactions. These properties included, but were not limited to, 4654 W. Adams, 4135 W. Monroe, 5131 W. Crystal, and 5019 W. Adams. Each property was purchased with Murphy as the closing attorney by defendants Mysko, et al.

Albert Rossini to
Clarence Butler
January 5, 2021

     As I stated in the letter dated January 4, 2021, Mr. Kruse may be reluctant to testify due to his possible involvement in the investigation of Alderman Eddie Burke, Assessor Joe Berrios and Robert Kruse, however, his testimony would be critical to combat the government's narrative that the 2013 DSI accounting lawsuit was a sham meant to lull and stall investors and that the lis pendens were a part of that lulling. It may help in reducing the number of victims alleged by the government. Also, he has direct knowledge of the investments that I and Babajan Khoshabe made with Thomas Murphy and as the victims, also lost hundreds of thousands of dollars. He could testify to Murphy stating to Kruse that he would provide him with all the documentation of the notes and mortgages purchased by Murphy on behalf of DSI and investors, including all accounting. He would testify that Murphy stated he should have hired an assistant solely to handle DSI business and if he had then the "books would not be in such disarray." Mr. Kruse could also testify that in every meeting with investors or in recorded conversations, I always professed that I was unaware of any untoward activity by Murphy in the purchase of these notes and mortgages.

     <u>Denisee Azizian</u>   (847) 548-5128

     Denise Azizian was a commercial banker at JP Morgan Chase Bank in Winnetka, and was familiar with the DSI, Devon Street Management, Ltd., Devon Street Realty, Ltd., and BRBK Investment accounts at Chasae Bank. She was also familiar with Thomas Murphy's accounts at Chase. She could testify to Mr. Murphy bouncing over $550,000 of checks to both DSI and Devon Street Management in November and December 2012. She could testify to my covering of the overdrafts from my savings so that investors could be paid and Chase not incur any losses. She would also be able to testify to preparing cashier checks for me to purchase properties from Mr. Murphy on my own behalf (properties never delivered to me by Murphy).

     More coming.....

Sincerely,

*Albert Rossini* (signature)

Albert Rossini

Albert Rossini
#08043-424
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago, IL 60605

January 4, 2021

Clarence Butler, Jr., Esq.
Clarence Butler, Jr., LLC
150 North Michigan Avenue
Suite 2800
Chicago, IL 60601

Re: United States v. Rossini, 15 CR 515-1

Dear Mr. Butler,

    Here are potential witnesses that I would like you to contact and interview.

    <u>Anthony Klytta, Esq.</u> (773) 727-2225. Mr. Klytta represented me on a number of matters and is familiar with my business and could testify in regard to his knowledge of such. He represented me in a number of property closings and several lawsuits, and represented me and Rockford Commercial Mortgage Ltd. in the purchase of 16 Riverdale Townhomes. He provided representation during attempts to transfer those properties to Ms. Kathy Khodi and the Khodi Family Trust, and he attended meetings at the Riverdale City hall and with the Riverdale Building Marshal. During those meetings with the Riverdale Building Marshal, we negotiated the terms of transfer from Lior Coresh to Rockford Commercial Mortgage and then to the Khodi Family Trust. If called he could testify to the difficulty in immediately transferring properties in Riverdale without renovations being performed first. Ms. Khodi invested $410,000 in the Riverdale properties with me, and this is part of the loss calculation at sentencing. Value of Riverdale townhomes upon completion of renovation is $50,076, for a total value of $800,736. (I can provide you with a Comparative Market Analysis of the Riverdale properties).
    Additionally, Mr. Klytta investigated foreclosure files in Cook County Chancery Clerk's Office on my behalf. In particular he investigated the foreclosure files for information regarding properties that Devon Street Investments, Ltd. ("DSI"), me and other investors sent money to Murphy for him to purchase. As part of his investigation, he copied each of the foreclosure files for me. I conferred with him as to their status. If called, he could testfy to the fact that I did purchase properties on behalf of the investors.

-1-

Rossini letter to
Clarence Butler, Esq.
January 4, 2021

    <u>Brian Tracy , Esq.</u> (630) 794-5300. Brian Tracy was a partner at Codilis & Associates, overseeing the bank owned property division. Codilis & Associates is one of the major plaintiff law firms in foreclosure lawsuits. Mr. Tracy and I often spoke about the lis pendens I recorded against the properties that I believed Murphy had purchased on behalf of the investors and me. Mr. Tracy would call me when lis pendens needed to be released so that the owners could sell or refinance their properties. I recorded the lis pendens in April, May and June 2013. We discussed my reasoning for recording the lis pendens and he agreed that I needed to record the liens in order to protect investors. I also discussed with Mr. Tracy my need to purchase the properties that I believed Murphy had purchased on behalf of the investors since the investors had already paid in their funds. This included 8718 Kimball, Skokie, Illinois, to which Nastoris Moshi testified at my trial (Moshi was the investor in the Kimball property).

    <u>Meir Rotstein,</u> (847) 208-1612. Meir Rotstein is a real estate broker working in the DSI office responsible for comparative market analysis (CMA) of properties in which investors and I were investing. He was also the real estate broker that introduced me to Liam ben David and Haim Gabi. He was the real estate broker who introduced me to Lior Coresh from whom I purchased the 16 Riverdale Townhomes for Rockford Commerical Mortgage and Kathy Khodi. Meir also negotiated with Verticle Mortgage Corporation for the purchase of a note and mortgage for 211 N. Kilbourne, Chicago. He would testify to many of the events the government witnesses described in their testimony as well as to a defense presentation of the facts surrounding the purchase and attempted transfer of properties in Riverdale to Kathy Khodi. Mr. Rotstein wrote an affidavit stating that the FBI 302 summary of his interview with the FBI contained many falsehoods that were never stated by him to the agents.

    I have several more investors and witnesses to which I am obtaining telephone numbers for you. I will send in another letter.

    <u>Richard Kruse, Esq.</u> (847-962-8279. Mr. Kruse represented DSI and me in an accounting law suit in Cook County Circuit Court Chancery Division versus Thomas Murphy. He also took part in several conversations including a taped conversation that was played at my trial: Nino Younan, Ashoor Pithyou, me and Richard Kruse. He would be able to testify as to my belief that Murphy had purchaed the properties, then absconded with the money, and my attempt to reimburse investors. His office was next to mine at 3924 W. Devon, Lincolnwood, IL. 60712. (Mr. Kruse is a close associate of Eddie Burke so I am uncertain of his willingness to testify, although as one of my lawyers in 2013 through 2016, he is very familiar with my attempts to make the investors whole). (also his brother, Bob Kruse was deputy assessor under Joe Berrios for many years. I am uncertain how this will play out with

Albert Rossini letter to
Clarence Butler, Jr. Esq.


whether he wishes to testify or not.  Although, I had nothing to do with Burke, Berrios, etc.)

    More coming, including the bankers.

    Please send me the bank statements of Devon Street Investments, Ltd., Devon Street Managment Co., Ltd., Devon Street Realty, Ltd. Reliant Management, Inc., and BRBK Investments.  It is important I get to review them for loss, restitution, etc. as well as for my Tax Court case.


Respectfully submitted,

*[signature]*
Albert Rossini

Albert Rossini
#08043-424
Metropolitan Correctional Center
71 West Van Buren St.
Chicago, IL 60605

December 22, 2020

Clarence Butler, Jr.
Attorney at Law
150 North Michigan Ave
Suite 2800
Chicago, IL 60601

Re: United States v. Rossini, 15 CR 515-1

Dear Mr. Butler:

I have started reviewing the government's version of the offense, and what I presume is also their sentencing memorandum, less the court ordered chart of victims, restitution, loss, which they have not supplied to me (please send it to me if they have sent you a report). Here are the first two responses to several government assertions.

- Relevant conduct concerning Doris Kling and Nina Jozers;
- Agent Kelly Connors testimony at my trial;

Also, I want you to get me the transcript of my detention hearing on or about August 2, 2017 together with the statement Danielle Gabi made to the FBI. Danielle has told my friend, Meir Rotstein that she did not state the things that the FBI put in their summary of the interview. I do not know if she did or did not and therefore want to see everything possible concerning this. Why? I believe Judge Lee, from that point on ceased to believe anything I put before the Court, especially with my ineffective lawyers, Adams and Frankel. I supplied Adams and Frnkel with the evidence that I was in Los Angeles staying at 21021 Erwin Stree, Woodland Hills, CA when I went to L.A. as ordered by Judge Lee. The apartment was in the name of Danielle Gabi with Albert Rossini as guarantor....etc, etc.

So, please obtain this for me, as I want to move for a bond during the pendency of this pandemic, and through my trial in the case before Judge Tharp.

Respectfully,

*Albert Rossini* (signature)

Albert Rossini

Albert Rossini
#08043-424
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago, IL 60605


December 21, 2020


Clarence Butler, Jr.
Attorney at Law
150 North Michigan Ave
Suite 2800
Chicago, IL 60601


Re: United States v. Rossini, 15 CR 515-1

Dear Mr. Butler:

    I have requested the following discovery from Attorneys Adams, Frankel and Kling. Neither of these attorneys have provided it to me. Nor has Judge Lee seen fit to allow me to have this discovery. Additionally, I have not seen any discovery in my case -- at all -- except when Glenn Seiden represented me. So please have the following sent to me:

    This request for disovery evidence and materials concerns my right to present my version of loss, victims and events in a cogent and correct presentation. In order to do so, and not to be "vague" as Judge Lee has called my request, here is my request:

(a). Bank Statements, including checks, money orders, cashier checks and receipts of Devon Street Investments, Ltd., in the government's possessio nfrom 2011 through 2015;

(b). Bank Statements including checks, money orders, cashier checks and receipts of Devon Street Management, Ltd., in the government's possession, from 2011 through 2015;

(c). Bank statements including money orders, checks, cashier checks and receipts of BRBK Investments and AD Investments in the government's possession, from 2011 through 2015;

(d). Bank statements, including checks, cashier checks, money orders and receipts of Devon Street Realty, Ltd., in the government's possession from 2011 through 2015;

(e). Bank Statements of Reliant Management, Inc. (or Ltd.), including checks, money orders, cashier checks and receipts from 2011 through 2015 in the government's possession;

-1-

(f). Bank Statements of Thomas Murphy including checks, money orders, cashier checks and receipts from 2011 through 2015;

(g). Insurance policies, list of insured properties and payments made and purchased by Devon Street Investments, Ltd., Rockford Commercial Mortgage Company, Ltd. and Reliant Management, Inc., purchased from Mount Vernon Insurance Company, Seattle Specialty Insurance Company, Evergreen Insurance Brokerage, and State Farm Insurance Company.

The government had them in their possession since in September 2014, Attorney Glenn Seiden delivered this documentation to the government (AUSA Hockstra) and Agents Evans and Blau, without subpoena.

Also, in September 2014, Attorney Seiden turned over files on each investor-victim to the government, without this being subpoenaed, and these files contained investor investment and payments, including property turnover. I requested Attorney Seiden provide this information to the government. I am detained and do not have access to my files in order to provide a rebuttal to the government's anticipated statement of loss, victims, restitution, etc.

It is only reasonable for me to have this information well in advance of sentencing so that I may help you put together my defense to the government's sentencing memorandum and the Presentence Report. Please provide me with such.

Thank you in advance,

Respectfully,

*[signature]*

Albert Rossini

-2-

Albert Rossini
#08043-424
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago, IL 60605

December 15, 2020

Clarence Butler Jr., Esq.
150 North Michigan Ave
Suite 2800
Chicago, IL 60601

Re: U.S. v. Rossini, 15 CR 515-1

Dear Mr. Butler:

    Thank you for your recent letter. Please review the following motion to admit that I sent to Attorneys Adams and Frankel in April, 2018 and requested that they file prior to trial. They did not, although Adams told me he had read and filed the motion with the documents stated in the motion. I did file them as exhibits to my pro se new trial motion in August 2018.

    I believe this and the other motions (exhibits to my new trial motion) will give you more of my arguments relative to my case. Also, I will send you an affidavit of Meir Rotstein (847) 208-1612 that I also filed in December 2019 as an exhibit to my reply to the government's response in my new trial motion.

    Please also call Glenn Seiden, my original attorney, disqualified by Judge Lee when he sought a CJA appointment in my case. He is expecting your call and will be able to give you a very good synopsis of the case. I am more concerned that you work with Mr. Seiden rather than Kling, Adams or Frankel. He is the only attorney I have met in 40-years that I trust. Hopefully you will be the second.

    As to the situation here at the MCC. I am on Unit 21, a dormitory floor. We have been tested twice in the last 21 days and 37 of 102 inmates have tested positive for the virus. They have been removed to quarantine. This is a 36.39% positivity rate. This is much higher than the Illinois positivity rate of 11.1 percent. I included the names of the inmates testing positive since the MCC and U.S. Attorney states inmates are exaggerating about the conditions here, when they apply for compassionate release or bond.

Sincerely,

*[signature]*

Albert Rossini

EXHIBIT _____

On or about November 21, 2020, Unit 21 had 102 inmates. Since that time, 37 inmates have tested positive for the Corona virus, or a positivity rate of 36.39%.

Gregory Ritter
Luis Elmendola
Adan Godinez
David Jennings
Jose Mendoza
Alfredo Adame
Bernard Harvey
Inmate Hatch
Giovanni Lopez
Javian Bush
Inmate Lane
Cameron Ruebusch
Minghan Chen
Inmate Ponle
Isaac Walker
Antoine Hudson
Alan Hernandez
Delfino Escobar
Timothy Frieze
Shawn Baldwin
Charles Kendrick
Jermoni Anderson
LaMorris Gist
Billy Perez
Rory Kenyan
Luis Jiraldo
Kwaume Buckner
Lonnie Blakney
Adewale Adewumi
Brian Peterson
Adam Walton
George Kasp
Ryan Pierson
Anthony Townsel
William Esery
Edwin Bohorquez
Jerod Johnson

# *Clarence Butler Jr.*, LLC

ATTORNEY AT LAW
150 NORTH MICHIGAN AVENUE • SUITE 2800 • CHICAGO, IL 60601
312.216.5102 • FAX: 312.624.7701

Mr. Albert Rossini
Metropolitan Correctional Center
71 West Van Buren
Chicago, IL 60605

November 23, 2020

Via Certified Mail #7018 1830 0000 0348 9855

Dear Mr. Rossini:

   Please be aware that I travelled to the Chicago Kent College of Law and obtain approximately 4 boxes of discovery from Professor Attorney Richard Kling encompassing your case materials. I have also had discussions with Professor Kling involving your case. I am diligently working in reviewing the discovery and considering potential arguments relative to your case. I will discuss issues with you upon completion of discovery review. Please advise me of anyone family or non-family that I can contact to provide any relevant information and or testimony on your behalf, as it relates to any issues of concern involving your case. Again, we will discuss this in more detail after discovery review. I will be doing whatever I can to facilitate formulation of your defense, while going through documents, conducting analysis and preparation of the voluminous documents that I received relative to your case.

   Please provide my office telephone number and addresses to any potential witnesses that you would like me to interview and discuss at your direction. Furthermore, please contact those witnesses beforehand and let them know that I will be contacting them to discuss your case relative to any testimonial or evidentiary assistance they can provide on your behalf. In addition my office remains open during the pandemic and I am available to meet with your respective witnesses at my office. If it is more comfortable and convenient for the witnesses to meet via Zoom Conference, I am also willing to implement this accommodation. However, please be advised that this method does not ensure the degree of confidentiality provided by meeting in my office. Do not discuss the facts of this case or the legal strategy with any individuals. Consequently, please be mindful that statements, no matter what or how they may appear or be perceived, can be utilized against you in this prosecution.

Respectfully submitted,

*Clarence Butler Jr.*

*Clarence Butler Jr.*, LLC
ATTORNEY AT LAW
WWW.CBUTLERLAW.COM
PH: 312.216.5102

CBUTLERLAW.COM

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>)<br>)<br>v. )<br>)<br>)<br>)<br>ALBERT ROSSINI, )<br>        Defendant. ) | Case No. 15 CR 515-1<br><br>HON. JOHN Z. LEE<br>District Court Judge |

### NOTICE OF FILING

Please take Notice that on March 8, 2021, Defendant Albert M. Rossini ("Rossini") filed the attached letter to Hon. John Z. Lee, by depositing such in the MCC Chicago Legal Mail System, addressed to the Clerk of the U.S. District Court, Hon. John Z. Lee, District Court Judge, and the U.S. Attorney.

Respectfully submitted,

*/s/ Albert Rossini*

Albert Rossini
Defendant

CERTIFICATE OF SERVICE

I, Albert Rossini, certify that on March 8, 2021, I deposited this Notice of Filing and letter to the Hon. John Z. Lee, in the MCC Chicago Legal Mail System, first class postage prepaid and addressed as follows:

Clerk of the U.S. District Court
Northern District of Illinois
219 S. Dearborn St.
Chicago, IL 60604

Hon. John Z. Lee
U.S. District Court
219 S. Dearborn St.
Chicago, IL 60604

U.S. Attorney
Northern District of Illinois
219 S. Dearborn St.
Chicago, IL 60604

Clarence Butler, Jr. Esq.
Clarence Butler, Jr. LLC
150 N. Michigan Ave
Suite 2800
Chicago, IL 60601

Respectfully,

*/s/ Albert Rossini*

Albert Rossini
#08043-424
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago, IL 60605

ALBERT ROSSINI
#08043-424
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago, IL 60605-

Legal Mail

Clerk, U.S. District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604







METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN ST, CHICAGO, IL 60605
The enclosed letter was processed through special mailing procedures for forwarding to you.
This letter has neither been opened nor inspected.

MAR 09 2021

If the writer raises a question or problem over which this facility has jurisdiction,
you may wish to return the material for further information or clarification.
If the writer encloses correspondence for forwarding to another addressee,
please return the enclosure to the above address.