UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA  )
      Plaintiff,  )
                              )    No. 15 CR 515
                              )
                              )    Honorable John Z. Lee

ALBERT ROSSINI
      Defendant.

## MOTION FOR AN EXTENSION OF TIME BASED ON ROSSINI'S DEFENSE COUNSEL'S RESPONSE TO ROSSINI'S FILED March 15, 2021 LETTER

NOW COMES, ATTORNEY CLARENCE BUTLER JR., OF THE LAW OFFICE OF CLARENCE BUTLER JR., DEFENSE COUNSEL FOR ALBERT ROSSINI respectfully hereby submits to this HONORABLE COURT, *DEFENSE COUNSEL'S RESPONSE TO ROSSINI'S FILED LETTER*

*Clarence Butler Jr.*, LLC
ATTORNEY AT LAW
150 N. MICHIGAN AVE. SUITE 2800
CHICAGO, ILLINOIS 60601
WWW.CBUTLERLAW.COM
PH: 312.216.5102

1

I

## DEFENSE COUNSEL'S RESPONSE TO ROSSINI'S FILED LETTER

Counsel was appointed pursuant to the CJA/Panel provisions on October 9, 2020. Counsel previously advised This Honorable Court that counsel reviewed four boxes of discovery in this case as documented in the attached Exhibit 1 photograph. Counsel traveled to Professor Attorney Richard Kling's office and obtained the 4 boxes of material and subsequently engaged in conversations with Professor Kling relative to issues in this case. Counsel sent a United States Certified Mail Letter #7018 1830 0000 0348 9855 to Rossini that was signed documenting delivery on November 27, 2020. Counsel has had subsequent conversation with Professor Kling relative to the Rossini case. In addition, counsel has had ongoing discussions with Assistant United States Attorney John Mitchell relative to this matter throughout his appointment. In fact, counsel had discussions with AUSA Mitchell as recent as Friday, March 11, 2021 relative to the Rossini case. All aforementioned discussions were in furtherance of achieving Rossini's objectives.

It should be noted that after the extensive process of reviewing the four boxes of tendered discovery in the Rossini case, counsel received subsequent communications from Rossini in December 2020, January 2021 and March 2021 all instructing counsel relative to courses of action and objectives Rossini wanted relative to this case. (Exhibit 2, 3) The December correspondence was approximately 90 pages. The January 2021 correspondence was over 100

pages. These considerations took additional time relative to their efficacy, consistent with protective order considerations and re-examination of the materials associated with the previous tendered four boxes of discovery. Rossini requesting additional objectives and instructions requiring defense counsel's consideration, in reviewing its efficacy, as well as determinations in counsel's experience, as to whether government counsel in light of reasonable prosecutorial discretion and accountability to supervisory chain autonomy, would be amenable to acceptance of Rossini objectives, in light of guideline relevant conduct, role, and other considerations took considerable time. Rossini cannot issue new request and additional objectives and then expect an expedited responsive resolution. Counsel further advised this Honorable Court during the January 13, 2021, Status Hearing, Docket Number 669, attached herein as Exhibit 4, wherein said Minute entry before this Honorable Court reflects the following:

*"Defense counsel reports that he has reviewed the discovery provided by the government and that Mr. Rossini had provided him with additional documents that need to be reviewed. The sentencing hearing is set forth April 16, 2021 at 11:00 AM. Defendant's sentencing memorandum and objections to the report are to be filed by April 2, 2021."*

Accordingly based on the totality of circumstances, both the sentencing hearing scheduled for April 16, 2021 and Rossini's sentencing memorandum and objections should be continued for a period of at least 90 days, as subsequent to the January 13, 2021 Status Hearing, counsel received additional correspondence from Rossini in March 2021.

3

Counsel reached out to AUSA Mitchell, attempting to explore and exhaust possible concessions, agreements, resolution and other alternative proposed remedies to preclude litigating contested sentencing issues, that may possibly have adverse litigating consequences. Counsel having been a former 15- year veteran Assistant United States Attorney, believed that strategically, it would be advantageous for Rossini to limit his potential sentencing exposure, as counsel was appointed at the sentencing stage for sentencing purposes. The government and defense counsel engaged in good faith discussion and counsel has advocated for Rossini's objectives and considerations, tactically and preliminarily with the government. However, said discussions in light of respective adversarial positions, have not resulted in the fulfillment of Rossini's objectives, although the government and defense respectfully engaged in considered discussions.

The government in exercising their good faith prerogative rejected defense counsel's proposals. In short, the government is not going to agree to defense objectives. Given the prior procession of defense counsels and resulting ineffective assistance allegations, counsel in a good faith effort attempted to ethically tactically exhaust efforts to effectuate agreement or modifications relative to guideline sentencing issues, rather than to focus on issues inconsistent with the canons of professional responsibility. Reaching an accord on sentencing guideline exposure is more advantageous and efficacious, than rather opening a Pandora's Box, relative to exacerbating issues that may evolve into unnecessary issues, at this stage and result in heavily contested sentencing issues that possibly will be more adversely impactful to Rossini. Counsel has scheduled and received confirmation of a requested telephone interview with Rossini on Thursday, March 17, 2021.( Exhibit 5)

4

In Rossini's letter dated March 1, 2020, received March 8, 2021, he requested that counsel request a continuance of the sentencing. Consistent with that objective counsel discussed the matter with the government to determine if the government would agree with the continuance before submitting the request to this Honorable Court. AUSA Mitchell and counsel discussed the issue regarding a continuance among others, recently on Friday, March 12, 2021, prior to counsel receiving either knowledge or notification of Rossini's Monday, March 15, 2021 filed letter submission to this Honorable Court. Separate and apart from the grounds under which Rossini desires a continuance, alleging a lack of preparedness, there are separate grounds that counsel discussed with AUSA Mitchell on Friday, March 12, 2021. Counsel has a 2016 multi-defendant RICO conspiracy case that is firmly set to proceed on April 5, 2021 before the Honorable Chief Judge Pallmeyer, <u>USA v. Pierre Paolo Gennell 16 CR 462-1.</u> Gennell is the lead and remaining defendant, as the case is firmly set for trial, and is scheduled to take 6 to 8 weeks. A realistic perspective is that counsel believes that the case will proceed for approximately eight weeks given the voluminous discovery in this multi-defendant RICO case.

Counsel was added as additional appointed CJA/Panel counsel in the Gennell case in September 2020, due to continuity of counsel concerns evolving from the global Covid-19 pandemic. AUSA Mitchell advised that he could not agree to a continuance, but recognized Rossini's Sixth Amendment right to effective assistance of counsel and acknowledged his awareness of the pending Gennell trial, but as an advocate for the victims and the age of the Rossini case, indicated that he would defer to this Honorable Court.

Given that the Rossini sentencing case conflicts with the Gennell trial, counsel consistent with Rossini's request, seeks a continuance. Given the complexity of the Gennell RICO case and the complexity of Rossini's Sentencing Hearing, including the voluminous material involved in both

5

case, counsel request that the sentencing hearing be continued for a period of 90 days. This will provide Rossini and counsel an opportunity to resolve any issues going forward. Accordingly, counsel has a telephone conference legal call scheduled with Rossini on Wednesday, March 17, 2021 (Exhibit 5) that should further help alleviate any issues going forward, as continuance of this matter will not result in prejudice to either the government or Rossini and is consistent with the best interest of justice.

WHEREFORE Based On The Foregoing given the totality of circumstances, both the sentencing hearing scheduled for April 16, 2021 and Rossini's sentencing memorandum and objections should be continued for a period of at least 90 days.

Respectfully submitted,
s/Clarence Butler Jr.
Clarence Butler Jr.
Attorney-at-Law

*Clarence Butler Jr.*, LLC
ATTORNEY AT LAW
WWW.CBUTLERLAW.COM
PH: 312.216.5102

*Clarence Butler Jr.*, LLC
ATTORNEY AT LAW
150 N. MICHIGAN AVE. SUITE 2800
CHICAGO, ILLINOIS 60601
WWW.CBUTLERLAW.COM
PH: 312.216.5102









# Clarence Butler

| | |
|---|---|
| From: | usdc_ecf_ilnd@ilnd.uscourts.gov |
| Sent: | Wednesday, January 13, 2021 4:29 PM |
| To: | ecfmail_ilnd@ilnd.uscourts.gov |
| Subject: | Activity in Case 1:15-cr-00515 USA v. Rossini et al |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court

Northern District of Illinois - CM/ECF LIVE, Ver 6.3.3

## Notice of Electronic Filing

The following transaction was entered on 1/13/2021 at 4:29 PM CST and filed on 1/13/2021
**Case Name:** USA v. Rossini et al
**Case Number:** 1:15-cr-00515
**Filer:**
**Document Number:** 669

**Docket Text:**
**MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini. Status hearing held on 1/13/21. Defense counsel reports that he has reviewed the discovery provided by the government and that Mr. Rossini had provided him with additional documents that need to be reviewed. The sentencing hearing is set for 4/16/21 at 11:00 a.m. Defendant's sentencing memorandum and objections to the report are to be filed by 4/2/21. In the memorandum, Defendant should indicate whether Defendant agrees to conduct the sentencing hearing by video pursuant to the CARES Act; the government's response is due by 4/9/21. Mailed notice (ca, )**

**1:15-cr-00515-1 Notice has been electronically mailed to:**

Glenn Seiden    gseiden@seidengroup.law, jacosta@seidengroup.law

Erik A Hogstrom    shywanee.manson@usdoj.gov, catherine.manahan@usdoj.gov, erik.hogstrom@usdoj.gov

Lawrence Wolf Levin    lwlwolf@gmail.com

Probation Department    intake_docket_ilnp@ilnp.uscourts.gov

Thomas Michael Breen    administrator@breenpughlaw.com, rstanley@breenpughlaw.com,

**EXHIBIT 4**

1

## Clarence Butler

| | |
|---|---|
| From: | CCC-LegalCallRequests-S <CCC-LegalCallRequests-S@bop.gov> |
| Sent: | Monday, March 15, 2021 2:31 PM |
| To: | Clarence Butler |
| Cc: | Amy Standefer-Malott; Eric Ashcraft; Robert Steele |
| Subject: | Re: FW: Telephone interview regarding Albert Rossini #08043-424 |

I am confirming a legal call on Wednesday, March 17, 2021 between 12-3:30 PM. We will be calling ████████ to contact you on that day.

>>> "Clarence Butler" ████████ 3/15/2021 2:24 PM >>>

Good afternoon:

My name is Clarence Butler and I am the appointed Panel Attorney for Albert Rossini. I would like to arrange a telephone interview with Albert Rossini anytime on Thursday, March 18, 2021 or thereafter. My cell i████████

*Clarence Butler Jr.*
**The Law Office Of Clarence Butler Jr., LLC**
 Attorney at Law
 150 North Michigan Avenue, Suite 2800
 Chicago, Illinois 60601



**EXHIBIT 5**

1