UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
|     Plaintiff, | ) |
| | )    No. 15 CR 515 |
| | ) |
| | ) |
| |     Honorable John Z. Lee |
| ALBERT ROSSINI | |
|     Defendant. | |

**NOTICE OF MOTION FOR AN EXTENSION OF TIME BASED ON ROSSINI'S DEFENSE COUNSEL'S RESPONSE TO ROSSINI'S FILED LETTER**

TO:    JOHN MITCHELL, AUSA
        219 South Dearborn St. Room 500.
        Chicago, Il. 60604
        PLEASE TAKE NOTICE that

DEFENSE COUNSEL FOR ALBERT ROSSINI, respectfully hereby submits to this HONORABLE COURT, **NOTICE OF MOTION FOR AN EXTENSION OF TIME…**

        Respectfully submitted,

        By: S/ *Clarence Butler Jr.*
        Attorney for the Defendant

**The Law Office of Clarence Butler Jr., LLC**
150 North Michigan Avenue, Suite 2800
Chicago, Illinois 60601  (312) 216-5102 Phone  (312) 624-7701 Fax  cbutlerlaw@comcast.net

## CERTIFICATE OF FILING AND SERVICE

I, Clarence Butler Jr., certify that on March 15, 2021 in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document: **MOTION FOR AN EXTENSION OF TIME BASED ON ROSSINI'S DEFENSE COUNSEL'S RESPONSE TO ROSSINI'S FILED LETTER**

was served pursuant to the district court's ECF system as to ECF filers,