# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                                          Case No.: 1:15−cr−00515
                                          Honorable John Z. Lee

Albert Rossini, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 24, 2021:

    MINUTE entry before the Honorable John Z. Lee: Telephonic motion hearing held on 3/24/2021. Defendant Albert Rossini (1) present via telephone with the assistance of defense counsel. Defendant's motion for extension of time as to letter [679] is granted; however, this is the final extension. Sentencing hearing previously set for 4/16/2021 is reset for 7/6/2021 at 2:00 p.m. Defendant's sentencing memorandum and objections to the report are to be filed by 6/15/2021. In the memorandum, Defendant should indicate whether Defendant agrees to conduct the sentencing hearing by video pursuant to the CARES Act; the government's response is due by 6/29/2021. Mailed notice (gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.