Albert Rossini
#08043-424
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago, IL 60605

May 3, 2021



FILED

MAY 11 2021

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Hon. John Z. Lee
United States District Court
219 S. Dearborn Street
Chicago, IL 60604

Re: U.S. v. Rossini,   15 CR 515-1

Dear Judge Lee:

Once again I write you concerning the lack of communication between the Court's appointed attorney, Clarence Butler, Jr., and me. Mr. Butler has spoken to me once since appointed in October 2020. He called me prior to our last court date, prompted by the letter I wrote the Court complaining that Mr. Butler had not contacted me since his appointment in October 2020. Mr. Butler stated in the telephone call that I should not worry about sentencing since he was to be on trial during the months of April and May and therefore, he would ask the Court for a continuance of the sentencing date.

Mr. Butler's client pled guilty prior to trial and therefore he should have had ample time to contact me in the last 6-weeks. Nothing, no phone call, no letter, no memorandums to review. I have absolutely no confidence in his representation.

The government alleges my case is a big fraud scheme. Well, big fraud schemes give rise to big prosecutions. In my case there are numerous transactions, a great many exhibits, complicated charts and victim statements, together with relevant conduct from prior cases and alleged "bad acts."

Since the Seiden Law Group was disqualified as my attorneys in this case, I have had very little substantive interaction with my various Court appointed attorneys, including none for the month prior to trial with attorneys Adams and Frankel. Without rehashing my case in this letter, my contention is that the Court has continuously appointed me either ineffective or inadequate representation. How I have been so lucky to be appointed such a succession of Court appointed attorneys would seem to be incomprehensible were such ineffectiveness not so pervasive among

Albert Rossini to Judge John Z. Lee
May 3, 2021

attorneys representing defendants at the MCC Chicago.

    The fact is I have now been detained for 45 months. Time continues to accumulate; therefore, the government's unending argument that I must be sentenced as soon as possible, regardless of constitutional violations, is spurious at best. Although the Court stated at the February status and continuance hearing that moving the sentencing date to July 5 was the final continuance (since changed to July 1 [provided to me by Mr. Seiden, since no contact with Butler]), it is unreasonable fo rme to be represented at that hearing by Mr. Butler. He has provided no representation whatsoever.

    Mr. Butler has failed to contact any of the witnesses I asked --- at his reqeust --- to provide him. Nor has he called Mr. Seiden, whom I requested he speak with for background. Mr. Butler has only called me on the one previously mentioned telephone call to let me know he had been an Assistant United States Attorney for 15-years and was in close touch with the AUSAs in my case. As I stated to Mr. Butler and do so now to the Court, this does not endear me to my attorney as I do not believe the AUSAs have my best interests at heart.

    The lack of interaction between Mr. Butler and me, especially with sentencing within two months, has created a Sixth Amendment violation as to right to effective assistance of counsel. Two months is not sufficient time for Mr. Butler to become properly informed of my case, my positions and arguments. Just the accounting in my case would take over two months to understand.

    In October 2020, the Court requested that I attempt to work with my newly appointed counsel "this time." I cannot work with someone who has not attempted once to work with me. Now, it is too late for me to have any faith in Mr. Butler's representation. If the Court does not see fit to appoint a lawyer such as Mr. Seiden to represent me, then at least have the Public Defender's Office appoint someone who will attempt to work with me. I refuse to be represented by Mr. Butler or anyone from his firm.

Respectfully submitted,

*Albert Rossini* (signature)

Albert Rossini
Defendant
#08043-424
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago, IL 60605

ALBERT ROSSINI
#08043-424
METROPOLITAN CORRECTIONAL CENTER
710 W. VAN BUREN ST.
CHICAGO, IL 60605

Legal Mail

Hon. John Z. Lee
U.S. DISTRICT COURT
219 S. DEARBORN ST.
CHICAGO, IL 60604

05/11/2021-10

S SUBURBAN IL 604
4 MAY 2021 PM 7 L

60604-180099

METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN ST
CHICAGO, IL 60605

The enclosed letter was processed through special mailing procedures for forwarding to you. This letter has neither been opened nor inspected.

MAY 04 2021

If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification.

If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.