UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA, )
)
)
)
)
v. )   Case No.   15 CR 515-1
)   HON. JOHN Z. LEE
)   District Judge
)
ALBERT ROSSINI, )
        Defendant. )

### NOTICE OF FILING

NOW COMES Defendant Albert Rossini and gives notice of the filing of his letter to Hon. John Z. Lee dated May 3, 2021 and deposited in the MCC Chicago Legal Mail system on May 3, 2021, first class postage prepaid and mailed to the Clerk of the U.S. District Court, the U.S. Attorney, and Hon. John Z. Lee, each located at 219 S. Dearborn St., Chicago, IL 60604.

Respectfully submitted,

*[signature]*

Albert Rossini
Defendant
#08043-424
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago, IL 60605

FILED
MAY 11 2021 DB
5-11-21
THOMAS G. BRUTON
CLERK, U.S DISTRICT COURT

Albert Rossini
#08043-424
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago, Il. 60605-

Legal Mail

05/11/2021-10

S SUBURBAN IL 604
4 MAY 2021 PM 7 L

Hon. John Z. Lee
U.S. District Court
219 S. Dearborn St.
Chicago, Il. 60604

60604-180099

METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN ST
 ...AGO, IL 60605

The enclosed letter was processed ... mailing procedures for forwarding to you.
This letter has neither been opened nor inspected.

MAY 04 2021

If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material ... other information or clarification. If the writer encloses correspondence for ... to another addressee, please return the enclosure to the above address.