

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED

JUN 08 2021

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA,  )
)
)
)
)
v.                         )  Case No.  15 CR 515-1
)  HON. JOHN Z. LEE
)  District Court Judge
)
)
ALBERT ROSSINI,            )
            Defendant.     )

### DEFENDANT ROSSINI'S MOTION TO POSTPONE OR CONTINUE SENTENCING HEARING

Defendant Albert Rossini ("Defendant" or "Rossini") requests this Honorable Court postpone or continue the sentencing hearing now scheduled for July 1, 2021.  In support thereof, Rossini states as follows.

(1).  In October 2021, this Court appointed Clarence Butler to represent the Defendant.  Since that time, Mr. Butler and Defendant have had one non-substantive contact by telephone in which counsel told Defendant that he should not worry about an April 16, 2021 sentencing date as Mr. Butler would be involved in a RICO trial beginning April 3 and for approximately 8 weeks thereafter. Mr. Butler also informed Defendant that "in another life" he had

-1-

for 15-years been an assistant United States Attorney. That was the extent of the conversation. It had followed a letter from Rossini to the Court expressing his concern at proceeding to sentencing with an attorney who had not contacted him.

(2). In mid-May, 2021, Mr. Butler sent a representative to visit Defendant, again after Rossini's letter to the Court. The representative explained that Mr. Butler had contracted COVID-19 and asked what were the Defendant's requests. Defendant requested the discovery documents he had been requesting for several years, and Rossini also expressed his dissatisfaction with Mr. Butler's representation, or lack thereof. Rossini stated that a fair sentencing hearing on July 1, 2021, under these circumstances was impossible.

(3). As of May 31, 2021, Rossini has heard or received nothing from Mr. Butler concerning the case, the sentencing hearing, the government's version, the inaccuracies in the presentence report, or any other concerns that the Defendant had expressed to Mr. Butler's representative. In 7+ months, Rossini has received nothing but one phone call centering on the fact that Mr. Butler had been an AUSA for 15-years! Even this Court must look upon this situation as absurd.

(4). The government's privilege to present its side of the story does not entitle it or the Court to simply ignore evidence that renders the government's presentation misleading.

(5). For the Defendant to present his arguments and supporting documentation at sentencing effectively, he requires a counsel

willing and able to work with him in preparation of the following:

- --- Payments to investors as per guaranty agreements;
- --- Property transfers to investors and the value thereof;
- --- Renovation costs of properties transferred to investors;
- --- Evidence of Rossini's mortgage note investments;
- --- Evidence of Rossini's property purchases;
- --- Insurance premium payments made by Rossini on properties;
- --- Rossini's payment for investors covering Murphy's $571,000 NSF checks to Devon Street Management for investors in November 2012;
- --- Argument concerning the presentence report, guideline calculations;
- --- Argument concerning relevant conduct concerning Jozers/Kling;
- --- Argument as to disparity in treatment with codefendants and like cases;
- --- Argument as to time credit for prior time served in case which the government is using to enhance Rossini's sentence;
- --- Agent interference with Seiden Netzky, Barnett Capital and Cambridge Management, Inc. preventing payment to investors and thereby increasing the loss calculation;
- --- 18 U.S.C. §3553(a) factors.

This takes concerted work between counsel and Defendant with appropriate documentation so that Rossini is given an equitable and reasonable sentencing hearing.

WHEREFORE, Defendant Albert Rossini requests this Honorable Court postpone or continue the July 1, 2021 sentencing hearing and appoint new counsel to represent him inorder to properly prepare for sentencing.

Respectfully submitted,

*/s/ Albert Rossini*

Albert Rossini
Defendant
#08043-424
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago, IL 60605

## CERTIFICATE OF SERVICE

On May 31, 2021, Defendant Albert Rossini deposited this Motion in the MCC Chicago Legal Mail system, first class postage prepaid and addressed to the following:

Clerk of the District Court
219 S. Dearborn St.
Chicago, IL 60604

United States Attorney
219 S. Dearborn St.
Chicago, IL 60604

Clarence Butler, Esq.
150 N. Michigan Ave, #2800
Chicago, IL 60601

Respectfully submitted,

*/s/ Albert Rossini*

Albert Rossini

SM

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

JUN 08 2021 

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 15 CR 515-1 |
| ) | HON. JOHN Z. LEE |
| ) | District Court Judge |
| ALBERT ROSSINI, ) | |
| Defendant. ) | |

NOTICE OF FILING

NOW COMES Defendant Albert Rossini ("Defendant" or "Rossini") and files this Motion For Postponement or Continuance of Sentencing Hearing. This Motion was filed by Defendant upon his depositing it on June 1, 2021 with the MCC Mailing System, first class postage prepaid and addressed to the Clerk of the District Court, 219 S. Dearborn Street, Chicago, IL 60604.

Respectfully submitted,

*Albert Rossini* (signature)

Albert Rossini
Defendant
#08043-424
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago, IL 60605

Albert Rossini
#08043-424
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago, IL 60605

LEGAL MAIL

06/08/2021-28

HON. JOHN Z. LEE
U.S. District Court
219 S. Dearborn St.
Chicago, IL 60604

S SUBURBAN IL 604
2 JUN 2021 PM 7 L

FOREVER / USA

METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN
CHICAGO, IL 60605

The enclosed letter was processed through special mailing procedures for forwarding to you. This letter has neither been opened nor inspected.

JUN 02 2021

If the writer raises a question or problem over which the facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

2021 JUN -8 AM 8:26