UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|     Plaintiff, ) | |
| ) | No. 15 CR 515 |
| ) | |
| ) | |
| | Honorable John Z. Lee |
| ALBERT ROSSINI | |
|     Defendant. | |

**NOTICE OF MOTION TO WITHDRAW BASED ON ROSSINI'S FILED LETTERS**

TO:   JOHN MITCHELL, AUSA
        219 South Dearborn St. Room 500.
        Chicago, Il. 60604
        PLEASE TAKE NOTICE that

DEFENSE COUNSEL FOR ALBERT ROSSINI, respectfully hereby submits to this HONORABLE COURT, **NOTICE OF MOTION TO WITHDRAW BASED ON ROSSINI'S FILED LETTERS**

                              Respectfully submitted,

                              By: S/ *Clarence Butler Jr.*
                              Attorney for the Defendant

**The Law Office of Clarence Butler Jr., LLC**
 77 West Wacker Drive, Suite 4500
 Chicago, Illinois 60601   (312) 216-5102 Phone 624-7701 Fax   cbutlerlaw@comcast.net

## **CERTIFICATE OF FILING AND SERVICE**

I, Clarence Butler Jr., certify that on June 9, 2021 in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document: **NOTICE OF MOTION TO WITHDRAW BASED ON ROSSINI'S FILED LETTERS**

was served pursuant to the district court's ECF system as to ECF filers,