FILED

JUN 15 2021 SH

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> ) <br> ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> ALBERT ROSSINI, ) <br> Defendant. ) | Case No. 15 CR 515-1 <br> HON. JOHN Z. LEE <br> District Court Judge |

SUPPLEMENTAL CITATION TO THE DEFENDANT'S
MOTION FOR POSTPONEMENT OF SENTENCING HEARING

Defendant Albert Rossini ("Defendant" or "Rossini") submits this supplemental case citation and explanation to his Motion for Postponement of Sentencing Hearing scheduled for July 1, 2021.

As stated in his Motion, counsel Clarence Butler has called him once in the eight months that he has represented the Defendant. Mr. Butler was appointed by the Court to represent Mr. Rossini in the preparation of and at sentencing hearing. He has not prepared whatsoever with the Defendant. The Defendant has no information as to whether Mr. Butler understands this case, the Defendant's objections to the government's version or the presentence report, nor does Mr. Rossini know what the Court appointed counsel is thinking.

In United States v. Ryals, 512 F.3d 416 (7th Cir. 2008), the defendant was convicted after trial. Three weeks before sentencing

date, his attorney filed a cursory motion to withdraw, stating that his client wished to seek other counsel for sentencing. The trial judge did not take up the motion until the sentencing date. At that time counsel advised the court that the defendant was dissatisfied with his performance and that he did not feel he could competently represent the defendant at sentencing. The judge decided that counsel was "prepared to proceed regardless of his comments to the contrary," and went ahead with the sentencing. Ryals, 512 F.3d at 418-19.

The Seventh Circuit reversed for a new sentencing. First, the court found the motion to withdraw was timely. Ryals, 512 F.3d at 419, citing United States v. Hall, 35 F.3d 310 (7th Cir. 1994) (10 days untimely) and Bjorkman, 270 F.3d at 500-02 ("punting" on timeliness of motion three weeks before sentencing)...The court found little communication between the defendant and his lawyer, who contributed very little at the sentencing hearing after the judge denied his motion to withdraw. Ryals, 512 F.3d at 420. See also, United States v. Bjorkman, 270 F.3d 482 (7th Cir. 2001).

Mr. Rossini has filed a Motion for both sentencing postponement and for the Court to appoint alternative counsel to represent him at sentencing. This Motion was filed with the MCC Legal Mail System on May 31, 2021.

Respectfully submitted,

*/s/ Albert Rossini*

Albert Rossini
Defendant
#08043-424

-2-

Albert Rossini
#08043-424
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago, IL 60605



LEGAL MAIL

Hon. John Z. Lee
United States District Court
219 S. Dearborn St.
Chicago, IL 60604



06/15/2021-17

METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN ST, CHICAGO, IL 60605
The enclosed letter was processed through special mailing procedures for forwarding to you
This letter has neither been opened nor inspected.

JUN 0 8 2021

If the writer raises a question or problem over which this facility has jurisdiction,
you may wish to return the material for further information or clarification.
If the writer encloses correspondence for forwarding to another addressee,
please return the enclosure to the above address.