UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA, )
)
)
)
)
v. ) Case No. 15 CR 515-1
) HON. JOHN Z. LEE
) District Court Judge
)
ALBERT ROSSINI, )
       Defendant. )

NOTICE OF FILING

NOW COMES Defendant Albert Rossini and files this Supplemental Citation to the Defendant's Motion for Postponement of Sentencing Hearing by depositing it in the MCC Chicago Legal Mail System, first class postage prepaid and addressed to the Clerk of the United States District Court, the United States Attorney and the Hon. John Z. Lee, each at 219 S. Dearborn St., Chicago, IL 60604.

Respectfully submitted,

*/s/ Albert Rossini*
Albert Rossini
Defendant
#08043-424
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago, IL 60605

**FILED**

JUN 15 2021 SH

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Albert Rossini
#08043-424
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago, IL 60605

S SUBURBAN IL 604

08 JUN 2021 PM 8 L

2021 JUN 15 AM 8:13



LEGAL MAIL

Hon. John Z. Lee
United States District Court
219 S. Dearborn St.
Chicago, IL 60604



06/15/2021-17

METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN ST, CHICAGO, IL 60605
The enclosed letter was processed through special mailing procedures for forwarding to you
This letter has neither been opened nor inspected.

JUN 0 8 2021

If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for another addressee, please return the enclosure to the above address.