# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                                      Plaintiff,

v.                                                                        Case No.: 1:15−cr−00515

                                                                                               Honorable John Z. Lee

Albert Rossini, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 16, 2021:

      MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini. Motion hearing held on 6/16/21. For the reasons stated on the record, Defendant's motion to withdraw as attorney [694] is denied. Rossini's motion to postpone the sentencing [693] is denied. The sentencing set for 7/1/21 is reset to 8/20/21 at 1:30 p.m. Defendant's sentencing memorandum is due by 7/30/21; the government's memorandum is due by 8/6/21. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.