

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

JUN 17 2021

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA, )
)
)
)
)
v. )     Case No.  15 CR 515-1
)     HON. JOHN Z. LEE
)     District Court Judge
)
)
ALBERT ROSSINI, )
               Defendant. )

SUPPLEMENTAL CITATION TO THE DEFENDANT'S
MOTION FOR POSTPONEMENT OF SENTENCING HEARING

Defendant Albert Rossini ("Defendant" or "Rossini") submits
this supplemental case citation and explanation to his Motion for
Postponement of Sentencing Hearing scheduled for July 1, 2021.

As stated in his Motion, counsel Clarence Butler has called him
once in the eight months that he has represented the Defendant.
Mr. Butler was appointed by the Court to represent Mr. Rossini
in the preparation of and at sentencing hearing.  He has not prepared
whatsoever with the Defendant.  The Defendant has no information as
to whether Mr. Butler understands this case, the Defendant's objections
to the government's version or the presentence report, nor does
Mr. Rossini know what the Court appointed counsel is thinking.

In <u>United States v. Ryals</u>, 512 F.3d 416 (7th Cir. 2008), the
defendant was convicted after trial.  Three weeks before sentencing

-1-

date, his attorney filed a cursory motion to withdraw, stating that his client wished to seek other counsel for sentencing. The trial judge did not take up the motion until the sentencing date. At that time counsel advised the court that the defendant was dissatisfied with his performance and that he did not feel he could competently represent the defendant at sentencing. The judge decided that counsel was "prepared to proceed regardless of his comments to the contrary," and went ahead with the sentencing. Ryals, 512 F.3d at 418-19.

The Seventh Circuit reversed for a new sentencing. First, the court found the motion to withdraw was timely. Ryals, 512 F.3d at 419, citing United States v. Hall, 35 F.3d 310 (7th Cir. 1994) (10 days untimely) and Bjorkman, 270 F.3d at 500-02 ("punting" on timeliness of motion three weeks before sentencing)...The court found little communication between the defendant and his lawyer, who contributed very little at the sentencing hearing after the judge denied his motion to withdraw. Ryals, 512 F.3d at 420. See also, United States v. Bjorkman, 270 F.3d 482 (7th Cir. 2001).

Mr. Rossini has filed a Motion for both sentencing postponement and for the Court to appoint alternative counsel to represent him at sentencing. This Motion was filed with the MCC Legal Mail System on May 3l, 2021.

Respectfully submitted,

Albert Rossini
Defendant
#08043-424



UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION


UNITED STATES OF AMERICA, )
                         )
                         )
                         )
                         )
            v.           )     Case No.  15 CR 515-1
                         )     HON. JOHN Z. LEE
                         )     District Court Judge
                         )
ALBERT ROSSINI,          )
              Defendant.)


<u>NOTICE OF FILING</u>


    NOW COMES Defendant Albert Rossini and files this Supplemental
Citation to the Defendant's Motion for Postponement of Sentencing
Hearing by depositing it in the MCC Chicago Legal Mail System,
first class postage prepaid and addressed to the Clerk of the
United States District Court, the United States Attorney and
the Hon. John Z. Lee, each at 219 S. Dearborn St., Chicago, IL
60604.


Respectfully submitted,

*Albert Rossini*
Albert Rossini
Defendant
#08043-424
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago, IL 60605

FILED

JUN 17 2021

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Albert Rossini
#08043-424
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago, IL 60605

LEGAL MAIL

06/17/2021-23



Clerk of the U.S. District Court
Northern District of Illinois
219 S. Dearborn St.
Chicago, IL 60604

METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN ST, CHICAGO, IL 60605
The enclosed letter was processed through special mailing procedures for forwarding to you
This letter has neither been opened nor inspected.

JUN 0 8 2021

If the writer raises a question or problem over which this facility has jurisdiction,
you may wish to return the material for further information or clarification.
If the writer encloses correspondence for forwarding to another addressee,
please return the enclosure to the above address.