UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JUL 08 2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA, )
)
)
)
)
v. ) Case No. 15 CR 515-1
) HON. JOHN Z. LEE
) District Court Judge
)
ALBERT ROSSINI, )
Defendant. )

DEFENDANT ROSSINI'S INTENTION TO PROCEED PRO SE

Defendant Albert Rossini ("Rossini") gives notice to this Court that based on the June 16, 2021 status date and court orders, Rossini has decided to proceed pro se in his sentencing hearing and requests this Court not accept any sentencing memorandum from Clarence Butler, Jr. Esq. on Defendant's behalf.

Rossini has had no contact with Mr. Butler with the exception of a telephone conversation of 4-5 minutes in March 2021 concerning a continuance of Rossini's sentencing hearing. Even after the June 16, 2021 status date, Mr. Butler has not contacted Rossini to prepare for the reset August 20, 2021 sentencing. Rossini attaches the two correspondences from Mr. Butler to this notice of intention to proceed pro se and Defendant has filed a Freedom of Information Act notice (FOIA) to the Federal Bureau of Prisons for a detailing of telephone calls and visits from Mr. Butler to

-1-

Rossini and for legal mail received from Butler to Rossini. The result will show that Rossini received only one telephone call from Butler, one visit from a representative of Butler and not Butler, and two pieces of legal mail (attached and incorporated herein).

Regardless of what the Court says or thinks, this is the result of Mr. Butler's representation of Rossini.

Therefore, Defendant Albert Rossini gives notice to the Court that he intends to proceed pro se in his sentencing hearing as the Court has refused to appoint him an alternative counsel.

Respectfully submitted,

*[signature: Albert Rossini]*

Albert Rossini
Defendant, Pro Se
#08043-424
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago, IL 60605

Albert Rossini
#08043-424
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago, IL 60605


July 1, 2021


AUSA Mitchell
U.S. Attorney's Office
Northern District of Illinois
219 S. Dearborn St.
Chicago, IL 60604

Re: USA v. Rossini,   15 CR 515-1

Dear Mr. Mitchell,

    As you can see from the filing enclosed, I have decided based on the June 16, 2021 status date in this case to continue pro se rather than rely on Mr. Butler's representation. At this point please forward me any further filings by your office, especially the chart of victims, losses, restitution, etc. I will need this as soon as possible in order to be ready for the August 20, 2021 sentencing hearing. I would appreciate the bank statements of Devon Street Investments, Ltd., Devon Street Management, Ltd. in paper form if you would be so kind to do so.

    Thank you in advance.

Respectfully,

*/s/ Albert Rossini*

Albert Rossini

## CERTIFICATE OF SERVICE

On July 1, 2021, Albert Rossini deposited a Notice of Filling and Defendant Rossini's Intention to Proceed Pro Se, in the MCC Chicago Legal Mail system, first class postage prepaid and addressed to the following:

Clerk of the U.S. District Court
For the Northern District of Illinois
219 S. Dearborn St.
Chicago, IL 60604

Clarence Butler, Jr. Esq.
Clarence Butler, Jr. LLC
150 North Michigan Ave
#2800
Chicago, IL 60601

U.S. Attorney
219 S. Dearborn St.
Chicago, IL 60604

Hon. John Z. Lee
U.S. District Court
219 S. Dearborn St.
Chicago, IL 60604

Respectfully submitted,

*/s/ Albert Rossini*

Albert Rossini
Defendant Pro Se
#08043-424
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago, IL 60605

# *Clarence Butler, Jr.*, LLC

ATTORNEY AT LAW
150 NORTH MICHIGAN AVENUE • SUITE 2800 • CHICAGO, IL 60601
312.216.5102 • FAX: 312.624.7701

Mr. Albert Rossini
Metropolitan Correctional Center
71 West Van Buren
Chicago, IL 60605

November 23, 2020

Via Certified Mail #7018 1830 0000 0348 9855

Dear Mr. Rossini:

 Please be aware that I travelled to the Chicago Kent College of Law and obtain approximately 4 boxes of discovery from Professor Attorney Richard Kling encompassing your case materials. I have also had discussions with Professor Kling involving your case. I am diligently working in reviewing the discovery and considering potential arguments relative to your case. I will discuss issues with you upon completion of discovery review. Please advise me of anyone family or non-family that I can contact to provide any relevant information and or testimony on your behalf, as it relates to any issues of concern involving your case. Again, we will discuss this in more detail after discovery review. I will be doing whatever I can to facilitate formulation of your defense, while going through documents, conducting analysis and preparation of the voluminous documents that I received relative to your case.

 Please provide my office telephone number and addresses to any potential witnesses that you would like me to interview and discuss at your direction. Furthermore, please contact those witnesses beforehand and let them know that I will be contacting them to discuss your case relative to any testimonial or evidentiary assistance they can provide on your behalf. In addition my office remains open during the pandemic and I am available to meet with your respective witnesses at my office. If it is more comfortable and convenient for the witnesses to meet via Zoom Conference, I am also willing to implement this accommodation. However, please be advised that this method does not ensure the degree of confidentiality provided by meeting in my office. Do not discuss the facts of this case or the legal strategy with any individuals. Consequently, please be mindful that statements, no matter what or how they may appear or be perceived, can be utilized against you in this prosecution.

Respectfully submitted,

*Clarence Butler Jr.*

Clarence Butler, Jr., LLC
ATTORNEY AT LAW
WWW.CBUTLERLAW.COM
PH: 312.216.5102

CBUTLERLAW.COM

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| ) | No. 15 CR 515 |
| ) | |
| ) | |
| | Honorable John Z. Lee |
| ALBERT ROSSINI | |
| Defendant. | |

## MOTION FOR COUNSEL'S WITHDRAWAL AND THE APPOINTMENT OF NEW COUNSEL FOR ROSSINI'S BASED ON ROSSINI FILED MAY/JUNE 2021 LETTERS

NOW COMES, ATTORNEY CLARENCE BUTLER JR., OF THE LAW OFFICE OF CLARENCE BUTLER JR., DEFENSE COUNSEL FOR ALBERT ROSSINI respectfully hereby submits to this HONORABLE COURT, *Motion For Counsel's Withdrawal And The Appointment Of New Counsel For Rossini's Based On Rossini Filed May/June 2021 Letters.*

Defendant Rossini has adopted an antagonistic and adversarial relationship with counsel that has created an irreconcilable conflict rendering the attorney-client relationship irretrievably

1

WHEREFORE Based On The Foregoing given the totality of circumstances, defense counsel hereby request Rossini's motion seeking counsel's withdrawal be hereby granted.

Respectfully submitted,

s/Clarence Butler Jr.

Clarence Butler Jr.

Attorney-at-Law

*Clarence Butler Jr.*, LLC
ATTORNEY AT LAW
77 WEST WACKER DR., SUITE 4500
CHICAGO, ILLINOIS 60601
WWW.CBUTLERLAW.COM
PH: 312.216.5102
PH: 312.971.5612



Courtesy Copy

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA, )
)
)
)
)
v. ) Case No. 15 CR 515-1
) HON. JOHN Z. LEE
) District Court Judge
)
)
ALBERT ROSSINI, )
            Defendant. )

NOTICE OF FILING

NOW COMES Defendant Albert Rossini ("Rossini"), pro se, and files this notice that he intends to proceed on a pro se basis in this case and that attorney Clarence Butler, Jr. is not to present a sentencing memorandum on Rossini's behalf.

Respectfully submitted,

/s/ Albert Rossini

Albert Rossini
Defendant, Pro Se
#08043-424
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago, IL 60604

Albert Rossini
#08043-424
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago, IL 60605

LEGAL MAIL

2021 JUL -8 AM 8:27

S SUBURBAN IL 604
2 JUL 2021 PM 3 L

07/08/2021-11

HON. JOHN Z. LEE
United States District Court
Northern District of Illinois
219 S. Dearborn St.
Chicago, IL 60604



METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN ST., CHICAGO, IL 60605

The enclosed letter was processed through special mailing procedures for forwarding to you.
This letter has neither been opened nor inspected.

JUL 02 2021

If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.