UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| | ) | No. 15 CR 515 |
| | ) | |
| | ) | |
| | | Honorable John Z. Lee |
| ALBERT ROSSINI | | |
| Defendant. | | |

**MOTION FOR WITHDRAWAL OF ROSSINI'S PRO SE NOTIFICATION BASED ON ROSSINI'S JULY 12, 2021 CONFERENCE REPRESENTATIONS AND MANDATES**

NOW COMES, ATTORNEY CLARENCE BUTLER JR., OF THE LAW OFFICE OF CLARENCE BUTLER JR., DEFENSE COUNSEL FOR ALBERT ROSSINI respectfully hereby submits to this HONORABLE COURT, *MOTION FOR WITHDRAWAL OF ROSSINI'S PRO SE NOTIFICATION BASED ON ROSSINI'S JULY 12, 2021 CONFERENCE REPRESENTATIONS AND MANDATES.*

Counsel visited Rossini yesterday morning at the Metropolitan Correctional Center at approximately 8:30 a.m., whereupon Rossini voluntarily stated he wanted counsel to remain on the case as his lawyer, and that Rossini would be withdrawing his ProSe request indicating to the court that the request was unwarranted. Rossini advised counsel without any encouragement or suggestion from counsel, that Rossini will be submitting a letter to the court informing the

1

court that his submission regarding allegations concerning counsel were unwarranted and he does not intend to proceed ProSe. Counsel has filed this submission for notification, edification and judicial economy considerations, as well as scheduling purposes.

Counsel believes that it is imperative that the scheduled hearing on this matter be maintained, given the totality of circumstances and prior submissions of Rossini. Accordingly, this will allow Rossini affirmatively and unequivocally the opportunity to state his position as a matter of record, avoiding any confusion or delay relative to the court, parties, witnesses and public. Counsel advised Rossini yesterday morning, Monday, July 12, 2021, that counsel has maintained his continuity of representation and advocacy since his appointment, continuing through today and thereafter, notwithstanding any submissions by Rossini.

Counsel has and continues to represent and advocate for Rossini, unless or until the court discharges counsel of any obligation or responsibility to do so, as counsel remains steadfast to the extent Rossini's cooperation allows.

WHEREFORE Based On The Foregoing, defense counsel hereby request Rossini's motion be hereby granted.

Respectfully submitted,
*s/Clarence Butler Jr.*
Clarence Butler Jr.
Attorney-at-Law