**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **No. 15 - CR - 515** |
| **v.** | ) | |
| | ) | |
| **ALBERT ROSSINI** | ) | **Hon. Judge Lee** |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF MOTION**

TO:     John Mitchell, AUSA
        219 South Dearborn St. Room 500.
        Chicago, Il. 60604

        PLEASE TAKE NOTICE that


DEFENSE COUNSEL FOR ALBERT ROSSINI, respectfully hereby submits to this HONORABLE COURT, **NOTICE OF DEFENDANT ALBERT ROSSINI'S  MOTION TO WITHDRAW PRO SE  NOTIFICATION**


                                        Respectfully submitted,


                                        By: _S/ Clarence Butler Jr._
                                        Attorney for the Defendant

**The Law Office of Clarence Butler Jr., LLC**
 77 West Wacker Drive, Suite 4500
 Chicago, Illinois 60601
 (312) 216-5102 Phone

 cbutlerlaw@comcast.net

## CERTIFICATE OF FILING AND SERVICE

I, Clarence Butler Jr., certify that on July13, 2021 in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:
**NOTICE OF DEFENDANT ROSSINI'S WITHDRAWAL OF PRO SE NOTIFICATION**


was served pursuant to the district court's ECF system as to ECF filers,