UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|     Plaintiff, ) | |
| ) | No. 15 CR 515 |
| ) | |
| ) | |
| | Honorable John Z. Lee |
| ALBERT ROSSINI | |
|     Defendant. | |

**DEFENDANT ALBERT ROSSINI'S MOTION TO EXTEND BY 7 CALENDAR DAYS THE FILING OF ROSSINI'S SENTENCING MEMORANDUM, WHILE PRESERVING AND MAINTAINING THE SCHEDULED SENTENCING DATE OF AUGUST 20, 2021**

  NOW COMES, ATTORNEY CLARENCE BUTLER JR., OF THE LAW OFFICE OF CLARENCE BUTLER JR., Defense Counsel For Albert Rossini, And Respectfully Hereby Submits To This Honorable Court, *Defendant Albert Rossini's Motion To Extend By 7 Calendar Days The Filing Of Rossini's Sentencing Memorandum, While Preserving And Maintaining The Scheduled Sentencing Date Of August 20, 2021*.

  Counsel visited Albert Rossini this Friday morning at 8:00 a.m., July 30, 2021, at the Metropolitan Correctional Center, whereupon Rossini tendered over 60 pages of new material and documents, including factual disclosures and critical information prepared by Rossini, not previously provided to counsel. Rossini adamantly demands that the material and analysis be incorporated in his sentencing memorandum due today, which based on the totality of circumstances is an impossibility.

1

Please be advised that counsel is not requesting a continuance of the August 20, 2021 sentencing date. Counsel is only requesting a seven day extension in which to file Rossini's sentencing memorandum, based on today's Rossini submission. Counsel has contacted the government and they have no objection to Rossini's motion to extend by 7 calendar days the filing of Rossini's sentencing memorandum, while preserving and maintaining the scheduled sentencing date of August *20, 2021.*

WHEREFORE Based On The Foregoing, defense counsel hereby request Rossini's motion be granted.

Respectfully submitted,

*s/Clarence Butler Jr.*

Clarence Butler Jr.

Attorney-at-Law