# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

### EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **No. 15 - CR - 515** |
| v. | ) | |
| | ) | |
| **ALBERT ROSSINI** | ) | **Hon. Judge Lee** |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF MOTION

TO:    John Mitchell, AUSA
       219 South Dearborn St. Room 500.
       Chicago, Il. 60604

    PLEASE TAKE NOTICE that

DEFENSE COUNSEL FOR ALBERT ROSSINI, respectfully hereby submits to this HONORABLE COURT:

**NOTICE OF DEFENDANT ALBERT ROSSINI'S MOTION TO EXTEND BY 7 CALENDAR DAYS THE FILING OF ROSSINI'S SENTENCING MEMORANDUM, WHILE PRESERVING AND MAINTAINING THE SCHEDULED SENTENCING DATE**

                                         Respectfully submitted,

                                         By: *S/ Clarence Butler Jr.*
                                         Attorney for the Defendant

**The Law Office of Clarence Butler Jr., LLC**
 77 West Wacker Drive, Suite 4500
 Chicago, Illinois 60601
 (312) 216-5102 Phone

 cbutlerlaw@comcast.net

## CERTIFICATE OF FILING AND SERVICE

I, Clarence Butler Jr., certify that on July30, 2021 in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document: **NOTICE OF DEFENDANT ALBERT ROSSINI'S MOTION TO EXTEND BY 7 CALENDAR DAYS THE FILING OF ROSSINI'S SENTENCING MEMORANDUM, WHILE PRESERVING AND MAINTAINING THE SCHEDULED SENTENCING DATE**

was served pursuant to the district court's ECF system as to ECF filers,