# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                                        Plaintiff,

v.                                                          Case No.: 1:15−cr−00515
                                                            Honorable John Z. Lee

Albert Rossini, et al.

                                        Defendant.

---

## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Monday, August 2, 2021:


        MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. Defendant
Rossini's motion for an extension of time to file Defendant's sentencing memorandum, to
and including 8/6/21, is granted [719]. The government's memorandum is due by 8/13/21.
The sentencing date of 8/20/21 stands. (ca, )



**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.