


IN THE UNITED STATES DISTRICT COURT
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

United States of America
       Plaintiff

v.                                  15 CR 515-1
                               Hon. John Z. Lee
Albert M. Rossini                District Court Judge
       Defendant

Notice of Filing

TO:
Office of the U.S. Attorney
219 S. Dearborn St.
Chicago IL 60604

Defendant Albert M. Rossini, pro se, hereby gives notice that he has today filed his correspondence, requesting transcripts and exhibits, to the Honorable Judge John Z. Lee, in the above-captioned case, pursuant to the Local Rules of the the Court for the Northern District of Illinois

CERTIFICATE OF SERVICE

I certify that a copy of this Notice of Filing the Correspondence to Judge Lee was sent by regular mail to the Office of the U.S. Attorney, 219 S. Dearborn, Chicago IL 60604.

                                                *Albert Rossini*

Albert Rossini
#08043-424
Chicago MCC
71 W. Van Buren St.
Chicago IL 60605

ALBERT ROSSINI
00043-424
CHICAGO MCC
71 W. VAN BUREN
CHICAGO IL 60605

2021 AUG -9 AM 9:23

MO

CLERK
CRIMINAL DIVISION
U.S. DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 S. Dearborn St.
Chicago IL 60604

CAROL STREAM IL 601
2 AUG 2021 PM 10 L

Herry Monster

08/09/2021-22