# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                                              Plaintiff,

v.                                                                                   Case No.: 1:15−cr−00515
                                                                                  Honorable John Z. Lee

Albert Rossini, et al.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 13, 2021:

      MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. The status hearing set for 8/16/21 at 2:00 p.m. is reset to 8/16/21 at 2:30 p.m., the dial in number remains the same. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.