SM

Albert Rossini
#08093-424
Metropolitan Correctional Center
71 W. VAN Buren St.
Chicago, Il. 60605

**FILED**

AUG 17 2021

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

august 9, 2021

Clerk of U.S. District Court
Northern District of Illinois
219 S. Dearborn street
Chicago, Il. 60604

RE: USA V. ROSSINI
15 CR 515-1

Dear Hon. Thomas Bruton:

Enclosed are Exhibits for filing in conjunction
with my Defendant's Sentencing Memoran-
dum and Objections to the Presentence
Report which is sent under separate cover.
Thank you in advance for filing these
Exhibits and forwarding them to Hon. John Z,
Lee.

Respectfully submitted

Albert M Rossini

15 CR 515 -1

US v. ROSSINI

## EXHIBIT - CHART I

## SOURCE OF FUNDS - COMMISSIONS

## MONEY DEPOSITED WITH Murphy

**CHART 1 – INVESTMENTS**

| ADDRESS | TOTAL Investment | INVESTOR | AMTS PD Murphy to Buy Notes | ROSSINI | BABAJAN | ANTHONY | YOUSIF | FRED | BROKER | DEVON |
|---|---|---|---|---|---|---|---|---|---|---|
| 3820 W. Adams | 67,000 | Shaffer | 37,500 | 12,500 | 12,500 | 12,500 | | | | |
| 4135 W. Monroe | 80,000 | Shaffer | 42,000 | 15,000 | 15,000 | 15,000 | | | | |
| 4654 W. Adams | 75,000 | Shaffer | 45,000 | 13,000 | 13,000 | 13,000 | | | | |
| 5131 W. Crystal | 70,000 | Shaffer | 45,000 | 10,500 | 10,500 | 10,500 | | | | |
| 5019 W. Adams | 75,000 | Shaffer | 45,000 | 15,000 | 15,000 | 15,000 | | | | |
| 126 W. Adams | 75,000 | A.Badalian | 42,500 | 12,500 | 12,500 | | | | 5,000 | 2,601 |
| 316 W. Adams | 52,000 | F.Khoshabe | 37,000 | 12,500 | 12,500 | | | | 8,000 | 2,000 |
| 3327 W. Monroe | 75,000 | Assyr.Chrch | 45,000 | 10,000 | 10,000 | | | | 2,000 | 2,000 |
| 346 W. Monroe | 75,000 | Babaghlil | 45,000 | 10,000 | 10,000 | | | 8,000 | 2,000 | |
| 650 W. Polk | 105,000 | Khodi | 75,000 | 10,000 | 10,000 | | | | | |
| 5924 N. Lawler | 52,500 | Pithyow | 35,000 | 7,500 | 7,500 | | 2,500 | | | |
| 5921 N. Lawler | 52,500 | Pithyow | 35,000 | 7,500 | 7,500 | | 2,500 | | | |
| 941 Karlov | 108,000 | Mogadassi | 75,000 | 12,500 | 12,500 | | | | | |
| 935 Karlov | 125,000 | J.Khoshaba | 75,000 | 20,000 | 20,000 | | | | 5,000 | |
| 5009 W. Oakton | 105,000* | Khosha/Ross | 105,000 | 105,000 | | | | | | |
| 5012 W. Main | 105,000* | Khosha/Ross | 105,000 | 105,000 | | | | | | |
| 946 W. Washington | 50,000* | Lazar | 50,000 | 50,000 | | | | | | |
| 5715 Keating | 94,034 | John Khosha | 45,000 | 12,383 | 12,383 | 12,383 | 8,000 | | | |
| 5725 N. Drake | 85,000 | Pithyow | 40,000 | 11,667 | 11,667 | 11,667 | 4,000 | | | |
| 5731 N. Monticello | 85,000 | A&F Koshab | 40,000 | 13,667 | 13,667 | 13,667 | | | | |
| 5459 W. Fillmore | 55,000 | Yousif | 30,500 | 7,500 | 7,500 | | | 16,667 | | |
| 5249 Knox | 75,000 | N.Moshi | 50,000 | 14,333 | 14,333 | 14,333 | 1,500 | | | |
| 5424 N. Paulina | 160,000 | N.Moshi | 50,000 | 30,666 | 30,666 | 30,667 | 16,000 | | | |
| 5443 N. Greenview | 120,000 | Pithyow | 50,000 | 20,000 | 20,000 | 20,000 | 10,000 | | 5,000 | |
| 5142 Kilpatrick | 85,000 | AKhoshabe, | 30,000 | 17,833 | 17,833 | 17,833 | 1,500 | | | |
| 5152 W. Diversey | 85,000 | M.MKhosha | 75,000 | 5,000 | 5,000 | 5,000 | | | 10,000 | |
| 9957 N. Sheridan | 125,000 | N Moshi | 55,000 | 20,666 | 20,666 | 17,668 | 11,000 | | | |
| 5844 Hull | 75,000 | H Moshi | 40,000 | 11,666 | 11,666 | 8,667 | 3,000 | | | |
| 6221 N. Artesian | 105,000 | N Moshi | 50,000 | 15,666 | 15,666 | 11,666 | 11,000 | | | |
| 5230 N. Hamilton | 75,000 | F Khoshabe | 50,000 | 12,500 | 12,500 | 12,500 | | | | |
| 6425 Washtenaw | 97,000 | Khamis | 45,000 | 16,500 | 16,500 | | | | | 2,000 |
| 5209 Oakton | 70,000 | V Moshi | 30,000 | 11,000 | 11,000 | 11,000 | | | | 2,601 |
| 5621 N. Bernard | 55,000 | F Khoshabe | 40,000 | 12,653 | 12,653 | 12,634 | 8,000 | | | |
| 5749 N. Spaulding | 50,000 | F Khoshabe | 40,000 | 7,500 | 7,500 | 7,500 | 2,100 | | | 2,000 |
| 5921 N. Richmond | 134,000 | Kirshner | 98,000 | 12,000 | 12,000 | | | | | |
| 5837 W. Wilcox** | 20,000 | AD Invest | 20,000 | 5,000 | 5,000 | 5,000 | | | 24,000 | |
| 5839 W. Wilcox** | 20,500 | AD Invest | 20,500 | 12,000 | 12,000 | 12,000 | | | | |
| 5019 W. Polk | 75,000 | Assyr.Chrch | 50,000 | 8,750 | 8,750 | | | 7,500 | | |
| 5551 W. Jackson | 75,000 | B Badalian | 50,000 | 8,750 | 8,750 | | | 7,500 | | |
| 5111 N. Kilbourn | 70,000 | B Badalian | 50,000 | 8,750 | 8,750 | | | 11,000 | | |
| 5512 W. Shakespeare | 40,000 | A Khoshabe | 35,000 | 2,750 | 2,750 | | | 13,000 | | |
| 5555 W. Jackson | 75,000 | H Hormoz | 40,000 | 12,000 | 12,000 | | | 11,000 | | |
| 5418 N. Talman | 100,000 | H Hormoz | 60,000 | 12,000 | 12,000 | | | 11,000 | | 1,000 |
| 5557 W. Jackson | 75,000 | Assyr.Chrch | 40,000 | 13,000 | 13,000 | 13,000 | | | | |
| 5529 W. Adams | 62,500 | Shaffer | 37,000 | 13,000 | 13,000 | 13,000 | | | | 25,500 |
| 5239 W. Adams | 37,500 | Shaffer | 37,500 | | | | | | | 20,000 |
| 5835 Kolmar | 65,000 | Shaffer | 45,000 | | | | | | | |

*B. Khoshabe and A.Rossini purchased these notes from Thomas Murphy.

**Anthony and Babajan Khoshabe and Albert Rossini, in partnership as AD Investments, purchased these notes from Thomas Murphy; "AD"--A for Anthony, D for Devon Street Investments, Ltd.

| ADDRESS | TOTAL Investment | INVESTOR | AMT PD MURPHY TO BUY NOTES | ROSSINI | BABAJAN | ANTHONY | YOUSIF | FRED | BROKERS | DEVON |
|---|---|---|---|---|---|---|---|---|---|---|
| Riverdale 16 Twnhses*** | 410,000 | Khodi | 225,000 | | | | | | 10,000 | 185,000 |
| 1114 Agatite | 154,000 | Deng/Kickel | 114,000 | 55,000 | 55,000 | 55,000 | | | | 30,000 |
| 2323 W. Heddon | 245,000 | Khodi | 95,000 | 35,833 | 35,833 | 35,833 | 9,500 | 40,000 | | |
| 1321 N. Maplewood | 145,000 | Khodi | 45,000 | 9,500 | 9,500 | 9,500 | 1,500 | 28,334 | | |
| 6159 N. Hamilton | 75,000 | Yousif | 45,000 | 20,000 | 1,500 | 1,500 | 1,500 | | | |
| 5725 N. Kimball | 95,000 | Assyr Chrch | 40,000 | 11,166 | 11,166 | 11,166 | | 15,000 | | |
| 3340 N. Oakley | 170,000 | F Moshi | 135,000 | 29,000 | 29,000 | 29,000 | | | | |
| 8718 Kimball | 110,000 | N Moshi | 51,500 | 30,500 | | | | | | |
| 4831 Lee | 101,000 | V Moshi | 40,000 | 30,000 | 30,000 | 30,000 | | | | |
| 7250 N. Artesian | 130,000 | KMI ENT | 80,000 | 20,000 | 20,000 | 30,000 | | | 10,000 | |
| 5750 N. Kimball | 130,000 | KMI ENT | 80,000 | 20,000 | 20,000 | 30,000 | | | 10,000 | |
| 1105 N. Damen**** | 105,000 | BRBK/ | 105,000 | 20,000 | 20,000 | | | | 50 | |
| 4852 W. Monrose | 175,000 | Rossini/ Khosh Badalian / -BRBK | 150,000 | 12,500 | 7,500 | | 5,000 | 5,000 | | 125,000 |
| 8446 N. Kimball | 95,000 | HG Elec. Ben David/ | 95,000 | | | | | | | |
| 2200 N. Kedzie***** | 275,000 | DSI | 150,000 | | 7,500 | | | | | |
| ^3941 W. Gladys | 35,000 | Ben David | 35,000 | 35,000 | | | | | | |
| ^5551-53 W. Congress | 100,000 | BR/BK | 100,000 | | | | | | | |
| 4520 W. Jackson | 105,000 | BR/BK | 55,000 | | | | | 10,000 | | |
| 4045 N. Wilcox | 75,000 | Badalian/AD Invest. | 45,000 | | | | | | | |
| 4037 W. Adams | 80,000 | BR/BK | 45,000 | 10,000 | 10,000 | | | | | |
| 5410 W. Fulton | 90,000 | Moghadasi/ | 69,000 | 20,000 | 20,000 | | | | | |
| 2442 W. Arthington | 85,000 | AD Invest. | 25,000 | 15,000 | 15,000 | 30,000 | | | | |
| 2446 W. Arthington | 85,000 | AD Invest. | 25,000 | 17,500 | 17,500 | 30,000 | | | | |
| 2444 W. Arthington | 85,000 | Badalian/DSI | 25,000 | 10,000 | 10,000 | 30,000 | | | | |
| 2129 N. Sheffield | 85,000 | Badalian/DSI | 25,000 | | | | | | | |
| 3333 W. Berteau | 235,000 | R Badalian | 60,000 | 34,167 | 34,167 | 63,334 | 12,500 | 48,333 | | |
| 7410 N. Winchester | 300,000 | R Badalian | 185,000 | 63,333 | | 26,667 | 20,000 | | | |
| 5801 N. Richmond | 80,000 | R Badalian | 70,000 | | | | | | | |
| 929 N. Lakeview | 155,000 | Moghadasi | 50,000 | | | | 12,500 | | | 1,000 |
| 2007 N. Birchwood | 75,000 | St. Outisho | 60,000 | | | | | 16,667 | | |
| 2043 N. Birchwood | 75,000 | A.F Khoshab | 40,000 | | | | | 16,667 | | |
| Rockford Notes****** | 83,033 | Pithyou | 40,000 | 7,500 | 7,500 | | | | | |
| | 83,033 | Babaoghli | | | | | | | | |
| 4033 W. Adams | 395,000 | Lazar | 254,000 | 12,383 | 12,383 | | | | 10,000 | 15,000 |
| | 80,000 | Lazar | | 12,383 | 12,383 | | | | 10,000 | |
| | | Khodi | | | | | | | | |
| | | Punjab Inv. | 45,000 | | | 12,500 | | | | |
| **TOTALS Pg. 1 and 2** | **$8,728,600** | | **5,476,000** | **1,074,744** | **775,527** | **524,803** | **116,500** | **266,834** | **82,000** | **512,192** |

1

*** Purchased by Rockford Commercial Mtg. Co., renovated w/$185,000 pd to DSI; quitclaimed to Khodi Family Trust.

**** B. Kloshabe and A. Rossini purchased this Note from Thomas Murphy.

***** Loan from Liam Ben David to DSI and guaranteed by A. Rossini.

^ Babajan and Albert Rossini (BRBK) purchased these notes and mortgage notes from Thomas Murphy.

2

EXHIBIT 15 CR 515-1

U.S. V. ROSSINI

## PROPERTY VALUE

## COMPARATIVE MARKET ANALYSIS

# Seller's Statement

## Property At: 4045 W. Wilcox, Chicago IL.

*Prepared For: Brenda Rossini*

*Suggested Marketing Price:* **$339,500**

Prepared By: Meir Rotstein Shai Town Realty Group, Inc.

10/12/2020                                          Brenda Rossini | connectMLS

## CMA Summary Report

Two to Four Units
Active - Two to Four Units

| # | MLS # | Address | Status | Area | Tot # Units | BR1 | BR2 | BR3 | BR4 | Pkn/# Ext | LMT | MT | LP |
|---|-------|---------|--------|------|-------------|-----|-----|-----|-----|-----------|-----|-----|-----|
| 1 | 10816118 | 4200 W Jackson | TEMP | 8026 | 3 | 3 | 3 | 2 | | G/2 | 24 | 61 | $260,000 |
| 2 | 10769560 | 4216 W Monroe | ACTV | 8026 | 3 | 4 | 4 | 4 | | N/0 | 103 | 103 | $355,000 |
| 3 | 10881576 | 4007 W Adams | ACTV | 8026 | 3 | 3 | 3 | 3 | | N/0 | 18 | 18 | $359,900 |

3 Active - Two to Four Units

| | High | Low | Average | Median |
|---|------|-----|---------|--------|
| List Price | $359,900 | $260,000 | $324,967 | $355,000 |
| Listing Market Time | 103 | 18 | 48 | 24 |
| Market Time | 103 | 18 | 61 | 61 |

Sold - Two to Four Units

| # | MLS # | Address | Status | Area | Tot # Units | BR1 | BR2 | BR3 | BR4 | Pkn/# Ext | LMT | MT | LP | SP | Close Date |
|---|-------|---------|--------|------|-------------|-----|-----|-----|-----|-----------|-----|-----|-----|-----|-----------|
| 1 | 10503815 | 4133 W Wilcox | CLSD | 8026 | 3 | 2 | 3 | 4 | | S/2 | 47 | 47 | $295,000 | $290,000 | 12/19/2019 |
| 2 | 10385284 | 4300 W Wilcox | CLSD | 8026 | 3 | 3 | 4 | 3 | | G/2 | 53 | 53 | $329,000 | $318,500 | 10/31/2019 |
| 3 | 10821364 | 4310 W Wilcox | CLSD | 8026 | 3 | 3 | 3 | 3 | | S/6 | 8 | 71 | $419,000 | $410,000 | 10/05/2020 |

3 Sold - Two to Four Units Statistics

| | High | Low | Average | Median |
|---|------|-----|---------|--------|
| List Price | $419,000 | $295,000 | $347,667 | $329,000 |
| Sold Price | $410,000 | $290,000 | $339,500 | $318,500 |
| Listing Market Time | 53 | 8 | 36 | 47 |
| Market Time | 71 | 47 | 57 | 53 |

6 Multi-Family (2-4 Units) Summary Statistics

| | High | Low | Average | Median |
|---|------|-----|---------|--------|
| List Price | $419,000 | $260,000 | $336,317 | $342,000 |
| Sold Price | $410,000 | $290,000 | $339,500 | $318,500 |
| Listing Market Time | 103 | 8 | 42 | 35 |
| Market Time | 103 | 18 | 59 | 57 |

Prepared By: Meir Rotstein Shai Town Realty Group, Inc.

10/12/2020                                             Brenda Rossini | connectMLS

# Comparables (continued)

|  | Subject Property | Comp #4 | Adjustment | Comp #5 | Adjustment | Comp #6 | Adjustment |
|---|---|---|---|---|---|---|---|
|  | No Photo Available |  | |  | |  | |
| Address: | 4045 W Wilcox Chicago, Illinois | 4133 W Wilcox St Chicago, IL 60624 | | 4300 W WILCOX St Chicago, IL 60624 | | 4310 W Wilcox St Chicago, IL 60624 | |
| MLS #: | | 10503815 | | 10385284 | | 10821364 | |
| Status: | | CLSD | | CLSD | | CLSD | |
| Subdivision: | | | | | | | |
| Area: | | 8026 | | 8026 | | 8026 | |
| List Price: | | $295,000 | | $329,000 | | $419,000 | |
| Sold Price: | | $290,000 | | $318,500 | | $410,000 | |
| # Rooms: | | 18 | | 19 | | 15 | |
| # Beds in Bldg: | | 9 | | 10 | | 9 | |
| # Full Baths in Building: | | 3 | | 3 | | 3 | |
| # Half Baths in Building: | | 0 | | 0 | | 0 | |
| Total # Units in Building: | | 3 | | 3 | | 3 | |
| 3 Br Un In Bldg (Y/N): | | Yes | | Yes | | Yes | |
| Zoning Type: | | Multi-Family | | Multi-Family | | Multi-Family | |
| Model: | | | | | | | |
| Basement: | | Full, Walkout | | Full, Walkout | | Full | |
| Parking: | | Exterior Space(s) | | Garage | | Exterior Space(s) | |
| # Garage Spaces: | | | | 2 | | | |
| # Parking Spaces: | | 2 | | | | 6 | |
| Type-Multi: | | 3 Flat | | 3 Flat | | 3 Flat | |
| Exterior Building Type: | | Block | | Brick | | Brick, Other | |
| Lot Size: | | Less Than .25 Acre | | Less Than .25 Acre | | Less Than .25 Acre | |
| Elementary Sch Dist: | | 299 | | 299 | | 299 | |
| Jr High/Middle Dist: | | 299 | | 299 | | 299 | |
| High Sch Dist: | | 299 | | 299 | | 299 | |
| Short Sale/ Foreclosed/Court Approved: | | N/A | | N/A | | N/A | |
| Total Adjustments: | | | $0 | | $0 | | $0 |
| Adjusted Price: | | | $290000 | | $318500 | | $410000 |

Prepared By: Meir Rotstein Shai Town Realty Group, Inc.

# Market Analysis Summary (continued)

## Recently Sold

### Comparables

| MLS # | Stat | Address | List Price | Sold Pr | Clsd Dt | # Beds in Bldg | Baths | LMT | MT |
|-------|------|---------|-----------|---------|---------|----------------|-------|-----|-----|
| 10503815 | **CLSD** | 4133 W Wilcox St | $295,000 | $290,000 | 12/19/2019 | 9 | 3 | 47 | 47 |
| 10385284 | **CLSD** | 4300 W WILCOX St | $329,000 | $318,500 | 10/31/2019 | 10 | 3 | 53 | 53 |
| 10821364 | **CLSD** | 4310 W Wilcox St | $419,000 | $410,000 | 10/05/2020 | 9 | 0 | 8 | 71 |

### Statistics

Total Properties: 3

|  | List Price | Sold Pr | # Beds in Bldg | Baths | LMT | MT |
|--|-----------|---------|----------------|-------|-----|-----|
| **Minimum** | $295,000 | $290,000 | 9 | 0 | 8 | 47 |
| **Maximum** | $419,000 | $410,000 | 10 | 3 | 53 | 71 |
| **Average** | $347,667 | $339,500 | 9 | 2 | 36 | 57 |

Sold properties closed averaging 97.65% of their Final List Price (FLP).
This reflects a 2.35% difference between property sale prices and their FLP's.

Prepared By: Meir Rotstein Shai Town Realty Group, Inc.

# Comparables

| | Subject Property | Comp #1 | Adjustment | Comp #2 | Adjustment | Comp #3 | Adjustment |
|---|---|---|---|---|---|---|---|
| | No Photo Available |  | |  | |  | |
| **Address:** | 4045 W Wilcox Chicago, Illinois | 4200 W Jackson Blvd Chicago, IL 60624 | | 4216 W Monroe St Chicago, IL 60624 | | 4007 W Adams St Chicago, IL 60624 | |
| **MLS #:** | | 10816118 | | 10769560 | | 10881576 | |
| **Status:** | | TEMP | | ACTV | | ACTV | |
| **Subdivision:** | | | | | | | |
| **Area:** | | 8026 | | 8026 | | 8026 | |
| **List Price:** | | $260,000 | | $355,000 | | $359,900 | |
| **Sold Price:** | | | | | | | |
| **# Rooms:** | | 14 | | 21 | | 17 | |
| **# Beds in Bldg:** | | 8 | | 12 | | 9 | |
| **# Full Baths in Building:** | | 3 | | 3 | | 3 | |
| **# Half Baths in Building:** | | 0 | | 0 | | 0 | |
| **Total # Units in Building:** | | 3 | | 3 | | 3 | |
| **3 Br Un In Bldg (Y/N):** | | Yes | | Yes | | Yes | |
| **Zoning Type:** | | Multi-Family | | Multi-Family | | | |
| **Model:** | | 2 Flat | | 2 Flat | | | |
| **Basement:** | | Full, Walkout | | Full | | Full | |
| **Parking:** | | Garage | | None | | None | |
| **# Garage Spaces:** | | 2 | | | | | |
| **# Parking Spaces:** | | | | | | | |
| **Type-Multi:** | | 2 Flat | | 2 Flat | | 3 Flat | |
| **Exterior Building Type:** | | Brick | | Brick, Stone | | Brick | |
| **Lot Size:** | | Less Than .25 Acre | | Less Than .25 Acre | | Less Than .25 Acre | |
| **Elementary Sch Dist:** | | 299 | | 299 | | 299 | |
| **Jr High/Middle Dist:** | | 299 | | 299 | | 299 | |
| **High Sch Dist:** | | 299 | | 299 | | 299 | |
| **Short Sale/Foreclosed/Court Approved:** | | | | | | | |
| **Total Adjustments:** | | $0 | | $0 | | $0 | |
| **Adjusted Price:** | | $260000 | | $355000 | | $359900 | |

Prepared By: Meir Rotstein Shai Town Realty Group, Inc.

# Market Analysis Summary

## *Currently for Sale*

**Comparables**

| MLS # | Stat | Address | List Price | # Beds in Bldg | Baths | LMT | MT |
|-------|------|---------|------------|----------------|-------|-----|-----|
| 10816118 | **TEMP** | 4200 W Jackson Blvd | $260,000 | 8 | 3 | 24 | 61 |
| 10769560 | **ACTV** | 4216 W Monroe St | $355,000 | 12 | 3 | 103 | 103 |
| 10881576 | **ACTV** | 4007 W Adams St | $359,900 | 9 | 0 | 18 | 18 |

**Statistics**                                                                          Total Properties: 3

|  | List Price | # Beds in Bldg | Baths | LMT | MT |
|--|------------|----------------|-------|-----|-----|
| **Minimum** | $260,000 | 8 | 0 | 18 | 18 |
| **Maximum** | $359,900 | 12 | 3 | 103 | 103 |
| **Average** | $324,967 | 10 | 2 | 48 | 61 |

Prepared By: Meir Rotstein Shai Town Realty Group, Inc.



# Subject Property

**Street Number:** 4045
**Compass Point:** West
**Street Name:** Wilcox
**City:** Chicago
**State:** Illinois

Prepared By: Meir Rotstein Shai Town Realty Group, Inc.

EXHIBIT 15-CR-515-1 U.S. v. Rossini,

Rossini/Khoshabe PAYMENTS TO

PURCHASE NOTES FROM Murphy

## BRBK INVESTMENTS
## PROPERTIES

| PROPERTY | PRICE | DATE | START | MONTHLY RENT | ANNUAL RENT |
|---|---|---|---|---|---|
| 3941 W. Gladys Chicago, IL 60624 | $35,000 | 8/27/11 | 9/1/11 | $5,100.00 | $61,200.00 |
| 4946 W. Washington Chicago, IL 60644 | $35,000 | 9/15/11 | 10/1/11 | $4,500.00 | $54,000.00 |
| 5551 W. Congress Chicago, IL 60644 | $40,000 | 10/20/11 | 11/1/11 | $6,800.00 | $81,600.00 |
| 5018 W. Quincy Chicago, IL 60644 | $17,500 | 11/27/11 | 12/1/11 | $3,900(50%) $1,950 | $23,400.00 |
| 2710 N. Artesian Chicago, IL 60647 | $50,000 | 11/20/11 | 11/21/11 | $6,700.00 | $80,400.00 |
| 6337 N. Talman Chicago, IL 60647 | $30,000 | 12/20/11 | 12/21/11 | $3,300.00 | $39,600.00 |
| 4305 Oakton Skokie, IL 60076 | $60,000 | 12/28/11 | 1/1/12 | $3,150(40%) $1,560.00 | $15,120.00 |
| 4731 Main Street Skokie, IL 60076 | $60,000 | 12/28/11 | 1/1/12 | $3,900(40%) $1,560.00 | $18,720.00 |
| 8346 Kimball Skokie, IL 60076 | $52,000 | 12/30/11 | 1/1/12 | $3,000(50%) $1,500.00 | $18,000.00 |
| 4914 Mulford Skokie, IL 60077 | $50,000 | 12/30/11 | 1/1/12 | $3,395(50%) $1,697.50 | $20,370.00 |
| 2200 N. Kedzie Chicago, IL 60647 | $40,000 | 1/14/12 | 1/15/12 | $9,975.00 | $119,700.00 |
| 4832 W. Montrose Chicago, IL 60641 | $140,000 | 2/12/12 | 2/13/12 | $16,725.00(50%) $8,362.50 | $100,350.00 |
| 2742 W. Granville Chicago, IL 60659 | $105,500 | 3/8/12 | 3/9/12 | $11,400.00 | $136,800.00 |
| 1135 N. Damen Chicago, IL 60622 | $ 95,000 | 3/28/12 | 4/1/12 | $10,150 | $121,800.00 |

These notes, mortgages and/or proprties are owned as tenants in common by Albert Rossini and Babajan Khoshabe.

Albert Rossini. 10/15/12

| | | | | | |
|---|---|---|---|---|---|
| 3337 N. Halsted<br>Chicago, IL 60657 | $ 85,000 | 4/25/12 | 4/25/12 | $10,575 | $126,900.00 |
| 6547 N. Mozart<br>Chicago, IL 60645 | $ 40,000 | 6/21/12 | 6/25/12 | $ 3,725 | $ 44,700.00 |
| 8249 Knox<br>Skokie, IL 60077 | $ - | (2/3 owned by BRBK—1/3 owned by Fred)<br>7/16/12 | 7/16/12 | $ 2,574 | $ 30,888.00 |
| 6159 N. Hamilton<br>Chicago, IL | $ - | (2/3 owned by BRBK-1/3 owned by Fred)<br>7/16/12 | 7/16/12 | $ 4,752 | $ 57,024.00 |
| TOTAL INVESTMENT<br>Our money: | $ 935,000.00<br>$ 555,500.00 | | | $96,181.00 | $1,154,172.00 |

These notes, mortgages and/or properties are owned as tenants in common by Albert Rossini and Babajan Khoshabe

By: _Albert Rossini_

Albert Rossini
October 15, 2012

By: _Babajan Khoshabe_

Babajan Khoshabe
October 15, 2012

NOTARY PUBLIC

My commission expires on _____

OFFICIAL SEAL
Takis Sarantos
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 12/16/2014





MONEY ORDER

STATE REGULATED

7201 N. CALIFORNIA AVE. - CHICAGO, IL 60645
TO VERIFY - CALL (773) 761-2899
Open 24 Hours - We Never Close
Abierto 24 Horas - Nunca Cerramos

CHECKS CASHED · CAMBIAMOS CHEQUES
FREE MONEY ORDERS · ALL BILLS PAID
VISA® PREPAID DEBIT CARDS

REPUBLIC BANK
OAK BROOK, ILLINOIS

70-118
710

CC007

CS 7005723

00 7005729

ALBERT ROSSINI

REMITTER

PAY TO THE
ORDER OF    Thomas Murphy - Attorney/Agent

Deposit: 27542 W. Greenwolds, Chicago, IL 60659
Good until 3/20/12

$5,000.00**

NOTICE TO HOLDER: DRAWER NOT LIABLE ON STOP PAYMENT.
· NO REPLACEMENT FOR 30 DAYS FROM PURCHASE. RE-ISSUE FEE APPLIES.
· PURCHASER AGREES TO VERIFY NAME OF PAYEE AND IS SOLELY RESPONSIBLE FOR FAILURE TO DO SO.
NO REFUND WITHOUT YELLOW RECEIPT

NON-NEGOTIABLE


CHASE

Keep this receipt as a record of your purchase.

FOR YOUR PROTECTION SAVE THIS COPY
**CASHIER'S CHECK**

**Customer Copy**

9194513071

03/08/2012

Illinois

Remitter  ANTHONY KHOSHABE

Pay To The
Order Of     THOMAS MURPHY, ATTORNEY/AGENT
             PIN # 13-01-208-032-0000

$ *********40,000.00 ***

Drawer:  JPMORGAN CHASE BANK, N.A.
**NON NEGOTIABLE**

KEEP THIS COPY FOR YOUR RECORD OF THE TRANSACTION.
PLEASE CONTACT CHASE TO REPORT A LOSS OR FOR ANY OTHER INFORMATION ABOUT THIS ITEM.

---



HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK          262111107 NEW 01/08 8810004308
                                                              HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

CHASE                    CASHIER'S CHECK         9194513071  253/440

                                                 Date   03/08/2012

Remitter  ANTHONY KHOSHABE

Pay:    FORTY THOUSAND DOLLARS AND 00 CENTS

Pay To The
Order Of    THOMAS MURPHY, ATTORNEY/AGENT          $ *********40,000.00 ***
            PIN # 13-01-208-032-0000
            2742 W. Granville
            Chicago, IL 60659        Drawer: JPMORGAN CHASE BANK, N.A.

                                     Michael Andrews
                                     Senior Vice President
                                     JPMorgan Chase Bank, N.A.
                                     Columbus, OH



Keep this receipt as a record of your purchase.

FOR YOUR PROTECTION SAVE THIS COPY
**CASHIER'S CHECK**

**Customer Copy**

9194513072

03/08/2012

Illinois

Remitter ALBERT ROSSINI

Pay To The
Order Of
THOMAS MURPHY, ATTORNEY/AGENT
PIN # 13-01-208-032-0000

$ *********40,000.00 ***

Drawer: JPMORGAN CHASE BANK, N.A.
**NON NEGOTIABLE**

TERMS
KEEP THIS COPY FOR YOUR RECORD OF THE TRANSACTION.
PLEASE CONTACT CHASE TO REPORT A LOSS OR FOR ANY OTHER INFORMATION ABOUT THIS ITEM.

282111107 NEW 01/08 8810004805

HOLD DOCUMENT UP-TO THIS LIGHT TO VIEW TRUE WATERMARK

**CHASE**

CASHIER'S CHECK

HOLD DOCUMENT UP-TO THE LIGHT TO VIEW TRUE WATERMARK

9194513072  25-3
              440

Date  03/08/2012

Remitter ALBERT ROSSINI

Pay:  FORTY THOUSAND DOLLARS AND 00 CENTS

Pay To The
Order Of
THOMAS MURPHY, ATTORNEY/AGENT
PIN # 13-01-208-032-0000

$ *********40,000.00 ***

2742 W. Granville
Chicago, IL 60659

Drawer: JPMORGAN CHASE BANK, N.A.

Michael Andrusa

Senior Vice President
JPMorgan Chase Bank, N.A.
Columbus, OH







EXHIBIT   15 CR 515-1

U.S. V. ROSSINI

TRANSACTIONS Completed By ROSSINI

Investments was Anthony Khoshabe and Devon Street; BRBK Investments was

Babajan Khoshabe and Bert Rossini

3941 W. Gladys, Chicago

5555-57 W. Congress, Chicago

4948 W. Washington, Chicago

4954 W. Lexington, Chicago

2710 N. Artesian, Chicago

1105 N. Damen, Chicago

3

2742 W. Granville, Chicago

3337 N. Halsted, Chicago

2200 N. Kedzie, Chicago


Properties Held by Devon Street or Related Entities as Security for Guarantees

8435 S. Burley, Chicago

4321 S. Marshfield, Chicago

4045 W. Wilcox, Chicago

4033 W. Adams, Chicago

4037 W. Adams, Chicago

3820 W. Adams, Chicago

4129 W. Adams, Chicago

4139 W. Adams, Chicago

4126 W. Adams, Chicago

4520 W. Jackson, Chicago

3327 W. Monroe, Chicago

5410 W. Fulton, Chicago

211 N. Kilbourne, Chicago (mortgage note)

7845 Kolmar, Skokie (Mechanic's lien)

4457 S. Princeton, Chicago

17 4-Bedroom, 1 ½ Bath Townhomes, Riverdale IL

2806 E. 76th Pl., Chicago – 9 units

1921 N. Richmond, Chicago – 3 units plus coach house

Additional property transactions

8. 4126 W. Adams, Chicago quitclaimed to Robert Badalian in partial satisfaction of guaranty agreement (and accepted by Badalian).

9. 4520 W. Jackson, Chicago quitclaimed to Vladimir Moghaddasi in partial settlement of guaranty agreement (accepted by Moghaddasi).

10. 3327 W. Monroe, Chicago quitclaimed to the Assyrian Evangelical Church of San Jose, CA, as partial satisfaction of guaranty agreement (accepted).

11. (3 properties) 3820 W. Adams, Chicago, 4129 W. Adams, Chicago, and 4139 W. Adams, Chicago—each quitclaimed to Craig Shaffer as partial satisfaction of guaranty agreement (accepted).

12. Assignments of contract for the following 3 properties: 4135 W. Monroe, Chicago, 4654 W. Adams, Chicago, 5131 W. Crystal, Chicago – Reassigned to Craig Shaffer as satisfaction of guaranty agreement (accepted).

13. 16 townhomes in Riverdale IL quitclaimed to Khodi Family Trust as partial satisfaction of guaranty agreements (rejected by Kathy Khodi).

14. 211 N. Kilbourne, Chicago—mortgage note purchased by Devon Street from the Verticle Mortgage Funding Corp. Transferred to Beneta Badalian as partial satisfaction of guaranty agreement (rejected by Beneta Badalian).

15. (3 properties) 4045 W. Wilcox, Chicago, 4037 W. Adams, Chicago, 5410 W. Fulton, Chicago—mortgaged to Liam Ben David. $150,000 paid to Defendant

Case: 1:15-cr-00515 Document #: 476 Filed: 08/22/19 Page 45 of 82 PageID #:3819

Murphy for mortgage note on 2200 N. Kedzie, Chicago, and $125,000 returned to investors as payment on guaranty.

16. In addition, in September 2013, Defendant Rossini, in an effort to insure the additional Khodi Family Trust Investment, purchased 35 properties from Chicago Closing Services, Inc., an agent of Ocwen Loan Servicing Corp. This was under a Bulk Purchase Agreement. The addresses of these and the Riverdale properties are in the Defendant's storage locker.

EXHIBIT  15 CR 515-1

U.S.U. ROSSINI

ROSSINI TAX RETURN INFORMATION

2011 AND 2012

531390 *(handwritten)*  Recv'd 8/28/14 *(handwritten)*

**Form 1120S**

Department of the Treasury
Internal Revenue Service

## U.S. Income Tax Return for an S Corporation

▸ Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.
▸ Information about Form 1120S and its separate instructions is at www.irs.gov/form1120s.

OMB No. 1545-0130

**2012**

For calendar year 2012 or tax year beginning JANUARY 1 , 2012, ending DECEMBER 31, 2012

| | | | |
|---|---|---|---|
| A S election effective date | **TYPE OR PRINT** | Name DEVON STREET INVESTMENTS, LTD | D Employer identification number 45-2155017 |
| B Business activity code number (see instructions) | | Number, street, and room or suite no. If a P.O. box, see instructions. 3924 WEST DEVON STREET | E Date incorporated |
| C Check if Sch. M-3 attached ☐ | | City or town, state, and ZIP code LINCOLNWOOD, IL 60712 | F Total assets (see instructions) $ |

G Is the corporation electing to be an S corporation beginning with this tax year? ☒ Yes ☐ No  If "Yes," attach Form 2553 if not already filed
H Check if: (1) ☐ Final return  (2) ☐ Name change  (3) ☐ Address change  (4) ☐ Amended return  (5) ☐ S election termination or revocation
I Enter the number of shareholders who were shareholders during any part of the tax year . . . .

Caution. Include only trade or business income and expenses on lines 1a through 21. See the instructions for more information.

### Income

| | | | | |
|---|---|---|---|---|
| 1a | Gross receipts or sales . . . . . . . . | 1a | 2,613,500 00 | |
| b | Returns and allowances . . . . . . . | 1b | | |
| c | Balance. Subtract line 1b from line 1a . . . . . . . . | | 1c | |
| 2 | Cost of goods sold (attach Form 1125-A) . . . . . . . | | 2 | |
| 3 | Gross profit. Subtract line 2 from line 1c . . . . . . . | | 3 | 2,613,500 00 |
| 4 | Net gain (loss) from Form 4797, line 17 (attach Form 4797) . . . | | 4 | |
| 5 | Other income (loss) (see instructions□ attach statement) . . . | | 5 | |
| 6 | Total income (loss). Add lines 3 through 5 . . . . . . . ▸ | | 6 | 2,613,500 00 |

### Deductions (see instructions for limitations)

| | | | |
|---|---|---|---|
| 7 | Compensation of officers . . . . . . . . . . | 7 | |
| 8 | Salaries and wages (less employment credits) . . . . . | 8 | |
| 9 | Repairs and maintenance . . . . . . . . . | 9 | |
| 10 | Bad debts . . . . . . . . . . . . . . | 10 | |
| 11 | Rents . . . . . . . . . . . . . . . | 11 | (6,200.00) |
| 12 | Taxes and licenses . . . . . . . . . . . | 12 | |
| 13 | Interest . . . . . . . . . . . . . . . | 13 | 2,350,049 00 |
| 14 | Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) . . . | 14 | |
| 15 | Depletion (Do not deduct oil and gas depletion.) . . . . . | 15 | |
| 16 | Advertising . . . . . . . . . . . . . | 16 | |
| 17 | Pension, profit-sharing, etc., plans . . . . . . . . | 17 | |
| 18 | Employee benefit programs . . . . . . . . . | 18 | |
| 19 | Other deductions (attach statement) . . . . . . . . | 19 | 539,837 43 |
| 20 | Total deductions. Add lines 7 through 19 . . . . . . . ▸ | 20 | 2,896,136 43 |
| 21 | Ordinary business income (loss). Subtract line 20 from line 6 . . | 21 | (382,636 43) |

### Tax and Payments

| | | | | |
|---|---|---|---|---|
| 22a | Excess net passive income or LIFO recapture tax (see instructions) . . | 22a | | |
| b | Tax from Schedule D (Form 1120S) . . . . . . . . | 22b | | |
| c | Add lines 22a and 22b (see instructions for additional taxes) . . . | | 22c | |
| 23a | 2012 estimated tax payments and 2011 overpayment credited to 2012 | 23a | | |
| b | Tax deposited with Form 7004 . . . . . . . . . | 23b | | |
| c | Credit for federal tax paid on fuels (attach Form 4136) . . . | 23c | | |
| d | Add lines 23a through 23c . . . . . . . . . . | | 23d | — 0 — |
| 24 | Estimated tax penalty (see instructions). Check if Form 2220 is attached . . . . . . ▸ ☐ | | 24 | — 0 — |
| 25 | Amount owed. If line 23d is smaller than the total of lines 22c and 24, enter amount owed . . | | 25 | — 0 — |
| 26 | Overpayment. If line 23d is larger than the total of lines 22c and 24, enter amount overpaid . . | | 26 | — 0 — |
| 27 | Enter amount from line 26 Credited to 2013 estimated tax ▸ _____ Refunded ▸ | | 27 | — 0 — |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer *(signed)*  Date 18-5-14  Title PRESIDENT

May the IRS discuss this return with the preparer shown below (see instructions)? ☐ Yes ☐ No

**Paid Preparer Use Only**

| | | | | |
|---|---|---|---|---|
| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
| Firm's name ▸ | | | Firm's EIN ▸ | |
| Firm's address ▸ | | | Phone no. | |

For Paperwork Reduction Act Notice, see separate instructions.  Cat. No. 11510H  Form **1120S** (2012)

**Schedule K** Shareholders' Pro Rata Share Items

Page

| | | | | | | Total amount | |
|---|---|---|---|---|---|---|---|
| Income (Loss) | 1 | Ordinary business income (loss) (page 1, line 21) | | | 1 | (376,436 | 43 |
| | 2 | Net rental real estate income (loss) (attach Form 8825) | | | 2 | | |
| | 3a | Other gross rental income (loss) | 3a | (6,200 00) | | | |
| | b | Expenses from other rental activities (attach statement) | 3b | -0- | | | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a | | | 3c | (6,200 | 00) |
| | 4 | Interest income | | | 4 | | |
| | 5 | Dividends: a Ordinary dividends | | | 5a | | |
| | | b Qualified dividends | 5b | | | | |
| | 6 | Royalties | | | 6 | | |
| | 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120S)) | | | 7 | | |
| | 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120S)) | | | 8a | | |
| | b | Collectibles (28%) gain (loss) | 8b | | | | |
| | c | Unrecaptured section 1250 gain (attach statement) | 8c | | | | |
| | 9 | Net section 1231 gain (loss) (attach Form 4797) | | | 9 | | |
| | 10 | Other income (loss) (see instructions)   Type ▸ | | | 10 | | |
| Deductions | 11 | Section 179 deduction (attach Form 4562) | | | 11 | | |
| | 12a | Charitable contributions | | | 12a | | |
| | b | Investment interest expense | | | 12b | | |
| | c | Section 59(e)(2) expenditures   (1) Type ▸ ___ (2) Amount ▸ | | | 12c(2) | | |
| | d | Other deductions (see instructions)   Type ▸ | | | 12d | | |
| Credits | 13a | Low-income housing credit (section 42(j)(5)) | | | 13a | | |
| | b | Low-income housing credit (other) | | | 13b | | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468) | | | 13c | | |
| | d | Other rental real estate credits (see instructions)   Type ▸ | | | 13d | | |
| | e | Other rental credits (see instructions)   Type ▸ | | | 13e | | |
| | f | Alcohol and cellulosic biofuel fuels credit (attach Form 6478) | | | 13f | | |
| | g | Other credits (see instructions)   Type ▸ | | | 13g | | |
| Foreign Transactions | 14a | Name of country or U.S. possession ▸ | | | | | |
| | b | Gross income from all sources | | | 14b | | |
| | c | Gross income sourced at shareholder level | | | 14c | | |
| | | Foreign gross income sourced at corporate level | | | | | |
| | d | Passive category | | | 14d | | |
| | e | General category | | | 14e | | |
| | f | Other (attach statement) | | | 14f | | |
| | | Deductions allocated and apportioned at shareholder level | | | | | |
| | g | Interest expense | | | 14g | | |
| | h | Other | | | 14h | | |
| | | Deductions allocated and apportioned at corporate level to foreign source income | | | | | |
| | i | Passive category | | | 14i | | |
| | j | General category | | | 14j | | |
| | k | Other (attach statement) | | | 14k | | |
| | | Other information | | | | | |
| | l | Total foreign taxes (check one): ▸ ☐ Paid   ☐ Accrued | | | 14l | | |
| | m | Reduction in taxes available for credit (attach statement) | | | 14l | | |
| | n | Other foreign tax information (attach statement) | | | 14m | | |
| Alternative Minimum Tax (AMT) Items | 15a | Post-1986 depreciation adjustment | | | 15a | | |
| | b | Adjusted gain or loss | | | 15a | | |
| | c | Depletion (other than oil and gas) | | | 15b | | |
| | d | Oil, gas, and geothermal properties☐ gross income | | | 15c | | |
| | e | Oil, gas, and geothermal properties☐ deductions | | | 15d | | |
| | f | Other AMT items (attach statement) | | | 15e | | |
| Items Affecting Shareholder Basis | 16a | Tax-exempt interest income | | | 15f | | |
| | b | Other tax-exempt income | | | 16a | | |
| | c | Nondeductible expenses | | | 16b | | |
| | d | Distributions (attach statement if required) (see instructions) | | | 16c | | |
| | e | Repayment of loans from shareholders | | | 16d | | |
| | | | | | 16e | | |

Form **1120S** (2012)

T-1

| Taxpayer Name: | ROSSINI, ALBERT M & BRENDA A | Examiner: | Sanders, Joan |
|---|---|---|---|
| TIN: | 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 | | |
| Tax Form: | 1040 | Date: 3/3 & 5/4/17 | |
| Tax Year (s): | 201212 | | |

## Schedule C Gross Receipts

| Tax Period | Per Return | Per Exam | Adjustment | Reference |
|---|---|---|---|---|
| 201212 | 849,528.00 | 849,528.00 | .00 | |

**Conclusion:** *(Reflects the final determination on the issue.)*

No adjustment is required per IRC 61 and Treasury Regulation 6001 for 201212

| Audit Steps: *(Document audit steps taken or to be taken.)* | Workpaper Reference |
|---|---|
| 1. Reconcile the amount per return to Taxpayer's records. | 401 |
| 2. Note items that are unusual in origin, nature or amount. | 401 |
| 3. Test the books of original entry by tracing the entries back to the original sales slips, original cash register tapes, original contracts, job record book, or bank deposits. | N/A |
| 4. Be alert for taxable income which may not appear on the books | 401 |
| 5. | |

**Facts:** *(Document the relevant facts.)*

This audit is for Federal Income Tax Form 1040 for Albert M. & Brenda A. Rossini for 201212 which includes a Schedule C business, Comprehensive Properties, and a Schedule E loss taken on Form 1040 for $(382,636) but the Schedule E form was not attached to the return. At the initial interview, Mr. Rossini provided a copy of the 2012 Form 1120S for Devon Street Investments LTD which indicates Mr. Rossini is President and 100% shareholder. Form K-1 was blank. This is the only year the entity filed a return, it is for the period of 1/1/2012-12/31/2012 and an S form election was effective on 5/10/2011. TP stated he has not filed Federal Income Tax returns for Devon Street Investments for 2013 or 2014 and agreed to file these with the RA. These additional returns have not been filed. 201212 was the last year Federal Income Tax Form 1040 was filed to include Mr. Rossini and the last year a filed return included Comprehensive Properties.

Mr. Rossini stated that he is involved in residential and commercial properties in the Chicagoland area. He described various activities he is involved in which included collection of rent (usually 10% of the monthly rent paid), property management to include restitution of properties, consulting work determining properties worth and services for properties to obtain written assignments of rights to acquire the property and/or their notes, mortgages or amounts due in order to deed the property to an investor. Many of the properties are not in Mr. Rossini's name. He obtains funds for the activities by finding investors in each activity.

At the initial interview with Mr. Rossini, he stated that most transactions were partially included on his Form 1040, Sch C business (Comprehensive Properties) and partially included on the Form 1120S (Devon Street Investments LTD). He stated he had no idea how or why some transactions were included on one entity versus the other entity. He stated he prepared the return with the help of a local accountant who did not sign the return. Mr. Rossini presented worksheets showing various amounts for income and expenses for both returns and these amounts changed each time he provided documents. It appears amounts are commingled between the S Corporation and the Schedule C entity. The substantiation Mr. Rossini provided did not reconcile to any of the amounts on the returns. Check copies he provided indicated Mr. Rossini did receive funds for real estate transactions. Mr. Rossini frequently stated he received more funds than is shown on the returns. Gross Receipts amount per return is accepted.

No adjustment is required per IRC 61 and 6001 for 201212

Form **1040** Department of the Treasury—Internal Revenue Service (99)
**U.S. Individual Income Tax Return** **2011** OMB No. 1545-0074 | IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2011, or other tax year beginning , 2011, ending , 20 | See separate instructions.

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| Albert M | Rossini | 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 |

| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
|---|---|---|
| Brenda A | Rossini | 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 |

Home address (number and street). If you have a P.O. box, see instructions. | Apt. no. | ▲ Make sure the SSN(s) above and on line 6c are correct.

928 Elm St.

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).

Winnetka IL 60093

| Foreign country name | Foreign province/county | Foreign postal code |

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

**Filing Status**
Check only one box.

1. ☐ Single
2. ☒ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child

**Exemptions**

6a ☒ **Yourself.** If someone can claim you as a dependent, **do not** check box 6a . . . . .
b ☒ **Spouse** . . . . . . . . . . . . . . . . . . . . . . .

| Boxes checked on 6a and 6b | 2 |
| No. of children on 6c who: | |

c Dependents:

| (1) First name    Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qualifying for child tax credit (see instructions) |
|---|---|---|---|
| Spencer Rossini | 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 | Son | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

If more than four dependents, see instructions and check here ▶ ☐

• lived with you | 1
• did not live with you due to divorce or separation (see instructions)
Dependents on 6c not entered above

d Total number of exemptions claimed . . . . . . . . . . . . . . . . . . . . . | Add numbers on lines above ▶ | 3

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 . . . . . | **7** | |
| 8a | Taxable interest. Attach Schedule B if required . . . . | **8a** | |
| b | Tax-exempt interest. **Do not** include on line 8a . . . | **8b** | |
| 9a | Ordinary dividends. Attach Schedule B if required . . . | **9a** | |
| b | Qualified dividends . . . . . . . . . . . . | **9b** | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | **10** | |
| 11 | Alimony received . . . . . . . . . . . . . | **11** | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ . . | **12** | 84,834. |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | **13** | |
| 14 | Other gains or (losses). Attach Form 4797 . . . . . | **14** | |
| 15a | IRA distributions 15a | b Taxable amount . . . | **15b** | |
| 16a | Pensions and annuities 16a | b Taxable amount . . . | **16b** | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | **17** | −9,817. |
| 18 | Farm income or (loss). Attach Schedule F . . . . . | **18** | |
| 19 | Unemployment compensation . . . . . . . . . | **19** | |
| 20a | Social security benefits 20a | b Taxable amount . . . | **20b** | |
| 21 | Other income. List type and amount | **21** | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | **22** | 75,017. |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | Educator expenses . . . . . . . . . | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 . | 25 | |
| 26 | Moving expenses. Attach Form 3903 . . . . . | 26 | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE . | 27 | 5,993. |
| 28 | Self-employed SEP, SIMPLE, and qualified plans . . | 28 | |
| 29 | Self-employed health insurance deduction . . . . | 29 | |
| 30 | Penalty on early withdrawal of savings . . . . . | 30 | |
| 31a | Alimony paid b Recipient's SSN ▶ | 31a | |
| 32 | IRA deduction . . . . . . . . . . | 32 | |
| 33 | Student loan interest deduction . . . . . . | 33 | |
| 34 | Tuition and fees. Attach Form 8917 . . . . . | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | |
| 36 | Add lines 23 through 35 . . . . . . . . . . . . . . . . . | 36 | 5,993. |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** . . . . . ▶ | 37 | 69,024. |

INTERNAL REVENUE SERVICE
W & I - FIELD ASSISTANCE
GURNEE PARK IL 60176
APR 14 2016
PROOF OF IDENTITY ONLY
THIS IS NOT AN OFFICIAL RECEIPT

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.

Form 1040 (2011)

Page 2

| | | | | | |
|---|---|---|---|---|---|
| **Tax and Credits** | **38** | Amount from line 37 (adjusted gross income) | | **38** | 69,024. |
| | **39a** | Check if: ☐ You were born before January 2, 1947, ☐ Blind. ☐ Spouse was born before January 2, 1947, ☐ Blind. } **Total boxes checked ▶ 39a** | | | |
| **Standard Deduction for—** | **b** | If your spouse itemizes on a separate return or you were a dual-status alien, check here▶ 39b☐ | | | |
| • People who check any box on line 39a or 39b or who can be claimed as a dependent, see instructions. | **40** | Itemized deductions (from Schedule A) **or** your **standard deduction** (see left margin) | | **40** | 21,033. |
| | **41** | Subtract line 40 from line 38 | | **41** | 47,991. |
| | **42** | **Exemptions.** Multiply $3,700 by the number on line 6d | | **42** | 11,100. |
| | **43** | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | | **43** | 36,891. |
| | **44** | **Tax** (see instructions). Check if any from: **a** ☐ Form(s) 8814 **b** ☐ Form 4972 **c** ☐ 962 election | | **44** | 4,681. |
| • All others: | **45** | **Alternative minimum tax** (see instructions). Attach Form 6251 | | **45** | |
| Single or Married filing separately, $5,800 | **46** | Add lines 44 and 45 | ▶ | **46** | 4,681. |
| | **47** | Foreign tax credit. Attach Form 1116 if required | **47** | | |
| Married filing jointly or Qualifying widow(er), $11,600 | **48** | Credit for child and dependent care expenses. Attach Form 2441 | **48** | | |
| | **49** | Education credits from Form 8863, line 23 | **49** | 1,500. | |
| | **50** | Retirement savings contributions credit. Attach Form 8880 | **50** | | |
| Head of household, $8,500 | **51** | Child tax credit (see instructions) | **51** | | |
| | **52** | Residential energy credits. Attach Form 5695 | **52** | | |
| | **53** | Other credits from Form: **a** ☐ 3800 **b** ☐ 8801 **c** ☐ | **53** | | |
| | **54** | Add lines 47 through 53. These are your **total credits** | | **54** | 1,500. |
| | **55** | Subtract line 54 from line 46. If line 54 is more than line 46, enter -0- | ▶ | **55** | 3,181. |
| **Other Taxes** | **56** | Self-employment tax. Attach Schedule SE | | **56** | 10,420. |
| | **57** | Unreported social security and Medicare tax from Form: **a** ☐ 4137 **b** ☐ 8919 | | **57** | |
| | **58** | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | | **58** | |
| | **59a** | Household employment taxes from Schedule H | | **59a** | |
| | **b** | First-time homebuyer credit repayment. Attach Form 5405 if required | | **59b** | |
| | **60** | Other taxes. Enter code(s) from instructions | | **60** | |
| | **61** | Add lines 55 through 60. This is your **total tax** | ▶ | **61** | 13,601. |
| **Payments** | **62** | Federal income tax withheld from Forms W-2 and 1099 | **62** | | |
| If you have a qualifying child, attach Schedule EIC. | **63** | 2011 estimated tax payments and amount applied from 2010 return | **63** | | |
| | **64a** | **Earned income credit (EIC)** | **64a** | | |
| | **b** | Nontaxable combat pay election | **64b** | | |
| | **65** | Additional child tax credit. Attach Form 8812 | **65** | | |
| | **66** | American opportunity credit from Form 8863, line 14 | **66** | 1,000. | |
| | **67** | First-time homebuyer credit from Form 5405, line 10 | **67** | | |
| | **68** | Amount paid with request for extension to file | **68** | | |
| | **69** | Excess social security and tier 1 RRTA tax withheld | **69** | | |
| | **70** | Credit for federal tax on fuels. Attach Form 4136 | **70** | | |
| | **71** | Credits from Form: **a** ☐ 2439 **b** ☐ 8839 **c** ☐ 8801 **d** ☐ 8885 | **71** | | |
| | **72** | Add lines 62, 63, 64a, and 65 through 71. These are your **total payments** | ▶ | **72** | 1,000. |
| **Refund** | **73** | If line 72 is more than line 61, subtract line 61 from line 72. This is the amount you **overpaid** | | **73** | |
| | **74a** | Amount of line 73 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | | **74a** | |
| Direct deposit? ▶ See instructions. ▶ | **b** | Routing number X X X X X X X X X **c** Type: ☐ Checking ☐ Savings | | | |
| | **d** | Account number X X X X X X X X X X X X X X X X X | | | |
| | **75** | Amount of line 73 you want **applied to your 2012 estimated tax ▶** | **75** | | |
| **Amount You Owe** | **76** | **Amount you owe.** Subtract line 72 from line 61. For details on how to pay, see instructions ▶ | | **76** | 12,759. |
| | **77** | Estimated tax penalty (see instructions) | **77** | 158. | |

| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ **Yes. Complete below.** ☑ **No** |
|---|---|
| | Designee's name ▶ | Phone no. ▶ | Personal identification number (PIN) ▶ |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Joint return? See instructions. Keep a copy for your records. | Your signature *[signature]* | Date 4/17/12 | Your occupation Real Estate Consultant | Daytime phone number |
|---|---|---|---|---|
| | Spouse's signature. If a joint return, both must sign. *[signature]* Brenda Rossini | Date | Spouse's occupation Retired | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |

| **Paid Preparer Use Only** | Print/Type preparer's name CASEY CZARNECKI | Preparer's signature CASEY CZARNECKI, CPA | Date | Check ☑ if self-employed | PTIN P00232995 |
|---|---|---|---|---|---|
| | Firm's name ▶ CASEY CZARNECKI, CPA | | | Firm's EIN ▶ | |
| | Firm's address ▶ 3924 W. DEVON, LINCONWOOD, IL 60712 | | | Phone no. 708·267·3093 | |

REV 02/22/12 TTW

Form **1040** (2011)

**SCHEDULE A**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service (99)

**Itemized Deductions**

▶ Attach to Form 1040.　　▶ See Instructions for Schedule A (Form 1040).

OMB No. 1545-0074

**2011**

Attachment
Sequence No. **07**

Name(s) shown on Form 1040

Albert M & Brenda A Rossini

Your social security number

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

| | | | | |
|---|---|---|---|---|
| **Medical and Dental Expenses** | **Caution.** Do not include expenses reimbursed or paid by others. | | | |
| | 1 Medical and dental expenses (see instructions) . . . . . | **1** | 24,932. | |
| | 2 Enter amount from Form 1040, line 38 **2** 69,024. | | | |
| | 3 Multiply line 2 by 7.5% (.075) . . . . . . . . . . | **3** | 5,177. | |
| | 4 Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- . . . . . . . | | **4** | 19,755. |
| **Taxes You Paid** | 5 State and local (check only one box): | | | |
| |   **a** ☒ Income taxes, **or**    } | **5** | 1,278. | |
| |   **b** ☐ General sales taxes } | | | |
| | 6 Real estate taxes (see instructions) . . . . | **6** | | |
| | 7 Personal property taxes . . . . . . . . | **7** | | |
| | 8 Other taxes. List type and amount ▶ _____ | **8** | | |
| | 9 Add lines 5 through 8 . . . . . . . . . . . . | | **9** | 1,278. |
| **Interest You Paid** | 10 Home mortgage interest and points reported to you on Form 1098 | **10** | | |
| **Note.** Your mortgage interest deduction may be limited (see instructions). | 11 Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying no., and address ▶ _____ | **11** | | |
| | 12 Points not reported to you on Form 1098. See instructions for special rules . . . . . . . . . . . . . | **12** | | |
| | 13 Mortgage insurance premiums (see instructions) . . . . . | **13** | | |
| | 14 Investment interest. Attach Form 4952 if required. (See instructions.) | **14** | | |
| | 15 Add lines 10 through 14 . . . . . . . . . . . . | | **15** | |
| **Gifts to Charity** | 16 Gifts by cash or check. If you made any gift of $250 or more, see instructions . . . . | **16** | | |
| If you made a gift and got a benefit for it, see instructions. | 17 Other than by cash or check. If any gift of $250 or more, see instructions. You **must** attach Form 8283 if over $500 . . . | **17** | | |
| | 18 Carryover from prior year . . . . . . . . . . | **18** | | |
| | 19 Add lines 16 through 18 . . . . . . . . . . . . | | **19** | |
| **Casualty and Theft Losses** | 20 Casualty or theft loss(es). Attach Form 4684. (See instructions.) . . . . . . . . . | | **20** | |
| **Job Expenses and Certain Miscellaneous Deductions** | 21 Unreimbursed employee expenses—job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See instructions.) ▶ _____ | **21** | | |
| | 22 Tax preparation fees . . . . . . . . . . | **22** | | |
| | 23 Other expenses—investment, safe deposit box, etc. List type and amount ▶ _____ | **23** | | |
| | 24 Add lines 21 through 23 . . . . . . . . . . | **24** | | |
| | 25 Enter amount from Form 1040, line 38 **25** | | | |
| | 26 Multiply line 25 by 2% (.02) . . . . . . . . | **26** | | |
| | 27 Subtract line 26 from line 24. If line 26 is more than line 24, enter -0- . . . . . . | | **27** | |
| **Other Miscellaneous Deductions** | 28 Other—from list in instructions. List type and amount ▶ _____ | | **28** | |
| **Total Itemized Deductions** | 29 Add the amounts in the far right column for lines 4 through 28. Also, enter this amount on Form 1040, line 40 . . . . . . . . . . . . . . . . . . . . | | **29** | 21,033. |
| | 30 If you elect to itemize deductions even though they are less than your standard deduction, check here . . . . . . . . . . . . . . . . . . ▶ ☐ | | | |

For Paperwork Reduction Act Notice, see Form 1040 instructions.　**BAA**　　　　REV 12/06/11 TTW　　　　Schedule A (Form 1040) 2011

**SCHEDULE C**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service (99)

**Profit or Loss From Business**
(Sole Proprietorship)

▶ For information on Schedule C and its instructions, go to www.irs.gov/schedulec
▶ Attach to Form 1040, 1040NR, or 1041; partnerships generally must file Form 1065.

OMB No. 1545-0074

20**11**

Attachment
Sequence No. 09

| Name of proprietor | Social security number (SSN) |
|---|---|
| Albert M Rossini | 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 |

| **A** | Principal business or profession, including product or service (see instructions) | **B** Enter code from instructions |
|---|---|---|
| | Real Estate Consultant | ▶ 5 3 1 3 9 0 |

| **C** | Business name. If no separate business name, leave blank. | **D** Employer ID number (EIN), (see instr.) |
|---|---|---|
| | Comprehensive Properties | |

**E** Business address (including suite or room no.) ▶ 3924 W. Devon Suuite 200
City, town or post office, state, and ZIP code    Lincolnwood, IL 60712

**F** Accounting method: (1) ☒ Cash (2) ☐ Accrual (3) ☐ Other (specify) ▶

**G** Did you "materially participate" in the operation of this business during 2011? If "No," see instructions for limit on losses .     ☒ Yes ☐ No

**H** If you started or acquired this business during 2011, check here . . . . . . . . . . . . . . . ▶ ☐

**I** Did you make any payments in 2011 that would require you to file Form(s) 1099? (see instructions) . . . . .     ☒ Yes ☐ No

**J** If "Yes," did you or will you file all required Forms 1099? . . . . . . . . . . . . . . . . .     ☒ Yes ☐ No

### Part I    Income

| | | | | |
|---|---|---|---|---|
| **1a** | Merchant card and third party payments. For 2011, enter -0- . . . | 1a | 0. | |
| **b** | Gross receipts or sales not entered on line 1a (see instructions) . . | 1b | 577,967. | |
| **c** | Income reported to you on Form W-2 if the "Statutory Employee" box on that form was checked. **Caution.** See instr. before completing this line | 1c | | |
| **d** | **Total gross receipts.** Add lines 1a through 1c . . . . . . . . . . . . | | **1d** | 577,967. |
| **2** | Returns and allowances plus any other adjustments (see instructions) . . . . . . . | | **2** | 78,982. |
| **3** | Subtract line 2 from line 1d . . . . . . . . . . . . . . . . | | **3** | 498,985. |
| **4** | Cost of goods sold (from line 42) . . . . . . . . . . . . . . | | **4** | |
| **5** | **Gross profit.** Subtract line 4 from line 3 . . . . . . . . . . . . | | **5** | 498,985. |
| **6** | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) . . . | | **6** | |
| **7** | **Gross income.** Add lines 5 and 6 . . . . . . . . . . . . . ▶ | | **7** | 498,985. |

### Part II    Expenses    Enter expenses for business use of your home only on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **8** | Advertising . . . . | **8** | 125. | **18** | Office expense (see instructions) | **18** | |
| **9** | Car and truck expenses (see instructions) . . . . . | **9** | 6,458. | **19** | Pension and profit-sharing plans . | **19** | |
| | | | | **20** | Rent or lease (see instructions): | | |
| **10** | Commissions and fees . | **10** | 45,470. | **a** | Vehicles, machinery, and equipment | **20a** | |
| **11** | Contract labor (see instructions) | **11** | 174,471. | **b** | Other business property . . . | **20b** | 49,544. |
| **12** | Depletion . . . . | **12** | | **21** | Repairs and maintenance . . . | **21** | |
| **13** | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) . . . . | **13** | | **22** | Supplies (not included in Part III) . | **22** | 2,070. |
| | | | | **23** | Taxes and licenses . . . . . | **23** | 199. |
| | | | | **24** | Travel, meals, and entertainment: | | |
| **14** | Employee benefit programs (other than on line 19) . | **14** | | **a** | Travel . . . . . . . | **24a** | |
| | | | | **b** | Deductible meals and | | |
| **15** | Insurance (other than health) | **15** | | | entertainment (see instructions) . | **24b** | |
| **16** | Interest: | | | **25** | Utilities . . . . . . . | **25** | 16,468. |
| **a** | Mortgage (paid to banks, etc.) | **16a** | | **26** | Wages (less employment credits) . | **26** | |
| **b** | Other . . . . . | **16b** | 18,000. | **27a** | Other expenses (from line 48) . . | **27a** | 13,666. |
| **17** | Legal and professional services | **17** | 87,680. | **b** | **Reserved for future use** . . . | **27b** | |

| | | | |
|---|---|---|---|
| **28** | **Total expenses** before expenses for business use of home. Add lines 8 through 27a . . . . . ▶ | **28** | 414,151. |
| **29** | Tentative profit or (loss). Subtract line 28 from line 7 . . . . . . . . . . . . . . | **29** | 84,834. |
| **30** | Expenses for business use of your home. Attach **Form 8829**. Do **not** report such expenses elsewhere . . | **30** | |
| **31** | **Net profit or (loss).** Subtract line 30 from line 29. | | |
| | • If a profit, enter on both **Form 1040, line 12** (or **Form 1040NR, line 13**) and on **Schedule SE, line 2.** If you entered an amount on line 1c, see instr. Estates and trusts, enter on **Form 1041, line 3.** | **31** | 84,834. |
| | • If a loss, you **must** go to line 32. | | |
| **32** | If you have a loss, check the box that describes your investment in this activity (see instructions). | | |
| | • If you checked 32a, enter the loss on both **Form 1040, line 12,** (or **Form 1040NR, line 13**) and on **Schedule SE, line 2.** If you entered an amount on line 1c, see the instructions for line 31. Estates and trusts, enter on **Form 1041, line 3.** | **32a** ☐ All investment is at risk. **32b** ☐ Some investment is not at risk. | |
| | • If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited. | | |

**For Paperwork Reduction Act Notice, see your tax return instructions.    BAA**        REV 01/11/12 TTW        Schedule C (Form 1040) 2011

Schedule C (Form 1040) 2011

Page **2**

**Part III**   Cost of Goods Sold   (see instructions)

| | | |
|---|---|---|
| 33 | Method(s) used to value closing inventory:  **a** ☐ Cost  **b** ☐ Lower of cost or market  **c** ☐ Other (attach explanation) | |
| 34 | Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes   ☐ No | |
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation . . . | **35** | |
| 36 | Purchases less cost of items withdrawn for personal use . . . . . . . . . | **36** | |
| 37 | Cost of labor. Do not include any amounts paid to yourself . . . . . . . . | **37** | |
| 38 | Materials and supplies . . . . . . . . . . . . . . . . . . . . . . | **38** | |
| 39 | Other costs . . . . . . . . . . . . . . . . . . . . . . . . . | **39** | |
| 40 | Add lines 35 through 39 . . . . . . . . . . . . . . . . . . . . | **40** | |
| 41 | Inventory at end of year . . . . . . . . . . . . . . . . . . . . | **41** | |
| 42 | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on line 4 . . . . . | **42** | |

**Part IV**   **Information on Your Vehicle.**  Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43   When did you place your vehicle in service for business purposes? (month, day, year)   ▶ 01/01/2009

44   Of the total number of miles you drove your vehicle during 2011, enter the number of miles you used your vehicle for:

**a**  Business _____ 11,000   **b** Commuting (see instructions) _____ 5,000   **c** Other _____ 6,000

| | | |
|---|---|---|
| 45 | Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . . ☒ Yes   ☐ No | |
| 46 | Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . . ☐ Yes   ☒ No | |
| 47a | Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . . . ☒ Yes   ☐ No | |
| **b** | If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . . ☒ Yes   ☐ No | |

**Part V**   **Other Expenses.**  List below business expenses not included on lines 8–26 or line 30.

| | |
|---|---|
| Dues and Subscriptions | 5,075. |
| Office/computer/telephone maintenance | 5,844. |
| Storage | 1,465. |
| Postage and Delivery | 622. |
| Automobile Reim bursement | 660. |
| | |
| | |
| | |
| 48   **Total other expenses.** Enter here and on line 27a . . . . . . . . . . . . . . . **48** | 13,666. |

| SCHEDULE E (Form 1040) | **Supplemental Income and Loss** | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | (From rental real estate, royalties, partnerships, S corporations, estates, trusts, REMICs, etc.) ▶ Attach to Form 1040, 1040NR, or Form 1041. ▶ See separate instructions. | 2011 Attachment Sequence No. 13 |

| Name(s) shown on return | Your social security number |
|---|---|
| Albert M & Brenda A Rossini | 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 |

**A** Did you make any payments in 2011 that would require you to file Form(s) 1099? (see instructions) ☐ Yes ☒ No
**B** If "Yes," did you or will you file all required Forms 1099? ☐ Yes ☐ No

**Part I**   **Income or Loss From Rental Real Estate and Royalties**   **Note.** If you are in the business of renting personal property, use **Schedule C or C-EZ** (see instructions). If you are an individual, report farm rental income or loss from **Form 4835** on page 2, line 40.

**Caution.** For each rental property listed on line 1, check the box in the last column only if you owned that property as a member of a qualified joint venture (QJV) reporting income not subject to self-employment tax.

| 1 Physical address of each property–street, city, state, zip | Type–from list below | 2 For each rental real estate property listed, report the number of days rented at fair rental value and days with personal use. See instructions. | | Fair Rental Days | Personal Use Days | QJV |
|---|---|---|---|---|---|---|
| A | 4321 S. Marshfield Chicago IL 60609 | 1 | A | 365 | 0 | |
| B | | | B | | | |
| C | | | C | | | |

**Type of Property:**

1 Single Family Residence    3 Vacation/Short-Term Rental    5 Land    7 Self-Rental
2 Multi-Family Residence    4 Commercial    6 Royalties    8 Other (describe)

| Income: | | | **Properties** | | |
|---|---|---|---|---|---|
| | | | **A** | **B** | **C** |
| 3a | Merchant card and third party payments. For 2011, enter -0- | 3a | 0. | | |
| b | Payments not reported to you on line 3a | 3b | 7,272. | | |
| 4 | Total not including amounts on line 3a that are not income (see instructions) | 4 | 7,272. | | |
| **Expenses:** | | | | | |
| 5 | Advertising | 5 | | | |
| 6 | Auto and travel (see instructions) | 6 | | | |
| 7 | Cleaning and maintenance | 7 | 1,144. | | |
| 8 | Commissions | 8 | | | |
| 9 | Insurance | 9 | 3,200. | | |
| 10 | Legal and other professional fees | 10 | | | |
| 11 | Management fees | 11 | | | |
| 12 | Mortgage interest paid to banks, etc. (see instructions) | 12 | | | |
| 13 | Other interest | 13 | | | |
| 14 | Repairs | 14 | 5,762. | | |
| 15 | Supplies | 15 | 5,349. | | |
| 16 | Taxes | 16 | | | |
| 17 | Utilities | 17 | 1,363. | | |
| 18 | Depreciation expense or depletion | 18 | 271. | | |
| 19 | Other (list) ▶ | 19 | | | |
| 20 | Total expenses. Add lines 5 through 19 | 20 | 17,089. | | |
| 21 | Subtract line 20 from line 4. If result is a (loss), see instructions to find out if you must file **Form 6198** | 21 | -9,817. | | |
| 22 | Deductible rental real estate loss after limitation, if any, on **Form 8582** (see instructions) | 22 | ( 9,817. )| ( )| ( )|

| 23a | Total of all amounts reported on line 3a for all rental properties | 23a | 0. |
|---|---|---|---|
| b | Total of all amounts reported on line 3a for all royalty properties | 23b | |
| c | Total of all amounts reported on line 4 for all rental properties | 23c | 7,272. |
| d | Total of all amounts reported on line 4 for all royalty properties | 23d | |
| e | Total of all amounts reported on line 12 for all properties | 23e | |
| f | Total of all amounts reported on line 18 for all properties | 23f | 271. |
| g | Total of all amounts reported on line 20 for all properties | 23g | 17,089. |

| 24 | **Income.** Add positive amounts shown on line 21. **Do not** include any losses | 24 | |
|---|---|---|---|
| 25 | **Losses.** Add royalty losses from line 21 and rental real estate losses from line 22. Enter total losses here | 25 | ( 9,817. ) |
| 26 | **Total rental real estate and royalty income or (loss).** Combine lines 24 and 25. Enter the result here. If Parts II, III, IV, and line 40 on page 2 do not apply to you, also enter this amount on Form 1040, line 17, or Form 1040NR, line 18. Otherwise, include this amount in the total on line 41 on page 2. NPA | 26 | -9,817. |

For Paperwork Reduction Act Notice, see your tax return instructions.   **BAA**   REV 01/11/12 TTW    -9,817.   **Schedule E (Form 1040) 2011**

Schedule E (Form 1040) 2011

Name(s) shown on return. Do not enter name and social security number if shown on other side.

Attachment Sequence No. **13**     **Page 2**

Albert M & Brenda A Rossini

**Your social security number**
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

**Caution.** The IRS compares amounts reported on your tax return with amounts shown on Schedule(s) K-1.

### Part II   Income or Loss From Partnerships and S Corporations

**Note.** If you report a loss from an at-risk activity for which any amount is **not** at risk, you **must** check the box in column (e) on line 28 and attach Form 6198. See instructions.

**27** Are you reporting any loss not allowed in a prior year due to the at-risk or basis limitations, a prior year unallowed loss from a passive activity (if that loss was not reported on Form 8582), or unreimbursed partnership expenses? If you answered "Yes," see instructions before completing this section.   ☐ **Yes**   ☒ **No**

| 28 | (a) Name | (b) Enter P for partnership; S for S corporation | (c) Check if foreign partnership | (d) Employer identification number | (e) Check if any amount is not at risk |
|---|---|---|---|---|---|
| A | | | ☐ | | ☐ |
| B | | | ☐ | | ☐ |
| C | | | ☐ | | ☐ |
| D | | | ☐ | | ☐ |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (f) Passive loss allowed (attach Form 8582 if required) | (g) Passive income from Schedule K-1 | (h) Nonpassive loss from Schedule K-1 | (i) Section 179 expense deduction from Form 4562 | (j) Nonpassive income from Schedule K-1 |
| A | | | | | |
| B | | | | | |
| C | | | | | |
| D | | | | | |
| 29a Totals | | | | | |
| b Totals | | | | | |

| 30 | Add columns (g) and (j) of line 29a . . . . . . . . | 30 | |
|---|---|---|---|
| 31 | Add columns (f), (h), and (i) of line 29b . . . . . . . . . | 31 | ( ) |
| 32 | **Total partnership and S corporation income or (loss).** Combine lines 30 and 31. Enter the result here and include in the total on line 41 below . . . . . . . . . . . . . . | 32 | |

### Part III   Income or Loss From Estates and Trusts

| 33 | (a) Name | (b) Employer identification number |
|---|---|---|
| A | | |
| B | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach Form 8582 if required) | (d) Passive income from Schedule K-1 | (e) Deduction or loss from Schedule K-1 | (f) Other income from Schedule K-1 |
| A | | | | |
| B | | | | |
| 34a Totals | | | | |
| b Totals | | | | |

| 35 | Add columns (d) and (f) of line 34a . . . . . . . . . | 35 | |
|---|---|---|---|
| 36 | Add columns (c) and (e) of line 34b . . . . . . . . . | 36 | ( ) |
| 37 | **Total estate and trust income or (loss).** Combine lines 35 and 36. Enter the result here and include in the total on line 41 below . . . . . . . . . . | 37 | |

### Part IV   Income or Loss From Real Estate Mortgage Investment Conduits (REMICs)—Residual Holder

| 38 | (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c (see instructions) | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|---|
| | | | | | |

| 39 | Combine columns (d) and (e) only. Enter the result here and include in the total on line 41 below | 39 | |
|---|---|---|---|

### Part V   Summary

| 40 | Net farm rental income or (loss) from Form 4835. Also, complete line 42 below . . . . . | 40 | |
|---|---|---|---|
| 41 | **Total income or (loss).** Combine lines 26, 32, 37, 39, and 40. Enter the result here and on Form 1040, line 17, or Form 1040NR, line 18 ▶ | 41 | −9,817. |
| 42 | **Reconciliation of farming and fishing income.** Enter your **gross** farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), box 14, code B; Schedule K-1 (Form 1120S), box 17, code U; and Schedule K-1 (Form 1041), line 14, code F (see instructions) . . | 42 | |
| 43 | **Reconciliation for real estate professionals.** If you were a real estate professional (see instructions), enter the net income or (loss) you reported anywhere on Form 1040 or Form 1040NR from all rental real estate activities in which you materially participated under the passive activity loss rules . . | 43 | −9,817. |

REV 01/11/12 TTW        Schedule E (Form 1040) 2011

| SCHEDULE SE<br>(Form 1040)<br>Department of the Treasury<br>Internal Revenue Service (99) | **Self-Employment Tax**<br><br>▶ Attach to Form 1040 or Form 1040NR.　　▶ See separate instructions. | OMB No. 1545-0074<br>2011<br>Attachment<br>Sequence No. 17 |
|---|---|---|

| Name of person with **self-employment** income (as shown on Form 1040)<br>Albert M Rossini | Social security number of person<br>with **self-employment** income ▶　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 |
|---|---|

***Before you begin:*** To determine if you must file Schedule SE, see the instructions.

## May I Use Short Schedule SE or Must I Use Long Schedule SE?

**Note.** Use this flowchart **only** if you must file Schedule SE. If unsure, see *Who Must File Schedule SE* in the instructions.



Section A—Short Schedule SE.   Caution. Read above to see if you can use Short Schedule SE.

| | | | |
|---|---|---|---|
| **1a** | Net farm profit or (loss) from Schedule F, line 34, and farm partnerships, Schedule K-1 (Form 1065), box 14, code A . . . . . . . . . . . . . . . . . . . . . . . . . . | **1a** | |
| **b** | If you received social security retirement or disability benefits, enter the amount of Conservation Reserve Program payments included on Schedule F, line 4b, or listed on Schedule K-1 (Form 1065), box 20, code Y | **1b** ( | ) |
| **2** | Net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), box 14, code A (other than farming); and Schedule K-1 (Form 1065-B), box 9, code J1. Ministers and members of religious orders, see instructions for types of income to report on this line. See instructions for other income to report . . . . . . . . . . . . . . | **2** | 84,834. |
| **3** | Combine lines 1a, 1b, and 2 . . . . . . . . . . . . . . . . . . . . . . | **3** | 84,834. |
| **4** | Multiply line 3 by 92.35% (.9235). If less than $400, you do not owe self-employment tax; **do not** file this schedule unless you have an amount on line 1b . . . . . . . . . . . ▶ | **4** | 78,344. |
| | Note. If line 4 is less than $400 due to Conservation Reserve Program payments on line 1b, see instructions. | | |
| **5** | **Self-employment tax. If the amount on line 4 is:**<br>• $106,800 or less, multiply line 4 by 13.3% (.133). Enter the result here and on **Form 1040, line 56,** or **Form 1040NR, line 54**<br>• More than $106,800, multiply line 4 by 2.9% (.029). Then, add $11,107.20 to the result.<br>Enter the total here and on **Form 1040, line 56,** or **Form 1040NR, line 54** . . . . . . . | **5** | 10,420. |
| **6** | **Deduction for employer-equivalent portion of self-employment tax.**<br>If the amount on line 5 is:<br>• $14,204.40 or less, multiply line 5 by 57.51% (.5751)<br>• More than $14,204.40, multiply line 5 by 50% (.50) and add $1,067 to the result.<br>Enter the result here and on **Form 1040, line 27,** or **Form 1040NR, line 27** . . . . . . . . . . . . . . | **6**　　　5,993. | |

| Form **8863** | **Education Credits (American Opportunity and Lifetime Learning Credits)** | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ▶ See separate instructions to find out if you are eligible to take the credits. ▶ Attach to Form 1040 or Form 1040A. | **2011** Attachment Sequence No. **50** |

| Name(s) shown on return | Your social security number |
|---|---|
| Albert M & Brenda A Rossini | 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 |

**CAUTION** — **You cannot** take both an education credit and the tuition and fees deduction (see Form 8917) for the **same student** for the same year.

## Part I — American Opportunity Credit

**Caution:** You **cannot** take the American opportunity credit for more than **4 tax years** for the **same student**.

| 1 | **(a)** Student's name (as shown on page 1 of your tax return) First name / Last name | **(b)** Student's social security number (as shown on page 1 of your tax return) | **(c)** Qualified expenses (see instructions). **Do not** enter more than $4,000 for each student. | **(d)** Subtract $2,000 from the amount in column (c). If zero or less, enter -0-. | **(e)** Multiply the amount in column (d) by 25% (.25) | **(f)** If column (d) is zero, enter the amount from column (c). Otherwise, add $2,000 to the amount in column (e). |
|---|---|---|---|---|---|---|
| | Spencer Rossini | 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 | 4,000. | 2,000. | 500. | 2,500. |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| 2 | **Tentative American opportunity credit.** Add the amounts on line 1, column (f). If you are taking the lifetime learning credit for a different student, go to Part II; otherwise, go to Part III . . . . . . . ▶ | 2 | 2,500. |
|---|---|---|---|

## Part II — Lifetime Learning Credit

**Caution:** You **cannot** take the American opportunity credit and the lifetime learning credit for the **same student** in the same year.

| 3 | **(a)** Student's name (as shown on page 1 of your tax return) First name / Last name | **(b)** Student's social security number (as shown on page 1 of your tax return) | **(c)** Qualified expenses (see instructions) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| 4 | Add the amounts on line 3, column (c), and enter the total . . . . . . . . . . . . | 4 | |
|---|---|---|---|
| 5 | Enter the **smaller** of line 4 or $10,000 . . . . . . . . . . . . . . . . . | 5 | |
| 6 | **Tentative lifetime learning credit.** Multiply line 5 by 20% (.20). If you have an entry on line 2, go to Part III; otherwise go to Part IV . . . . . . . . . . . . . . . . . . . . . . . . | 6 | |

For Paperwork Reduction Act Notice, see your tax return instructions. **BAA**      REV 01/05/12 TTW      Form **8863** (2011)

Form 8863 (2011)    Page **2**

## Part III    Refundable American Opportunity Credit

| | | | |
|---|---|---|---|
| 7 | Enter the amount from line 2. | | **7** 2,500. |
| 8 | Enter: $180,000 if married filing jointly; $90,000 if single, head of household, or qualifying widow(er) . . . . . . . . . . . . | **8** 180,000. | |
| 9 | Enter the amount from Form 1040, line 38, or Form 1040A, line 22. If you are filing Form 2555, 2555-EZ, or 4563, or you are excluding income from Puerto Rico, see Pub. 970 for the amount to enter . . . . . . . . | **9** 69,024. | |
| 10 | Subtract line 9 from line 8. If zero or less, **stop**; you cannot take any education credit . . . . . . . . . . . . . . . . . . . . | **10** 110,976. | |
| 11 | Enter: $20,000 if married filing jointly; $10,000 if single, head of household, or qualifying widow(er) . . . . . . . . . . . . . . . | **11** 20,000. | |
| 12 | If line 10 is: | | |
| | • Equal to or more than line 11, enter 1.000 on line 12 . . . . . | | **12** 1.000 |
| | • Less than line 11, divide line 10 by line 11. Enter the result as a decimal (rounded to at least three places) . . . . . . . . . . . . . . . . . . | | |
| 13 | Multiply line 7 by line 12. **Caution:** If you were under age 24 at the end of the year **and** meet the conditions on page 4 of the instructions, you **cannot** take the refundable American opportunity credit. Skip line 14, enter the amount from line 13 on line 15, and check this box . . ▶ ☐ | | **13** 2,500. |
| 14 | **Refundable American opportunity credit.** Multiply line 13 by 40% (.40). Enter the amount here and on Form 1040, line 66, or Form 1040A, line 40. Then go to line 15 below . . . . . . . . . | | **14** 1,000. |

## Part IV    Nonrefundable Education Credits

| | | | |
|---|---|---|---|
| 15 | Subtract line 14 from line 13 . . . . . . . . . . . . . . . . . . | | **15** 1,500. |
| 16 | Enter the amount from line 6, if any. If you have no entry on line 6, skip lines 17 through 22, and enter the amount from line 15 on line 6 of the Credit Limit Worksheet (see instructions) . . . . | | **16** |
| 17 | Enter: $122,000 if married filing jointly; $61,000 if single, head of household, or qualifying widow(er) . . . . . . . . . . . . | **17** | |
| 18 | Enter the amount from Form 1040, line 38, or Form 1040A, line 22. If you are filing Form 2555, 2555-EZ, or 4563, or you are excluding income from Puerto Rico, see Pub. 970 for the amount to enter . . . . . . . . | **18** | |
| 19 | Subtract line 18 from line 17. If zero or less, skip lines 20 and 21, and enter zero on line 22 . . . . . . . . . . . . . . . . . . . . | **19** | |
| 20 | Enter: $20,000 if married filing jointly; $10,000 if single, head of household, or qualifying widow(er) . . . . . . . . . . . . . . . | **20** | |
| 21 | If line 19 is: | | |
| | • Equal to or more than line 20, enter 1.000 on line 21 and go to line 22 | | |
| | • Less than line 20, divide line 19 by line 20. Enter the result as a decimal (rounded to at least three places) . . . . . . . . . . . . . . . . . . . . | | **21** |
| 22 | Multiply line 16 by line 21. Enter here and on line 1 of the Credit Limit Worksheet (see instructions) ▶ | | **22** |
| 23 | **Nonrefundable education credits.** Enter the amount from line 11 of the Credit Limit Worksheet (see instructions) here and on Form 1040, line 49, or Form 1040A, line 31 . . . . . . . . . | | **23** 1,500. |

Form **8863** (2011)

REV 01/05/12 TTW

| Form **4562** | **Depreciation and Amortization** | OMB No. 1545-0172 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service (99) | **(Including Information on Listed Property)**<br>▶ See separate instructions. ▶ Attach to your tax return. | 20**11** <br> Attachment<br>Sequence No. **179** |

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| Albert M & Brenda A Rossini | Sch E 4321 S. Marshfield | 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 |

**Part I** Election To Expense Certain Property Under Section 179
Note: *If you have any listed property, complete Part V before you complete Part I.*

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) . . . . . . . . . . . . . . . . . . . | **1** | 500,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) . . . . . . . | **2** | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) . . . | **3** | 2,000,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- . . . . . | **4** | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions . . . . . . . . . . . . . . . . . . . | **5** | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost | |
|---|---|---|---|---|
| | | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 . . . . . . . **7** | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 . . . | **8** | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 . . . . . . . . . . | **9** | |
| 10 | Carryover of disallowed deduction from line 13 of your 2010 Form 4562 . . . . . . . | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instructions) | **11** | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 . . . . | **12** | |
| 13 | Carryover of disallowed deduction to 2012. Add lines 9 and 10, less line 12 ▶ **13** | | |

Note: *Do not use Part II or Part III below for listed property. Instead, use Part V.*

**Part II** Special Depreciation Allowance and Other Depreciation (Do not include listed property.) (See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see instructions) . . . . . . . . . . . . . . . . | **14** | |
| 15 | Property subject to section 168(f)(1) election . . . . . . . . . . . . . . | **15** | |
| 16 | Other depreciation (including ACRS) . . . . . . . . . . . . . . . . | **16** | |

**Part III** MACRS Depreciation (Do not include listed property.) (See instructions.)

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2011 . . . . . | **17** | |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here . . . . . . . . . . . . . . . ▶ ☐ | | |

**Section B—Assets Placed in Service During 2011 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only—see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a 3-year property | | | | | | |
| b 5-year property | | | | | | |
| c 7-year property | | | | | | |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs. | | S/L | |
| h Residential rental property | 09/11 | 15,210. | 27.5 yrs. | MM | S/L | 161. |
| | 10/11 | 14,500. | 27.5 yrs. | MM | S/L | 110. |
| i Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

**Section C—Assets Placed in Service During 2011 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs. | | S/L | |
| c 40-year | | | 40 yrs. | MM | S/L | |

**Part IV** Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 . . . . . . . . . . . . . . . | **21** | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations—see instructions . . . . . | **22** | 271. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs . . . . . . . **23** | | |

For Paperwork Reduction Act Notice, see separate instructions. BAA     REV 02/07/12 TTW     Form **4562** (2011)

EXHIBIT *15CR515-1 U.S.V.ROSSINI*

<u>MORTGAGE TO LIAM BEN DAVID FROM ROSSINI</u>

<u>DEVON STREET INVESTMENTS, LTD.</u>

Illinois Anti-Predatory
Lending Database
Program

Certificate of Exemption

Doc#: 1222750066 Fee: $58.00
Eugene "Gene" Moore RHSP Fee:$10.00
Cook County Recorder of Deeds
Date: 08/14/2012 03:19 PM Pg: 1 of 11

Report Mortgage Fraud
800-532-8785

The property identified as:    PIN: 16-15-211-007-0000

Address:
Street:    4045 WEST WILCOX
Street line 2:
City: CHICAGO         State: IL          ZIP Code: 60624

Lender: LIAM BEN-DAVID

Borrower: HOYA PROPERTIES, LTD

Loan / Mortgage Amount: $275,000.00

This property is located within the program area and the transaction is exempt from the requirements of 765 ILCS 77/70 et seq. because the application was taken by an exempt entity.

ELECTRONICALLY FILED
5/21/2018 9:44 AM
2018-CH-06484
PAGE 15 of 25

Certificate number: 7B6BB978-5E3F-4425-B3C4-99E21594EF7B          Execution date: 08/09/2012

1222750066 Page: 2 of 11



ELECTRONICALLY FILED
5/21/2018 9:44 AM
2018-CH-06484
PAGE 16 of 25

----------------------------[Space Above This Line For Recording Data]----------------------

**Mortgage**

DEFINITIONS

Words used in multiple sections of this document are defined below. Certain rules regarding the usage of words used in this document are also provided in Section 16.

(A)     "**Security Instrument**" means this document, which is dated August 9, 2012, together with all Riders to this document.

(B)     "**Borrower**" is HOYA PROPERTIES, LTD., an Illinois corporation.  Borrower is the mortgagor under this Security Instrument.

(C)     "**Lender**" is LIAM BEN-DAVID.  Lender's address is Suite 204, 6946 Van Nuys Blvd., Van Nuys, California 91405.  Lender is the mortgagee under this Security Instrument.

(D)     "**Letter Agreement**" means the certain Letter Agreement and Guaranty Agreement signed by Devon Street Investments, Ltd.("**Devon**") and Lender dated August 9, 2012. For purposes of this Mortgage, the Letter Agreement and Guaranty Agreement shall hereinafter collectively be referred to as the "**Note**". The Note states that Borrower, on behalf of Devon, shall grant the Lender collateral security in the form of a first mortgage lien on the properties hereinafter set forth to collateralize that certain advance by the Lender to the Borrower of $275,000.00.

(E)     "**Property**" means the property that is described below under the heading "Transfer of Rights in the Property."

(F)     "**Advance**" means the sum of $275,000.00 advanced by the Lender to the Borrower under the terms and provisions of the Letter Agreement (Note). For purposes of this Mortgage, the Advance shall hereinafter be referred to as the "**Loan**".

**After Recording Return To:**
Liam Ben-David,
Suite 204, 6946 Van Nuys Blvd,
Van Nuys, California 91405

1222750066 Page: 3 of 11

(G)   "**Applicable Law**" means all controlling applicable federal, state and local statutes, regulations, ordinances and administrative rules and orders (that have the effect of law) as well as all applicable final, non-appealable judicial opinions.

(H)   "**Miscellaneous Proceeds**" means any compensation, settlement, award of damages, or proceeds paid by any third party (other than insurance proceeds paid under the coverages described in Section 5) for: (i) damage to, or destruction of, the Property; (ii) condemnation or other taking of all or any part of the Property; (iii) conveyance in lieu of condemnation; or (iv) misrepresentations of, or omissions as to, the value and/or condition of the Property.

(I)   "**Periodic Payment**" means the regularly scheduled amount due for principal and/or other charges under the Note.

(J)   "**RESPA**" means the Real Estate Settlement Procedures Act (12 U.S.C. § 2601 et seq.) and its implementing regulation, Regulation X (24 C.F.R. Part 3500), as they might be amended from time to time, or any additional or successor legislation or regulation that governs the same subject matter. As used in this Security Instrument, "RESPA" refers to all requirements and restrictions that are imposed in regard to a "federally related mortgage loan" even if the Loan does not qualify as a "federally related mortgage loan" under RESPA.

(K)   "**Successor in Interest of Borrower**" means any party that has taken title to the Property, whether or not that party has assumed Borrower's obligations under the Note and/or this Security Instrument.

TRANSFER OF RIGHTS IN THE PROPERTY

This Security Instrument secures to Lender: (i) the repayment of the Loan, and all renewals, extensions and modifications of the Note; and (ii) the performance of Borrower's covenants and agreements under this Security Instrument and the Note. For this purpose, Borrower does hereby mortgage, grant and convey to Lender and Lender's successors and assigns the following property located in Cook County, Illinois:

*See Exhibit A, attached hereto and made a part hereof*

which is commonly known as 4045 West Wilcox, Chicago, Illinois 60624 ("**Property Address**").

TOGETHER WITH all the improvements now or hereafter erected on the property, and all easements, appurtenances, and fixtures now or hereafter a part of the property. This Security Instrument shall also cover all replacements and additions. All of the foregoing is referred to in this Security Instrument as the "**Property**."

BORROWER COVENANTS that Borrower is lawfully seized of the estate hereby conveyed and has the right to mortgage, grant and convey the Property and that the Property is unencumbered, except for encumbrances of record. Borrower warrants and will defend generally the title to the Property against all claims and demands, subject to any encumbrances of record.

UNIFORM COVENANTS. Borrower and Lender covenant and agree as follows:

ELECTRONICALLY FILED
5/21/2018 9:44 AM
2018-CH-06484
PAGE 17 of 25

2

ELECTRONICALLY FILED
5/21/2018 9:44 AM
2018-CH-06484
PAGE 19 of 25

insurance was required by Lender, shall be applied to restoration or repair of the Property, if the restoration or repair is economically feasible and Lender's security is not lessened; provided, however, if an Event of Default does not exist beyond any applicable cure period, Borrower shall have the right to negotiate and settle any insurance claim. If the restoration or repair is not economically feasible or Lender's security would be lessened, the insurance proceeds shall be applied to the sums secured by this Security Instrument, whether or not then due, with the excess, if any, paid to Borrower. Such insurance proceeds shall be applied in the order provided for in Section 2.

6.  *Intentionally Omitted.*

7.  *Preservation, Maintenance and Protection of the Property; Inspections.* Borrower shall not destroy, damage or impair the Property, allows the Property to deteriorate or commit waste on the Property. Whether or not Borrower is residing in the Property, Borrower shall maintain the Property in order to prevent the Property from deteriorating or decreasing in value due to its condition. Unless it is determined pursuant to Section 5 that repair or restoration is not economically feasible, Borrower shall promptly repair the Property if damaged to avoid further deterioration or damage. If insurance or condemnation proceeds are paid in connection with damage to, or the taking of, the Property, Borrower shall be responsible for applying the proceeds for repairing or restoring the Property. If the insurance or condemnation proceeds are not sufficient to repair or restore the Property. Borrower is not relieved of Borrower's obligation for the completion of such repair or restoration. Lender or its agent may make reasonable entries upon and inspections of the Property. If it has reasonable cause. Lender may inspect the interior of the improvements on the Property. Lender shall give Borrower notice at the time of or prior to such an interior inspection specifying such reasonable cause.

8.  *Intentionally Deleted.*

9.  *Protection of Lender's Interest in the Property and Rights Under this Security Instrument.* If (a) Borrower fails to perform the covenants and agreements contained in this Security Instrument, (b) there is a legal proceeding that might significantly affect Lender's interest in the Property and/or rights under this Security Instrument (such as a proceeding in bankruptcy, probate, for condemnation or forfeiture, for enforcement of a lien which may attain priority over this Security Instrument or to enforce laws or regulations), or (c) Borrower has abandoned the Property, then Lender, after ten (10) days written notice to Borrower (except that no notice shall be required in the event of an emergency), may do and pay for whatever is reasonable or appropriate to protect Lender's interest in the Property and rights under this Security Instrument, including protecting and/or assessing the value of the Property, and securing and/or repairing the Property. Lender's actions can include, but are not limited to: (a) paying any sums secured by a lien which has priority over this Security Instrument; (b) appearing in court; and (c) paying reasonable attorneys' fees to protect its interest in the Property and/or rights under this Security Instrument, including its secured position in a bankruptcy proceeding. Securing the Property includes, but is not limited to, entering the Property to make repairs, change locks, replace or board up doors and windows, drain water from pipes, eliminate building or other code violations or dangerous conditions, and have utilities turned on or off. Although Lender may take action under this Section 9, Lender does not have to do so and is not under any duty or obligation to do so. It is agreed that Lender incurs no liability for not taking any or all actions authorized under this Section 9.

4

ELECTRONICALLY FILED
5/21/2018 9:44 AM
2018-CH-06484
PAGE 20 of 25

Any amounts disbursed by Lender under this Section 9 shall become additional debt of Borrower secured by this Security Instrument. These amounts shall bear interest at the Note rate from the date of disbursement and shall be payable, with such interest, upon notice from Lender to Borrower requesting payment.

If this Security Instrument is on a leasehold, Borrower shall comply with all the provisions of the lease. If Borrower acquires fee title to the Property, the leasehold and the fee title shall not merge unless Lender agrees to the merger in writing.

10.  *Intentionally Omitted.*

11.  *Assignment of Miscellaneous Proceeds: Forfeiture.* Provided Borrower is not in Default beyond any applicable cure period, if the Property is damaged, any Miscellaneous Proceeds shall be paid to Borrower and Borrower shall apply such Miscellaneous Proceeds to the restoration or repair of the Property, if the restoration or repair is economically feasible and Lender's security is not lessened. If an Event of Default has occurred and remains uncured beyond any applicable cure period, during such repair and restoration period, Lender shall have the right to hold such Miscellaneous Proceeds and Lender may pay for the repairs and restoration in a single disbursement or in a series of progress payments as the work is completed. Unless an agreement is made in writing or Applicable Law requires interest to be paid on such Miscellaneous Proceeds, Lender shall not be required to pay Borrower any interest or earnings on such Miscellaneous Proceeds. If the restoration or repair is not economically feasible or Lender's security would be lessened, the Miscellaneous Proceeds shall be applied to the sums secured by this Security Instrument, whether or not then due, with the excess, if any, paid to Borrower. Such Miscellaneous Proceeds shall be applied in the order provided for in Section 2.

In the event of a total taking, destruction, or loss in value of the Property, the Miscellaneous Proceeds shall be applied to the sums secured by this Security Instrument, whether or not then due, with the excess, if any, paid to Borrower.

In the event of a partial taking, destruction, or loss in value of the Property in which the fair market value of the Property immediately before the partial taking, destruction, or loss in value is equal to or greater than the amount of the sums secured by this Security Instrument immediately before the partial taking, destruction, or loss in value, unless Borrower and Lender otherwise agree in writing, the sums secured by this Security Instrument shall be reduced by the amount of the Miscellaneous Proceeds multiplied by the following fraction: (a) the total amount of the sums secured immediately before the partial taking, destruction, or loss in value divided by (b) the fair market value of the Property immediately before the partial taking, destruction, or loss in value. Any balance shall be paid to Borrower.

In the event of a partial taking, destruction, or loss in value of the Property in which the fair market value of the Property immediately before the partial taking, destruction, or loss in value is less than the amount of the sums secured immediately before the partial taking, destruction, or loss in value, unless Borrower and Lender otherwise agree in writing, the Miscellaneous Proceeds shall be applied to the sums secured by this Security Instrument whether or not the sums are then due.

Borrower shall be in default if any action or proceeding, whether civil or criminal, is begun that, in Lender's commercially reasonable judgment, could reasonably be expected to result in forfeiture of the Property or other material impairment of Lender's interest in the Property or rights under this Security Instrument. Borrower can cure such a default and, if acceleration has occurred, reinstate as provided in Section 19, by causing the action or proceeding to be dismissed with a ruling that, in Lender's judgment, precludes forfeiture of the Property or other material impairment of Lender's interest in the Property or rights under this Security Instrument. The proceeds of any award or claim for damages that are attributable to the impairment of Lender's interest in the Property are hereby assigned and shall be paid to Lender.

All Miscellaneous Proceeds that are not applied to restoration or repair of the Property shall be applied in the order provided for in Section 2.

12.  *Borrower Not Released; Forbearance By Lender Not a Waiver*. Extension of the time for payment or modification of amortization of the sums secured by this Security Instrument granted by Lender to Borrower or any Successor in Interest of Borrower shall not operate to release the liability of Borrower or any Successors in Interest of Borrower. Lender shall not be required to commence proceedings against any Successor in Interest of Borrower or to refuse to extend time for payment or otherwise modify amortization of the sums secured by this Security Instrument by reason of any demand made by the original Borrower or any Successors in Interest of Borrower.

13.  *Joint and Several Liability; Co-signers; Successors and Assigns Bound*. Borrower covenants and agrees that Borrower's obligations and liability shall be joint and several.

14.  *Intentionally Omitted*.

15.  *Notices*. All notices given by Borrower or Lender in connection with this Security Instrument must be in writing. Any notice to Borrower in connection with this Security Instrument shall be deemed to have been given to Borrower when mailed by first class mail or when actually delivered to Borrower's notice address if sent by other means. Notice to any one Borrower shall constitute notice to all Borrowers unless Applicable Law expressly requires otherwise. The notice address shall be the Property Address unless Borrower has designated a substitute notice address by notice to Lender. Borrower shall promptly notify Lender of Borrower's change of address. Any notice to Lender shall be given by delivering it or by mailing it by first class mail to Lender's address stated herein unless Lender has designated another address by notice to Borrower. Any notice in connection with this Security Instrument shall not be deemed to have been given to Lender until actually received by Lender. If any notice required by this Security Instrument is also required under Applicable Law, the Applicable Law requirement will satisfy the corresponding requirement under this Security Instrument.

16.  *Governing Law; Severability; Rules of Construction*. Federal law and the law of the jurisdiction in which the Property is located shall govern this Security Instrument. All rights and obligations contained in this Security Instrument are subject to any requirements and limitations of Applicable Law. In the event that any provision or clause of this Security Instrument or the Note conflicts with Applicable Law, such conflict shall not affect other

ELECTRONICALLY FILED
5/21/2018 9:44 AM
2018-CH-06484
PAGE 21 of 25

6

provisions of this Security Instrument or the Note which can be given effect without the conflicting provision.

As used in this Security Instrument: (a) words of the masculine gender shall mean and include corresponding neuter words or words of the feminine gender; (b) words in the singular shall mean and include the plural and vice versa; and (c) the word "may" gives sole discretion without any obligation to take any action.

17.    *Borrower's Copy.* Borrower shall be given one copy of the Note and of this Security Instrument.

18.    *Transfer of the Property or a Beneficial Interest in Borrower.* As used in this Section 18. "**Interest in the Property**" means any legal or beneficial interest in the Property, including, but not limited to, those beneficial interests transferred in a bond for deed, contract for deed, installment sales contract or escrow agreement, the intent of which is the transfer of title by Borrower at a future date to a purchaser.

If all or any part of the Property or any Interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, other than to a related party, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, Lender shall not exercise this option if Applicable Law prohibits such exercise.

If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is given in accordance with Section 15 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

19.    *Intentionally Deleted.*

20.    *Intentionally Deleted.*

ELECTRONICALLY FILED
5/21/2018 9:44 AM
2018-CH-06484
PAGE 22 of 25

21.    *Hazardous Substances.* As used in this Section 21: (a) "Hazardous Substances" are those substances defined as toxic or hazardous substances, pollutants, or wastes by Environmental Law and the following substances: gasoline, kerosene, other flammable or toxic petroleum products, toxic pesticides and herbicides, volatile solvents, materials containing asbestos or formaldehyde, and radioactive materials; (b) "Environmental Law" means federal laws and laws of the jurisdiction where the Property is located that relate to health, safety or environmental protection; (c) "Environmental Cleanup" includes any response action, remedial action, or removal action, as defined in Environmental Law; and (d) an "Environmental Condition" means a condition that can cause, contribute to, or otherwise trigger an Environmental Cleanup.

Borrower shall not cause or permit the presence, use, disposal, storage, or release of any Hazardous Substances, or threaten to release any Hazardous Substances, on or in the Property. Borrower shall not do, nor allow anyone else to do, anything affecting the Property (a) that is in

2103752                                                7

violation of any Environmental Law, (b) which creates an Environmental Condition, or (c) which, due to the presence, use, or release of a Hazardous Substance, creates a condition that adversely affects the value of the Property. The preceding two sentences shall not apply to the presence, use, or storage on the Property of small quantities of Hazardous Substances that are generally recognized to be appropriate to normal residential uses and to maintenance of the Property (including, but not limited to, hazardous substances in consumer products).

Borrower shall promptly give Lender written notice of (a) any investigation, claim, demand, lawsuit or other action by any governmental or regulatory agency or private party involving the Property and any Hazardous Substance or Environmental Law of which Borrower has actual knowledge, (b) any Environmental Condition, including but not limited to, any spilling, leaking, discharge, release or threat of release of any Hazardous Substance, and (c) any condition caused by the presence, use or release of a Hazardous Substance which adversely affects the value of the Property. If Borrower learns, or is notified by any governmental or regulatory authority, or any private party, that any removal or other remediation of any Hazardous Substance affecting the Property is necessary, Borrower shall promptly take all necessary remedial actions in accordance with Environmental Law. Nothing herein shall create any obligation on Lender for an Environmental Cleanup.

22.   *Acceleration; Remedies.*   Lender shall give notice to Borrower prior to acceleration following Borrower's breach of any covenant or agreement in this Security Instrument (but not prior to acceleration under Section 18 unless Applicable Law provides otherwise). The notice shall specify: (a) the default; (b) the action required to cure the default; (c) a date, not less than 30 days from the date the notice is given to Borrower, by which the default must be cured; and (d) that failure to cure the default on or before the date specified in the notice may result in acceleration of the sums secured by this Security Instrument, foreclosure by judicial proceeding and sale of the Property. The notice shall further inform Borrower of the right to reinstate after acceleration and the right to assert in the foreclosure proceeding the non-existence of a default or any other defense of Borrower to acceleration and foreclosure. If the default is not cured on or before the date specified in the notice, Lender at its option may require immediate payment in full of all sums secured by this Security Instrument without further demand and may foreclose this Security Instrument by judicial proceeding. Lender shall be entitled to collect all expenses incurred in pursuing the remedies provided in this Section 22, including, but not limited to, reasonable attorneys' fees and costs of title evidence.

23.   *Release.*   Upon payment of all sums secured by this Security Instrument, Lender shall release this Security Instrument. Borrower shall pay any recordation costs.

24.   *Waiver of Homestead.*   In accordance with Illinois law, the Borrower hereby releases and waives all rights under and by virtue of the Illinois homestead exemption laws.

ELECTRONICALLY FILED
5/21/2018 9:44 AM
2018-CH-06484
PAGE 23 of 25

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this Mortgage and in any Rider executed by Borrower and recorded with it.

**BORROWER:**

**DEVON STREET INVESTMENTS, LTD.,**
an Illinois corporation

By: _~Albert Rossini~_
Albert Rossini, President

State of Illinois. County of Cook ss. I, the undersigned, a Notary Public in and for said County, in the State aforesaid, DO HEREBY CERTIFY that Albert Rossini, the President of DEVON STREET INVESTMENTS, LTD., an Illinois corporation, personally known to me to be the same person whose name is subscribed to the foregoing instrument as President, appeared before me this day in person, and acknowledged that he signed, sealed and delivered the said instrument on behalf of DEVON STREET INVESTMENTS, LTD., for the uses and purposes therein set forth.

Given under my hand and official seal this 9th day of August, 2012

My commission expires 9/25/12

_____
Notary Public

*OFFICIAL SEAL*
CARMEN CRESPO
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 9/25/2012

ELECTRONICALLY FILED
5/21/2018 9:44 AM
2018-CH-06484
PAGE 24 of 25

9

1222750066 Page: 11 of 11

## EXHIBIT A
## LEGAL DESCRIPTION

Parcel No. 1 – 4045 West Wilcox, Chicago, Illinois 60624

LOT 18 IN BLOCK 5 IN DERBY'S SUBDIVISION OF THE NORTHEAST 1/4 OF SECTION 15, TOWNSHIP 39 NORTH, RANGE 13, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

PIN: 16-15-211-007-0000

ELECTRONICALLY FILED
5/21/2018 9:44 AM
2018-CH-06484
PAGE 25 of 25

10

7/3/2012 7:08:45 PM   PAGE   1/008   Fax Server

4045 W. Wilco

# *First American Title Insurance Company*

**PLEASE DELIVER TO: Lisa Rosen**
Comprehensive Properties

Fax No.: 1(847)675-0152

From: Customer Solutions

Phone:   Fax:

RE: Order No.:   2316437
Property:   4045 West Wilcox
Chicago, Illinois 60624

ELECTRONICALLY FILED
5/21/2018 9:44 AM
2018-CH-06484
PAGE 7 of 25

Comments:

**The following is applicable to a facsimile of a commitment:**
The First American Title Insurance Company commitment jacket, which accompanies and is part of all commitments for Title Insurance, is hereby incorporated and made a part of the facsimile transmission to the above noted file number by reference and is subject to all conditions, stipulations, limitations, exclusions, and exceptions to title as if it were a part of said facsimile.

~ ~ ~ ~ ~ **IMPORTANT NOTE** ~ ~ ~ ~ ~
THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED OR CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE READ THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND DESTROY THE ORIGINAL MESSAGE.

7/3/2012 7:08:45 PM   PAGE   2/008   Fax Server





## COMMITMENT FOR TITLE INSURANCE

ISSUED BY

### FIRST AMERICAN TITLE INSURANCE COMPANY

Agreement to Issue Policy

We agree to issue a policy to you according to the terms of this Commitment. When we show the policy amount and your name as the proposed insured in Schedule A, this Commitment becomes effective as of the Commitment Date shown in Schedule A.

If the Requirements shown in this Commitment have not been met within six months after the Commitment Date, our obligation under this Commitment will end. Also, our obligation under this Commitment will end when the Policy is issued and then our obligation to you will be under the Policy.

Our obligation under this Commitment is limited by the following:

The Provisions in Schedule A.

The Exceptions in Schedule B.

The Conditions, Requirements and Standard Exceptions on the next page.

This Commitment is not valid without Schedule A and Schedule B.

*First American Title Insurance Company*

BY _____  PRESIDENT

ATTEST _____  SECRETARY

ELECTRONICALLY FILED
5/21/2018 9:44 AM
2018-CH-06484
PAGE 8 of 25

1

7/3/2012 7:08:45 PM   PAGE   4/008   Fax Server

**First American Title Insurance Company**
**27775 Diehl Road, Warrenville, IL 60555**
**Phone (877)295-4328   Fax (866)892-1147**
**ALTA Commitment**
**Schedule A**

Reference:

**File No.:** 2316437

1. **Effective Date: June 27, 2012**

2. **Policy or Policies to be issued:**           **Amount:**

   a. **ALTA Owner's Policy**

                                               $10,000.00

   **Proposed Insured:**
   Devon Street Investments, Ltd

   b. **ALTA Loan Policy**

                                               $130,100.00

   **Proposed Insured:**
   Lender To Be Determined, its successors and/or assigns

3. **The estate or interest in the land described or referred to in this commitment and covered herein is fee simple and title to the estate or interest in said land is at the effective date hereof vested in:**

   Hoya Properties, Ltd

4. **The mortgage and assignments, if any, covered by this Commitment are described as follows:**

   To Be Furnished

5. **The land referred to in this Commitment is described as follows:**

   **Lot 18 in Block 5 in Derby's Subdivision of the Northeast 1/4 of the Northeast 1/4 of Section 15, Township 39 North, Range 13, East of the Third Principal Meridian, in Cook County, Illinois.**

   Note: For informational purposes only, the land is known as:

   4045 West Wilcox
   Chicago, IL 60624

**THIS COMMITMENT IS VALID ONLY IF SCHEDULE B IS ATTACHED.**

ELECTRONICALLY FILED
5/21/2018 9:44 AM
2018-CH-06484
PAGE 10 of 25

3

7/3/2012 7:08:45 PM   PAGE   8/008   Fax Server

## ENDORSEMENT

### ISSUED BY

### *First American Title Insurance Company*

### Attached to Commitment No. 2316437

### CHAIN OF TITLE

The Company insures the proposed insured under this commitment against loss or damage arising from any inaccuracy in the following assurances:

A search of the public record reflects the following deeds conveying the land as described in Schedule A in the 24 months prior to June 27, 2012:

> Deed recorded January 30, 2012 as document number 1203029112 from Glenn Foster and Sabrina Foster, Grantor to Hoya Properties, Ltd, Grantee.

**No other deeds of conveyance appear in public records other than those stated herein for the 24 month period ending June 27, 2012.**

This endorsement is issued as part of the commitment. Except as it expressly states, it does not (i) modify any of the terms and provisions of the commitment, (ii) modify any prior endorsements, (iii) extend the Date of the commitment, or (iv) increase the Amount of Insurance. To the extent a provision of the commitment or a previous endorsement is inconsistent with an express provision of this endorsement, this endorsement controls. Otherwise, this endorsement is subject to all of the terms and provisions of the commitment and of any prior endorsements.

*First American Title Insurance Company*

**Dated: June 27, 2012**

ELECTRONICALLY FILED
5/21/2018 9:44 AM
2018-CH-06484
PAGE 13 of 25

EXHIBIT 15 CR515-1 U.S. V. ROSSINI

AFFIDAVIT OF MEIR ROTSTEIN

<u>Affidavit of Meir Rotstein</u>

I, Meir Rotstein, being duly sworn, testefiy and state;

1. I was an employee of Devon Street Investments, Ltd, (Devon) in 2011, 2012, and 2013 working directly for Albert Rossini.
2. I am a licensed Real Estate Broker in the state of Illinois.
3. My duties at Devon were mainly researching and formulating valuation reports (CMA) as directed mostly by Albert Rossini.
4. The statement on page 24 of the government 's response that "Meir Rotstein told the FBI that: (1) he never saw the defendant close any transactions in the four years he worked with him" is false. To the best of my recollection I did not state this to the FBI agent or anyone questioning me.
5. I introduced Albert Rossini to Lior Coresh in 2013. Mr Coresh was the owner of 16 town homes in Rivedale Illinois which Albert Rossini purchased in 2013. I also remember the extensive remolding project that those town homes needed to go through and was paid for by Albert Rossini
6. I accompanied Albert Rossini on several occasions to view properties that he was purchasing for himself or transferring to Craig Shaffer. I remember a specific one on the West side that developed a serious mold problem that I had Mr. Aharoni come and remedy the problem.
7. I know that Albert Rossini Mortgaged three properties on the West side to Liam Ben David as security for a loan of $275,000 for another transaction.
8. I assisted Albert Rossini or Devon in the purchase of a discounted note for a property on the West Side from the Vertical Mortgage Corporation of California.
9. I have personal knowledge of Devon's office staff routinely and in the course of daily business creating offers to purchase Mortgages, Notes, short sales and properties. Often those offer where sent via Devon's Facsimile machine to various banks and Attorneys.

Respectfully submitted,

Meir Rotstein
9451 N. Lowell Ave.
Skokie IL. 60076

August 19, 2019

ROBBEN
CYST H. LOUELLAN
STREAMLINE ILLINOIS

60605-10939

CAROL STREAM IL 601
30 AUG 2019 PM 8 1

ALBERT ROSSINI
08393 - 424
CHICAGO MCC
71 W. VAN BUREN
CHICAGO IL 60605-1004

EXHIBIT - ROSSINI MEDICAL RECORDS

15 CR 515-1
U.S. V. ROSSINI

## Bureau of Prisons
## Health Services
## Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: ROSSINI, ALBERT | | Reg #: 08043-424 |
| Date of Birth: 09/11/1948 | Sex: M Race: WHITE | Facility: CCC |
| Encounter Date: 11/12/2020 10:59 | Provider: Hess, Bethany FNP | Unit: G04 |

Chronic Care - Advanced Practice Provider Follow Up encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  **1**  Provider: Hess, Bethany FNP

Chief Complaint: Chronic Care Clinic

Subjective: 71 y/o M with Pacemaker placed in 2013 s/p significant symptomatic bradycardia. Pt was seen by Cardiology on 7/11/19. Pacemaker checked and functioning normal with stable sensing and pacing thresholds. Pt takes Aspirin 81 mg /day and is compliant taking meds. October 2020 Labs reviewed, all WNL's and HgA1C 6.0

Pt has recent history of dizziness starting in Sept 2020. Denied any CP, SOB, DOE, PND, h/o HTN/DM, nausea/vomiting, cough, sinus congestion, sore throat, ear pain or other constitutional symptoms. Consult with Cardiology w/ B/L carotid duplex study planned on 11/02/20 but inmate refused to go to appointment stating he was afraid to miss legal call from lawyer. He is requesting that consult be rescheduled,as he continues to have symptoms of dizziness, and feeling "wobbly"

Pain: No

**Seen for clinic(s): Cardiac**

**ROS:**

**General**

**Constitutional Symptoms**

No: Chills, Easily Tired, Fatigue, Fever, Illness w fever/cough & fatigue >1 week, Insomnia, Night Sweats, Unexplained Weight Loss, Weakness, Weight Gain

**Integumentary**

**Skin**

Yes: Within Normal Limits, Dry

**HEENT**

**Ears**

Yes: Within Normal Limits, Vertigo

No: Discharge, Hx Ear Aches, Tinnitus, Hx Recurrent Infections

**Eyes**

Yes: Within Normal Limits, Hx Eye Glasses

No: Blurred Vision, Cataracts, Changes in Vision, Color Blindness, Diplopia, Pain, Redness, Retinopathy, Trauma, Visual Loss

**Head**

Yes: Within Normal Limits

No: Headaches, Migraine, Trauma

**Mouth**

Yes: Within Normal Limits

No: Changes in Taste, Tooth pain

**Neck**

Yes: Within Normal Limits

No: Enlargement of Lymph Nodes, Pain, Stiffness, Swelling

**Nose**

| | | | |
|---|---|---|---|
| Inmate Name: ROSSINI, ALBERT | | | Reg #: 08043-424 |
| Date of Birth: 09/11/1948 | Sex: M Race: WHITE | | Facility: CCC |
| Encounter Date: 11/12/2020 10:59 | Provider: Hess, Bethany FNP | | Unit: G04 |

Yes: Within Normal Limits

No: Allergies, Discharge, Hx of Sinus Infection, Nasal Congestion, Obstruction, Rhinitis, Hx Polyps, Hx of Frequent Colds

### Throat

Yes: Within Normal Limits

No: Dysphagia, Hoarseness, Tonsillitis, Voice Changes

### Sinuses

Yes: Within Normal Limits

No: Pain Over Sinus - Frontal, Pain Over Sinus - Maxillary, Sinus Congestion, Dental Pain

## Cardiovascular

### General

Yes: Hx of Heart Disease, Hx of Heart Surgery

No: Angina, Cold Extremities, Cough, Cyanosis, Edema, Exertional dyspnea, Intermittent Claudication, Orthopnea, Paroxysmal Nocturnal Dyspnea, Palpitation, Syncope, Hx Hypertension, Hx Phlebitis, Hx Murmur, Hx of Rheumatic Fever, Hx of Hyperlipidemia

## Pulmonary

### Respiratory System

Yes: Within Normal Limits

No: Cough - Dry, Cough - Productive, Cough - Productive of thick green or brown mucus, Cough, lasting greater than one week, DOE, Dyspnea, Hemoptysis, Hx Asthma, Hx BCG vaccine, Hx Bronchitis, Hx of BiPAP/CPAP, Hx of COPD, Hx of Sleep Apnea, Hx of Treatment for TB, Hx Pneumonia, Hx Positive TB Skin Test, Hx Tuberculosis, Night Sweats, Orthopnea, Pleurisy, Shortness of breath, Sinus discomfort/bronchial congestion&cough>2-3wks, Sputum - Change, Tobacco Use, Wheezing

## GI

### General

Yes: Within Normal Limits

No: Abdominal Pain or Colic, Appetite Changes, Appetite Loss, Belching, Bloating, Blood in Stools, Constipation, Diarrhea, Dietary Changes, Recent, Dyspepsia, Dysphagia, Flatulence, Gastrectomy or jejunoileal bypass status, Heartburn, Hematemesis, Hemorrhoids, Hx of Hepatitis, Hx of PUD, Incontinence of Stool, Jaundice, Nausea, Odynophagia, Rectal Bleeding, Rectal Pain, Reflux, Stools Black, Vomiting, Weight Gain, Weight Loss

## GU

### General

Yes: Within Normal Limits

No: Anuria, Chronic renal failure, Dysuria, Foaming of urine, Hematuria, Hesitancy, Hx Kidney Stones, Incontinence, Infections, Nocturia, Pain or Colic, Testicular Pain, Urgency, Urinary Frequency, Urinary Retention

## Musculoskeletal

### General

Yes: Within Normal Limits

## Neurological

### Cranial Nerves

Yes: Within Normal Limits

## Endocrine

### General

Yes: Within Normal Limits

No: Excessive Sweating, Exophthalmos, Goiter, Hair Changes, Hx of Diabetes, Hx of Thyroid Dx, Infertility, Intolerance to Heat/Cold, Nail Changes, Palpitations, Polydipsia, Polyphagia, Polyuria, Skin Changes,

| Inmate Name: ROSSINI, ALBERT | | Reg #: 08043-424 |
|---|---|---|

Inmate Name:  ROSSINI, ALBERT
Date of Birth:  09/11/1948
Encounter Date: 11/12/2020 10:59

Sex:  M  Race:  WHITE
Provider:  Hess, Bethany FNP

Reg #:  08043-424
Facility:  CCC
Unit:  G04

    Tremor
**Psychiatric**
   **General**
      Yes: Within Normal Limits

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 11/12/2020 | 10:59 CCC | 98.6 | 37.0 | | Hess, Bethany FNP |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 11/12/2020 | 10:59 CCC | 76 | | | Hess, Bethany FNP |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 11/12/2020 | 10:59 CCC | 18 | Hess, Bethany FNP |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 11/12/2020 | 10:59 CCC | 121/78 | | | | Hess, Bethany FNP |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 11/12/2020 | 10:59 CCC | 97 | Room Air | Hess, Bethany FNP |

**Exam:**
  **General**
    **Affect**
      Yes: Pleasant, Cooperative
    **Appearance**
      Yes: Appears Well, Alert and Oriented x 3
  **Skin**
    **General**
      Yes: Within Normal Limits, Dry, Warmth
  **Head**
    **General**
      Yes: Atraumatic/Normocephalic
  **Eyes**
    **General**
      Yes: PERRLA, Extraocular Movements Intact
  **Ears**
    **Tympanic Membrane**
      Yes: Within Normal Limits
    **Canal**
      Yes: Within Normal Limits
    **External Ear**
      Yes: Within Normal Limits

| | |
|---|---|
| Inmate Name: ROSSINI, ALBERT | Reg #: 08043-424 |
| Date of Birth: 09/11/1948    Sex: M   Race: WHITE | Facility: CCC |
| Encounter Date: 11/12/2020 10:59   Provider: Hess, Bethany FNP | Unit: G04 |

## Nose

### General

Yes: Nares Patent, Turbinates Normal

## Face

### General

Yes: Symmetric

## Lips

### General

Yes: Within Normal Limits

## Mouth

### General

Yes: Within Normal Limits

## Neck

### General

Yes: Within Normal Limits

No: Supple, Lymphadenopathy

### Thyroid

Yes: Within Normal Limits

## Pulmonary

### Observation/Inspection

Yes: Within Normal Limits

### Auscultation

Yes: Clear to Auscultation

## Cardiovascular

### Observation

Yes: Within Normal Limits

### Auscultation

Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

## Peripheral Vascular

### General

Yes: Within Normal Limits

## Abdomen

### Inspection

Yes: Within Normal Limits

### Auscultation

Yes: Normo-Active Bowel Sounds

## Gastrointestinal

### General

Yes: Within Normal Limits

No: Diarrhea, Vomiting

## Genitourinary

### General

Yes: Within Normal Limits

## Neurologic

| Inmate Name: ROSSINI, ALBERT | | | Reg #: 08043-424 |
|---|---|---|---|
| Date of Birth: 09/11/1948 | Sex: M Race: WHITE | | Facility: CCC |
| Encounter Date: 11/12/2020 10:59 | Provider: Hess, Bethany FNP | | Unit: G04 |

**Cranial Nerves (CN)**

Yes: Within Normal Limits

**Comments**

Complains of dizziness and feeling "wobbly on my feet"

## ASSESSMENT:

Dizziness and giddiness, R42 - Current

Presence of cardiac pacemaker, Z950 - Current

## PLAN:

**Renew Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| 116538-CCC | Aspirin 81 MG EC Tab | 11/12/2020 10:59 |

**Prescriber Order:** Take one tablet (81 MG) by mouth each morning x 365 day(s)

Indication: Presence of cardiac pacemaker

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Cardiology | 11/27/2020 | 11/27/2020 | Routine | No | |

Subtype:

Offsite Appt

Reason for Request:

72 y/o M C/O dizziness for the past 2 -3 weeks, stated that he feels wobbly or drunken while walking. Denied relation of dizziness with head movements. Denied chest pain/SOB/cough/N/V/fever/chills/headache/ear pain/sore throat/GI symptoms/neurological symptoms or deficits/other constitutional symptoms. Pt with h/o having cardiac pacemaker, was seen by Cardiologist on 7/11/19. Pacemaker was interrogated & is functioning normal with stable sensing & pacing thresholds. Pt is on Aspirin 81mg Q daily. Beside dizziness, denied any other acute issues at present.

Plan: Cardiology F/U along with B/L carotid duplex study.

Provisional Diagnosis:

CAD with H/O Pacemaker; C/O frequent spells of dizziness.

| Radiology | 11/24/2020 | 11/24/2020 | Routine | No | |
|---|---|---|---|---|---|

Subtype:

_Offsite Radiology Exam

Reason for Request:

72 y/o M C/O dizziness for the past 2 -3 weeks, stated that he feels wobbly or drunken while walking. Denied relation of dizziness with head movements. Denied chest pain/SOB/cough/N/V/fever/chills/headache/ear pain/sore throat/GI symptoms/neurological symptoms or deficits/other constitutional symptoms. Pt with h/o having cardiac pacemaker, was seen by Cardiologist on 7/11/19. Pacemaker was interrogated & is functioning normal with stable sensing & pacing thresholds. Pt is on Aspirin 81mg Q daily.

Beside dizziness, denied any other acute issues at present.

Plan: Cardiology F/U along with B/L carotid duplex study

Provisional Diagnosis:

B/L Carotid Duplex Study

| | | | | |
|---|---|---|---|---|
| Inmate Name: | ROSSINI, ALBERT | | Reg #: | 08043-424 |
| Date of Birth: | 09/11/1948 | Sex: M  Race: WHITE | Facility: | CCC |
| Encounter Date: | 11/12/2020 10:59 | Provider: Hess, Bethany FNP | Unit: | G04 |

**Disposition:**

Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed
To be Evaluated by Provider
Will Be Placed on Callout
Return Immediately if Condition Worsens
Return To Sick Call if Not Improved
Discharged to Housing Unit-No Restrictions
Discharged to Work with No Restrictions
Consultation Written

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 11/13/2020 | Counseling | Exercise | Hess, Bethany | Verbalizes Understanding |
| 11/13/2020 | Counseling | Access to Care | Hess, Bethany | Verbalizes Understanding |
| 11/13/2020 | Counseling | Diet | Hess, Bethany | Verbalizes Understanding |
| 11/13/2020 | Counseling | Hand & Respiratory Hygiene | Hess, Bethany | Verbalizes Understanding |
| 11/13/2020 | Counseling | Infection Prevention | Hess, Bethany | Verbalizes Understanding |
| 11/13/2020 | Counseling | Plan of Care | Hess, Bethany | Verbalizes Understanding |
| 11/13/2020 | Counseling | Preventive Health | Hess, Bethany | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Hess, Bethany FNP on 11/13/2020 16:13
Requested to be cosigned by Mohan, Brij MD, Clinical Director.
Cosign documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ROSSINI, ALBERT | | | Reg #: | 08043-424 |
| Date of Birth: | 09/11/1948 | Sex: | M | Race: | WHITE |
| Encounter Date: | 11/12/2020 10:59 | Provider: | Hess, Bethany FNP | Facility: | CCC |

**Cosigned by Mohan, Brij MD, Clinical Director on 11/16/2020 07:48.**

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ROSSINI, ALBERT | | | Reg #: | 08043-424 |
| Date of Birth: | 09/11/1948 | Sex: M | Race: WHITE | Facility: | CCC |
| Note Date: | 01/03/2021 15:16 | Provider: | Wallace, D. RN | Unit: | G04 |

Admin Note - Orders encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**      Provider:   Wallace, D. RN
Ordering COVID-19 testing.

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests-C-COVID-19 Novel Coronavirus | One Time | 01/05/2021 00:00 | Routine |

**Copay Required:** No        **Cosign Required:** Yes
**Telephone/Verbal Order:**  No

Completed by Wallace, D. RN on 01/03/2021 15:17
Requested to be cosigned by  Mohan, Brij MD, Clinical Director.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | ROSSINI, ALBERT | | | | Reg #: | 08043-424 |
| Date of Birth: | 09/11/1948 | Sex: | M | Race: WHITE | Facility: | CCC |
| Note Date: | 12/17/2020 11:48 | Provider: | Burke, C. RN/IOP/IDC | | Unit: | G04 |

Admin Note - Orders encounter performed at Health Services.

**Administrative Notes:**

    ADMINISTRATIVE NOTE  **1**    Provider:  Burke, C. RN/IOP/IDC

        Ordering COVID-19 test for end of quarantine.

**New Laboratory Requests:**

| **Details** | **Frequency** | **Due Date** | **Priority** |
|---|---|---|---|
| Lab Tests-C-COVID-19 Novel Coronavirus | One Time | 12/28/2020 00:00 | Routine |

**Copay Required:** No        **Cosign Required:** Yes

**Telephone/Verbal Order:**  No

Completed by Burke, C. RN/IOP/IDC on 12/17/2020 11:48

Requested to be cosigned by Nowakowski, Bonnie M DO.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | ROSSINI, ALBERT | | | | Reg #: | 08043-424 |
| Date of Birth: | 09/11/1948 | Sex: | M | Race: WHITE | Facility: | CCC |
| Note Date: | 03/16/2020 14:01 | Provider: | Mohan, Brij MD, Clinical | | Unit: | H03 |

Admin Note - Consultation encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE  1**         **Provider:** Mohan, Brij MD, Clinical Director

71 y/o M had sleep study done on 3/2/20 with 383 minutes time in bed; baseline oxygen saturation on room air was 92% & in response dropped as low as 80%.

Apnea Interval Statistics:
Total AHI: 18
Total apneas: 113
Central: 97
Obstructive: 12
Mixed: 2
Hypopneas: 115
Assessment/Interpretation:
Pt is +ve for moderate Obstructive Sleep Apnea (OSA) with a possible central component as well plus hypoxic reaction to the events.
Snoring was noted during the study.

Recommendation:
An Auto CPAP would be effective in treating this condition.

Based on the above study- CPAP is approved.

**Copay Required:** No         **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Mohan, Brij MD, Clinical Director on 03/16/2020 14:06
Requested to be reviewed by Ndife, Z. HSA/MLP.
Review documentation will be displayed on the following page.

## Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ROSSINI, ALBERT | | | Reg #: | 08043-424 |
| Date of Birth: | 09/11/1948 | Sex: | M | Race: | WHITE |
| Encounter Date: | 03/16/2020 14:01 | Provider: | Mohan, Brij MD, Clinical | Facility: | CCC |

**Reviewed by Ndife, Z. HSA/MLP on 03/17/2020 17:15.**

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | |
|---|---|---|
| Inmate Name: ROSSINI, ALBERT | | Reg #: 08043-424 |
| Date of Birth: 09/11/1948 | Sex: M Race: WHITE | Facility: CCC |
| Encounter Date: 04/28/2020 14:57 | Provider: Hess, Bethany FNP | Unit: D03 |

Mid Level Provider - Sick Call Note encounter performed at Housing Unit.

**SUBJECTIVE:**

**COMPLAINT 1**      **Provider:** Hess, Bethany FNP

**Chief Complaint:** Cold or Flu Symptoms

**Subjective:** 71 y/o male seen on housing unit; Assessed yesterday for Complaining of 2 day history of Headache, Chest "fullness" "sob" Pt has past med history of pacemaker and sleep apnea. Pt denies any Fevers, DOE, PND or Chest Pain. Today patient states "it feels like when I had pneumonia years ago"

Pt suspected for Covid 19; Nasopharyngeal swab collected by provider

**Pain:** No

**ROS:**

**General**

**Constitutional Symptoms**

Yes: Chills

No: Fever

**Cardiovascular**

**General**

Yes: Within Normal Limits, Cough

**Pulmonary**

**Respiratory System**

Yes: DOE, Hx of Sleep Apnea, Shortness of breath

No: Sputum - Change, Wheezing

**OBJECTIVE:**

**Exam:**

**General**

**Appearance**

Yes: Alert and Oriented x 3

**Pulmonary**

**Auscultation**

Yes: Clear to Auscultation

**Cardiovascular**

**Auscultation**

Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

**ASSESSMENT:**

Cough, R05 - Current

Headache, R51 - Current

**PLAN:**

| Inmate Name: | ROSSINI, ALBERT | | | Reg #: | 08043-424 |
| Date of Birth: | 09/11/1948 | Sex: | M   Race:  WHITE | Facility: | CCC |
| Encounter Date: | 04/28/2020 14:57 | Provider: | Hess, Bethany FNP | Unit: | D03 |

**New Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| COVID-19 RNA | One Time | | Symptomatic | Hess, Bethany FNP |
| | **Order Date:** | 04/28/2020 | | |
| Temperature | BID | 14 days | | Hess, Bethany FNP |
| | **Order Date:** | 04/28/2020 | | |

**Disposition:**

Return Immediately if Condition Worsens

Discharged To Housing Unit with Medical Idle

Discharged to Housing Unit with Restrictions

**Other:**

Pt tested for CoVid 19, tested positive, and is symptomatic

Will be placed in isolation for 14 days

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 04/28/2020 | Counseling | Access to Care | Hess, Bethany | Verbalizes Understanding |
| 04/28/2020 | Counseling | Hand & Respiratory Hygiene | Hess, Bethany | Verbalizes Understanding |
| 04/28/2020 | Counseling | Infection Prevention | Hess, Bethany | Verbalizes Understanding |

**Copay Required:** Yes          **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Hess, Bethany FNP on 04/28/2020 15:14

Requested to be cosigned by Mohan, Brij MD, Clinical Director.

Cosign documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ROSSINI, ALBERT | | | Reg #: | 08043-424 |
| Date of Birth: | 09/11/1948 | Sex: | M | Race: | WHITE |
| Encounter Date: | 04/28/2020 14:57 | Provider: | Hess, Bethany FNP | Facility: | CCC |

**Cosigned by Mohan, Brij MD, Clinical Director on 04/29/2020 13:32.**

## Bureau of Prisons
## Health Services
## Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: ROSSINI, ALBERT | | Reg #: 08043-424 |
| Date of Birth: 09/11/1948 | Sex: M   Race: WHITE | Facility: CCC |
| Encounter Date: 04/27/2020 20:24 | Provider: Hess, Bethany FNP | Unit: D03 |

Mid Level Provider - Triage Note encounter performed at Housing Unit.

### SUBJECTIVE:

**COMPLAINT 1**     **Provider:** Hess, Bethany FNP

**Chief Complaint:** Headache

**Subjective:** 71 y/o male seen on housing unit; Complaining of 2 day history of Headache, Chest "fullness, like I cant take a deep breath" and fatigue. Pt has past med history of pacemaker and sleep apnea. Pt denies any Fevers, SOB, DOE, PND or Chest Pain.

**Pain:** Yes

**Pain Assessment**

| | |
|---|---|
| **Date:** | 04/27/2020 20:29 |
| **Location:** | Generalized |
| **Quality of Pain:** | Aching |
| **Pain Scale:** | 6 |
| **Intervention:** | Tylenol |
| **Trauma Date/Year:** | |
| **Injury:** | |
| **Mechanism:** | |
| **Onset:** | 1-2 Days |
| **Duration:** | 1-2 Days |
| **Exacerbating Factors:** | None |
| **Relieving Factors:** | Laying down |
| **Reason Not Done:** | |
| **Comments:** | |

### ROS:

**General**

  **Constitutional Symptoms**

    Yes: Easily Tired, Fatigue

    No: Fever

**HEENT**

  **Eyes**

    Yes: Within Normal Limits

    No: Blurred Vision

  **Head**

    Yes: Headaches (Frequency: "for 2 days")

    No: Migraine, Trauma

  **Neck**

    Yes: Within Normal Limits

    No: Enlargement of Lymph Nodes

  **Throat**

    Yes: Within Normal Limits

    No: Hoarseness

| | | |
|---|---|---|
| Inmate Name: ROSSINI, ALBERT | | Reg #: 08043-424 |
| Date of Birth: 09/11/1948 | Sex: M Race: WHITE | Facility: CCC |
| Encounter Date: 04/27/2020 20:24 | Provider: Hess, Bethany FNP | Unit: D03 |

**ROS:**

**Cardiovascular**

**General**

Yes: Within Normal Limits

No: Angina, Cough, Edema, Exertional dyspnea

**Pulmonary**

**Respiratory System**

Yes: Within Normal Limits

**GI**

**General**

Yes: Within Normal Limits

No: Abdominal Pain or Colic, Diarrhea, Heartburn, Nausea, Vomiting

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 04/27/2020 | 20:30 CCC | 98.9 | 37.2 | Forehead | Hess, Bethany FNP |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 04/27/2020 | 20:30 CCC | 100 | | | Hess, Bethany FNP |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 04/27/2020 | 20:30 CCC | 18 | Hess, Bethany FNP |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 04/27/2020 | 20:30 CCC | 97 | Room Air | Hess, Bethany FNP |

**Exam:**

**General**

**Affect**

Yes: Pleasant, Cooperative

**Appearance**

Yes: Alert and Oriented x 3

**Head**

**General**

Yes: Symmetry of Motor Function, Atraumatic/Normocephalic

**Eyes**

**General**

Yes: PERRLA, Extraocular Movements Intact

**Neck**

**General**

Yes: Within Normal Limits, Supple, Symmetric

**Pulmonary**

**Observation/Inspection**

Yes: Within Normal Limits

| | | | |
|---|---|---|---|
| Inmate Name: ROSSINI, ALBERT | | | Reg #: 08043-424 |
| Date of Birth: 09/11/1948 | Sex: M Race: WHITE | | Facility: CCC |
| Encounter Date: 04/27/2020 20:24 | Provider: Hess, Bethany FNP | | Unit: D03 |

## Exam:

**Auscultation**

Yes: Clear to Auscultation

**Cardiovascular**

**Auscultation**

Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

**Peripheral Vascular**

**General**

Yes: Within Normal Limits

## ASSESSMENT:

Headache, R51 - Current

Presence of cardiac pacemaker, Z950 - Current

## PLAN:

## Disposition:

Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed
Return Immediately if Condition Worsens
Return To Sick Call if Not Improved
Discharged to Housing Unit-No Restrictions
Discharged to Work with No Restrictions

## Other:

Discussed plan to f/u with inmate in a.m
Instructed to notify officer if he develops cp or sob.
Pt verbalized understanding of plan

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 04/27/2020 | Counseling | Access to Care | Hess, Bethany | Verbalizes Understanding |
| 04/27/2020 | Counseling | Hand & Respiratory Hygiene | Hess, Bethany | Verbalizes Understanding |
| 04/27/2020 | Counseling | Infection Prevention | Hess, Bethany | Verbalizes Understanding |
| 04/27/2020 | Counseling | Plan of Care | Hess, Bethany | Verbalizes Understanding |

**Copay Required:** Yes          **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Hess, Bethany FNP on 04/27/2020 20:40

Requested to be cosigned by Mohan, Brij MD, Clinical Director.

Cosign documentation will be displayed on the following page.

Requested to be reviewed by Ndife, Z. HSA/MLP.

Review documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | ROSSINI, ALBERT | | | | Reg #: | 08043-424 |
| Date of Birth: | 09/11/1948 | Sex: | M | | Race: | WHITE |
| Encounter Date: | 04/27/2020 20:24 | Provider: | Hess, Bethany FNP | | Facility: | CCC |

**Reviewed by Ndife, Z. HSA/MLP on 04/28/2020 06:40.**

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ROSSINI, ALBERT | | | Reg #: | 08043-424 |
| Date of Birth: | 09/11/1948 | Sex: | M | Race: | WHITE |
| Encounter Date: | 04/27/2020 20:24 | Provider: | Hess, Bethany FNP | Facility: | CCC |

**Cosigned by Mohan, Brij MD, Clinical Director on 04/28/2020 07:48.**





ALBERT ROSSINI
#08043-424
METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN ST.
Chicago, IL 60605

Clerk of U.S. District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

RECEIVED
AUG 17 2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

INSPECTED BY
U.S. MARSHAL S.
219 S DEARBORN
CHICAGO, ILLINOIS

LEGAL MAIL

08/17/2021-16

METROPOLITAN CORRECTIONAL CENTER

METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN ST. CHICAGO, IL 60605
The enclosed letter was processed through special mailing procedures for forwarding to you
This letter has neither been opened nor inspected.

METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN ST. CHICAGO, IL 60605
AUG 10 2021

If the writer raises a question or problem over which this facility has jurisdiction,
you may wish to return the material for further information or clarification.
If the writer encloses correspondence for forwarding to another addressee,
please return the enclosure to the above address.

METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN ST. CHICAGO, IL 60605
The enclosed letter was processed through special mailing procedures for forwarding to you

METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN ST. CHICAGO, IL 60605
The enclosed letter was processed through special mailing procedures for forwarding to you
This letter has neither been opened nor inspected.

AUG 10 2021

If the writer raises a question or problem over which this facility has jurisdiction,
you may wish to return the material for further information or clarification.
If the writer encloses correspondence for forwarding to another addressee,
please return the enclosure to the above address.