Albert Rossini
#08043-424
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago, IL 60605

**FILED**
AUG 24 2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

August 19, 2021

Hon. John Z. Lee
United States District Court
219 S. Dearborn St.
Chicago, IL 60604

Re:  USA v. Rossini,   15 CR-515-1

Dear Judge Lee:

    Based upon the August 16, 2021 status hearing and a subsequent meeting with Attorney Clarence Butler, Jr. on August 17, 2021, I have decided the following:  Defendant's Sentencing Memorandum and Objections to the Presentence Report which I filed pro se on or about August 9, 2021, will remain as a document to be considered by the Court at sentencing but will be supplemented by myself and Mr. Butler through a filing by Mr. Butler.  This conforms to one of the options you presented to me at the status hearing and I appreciate you doing so.

Respectfully submitted,

*[signature]*

Albert Rossini





UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,

v.

ALBERT ROSSINI,
        Defendant.

Case No. 15 CR-515-1
HON. JOHN Z. LEE
District Judge

## NOTICE OF FILING

NOW COMES Defendant Albert Rossini and files this Letter to Hon. John Z. Lee, U.S. District Court Judge in response to status hearing of August 16, 2021.

Respectfully submitted,

*/s/ Albert Rossini*

Albert Rossini
#08043-424
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago, IL 60605

Albert Rossini
#08043-424
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago, IL 60605

2021 AUG 24 AM 10:45



LEGAL MAIL

Clerk of the U.S. District Court
For the Northern District of Illinois
219 S. Dearborn St.
Chicago, IL 60604



08/24/2021-68

METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN ST, CHICAGO, IL 60605
The enclosed letter was processed through special mailing procedures for forwarding to you. This letter has neither been opened nor inspected.

AUG 20 2021

If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.