# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                                       Case No.: 1:15−cr−00515

                                              Honorable John Z. Lee

Albert Rossini, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 27, 2021:

      MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. Status hearing held on 8/27/21. For the reasons stated on the record, the sentencing set for 8/27/21 is reset to 9/10/21 at 10:30 a.m. to be held in person. Defendant's supplemental sentencing memorandum by defense counsel is due by 9/6/21. Mr. Rossini was informed of his rights, and if he believes it necessary to file its own supplemental memorandum after speaking with counsel, he may do so by 9/6/21. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.