**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division**

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                                                                         Case No.: 1:15−cr−00515
                                                                                        Honorable John Z. Lee

Albert Rossini, et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, September 9, 2021:

      MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. The Court has received two communications from Defendant. First, Defendant Rossini's wife informs the Court that Rossini has prepared his pro se supplemental sentencing memorandum, but was not able to submit it in a timely fashion due to various circumstances at the MCC. She states that Rossini will bring the memorandum with him to the sentencing hearing scheduled for tomorrow, 9/10/21. Second, Rossini's counsel, Mr. Butler, informs the Court that he was unable to prepare and file a sentencing memorandum as directed by the Court, because Rossini has not provided him with the documents that were necessary for the filing. This Court has provided numerous extensions to Defendant Rossini and accommodated his various requests so that he can provide whatever information and materials he believes the Court should consider for the purposes of sentencing. At this point, the interests of justice dictate that the sentencing hearing must go forward on an expeditious manner. That said, the Court needs time to review whatever sentencing materials Rossini and his attorney wish to present for the Court's consideration. Accordingly, the Court will provide Rossini and his counsel with one final opportunity to submit whatever materials they believe are relevant to sentencing. Again, as explained previously, in the event that Defendant and his attorney disagree as to what should be filed, the Court would appreciate the input of both for sentencing. Therefore, Defendant's counsel should file a sentencing memorandum that he believes is in the best interests of the Defendant. Defendant may file his own materials as well, and if he disavows or disagrees with what his counsel states in counsel's sentencing memorandum, Rossini should note such disagreement in his filing, and the Court will disregard counsel's statements to which Rossini objects. Rossini and/or his counsel must file any additional sentencing materials no later than 9/30/21. This should be more than enough time for Defendant and his counsel to prepare and file the sentencing materials. If the events at the MCC prevent Defendant from filing his materials, the Court directs Mr. Butler to obtain and file the materials on Defendant's behalf, and Defendant is ordered to cooperate in Mr. Butler's efforts to do so. No further extensions of time will be given. If Defendant and/or his counsel do not file anything else, the Court will consider only the submissions that the parties have made up to 9/30/21 as well as any arguments presented by the parties at the sentencing hearing. The sentencing hearing scheduled for 9/10/21 is reset to 10/12/21 at 1:30 p.m. It will take place in person. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.