UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| | ) | No. 15 CR 515 |
| | ) | |
| | ) | |
| | | Honorable John Z. Lee |
| ALBERT ROSSINI | | |
| Defendant. | | |


ROSSINI'S SUPPLEMENTAL SENTENCING  MEMORANDUM  RELATIVE TO HIS MOTION FOR COMPASSIONATE RELEASE UNDER THE FIRST STEP ACT, TITLE 18 U.S.C.§ 3852(C)(1)(A)(I), OR IN THE ALTERNATIVE, A RECOMMENDATION TO THE BOP THAT ROSSINI BE IMMEDIATELY  TRANSFERRED TO HOME CONFINEMENT PURSUANT TO §12003 (B) (2) OF THE CARES ACT AND  18 U.S.C.  §3621 (B) (4)


Comes Now Defendant Albert Rossini, By And Through His Attorney Clarence Butler Jr., Of The Law Office Of Clarence Butler Jr, Hereby Submits *Rossini's  Supplemental  Sentencing Memorandum   Relative  To Rossini's Motion For Compassionate Release Under The First Step Act, Title 18 U.S.C.  § 3852(C)(1)(A)(I), Or In The Alternative, A Recommendation To The BOP That Rossini Be Immediately  Transferred To Home Confinement Pursuant To §12003(B)(2) Of The Cares Act And 18 U.S.C.§3621 (B)(4), After Sentencing.*

I

1

Rossini respectfully moves this Court to grant his motion for compassionate release under the First Step Act, 18 U.S.C. § 3852(c)(1)(A)(i), or in the alternative, a recommendation to the BOP that he be transferred to home confinement immediately pursuant to § 12003(b)(2) of the CARES Act and 18 U.S.C. § 3621(b)(4). In this case, there are extraordinary and compelling reasons to grant relief because Rossini's has serious health conditions (as chronicled infra) as he faces a significant risk of death or serious injury from COVID-19. (Bureau of Prison records are relevant and probative of this motion.)

1A.                                   <u>TIMLINESS</u>

The following exhibit explains any timeliness issues relative to the submission of this document.

_____

**<u>Exhibit 1A.</u>**

**From:** cbutlerlaw@..
**Sent:** Thursday, September 9, 2021 8:26 AM
**To:** Acevedo…john.mitchell...
**Subject:** FW: Rossini, Albert USMC #080043-424
**Importance:** High

Good morning:

Please be aware that I have been diligently using my best efforts to meet with and discuss all issues with Rossini, as documented in limited part by the email chain below, relative to the timely submission of documents in accordance with the court's schedule. Specifically, I met with Rossini yesterday morning at the MCC at approximately 8:00 a.m., due in part, to non-receipt and retrieval of documents that were promised to have been made available and delivered by Rossini for review and filing by September 6, 2021 in accordance with this court's order. I did not receive those documents either yesterday or prior, so that they could have been submitted by September 6, 2021, or yesterday September 8, 2021. Mr. Rossini did not have those documents available during our meeting yesterday at the MCC, and he indicated that he would submit said to me sometime today, September 9, 2021.

In addition, based on information and belief, Mr. Rossini's wife, Brenda Rossini, unilaterally submitted an email on behalf of Mr. Rossini, advising the court that certain documents had not been completed,  attributable to consequences evolving from  an MCC lockdown.

   Please be advised that given the totality of circumstances, I am prepared relative to all of the issues in this case and I fully intend to proceed to sentencing on Friday. Any last minute submission I receive from Rossini will be submitted to the court. I just wanted to advise the court and  government of my efforts to obtain this information for their timely consideration. Again,  these are extenuating circumstances beyond my control, as I cannot review or submit what I have not received from Rossini. In addition, I provided an opportunity for  Rossini's wife to tender documents in-person  and engage in discussions in my office today between the hours of 11:00a.m. and 1:00 p.m. today.  I did receive an 11:00 p.m. email containing a  document and photographs, from Rossini's wife, however the  submission did not include the promised awaiting  documents from Rossini.  Again this communication is just submitted for the government's  and  court's edification relative to timeliness, as I  am prepared and will be proceeding on Friday  as scheduled, as I will not be requesting any extension of time.

*Clarence Butler, Jr.*
The Law Office of Clarence Butler Jr.
77 West Wacker Drive Suite 4500
Chicago, Illinois 60601
Office  312-216-5102

———————

   It should be noted that as of approximately 1:0 5a.m., Friday, September 10, 2021 counsel had

not received via email or other communication from either Mr. Rossini, or his wife, on his

behalf, the expected promised documents to be review and filed with this submission.

Consequently, counsel stands on and reaffirms his previous submissions to this court, in addition

to this submission.

   Notwithstanding the aforementioned,  counsel now addresses the  issue of Compassionate

Release. Rossini during the last court hearing advised the court that he intends and expects to

testify publicly in open court, and consequently has authorized counsel to make filed disclosures

herein that will addressed medical issues during sentencing. Accordingly, Rossini has authorized counsel's disclosure, since he will be addressing these matters publicly on the witness stand. Thus counsel has been authorized to disclose Rossini's medical issues absent formal specific advanced HIPAA authorization.

Specifically, as it relates to Compassionate Release, Rossini has an actionable plan relative to residency upon his release. Rossini is classified by the Bureau of Prisons ("BOP") as being chronic care level due to significant medical problems. Rossini's believes the facility has been unable to successfully manage his myriad conditions, which substantially endangers him within the correctional facility. Based on his health conditions, Rossini believes the Centers for Disease Control (CDC) calculates Rossini is in the highest possible risk group for serious complications and death should he become infected with the novel coronavirus.


II


ANY ADVERSE RULING RELATIVE TO ROSSINI'S COMPASSIONATE RELEASE ARE DISTINGUISHABLE AS OF AUGUST 16, 2021, AS THERE IS GRAVE PERVASIVE UNCERTAINTY REGARDING VARIANT EMERGENCE AND CONCERNS RELATIVE TO VACCINE EFFICACY AND LONGEVITY MANIFESTED BY THE PHENOMENON OF MASSIVE BREAKTHROUGH CASES AMONG THE FULLY VACCINATED.


Since the ruling in *United States versus Broadfield,* there have been certain pandemic repercussions and unprecedented activity that was not contemplated by the Broadfield case. Unfortunately, there is a new wave of breakthrough variants.


2A *Rossini's Compassionate Release Response In The Wake Of United States v.Broadfield*

4

Rossini's *Motion For Compassionate Release* should be granted under *United States v. Broadfield,* as Rossini's situation is distinguishable from Broadfield, as unlike Broadfield, **Rossini is over 72 years old,** as he was born on September 11, 1948. Due to Rossini's age and health conditions, he is at greater risk of serious complications if he becomes infected with the novel Corona Virus that causes COVID-19. The Seventh Circuit recently held in *United States v. Broadfield No. 20-2906__F. 4th___* that as stated in a separate opinion issued the same day, regarding prisoners who are younger than 70.. "prisoners who have access to a vaccine cannot use the risk of COVID-19 to obtain compassionate release." *United States v. Ugbah* No. 20-3073__ F. 4th___ 2021 WL 3077134, at*1 (7th Cir. July 21 2021)


In pertinent part, Broadview held the following:

"Contending that his asthma and other breathing issues put him at extra risk should he contract COVID-19 while in prison, Broadfield applied for compassionate release under 18 U.S.C. 3582(c)(1)(A). For a prisoner **who is younger than 70**, relief depends on finding "extraordinary and compelling reasons." The Seventh Circuit affirmed the denial of relief. Broadfield has not been convicted of a weapons offense, but the district court cited such an offense in its decision. However, section 3582(c)(1)(A) does not make a judicial finding of non-dangerousness essential to compassionate release. When Broadfield's application was denied, COVID-19 was a grave problem in America's prisons. The Bureau of Prisons reports that 1,300 prisoners at FCI Seagoville, where Broadfield is confined, have been fully vaccinated against COVID-19. Because risk of COVID-19, which can bear especially hard on people with pre-existing breathing conditions, was Broadfield's sole reason for seeking compassionate release, a remand would be pointless. A prisoner who remains at elevated risk because he has declined to be vaccinated cannot plausibly characterize that risk as an "extraordinary and compelling" justification for release. The federal judiciary need not accept a prisoner's self-diagnosed skepticism about the vaccines as an adequate explanation for remaining unvaccinated, when the responsible agencies all deem vaccination safe and effective. "


Rossini will be 73 years old in September and his age places him outside the parameters of Broadfield application.

### 3A    *Rossini Verbatim Recitation Regarding Covid-19  Compassionate Release Considerations*

"I was vaccinated with the Moderna Vaccine here at the MCC on or about January 28, 2021 and followed with a second shot three weeks later. After reviewing the U.S. v. Broadfield decision, there are several recent events, that either distinguish my situation or contradict it. First, as you stated, I am 73 years old and have a Pacemaker to counteract the almost nonexistent beating of my lower heart. The lower heart is 89% Pacemaker dependent and without it, my total heart beat is 21-22 beats per minute.

   I have been diagnosed with Sleep Apnea wherein my breathing reduces to 80% while asleep, even though I do not seem to have a snoring problem. Also, throughout my adult life, I have suffered bouts of pneumonia which the Medical Staff at MCC Chicago believed I had in April/May 2020 and therefore moved me for almost 5 weeks to the quarantine unit on 15. I suffer from severe chest pains but not necessarily heart pain, however, pain more associated with long COVID even though I have not tested positive. Yet, most inmates in the dorm units suffered from COVID symptoms~in March and early April 2020. Many, as myself, still suffer from dizziness, loss of smell, and headaches.

   The statement that the vaccines make it unnecessary for prisoners to be granted compassionate release shows a lack of up-to-date knowledge of the disease. As Dr. Rochelle Walensky, Director of the CDC has stated when contradicting a non-mask mandate she had proclaimed several month ago, this Delta Variant has changed our thinking and now everyone should be wearing masks and still attempting to social distance, vaccinated or not. Today it was announced on NPR, 91.5 FM in Chicago that both the Rev. Jesse Jackson and Mrs. Jackson were in hospital due to the COVID-19 virus. Reverend Jackson was vaccinated in January 2021.

6

The United States is now averaging over 100,000 new COVID-19 infections a day, returning to a milestone last seen during the winter surge, after averaging about 11,000 cases a day in late June. Deaths have risen from 270 per day to over 500 per day. https://coronavirus. jhu.edu. On August 8, 2021, Dr. Walensky said "[O]ur models show that if we don't vaccinate people, we could be up to several hundred thousand cases a day, similar to our surge in early January." Now, two weeks later, the CDC and national healthcare experts are stating that vaccinated people will need an additional shot soon. It appears from studies here and in Israel that the Pfizer and Moderna vaccine are 80% effective against the Delta Variant and reduce effectiveness each month after being administered. COVID-19 appears to be a very long~term problem with an uncertain future especially for those who have immunocompromised problems such as heart disease, diabetes, hepatitis, cancer, and HIV.

As previously stated, I suffer from a form of heart disease that cannot be reversed, only contained with Pacemaker and other possible treatments."

_____

If this court granted compassionate release, Rossini would not pose a danger to the community at large. Rossini has been incarcerated and faces, significant incarceration. Rossini is currently housed at the MCC and believes this facility is not classified as a federal medical center with the capacity to adequately address multiple medical needs. Accordingly, Rossini requests this Court grant him compassionate release under 18 U.S.C. § 3582(c)(1)(a)(i), because his serious health conditions and vulnerability to COVID-19 are "extraordinary and compelling reasons" that support a reduction in his sentence.

Respectfully submitted,

S/ *Clarence Butler, Jr.*

The Law Office of Clarence Butler Jr.
77 West Wacker Drive Suite 4500
Chicago, Illinois 60601
Office  312-216-5102

**Exhibits**

Bureau Of Prisons Health Services Clinical Encounter For Corroborative  Exhibit Medical Records

Inmate Name: ROSSINI, ALBERT

Date of Birth:  09/11/1948

Encounter Date: 11/12/2020 10:59

Sex:     M        Race: WHITE

Provider: Hess, Bethany FNP

Reg #: 08043-424 Facility: CCC

Unit: G04

Chronic Care - Advanced Practice Provider Follow Up encounter performed at Health Services.

SUBJECTIVE:

COMPLAINT **1**        Provider: Hess, Bethany FNP

Chief Complaint: Chronic Care Clinic

Subjective:

Pain:

71 y/o M with Pacemaker placed in 2013 s/p significant symptomatic bradycardia. Pt was seen by Cardiology on 7/11/19. Pacemaker checked and functioning normal with stable sensing and pacing thresholds. Pt takes Aspirin 81 mg /day and is compliant taking meds. October 2020 Labs reviewed, all WNL's and HgA 1 C 6.0

Pt has recent history of dizziness starting in Sept 2020. Denied any CP, SOB, DOE, PND, h/o HTN/DM, nausea/vomiting, cough, sinus congestion, sore throat, ear pain or other constitutional symptoms. Consult with Cardiology w/ B/L carotid duplex study planned on 11/02/20 but inmate refused to go to appointment stating he was afraid to miss legal call from lawyer. He is requesting that consult be rescheduled,as he continues to have symptoms of dizziness, and feeling "wobbly"

No

Seen for clinic(s): Cardiac

ROS:

General

Constitutional Symptoms

No: Chills, Easily Tired, Fatigue, Fever, Illness w fever/cough & fatigue >1 week, Insomnia, Night Sweats, Unexplained Weight Loss, Weakness, Weight Gain

lntegumentary

Skin

Yes: Within Normal Limits, Dry

HEENT Ears

Yes: Within Normal Limits, Vertigo

No: Discharge, Hx Ear Aches, Tinnitus, Hx Recurrent Infections

Eyes

Yes: Within Normal Limits, Hx Eye Glasses

No: Blurred Vision, Cataracts, Changes in Vision. Color Blindness, Diplopia, Pain, Redness, Retinopathy, Trauma, Visual Loss

Head

Yes: Within Normal Limits

No: Headaches, Migraine, Trauma Mouth

Yes: Within Normal Limits

No: Changes in Taste, Tooth pain Neck

Yes: Within Normal Limits

No: Enlargement of Lymph Nodes, Pain, Stiffness, Swelling Nose

Generated 11/13/2020 16.13 by Hess, Bethany FNP


**Bureau of Prisons - CCC**

Page 1 of 6

Inmate Name: ROSSINI, ALBERT

Date of Birth: 09/11/1948

Encounter Date: 11/12/2020 10:59

Sex:     M        Race: WHITE

Provider: Hess, Bethany FNP

Reg #: 08043-424 Facility: CCC

Unit: G04

Yes: Within Normal Limits

No: Allergies, Discharge, Hx of Sinus Infection, Nasal Congestion, Obstruction, Rhinitis, Hx Polyps, Hx of Frequent Colds

**Throat**

Yes: Within Normal Limits

No: Dysphagia, Hoarseness, Tonsillitis, Voice Changes **Sinuses**

Yes: Within Normal Limits

No: Pain Over Sinus - Frontal, Pain Over Sinus - Maxillary, Sinus Congestion, Dental Pain **Cardiovascular**

**General**

Yes: Hx of Heart Disease, Hx of Heart Surgery

No: Angina, Cold Extremities, Cough, Cyanosis, Edema, Exertional dyspnea, Intermittent Claudication, Orthopnea, Paroxysmal Nocturnal Dyspnea, Palpitation, Syncope, Hx Hypertension, Hx Phlebitis, Hx Murmur, Hx of Rheumatic Fever, Hx of Hyperlipidemia

**Pulmonary**

**Respiratory System**

Yes: Within Normal Limits

No: Cough - Dry, Cough - Productive, Cough - Productive of thick green or brown mucus, Cough, lasting greater than one week, DOE, Dyspnea, Hemoptysis, Hx Asthma, Hx BCG vaccine, Hx Bronchitis, Hx of BiPAP/CPAP, Hx of COPD, Hx of Sleep Apnea, Hx of Treatment for TB, Hx Pneumonia, Hx Positive TB Skin Test, Hx Tuberculosis, Night Sweats, Orthopnea, Pleurisy, Shortness of breath, Sinus discomfort/bronchial congestion &cough>2-3wks, Sputum - Change, Tobacco Use, Wheezing

**GI**

**General**

Yes: Within Normal Limits

No: Abdominal Pain or Colic, Appetite Changes, Appetite Loss, Belching, Bloating, Blood in Stools, Constipation, Diarrhea, Dietary Changes, Recent, Dyspepsia, Dysphagia, Flatulence, Gastrectomy or jejunoileal bypass status, Heartburn, Hematemesis, Hemorrhoids, Hx of Hepatitis, Hx of PUD, Incontinence of Stool, Jaundice, Nausea, Odynophagia, Rectal Bleeding, Rectal Pain, Reflux, Stools Black, Vomiting, Weight Gain, Weight Loss

GU

General

Yes: Within Normal Limits

No: Anuria, Chronic renal failure, Dysuria, Foaming of urine, Hematuria, Hesitancy, Hx Kidney Stones, Incontinence, Infections, Nocturia, Pain or Colic, Testicular Pain, Urgency, Urinary Frequency, Urinary Retention

**Musculoskeletal General**

Yes: Within Normal Limits

**Neurological**

**Cranial Nerves**

Yes: Within Normal Limits

**Endocrine**

**General**

Yes: Within Normal Limits

No: Excessive Sweating, Exophthalmos. Goiter, Hair Changes, Hx of Diabetes, Hx of Thyroid Ox, Infertility, Intolerance to Heat/Cold, Nail Changes, Palpitations, Polydipsia, Polyphagia, Polyuria, Skin Changes,

Generated 11/13/2020 16: 13 by Hess, Bethany FNP

Bureau of Prisons - CCC

Page 2 of 6

Inmate Name: ROSSINI, ALBERT

Date of Birth: 09/11/1948

Encounter Date: 11/12/2020 10:59

Sex:    M       Race: WHITE

Provider: Hess, Bethany FNP

Reg #: 08043-424 Facility: CCC

Unit: G04

Tremor **Psychiatric General**

Yes: Within Normal Limits

**OBJECTIVE:**

**Temperature:**

**Date** 11/12/2020

**Time   Fahrenheit Celsius Location**

10:59 CCC      98.6     37.0

**Pulse:**

**Date**

11/12/2020 10:59 CCC

**Respirations:**

**Date** 11/12/2020

**Blood Pressure:**

**Rate Per Minute** 76

10:59 CCC

**Location**

**Provider**

Hess, Bethany FNP

**Rhythm**

**Rate Per Minute Provider**

18 Hess, Bethany FNP

**Location**

**Position**

**Cuff Size**

**Provider**

Hess, Bethany FNP

11/12/2020 10:59 CCC 121/78 **Sa02:**

**Provider**

Hess, Bethany FNP

**Date** 11/12/2020

**Time   Value(¾) Air**

10:59 CCC      97 Room Air

**Provider**

Hess, Bethany FNP

**Exam:**

**General Affect**

Yes: Pleasant, Cooperative

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

**Skin**

**General**

Yes: Within Normal Limits, Dry, Warmth

**Head**

**General**

Yes: Atraumatic/Normocephalic

**Eyes**

**General**

Yes: PERRLA, Extraocular Movements Intact

**Ears**

**Tympanic Membrane**

Yes: Within Normal Limits

**Canal**

Yes: Within Normal Limits

**External Ear**

Yes: Within Normal Limits

Generated 11/13/2020 16·13 by Hess. Bethany FNP

Bureau of Prisons - CCC

Page 3 of 6

Inmate Name: ROSSINI, ALBERT

Date of Birth:  09/11/1948

Encounter Date: 11/12/2020 10:59

Sex:

M

Race: WHITE

Provider: Hess, Bethany FNP

Reg #: 08043-424 Facility: CCC

Unit: G04

**Nose General**

Yes: Nares Patent, Turbinates Normal

**Face**

**General**

Yes: Symmetric

**Lips**

**General**

Yes: Within Normal Limits

**Mouth**

**General**

Yes: Within Normal Limits

**Neck**

**General**

Yes: Within Normal Limits

No: Supple, Lymphadenopathy **Thyroid**

Yes: Within Normal Limits

**Pulmonary Observation/Inspection**

Yes: Within Normal Limits **Auscultation**

Yes: Clear to Auscultation

**Cardiovascular**

**Observation**

Yes: Within Normal Limits

**Auscultation**

Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

**Peripheral Vascular**

**General**

Yes: Within Normal Limits

**Abdomen**

**Inspection**

Yes: Within Normal Limits

**Auscultation**

Yes: Norma-Active Bowel Sounds

**Gastrointestinal**

**General**

Yes: Within Normal Limits No: Diarrhea, Vomiting

**Genitourinary**

**General**

Yes: Within Normal Limits

**Neurologic**

Generated 11/13/2020 16:13 by Hess, Bethany FNP

Bureau of Prisons - CCC


Inmate Name: ROSSINI, ALBERT

DateofBirth:   09/11/1948

Encounter Date: 11/12/2020 10:59

Sex:    M       Race: WHITE

Provider: Hess, Bethany **FNP**

Reg #: 08043-424

Facility: CCC

Unit: G04

**Cranial Nerves (CN)**

Yes: Within Normal Limits

**Comments**

Complains of dizziness and feeling "wobbly on my feet" **ASSESSMENT:**

Dizziness and giddiness, R42 - Current Presence of cardiac pacemaker, Z950 - Current

**PLAN:**

**Renew Medication Orders:**

**Rx#    Medication**

116538-CCC Aspirin 81 MG EC Tab

**Prescriber Order:**

**Order Date** 11/12/2020 10:59 Take one tablet (81 MG) by mouth each morning x 365 day(s)

Indication: Presence of cardiac pacemaker

**New Consultation Requests:**

**Consultation/Procedure** Cardiology

Subtype:

Offsite Appt

Reason for Request:

72 y/o M C/O dizziness for the past 2 -3 weeks, stated that he feels wobbly or drunken while walking. Denied relation of dizziness with head movements. Denied chest

**General**

Yes: PERRLA, Extraocular Movements Intact

**Ears**

**Tympanic Membrane**

Yes: Within Normal Limits

**Canal**

Yes: Within Normal Limits

**External Ear**

Yes: Within Normal Limits

Generated 11/13/2020 16·13 by Hess. Bethany FNP

Bureau of Prisons - CCC

Page 3 of 6

pain/SOB/cough/NN/fever/chills/headache/ear pain/sore throat/GI symptoms/neurological symptoms or deficits/other constitutional symptoms. Pt with h/o having cardiac pacemaker, was seen by Cardiologist on 7 /11 /19. Pacemaker was interrogated & is functioning normal with stable sensing & pacing thresholds. **Pt** is on Aspirin 81mg Q daily. Beside dizziness, denied any other acute issues at present.

**Target Date Scheduled Target Date Priority** 11/27/2020 11/27/2020 Routine

**Translator       Language**

No

Plan: Cardiology F/U along with B/L carotid duplex study.

Provisional Diagnosis:

CAD with H/O Pacemaker; C/O frequent spells of dizziness.

Radiology    11/24/2020    11/24/2020

Subtype:

_ Offsite Radiology Exam

Reason for Request:

72 y/o M C/O dizziness for the past 2 -3 weeks, stated that he feels wobbly or drunken while walking. Denied relation of dizziness with head movements. Denied chest pain/SOB/cough/NN/fever/chills/headache/ear pain/sore throat/GI symptoms/neurological symptoms or deficits/other constitutional symptoms. Pt with h/o having cardiac pacemaker, was seen by Cardiologist on 7 /11 /19. Pacemaker was interrogated & is functioning normal with stable sensing & pacing thresholds. **Pt is**

on Aspirin 81 mg O daily.

Routine

No

Beside dizziness, denied any other acute issues at present.

Plan: Cardiology **F/U** along with B/L carotid duplex study Provisional Diagnosis:

B/L Carotid Duplex Study

**Generated 11/13/2020 16· 13 by Hess Bethany FNP**

**Bureau of Prisons - CCC**

Page 5 of 6

Inmate Name: ROSSINI, ALBERT

Date of Birth: 09/11/1948

Encounter Date: 11/12/2020 10:59

Sex:

M

Race: WHITE

Provider: Hess, Bethany FNP

Reg #: 08043-424 Facility: CCC

Unit: G04

**Disposition:**

Follow-up at Sick Call as Needed

Follow-up at Chronic Care Clinic as Needed To be Evaluated by Provider

Will Be Placed on Callout

Return Immediately if Condition Worsens Return To Sick Call if Not Improved Discharged to Housing Unit-No Restrictions Discharged to Work with No Restrictions Consultation Written

**Patient Education Topics:**

Date Initiated Format

      11/13/2020     Counseling

11/13/2020Counseling

11/13/2020Counseling

11/13/2020Counseling

11/13/2020Counseling

11/13/2020Counseling

11/13/2020Counseling
Handout/Topic Exercise

Access to Care

Diet

Hand & Respiratory Hygiene

Infection Prevention

Plan of Care

Preventive Health

                      _____

                      _____

Hess, Bethany   Verbalizes
                   Understanding
Hess, Bethany   Verbalizes
                   Understanding
Hess, Bethany   Verbalizes
                   Understanding
Hess, Bethany   Verbalizes
                   Understanding
Hess, Bethany   Verbalizes
                   Understanding
Hess, Bethany   Verbalizes
                   Understanding

**Copay Required:** No **Telephone/Verbal Order:** No

Completed by Hess, Bethany FNP on 11/13/2020 16: 13 Requested to be cosigned by Mohan, Brij MD, Clinical Director.

**Cosign Required:** Yes

Cosign documentation will be displayed on the following page.

Generated 11 /1312020 16.13 by Hess, Bethany FNP

**Bureau of Prisons - CCC**

Page 6 of 6

**Bureau of Prisons Health Services Cosign/Review**

Inmate Name: ROSSINI, ALBERT

Date of Birth: 09/11/1948

Encounter Date: 11/12/2020 10:59

Sex:     M

Provider:       Hess, Bethany FNP

Reg#:

Race:

Facility:

08043-424 WHITE CCC

**Cosigned by Mohan, Brij MD, Clinical Director on 11/16/2020 07:48.**

Bureau of Prisons - CCC


**Bureau of Prisons Health Services**

**Clinical Encounter - Administrative Note**

Inmate Name:

Date of Birth:

Note Date:

ROSSINI, ALBERT 09/11/1948 03/16/2020 14:01

Reg#:

Sex:     **M**     Race:WHITE  Facility:

Provider:        Mohan, Brij **MD,** Clinical      Unit:

08043-424 CCC

H03

Admin Note - Consultation encounter performed at Health Services. **Administrative Notes:**

## ADMINISTRATIVE NOTE 1

**Provider:** Mohan, Brij MD, Clinical Director

71 y/o M had sleep study done on 3/2/20 with 383 minutes time in bed; baseline oxygen saturation on room air was 92% & in response dropped as low as 80%.

Apnea Interval Statistics:

Total AHi: 18

Total apneas: 113

Central: 97

Obstructive: 12

Mixed: 2

Hypopneas: 115 Assessment/Interpretation:

Pt is +ve for moderate Obstructive Sleep Apnea (OSA) with a possible central component as well plus hypoxic

reaction to the events.

Snoring was noted during the study.

Recommendation:

An Auto CPAP would be effective in treating this condition.

Based on the above study- CPAP is approved.

**Copay Required:** No **Telephone/Verbal Order:** No

Completed by Mohan, Brij MD, Clinical Director on 03/16/2020 14:06

**Cosign Required:** No

Requested to be reviewed by Ndife, Z. HSA/MLP.

Review documentation will be displayed on the following page.

Generated 03/16/2020 14:06 by Mohan. Brij MD. Clinical

Bureau of Prisons - CCC

**Bureau of Prisons Health Services Clinical Encounter**

Inmate Name: ROSSINI, ALBERT

DateofBirth:   09/11/1948

Encounter Date: 04/28/2020 14:57

Sex:     M         Race: WHITE

Provider: Hess, Bethany FNP

Reg #: 08043-424 Facility: CCC

Unit:   D03

Mid Level Provider - Sick Call Note encounter performed at Housing Unit. **SUBJECTIVE:**

**COMPLAINT 1**

**Provider:** Hess, Bethany FNP

**Chief Complaint:** Cold or Flu Symptoms

**Subjective:**    71 y/o male seen on housing unit; Assessed yesterday for Complaining of 2 day history of Headache, Chest "fullness" "sob" Pt has past med history of pacemaker and sleep

apnea. Pt denies any Fevers, DOE, PND or Chest Pain. Today patient states "it feels like when I had pneumonia years ago"

Pt suspected for Covid 19; Nasopharyngeal swab collected by provider

**Pain:**   No

**ROS:**

**General**

**Constitutional Symptoms** Yes: Chills

No: Fever **Cardiovascular**

**General**

Yes: Within Normal Limits, Cough

**Pulmonary**

**Respiratory System**

Yes: DOE, Hx of Sleep Apnea, Shortness of breath No: Sputum - Change, Wheezing

**OBJECTIVE:**

**Exam:**

**General Appearance**

Yes: Alert and Oriented x 3

**Pulmonary**

**Auscultation**

Yes: Clear to Auscultation

**Cardiovascular**

**Auscultation**

Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

**ASSESSMENT:**

Cough, ROS - Current Headache, R51 - Current

**PLAN:**

Generated 04/28/2020 15: 14 by Hess, Bethany FNP

Bureau of Prisons - CCC

Page 1 of 2

Inmate Name: ROSSINI, ALBERT

Date of Birth: 09/11/1948

Encounter Date: 04/28/2020 14:57

      Sex:    M    Race: WHITE

Provider: Hess, Bethany FNP

Reg #: 08043-424 Facility: CCC

Unit:   003

**New Non-Medication Orders:**

**Order Frequency**

COVI D-19 RNA      One Time

**Order Date:**

Temperature

BID **Order Date:**

**Duration**

**Details** Symptomatic

**Ordered By**

Hess, Bethany FNP

04/28/2020

14 days

04/28/2020

Hess, Bethany FNP

**Disposition:**

Return Immediately if Condition Worsens Discharged To Housing Unit with Medical Idle Discharged to Housinq Unit with Restrictions

**Other:**

Pt tested for CoVid 19, tested positive, and is symptomatic Will be placed in isolation for 14 days

**Patient Education Topics:**

**Date Initiated Format**

04/28/2020     Counseling

04/28/2020

04/28/2020

Counseling

Counseling

**Handout/Topic** Access to Care

Hand & Respiratory Hygiene

Infection Prevention

**Provider** Hess, Bethany

Hess, Bethany

Hess, Bethany

**Outcome** Verbalizes Understanding

24

Verbalizes Understanding

Verbalizes Understanding

**Copay Required:Yes Telephone/Verbal Order: No**

Completed by Hess, Bethany FNP on 04/28/2020 15:14 Requested to be cosigned by Mohan, Brij MD, Clinical Director.

**Cosign Required:** Yes

Cosign documentation will be displayed on the following page.

Generated 04/28/2020 15: 14 by Hess, Bethany FNP

Bureau of Prisons - CCC

Page 2 of 2

**Bureau of Prisons Health Services**

**Cosign/Review**

Inmate Name: ROSSINI, ALBERT

Date of Birth: 09/11/1948

Encounter Date: 04/28/2020 14:57

Sex:    M

Provider:      Hess, Bethany FNP

Reg#:

Race:

Facility:

08043-424 WHITE CCC

**Cosigned by Mohan, Brij MD, Clinical Director on 04/29/2020 13:32.**

Bureau of Prisons - CCC