# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

## EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | No. 15 - CR - 515 |
| v. | ) | |
| | ) | |
| **ALBERT ROSSINI** | ) | Hon. Judge Lee |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF MOTION

TO: John Mitchell, AUSA
219 South Dearborn St. Room 500.
Chicago, Il. 60604

    PLEASE TAKE NOTICE that

DEFENSE COUNSEL FOR ALBERT ROSSINI, respectfully hereby submits to this HONORABLE COURT, NOTICE OF DEFENDANT ALBERT ROSSINI'S SUPPLEMENTAL SENTENCING MEMORANDUM RELATIVE TO HIS MOTION FOR COMPASSIONATE RELEASE UNDER THE FIRST STEP ACT, TITLE 18 U.S.C.§ 3852(C)(1)(A)(I), OR IN THE ALTERNATIVE, A RECOMMENDATION TO THE BOP THAT ROSSINI BE IMMEDIATELY TRANSFERRED TO HOME CONFINEMENT PURSUANT TO §12003 (B) (2) OF THE CARES ACT AND 18 U.S.C. §3621 (B) (4)

                                                Respectfully submitted,

                                          By: S/ *Clarence Butler Jr.*
                                          Attorney for the Defendant

**The Law Office of Clarence Butler Jr., LLC**
 77 West Wacker Drive, Suite 4500
 Chicago, Illinois 60601
 (312) 216-5102 Phone

 cbutlerlaw@comcast.net

## CERTIFICATE OF FILING AND SERVICE

I, Clarence Butler Jr., certify that on September 10, 2021 in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:
**NOTICE OF DEFENDANT** ROSSINI'S SUPPLEMENTAL SENTENCING MEMORANDUM RELATIVE TO HIS MOTION FOR COMPASSIONATE RELEASE UNDER THE FIRST STEP ACT, TITLE 18 U.S.C.§ 3852(C)(1)(A)(I), OR IN THE ALTERNATIVE, A RECOMMENDATION TO THE BOP THAT ROSSINI BE IMMEDIATELY TRANSFERRED TO HOME CONFINEMENT PURSUANT TO §12003 (B) (2) OF THE CARES ACT AND 18 U.S.C. §3621 (B) (4)

was served pursuant to the district court's ECF system as to ECF filers,