ILND 248 (Rev. 01/21)   ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A)

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

Case No. 15CR515

v.

ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A)

(COMPASSIONATE RELEASE)

Albert Rossini

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission,

IT IS ORDERED that the motion is:

☒ DENIED
☐ GRANTED

☐ The defendant's previously imposed sentence of imprisonment of _____ is reduced to _____.

☐ The sentence is reduced to Time Served.

If the defendant's sentence is reduced to Time Served:

☐ This order is stayed for up to fourteen days, for the verification of the defendant's residence and/or establishment of a release plan, to make appropriate travel arrangements, and to ensure the defendant's safe release. The defendant shall be released as soon as a residence is verified, a release plan is established, appropriate travel arrangements are made,

and it is safe for the defendant to travel. There shall be no delay in ensuring travel arrangements are made. If more than fourteen days are needed to make appropriate travel arrangements and ensure the defendant's safe release, the parties shall immediately notify the court and show cause why the stay should be extended; or

☐ There being a verified residence and an appropriate release plan in place, this order is stayed for up to fourteen days to make appropriate travel arrangements and to ensure the defendant's safe release. The defendant shall be released as soon as appropriate travel arrangements are made and it is safe for the defendant to travel. There shall be no delay in ensuring travel arrangements are made. If more than fourteen days are needed to make appropriate travel arrangements and ensure the defendant's safe release, then the parties shall immediately notify the court and show cause why the stay should be extended.

☐ The defendant must provide the defendant's complete residence address to the probation office in the district to which the defendant is released.

☐ Under 18 U.S.C. § 3582(c)(1)(A), the defendant is ordered to serve a "special term" of ☐probation or ☐ supervised release of___months (not to exceed the unserved portion of the original term of imprisonment).

☐ The defendant's previously imposed conditions of supervised release apply to the "special term" of supervision; or

☐ The conditions of the "special term" of supervision are as follows:

Click or tap here to enter text.

☐ The defendant's previously imposed conditions of supervised release are unchanged.

☐ The defendant's previously imposed conditions of supervised release are modified as follows:

Click or tap here to enter text.

☒ Additional grounds for the order:

As to Albert Rossini. Defendant moves for compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i) based on the COVID-19 pandemic. However, the Seventh Circuit has held that the availability of a vaccine to federal prisoners "makes it impossible to conclude that the risk of COVID-19 is an 'extraordinary and compelling' reason for immediate release," unless the prisoner "can show that he is unable to receive or benefit from a vaccine." United States v. Broadfield, 5 F.4th 801, 803 (7th Cir. 2021) (quoting 18 U.S.C. § 3582(c)(1)(A)(i)); see also United States v. Ugbah, 4 F.4th 595, 598 (7th Cir. 2021). Although Defendant argues that his age and the emergence of the Delta Variant of COVID-19 place his situation outside of Broadfield, the Court disagrees. Defendant received the Moderna vaccine and has offered no medical evidence that, in his specific case, its efficacy is so reduced as to make him unable to benefit from the vaccine. Accordingly, the Court denies the motion [741].

IT IS SO ORDERED.

Dated: 10/14/2021

John Z. Lee
UNITED STATES DISTRICT JUDGE