

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**FILED**

OCT 25 2021

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA, )
    Plaintiff/Appellee, )
)
)
)
)
)
v. )  CASE NO. 15 CR-515-1
) HON. JOHN Z. LEE,
) District Court Judge
)
)
)
ALBERT ROSSINI, )
    Defendant/Appellant. )

### NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN, that Albert Rossini, Defendant above-named, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment pursuant to Federal Rule of Criminal Procedure 32(j) and the sentence imposed on October 12, 2021 in this case pursuant to 18 U.S.C. §3742.

Respectfully submitted,

*/s/ Albert Rossini*

Albert Rossini
Defendant/Appellant
Fed. Reg. No. 08043-424
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago, IL 60605

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff/Appellee, )<br>)<br>v. )<br>)<br>)<br>ALBERT ROSSINI, )<br>    Defendant/Appellant. ) | CASE NO.   15 CR 515-1<br>HON. JOHN Z. LEE<br>District Court Judge |

## CERTIFICATE OF SERVICE

I, Albert Rossini, Defendant/Appellant, hereby certify that on October 18, 2021, I deposited the Notice of Appeal in the MCC Legal Mail System, first class postage prepaid, and addressed to the Clerk of the District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, IL 60604.

Respectfully submitted,

*/s/ Albert Rossini*

Albert Rossini
Defendant/Appellant
Fed. Reg. No. 08043-424
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago, IL 60605

Albert Rossini
#08043-424
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago, IL 60605

October 18, 2021

Clerk of the District Court
For the Northern District of Illinois
219 S. Dearborn St.
Chicago, IL 60604

Re: Notice of Appeal in case number 15 CR 515-1
U.S. v. Albert Rossini

Dear Clerk Bruton:

    My attorney in this district court case for sentencing was Clarence Butler, Jr., 77 W. Wacker Dr., Suite 4500, Chicago, Illinois 60601. He has consented to represent me in a continuation of his Criminal Justice Act appointment in this appeal.

Respectfully submitted,

*/s/ Albert Rossini*

Albert Rossini
Defendant/Appellant

```
Albert Rossini
#08043-424
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago, IL 60605
```



LEGAL MAIL

```
Clerk of the U.S. District Court
For the Northern District of Illinois
219 S. Dearborn St.
Chicago, IL 60604
```

60604-180099



METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN ST, CHICAGO, IL 60605
The enclosed letter was processed through special mailing procedures for forwarding to you
This letter has neither been opened nor inspected.

OCT 19 2021

If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the materiel for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.



10/25/2021-14