ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

## UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

v.

ALBERT ROSSINI
Write your full name here.

Case No. 15 CR 515-1
(write the number of your criminal case)
Hon. John Z. Lee

~~FILED~~

FILED
JAN 19 2022 SK
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

### MEDICAL RECORDS AND ADDITIONAL MEDICAL INFORMATION
In Support of Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A)

> **NOTICE**
>
> The public can access electronic court files. Federal Rule of Criminal Procedure 49.1 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

If you attach documents to this form that you believe should not be publicly available, you may request permission from the court to file those documents under seal. If the request is granted, the documents will be placed in the electronic court files but will not be available to the public.

Do you request that the attachments to this document be filed under seal?

☐ Yes

☒ No

ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

## MEDICAL RECORDS AND ADDITIONAL MEDICAL INFORMATION

To the extent you have medical records or additional medical information that support your motion for compassionate release, please attach those records or that information to this document.

## SIGNATURE

I declare under penalty of perjury that the facts stated in this attachment are true and correct.

__January 13, 2022__  _____/s/ Albert Rossini_____
Date                                               Signature

Albert Rossini
Name

08043-424
Bureau of Prisons Register #

Metropolitan Correctional Center
Bureau of Prisons Facility

71 W. Van Buren St., Chicago, IL 60605
Institution's Address