

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

# FILED

JAN 19 2022 SH

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br><br><br>v.<br><br><br><br>ALBERT ROSSINI,<br>        Defendant. | Case No.  15 CR 515-1<br>HON. JOHN Z. LEE<br>District Court Judge |

## DEFENDANT ALBERT ROSSINI'S MOTION FOR

## COMPASSIONATE RELEASE PURSUANT TO 18 U.S.C. §3582(c)

Now Comes Defendant Albert Rossini ("Rossini") by and through his attorney, Clarence Butler, Jr. of Clarence Butler, Jr. LLC; and respectfully requests that this Honorable Court grant his Motion for Compassionate Release pursuant to the First Step Act and 18 U.S.C. §3582(c)(1)(A)(i).

### Relief Requested

Rossini requests the Court resentence him pursuant to 18 U.S.C. §3582(c)(1)(A)(i) to either time served and release him or split his sentence and allow him to serve the remainder of his sentence in home detention.

-1-

On November 29, 2021, Rossini applied to the MCC Warden
for a Reduction in Sentence/Compassionate Release by tendering
his written request to Case Manager/Unit Manager Gibbs.  Rossini
heard nothing until January 6, 2022, when Case Manager T. Canada
informed Rossini that the Warden had no authority to either recommend
a reduction in sentence or compassionate release, or transfer
him to home detention pursuant to §12003(b)(2) of the CARES Act
and 18 U.S.C. §3621(b)(4).  Case Manager Canada explained that
since Rossini is awaiting trial in 17 CR 522, he is still classified
as pretrial regardless of the sentencing in 15 CR 515-1.  Only
this Court has authority to grant Rossini either a reduction
in sentence or transfer to home detention based upon §12003(b)(2)
of the CARES Act and 18 U.S.C. §3621(b)(4).  Canada further stated
that the Warden also had no authority to even reject Rossini's
request for Reduction in Sentence/Compassionate Release.  Mr.
Canada stated that if the Court requested, he would testify as
to such.  (See Exhibit A, Rossini Reduction in Sentence application
to Warden Heisner, attached and incorporated herein).

Prior to passage of the First Step Act, federal judges were
only able to release persons on compassionate grounds upon a
motion by the BOP.  See United States v. Gunn, 980 F.3d 1178,
1179 (7th Cir. 2020).  The First Step Act gave judges the power
to grant compassionate release on a prisoner's own motion, provided
that the prisoner first exhaust his remedies with the BOP to
make a recommendation, or where thirty days has passed since
the inmate submitted the request to the Warden of his/her facility.  Id.

## Background and Jurisdiction

Rossini was indicted in August 2015 for a scheme to defraud investors. He was convicted by a jury on June 13, 2018 and sentenced on October 12, 2021 to 132 months imprisonment. To date, Rossini has served 23 months on pretrial home detention (See Sentencing Guidline Manual 2018/2019, §5C1.1, one day home detention equals one day imprisonment), and 53 months detention at first Jerome Combs Detention Center ("JCDC") and then the Metropolitan Correctional Center ("MCC") for a total of 76 months time served. Based upon the First Step Act, two-thirds date for inmates over age 60, Rossini can be released upon serving 88 months of the 132 months sentence. However, as aforementioned, the BOP has no authority to do so, however, this Court does have that power.

## Compassionate Release While On Direct Appeal

Federal Rule of Criminal Procedure ("FRCP") 37 and Federal Rule of Appellate Procedure ("FRAP") 12.1 discuss how a motion for compassionate release is treated while the defendant is on direct appeal. The district court loses jurisdiction once a Notice of Appeal is filed and docketed. Rossini's notice of appeal in 15 CR 515-1 was filed on October 25, 2021 and docketed as Circuit Court Case Number 21-3115. However, the district court is the court that must hear and decide a motion for compassionate release. See United States v. Raia, 954 F.3d 594, 596 (3rd Cir. 2020)("We cannot decide Raia's compassionate release motion in the first instance. Section 3582's text requires those motions

-3-

to be addressed in the sentencing court, a point several circuits have noted and Raia himself acknowledges. See <u>United States v. Richardson</u>, 948 F.3d 733, 749 (6th cir. 2020); <u>United States v. Smith</u>, 896 F.3d 466, 473 (D.C. Cir. 2018).

However, as stated in <u>Raia</u>, FRCP 37 and FRAP 12.1 solves this problem. Rule 37 states: "[t]o ensure proper coordination of proceedings in the district court and in the Appellate Court the movant must notify the circuit court clerk under FRAP 12.1 if the district court states that it would grant the motion or that the motion raises a substantial issue;" remand is in the court of appeals discretion under FRAP 12.1. (Remand after an Indicative Ruling by the District Court on a Motion for Relief that It is Banned Pending Appeal).

FRAP 12.1(a) <u>Notice To The Court Of Appeals</u>. If a timely motion is made in the district court for relief that it lacks authority to grant because of an appeal that has been docketed and is pending, the movant must promptly notify the circuit court if the district court states either that it would grant the motion or that the motion raises a substantial issue.

FRAP 12.1(b) <u>Remand After An Indicative Ruling</u>. If the district court states that it would grant the motion or that the motion raises a substantial issue, the Court of Appeals may remand for further proceedings but retains jurisdiction unless it expressly dismisses the appeal. If the Court of Appeals remands but retains jurisdiction, the parties must promptly notify the

circuit clerk when the district court has decided the motion on remand.

So, in the matter of compassionate release, if this Court determines that it would grant a compassionate release if it was not barred by the pending appeal, then Rossini and the Court must inform the Circuit Court Clerk. The Appellate Court may then return the case temporarily to this Court for hearing on the compassionate release motion. See FRAP 12.1(a) & (b); FRCIMP 37; United States v. Hammond, 02 CR 00294 (D.C. 2021); United States v. Raia, 954 F.3d 594, 596 (3rd Cir. 2020); United States v. Richardson, 948 F.3d 733, 749 (6th Cir. 2020); United States v. Smith, 896 F.3d 466, 473 (D.C.Cir. 2018).


Rossini's Compassionate Release Request In The Wake Of United States v. Broadfield, No. 20-2906 (7th Cir. July 21, 2021)

Rossini's motion for Compassionate Release should be granted under United States v. Broadfield, as Rossini's situation is distinguishable from Broadfield, as unlike Broadfield, Rossini is 73 years old having been born on September 11, 1948. Due to Rossini's age and health condition, he is at a greater risk of serious complications if he becomes infected with the novel coronavirus that causes COVID-19 especially in light of the surging Omicron variant of the virus.

The Seventh Circuit held in United States v. Broadfield, No. 20-2906, ____F. 4th _____ (7th Cir. July 21, 2021) that as stated in a separate opinion issued the same day, regarding prisoners

-5-

who are younger than 70, "prisoners who have access to a vaccine
cannot use the risk of COVID-19 to obtain compassionate release
United States v. Ugbah, No. 20-3073, _____4th_____ 2021WL3077134,
at *1 (7th Cir. July 21, 2021).

In pertinent part, Broadfield held the following: "contending
that his asthma and other breathing issues put him at extra risk
should he contract COVID-19 while in prison, Broadfield applied
for compassionate release under 18 U.S.C. §3582(c)(1)(A). For
a prisoner who is younger than 70, relief depends on finding
'extraordinary and compelling reasons.'" The Seventh Circuit
affirmed the denial of relief. Broadfield has not been convicted
of a weapons offense, but the district court cited such an offense
in its decision. However, §3582(c)(1)(A) does not make a judicial
finding of non-dangerousness essential to compassionate release.

"When Broadfield's application was denied, COVID-19 was a
grave problem in America's prisons. The Bureau of Prisons reports
that 1300 prisoners at FCI Seagoville, where Broadfield is confined,
have been fully vaccinated against COVID-19 which can bear especially
hard on people with pre-existing breathing conditions, was Broadfield's
sole reason for seeking compassionate release, a remand would
be pointless. A prisoner who remains at elevated risk because
he has declined to be vaccinated cannot plausibly characterize
that risk as an 'extraordinary and compelling' justification
for release. The federal judiciary need not accept a prisoner's
self-diagnosed skepticism about the vaccines as an adequate explanation
for remaining unvaccinated...when the responsible agencies all

-6-

deem vaccination as safe and effective."

Any Adverse Ruling Related To Rossini's Compassionate Release Are Distinguishable As Of January 5, 2022.  There Is Grave, Pervasive Uncertainty Regarding the Omicron Variant Emergence And Concerns Relative To The Efficacy And Longevity Manifested By The Phenomenon Of Massive Breakthrough Cases Among The Fully Vaccinated.

On December 31, 2021, the BOP Website stated that 256 of 566 inmates at the MCC Chicago had been tested for the coronavirus within the last seven days and 147 tested positive.  Most were fully vaccinated and many had booster shots within the preceding month.  On January 5, 2022, the MCC was put into full lockdown with no inmate access to telephones or email for 7 to 14 days and showers available only Monday, Wednesday, Friday for a maximum of 15-minutes for each inmate.  Essentially, inmates not housed in dormitory units were to be locked down for a minimum of 23 hours 45 minutes per day on Monday, Wednesday and Friday with a 24 hour lockdown on the other days.  (See Exhibit  B , MCC Advisory, attached and incorporated herein).

Rossini is categorized as a Level III, Chronic Care Inmate due to a heart pacemaker.  His heart is 89% pacemaker dependent. See Care Level Classification For Medical And Mental Health Conditions Or Disabilities, Federal Bureau Of Prisons May 2019, https://www.bop.gov/ resources/pdfs/care_level_classification/guide.pdf.2; People With Certain Medical Conditions, Ctr. For Disease Control & Prevention Apr. 29, 2021, https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/people-with-medical-conditions.html.(See Exhibit___

Rossini-MCC Medical Records, attached and incorporated herein).

Given the historical COVID-19 crisis in the BOP, and the emerging variant, the Justice Department has and should relax home confinement eligibility, and as a result, Rossini is eligible for immediate home confinement. Unfortunately, as explained earlier, the Court and not the BOP, in Rossini's case, has jurisdiction over whether he can be placed on home confinement/detention.

If this Court grants compassionate release, Rossini would not pose a danger to the community at large. He has been incarcerated over 53 months and still faces significant incarceration. Although Rossini has been treated very well by the MCC Medical Staff, the MCC is not classified as a federal medical center with the capacity to adequately address multiple medical needs. Accordingly, Rossini requests this Court grant him compassionate release under 18 U.S.C. §3582(c)(1)(A)(i), because his serious health conditions and vulnerability to COVID-19 are "extraordinary and compelling reasons" that support a reduction in his sentence.

## Rossini's Health Problems Place Him At High Risk For Death From COVID-19.

Rossini faces a substantial risk of death if he contracts COVID-19. The CDC finds underlying conditions increase a persons chance of death from the virus by a factor of 12.3; COVID-19 kills 19.5% of patients with underlying health problems. The CDC lists seventeen especially dangerous health problems that place a person, regardless of age, at an elevated risk of serious

illness and death. Rossini is vulnerable to those dangerous conditions. All of these vulnerabilities cause Rossini's immune system to function less efficiently and make it less likely he would successfully recover if exposed to coronavirus. The risk of death is further exacerbated by Rossini's age and the fact that without a pacemaker, his heart beat is 22 beats per minute.

Aside from his very serious cardiovascular problem, needing a pacemaker to survive, research shows that people with obesity are placed at particularly high risk of death from COVID-19. Those with less severe obesity problems have been found to be in danger from th disease. A person with a body mass index (BMI) of just 30 faces an increased risk of severe illness from COVID-19. There is a "J-shaped association" between BMI and death from COVID-19. Morbidity and Mortality Weekly Report, June 15, 2020, https://www.cdc.gov/mmwt/volumes/69/WR/MM6924e2.html__cid=mm 6924e2_e&deliveryname-USCDC_921-DM30615.4 Id. (People With Certain Medical Conditions, supra Note 2; COVID-19: Who's At Higher Risk Of Serious Symptoms, Mayo Clinic, Aug. 21, 2020; https://www.mayo clinic.org/diseases-coronavirus/in-depth/coronavirus-who-is-at-risk/art-20483301.AdultBMICalculator; Center for Disease Control and Prevention, May 6, 2021, https://www.cdc.gov/healthyweight/assessing/ adult_bmi/english_bmi_calculator.html.

Thus, Rossini's high BMI makes his death from COVID-19 especially likely. This problem is only likely to get worse while Rossini remains in custody as he has been effectively confined to his cell due to his risk of contracting coronavirus in other areas

of the prison.  Rossini's overall diagnosis also places him in a group with a heightened risk of death.  There is a medical consensus that "[p]eople with cardiovascular disease face more life-threatening complications and a substantially higher risk of death from the new coronavirus."  More specifically, heart disease is associated with a multi-fold increase in the relative risk of death from COVID-19.  Medical research has also linked heightened risk of death from COVID-19 to several of Rossini's other health problems; he manifests numerous separate conditions, each of which independently place him at high risk from COVID-19.  Taken together, these conditions make Rossini's risk of death from the disease especially acute. (Betsy McKay, Heart Conditions Prove Especially Dangerous For COVID-19 Patients, The Wall Street Journal, Apr. 12, 2020, www.wsj.com/amp/articles/heart-conditions-prove-especially-dangerous-for-covid-19-patients-11586683801 (noting that even mild cases of hypertension and cardiovascular disease can increase risk).

Mrs. Brenda Rossini is, thankfully, free from the recurrent bouts of breast cancer that have plagued her since 2008.  However, she suffers from severe hypertension, insulin taking diabetic, and now suffers a neurological disorder that causes unexplained and unexpected falls, in a complete collapse, often face-first. She has taken tests and faces a full battery of tests at the North Shore Hospital, Skokie, Illinois between January 15-21, 2022, including treadmill, catscan, and other related heart and neurological tests.  Although she has been vaccinated and received

-10-

a booster shot, Mrs. Rossini may be in even greater jeopardy should she contract COVID-19 from the Omicron variant or other newer strains of the virus. The last 53 months have been exceedingly difficult financially for Mrs. Rossini, especially after Defendant Rossini's conviction and a suspension of his social security and pension benefit payments. Rossini's 93 year old mother-in-law is a dementia patient at the Regency Congregate Care Center in Niles, Illinois. Brenda Rossini and prior to incarceration, Defendant Rossini, are the only family visiting her at the nursing home. Brenda is her mother's health care power of attorney. Defendant Rossini is his wife's sole caregiver in the event of her becoming incapacitated.

Rossini has a solid release plan that will protect his health and ensure the safety of the community upon his release from custody.

Rossini has a network of family and friends that will facilitate living arrangements once he is released from custody. Rossini's candidacy remains viable for release at alternative venues in Chicago and Bradenton, Florida. He has a plan to financially support himself and his spouse, together with facilitating restitution to victims in this case. (See Exhibit____, Proposed Release Plan, attached and incorporated herein).

## Seriousness of the Current Surge in COVID-19 Infections

On January 5, 2022, the Wall Street Journal reported that the preceding 7-day moving average was 480,273 per day of COVID-19 infections. the 7-day hospitalization average for confirmed or suspected COVID-19 cases reached 105,138 according to data posted by the U.S. Department of Health and Human Resources. It is up 51% in the past two weeks, but still below the pandemic peak of 137,510 on January 10, 2021. The average is expected to exceed that record by the end of January 2022.

The global COVID-19 pandemic remains a grave threat with no certain conclusion. COVID-19 is the leading cause of death in the United States. The BOP itself has acknowledged that "[a]pproximately 20% of cases will have severe or life-threatening illness if the inmate has pre-existing conditions and up to two or three percent of the inmates will die who have severe illness due to the virus. Some experts...estimate the mortality rate may be 10 times higher tthan that of seasonal influenza." Federal Bureau of Prison, COVID-19 Pandemic Response Plan Overview (Aug. 31, 2020), p.2, https://www.bop.gov/foia/docs/Overview_of_COVID_Pandemic_Response_Plan_0831202.pdf.

As is now fully evident from the Omicron variant and its effect upon vaccinated inmates at the MCC, the arrival of the COVID-19 vaccines did not mean the pandemic was over or will be over in a few weeks or months. There now seems to be no immunity either natural or vaccine, to the Omicron variant of COV-Sars-2.

-12-

In the meantime, U.S. daily cases often exceeding 500,000 per day, numbers not seen before in this pandemic. Although CDC research shows that 50% to 70% of vaccinated people who become infected with the Omicron variant will either be asymptomatic or experience mild symptoms; still many will experience a lasting effect on their cardiovascular, meurological, diabetes, asmathic and immune compromised systems. As Neil Ferguson, professor at Imperial College, London, England has stated,"[I]t doesn't mean the virus is any fundamentally less virulent. It just means we have built up a lot more protection in the population." Also, it does not mean that the next potential variant will not combine the infectious nature of Omicron with the deadly qualities of the Delta variant.

For Omicron, the booster shots should make its danger of hospitalization 57% likely, while Delta was 88% likely. However, as Ashish Jha, Dean of the Brown University School of Public Health said: "When you have a rapidly spreading infection that's going to have tens of millions of Americans infected in the next couple of months, 10 days is enormously disruptive."

As the pandemic has continued, there have been more and more reports of long-term, sometimes disabling effects of the disease. The CDC reports fatigue, chest and joint pain, and shortness of breath among common long-term symptoms, others are intermittent fever, heart pulpitations, depression and difficulty with thinking and concentration. There are grave long-term effects as well,

.including inflammation of heart muscle (myocarditis), lung function abnormalities, and acute kidney disease. The BOP itslef notes that "[c]ellular damage from SARS-Cov-2 may cause long-term health consequences, including multiple organ injury." Ctrs. for Diseaes Control and Prevention, COVID-19, Long-Term Effects of COVID-19, updated (Nov. 13, 2020), https://www.cdc.gov/coronavirus/2019-ncov/long-term-effects.html; Federal Bureau of Prisons, COVID-19 Pandemic Response Plan Overview (Aug. 31, 2020), P.2, https://www.bop.gov/foia/docs/OverviewofCOVIDPandemic_Response_Plan_08312020.pdf.

These long-term effects are not unusual or confined to the elderly or ill. A series of medical studies have already reported that substantial numbers of COVID-19 sufferers have long-term symptoms, including patients between 18 to 34 years old.

From the outset of the global pandemic, experts warned that people in confined spaces such as correctional facilities, where people live, eat, sleep, and work in close proximity, faced increased danger of contracting COVID-19. Timothy Williams, Benjamin Weiser and William K. Rashbaum, Jails are Petri Dishes: Inmates Freed as Virus Spreads Behind Bars, N.Y. Times, (March 30, 2020), https://www.nytimes.com/2020/03/30/IS/coronavirus-prisons-jails.html. In addition, as is well known, jails and prison populations suffer from higher levels of chronic conditions, history of disease, and other health impairments that make individuals more vulnerable to serious illness and death from COVID-19. Laura M. Maruschak, et. al., Medical Problems of State and Federal Prisoners and Jail Inmates, 2011-12, U.S. Dept. of Justice, Office of Justice

Programs, Bureau of Justice Statistics (Feb. 2015, revised Oct. 4, 2016), https://www.bjs.gov/content/pub/pdf/mpsfpji1112.pdf.

COVID-19 and especially now, the Omicron variant has predictably overwhelmed the MCC. This is not an indictment of the Medical Staff that has performed admirably, but of the situation in a congregate setting. This is the third serious surge of the virus at the 26 floor prison skyscraper.

On December 20, 2021, an inmate leaving MCC for court or medical procedure was tested positive for the coronavirus. At that point, inmates on Unit 21 and 23, the dormitory floors were tested and 53 tested positive. By Wednesday, 147 inmates had tested positive for the virus. The MCC was then placed on Level III, Intensive Operations. Testing revealed that the virus had spread incredibly quickly through the facility. It is not possible for the MCC to implement effective isolation, quarantine or cohorting procedures due to the unique triangular design of the building. It was structured to have inmate housing occupying floors 13 to 26. Robert Bruegmann and Kathleen Murphy Skolnick, The Architecture of Harry Weese, p.178 (2010). Four floors (21 to 24) were originally designated for immigration detainees who were regarded as not "need[ing] the security of a private room" and "typically held for only a brief period of time," thus were housed in "dormitory units" planned to have 62 beds. The remaining residential floors were built with cells, distributed around the perimeter of the triangle in two tiers, 44 cells total, with "mini-lounges" for four groups of 11 cells located in the common area in the middle. Id.

-15-

Figure, p.177, 178. The design capacity of the building was approximately 400. Id. The "tightly organized space" of the design "was intended as a safeguard against future overcrowding." Id., p. 179. Over the years, this has been thwarted by the addition of double bunks to many of the rooms and increased numbers of beds on the dormitory floors. Recently, 110 inmates have been crammed onto each of the dormitory floors.

As in both earlier surges, as the number of cases among inamtes increased, individuals feeling sick, or who had tested positive, as well as residents who had been occupying a cell with an inmate who had tested positive, were isolated and or quarantined. Defendant Rossini's cellmate, a kitchen worker, tested positive for the virus (cell 2615). Another inmate, a commissary worker in cell 2620 tested positive, while his cellmate tested negative. Therefore, Rossini's positive cellmate was transferred to cell 2620 to be quarantined with the positive tested inmate from cell 2620. The negative tested inmate in cell 2620 was transferred to Rossini's cell. Both cells 2615 and 2620 were then placed in isolation/quarantine status with a sign placed upon each cell door.

Basic isolation and quarantine rules are still violated; persons testing positive are let out of their cells each day with inmates who have not tested positive. On other occasions, all inmates testing positive on Unit 25/26 were let out at the same time for 30 minutes. This resulted in an abundance of new positive infections and resulted in the Level Three Intensive Modification in which inmates are now let out 15 minutes every other day.

As previously stated in this Memorandum, Case Manager Canada informed Defendant that the BOP does not have authority to act on his request for reduction in sentence/compassionate release or to transfer Defendant to home confinement. At this point such a reduction or transfer to home detention/confinement is the sole province of this Court.

WHEREFORE, Defendant Albert Rossini requests this Honorable Court reduce his sentence to time served or in the alternative, resentence him to home confinement/detention for the remainder of his sentence.

Respectfully submitted,

Albert Rossini
#08043-424
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago, IL 60605

EXHIBIT A

ROSSINI REDUCTION IN SENTENCE APPLICATION TO WARDEN

## Compassionate Release/Reduction in Sentence (RIS) — MCC Chicago

### RIS Application Form

Inmate Name (LAST, FIRST): __ROSSINI, ALBERT__   Reg. No.: __08043-424__

**(1) Terminal Medical Condition:**

☐ The inmate has been diagnosed with _____,
which is a terminal, incurable disease, AND life expectancy is eighteen (18) months or less.

**(2) Debilitated Medical Condition (check one):**

☐ The inmate is completely disabled, meaning that the inmate cannot carry on any self-care and
is totally confined to a bed or chair; OR

☐ Capable of limited s̶ ... ... n 50% of waking hours.

**(3) Elderly with Medic̶ ...**

☒ As of the date of this ...

_Pre-trial have to request through courts._

☒ The inmate suffers f̶ ... ...ted to the aging process,
including: __Cardi̶ ... ... beats defectively__;
__sleep ...__

☒ As of the date of this ... ... f the federal sentence.

**(4) Other Elderly Inma̶ ...**

☐ As of the date of this ...

☐ The length of the fed̶ ... ... st 10 years) and as of the
date of this request, t̶ ... ...% of the federal sentence.

**(5) Death or Incapacitation of Family Member Caregiver (must check both):**

☐ The inmate's biological or legally adopted child or children under the age of 18 are suddenly
without a family member caregiver due to that caregiver's death or incapacitation.

☐ The inmate or the inmate's representative has provided all of the documentation required in
Program Statement 5050.50, Section 5.

**(6) Incapacitation of a Spouse or Registered Partner (must check both):**

☒ The inmate's spouse or registered partner, to whom they are legally married, has become
incapacitated (e.g., serious injury or severe cognitive deficit), and no other family member or
adequate care option is available to provide care.

☒ The inmate or the inmate's representative has provided all of the documentation required in
Program Statement 5050.50, Section 6.

---

*** Bottom portion to be completed by MCC staff only ***

Date received by Unit Manager: _____ Unit Manager Signature: _____

Date received by RIS Coordinator & Warden:

Albert Rossini
#08043-424
Reduction In Sentence/Compassionate Relesae - MCC Chicago
November24, 2021

Albert Rossini ("Rossini") qualifies for a reduction in sentence-compassionate release pursuant to 18 U.S.C. §3582(c)(1)(A) and (i) based upon criteria (3) and (6). Criteria (3) is Elderly With Medical Condition and Criteria (6) is Incapacitation of a Spouse or Registered Partner, together with qualifying under extraordinary and compelling reasons. In the alternative, Rossini should be transferred to home confinement immediately pursuant to §12003(b)(2) of the CARES Act and 18 U.S.C. §3621(b)(4).

## History of the Case

Rossini was indicted on August 20, 2015 in case number 15CR 515-1 charged with 14 counts of mail and wire fraud under 18 U.S.C. §1341 and §1343. On June 13, 2018, a jury convicted Rossini on all counts. His motion for new trial was denied and on October 12, 2021, the Court sentenced him to 132 months.

## Warden Heisner's Authority

The First Step Act of 2018 dictates that a defendant may move the Court for compassionate release if the defendant has fully exhausted all administrative remedies, "or the lapse of 30 days from the receipt of such a request by the warden of the defendant's facility, whichever is earlier." 18 U.S.C. §3582(c)(1)(A). Although Rossini has been sentenced in 15 CR 515-1 and it is normal for an inmate to be transferred to another facility from MCC Chicago, Warden Heisner will remain Rossini's jailer for the foreseeable future as he is a defendant in 17 CR 522 and also Petitioner in U.S. Tax Court case 3714-20 which will be tried at the federal courthouse 219 S. Dearborn St., in the future. Therefore, Warden Heisner is the appropriate authority to consider this request.

## Compassionate Release Conditions

## Criteria (3): Elderly With Medical Conditions

Rossini was born on September 11, 1948 (age 73). The inmate suffers from chronic or serious medical conditions related to the aging process, including: pacemaker placed in 2013 s/p significant symptomatic bradycardia (see MCC Medical Documentation, attached). Prior to placement of the pacemaker, Rossini's heart rate had dropped to 21 beats per minute. He entered the Emergency Room at Lake Forest Northwestern Hospital on either September 1 or 2, 2013 and an operation to insert a pacemaker was performed by William Benge, M.D. several days later. The reason for the heart beat reduction was that the

-1-

Albert Rossini
#08043-424
Reduction In Sentence/Compassionate Release - MCC Chicago
November 24, 2021

upper and lower heart does not beat in a synchronized manner.
Rossini was told that the lower heart is 89% pacemaker dependent.
Rossini has been diagnosed by MCC Chicago Medical Staff with
Sleep Apnea and has also been treated for dizziness in 2020.
(see, MCC Medical documentation, attached).

Rossini's compassionate release should be granted under
United States v. Broadfield, 20-2906 (7th Cir. July 21, 2021), as
unlike Broadfield, Rossini is 73 years old without a violent
background and is at a greater risk of complications if he becomes
infected with COVID-19. (Rossini wishes the Warden to know that
the Medical Staff at MCC Chicago has treated him in an exemplary
manner and this request has nothing to do with whether they will
continue to do so or not, but rather the vagaries and vicissitudes
of the virus and associated variants.) Due to Rossini's age and
health condition, he is a greater risk of serious complications if
he becomes infected with COVID-19. Although Broadfield and U.S. v.
Ugbah, No. 20-3073 (7th Cir. July 21, 2021), stated in a separate
opinion issued the same day, regarding prisoners who are younger
than 70, "prisoners who have access to a vaccine cannot use the risk
of COVID-19 to obtain compassionate release." However, for those
inamtes of Rossini's age and medical condition, see examples of
Rev. Jesse Jackson who was vaccinated with the Pfizer vaccine in
January 2021 and contracted COVID-19 in August 2021 and hospitalized
for over one month. Similarly, Gen. Colin Powell recently died of
complications from COVID-19.

Although it was believed that COVID-19 was primarily a respiratory
illness, it is now known to attack the kidneys, heart, intestines,
liver, and brain. According to the CDC, hypertension is associated
with increased illness severity and adverse outcomes as well as
inflammation of the heart and surrounding areas (pericarditis and
myocarditis). The reason for this is that "[s]omeone with pre-
existing heart disease who becomes ill with COVID-19 may suffer a
heart attack or develop congestive heart failure. This rapid
worsening of cardiovascular health is likely due to a combination
of the severe viral illness and its increase demands on the heart
(fever causes rapid heart rate, for example), compounded by low
oxygen levels due to pneumonia and increased propensity for blood
clot formation." See Betsy McKay, Heart Conditions Prove Especially
Dangerous For COVID-19 Patients, The Wall Street Journal April 12,
2020, www.wsj.com/amp/articles/heart-conditions-prove-especially-
dangerous-for-covid-19-patients-11586683801 (noting that even mild
cases of hypertension can increase risk). Also see Care Level
Classifications For Medical And Mental Health Conditions Or Disabilities,
Federal Bureau of Prisons, May 2019 https://www.bop.gov/resources/
pdfs/care_level_classification_guide.pdf.2People With Certain Medical
Conditions, Ctr. For Disease Control & Prevention, April 29, 2021.
https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/
people-with-medical-conditions.html.

Albert Rossini
#08043-424
Reduction In Sentence/Compassionate Release - MCC Chicago
November 24, 2021

Given the historical COVID-19 crisis in the BOP, and the emerging variants, the Justice Department has and should relax home confinement eligibility and as a result, Rossini is eligible for immediate home confinement.

Amount of time Rossini has served to date:

As previously stated, on October 12, 2021, Rossini was sentenced to 132 months. As of October 28, 2021, Rossini has served 51 months in custody: July 28, 2017 to May 10, 2018 and May 10, 2018 to present at MCC Chicago. However, prior to this, from the August 25, 2015 date of arrest until July 28, 2017, Rossini was on home detention (see pretrial officer Justin Wiersma). The 2018 Guideline Manual counts "one day of home detention for one day of imprisonment." See U.S.S.G. §5C1.1(e)(3). Therefore, an additional 23 months of home detention added to the 51 months served in custody equals 74 months served to date. If the BOP grants Rossini's two-thirds date, he would need to serve a total of 88 months of a 132 month sentence.

Criteria (6):    Incapacitation of a Spouse or Registered Partner

Mrs. Brenda Rossini suffers from recurring breast cancer. The effects of both chemotherapy and radiation have damaged the bone in her jaw and the bones in her andles and feet. She is also an insulin-taking diabetic, a disease which she contracted with a later-age pregnancy. Brenda has fallen three times within the space of two months. These are falls without notice, where she cannot break her fall. She just collapses, hard. The doctor has attributed it to her ankle bones having "turned to sand" from the radiation and chemotherapy she had, and the condition is not unlike what happened to her jaw bones.

When these falls happen, she has to endure lying abed until she can safely walk, without having to shuffle. She does not hav dizziness, she just falls, not trips, just falls without warning. One doctor has also attributed it to neurological disorder brought on by the radiation and chemotherapy.

Therefore, based on the above, Inmate Rossini requests the Warden approve his compassionate release, or, in the alternative, approve his request for home detention for the remainder of his sentence.

Respectfully submitted,

*Albert Rossini* (signature)

Albert Rossini

Exhibit B

MCC Advisory to Inmates Concerning Lockdown



# MCC CHICAGO
# INMATE BULLETIN

## COVID19 Quarantine and Isolation Protocols

In response to COVID-19, in an abundance of caution, MCC Chicago is implementing a temporary security measures to ensure the safety of staff and inmates.

Effective Wednesday, January 5, 2022, MCC Chicago is implementing an enhanced *Quarantine and Isolation* schedule to mitigate the spread of the COVID19 virus. This schedule will last for approximately 14 days. The following changes will take effect:

- Showers will be conducted on Mondays, Wednesdays and Fridays. Inmates will go directly to and from the shower area. There will be no visiting of cell doors or loitering within the unit.
- Telephone and Emails will be strictly prohibited during this timeframe.
- Commissary and Laundry will still be issued on a modified schedule during this time frame.
- Some inmate workers will be needed but it will be on a limited basis.
- We ask that you continue to increase your sanitation and hygiene efforts in the housing units and in your cells. Staff have increased their sanitation efforts throughout the institution. We have ample amount of cleaning supplies available.
- All inmates should wear an appropriate face coverings when out of their cell. Notify a staff member if you are feeling ill. .

The safety and security of staff and inmates is the highest priority. Institution staff will continue to make rounds and address any concerns that may arise.

Your cooperation in this matter is expected and will facilitate the success and timeliness of the above mentioned schedule.

_____
B. Hudson, Acting Warden

1/5/22
Date

EXHIBIT C

ROSSINI MEDICAL RECORDS (abbreviated)

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: ROSSINI, ALBERT | | | Reg #: 08043-424 |
| Date of Birth: 09/11/1948 | Sex: M Race: WHITE | | Facility: CCC |
| Encounter Date: 11/12/2020 10:59 | Provider: Hess, Bethany FNP | | Unit: G04 |

Chronic Care - Advanced Practice Provider Follow Up encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT 1      Provider: Hess, Bethany FNP

Chief Complaint:   Chronic Care Clinic

Subjective:    71 y/o M with Pacemaker placed in 2013 s/p significant symptomatic bradycardia. Pt was seen by Cardiology on 7/11/19. Pacemaker checked and functioning normal with stable sensing and pacing thresholds. Pt takes Aspirin 81 mg /day and is compliant taking meds. October 2020 Labs reviewed, all WNL's and HgA1C 6.0

Pt has recent history of dizziness starting in Sept 2020. Denied any CP, SOB, DOE, PND, h/o HTN/DM, nausea/vomiting, cough, sinus congestion, sore throat, ear pain or other constitutional symptoms. Consult with Cardiology w/ B/L carotid duplex study planned on 11/02/20 but inmate refused to go to appointment stating he was afraid to miss legal call from lawyer. He is requesting that consult be rescheduled,as he continues to have symptoms of dizziness, and feeling "wobbly"

Pain:    No

**Seen for clinic(s):** Cardiac

**ROS:**

**General**

  **Constitutional Symptoms**

    No: Chills, Easily Tired, Fatigue, Fever, Illness w fever/cough & fatigue >1 week, Insomnia, Night Sweats, Unexplained Weight Loss, Weakness, Weight Gain

**Integumentary**

  **Skin**

    Yes: Within Normal Limits, Dry

**HEENT**

  **Ears**

    Yes: Within Normal Limits, Vertigo

    No: Discharge, Hx Ear Aches, Tinnitus, Hx Recurrent Infections

  **Eyes**

    Yes: Within Normal Limits, Hx Eye Glasses

    No: Blurred Vision, Cataracts, Changes in Vision, Color Blindness, Diplopia, Pain, Redness, Retinopathy, Trauma, Visual Loss

  **Head**

    Yes: Within Normal Limits

    No: Headaches, Migraine, Trauma

  **Mouth**

    Yes: Within Normal Limits

    No: Changes in Taste, Tooth pain

  **Neck**

    Yes: Within Normal Limits

    No: Enlargement of Lymph Nodes, Pain, Stiffness, Swelling

  **Nose**

| | | |
|---|---|---|
| Inmate Name: ROSSINI, ALBERT | | Reg #: 08043-424 |
| Date of Birth: 09/11/1948 | Sex: M Race: WHITE | Facility: CCC |
| Encounter Date: 11/12/2020 10:59 | Provider: Hess, Bethany FNP | Unit: G04 |

Yes: Within Normal Limits

No: Allergies, Discharge, Hx of Sinus Infection, Nasal Congestion, Obstruction, Rhinitis, Hx Polyps, Hx of Frequent Colds

**Throat**

Yes: Within Normal Limits

No: Dysphagia, Hoarseness, Tonsillitis, Voice Changes

**Sinuses**

Yes: Within Normal Limits

No: Pain Over Sinus - Frontal, Pain Over Sinus - Maxillary, Sinus Congestion, Dental Pain

## Cardiovascular

**General**

Yes: Hx of Heart Disease, Hx of Heart Surgery

No: Angina, Cold Extremities, Cough, Cyanosis, Edema, Exertional dyspnea, Intermittent Claudication, Orthopnea, Paroxysmal Nocturnal Dyspnea, Palpitation, Syncope, Hx Hypertension, Hx Phlebitis, Hx Murmur, Hx of Rheumatic Fever, Hx of Hyperlipidemia

## Pulmonary

**Respiratory System**

Yes: Within Normal Limits

No: Cough - Dry, Cough - Productive, Cough - Productive of thick green or brown mucus, Cough, lasting greater than one week, DOE, Dyspnea, Hemoptysis, Hx Asthma, Hx BCG vaccine, Hx Bronchitis, Hx of BiPAP/CPAP, Hx of COPD, Hx of Sleep Apnea, Hx of Treatment for TB, Hx Pneumonia, Hx Positive TB Skin Test, Hx Tuberculosis, Night Sweats, Orthopnea, Pleurisy, Shortness of breath, Sinus discomfort/bronchial congestion&cough>2-3wks, Sputum - Change, Tobacco Use, Wheezing

## GI

**General**

Yes: Within Normal Limits

No: Abdominal Pain or Colic, Appetite Changes, Appetite Loss, Belching, Bloating, Blood in Stools, Constipation, Diarrhea, Dietary Changes, Recent, Dyspepsia, Dysphagia, Flatulence, Gastrectomy or jejunoileal bypass status, Heartburn, Hematemesis, Hemorrhoids, Hx of Hepatitis, Hx of PUD, Incontinence of Stool, Jaundice, Nausea, Odynophagia, Rectal Bleeding, Rectal Pain, Reflux, Stools Black, Vomiting, Weight Gain, Weight Loss

## GU

**General**

Yes: Within Normal Limits

No: Anuria, Chronic renal failure, Dysuria, Foaming of urine, Hematuria, Hesitancy, Hx Kidney Stones, Incontinence, Infections, Nocturia, Pain or Colic, Testicular Pain, Urgency, Urinary Frequency, Urinary Retention

## Musculoskeletal

**General**

Yes: Within Normal Limits

## Neurological

**Cranial Nerves**

Yes: Within Normal Limits

## Endocrine

**General**

Yes: Within Normal Limits

No: Excessive Sweating, Exophthalmos, Goiter, Hair Changes, Hx of Diabetes, Hx of Thyroid Dx, Infertility, Intolerance to Heat/Cold, Nail Changes, Palpitations, Polydipsia, Polyphagia, Polyuria, Skin Changes,

| | | | | |
|---|---|---|---|---|
| Inmate Name: | ROSSINI, ALBERT | | Reg #: | 08043-424 |
| Date of Birth: | 09/11/1948 | Sex: M Race: WHITE | Facility: | CCC |
| Encounter Date: | 11/12/2020 10:59 | Provider: Hess, Bethany FNP | Unit: | G04 |

Tremor

**Psychiatric**

**General**

Yes: Within Normal Limits

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 11/12/2020 | 10:59 CCC | 98.6 | 37.0 | | Hess, Bethany FNP |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 11/12/2020 | 10:59 CCC | 76 | | | Hess, Bethany FNP |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 11/12/2020 | 10:59 CCC | 18 | Hess, Bethany FNP |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 11/12/2020 | 10:59 CCC | 121/78 | | | | Hess, Bethany FNP |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 11/12/2020 | 10:59 CCC | 97 | Room Air | Hess, Bethany FNP |

**Exam:**

**General**

**Affect**

Yes: Pleasant, Cooperative

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

**Skin**

**General**

Yes: Within Normal Limits, Dry, Warmth

**Head**

**General**

Yes: Atraumatic/Normocephalic

**Eyes**

**General**

Yes: PERRLA, Extraocular Movements Intact

**Ears**

**Tympanic Membrane**

Yes: Within Normal Limits

**Canal**

Yes: Within Normal Limits

**External Ear**

Yes: Within Normal Limits

| | | | | |
|---|---|---|---|---|
| Inmate Name: | ROSSINI, ALBERT | | Reg #: | 08043-424 |
| Date of Birth: | 09/11/1948 | Sex: M Race: WHITE | Facility: | CCC |
| Encounter Date: | 11/12/2020 10:59 | Provider: Hess, Bethany FNP | Unit: | G04 |

**Nose**

    **General**

        Yes: Nares Patent, Turbinates Normal

**Face**

    **General**

        Yes: Symmetric

**Lips**

    **General**

        Yes: Within Normal Limits

**Mouth**

    **General**

        Yes: Within Normal Limits

**Neck**

    **General**

        Yes: Within Normal Limits

        No: Supple, Lymphadenopathy

    **Thyroid**

        Yes: Within Normal Limits

**Pulmonary**

    **Observation/Inspection**

        Yes: Within Normal Limits

    **Auscultation**

        Yes: Clear to Auscultation

**Cardiovascular**

    **Observation**

        Yes: Within Normal Limits

    **Auscultation**

        Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

**Peripheral Vascular**

    **General**

        Yes: Within Normal Limits

**Abdomen**

    **Inspection**

        Yes: Within Normal Limits

    **Auscultation**

        Yes: Normo-Active Bowel Sounds

**Gastrointestinal**

    **General**

        Yes: Within Normal Limits

        No: Diarrhea, Vomiting

**Genitourinary**

    **General**

        Yes: Within Normal Limits

**Neurologic**

| Inmate Name: | ROSSINI, ALBERT | | | Reg #: | 08043-424 |
|---|---|---|---|---|---|
| Date of Birth: | 09/11/1948 | Sex: M | Race: WHITE | Facility: | CCC |
| Encounter Date: | 11/12/2020 10:59 | Provider: | Hess, Bethany FNP | Unit: | G04 |

**Cranial Nerves (CN)**
Yes: Within Normal Limits

## Comments

Complains of dizziness and feeling "wobbly on my feet"

## ASSESSMENT:

Dizziness and giddiness, R42 - Current

Presence of cardiac pacemaker, Z950 - Current

## PLAN:

**Renew Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| 116538-CCC | Aspirin 81 MG EC Tab | 11/12/2020 10:59 |

**Prescriber Order:**  Take one tablet (81 MG) by mouth each morning x 365 day(s)

Indication:  Presence of cardiac pacemaker

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Cardiology | 11/27/2020 | 11/27/2020 | Routine | No | |

Subtype:

Offsite Appt

Reason for Request:

72 y/o M C/O dizziness for the past 2 -3 weeks, stated that he feels wobbly or drunken while walking. Denied relation of dizziness with head movements. Denied chest pain/SOB/cough/N/V/fever/chills/headache/ear pain/sore throat/GI symptoms/neurological symptoms or deficits/other constitutional symptoms. Pt with h/o having cardiac pacemaker, was seen by Cardiologist on 7/11/19. Pacemaker was interrogated & is functioning normal with stable sensing & pacing thresholds. Pt is on Aspirin 81mg Q daily. Beside dizziness, denied any other acute issues at present.

Plan: Cardiology F/U along with B/L carotid duplex study.

Provisional Diagnosis:

CAD with H/O Pacemaker; C/O frequent spells of dizziness.

| Radiology | 11/24/2020 | 11/24/2020 | Routine | No | |
|---|---|---|---|---|---|

Subtype:

_Offsite Radiology Exam

Reason for Request:

72 y/o M C/O dizziness for the past 2 -3 weeks, stated that he feels wobbly or drunken while walking. Denied relation of dizziness with head movements. Denied chest pain/SOB/cough/N/V/fever/chills/headache/ear pain/sore throat/GI symptoms/neurological symptoms or deficits/other constitutional symptoms. Pt with h/o having cardiac pacemaker, was seen by Cardiologist on 7/11/19. Pacemaker was interrogated & is functioning normal with stable sensing & pacing thresholds. Pt is on Aspirin 81mg Q daily.

Beside dizziness, denied any other acute issues at present.

Plan: Cardiology F/U along with B/L carotid duplex study

Provisional Diagnosis:

B/L Carotid Duplex Study

| Inmate Name: | ROSSINI, ALBERT | | | Reg #: | 08043-424 |
|---|---|---|---|---|---|
| Date of Birth: | 09/11/1948 | Sex: | M  Race:  WHITE | Facility: | CCC |
| Encounter Date: | 11/12/2020 10:59 | Provider: | Hess, Bethany FNP | Unit: | G04 |

**Disposition:**

Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed
To be Evaluated by Provider
Will Be Placed on Callout
Return Immediately if Condition Worsens
Return To Sick Call if Not Improved
Discharged to Housing Unit-No Restrictions
Discharged to Work with No Restrictions
Consultation Written

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 11/13/2020 | Counseling | Exercise | Hess, Bethany | Verbalizes Understanding |
| 11/13/2020 | Counseling | Access to Care | Hess, Bethany | Verbalizes Understanding |
| 11/13/2020 | Counseling | Diet | Hess, Bethany | Verbalizes Understanding |
| 11/13/2020 | Counseling | Hand & Respiratory Hygiene | Hess, Bethany | Verbalizes Understanding |
| 11/13/2020 | Counseling | Infection Prevention | Hess, Bethany | Verbalizes Understanding |
| 11/13/2020 | Counseling | Plan of Care | Hess, Bethany | Verbalizes Understanding |
| 11/13/2020 | Counseling | Preventive Health | Hess, Bethany | Verbalizes Understanding |

**Copay Required:** No     **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Hess, Bethany FNP on 11/13/2020 16:13
Requested to be cosigned by Mohan, Brij MD, Clinical Director.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ROSSINI, ALBERT | | | Reg #: | 08043-424 |
| Date of Birth: | 09/11/1948 | Sex: | M | Race: | WHITE |
| Encounter Date: | 11/12/2020 10:59 | Provider: | Hess, Bethany FNP | Facility: | CCC |

Cosigned by Mohan, Brij MD, Clinical Director on 11/16/2020 07:48.

EXHIBIT D

BRENDA ROSSINI MEDICAL RECORDS
(abbreviated)

TRULINCS 08043424 - ROSSINI, ALBERT - Unit: CCC-G-A

---

FROM: Rossini, Brenda
TO: 08043424
SUBJECT: description of my falls
DATE: 04/15/2021 02:06:05 PM

I have fallen three times within the space of 2 months. These are falls without notice, where I cannot break my fall. I just collapse, hard.
1. The first time, before the first snow, and on a very sunny, brisk day, I took a short walk to the post office. I fell so hard on the pavement that my knees had tattoo marks from the pebbles that stuck to them when I fell. Both my ankles gave out. I was so shaken that I could not pick myself up from the ground. I was bruised and bleeding from the knees down. I was swollen for over a week, and was bedridden for at least two weeks. About 3 weeks later, a pool of blood coagulated below the left knee where some pebbles were still floating about.

The doctor(s) attributed it to my ankle bones having "turned to sand" from the radiation and chemo I had, and that the condition was not unlike what had happened to my jaw bones.
When I fell this first time, I did indeed feel it was that my ankles completely gave way.

2. About a month later, as I was walking from the store, and where the paths towards sidewalks were often blocked by snow, I fell over one...not hard. I just didn't have the strength to keep myself from falling. I was helped up by a stranger, and walked home a 1/2 block.

3. Yesterday afternoon was another bright and sunny day, and he streets were totally clean. There is no snow any longer, as it's April. I walked, perhaps, 3 blocks. Suddenly, again from out of nowhere, I just fell, face forward. I could hear the scratch on my right glass lens (which is protective). I scraped both my inner palms, and two of my fingers. The right index finger smashed a bit, and that is bandaged and really hurt. My left side, from above the hip, and all the way down was twisted, and especially the left knee. The left knee was again badly scraped and bloodied, though no pebble tattoos.

I have to again endure lying abed until I can safely walk, without having to shuffle.
I have a doctor's appointment this coming Wednesday. I have had to complete another physical condition form, before the visit, though the hospitals are all connected and have the information on their systems.

I don't have dizziness when I fall. I haven't tripped. I just fall.

Name: Brenda Rossini | DOB: 1/21/1948 | MRN: 203004031 | PCP: BRANKA O'SULLIVAN, MD

# Appointments and Visits

## Upcoming Visits

Future Visits ○

| | | |
|---|---|---|
| **SEP 22 2021** ESTABLISHED VISIT Maria Claudia Moscoso-Cordero Endocrinology Old Orchard Starts at 7:40 AM CDT | **SEP 23 2021** General New Neuro Afif Hentati Neurology 3 East West Skokie Starts at 8:45 AM CDT | **OCT 1 2021** ESTABLISHED VISIT Branka O'Sullivan Internal Medicine Old Orchard Starts at 11:40 AM CDT |
| **OCT 11 2021** CONSULTATION Justin B. Gan Rheumatology Skokie Ambulatory Care Center Starts at 9:00 AM CDT | **NOV 3 2021** NURSE VISIT Eye And Vision Center Skokie Ambulatory Center Starts at 10:00 AM CDT | **NOV 3 2021** ESTABLISHED PT COMPREHENSIVE Joan Theresa Kim Eye And Vision Center Skokie Ambulatory Center Starts at 10:45 AM CDT |

---

## Past Visits

Last 3 Months ○

8/31/2021    NorthShoreConnect - Appointments and Visits

**AUG**
**16**
2021

**Office Visit**
Branka O'Sullivan
Internal Medicine Old Orchard

View notes

View After Visit Summary®

---

**JUN**
**8**
2021

**Hospital Outpatient Visit**
NUCLEAR MEDICINE SKOKIE
HOSPITAL

View After Visit Summary®

---

**JUN**
**8**
2021

**Hospital Outpatient Visit**
ULTRASOUND SKOKIE

View After Visit Summary®

---

3 Months Ago  O

---

**MAY**
**10**
2021

**Office Visit**
Maria Claudia Moscoso-Cordero
Endocrinology Old Orchard

View notes

View After Visit Summary®

---

**APR**
**30**
2021

**Office Visit**
Joan Theresa Kim
Eye And Vision Center Skokie
Ambulatory Center

View notes

View After Visit Summary®

# Health Reminders

Preventive medicine plays an important part in your health and overall well-being. The following screenings/tests are recommended for people of your age, sex and based on your medical history.

If you feel any of the information is inaccurate, please message your doctor's care team so that your record can be updated accordingly. **PLEASE NOTE that teen accounts do not have access to message their doctor's care team.**

To schedule any of the listed screenings/tests, perform one of the following:
-Select"Schedule Appointment" with the associated screenings/tests
-Send a message to your doctor's care team
-Select "Mark as Complete" to report an item completed outside of NorthShore

To help better manage your care, we would like to obtain any records of screenings/tests that you received outside of NorthShore University Healthsystem. We ask that you request these records be sent electronically to your Primary Care Physician.

You can also send these records through NorthShoreConnect by selecting message your doctor's care team and selecting "Attach an Image". All records sent via this route will go to the office's electronic Inbox.

## Overdue

---
### Dtap/tdap/td Vaccines
☐ Hide reminder from home page

---

## Not due

---
### MAMMOGRAM
Not due until September 16, 2021
Previously done: 9/16/2020, 7/30/2019,
1/24/2019, 7/31/2018, 7/17/2018, 7/6/2017,
6/27/2017, 6/26/2017, 2/25/2016, 2/26/2015,
2/19/2015, 2/18/2014, 1/30/2013, 7/26/2012,
7/8/2011

 Schedule
---

8/31/2021 NorthShoreConnect - Health Summary

## HEMOGLOBIN A1C (DIABETES)

Not due until February 16, 2022

Previously done: 8/16/2021, 4/12/2021,
10/7/2020, 5/29/2020, 1/30/2020, 9/23/2019,
5/17/2019, 12/10/2018, 8/8/2018, 4/10/2018,
11/29/2017, 6/12/2017, 2/6/2017, 5/31/2016,
1/14/2016, 9/4/2015, 7/29/2015, 11/6/2014,
7/17/2014, 1/27/2014, 4/10/2013, 6/28/2012,
2/28/2012, 2/17/2009, 11/12/2008

## Colonoscopy

Not due until February 21, 2022

Previously done: 2/21/2012

 Schedule

## KIDNEY FUNCTION (DIABETES)

Not due until April 12, 2022

Previously done: 4/12/2021, 10/7/2020,
1/30/2020, 5/17/2019, 12/10/2018, 8/8/2018,
3/30/2018, 6/12/2017, 5/31/2016, 1/14/2016,
9/4/2015, 4/10/2015, 4/21/2014, 4/12/2013,
7/14/2011

## Medicare Annual Wellness Visit

Not due until April 21, 2022

Previously done: 4/21/2021, 8/16/2018,
6/27/2017

## EYE EXAM

Not due until April 30, 2022

Previously done: 4/30/2021, 5/24/2019,
5/17/2018

8/31/2021                                    NorthShoreConnect - Health Summary

Name: Brenda Rossini | DOB: 1/21/1948 | MRN: 203004031 | PCP: BRANKA O'SULLIVAN, MD

# Health Summary

## Current Health Issues

Your Current Health Issues displays medical issues that are currently affecting you and the date that each was first noted. Health issues treated outside of NorthShore University HealthSystem may also appear and are indicated as such.

If you feel any of the NorthShore information is inaccurate, please message your doctor's care team so that your record can be updated accordingly. If any information from an outside organization is inaccurate, please contact that organization to make the correction. **PLEASE NOTE that teen accounts do not have access to message their doctor's care team.**

| Osteoporosis<br>Added 2/26/2015 | Anxiety and depression<br>Added 4/21/2021 | Diabetes<br>Added 10/18/2016 |
| --- | --- | --- |
| Dysuria<br>Added 10/8/2020 | KCS (keratoconjunctivitis sicca)<br>Added 4/23/2021 | Fall<br>Added 8/16/2021 |

## Medications

Your Current Medications list displays dosage instructions and the name of the provider who initially ordered each medication.

**Please check your medication bottle to see if you have refills left. If you have refills left, please contact your pharmacy directly to fill your prescription. If your prescription bottle shows 0 refills remaining, or if the prescription is past the expiration date, please follow the steps below to renew your prescription.**

Please check the boxes of the medications to renew and provide other information in the Comments section below.

PLEASE NOTE that normal turnaround time for electronic renewals for NorthShore is **2 BUSINESS DAYS** and that all messages will become part of your medical record.

If the prescription you wish to renew is not on this list, select the "Request Renewals" button and choose "Other prescriptions you would like filled". You can write the medication name, and any other necessary details, in the comments box.

Medication prescribed outside of NorthShore University HealthSystem may appear on a separate tab. Please contact that organization for prescription renewals or questions about those medications.

Case: 1:15-cr-00515 Document #: 790 Filed: 01/19/22 Page 40 of 60 PageID #:9181

If you feel any of the NorthShore information is inaccurate, please message your doctor's care team so that your record can be updated accordingly. **PLEASE NOTE that teen accounts do not have access to message their doctor's care team.**

For patients who receive NorthShore Home Health or Hospice Services, please refer to the printed medication list provided by your clinician.

Your Current Medications list displays dosage instructions and the name of the provider who initially ordered each medication.

---

## Insulin Glargine (Lantus) Pen 100 UNIT/ML Solution Pen-injector
Generic name: Insulin Glargine (Lantus) Pen

Inject 15 Units subcutaneous every night at bedtime. Pharmacy dispense insulin glargine product based on pharmacy benefits coverage

**Prescription Details**                           **Refill Details**

Prescribed August 20, 2021                         Quantity 15 mL

Approved by MARIA MOSCOSO-CORDERO, MD

**Pharmacy Details**

WALGREENS DRUG STORE #21150 - WINNETKA, IL - 925 GREEN BAY RD

925 GREEN BAY RD, WINNETKA IL 60093-1765

847-835-8417

---

## hydroCHLOROthiazide 25 MG PO Tab

Take 1 Tab by mouth once per day.

**Prescription Details**                           **Refill Details**

Prescribed July 2, 2021                            Quantity 90 Tabs

Approved by MARIA MOSCOSO-CORDERO, MD

**Pharmacy Details**

WALGREENS DRUG STORE #21150 - WINNETKA, IL - 925 GREEN BAY RD

925 GREEN BAY RD, WINNETKA IL 60093-1765

847-835-8417

---

## ALPRAZolam 0.5 MG PO Tab

TAKE 1 TABLET BY MOUTH EVERY DAY

**Prescription Details**
Prescribed June 23, 2021
Approved by DANIEL GIACOMO, MD

**Refill Details**
Quantity 30 Tabs

**Pharmacy Details**
WALGREENS DRUG STORE #21150 - WINNETKA, IL - 925 GREEN BAY RD
925 GREEN BAY RD, WINNETKA IL 60093-1765
847-835-8417

## Latanoprost 0.005 % OP Solution

Place 1 Drop in the eye every night at bedtime. right eye

**Prescription Details**
Prescribed June 1, 2021
Approved by JOAN KIM, MD

**Refill Details**
Quantity 15 mL

**Pharmacy Details**
WALGREENS DRUG STORE #21150 - WINNETKA, IL - 925 GREEN BAY RD
925 GREEN BAY RD, WINNETKA IL 60093-1765
847-835-8417

## Venlafaxine 150 MG CAPSULE SR 24 HR
Commonly known as: EFFEXOR XR

TAKE 1 CAPSULE BY MOUTH EVERY DAY

**Prescription Details**
Prescribed May 26, 2021
Approved by DANIEL GIACOMO, MD

**Refill Details**
Quantity 90 Caps

**Pharmacy Details**
WALGREENS DRUG STORE #21150 - WINNETKA, IL - 925 GREEN BAY RD
925 GREEN BAY RD, WINNETKA IL 60093-1765
847-835-8417

## Continuous Blood Gluc Receiver (FREESTYLE LIBRE 2 READER) XX Device

Check glucose before meals, bedtime or if symptomatic

**Prescription Details**                      **Refill Details**

Prescribed May 19, 2021                        Quantity 1 Each

Approved by MARIA MOSCOSO-CORDERO, MD

**Pharmacy Details**

WALGREENS DRUG STORE #21150 - WINNETKA, IL - 925 GREEN BAY RD

925 GREEN BAY RD, WINNETKA IL 60093-1765

847-835-8417

---

## Continuous Blood Gluc Sensor (FREESTYLE LIBRE 2 SENSOR) XX Misc

Change every 14 days

**Prescription Details**                      **Refill Details**

Prescribed May 19, 2021                        Quantity 2 Each

Approved by MARIA MOSCOSO-CORDERO, MD

**Pharmacy Details**

Solara Medical Supplies - Chula Vista, CA - 2084 Otay Lakes Rd

2084 Otay Lakes Rd, Chula Vista CA 91913

888-588-5597

---

## Cholecalciferol (VITAMIN D) 50 MCG (2000 UT) PO Tab

Take by mouth.

📄    This medication isn't available for renewal through NorthShoreConnect at this time.

**Prescription Details**                      **Pharmacy Details**

Documented by Kimberly Stare                   WALGREENS DRUG STORE #21150 - WINNETKA, IL - 925

                                               GREEN BAY RD

                                               925 GREEN BAY RD, WINNETKA IL 60093-1765

                                               847-835-8417

8/31/2021                                   NorthShoreConnect - Health Summary

## Ibuprofen 400 MG Tab
Commonly known as: MOTRIN

Take 1 Tab by mouth two times per day.

📄    This medication isn't available for renewal through NorthShoreConnect at this time.

**Prescription Details**                        **Pharmacy Details**
Documented by Kimberly Stare                    WALGREENS DRUG STORE #21150 - WINNETKA, IL - 925
                                                GREEN BAY RD
                                                925 GREEN BAY RD, WINNETKA IL 60093-1765
                                                847-835-8417

## TraZODone 50 MG PO Tab
TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME.

**Prescription Details**                        **Refill Details**
Prescribed April 9, 2021                         Quantity 90 Tabs
Approved by DANIEL GIACOMO, MD

**Pharmacy Details**
WALGREENS DRUG STORE #21150 - WINNETKA, IL - 925 GREEN BAY RD
925 GREEN BAY RD, WINNETKA IL 60093-1765
847-835-8417

## Atorvastatin 20 MG Tab
Commonly known as: LIPITOR

TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME

📄    This medication isn't available for renewal through NorthShoreConnect at this time.

**Prescription Details**                        **Refill Details**
Prescribed May 18, 2020                          Quantity 90 Tabs
Approved by AARON BENJAMIN, MD

**Pharmacy Details**
WALGREENS DRUG STORE #21150 - WINNETKA, IL - 925 GREEN BAY RD
925 GREEN BAY RD, WINNETKA IL 60093-1765
847-835-8417

8/31/2021                     NorthShoreConnect - Health Summary

## Lisinopril 40 MG PO Tab

Take 1 Tab by mouth once per day.

**Prescription Details**
Prescribed April 15, 2020
Approved by RAKHEE SHETH, DO

**Refill Details**
Quantity 90 Tabs

**Pharmacy Details**
WALGREENS DRUG STORE #21150 - WINNETKA, IL - 925 GREEN BAY RD
925 GREEN BAY RD, WINNETKA IL 60093-1765
847-835-8417

## AmLODIPine 10 MG Tab
Commonly known as: NORVASC

TAKE 1 TABLET BY MOUTH EVERY DAY

📄     This medication isn't available for renewal through NorthShoreConnect at this time.

**Prescription Details**
Prescribed January 22, 2020
Approved by AARON BENJAMIN, MD

**Refill Details**
Quantity 90 Tabs

**Pharmacy Details**
WALGREENS DRUG STORE #21150 - WINNETKA, IL - 925 GREEN BAY RD
925 GREEN BAY RD, WINNETKA IL 60093-1765
847-835-8417

# Allergies

Your Allergies list displays your allergens, any specific reaction you may have and the date that each was first noted. Allergies diagnosed outside of NorthShore University HealthSystem may also appear and are indicated as such.

If you feel any of the NorthShore information is inaccurate, please message your doctor's care team so that your record can be updated accordingly. If any information from an outside organization is inaccurate, please contact that organization to make the correction. **PLEASE NOTE that teen accounts do not have access to message their doctor's care team.**
Your Allergies list displays your allergens, any specific reaction you may have and the date that each was first noted.

Allergies diagnosed outside of NorthShore University HealthSystem may also appear and are indicated as such. If you feel any of the NorthShore information is inaccurate, please update below accordingly. To remove an allergy, hover over the allergy to see the Remove button.

## You have no allergies on file.

# Immunizations

This is a list of immunizations that your clinic has on file for you.

| Covid-19, Mrna, Lnp-s, Pf,30mcg/0.3ml, Pfizer<br>Dates on file: 04/01/2021, 03/11/2021 | Influenza High Dose Vaccine<br>Dates on file: 10/23/2018, 01/12/2017 | Influenza, Seasonal, Adjuvanted, .5ml Dose, Preserv Free<br>Dates on file: 09/03/2020 |
|---|---|---|
| Influenza, Trivalent, Adjuvanted<br>Dates on file: 10/31/2019 | PCV13 (Prevnar 13)<br>Dates on file: 07/19/2016 | PPSV23 (Pneumococcal/Pneumovax)<br>Dates on file: 02/07/2014 |
| Shingrix<br>Dates on file: 11/23/2020, 07/29/2020 | | |

8/31/2021　　　　　　　　　　　　　　NorthShoreConnect - Health Summary

## Hydrocortisone 2.5 % Cream
Commonly known as: CORTISONE

1 application as directed.

📄　　This medication isn't available for renewal through NorthShoreConnect at this time.

**Prescription Details**　　　　　　　　　　　　**Refill Details**
Prescribed October 31, 2019　　　　　　　　　Quantity 30 g
Approved by LISA ROSMAN, MD

**Pharmacy Details**
WALGREENS DRUG STORE #21150 - WINNETKA, IL - 925 GREEN BAY RD
925 GREEN BAY RD, WINNETKA IL 60093-1765
847-835-8417

---

## BD Pen Needle Nano U/F 32G X 4 MM Misc
Generic name: Insulin Pen Needle

USE FOUR TIMES DAILY

📄　　This medication isn't available for renewal through NorthShoreConnect at this time.

**Prescription Details**　　　　　　　　　　　　**Refill Details**
Prescribed March 6, 2018　　　　　　　　　　　Quantity 400 Each
Approved by AARON BENJAMIN, MD

**Pharmacy Details**
WALGREENS DRUG STORE #21150 - WINNETKA, IL - 925 GREEN BAY RD
925 GREEN BAY RD, WINNETKA IL 60093-1765
847-835-8417

---

## Multiple Vitamin (MULTIVITAMIN PO)

Take by mouth.

📄　　This medication isn't available for renewal through NorthShoreConnect at this time.

**Prescription Details**
Documented by AARON BENJAMIN, MD

9/1/2021                                    NorthShoreConnect - Medical and Family History

| Relationship | Health Issue | Comment |
|---|---|---|
| Father | Diabetes | |
| Father | Thyroid Disease | thyroid cancer |

## Social History

Smoking Tobacco Use:
Never Smoker

Smoking Tobacco Types:

Packs / Day:

Years Smoked:

---

Smokeless Tobacco Use:
Never Used

Smokeless Tobacco Types:

---

Alcohol Use:
Yes

Standard Drinks / Week:

## Family Status

| Relationship | Status | Age at Death | Comment |
|---|---|---|---|
| Father | Deceased | 83 | pulmonary fibrosis |
| Mother | Alive | | |
| Sister | Alive | | |
| Neg Hx | | | |

Case: 1:15-cr-00515 Document #: 790 Filed: 01/19/22 Page 48 of 60 PageID #:9189

Name: Brenda Rossini | DOB: 1/21/1948 | MRN: 203004031 | PCP: BRANKA O'SULLIVAN, MD

# Past Medical History

Information concerning your health from outside the NorthShore University HealthSystem is not necessarily reflected here. Your physician may be able to update your information to ensure accuracy.

If you feel any of the information is inaccurate, please message your doctor's care team so that your record can be updated accordingly.

## Medical History

| Diagnosis | When |
|---|---|
| Diabetes | |
| Breast cancer | |
| Hyperlipidemia | |
| Hypertension | |
| Osteopenia | |
| Thyroid nodule | |
| Arthritis | |
| Primary open angle glaucoma of right eye | |

## Surgical History

| Procedure | When |
|---|---|
| BREAST SURGERY | |
| CESAREAN SECTION | 1990 |
| COLONOSCOPY | 2-21-12 |
| EYE SURG ANT SGMT PROC UNLISTED | 1998 |

## Family Medical History

| Relationship | Health Issue | Comment |
|---|---|---|

# Resident Face Sheet: Monica W Szeja (DNR)

| | | | |
|---|---|---|---|
| Unit: | 5th Floor | **Preferred Name:** | Monica |
| Room/Bed: | 505/1 | **Attending:** | Haresh Sawlani - (773) 205-0800 |
| Status: | In House | **Email:** | |

**Admitted From::** Assisted Living Facility

**Birth Place:** Poland

**Pneumonia Vaccine Date::** 2/24/2018

**Medicare D Pharm.Coverage Y/N:** Y Aetna Medicare Rx

Advanced Directives

**Medicare B (Y/N):** Y

**Hospital Preference::** unknown

**Flu Vaccine Date:** Refused 9/20/15,10/11/16, 2017

| **Directive** | **Copy On File?** | **Notes** |
|---|---|---|
| Not Resuscitate (DNR) | | |

**Allergies:** No known allergies

**Diagnoses:** Z47.89 Encounter for other orthopedic aftercare(Primary), G30.9 Alzheimer's disease, unspecified, E11.8 Type 2 diabetes mellitus with unspecified complications, F33.9 Major depressive disorder, recurrent, unspecified, F41.8 Other specified anxiety disorders, N18.9 Chronic kidney disease, unspecified, I10 Essential (primary) hypertension, F29 Unspecified psychosis not due to a substance or known physiological condition, R13.11 Dysphagia, oral phase, M15.9 Polyosteoarthritis, unspecified, Z96.642 Presence of left artificial hip joint, R63.0 Anorexia(History of), R33.9 Retention of urine, unspecified, S42.401A Unspecified fracture of lower end of right humerus, initial encounter for closed fracture(History of), S72.002A Fracture of unspecified part of neck of left femur, initial encounter for closed fracture with routine healing(History of), S72.102D Unspecified trochanteric fracture of left femur, subsequent encounter for closed fracture with routine healing(History of), F03.91 Unspecified dementia with behavioral disturbance, E78.5 Hyperlipidemia, unspecified, M62.81 Muscle weakness (generalized), D64.9 Anemia, unspecified, S72.001D Fracture of unspecified part of neck of right femur, subsequent encounter for closed fracture with routine healing

**Alerts:**

**Face Sheet Notes**

UnitedHealthcare MC advantage ID#816821633-00 Group#12350 RxBin610494 Grp COS_OptumRx POBox 31362 SaltLake UT 84131-0362 1-877-842-3210_ 5/11/15: spoke with KarenC who stated that member is in SNF so auth not needed for PartB services for PT/OT/ST -MelanieW 3/16/2018- Effective date 8/1/2015 to 12/31/2018_ Ref# 10.25 196.174.1521219498088.19475.PRVS79

Aetna Medicare Rx enrolled on 10/18/17 confirmation# 708995503824471

Active Medicaid Case# 91.200.FE9400 effective 2/1/15 (application filed 5/21/15

Contacts

| Relationship | Name | Responsibilities | Call Order | Phone/Email | Address | Notes |
|---|---|---|---|---|---|---|
| Daughter | Mrs Brenda Rossini | Emergency Contact Responsible Party POA - Financial Receive A/R Statement | 1 | Primary (312) 972-3460 Email agrrtig@aol.com | po box 517 winnetka, IL 60093 | Surrogate Decision Maker |
| Family Member | Mr Albert Rossini | Emergency Contact | 2 | Primary (847) 471-2250 Email bertrossini4@aol.com | unknown unknown, IL | son-in-law |

# Resident Face Sheet: Monica W Szeja (DNR)

| | | | |
|---|---|---|---|
| Unit | 5th Floor | **Preferred Name:** | Monica |
| Room/Bed | 505/1 | **Attending:** | Haresh Sawlani - (773) 205-0800 |
| Status | In House | **Email:** | |

## Providers

| Provider Name | Type | Contact | Phone/Email | Address |
|---|---|---|---|---|
| | Physician | Haresh B Sawlani MD | Primary (773) 205-0800<br>Fax (773) 205-1804<br>Email drsawlani@sawlanimd.com | 3445 N. Central Ave. Unit C, Chicago, IL 60634 |
| | | -Attending | | |
| | Physician | Kiran Ijaz MD | Primary (773) 205-0800<br>Fax (773) 205-1804<br>Email kijazmd@yahoo.com | 3445 N Central Ave, Chicago, IL 60634 |
| | | -Alternate | | |
| | Physician | Dr. Joanna Lo MD | Primary (773) 205-0800 | 3445 N Central Ave, Unit C, Chicago, IL 60634 |
| | | -Alternate | | |
| | Physician | Jacob Fyda MD | Primary (773) 248-2255<br>Fax (773) 304-4143<br>Email jacobfyda@gmail.com | 1203 W Augusta, Chicago, IL 60642 |
| | | -Consultant | | |
| | Physician | David Kawior MD | Primary (773) 484-3210<br>Fax (773) 484-3210<br>Email email@noemail.com | 500 N Lake shore Drive, Apt 4114, Chicago, IL 60611 |
| | | -Consultant | | |
| | Physician | Dr. Clement Rose MD | Primary (773) 564-5444<br>Fax (773) 564-5445<br>Email clement.rose@adovatehealth.com | 4641 N. Marine Drive, Chicago, IL 60640 |
| | | -Consultant | | |
| ...escan Laboratory, Inc | Lab | | Primary (847) 663-8300<br>Fax (847) 663-1930 | 2458 Elmhurst Road, Elk Grove Village, IL 60007 |
| ...escan Laboratory, Inc | Lab | Ms. Sara S Acosta APN<br>-Associated User | None Listed | |
| ...escan Laboratory, Inc. | Lab | Mrs. Julie Driscoll NP<br>-Associated User | None Listed | |
| Dr. Holeman | NP/PA | Danielle Arends NP | Primary (773) 259-0971<br>Fax (773) 259-0971<br>Email wwww@msn.com | 6329 N Lenox, Chicago, IL 60646 |
| | NP/PA | Laurel Bergren NP | Primary (847) 462-4411 ext. 3001<br>Fax (847) 462-4411<br>Email lsa007@sbcglobal.net | 3201 W Touhy Ave, Chicago, IL 60646 |
| | NP/PA | Maurice Brownlee APN | Primary (404) 548-1212<br>Fax (847) 462-4411<br>Email maurice.b@gericareassociates.com | 1919 S Michigan Ave, Chicago, IL 60616 |
| | NP/PA | Oksana Buryadnyk NP | Primary (773) 205-0800<br>Fax (773) 205-1804<br>Email olburyadnyk@gmail.com | 3445 N Central Ave, Chicago, IL 60634 |
| | NP/PA | Kate Catanzano NP | Primary (617) 771-1081<br>Fax (847) 462-4411<br>Email katecatanzano@gmail.com | 314 N Russel, Mount Prospect, IL 60056 |
| | NP/PA | Lisa Ha NP | Primary (847) 462-4411 ext. 3001<br>Fax (847) 462-4411<br>Email lisa.ha31@gmail.com | 6201 W Touhy Ave, Chicago, IL 60646 |
| | NP/PA | Gertrude Hickey NP | Primary (847) 462-4411<br>Fax (847) 462-4412<br>Email ghickey@gmail.com | 6201 W Touhy, Chicago, IL 60646 |
| | NP/PA | Gertrude Hickey | | 6201 W Touhy, Chicago, IL 60646 |
| | NP/PA | Suzie Jacketey NP | Primary (773) 205-0800<br>Fax (773) 205-1804<br>Email suziefatou@yahoo.com | 3445 N Central Ave, Chicago, IL 60634 |
| | NP/PA | curie Lee NP | Primary (847) 462-4411<br>Fax (847) 462-4411<br>Email msncurielee@gmail.com | 6201 W Touhy, Chicago, IL 60646 |
| | NP/PA | Bianca lopez NP | Primary (773) 205-0800<br>Fax (711) 111-1111<br>Email bianca.lopez0221@gmail.com | 3445 N Central ave, Chicago, IL 60634 |
| | NP/PA | Jini Madathil NP | Primary (847) 462-4411<br>Fax (847) 462-4411<br>Email jinimadathil3_ae2@indeedemail.com | 6201 W Touhy, Chicago, IL 60646 |

EXHIBIT E

MONICA SZEJA MEDICAL RECORDS
(abbreviated)

## Physician Order Report: 07/25/2021 - 08/25/2021

## Attending: Sawlani, Haresh (773) 205-0800

### Szeja, Monica W (DNR)

| | | | |
|---|---|---|---|
| MR#: 11437 01 | | **DOB:** 10/30/1928 | **Age:** 92 **Sex:** F |
| Room/Bed: 505/1 | Unit: 5th Floor | **Admit Date:** 05/05/2015 10:45AM | |
| Alerts: | | **Allergies:** No known allergies | |

Diagnoses: Z47.89 Encounter for other orthopedic aftercare(Primary), G30.9 Alzheimer's disease, unspecified, E11.8 Type 2 diabetes mellitus with unspecified complications, F33.9 Major depressive disorder, recurrent, unspecified, F41.8 Other specified anxiety disorders, N18.9 Chronic kidney disease, unspecified, I10 Essential (primary) hypertension, F29 Unspecified psychosis not due to a substance or known physiological condition, R13.11 Dysphagia, oral phase, M15.9 Polyosteoarthritis, unspecified, Z96.642 Presence of left artificial hip joint, R63.0 Anorexia(History of), R33.9 Retention of urine, unspecified, S42.401A Unspecified fracture of lower end of right humerus, initial encounter for closed fracture(History of), S72.002A Fracture of unspecified part of neck of left femur, initial encounter for closed fracture(History of), S72.102D Unspecified trochanteric fracture of left femur, subsequent encounter for closed fracture with routine healing(History of), F03.91 Unspecified d

### ADL flow sheet

| Order Type | Start Date | End Date | Description | Ordered By |
|---|---|---|---|---|
| General | 04/24/2021 | Open Ended | Skilled OT 3x/wk x 8 weeks for self cares, functional transfers, therapeutic activities, therapeutic exercise (strength, tolerance), safety, discharge planning as appropriate. | Haresh B Sawlani |

### Dietary flow sheet

| Order Type | Start Date | End Date | Description | Ordered By |
|---|---|---|---|---|
| General | 05/04/2021 | Open Ended | Regular Mechanical Soft Diet, thin liquids, supercereal Q breakfast | Maria Sayi |

### General flow sheet

| Order Type | Start Date | End Date | Description | Ordered By |
|---|---|---|---|---|
| General | 04/23/2021 | Open Ended | Check bowel movement Every Shift; 07:00 AM - 03:00 PM, 03:00 PM - 11:00 PM, 11:00 PM - 07:00 AM | Haresh B Sawlani |
| General | 04/23/2021 | Open Ended | May have 2 step COVID vaccination if not contraindicated. (CVS, Cimpar or Walgreens to administer) | Haresh B Sawlani |
| General | 04/25/2021 | Open Ended | PT CLARIFICATION ORDER: Pt will benefit from skilled PT 5x/week for 8 weeks for ther ex, ther act, NMRE, gait training, modalities as needed to assist with pain management and enhance independence with functional mobility. | Haresh B Sawlani |
| General | 05/03/2021 | Open Ended | MED PASS 2.0 120 ml TID Special Instructions: As per Dianne Chiappetti dietician Every Shift; Days, PMS, Noc | Maria Sayi |
| General | 05/10/2021 | Open Ended | PT CLARIFICATION ORDER: Patient will benefit from skilled PT 4x/week for 8 weeks for ther ex, ther act, NMRE, gait training, modalities as needed, w/c management to assist with decreasing patient fall risk and returning patient to PLOF. | Haresh B Sawlani |
| General | 05/10/2021 | Open Ended | WBAT to RLE Special Instructions: as ordered by MD Mahr - ortopedic surgeon. | Haresh B Sawlani |
| General | 05/24/2021 | Open Ended | Weigh resident monthly Once A Day on Wed Every 4 Weeks; 07:00 AM - 03:00 PM | Haresh B Sawlani |
| General | 08/09/2021 | Open Ended | ACC check before meals BID and follow the sliding scale Twice A Day; 11:00 AM, 04:00 PM | Maria Sayi |

### Medications flow sheet

| Order Type | Start Date | End Date | Description | Ordered By |
|---|---|---|---|---|
| General | 04/23/2021 | Open Ended | Monitor for signs and symptoms of COVID 19 including (fever, shortness of breath, cough, sore throat, chills or shaking with chills, muscle pains, headache, new loss of taste or smell) Notify the resident's provider if symptoms are present. Special Instructions: A fever is defined as a temperature that is greater than or equal to 100.0 or two consecutive temps of >99.0 Every 8 Hours; 06:00 AM, 02:00 PM, 10:00 PM | Haresh B Sawlani |

### Signatures

| | | | |
|---|---|---|---|
| Phys Sig | Date: | Above Orders Noted by: | Date: |
| R N Review | Date: | Pharm Review | Date: |

## Physician Order Report: 07/25/2021 - 08/25/2021

## Attending: Sawlani, Haresh (773) 205-0800

### Szeja, Monica W (DNR)

| | | | |
|---|---|---|---|
| **MR#:** | 11437-01 | **DOB:** | 10/30/1928 **Age:** 92 **Sex:** F |
| **Room/Bed:** 505/1 | **Unit:** 5th Floor | **Admit Date:** | 05/05/2015 10:45AM |
| **Alerts:** | | **Allergies:** | No known allergies |

**Diagnoses:** Z47.89 Encounter for other orthopedic aftercare(Primary), G30.9 Alzheimer's disease, unspecified, E11.8 Type 2 diabetes mellitus with unspecified complications, F33.9 Major depressive disorder, recurrent, unspecified, F41.8 Other specified anxiety disorders, N18.9 Chronic kidney disease, unspecified, I10 Essential (primary) hypertension, F29 Unspecified psychosis not due to a substance or known physiologica condition, R13.11 Dysphagia, oral phase, M15.9 Polyosteoarthritis, unspecified, Z96.642 Presence of left artificial hip joint, R63.0 Anorexia(History of), R33.9 Retention of urine, unspecified, S42.401A Unspecified fracture of lower end of right humerus, initial encounter for closed fracture(History of), S72.002A Fracture of unspecified part of neck of left femur, initial encounter for closed fracture(History of), S72.102D Unspecified trochanteric fracture of left femur, subsequent encounter for closed fracture with routine healing(History of), F03.91 Unspecified d

### Medications flow sheet

| Order Type | Start Date | End Date | Description | Ordered By |
|---|---|---|---|---|
| General | 04/23/2021 | Open Ended | Pain Assessment q shift<br>Special Instructions: Use 0-10 scale/ 0= none, 1-2= mild pain, 3-4= moderate pain, 5-6= severe pain, 7-8=very severe pain, 9-10= worst possible pain<br>Every Shift; Days, PMS, Noc | Haresh B Sawlani |
| General | 05/31/2021 | Open Ended | vitals QPM<br>Special Instructions: Contact the resident's physician or physician extender for any decrease in SpO2 from resident's baseline or <92% or if the resident has a fever. A fever is defined as a temperature that is greater than or equal to 100.0 or two consecutive temps of >99.0<br>Once An Evening; 05:00 PM | Haresh B Sawlani |
| Prescription | 04/23/2021 | Open Ended | acetaminophen [OTC]<br>tablet; 500 mg; amt: 1 tablet (500 mg); oral<br>Special Instructions: Take 1 tablet (500 mg) as needed for pain or fever.<br>Every 6 Hours - PRN; PRN 1, PRN 2, PRN 3, PRN 4 | Haresh B Sawlani |
| Prescription | 04/23/2021 | Open Ended | atorvastatin<br>tablet; 40 mg; amt: 1 tablet; oral<br>Special Instructions: DX: HLD<br>At Bedtime; 09:00 PM | Haresh B Sawlani |
| Prescription | 04/23/2021 | Open Ended | bethanechol chloride<br>tablet; 25 mg; amt: one tablet; oral<br>Special Instructions: DX: Urinary retention<br>Three Times A Day; 09:00 AM, 01:00 PM, 05:00 PM | Haresh B Sawlani |
| Prescription | 04/23/2021 | Open Ended | bisacodyl [OTC]<br>suppository; 10 mg; amt: 1 supp (10mg); rectal<br>Special Instructions: for constipation<br>Once A Day - PRN; PRN 1 | Haresh B Sawlani |
| Prescription | 04/23/2021 | Open Ended | calcium carbonate [OTC]<br>tablet,chewable; 200 mg calcium (500 mg); amt: 1200 mg; oral<br>Special Instructions: Dietary Supplement<br>Twice A Day; 09:00 AM, 05:00 PM | Haresh B Sawlani |
| Prescription | 04/23/2021 | Open Ended | docusate sodium [OTC]<br>tablet; 100 mg; amt: 1 tablet; oral<br>Special Instructions: DX: Constipation<br>Twice A Day; 09:00 AM, 05:00 PM | Haresh B Sawlani |
| Prescription | 04/23/2021 | Open Ended | famotidine [OTC]<br>tablet; 40 mg; amt: 40 mg; oral<br>Special Instructions: R13.11 Dysphagia, oral phase<br>Twice A Day; 06:00 AM, 06:00 PM | Haresh B Sawlani |

### Signatures

| | | | |
|---|---|---|---|
| Phys<br>Sig | Date: | Above Orders<br>Noted by: | Date: |
| R N<br>review | Date: | Pharm<br>Review | Date: |

## Physician Order Report: 07/25/2021 - 08/25/2021

## Attending: Sawlani, Haresh (773) 205-0800

### Szeja, Monica W (DNR)

| | | | | |
|---|---|---|---|---|
| **MR#:** 11437-01 | | **DOB:** 10/30/1928 | **Age:** 92 | **Sex:** F |
| **Room/Bed:** 505/1 | **Unit:** 5th Floor | **Admit Date:** 05/05/2015 10:45AM | | |
| **Alerts:** | | **Allergies:** No known allergies | | |

**Diagnoses:** Z47.89 Encounter for other orthopedic aftercare(Primary), G30.9 Alzheimer's disease, unspecified, E11.8 Type 2 diabetes mellitus with unspecified complications, F33.9 Major depressive disorder, recurrent, unspecified, F41.8 Other specified anxiety disorders, N18.9 Chronic kidney disease, unspecified, I10 Essential (primary) hypertension, F29 Unspecified psychosis not due to a substance or known physiological condition, R13.11 Dysphagia, oral phase, M15.9 Polyosteoarthritis, unspecified, Z96.642 Presence of left artificial hip joint, R63.0 Anorexia(History of), R33.9 Retention of urine, unspecified, S42.401A Unspecified fracture of lower end of right humerus, initial encounter for closed fracture(History of), S72.002A Fracture of unspecified part of neck of left femur, initial encounter for closed fracture(History of), S72.102D Unspecified trochanteric fracture of left femur, subsequent encounter for closed fracture with routine healing(History of), F03.91 Unspecified d

### Medications flow sheet

| Order Type | Start Date | End Date | Description | Ordered By |
|---|---|---|---|---|
| Prescription | 04/23/2021 | Open Ended | Humalog U-100 Insulin (insulin lispro) solution; 100 unit/mL; amt: 100 unit/ml; subcutaneous Special Instructions: Administer Humalog as per sliding scale:200- 250 give 2 units, 251 to 300 give 3 units, 301 to 350 give 5 units, 351 to 400 give 6 units. BS >401 call MD Twice A Day Twice A Day; 11:00 AM, 04:00 PM | Haresh B Sawlani |
| Prescription | 04/23/2021 | Open Ended | lactulose solution; 10 gram/15 mL; amt: 15 ml; oral Special Instructions: DX Constipation Once A Day on Wed; 09:00 AM | Haresh B Sawlani |
| Prescription | 04/23/2021 | Open Ended | loperamide [OTC] capsule; 2 mg; amt: 1 capsule (2 mg); oral Special Instructions: For Diarrhea Four Times A Day - PRN; PRN 1, PRN 2, PRN 3, PRN 4 | Haresh B Sawlani |
| Prescription | 04/23/2021 | Open Ended | Miralax (polyethylene glycol 3350) [OTC] powder; 17 gram/dose; amt: 17 gram/dose; oral Special Instructions: DX Constipation Once A Day; 09:00 AM | Haresh B Sawlani |
| Prescription | 04/23/2021 | Open Ended | multivitamin with minerals tablet; - ; amt: 1 tab; oral Special Instructions: Supplement Once A Day; 09:00 AM | Maria Sayi |
| Prescription | 04/23/2021 | Open Ended | Namenda (memantine) tablet; 10 mg; amt: 1 tablet (10 mg); oral Special Instructions: DX:Unspecified dementia with behavioral disturbance Twice A Day; 09:00 AM, 05:00 PM | Haresh B Sawlani |
| Prescription | 04/23/2021 | Open Ended | ondansetron tablet,disintegrating; 4 mg; amt: 1 tab (4 mg); oral Special Instructions: As needed for Nausea Every 8 Hours - PRN; PRN 1, PRN 2, PRN 3 | Haresh B Sawlani |
| Prescription | 04/23/2021 | Open Ended | Order on hold from 08/13/2021 to 08/18/2021 Order on hold from 08/21/2021 to 08/27/2021<br><br>ferrous sulfate [OTC] tablet; 325 mg (65 mg iron); amt: 325 mg; oral Special Instructions: DX Anemia Three Times A Day; 09:00 AM, 01:00 PM, 05:00 PM | Haresh B Sawlani |
| Prescription | 04/23/2021 | Open Ended | oxybutynin chloride tablet; 5 mg; amt: 1 tablet; oral Special Instructions: R33.9 Retention of urine Three Times A Day; 09:00 AM, 01:00 PM, 05:00 PM | Haresh B Sawlani |

| Signatures | | | |
|---|---|---|---|
| Phys Sig | Date: | Above Orders Noted by: | Date: |
| R N Review | Date: | Pharm Review | Date: |

~~~~~ ~I REGENCY

# Physician Order Report: 07/25/2021 - 08/25/2021

## Attending: Sawlani, Haresh  (773) 205-0800

### Szeja, Monica W (DNR)

| | | |
|---|---|---|
| **MR#:** 11437-01 | **DOB:** | 10/30/1928    **Age:** 92    **Sex:** F |
| **Room/Bed:** 505/1    **Unit:** 5th Floor | **Admit Date:** | 05/05/2015 10:45AM |
| **Alerts:** | **Allergies:** | No known allergies |

**Diagnoses:** /4/.89 Encounter for other orthopedic aftercare(Primary), G30.9 Alzheimer's disease, unspecified, E11.8 Type 2 diabetes mellitus with unspecified complications, F33.9 Major depressive disorder, recurrent, unspecified, F41.8 Other specified anxiety disorders, N18.9 Chronic kidney disease, unspecified, I10 Essential (primary) hypertension, F29 Unspecified psychosis not due to a substance or known physiological condition, R13.11 Dysphagia, oral phase, M15.9 Polyosteoarthritis, unspecified, Z96.642 Presence of left artificial hip joint, R63.0 Anorexia(History of), R33.9 Retention of urine, unspecified, S42.401A Unspecified fracture of lower end of right humerus, initial encounter for closed fracture(History of), S72.002A Fracture of unspecified part of neck of left femur, initial encounter for closed fracture with routine healing(History of), F03.91 S/2.102D Unspecified trochanteric fracture of left femur, subsequent encounter for closed fracture(History of), F03.91 Unspecified d

## Medications flow sheet

| Order Type | Start Date | End Date | Description | Ordered By |
|---|---|---|---|---|
| Prescription | 04/23/2021 | Open Ended | repaglinide<br>tablet; 1 mg; amt: 1 tablet (1mg); oral<br>Special Instructions: Give 1 mg three times daily before meals.<br>Three Times A Day; 09:00 AM, 01:00 PM, 05:00 PM | Haresh B Sawlani |
| Prescription | 04/23/2021 | Open Ended | sertraline<br>tablet; 100 mg; amt: 1 tablet; oral<br>Special Instructions: DX: Anxiety<br>[DX: Major depressive disorder, recurrent, unspecified]<br>Once A Day; 09:00 PM | Haresh B Sawlani |
| Prescription | 04/23/2021 | Open Ended | tamsulosin<br>capsule,extended release 24hr; 0.4 mg; amt: 1 tablet after dinner; oral<br>Special Instructions: DX: Urinary Retention<br>At Bedtime; 09:00 PM | Haresh B Sawlani |
| Prescription | 04/23/2021 | Open Ended | Vitamin C (ascorbic acid (vitamin c)) [OTC]<br>tablet; 250 mg; amt: 250 mg; oral<br>Special Instructions: give vitamin C 250 mg BID<br>Dietary Supplement<br>Twice A Day; 09:00 AM, 05:00 PM | Haresh B Sawlani |
| Prescription | 04/23/2021 | Open Ended | Vitamin D3 (cholecalciferol (vitamin d3))<br>capsule; 25 mcg (1,000 unit); amt: 2,000 units (2 tabs); oral<br>Special Instructions: Supplement<br>Once A Day; 09:00 AM | Haresh B Sawlani |
| Prescription | 04/24/2021 | Open Ended | ibuprofen<br>tablet; 800 mg; amt: 1; oral<br>Special Instructions: give 1 tab Q 8 hours PRN<br>[DX: Fracture of unspecified part of neck of right femur, initial encounter for<br>closed fracture]<br>Every 8 Hours - PRN; PRN 1, PRN 2, PRN 3 | Haresh B Sawlani |
| Prescription | 05/12/2021 | Open Ended | Ativan (lorazepam) - Schedule IV<br>tablet; 0.5 mg; amt: 0.5mg bid; oral<br>Special Instructions: for anxiety<br>Twice A Day; 09:00 AM, 05:00 PM | Danielle Arends |
| Prescription | 05/20/2021 | Open Ended | Remeron (mirtazapine)<br>tablet; 15 mg; amt: 15 mg; oral<br>Special Instructions: Appetite stimulant/ Depression<br>At Bedtime; 09:00 PM | Danielle Arends |
| Prescription | 05/30/2021 | Open Ended | senna [OTC]<br>tablet; 8.6 mg; amt: 2 tablets; oral<br>Special Instructions: DX: Constipation<br>Once An Evening; 05:00 PM | Maria Sayi |
| Prescription | 08/21/2021 | 01/21/2022 | cyanocobalamin (vitamin B-12)<br>solution; 1,000 mcg/mL; amt: 1,000 mcg/ml; injection<br>Once A Day on the 21st of Jan, Aug, Sep, Oct, Nov, Dec; 06:00 AM | Maria Sayi |

### Signatures

| | | |
|---|---|---|
| Phys<br>Sig | Date: | Above Orders<br>Noted by:    Date: |
| I. N<br>Review | Date: | Pharm<br>Review    Date: |

## Physician Order Report: 07/25/2021 - 08/25/2021

### Attending: Sawlani, Haresh  (773) 205-0800

### Szeja, Monica W (DNR)

| | | | | | |
|---|---|---|---|---|---|
| **MR#:** | 11437-01 | | **DOB:** | 10/30/1928 | **Age:** 92 **Sex:** F |
| **Room/Bed:** 505/1 | **Unit:** 5th Floor | | **Admit Date:** 05/05/2015 10:45AM | | |
| **Alerts:** | | | **Allergies:** | No known allergies | |

**Diagnoses:** Z47.89 Encounter for other orthopedic aftercare(Primary), G30.9 Alzheimer's disease, unspecified, E11.8 Type 2 diabetes mellitus with unspecified complications, F33.9 Major depressive disorder, recurrent, unspecified, F41.8 Other specified anxiety disorders, N18.9 Chronic kidney disease, unspecified, I10 Essential (primary) hypertension, F29 Unspecified psychosis not due to a substance or known physiological condition, R13.11 Dysphagia, oral phase, M15.9 Polyosteoarthritis, unspecified, Z96.642 Presence of left artificial hip joint, R63.0 Anorexia(History of), R33.9 Retention of urine, unspecified, S42.401A Unspecified fracture of lower end of right humerus, initial encounter for closed fracture(History of), S72.002A Fracture of unspecified part of neck of left femur, initial encounter for closed fracture(History of), S72.102D Unspecified trochanteric fracture of left femur, subsequent encounter for closed fracture with routine healing(History of), F03.91 Unspecified d

### Order Sets flow sheet

| Order Type | Start Date | End Date | Description | Ordered By |
|---|---|---|---|---|
| General | 04/23/2021 | Open Ended | Admnister flu vaccine annually, unless contraindicated<br>Special Instructions: Document on Preventative Health Care Record | Haresh B Sawlani |
| General | 04/23/2021 | Open Ended | Annual PPD | Haresh B Sawlani |
| General | 04/23/2021 | Open Ended | Code Status: DNR | Haresh B Sawlani |
| General | 04/23/2021 | Open Ended | May Be Seen By Podiatrist, Psychiatrist, Psychologist, Wound Care Specialist, Optometrist, or Dentist as Needed | Haresh B Sawlani |
| General | 04/23/2021 | Open Ended | May give medications crushed or in liquid form unless contraindicated | Haresh B Sawlani |
| General | 04/23/2021 | Open Ended | May go out on pass with responsible party with medications and instructions | Haresh B Sawlani |
| General | 04/23/2021 | Open Ended | May have COVID19 testing per protocol | Haresh B Sawlani |
| General | 04/23/2021 | Open Ended | May have Pneumonia vaccine unless contraindicated.<br>Special Instructions: Document on Preventative Health Care Record | Haresh B Sawlani |
| General | 04/23/2021 | Open Ended | May Participate in Activities As Tolerated | Haresh B Sawlani |
| General | 04/23/2021 | Open Ended | May use generic equivalents unless otherwise stated. | Haresh B Sawlani |
| General | 04/23/2021 | Open Ended | May wear arm band | Haresh B Sawlani |

### Treatments flow sheet

| Order Type | Start Date | End Date | Description | Ordered By |
|---|---|---|---|---|
| General | 04/23/2021 | Open Ended | May apply house stock barrier cream after each incontinent episode and as needed. (CNA may apply) | Haresh B Sawlani |
| General | 04/23/2021 | Open Ended | May apply wound dressing as needed until treatment to assess. | Haresh B Sawlani |
| General | 04/23/2021 | Open Ended | Weekly Skin Checks<br>Special Instructions: 1- No skin conditions noted<br>2- new skin condition-see note<br>3- exisiting skin condition remains, no new skin conditions-see notes<br>Once A Day Every 7 Days; 07:00 AM - 03:00 PM | Haresh B Sawlani |
| General | 04/26/2021 | Open Ended | May off load heel/ use heel protectors | Haresh B Sawlani |
| General | 04/26/2021 | Open Ended | May use cushion when up in wheelchair/geri chari | Haresh B Sawlani |

| **Signatures** | | |
|---|---|---|
| Phys<br>Sig | Date: | Above Orders<br>Noted by:      Date: |
| R N<br>Review | Date: | Pharm<br>Review      Date: |

TRULINCS 08043424 - ROSSINI, ALBERT - Unit: CCC-G-A

---

FROM: Rossini, Brenda
TO: 08043424
SUBJECT: Update in Gama
DATE: 04/15/2021 03:51:06 PM

Dr. Donahue on Gama.

She has fractured her right hip. They're taking more Xrays. I told him that she has an old break of her right femur where she was injured by some Nazi. He said that she is on pain medication, was going to be wheeled up, and surgery was definitely indicated, though he wasn't sure if it would be tomorrow.

•TRULINCS 08043424 - ROSSINI, ALBERT - Unit: CCC-G-A

----------------------------------------------------------------------------------------

FROM: Rossini, Brenda
TO: 08043424
SUBJECT: Gama
DATE: 04/15/2021 12:06:07 PM

What should I do?

A very nice, informed, and thankfully articulate nurse called and said their xrays show a fracture of Gama's hip. It's that same area where the Nazis broke her thigh bone.

She fell at 3 am. I don't know what time they found her like that and the nurse was unwilling to explain.

They are sending Gama to Resurrection hospital this morning for more xrays and possible surgery. When I said that didn't sound promising---He agreed!! I'm frightened for her.

He said it's possible to visit, one at a time. I would drag myself out but my whole left side and left leg got twisted from my splat on the sidewalk yesterday. I won't see my own doctor til this Wed. morning--when I can get up and walk.

It's all so sudden. Just Tuesday, when I talked to Gama, though she doesn't hear well at all, she cried about how much she missed us and loved us. If she remembers anyone, it's Albie.

Today at the hospital, she'll be in transport, tests, and sedation, but I would imagine she'll be relatively awake tomorrow.

ALBERT ROSSINI
#08043-424
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago, Il. 60605

Legal Mail
Courtesy Copy

Hon. John Z. Lee
c/o Clerk, U.S. District Court
219 S. Dearborn St.
Chicago, Il. 60604

01/19/2022-33

METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN ST., CHICAGO, IL 60605
The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected.

JAN 14 2022

If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to the above address, please return the enclosure to the above address.