

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**                312-435-5670
**Clerk**

Date: 02/10/2022         Case Number: 1:15-cr-00515-1

Case Title: USA v. Rossini et al       Judge: John Z. Lee

## NOTICE OF CORRECTION

The following errors/deficiencies have been identified in document # [ 780,790,795,796 ].

- ☐ The document is on the incorrect case. (If this is a motion, the docket clerk has termed the motion)
- ☐ The document is on the correct case but the case number and title do not match.
- ☐ The incorrect document [pdf] was linked to the entry.
- ☐ The incorrect file date was entered.
- ☐ The incorrect event was used. The title of the document does not match the text of the entry.
- ☐ The entry is a duplicate of entry [ ].
- ☒ Other: PDF's have issues with page count, order of pages, or duplicate scanning of pages.

**Corrective action taken by the Clerk:**

- ☒ The text of the entry has been replaced with *Entered in Error*.
- ☐ The following notation has been added to the text of the entry: *Linked document has the incorrect case title,* or, *Linked document has the incorrect case number.*
- ☐ The correct document [pdf] has been re-filed.
- ☐ The file date has been corrected.
- ☐ The text of the entry has been edited to reflect
- ☐ The text of the entry has been edited to read, *Duplicate filing of document number [ ]*.
- ☒ Other: Docket entries 780, 790, 795 will be marked entered in error. Document 796 PDF will be replaced with corrected PDF.

**Corrective action required by the filer:**

- ☐ Counsel must re-file the document
- ☐ Other:

Thomas G. Bruton, Clerk
By: /s/ Roberto Cornejo
Deputy Clerk

Rev. 8/13/18