UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 15 CR 515-1 |
| v. | ) | |
| | ) | Judge John Z. Lee |
| ALBERT ROSSINI | ) | |

## **ATTORNEY DESIGNATION**

    Please take notice that the undersigned Assistant United States Attorney has been assigned in the above captioned case.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By:   /s/ *David Green*
DAVID GREEN
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604