

IN THE UNITED STATES DISTRICT COURT
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

United States of America
    Plaintiff

    vi.

Albert M. Rossini
    Defendant

FILED
FEB 14 2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

15 CR 515-1
Hon. John Z. Lee
District Court Judge

### Medical Records of Brenda Rossini as Supplement to Defendant's Compassionate Release Motion

In support of his Motion for Compassionate Release, Defendant Albert Rossini submits herewith, as Supplement, a record of Brenda Rossini's medical exams taken February 7, 2022 at Evanston Hospital by order of cardiologist, Dr. Alan Kogan (attached and incorporated herein as Exhibit).

These medical records are ordinarily confidential. Brenda Rossini has never been a defendant in this case and has no connection with it whatsoever, but the Government has unremittingly abused her right to confidentiality, privacy, liberty, and privilege.

Over a duration of years, the Government persisted in attempting to entrap her, unsuccessfully, in unrelated but illegal conduct, to pauperize her, to affect her physical welfare, to diminish her by without-notice communications with friends and family, as well as to (criminally) stalk, harass and violate her expectations and rights to privacy. By its unrestrained conduct towards Brenda Rossini, a non-party/non-defendant/non-witness Citizen of the United States, the Government has clearly shown that the words "confidentiality" and "privilege" exist in the Constitution as words of poetic license.

*Brenda Rossini*
for Defendant Albert Rossini

Albert Rossini
#08043-424
Chicago MCC
71 W. Van Buren St.
Chicago IL  60605

EXHIBIT
Brenda Rossini Medical Exams, Feb. 7, 2022

I. EXAM: Cardiac CT Angiography. Dictating Resident/Fellow/Attending Radiologist: Shetty, Mrinali 2/7/2022 11:25 AM.
CT-FFR was performed due to equivocal lesion.

MEDICATION: 400 mcg sublingual nitroglycerin. 10 mg IV metoprolol

CONTRAST: CTA was performed using Omnipaque 350 at 5 cc/sec. A 40 cc normal saline flush was injected immediately following contrast injection.

HEART RATE AND RHYTHM: Sinus with average 60 bpm
An associated incidental findings report will be generated for this study.

II. CT Cardiac Lung Report, Attending Radiologist: Richard M Gore MD 2/7/2022 11:43 AM
7 x 4 mm right middle lobe pulmonary nodule.
Patients incidental nodule greater than or equal to 6 mm and less than or equal to 8mm in diameter suggest follow-up low dose chest CT in 6-12 months, with additional follow up to be considered at 18-24 months if not significantly changed. In patients with primary neoplasm who are at risk for metastases, as well as immuno-compromised patients or those with an active infection, a follow up low dose CT chest examination may be considered in 3 months or per clinical protocol.

There are several low attenuation areas identified within the liver. The largest measures 1.1 cm in diameter and has a density of 28 Hounsfield units. Follow-up CT or MR is recommended for further evaluation.

The clinical history is coronary artery disease.

This report addresses the lung windows that were obtained during the patient's a CT angiography study.

There is a pleural-based nodule in the lateral segment of the right middle lobe. It measures 7 x 4 mm in diameter (image 47, series 1).

There is extensive pleural and parenchymal scarring that predominates at the lung bases.