IN THE UNITED STATES DISTRICT COURT
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

United States of America
    Plaintiff

v.

Albert M. Rossini
    Defendant

**FILED**
FEB 14 2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

15 CR 515-1
Hon. John Z. Lee
District Court Judge

### Notice of Filing Medical Records of Brenda Rossini as Supplement to Defendant's Compassionate Release Motion

TO:
Office of the U.S. Attorney
219 S. Dearborn St.
Chicago IL 60604

cc: Courtesy copy to the Honorable John Z. Lee

Defendant Albert M. Rossini hereby gives notice that he has filed herewith, as Supplement to his Compassionate Release Motion, Brenda Rossini's Medical Records of February 7, 2022, a copy of which is hereby served upon you.

CERTIFICATE OF SERVICE

I certify that a copy of this Notice of Filing and Supplement was sent by regular mail to the Office of the U.S. Attorney, 219 S. Dearborn St., Chicago IL 60604, and a courtesy copy to the chambers of the Honorable John Z. Lee, on Feb. 9, 2022, by regular mail and by email, before the hour of 5 p.m. by Brenda Rossini for the Defendant. The Chicago MCC where Defendant has been housed has been on national lockdown and resort to regular mail, email, or telephone being nil.

*Brenda Rossini*
for Defendant Albert Rossini

Albert Rossini
#08043-424
Chicago MCC
71 W. Van Buren St.
Chicago IL 60605

ALBERT ROSSINI
08043-424
CHICAGO MCC
71 W. VAN BUREN ST.
CHICAGO IL 60605

02/14/2022-12

CLERK, NORTHERN DISTRICT OF ILLINOIS
CRIMINAL DIVISION
219 S. DEARBORN ST.
CHICAGO IL 60604

RECEIVED
2022 FEB 14 AM 9:02




