# Exhibit A

**General Docket**
**Seventh Circuit Court of Appeals**

| | |
|---|---|
| **Court of Appeals Docket #:** 21-3115<br>USA v. Albert Rossini<br>**Appeal From:** Northern District of Illinois, Eastern Division<br>**Fee Status:** In Forma Pauperis | **Docketed:** 11/12/2021 |

**Case Type Information:**
 1) criminal
 2) Direct Criminal (D)
 3) -

**Originating Court Information:**
 **District:** 0752-1 : 1:15-cr-00515-1
 **Court Reporter:** Joseph Rickhoff
 **Sentencing Judge:** John Z. Lee, District Court Judge
 **Date Filed:** 08/20/2015
 **Date Order/Judgment:**                            **Date NOA Filed:**
 10/12/2021                                                        10/25/2021

| Date | # | Description |
|---|---|---|
| 12/23/2021 | 19 | Docketing Statement filed by Appellant Albert Rossini. Prior or Related proceedings: No. [19] [7207029] [21-3115] (LCP) [Entered: 12/23/2021 08:42 AM] |
| 01/05/2022 | 20 | ORDER re: Response to the Rule to Showcause. IT IS ORDERED that the Rule to Show Cause, which issued on December 15, 2021, is DISCHARGED. DW [20] [7209069] [21-3115] (AG) [Entered: 01/05/2022 03:59 PM] |
| 01/20/2022 | 21 | Motion filed by Appellant Albert Rossini to extend time to file appellant brief. [21] [7212119] [21-3115] (Butler, Clarence) [Entered: 01/20/2022 08:39 AM] |
| 01/20/2022 | 22 | Order issued GRANTING motion to extend time to file appellant's brief [21] Appellant's brief due on or before 02/22/2022 for Albert Rossini. Appellee's brief due on or before 03/24/2022 for United States of America. Appellant's reply brief, if any, is due on or before 04/14/2022 for Appellant Albert Rossini. CMD [22] [7212284] [21-3115] (AG) [Entered: 01/20/2022 02:23 PM] |
| 01/21/2022 | 23 | Filed notice of letter sent to attorney by Appellant Albert Rossini. [23] [7212575] [21-3115] (MAN) [Entered: 01/21/2022 02:26 PM] |
| 02/22/2022 | 24 | Motion filed by Appellant Albert Rossini to extend time to file appellant brief. [24] [7218656] [21-3115] (Butler, Clarence) [Entered: 02/22/2022 01:41 PM] |
| 02/23/2022 | 25 | Order issued GRANTING motion to extend time to file appellant's brief. [24] Appellant's brief due on or before 03/22/2022 for Albert Rossini. Appellee's brief due on or before 04/21/2022 for United States of America. Appellant's reply brief, if any, is due on or before 05/12/2022 for Appellant Albert Rossini. CMD [25] [7218868] [21-3115] (HTP) [Entered: 02/23/2022 08:46 AM] |
| 02/25/2022 | 26 | Pro se motion filed by Appellant Albert Rossini to remand to district court while retaining jurisdiction. [26] [7219591] [21-3115] (MAN) [Entered: 02/25/2022 02:15 PM] |
| 03/01/2022 | 27 | ORDER re: Appellant Rossini's request that seventh circuit remand to district court while retaining jurisdiction. The pro se motion is DENIED without prejudice to renewal in a motion filed through counsel. [26] JPK [27] [7220251] [21-3115] (HTP) [Entered: 03/01/2022 02:34 PM] |
| 03/03/2022 | 28 | Pro se motion filed by Appellant Albert Rossini to request that the Seventh Circuit remand to the District Court while retaining jurisdiction. (Exact copy of the appellant's motion filed on 2/25 and which was denied on 3/1). [28] [7220713] [21-3115] (CAG) [Entered: 03/03/2022 11:49 AM] |

18