UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 15 CR 515-1 |
| | ) | HON. JOHN Z. LEE |
| | ) | District Court Judge |
| ALBERT ROSSINI, | ) | |
| Defendant. | ) | |

FILED
MAR 11 2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

DEFENDANT'S STATUS REPORT PURSUANT TO
MOTION UNDER 18 U.S.C. §3582(c)(1)(A)

Defendant Albert Rossini requests this Honorable Court allow him to present a supplement to his Motion pursuant to 18 U.S.C. §3582(c)(1)(A) upon the receipt of his wife, Brenda Rossini's, medical report which is to be prepared by North Shore Hospital and Northwestern Evanston Hospital after their review of her recent medical tests for heart and pulmonary problems. Therefore, Rossini requests until March 21, 2022 to file the supplement and Brenda Rossini's medical reports.

Respectfully submitted,

Albert Rossini
Defendant

CERTIFICATE OF SERVICE

Albert Rossini certifies that on March 7, 2022, he deposited a Notice of Filing and a Defendant's Status Report in the MCC Chicago Legal Mail System, first class postage prepaid and addressed as follows:

Clerk of the U.S. District Court
Northern District of Illinois
219 S. Dearborn St.
Chicago, IL 60604

Hon. John Z. Lee
United States District Court
219 S. Dearborn St.
Chicago, IL 60604

U.S. Attorney
219 S. Dearborn St.
Chicago, IL 60604

Clarence Butler, Jr. Esq.
Law Office of Clarence Butler
155 North Wacker Drive
Suite 4250
Chicago, IL 60606

Respectfully submitted,

*/s/ Albert Rossini*

Albert Rossini
Defendant
#08043-424
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago, IL 60605

Albert Rosati
#08043-424
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago, IL 60605

S SUBURBAN IL 604

8 MAR 2022 PM 5 L



LEGAL MAIL

Hon. Thomas Bruton
Clerk of the U.S. District Court
219 S. Dearborn St.
Chicago, IL 60604


03/11/2022-4

60604-180099

METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN ST, CHICAGO, IL 60605

The enclosed letter was processed through special mailing procedures for forwarding to you
This letter has neither been opened nor inspected.

MAR 0 8 2022

If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the materiel for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

2022 MAR 11 AM 9: 15

RECEIVED