UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 15 CR 515-1 |
| ) | HON. JOHN Z. LEE |
| ) | District Court Judge |
| ALBERT ROSSINI, ) | |
| Defendant. ) | |

NOTICE OF FILING

NOW COMES Defendant Albert Rossini and files this status report on the health of his spouse, Brenda Rossini, in regard to Caregiver Statement pursuant to 18 U.S.C. §3582(c)(1)(A).

Respectfully submitted,

*[signature]*

Albert Rossini
Defendant
#08043-424
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago, IL 60605

FILED

MAR 11 2022

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Albert Rosas
#08043-424
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago, IL 60605

S SUBURBAN IL 604

8 MAR 2022 PM 5 L



LEGAL MAIL

Hon. Thomas Bruton
Clerk of the U.S. District Court
219 S. Dearborn St.
Chicago, IL 60604


03/11/2022-4

60604-180099

METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN ST, CHICAGO, IL 60605

The enclosed letter was processed through special mailing procedures for forwarding to you
This letter has neither been opened nor inspected.

MAR 0 8 2022

If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the materiel for further information or clarification.
If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

2022 MAR 11 AM 9:15

RECEIVED