

Albert Rossini
#08043-424
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago, IL 60605

March 16, 2022

**FILED**

MAR 2 2 2022

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Hon. John Z. Lee
United States District Court
219 S. Dearborn St.
Chicago, IL 60604

Re:  USA v. Albert Rossini, 15 CR-515-1
     Medical Status of Brenda Rossini in relation to
     Defendant's Motion Pursuant to 18 U.S.C. §3582(c)

Dear Judge Lee,

    As stated in a previous status report, my wife, Brenda Rossini, has experienced severe breathing problems which were first believed to be heart related. She was scheduled for an angioplasty at Evanston Northshore Hospital at Central and Green Bay Roads, Evanston, Illinois, but upon further tests the Medical Specialists came to the determination that it was not heart related but a pulmonary problem.

    My wife has suffered from breast cancer and in 2009 had a lumpectomy and then both chemotherapy and radiation treatments. Throughout the years she has had numerous treatments for scar tissue problems. Her abrupt and unexpected falls over the past year have now been diagnosed as the after-effects of a January 2020 stroke which had not been realized by her.

    The Specialists at Evanston Hospital now believe her severe breathing problems are due to pulmonary fibrosis and that a virus, probably COVID-19 (although she has been vaccinated, boostered and only tested negative when tested) has inflammed the scar tissue in her lungs which were the result from the cancer radiation treatments, and may be increasing in intensity. She is now scheduled for a D-Dymer blood test and Chest Cat-Scan to further define the problem.

Respectfully submitted,

*Albert Rossini*

Albert Rossini

## CERTIFICATE OF SERVICE

On March 16, 2022, Albert Rossini deposited a Notice of Filing and letter detailing the status of Brenda Rossini's medical condition in the MCC Chicago Legal Mail System first class postage prepaid and addressed to the Hon. Thomas Brutton, U.S. District Court Clerk for the Northern District of Illinois, 219 S. Dearborn St., Chicago, IL 60604.

Respectfully submitted,

*Albert Rossini*

Albert Rossini
Defendant
#08043-424
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago, IL 60605

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 15 CR-515-1 |
| ) | HON. JOHN Z. LEE |
| ) | District Court Judge |
| ALBERT ROSSINI, ) | |
| Defendant. ) | |

NOTICE OF FILING

PLEASE TAKE NOTICE that Defendant Albert Rossini filed this letter to the Hon. John Z. Lee, in the above referenced case, to report on the status of his wife, Brenda Rossini's, medical condition.

Respectfully submitted,

*[signature]*

Albert Rossini
Defendant
#08043-424
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago, IL 60605

Albert Rossini
#08043-424
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago, IL 60605

RECEIVED
2022 MAR 22 AM 9:09

LEGAL MAIL

Hon. Thomas Brutton
U.S. District Court Clerk
For the Northern District of Illinois
219 S. Dearborn St.
Chicago, IL 60604



03/22/2022-42

METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN ST, CHICAGO, IL 60605
The enclosed letter was processed through special mailing procedures for forwarding to you.
This letter has neither been opened nor inspected.

MAR 17 2022

If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.