**SM**

TRULINCS 08043424 - ROSSINI, ALBERT - Unit: CCC-I-A   *15-CR-515-1*

------------------------------------------------------------------------

FROM: Rossini, Brenda
TO: 08043424
SUBJECT: Health
DATE: 04/04/2022 05:51:08 PM

**FILED**

APR 08 2022 *AK*

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

My condition for the past 3 weeks.

I have not yet gone to get that D Dimon blood test or the chest Xray.
Last week, I fell on the sidewalk. Again, it was from out of the blue. I fell on my face but hurt only my left leg, which was twisted, and my left knee which was cut and bruised. I gathered myself up and went back home. It was morning, sunny, clear on the ground.

Two days later, I went to the grocery store in the morning...a short distance. On the way, I felt some difficulty breathing, but I didn't think much of it. However, on the way back, the breathing was awful. I had to stop every few feet to catch my breath. By the time I got back, the top of my back hurt from the effort in having to breathe.
Once home, I was in such insensate state that I couldn't read, write nor stitch. I slept most of the day in my chair, went to bed at 8 pm, and slept until 8 am. Still, that weird fatigue stayed with me for most of the next day, so I lay around once again. At least I could read.

This morning--four days have passed--I had to go visit my mother. I went up the steps to the train with difficulty, as usual. Again, once I got to the top of the short flight, I was not breathing fully. My lungs just weren't working. On the train, all I could do was sit with my eyes closed and hoping that it would pass. It didn't. When I transferred, I had to wait about 15 min. for the next train. The entire time, I stood supporting myself so that I could just keep my eyes closed and keep thinking straight.

The only time I seem to have faultless health is when I sit home and go nowhere.

04/08/2022-13

Albert Rossini
#08043-424
Metropolitan Correctional Center
1 W. Van Buren St.
Chicago, Il. 60605

LEGAL MAIL

S SUBURBAN IL 604

5 APR 2022 PM 4 L

Hon. John Lee
U.S. District Court
219 S. Dearborn St
Chicago, Il. 60604

60604-189423

FOREVER / USA

celebrate

**METROPOLITAN CORRECTIONAL CENTER**
71 W VAN BUREN ST, CHICAGO IL 606005
The enclosed letter was processed through special mailing procedures for forwarding to you.
This letter has neither been opened nor inspected.

2022 APR -APR 0 5 2022 AM 8: 15

If the sender raises a question of which over which this facility has jurisdiction,
you may wish to return the material to the sender information or clarification,
if the sender encloses correspondence for forwarding to another addressee,
please return to the enclosure to the above address.