UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.

Case No. 15 CR-515-1
HON. JOHN Z. LEE
District Court

ALBERT ROSSINI,
    Defendant.

### AFFIDAVIT IN SUPPORT OF A MOTION TO GRANT COMPASSIONATE RELEASE

I, Albert Rossini, declare and state that the following statements are true to the very best of my knowledge and belief.

(1). I was born on September 11, 1948, making me 73 years of age.

(2). I have been convicted of a non-violent crime and specifically wire fraud and mail fraud in violation of Title 18 U.S.C. §§ 1343 and 1341.

(3). I have been detained or monitored on a pretrial release since my arrest on August 25, 2015 which is 79 months of detainment in a United States Bureau of Prisons facility or home confinement-detention.

(4). Upon my arrest, I had certain health issues which are serious. After the months of detainment those conditions have

-1-

grown worse which may be the effect of the aging process or could be attributed to my having been exposed to the COVID-19 virus at MCC Chicago. I have been vaccinated and have taken precautions granted me at MCC Chicago.

(5). I have been married since February 11, 1986 to my lovely and caring wife, Brenda Rossini.

(6). Currently, my wife has developed a traumatizing and debilitating healh conditions. These conditions are not explained by attributing to a neurological deficiency. This condition has forced my wife to become semi-immobilized and she is 74 years old.

(7). I am the only Caregiver to my wife.

(8). I swear or affirm under penalty of perjury pursuant to United States law that my statements are true and correct (28 U.S.C. §1748; 18 U.S.C. §1621).

Respectfully submitted,

*/s/ Albert Rossini/*

Albert Rossini
#08043-424
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago, IL 60605

ALBERT ROSSINI
#08043-424
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago, IL. 60605



05/06/2022-3



Legal Mail

Hon. Thomas Bruton
Clerk, U.S. District Court
For Northern District of Illinois
219 S. Dearborn St.
Chicago, IL. 60604

RECEIVED
2022 MAY -6 AM 9:04

**METROPOLITAN CORRECTIONAL CENTER**
**71 W VAN BUREN ST, CHICAGO IL 606005**
The enclosed letter was processed through special mailing procedures for forwarding to you.
This letter has neither been opened nor inspected.

**MAY 0 3 2022**

If the sender raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the sender encloses correspondence for forwarding to another addressee, please return to the enclosure to the above address.