UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

JUN 1 0 2022

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff/Appellee, | ) ) ) ) ) ) ) ) ) ) ) | |
| v. | | Case No.:  1:15-cr-00515<br>Hon. John Z. Lee<br>District Court Judge |
| ALBERT ROSSINI,<br>Defendant/Appellant. | | |

## NOTICE OF APPEAL

Notice is hereby given that Defendant Albert Rossini appeals to the United States Court of Appeals for the Seventh Circuit from the District Court's denial of Defendant's motion pursuant to 18 U.S.C. §3582(c), compassionate release.

The order of denial was entered on May 24, 2022 and is attached hereto.  The Court of Appeals for the Seventh Circuit has jurisdiction pursuant to 28 U.S.C. §1291.

Respectfully submitted,

Albert Rossini
Defendant/Appellant
#08043-424
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago, IL 60605

## CERTIFICATE OF SERVICE

I, Albert Rossini, certify that on June 6, 2022, I deposited the enclosed Notice of Appeal from the District Court's denial of my motion pursuant to 18 U.S.C. §3582(c), in the MCC Chicago Legal Mail System, first class postage prepaid and addressed to the Hon. Thomas Brutton, Clerk of the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, IL 60604.

Respectfully submitted,

Albert Rossini
Defendant/Appellant
#08043-424
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago, IL 60605

**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3**
**Eastern Division**

UNITED STATES OF AMERICA

                Plaintiff,

v.                                 Case No.: 1:15−cr−00515
                                 Honorable John Z. Lee

, et al.

                Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 24, 2022:

    MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. Defendant Albert Rossini has filed for compassionate release [796], and additionally has filed a supplemental motion urging the court to grant that motion [854]. Mr. Rossini argues that both the recent rise in COVID−19 cases resulting from the Omicron variant, see ECF No. 796, and his wife's serious health issues, see ECF No. 854, constitute extraordinary and compelling circumstances, which warrant a reduction in his sentence. Because Rossini's conviction is currently on appeal, this Court would not have the authority to grant the motion. However, Federal Rule of Criminal Procedure 37 makes clear that where a Court lacks authority to grant a motion due to an appeal, the court does still have the authority to deny the motion. Fed. R. Crim. P. 37(a)(2). Accordingly, the Court proceeds to the merits of Rossini's motions to determine the appropriate course of action. First, it is not clear that either of Mr. Rossini's proposed circumstances constitute "extraordinary and compelling reasons" within the meaning of 18 U.S.C. § 3582. See, e.g., United States v. Barbee, 25 F.4th 531, 533 (7th Cir. 2022) (reaffirming that COVID−19 alone does not constitute an extraordinary and compelling reason to reconsider the sentences of vaccinated inmates who have "not presented any evidence establishing that [they are] more at risk for an adverse outcome in prison than [they] would be if released," even after the Omicron surge on which Mr. Rossini rests his argument); see also United States v. Curtis, 846 F. App'x 411, 413 (7th Cir. 2021) (affirming the finding that a defendant's mother's health issues did not constitute extraordinary and compelling reasons where the defendant did not claim that no other family members could serve as her caregiver). The Court notes in particular that Mr. Rossini does not make a showing as to why other family members, such as an adult child, cannot care for his wife. He merely asserts, without evidence or explanation, that he is her only potential caregiver. But even if Mr. Rossini's proffered reasons constituted extraordinary and compelling reasons to reconsider his sentence, this Court would still have to "consider[] the factors set forth in section 3553(a) to the extent that they are applicable" 18 U.S.C. § 3582(c)(2). Neither Mr. Rossini's initial motion [796], nor his supplemental motion [854], address the 3553(a) factors beyond pointing to the support system he would have if released. And so the Court sees no information that would alter the 3553(a) analysis performed at Mr. Rossini's October 12, 2021 sentencing. Accordingly, his motions for compassionate release are denied. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

Albert Rossini
#08043-424
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago, IL 60605

LEGAL MAIL

06/10/2022-9

RECEIVED
2022 JUN 10 AM 8:14

Hon. Thomas Brutton
Clerk of the U.S. District Court
For the Northern District of Illinois
219 S. Dearborn St.
Chicago, IL 60604

METROPOLITAN CORRECTIONAL CENTER
71 W VAN BUREN ST, CHICAGO IL 606005
The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected.

JUN 01 2022

If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the sender encloses correspondence for forwarding to another addressee, please return to the enclosure to the above address.

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

UNITED STATES OF AMERICA

                    Plaintiff,

v.                                          Case No.: 1:15−cr−00515

                                            Honorable John Z. Lee

, et al.

                    Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 24, 2022:

      MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. Defendant Albert Rossini has filed for compassionate release [796], and additionally has filed a supplemental motion urging the court to grant that motion [854]. Mr. Rossini argues that both the recent rise in COVID−19 cases resulting from the Omicron variant, see ECF No. 796, and his wife's serious health issues, see ECF No. 854, constitute extraordinary and compelling circumstances, which warrant a reduction in his sentence. Because Rossini's conviction is currently on appeal, this Court would not have the authority to grant the motion. However, Federal Rule of Criminal Procedure 37 makes clear that where a Court lacks authority to grant a motion due to an appeal, the court does still have the authority to deny the motion. Fed. R. Crim. P. 37(a)(2). Accordingly, the Court proceeds to the merits of Rossini's motions to determine the appropriate course of action. First, it is not clear that either of Mr. Rossini's proposed circumstances constitute "extraordinary and compelling reasons" within the meaning of 18 U.S.C. § 3582. See, e.g., United States v. Barbee, 25 F.4th 531, 533 (7th Cir. 2022) (reaffirming that COVID−19 alone does not constitute an extraordinary and compelling reason to reconsider the sentences of vaccinated inmates who have "not presented any evidence establishing that [they are] more at risk for an adverse outcome in prison than [they] would be if released," even after the Omicron surge on which Mr. Rossini rests his argument); see also United States v. Curtis, 846 F. App'x 411, 413 (7th Cir. 2021) (affirming the finding that a defendant's mother's health issues did not constitute extraordinary and compelling reasons where the defendant did not claim that no other family members could serve as her caregiver). The Court notes in particular that Mr. Rossini does not make a showing as to why other family members, such as an adult child, cannot care for his wife. He merely asserts, without evidence or explanation, that he is her only potential caregiver. But even if Mr. Rossini's proffered reasons constituted extraordinary and compelling reasons to reconsider his sentence, this Court would still have to "consider[] the factors set forth in section 3553(a) to the extent that they are applicable" 18 U.S.C. § 3582(c)(2). Neither Mr. Rossini's initial motion [796], nor his supplemental motion [854], address the 3553(a) factors beyond pointing to the support system he would have if released. And so the Court sees no information that would alter the 3553(a) analysis performed at Mr. Rossini's October 12, 2021 sentencing. Accordingly, his motions for compassionate release are denied. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

# UNITED STATES DISTRICT COURT
Northern District of Illinois

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
| **v.** | ) | |
| | ) | |
| ALBERT ROSSINI | ) | Case Number:    1:15-CR-00515(1) |
| | ) | USM Number:   08043-424 |
| | ) | |
| | ) | Clarence Butler |
| | ) | Defendant's Attorney |

## THE DEFENDANT:

☐ pleaded guilty to count(s)

☐ pleaded nolo contendere to count(s)       which was accepted by the court.

☒ was found guilty on count(s) one through fourteen after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section / Nature of Offense | Offense Ended | Count |
|---|---|---|
| 18:1343.F Fraud By Wire, Radio, Or Television | 03/28/2014 | 1-3, 6, 8-14 |
| 18:1341.F Frauds and Swindles | 03/28/2014 | 4, 5, 7 |

The defendant is sentenced as provided in pages 2 through 9 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s) dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States Attorney for this District within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

October 12, 2021
Date of Imposition of Judgment

Signature of Judge
John Z. Lee, United States District Judge

Name and Title of Judge

November 18, 2021
Date

ILND 245B (Rev. 03/12/2020) Judgment in a Criminal Case
Sheet 2 – Imprisonment

Judgment – Page 2 of 9

DEFENDANT: ALBERT ROSSINI
CASE NUMBER: 1:15-CR-00515(1)

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:
132 months as to each of counts one through fourteen; the sentence to run concurrently.

☒      The court makes the following recommendations to the Bureau of Prisons: The Court recommends that the serve his sentence at an

     appropriate facility as close to Chicago, Illinois as possible.

☒      The defendant is remanded to the custody of the United States Marshal.

☐      The defendant shall surrender to the United States Marshal for this district:

         ☐      at        on

     ☐      as notified by the United States Marshal.

     ☐      The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

         ☐      before 2:00 pm on

         ☐      as notified by the United States Marshal.

         ☐      as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows: _____

_____

_____

Defendant delivered on _____ to _____ at_____, with a certified copy of this
judgment.

                                                           _____
                                                           UNITED STATES MARSHAL

                                       By   _____
                                                           DEPUTY UNITED STATES MARSHAL

ILND 245B (Rev. 03/12/2020) Judgment in a Criminal Case
Sheet 3 – Supervised Release

DEFENDANT: ALBERT ROSSINI
CASE NUMBER: 1:15-CR-00515(1)

# MANDATORY CONDITIONS OF SUPERVISED RELEASE PURSUANT TO 18 U.S.C § 3583(d)

Upon release from imprisonment, you shall be on supervised release for a term of:
Three (3) years as to each of counts one through fourteen; the sentence to run concurrently.

The court imposes those conditions identified by checkmarks below:

**During the period of supervised release:**

☒ (1) you shall not commit another Federal, State, or local crime.

☒ (2) you shall not unlawfully possess a controlled substance.

☐ (3) you shall attend a public, private, or private nonprofit offender rehabilitation program that has been approved by the court, if an approved program is readily available within a 50-mile radius of your legal residence. [Use for a first conviction of a domestic violence crime, as defined in § 3561(b).]

☐ (4) you shall register and comply with all requirements of the Sex Offender Registration and Notification Act (**42 U.S.C. § 16913**).

☒ (5) you shall cooperate in the collection of a DNA sample if the collection of such a sample is required by law.

☐ (6) you shall refrain from any unlawful use of a controlled substance AND submit to one drug test within 15 days of release on supervised release and at least two periodic tests thereafter, up to 104 periodic tests for use of a controlled substance during each year of supervised release. [This mandatory condition may be ameliorated or suspended by the court for any defendant if reliable sentencing information indicates a low risk of future substance abuse by the defendant.]

# DISCRETIONARY CONDITIONS OF SUPERVISED RELEASE PURSUANT TO 18 U.S.C § 3563(b) AND 18 U.S.C § 3583(d)

**Discretionary Conditions** — The court orders that you abide by the following conditions during the term of supervised release because such conditions are reasonably related to the factors set forth in § **3553(a)(1)** and **(a)(2)(B), (C), and (D)**; such conditions involve only such deprivations of liberty or property as are reasonably necessary for the purposes indicated in § **3553 (a)(2) (B), (C), and (D)**; and such conditions are consistent with any pertinent policy statement issued by the Sentencing Commission pursuant to **28 U.S.C. 994a**.
The court imposes those conditions identified by checkmarks below:

**During the period of supervised release:**

☐ (1) you shall provide financial support to any dependents if you are financially able to do so.

☐ (2) you shall make restitution to a victim of the offense under § **3556** (but not subject to the limitation of § **3663(a)** or § **3663A(c)(1)(A)**).

☐ (3) you shall give to the victims of the offense notice pursuant to the provisions of § **3555**, as follows:

☐ (4) you shall seek, and work conscientiously at, lawful employment or, if you are not gainfully employed, you shall pursue conscientiously a course of study or vocational training that will equip you for employment.

☒ (5) you shall refrain from engaging in the following occupation, business, or profession bearing a reasonably direct relationship to the conduct constituting the offense, or engage in the following specified occupation, business, or profession only to a stated degree or under stated circumstances; (if checked yes, please indicate restriction(s)) investment management/stockbroker.

☒ (6) you shall not knowingly meet or communicate with any person whom you know to be engaged, or planning to be engaged, in criminal activity and shall not:
    ☐ visit the following type of places: .
    ☐ knowingly meet or communicate with the following persons:

☐ (7) you shall refrain from ☐ any or ☐ excessive use of alcohol (defined as ☐ having a blood alcohol concentration greater than 0.08; or ☐ ), and from any use of a narcotic drug or other controlled substance, as defined in § 102 of the Controlled Substances Act (**21 U.S.C. § 802**), without a prescription by a licensed medical practitioner.

☒ (8) you shall not possess a firearm, destructive device, or other dangerous weapon.

☐ (9) ☐ you shall participate, at the direction of a probation officer, in a substance abuse treatment program, which may include urine testing up to a maximum of 104 tests per year.
    ☐ you shall participate, at the direction of a probation officer, in a mental health treatment program, and shall take any medications prescribed by the mental health treatment provider.
    ☐ you shall participate, at the direction of a probation officer, in medical care; (if checked yes, please specify:

ILND 245B (Rev. 03/12/2020) Judgment in a Criminal Case
Sheet 3 – Supervised Release

Judgment – Page 4 of 9

DEFENDANT: ALBERT ROSSINI
CASE NUMBER: 1:15-CR-00515(1)
.)

☐ (10) (intermittent confinement): you shall remain in the custody of the Bureau of Prisons during nights, weekends, or other intervals of time, totaling _____ [no more than the lesser of one year or the term of imprisonment authorized for the offense], during the first year of the term of supervised release (provided, however, that a condition set forth in §3563(b)(10) shall be imposed only for a violation of a condition of supervised release in accordance with § 3583(e)(2) and only when facilities are available) for the following period _____ .

☐ (11) (community confinement): you shall reside at, or participate in the program of a community corrections facility (including a facility maintained or under contract to the Bureau of Prisons) for all or part of the term of supervised release, for a period of _____ months.

☐ (12) you shall work in community service for _____ hours as directed by a probation officer.

☐ (13) you shall reside in the following place or area: _____ , or refrain from residing in a specified place or area: _____ .

☒ (14) you shall not knowingly leave from the federal judicial district where you are being supervised, unless granted permission to leave by the court or a probation officer. The geographic area of the Northern District of Illinois currently consists of the Illinois counties of Cook, DuPage, Grundy, Kane, Kendall, Lake, LaSalle, Will, Boone, Carroll, DeKalb, Jo Daviess, Lee, McHenry, Ogle, Stephenson, Whiteside, and Winnebago.

☒ (15) you shall report to the probation office in the federal judicial district to which you are released within 72 hours of your release from imprisonment. You shall thereafter report to a probation officer at reasonable times as directed by the court or a probation officer.

☒ (16) ☒ you shall permit a probation officer to visit you ☒ at any reasonable time or ☐ as specified: _____ ,
　　　　　 ☒ at home　　　 ☒ at work　　　 ☒ at school　　　 ☒ at a community service location
　　　　 ☒ other reasonable location specified by a probation officer
　　　 ☒ you shall permit confiscation of any contraband observed in plain view of the probation officer.

☒ (17) you shall notify a probation officer within 72 hours, after becoming aware of any change in residence, employer, or workplace and, absent constitutional or other legal privilege, answer inquiries by a probation officer. You shall answer truthfully any inquiries by a probation officer, subject to any constitutional or other legal privilege.

☒ (18) you shall notify a probation officer within 72 hours if after being arrested, charged with a crime, or questioned by a law enforcement officer.

☐ (19) (home confinement)

　　　 ☐ (a)(i) (home incarceration) for a period of __ months, you are restricted to your residence at all times except for medical necessities and court appearances or other activities specifically approved by the court.

　　　 ☐ (a)(ii) (home detention) for a period of __ months, you are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the probation officer.

　　　 ☐ (a)(iii) (curfew) for a period of __ months, you are restricted to your residence every day.

　　　 ☐ from the times directed by the probation officer; or ☐ from __ to __ .

　　　 ☐ (b) your compliance with this condition, as well as other court-imposed conditions of supervision, shall be monitored by a form of location monitoring technology selected at the discretion of the probation officer, and you shall abide by all technology requirements.

　　　 ☐ (c) you shall pay all or part of the cost of the location monitoring, at the daily contractual rate, if you are financially able to do so.

☐ (20) you shall comply with the terms of any court order or order of an administrative process pursuant to the law of a State, the District of Columbia, or any other possession or territory of the United States, requiring payments by you for the support and maintenance of a child or of a child and the parent with whom the child is living.

☐ (21) (deportation): you shall be surrendered to a duly authorized official of the Homeland Security Department for a determination on the issue of deportability by the appropriate authority in accordance with the laws under the Immigration and Nationality Act and the established implementing regulations. If ordered deported, you shall not remain in or enter the United States without obtaining, in advance, the express written consent of the United States Attorney General or the United States Secretary of the Department of Homeland Security.

☒ (22) you shall satisfy such other special conditions as ordered below.

☐ (23) You shall submit your person, property, house, residence, vehicle, papers [computers (as defined in 18 U.S.C. 1030(e)(1)), other electronic communications or data storage devices or media,] or office, to a search conducted by a United States Probation Officer(s). Failure to submit to a search may be grounds for revocation of release. You shall warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer(s) may conduct a search pursuant to this condition only when reasonable suspicion exists that you have violated a condition of your supervision and

ILND 245B (Rev. 03/12/2020) Judgment in a Criminal Case
Sheet 3 – Supervised Release

DEFENDANT:  ALBERT ROSSINI
CASE NUMBER:  1:15-CR-00515(1)

          that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

☐   (24)   Other:

## SPECIAL CONDITIONS OF SUPERVISED RELEASE PURSUANT TO 18 U.S.C. 3563(b)(22) and 3583(d)

The court imposes those conditions identified by checkmarks below:

**During the term of supervised release:**

☐   (1)   if you have not obtained a high school diploma or equivalent, you shall participate in a General Educational Development (GED) preparation course and seek to obtain a GED within the first year of supervision.

☐   (2)   you shall participate in an approved job skill-training program at the direction of a probation officer within the first 60 days of placement on supervision.

☐   (3)   you shall, if unemployed after the first 60 days of supervision, or if unemployed for 60 days after termination or lay-off from employment, perform at least _____ hours of community service per week at the direction of the probation office until gainfully employed. The total amount of community service required over your term of service shall not exceed _____ hours.

☐   (4)   you shall not maintain employment where you have access to other individual's personal information, including, but not limited to, Social Security numbers and credit card numbers (or money) unless approved by a probation officer.

☒   (5)   you shall not incur new credit charges or open additional lines of credit without the approval of a probation officer unless you are in compliance with the financial obligations imposed by this judgment.

☒   (6)   you shall provide a probation officer with access to any requested financial information requested by the probation officer to monitor compliance with conditions of supervised release.

☒   (7)   within 72 hours of any significant change in your economic circumstances that might affect your ability to pay restitution, fines, or special assessments, you must notify the probation officer of the change.

☐   (8)   you shall file accurate income tax returns and pay all taxes, interest, and penalties as required by law.

☐   (9)   you shall participate in a sex offender treatment program. The specific program and provider will be determined by a probation officer. You shall comply with all recommended treatment which may include psychological and physiological testing. You shall maintain use of all prescribed medications.

        ☐   You shall comply with the requirements of the Computer and Internet Monitoring Program as administered by the United States Probation Office. You shall consent to the installation of computer monitoring software on all identified computers to which you have access and to which the probation officer has legitimate access by right or consent. The software may restrict and/or record any and all activity on the computer, including the capture of keystrokes, application information, Internet use history, email correspondence, and chat conversations. A notice will be placed on the computer at the time of installation to warn others of the existence of the monitoring software. You shall not remove, tamper with, reverse engineer, or in any way circumvent the software.

        ☐   The cost of the monitoring shall be paid by you at the monthly contractual rate, if you are financially able, subject to satisfaction of other financial obligations imposed by this judgment.

        ☐   You shall not possess or use at any location (including your place of employment), any computer, external storage device, or any device with access to the Internet or any online computer service without the prior approval of a probation officer. This includes any Internet service provider, bulletin board system, or any other public or private network or email system

        ☐   You shall not possess any device that could be used for covert photography without the prior approval of a probation officer.

        ☐   You shall not view or possess child pornography. If the treatment provider determines that exposure to other sexually stimulating material may be detrimental to the treatment process, or that additional conditions are likely to assist the treatment process, such proposed conditions shall be promptly presented to the court, for a determination, pursuant to **18 U.S.C. § 3583(e)(2)**, regarding whether to enlarge or otherwise modify the conditions of supervision to include conditions consistent with the recommendations of the treatment provider.

        ☐   You shall not, without the approval of a probation officer and treatment provider, engage in activities that will put you in unsupervised private contact with any person under the age of 18, and you shall not knowingly visit locations where persons under the age of 18 regularly congregate, including parks, schools, school bus stops, playgrounds, and childcare facilities. This condition does not apply to contact in the course of normal commercial business or unintentional incidental contact

ILND 245B (Rev. 03/12/2020) Judgment in a Criminal Case
Sheet 3 – Supervised Release

DEFENDANT: ALBERT ROSSINI
CASE NUMBER: 1:15-CR-00515(1)

☐　This condition does not apply to your family members:　　[Names]

☐　Your employment shall be restricted to the judicial district and division where you reside or are supervised, unless approval is granted by a probation officer.  Prior to accepting any form of employment, you shall seek the approval of a probation officer, in order to allow the probation officer the opportunity to assess the level of risk to the community you will pose if employed in a particular capacity.  You shall not participate in any volunteer activity that may cause you to come into direct contact with children except under circumstances approved in advance by a probation officer and treatment provider.

☐　You shall provide the probation officer with copies of your telephone bills, all credit card statements/receipts, and any other financial information requested.

☐　You shall comply with all state and local laws pertaining to convicted sex offenders, including such laws that impose restrictions beyond those set forth in this order.

☒　(10)　you shall pay to the Clerk of the Court any financial obligation ordered herein that remains unpaid at the commencement of the term of supervised release, at a rate of not less than 10% of the total of your gross earnings minus federal and state income tax withholdings.

☒　(11)　you shall not enter into any agreement to act as an informer or special agent of a law enforcement agency without the prior permission of the court.

☐　(12)　you shall pay to the Clerk of the Court $　　　as repayment to the United States of government funds you received during the investigation of this offense. (The Clerk of the Court shall remit the funds to 　　　(list both Agency and Address.)

☐　(13)　if the probation officer determines that you pose a risk to another person (including an organization or members of the community), the probation officer may require you to tell the person about the risk, and you must comply with that instruction. Such notification could include advising the person about your record of arrests and convictions and substance use. The probation officer may contact the person and confirm that you have told the person about the risk.

☐　(14)　You shall observe one Reentry Court session, as instructed by your probation officer.

☐　(15)　Other:

ILND 245B (Rev. 03/12/2020) Judgment in a Criminal Case
Sheet 5 – Criminal Monetary Penalties

Judgment – Page 7 of 9

DEFENDANT:  ALBERT ROSSINI
CASE NUMBER:  1:15-CR-00515(1)

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| **TOTALS** | $1,400.00 | $5,272,847.00 | Waived | $.00 | $.00 |

☐ The determination of restitution is deferred until        . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to **18 U.S.C. § 3664(i)**, all nonfederal victims must be paid before the United States is paid.

Restitution of $5,272,847.00 to:

Awiquam/Ashoor P
$249,657.00

Albert K
$72,580.00

ASSYRIAN EVANGELICAL CHURCH
5265 Carter Avenue, San Jose, CA  95118
$152,671.00

Benva &Youel  L
$195,800.00

Beneta B
$74,854.00

Fereidoon /Melinda /Melita   K
$164,484.00

Fidel/ Valantina  M
$128,945.00

Gus B
$23,730.00

Henry H
$101,974.00

Havanna M
$57,262.00

Ilia sB
$37,500.00

Ibrahim Y
$34,271.00

Janet K
$108,254.00

ILND 245B (Rev. 03/12/2020) Judgment in a Criminal Case
Sheet 5 – Criminal Monetary Penalties

DEFENDANT: ALBERT ROSSINI
CASE NUMBER: 1:15-CR-00515(1)

JOHN K
$71,238.00

Katayoun K
$115,505.00

Kathy K
$1,124,016.00

KMI ENTERPRISES,
1234 NYE Ln, Ste. 129, Carson City, NV 89706
$293,825.00

Nastors M
$550,666.00

PUNJAB INVESTMENT CORP.
23223 94th Ave. South    Kent, Washington 98031
$33,600.00

Raymond/Susan B
$224,764.00

Robert B
$455,152.00

ST. ODISHO CHURCH
6201 N. Pulaski, Chicago, IL 60646
$263,330.00

Vladimir M
$738,769.00

☐     Restitution amount ordered pursuant to plea agreement $

☐     The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to **18 U.S.C. § 3612(f).** All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to **18 U.S.C. § 3612(g).**

☐     The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☐     the interest requirement is waived for the    .

    ☐     the interest requirement for the    is modified as follows:

☐     The defendant's non-exempt assets, if any, are subject to immediate execution to satisfy any outstanding restitution or fine obligations.

* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
** Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
*** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

ILND 245B (Rev. 03/12/2020) Judgment in a Criminal Case
Sheet 7 - Denial of Federal Benefits

DEFENDANT: ALBERT ROSSINI
CASE NUMBER: 1:15-CR-00515(1)

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A**  ☒  Lump sum payment of $1400.00 due immediately.

    ☐  balance due not later than     , or

    ☐  balance due in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below; or

**B**  ☒  Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☒ F below); or

**C**  ☐  Payment in equal   *(e.g. weekly, monthly, quarterly)* installments of $   over a period of   *(e.g., months or years)*, to commence   *(e.g., 30 or 60 days)* after the date of this judgment; or

**D**  ☐  Payment in equal   *(e.g. weekly, monthly, quarterly)* installments of $   over a period of   *(e.g., months or years)*, to commence   *(e.g., 30 or 60 days)* after release from imprisonment to a term of supervision; or

**E**  ☐  Payment during the term of supervised release will commence within   *(e.g., 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**  ☒  Special instructions regarding the payment of criminal monetary penalties:
You shall pay to the Clerk of the Court any financial obligation ordered herein that remains unpaid at the commencement of the term of supervised release, at a rate of not less than 10% of the total of your gross earnings minus federal and state income tax withholdings. Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☒  Joint and Several

| Case Number Defendant and Co-Defendant Names (including defendant number) | Total Amount | Joint and Several Amount | Corresponding Payee, if Appropriate |
|---|---|---|---|
| 15-cr-515-1 Albert Rossini | $5,272,847.00 | $5,272,847.00 | |
| 15-cr-515-2 Babajan Khohsabe | TBD | TBD | |
| 15-cr-515-3 Anthony Khoshabe | TBD | TBD | |
| 15-cr-515-4 Thomas Murphy | TBD | TBD | |

\*\*See above for Defendant and Co-Defendant Names and Case Numbers (*including defendant number*), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.\*\*

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

1st STEP,APPEAL,GILBERT,PROTO

# United States District Court
## Northern District of Illinois - CM/ECF NextGen 1.6.3 (Chicago)
## CRIMINAL DOCKET FOR CASE #: 1:15-cr-00515-1
## Internal Use Only

Case title: USA v. Rossini et al

Date Filed: 08/20/2015

Date Terminated: 11/18/2021

---

**Petitioner**

**ABC Bank**
*formerly known as*
Austin Bank Of Chicago

represented by **David T. Arena**
Arena Law Office, LLC
444 N. Northwest Hwy., Ste 300
Park Ridge, IL 60068
847-418-7162
Email: darena@arenalawoffice.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

---

Assigned to: Honorable John Z. Lee

Appeals court case numbers: 20-1270
Seventh Circuit, 21-3115 7th Circuit

**Defendant (1)**

**Albert Rossini**
*TERMINATED: 11/18/2021*

represented by **Clarence Butler , Jr**
United States Attorney
5400 Federal Plaza
Suite 1500
Hammond, IN 46320
(219) 937-5500
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Joshua B. Adams**
Law Offices of Joshua B. Adams, PC
900 W. Jackson Blvd.
Suite 7 East
Chicago, IL 60607
312-566-9173
Email: josh@adamsdefenselaw.com
*TERMINATED: 08/23/2018*

*LEAD ATTORNEY*
*Designation: Retained*

**Richard S Kling**
Chicago-Kent Law Offices
565 W. Adams
6th Floor
Chicago, IL 60661
(312) 906-5075
Email: rkling@kentlaw.iit.edu
*TERMINATED: 10/07/2020*
*LEAD ATTORNEY*
*Designation: Retained*

**Scott Jay Frankel**
Frankel & Cohen
53 W. Jackson Blvd
Suite 1615
Chicago, IL 60604
(312) 759-9600
Email: frankelandcohen@aol.com
*TERMINATED: 08/23/2018*
*LEAD ATTORNEY*
*Designation: CJA Appointment*

**Federal Defender Program**
.
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**Brooke L. Stevens**
Seiden Law Group, P.C.
333 South Wabash Ave
Suite 2700
Chicago, IL 60604
312.236.3060
Email: bstevens@seidengroup.law
*TERMINATED: 05/19/2016*
*Designation: Retained*

**Clarence Butler**
Attorney at Law
150 N. Michigan Avenue
Suite 2800
Chicago, IL 60601
312 216 5102
Email: cbutlerlaw@comcast.net
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Glenn Seiden**
Seiden Law Group P.C.
333 South Wabash Avenue
Suite 2700
Chicago, IL 60604
(312) 236-3060
Email: gseiden@seidengroup.law
*TERMINATED: 05/19/2016*
*Designation: Retained*

**Joshua A. Redman**
Tetzlaff Law Offices, LLC
227 WEST MONROE STREET
SUITE 3650
Chicago, IL 60606
(312) 574-1000
Email: jredman@tetzlafflegal.com
*TERMINATED: 05/19/2016*
*Designation: Retained*

**Keri A Ambrosio**
Law Offices of Keri Ambrosio
53 West Jackson Boulevard
Suite 920
Chicago, IL 60604
(312)961-3261
Email: keri@ambrosiolegal.com
*TERMINATED: 03/16/2017*
*Designation: CJA Appointment*

**Theodore P Netzky**
Seiden Netzky Law Group, LLC
333 South Wabash Avenue
Suite 2700
Chicago, IL 60604
(312) 236-3060
Email: tnetzky@snlgllc.com
*TERMINATED: 05/19/2016*
*Designation: Retained*

**Pending Counts**

FRAUD BY WIRE, RADIO, OR
TELEVISION
(1-3)

**Disposition**

The Defendant was found guilty on
count(s) one through fourteen after a plea
of not guilty. The defendant is hereby
committed to the custody of the Federal
Bureau of Prisons to e imprisoned for a
total term of: 132 months as to each of
counts one through fourteen; the sentence
to run concurrently. The defendant is

remanded to the custody of the United States Marshal. Upon release from imprisonment, you shall be on supervised release for a term of: Three (3) years as to each of counts one through fourteen; the sentence to run concurrently. Criminal Monetary Penalties. Schedule of Payments.

FRAUDS AND SWINDLES
(4-5)

The Defendant was found guilty on count(s) one through fourteen after a plea of not guilty. The defendant is hereby committed to the custody of the Federal Bureau of Prisons to e imprisoned for a total term of: 132 months as to each of counts one through fourteen; the sentence to run concurrently. The defendant is remanded to the custody of the United States Marshal. Upon release from imprisonment, you shall be on supervised release for a term of: Three (3) years as to each of counts one through fourteen; the sentence to run concurrently. Criminal Monetary Penalties. Schedule of Payments.

FRAUD BY WIRE, RADIO, OR
TELEVISION
(6)

The Defendant was found guilty on count(s) one through fourteen after a plea of not guilty. The defendant is hereby committed to the custody of the Federal Bureau of Prisons to e imprisoned for a total term of: 132 months as to each of counts one through fourteen; the sentence to run concurrently. The defendant is remanded to the custody of the United States Marshal. Upon release from imprisonment, you shall be on supervised release for a term of: Three (3) years as to each of counts one through fourteen; the sentence to run concurrently. Criminal Monetary Penalties. Schedule of Payments.

FRAUDS AND SWINDLES
(7)

The Defendant was found guilty on count(s) one through fourteen after a plea of not guilty. The defendant is hereby committed to the custody of the Federal Bureau of Prisons to e imprisoned for a total term of: 132 months as to each of counts one through fourteen; the sentence to run concurrently. The defendant is remanded to the custody of the United

FRAUD BY WIRE, RADIO, OR
TELEVISION
(8-14)

States Marshal. Upon release from imprisonment, you shall be on supervised release for a term of: Three (3) years as to each of counts one through fourteen; the sentence to run concurrently. Criminal Monetary Penalties. Schedule of Payments.

The Defendant was found guilty on count(s) one through fourteen after a plea of not guilty. The defendant is hereby committed to the custody of the Federal Bureau of Prisons to e imprisoned for a total term of: 132 months as to each of counts one through fourteen; the sentence to run concurrently. The defendant is remanded to the custody of the United States Marshal. Upon release from imprisonment, you shall be on supervised release for a term of: Three (3) years as to each of counts one through fourteen; the sentence to run concurrently. Criminal Monetary Penalties. Schedule of Payments.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                    **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                           **Disposition**

None

---

**Plaintiff**

**USA**                        represented by   **Erik A Hogstrom**
                                                United States Attorney's Office (NDIL - Chicago)
                                                219 South Dearborn Street
                                                Chicago, IL 60604
                                                312 353-5300
                                                Email: erik.hogstrom@usdoj.gov
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

*Designation: Assistant US Attorney*

**AUSA - Chicago**
United States Attorney's Office (NDIL - Chicago)
219 South Dearborn Street
Chicago, IL 60604
Email: USAILN.ECFAUSA@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Pretrial Services**
.
(312) 435-5793
Email:
ilnptdb_Court_Action_Notice@ilnpt.uscourts.gov
*ATTORNEY TO BE NOTICED*
*Designation: Pretrial Services*

**Probation Department**
.
408-5197
Email: Intake_Docket_ILNP@ilnp.uscourts.gov
*ATTORNEY TO BE NOTICED*
*Designation: Probation Department*

**David Green**
United State's Attorney's Office, ILN
219 S Dearborn
5th Floor
Chicago, IL 60604
Email: david.green3@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Devvrat Vikram Sinha**
United States Attorney's Office
Financial Litigation Unit
219 S. Dearborn St.
5th Floor
Chicago, IL 60603
312-371-3245
Email: devvrat.sinha@usdoj.gov
*ATTORNEY TO BE NOTICED*

**John D. Mitchell**
United States Attorney's Office (NDIL - Chicago)
219 South Dearborn Street
Chicago, IL 60604
(312) 353-5159
Email: John.Mitchell@usdoj.gov
*ATTORNEY TO BE NOTICED*

*Designation: Assistant US Attorney*

**William Patrick Novak**
Kraft Heinz Corporation
200 East Randolph
Ste. 7600
Chicago, IL 60601
(800) 543-5335
Email: william.novak@kraftheinz.com
*TERMINATED: 02/21/2020*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/20/2015 | 1 | INDICTMENT as to Albert Rossini (1) count(s) 1-3, 4-5, 6, 7, 8-14, Babajan Khoshabe (2) count(s) 1-3, 4-5, 6, 7, 8-9, 11, 14, Anthony Khoshabe (3) count(s) 1-3, 4-5, 6, 7, 8, Thomas W Murphy (4) count(s) 1-3, 4-5, 6, 7, 8-14 (yap, ) (Entered: 08/26/2015) |
| 08/20/2015 | 3 | DESIGNATION Sheet: FELONY (Category 3). (yap, ) (Entered: 08/26/2015) |
| 08/20/2015 | 4 | MINUTE entry before the Honorable Mary M. Rowland as to defendants Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy: TO ISSUE BENCH WARRANTS. THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANTS DETAINED WITHOUT BONO PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3142. THE DISTRICT COURT CLERK'S OFFICE IS DIRECTED TO DISCLOSE TO THE ASSISTANT U.S. ATTORNEY ASSIGNED TO THIS CASE FOR THE GOVERNMENT, THE NAME OF THE JUDGE, MAGISTRATE JUDGE, AND THE DOCKET NUMBER ASSIGNED TO THIS CASE. IN ORDER TO EXPEDITE ARRAIGNMENT OF THE ARRESTED DEFENDANTS. THIS INFORMATION IS TO REMAIN SEALED UNTIL THE ARREST OF ALL DEFENDANTS, OR BY FURTHER ORDER OF THE COURT. DO NOT SEAL ARREST WARRANTS. (yap, ) (Entered: 08/26/2015) |
| 08/21/2015 | 🔒 5 | BENCH WARRANT issued to U.S. Marshal as to Albert Rossini (yap, ) (Entered: 08/26/2015) |
| 08/24/2015 | 🔒 10 | ORDER Setting Conditions of Release as to Albert Rossini in amount of $ 10,000.00, OWN UNSECURED BOND. Signed by the Honorable Mary M. Rowland on 8/24/2015. (yap, ) (Entered: 08/26/2015) |
| 08/25/2015 | | ARREST of defendants Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy (yap, ) (Entered: 08/26/2015) |
| 08/25/2015 | | ORAL MOTION by USA to unseal case as to defendant Albert Rossini (yap, ) (Entered: 08/26/2015) |
| 08/25/2015 | | ORAL MOTION by USA and defendant not objecting to exclude time as to Albert Rossini (yap, ) (Entered: 08/26/2015) |
| 08/25/2015 | 9 | ORDER as to Albert Rossini (1): Arraignment hearing held on 8/25/15. Defendant was informed of his rights. Defendant appeared in response to his arrest on 8/25/15. Attorney Glenn Seiden appeared as counsel for Defendant. |

|  |  |  | Defendant waived a formal reading of the Indictment and entered a plea of not guilty to each charge and all counts of the Indictment in which he is named. The Government's request for an extension of time to submit discovery is granted. The Court sets the following schedule: Rule 16.1(a) conference shall be conducted on or before 9/22/15. Pretrial motions shall be filed on or before 9/29/15. Responses by 10/6/15. Status hearing before Judge Lee is set for 10/13/15 at 9:30 a.m. On the Governments oral motion and Defendant not objecting, the Court finds that the time until the next status hearing before the District Judge shall be excluded pursuant to 18:3161(h)(7)(A) to allow defense counsel an opportunity to investigate, consider and prepare possible pretrial motions, and for the government to consider the appropriate response. The Government orally moved to detain the Defendant as a risk of flight and danger to community. Detention hearing set for 8/27/15 at 1:00 p.m. in courtroom 1743 before Magistrate Judge Gilbert. Over the Government's objection, Defendant is released pending the detention hearing. Enter Order Setting Conditions of Release. The Defendant signed a $10,000 unsecured bond in open court. Defendant is ordered to report to Pretrial Services on 8/26/15 at 9:00 a.m. to be placed on location monitoring pending the detention hearing. The Defendant shall be released after processing. On the Government's oral motion, case ordered unsealed. Signed by the Honorable Mary M. Rowland on 8/25/2015. Mailed notices (yap, ) (Entered: 08/26/2015) |
|---|---|---|---|
| 08/25/2015 | 🔒 | 11 | UNSECURED Bond as to Albert Rossini in the amount of $ 10,000.00. (yap, ) (Entered: 08/26/2015) |
| 08/25/2015 |  | 35 | WARRANT to seize property subject to forfeiture filed by USA (yap, ) (Entered: 08/27/2015) |
| 08/25/2015 |  | 36 | WARRANT to seize property subject to forfeiture filed by USA. (yap, ) (Entered: 08/27/2015) |
| 08/25/2015 |  | 62 | WARRANT to seize property subject to forfeiture filed by USA. (ber, ) (Entered: 09/23/2015) |
| 08/26/2015 |  | 12 | ATTORNEY Appearance for defendant Albert Rossini by Glenn Seiden (Seiden, Glenn) (Entered: 08/26/2015) |
| 08/26/2015 |  | 13 | ATTORNEY Appearance for defendant Albert Rossini by Theodore P Netzky (Netzky, Theodore) (Entered: 08/26/2015) |
| 08/26/2015 |  | 14 | ATTORNEY Appearance for defendant Albert Rossini by Brooke Laurine Lewis (Lewis, Brooke) (Entered: 08/26/2015) |
| 08/27/2015 |  | 25 | ATTORNEY Appearance for defendant Albert Rossini by Theodore P Netzky *Amended Attorney Appearance* (Netzky, Theodore) (Entered: 08/27/2015) |
| 08/27/2015 | 🔒 | 28 | BENCH WARRANT returned executed as to Albert Rossini on 8/25/2015 (yap, ) (Entered: 08/27/2015) |
| 08/27/2015 |  | 37 | ATTORNEY Appearance for USA byWilliam Patrick Novak (Novak, William) (Entered: 08/27/2015) |
| 08/27/2015 |  | 38 | ORDER as to Albert Rossini (1): Detention hearing held on 8/27/15 and continued to 9/3/15 at 2:00 p.m. in courtroom 1386. The Government renewed its motion to detain Defendant as a danger to community and risk of flight. For the reasons stated on the record, the Government's motion is denied. The Court |

| | | | |
|---|---|---|---|
| | | | finds that conditions can be imposed that will reasonably assure the Court that Defendant will continue to appear in this case in response to the charges in this case and mitigate any danger to any person or the community. The Order Setting Conditions of Release is modified as follows: Defendant is placed on home incarceration except, with permission of Pretrial Services, he can leave his residence for a 12-hour period on Saturday, August 29, 2015, to move work materials and property to his home office. The limit on financial transactions is increased to $500 per transaction, excluding payment of attorneys fees for this case, rent for home/business location, medication, and as otherwise approved by the Court. The Government will provide Defendant a list of individuals, alleged victims and witnesses, with whom Defendant shall avoid direct or indirect contact. At the continued detention hearing, the Court intends to address whether a dollar limit on financial transactions is a necessary and reasonable condition of release in this case, and the parties should be prepared to address possible alternatives to the dollar limit on financial transactions. The Court also is continuing to consider the amount of bond that will be required in this case and whether that bond should be secured or unsecured in whole or in part. Signed by the Honorable Jeffrey T. Gilbert on 8/27/2015. Mailed notices (yap, ) (Entered: 08/31/2015) |
| 08/27/2015 | 🔒 | 42 | AMENDED ORDER Setting Conditions of Release as to Albert Rossini Signed by the Honorable Jeffrey T. Gilbert on 8/27/2015. (yap, ) (Entered: 08/31/2015) |
| 09/01/2015 | | 48 | PRETRIAL Bail Report as to Albert Rossini (SEALED) (vv, ) (Entered: 09/01/2015) |
| 09/03/2015 | | 54 | MINUTE entry before the Honorable Jeffrey T. Gilbert as to Albert Rossini: Continued detention hearing held on 9/3/15. For the reasons discussed on the record, the Court modified Mr. Rossini's conditions of release. Counsel shall confer with each other and with Pretrial Services and submit language for an order modifying the certain conditions of release. Until an order is entered modifying the conditions of release, the existing conditions shall remain in effect, except the limit on financial transactions. Although the Court stated on the record it would allow Mr. Rossini to meet with his lawyers in both criminal and civil cases outside of his residence, upon further reflection, the Court will permit Mr. Rossini to meet only with his criminal defense lawyers in this case and his state court case(s) outside of his residence. If there is a particular civil case or cases that require Mr. Rossini to meet with his counsel outside of his residence, he should file a motion describing that need with more particularity. Mailed notice (ber, ) (Entered: 09/04/2015) |
| 09/08/2015 | | 55 | MOTION by Albert Rossini to Modify and/or Clarify Ruling on Detention Hearing and to Travel Outside His Residence for Specific Purpose re terminate hearings, detention hearing,,,,,,,,,,,,, 54 (Lewis, Brooke) (Entered: 09/08/2015) |
| 09/08/2015 | | 56 | NOTICE of Motion by Brooke Laurine Lewis for presentment of motion for miscellaneous relief 55 before Honorable Jeffrey T. Gilbert on 9/9/2015 at 03:00 PM. (Lewis, Brooke) (Entered: 09/08/2015) |
| 09/09/2015 | | 58 | ORDER as to Albert Rossini: Albert Rossini's Emergency Motion to Modify and/or Clarify Ruling on Detention Hearing and to Travel Outside His Residence For Specific Purpose 55 is granted. The motion hearing noticed for 9/9/15 at 3:00 p.m. is stricken with no appearance necessary. See attached Statement for further details. Signed by the Honorable Jeffrey T. Gilbert on |

| | | 9/9/15. Mailed notice (ber, ) (Entered: 09/09/2015) |
|---|---|---|
| 09/17/2015 | 59 | MINUTE entry before the Honorable Jeffrey T. Gilbert as to Albert Rossini: This matter is set for a status hearing on 9/29/15 at 9:00 a.m. On 9/3/15 54 , the Court ordered the parties to confer and submit proposed language for any financial conditions to be imposed on Mr. Rossini as a condition of his release. The parties did not submit proposed language. The parties shall meet and confer and submit either a joint proposal, or if they can not agree, separate proposals by noon on 9/25/15. Mailed notice (ber, ) (Entered: 09/17/2015) |
| 09/21/2015 | 60 | MOTION by USA for protective order as to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy (Attachments: # 1 Exhibit Exhibit 1)(Novak, William) (Entered: 09/21/2015) |
| 09/21/2015 | 61 | NOTICE of Motion by William Patrick Novak for presentment of motion for protective order 60 before Honorable John Z. Lee on 9/24/2015 at 09:30 AM. (Novak, William) (Entered: 09/21/2015) |
| 09/23/2015 | 63 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy. The Court enters and continues the government's motion for entry of protective order governing discovery 60 to 9/29/15 at 9:30 a.m. to allow defense counsel additional time to inform the government whether they object to the motion. If there are no objections, the parties should so notify the court. No appearance is necessary on 9/24/15. Mailed notice (ca, ) (Entered: 09/23/2015) |
| 09/24/2015 | 69 | MOTION by Albert Rossini for extension of time *to file pretrial motions* (Lewis, Brooke) (Entered: 09/24/2015) |
| 09/24/2015 | 70 | NOTICE of Motion by Brooke Laurine Lewis for presentment of motion for extension of time 69 before Honorable John Z. Lee on 9/29/2015 at 09:30 AM. (Lewis, Brooke) (Entered: 09/24/2015) |
| 09/25/2015 | 71 | Proposed Conditions of Release by USA as to Albert Rossini (Novak, William) (Entered: 09/25/2015) |
| 09/25/2015 | 72 | Rossini's Proposed Conditions of Release by Albert Rossini (Lewis, Brooke) (Entered: 09/25/2015) |
| 09/25/2015 | 80 | PROTECTIVE Order governing discovery as to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy Signed by the Honorable John Z. Lee on 9/29/15.Mailed notice (ca, ) (Entered: 10/01/2015) |
| 09/29/2015 | | ORAL MOTION by USA to exclude time as to Albert Rossini (yap, ) (Entered: 09/30/2015) |
| 09/29/2015 | 75 | ORDER as to Albert Rossini (1): Motion hearing held on 9/29/15. The government reports that they will turn over discovery to the defense counsel by the end of the day tomorrow. The government's motion for protective order governing discovery 60 is granted. Rossinis unopposed motion for extension of pretrial motion schedule 69 is granted. Pretrial motions are due by 12/4/15. The status hearing set for 10/13/15 is reset to 12/9/15 at 9:30 a.m. The government's oral motion to exclude time is granted without objection. Time is excluded from 9/29/15 through 12/9/15 in the interest of justice pursuant to 18 U.S.C. 3161(h)(7)(A) -(B) for the complexity of the case, to allow time to review the discovery, and for the filing of pretrial motions. Signed by the Honorable John |

| | | |
|---|---|---|
| | | Z. Lee on 9/29/2015. Mailed notice (yap, ) (Entered: 09/30/2015) |
| 09/29/2015 | 79 | MINUTE entry before the Honorable Jeffrey T. Gilbert as to Albert Rossini: Status hearing held on 9/29/15 and continued to 10/7/15 at 2:00 p.m. Mr. Rossini's Conditions of Release are modified as follows: Mr. Rossini shall not act in a fiduciary capacity in any financial transactions. Mr. Rosini shall not directly or indirectly solicit money from individual investors, nonprofit investors, family trusts or closely held corporations with less than 5 shareholders. With respect to existing properties or investments in property that predate this indictment, Mr. Rossini shall seek Court approval before any additional monies are solicited for or invested in those properties or transactions or the properties are sold or otherwise defeased. Defendant is placed on home detention to be supervised by Pretrial Services and with permission to go to the gym or other work out facility and to look for an apartment or house. Mailed notice (ber, ) (Entered: 10/01/2015) |
| 10/02/2015 | 81 | ATTORNEY Appearance for petitioner ABC Bank f/k/a Austin Bank of Chicago by David T. Arena *(Attachments: # 1 Notice of Filing)(Arena, David) Modified title by Clerk's office on 10/5/2015 (yap, ). (Entered: 10/02/2015)* |
| 10/02/2015 | 82 | MOTION by petitioner ABC Bank f/k/a Austin Bank of Chicago to Assert Legal Interest in Property subject to criminal and/or civil forfeiture (Attachments: # 1 Exhibit 1)(Arena, David) Modified title by Clerk's office on 10/5/2015 (yap, ). (Entered: 10/02/2015) |
| 10/02/2015 | 83 | NOTICE of Motion by David T. Arena for presentment of motion for hearing 82 before Honorable John Z. Lee on 10/7/2015 at 09:30 AM. (Arena, David) (Entered: 10/02/2015) |
| 10/07/2015 | 84 | MINUTE entry before the Honorable Jeffrey T. Gilbert as to Albert Rossini: Status hearing held on 10/7/15. Defendant reported that he does not currently have the ability to post a cash bond. No further dates before Magistrate Judge Gilbert will be set at this time. Mailed notice (ber, ) (Entered: 10/08/2015) |
| 10/07/2015 | 85 | ORDER as to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy : Motion hearing held on 10/7/15. For the reasons stated on the record, the petition of ABC Bank/Austin Bank to asset as legal interest in a property subject to criminal and /or civil forfeiture 82 is entered and continued. If and when the Court enters an order of preliminary forfeiture, counsel for ABC Bank should renotice the petition for presentment to the Court. Signed by the Honorable John Z. Lee on 10/7/2015. Mailed notice (yap, ) (Entered: 10/08/2015) |
| 11/10/2015 | 86 | MOTION by USA to revoke as to Albert Rossini (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3, # 4 Exhibit Exhibit 4, # 5 Exhibit Exhibit 4a, # 6 Exhibit Exhibit 5, # 7 Exhibit Exhibit 6, # 8 Exhibit Exhibit 7, # 9 Exhibit Exhibit 8, # 10 Exhibit Exhibit 9)(Novak, William) (Entered: 11/10/2015) |
| 11/10/2015 | 87 | NOTICE of Motion by William Patrick Novak for presentment of motion to revoke, 86 before Honorable Jeffrey T. Gilbert on 11/12/2015 at 10:45 AM. (Novak, William) (Entered: 11/10/2015) |

| | | |
|---|---|---|
| 11/12/2015 | 88 | EXECUTIVE COMMITTEE ORDER: Case as to Albert Rossini referred to Magistrate Judge Honorable Jeffrey T. Gilbert. (ym, ) (Entered: 11/12/2015) |
| 11/13/2015 | 89 | ORDER as to Albert Rossini: Motion hearing held on 11/12/15. The United State's Motion to Revoke Bond 86 is taken under advisement. A briefing schedule is set as follows: Defendant shall respond by 11/19/15. The Government shall reply by 12/2/15. For the reasons stated on the record and until further order of the Court, Defendant's Conditions of Release 42 , 79 are modified as set forth in the attached Statement. Signed by the Honorable Jeffrey T. Gilbert on 11/13/15. Mailed notice (ber, ) (Entered: 11/13/2015) |
| 11/13/2015 | 90 | MOTION by Albert Rossini Clarification of Order Setting Conditions of Release re order on motion to revoke,,,,,, terminate deadlines and hearings,,, motion hearing,,,,,, set/reset motion and R&R deadlines/hearings,, 89 (Attachments: # 1 Exhibit A - Draft of Motion for Court Approval)(Lewis, Brooke) (Entered: 11/13/2015) |
| 11/13/2015 | 91 | NOTICE of Motion by Brooke Laurine Lewis for presentment of motion for miscellaneous relief, 90 before Honorable Jeffrey T. Gilbert on 11/13/2015 at 03:30 PM. (Lewis, Brooke) (Entered: 11/13/2015) |
| 11/13/2015 | 92 | MINUTE entry before the Honorable Jeffrey T. Gilbert as to Albert Rossini: Emergency Motion hearing held on 11/13/15 on Defendant Rossini's Emergency Motion to Clarify Order Setting Conditions of Release 90 . For the reasons stated on the record, Defendant's Motion is granted. Nothing in the Court's Order dated 11/13/15 89 prevents Mr. Rossini from making phone calls or talking with those involved in the Cambridge/Capital Real Estate Finance Investment Corporation transaction described in Exhibit A to Defendant's Motion 90 . The rest of the the Court's Order 89 stands as entered. Mailed notice (ber, ) (Entered: 11/13/2015) |
| 11/13/2015 | 93 | MINUTE entry before the Honorable Jeffrey T. Gilbert as to Albert Rossini: The Court's prior order 92 is modified so as to allow Mr. Rossini to move his belongings from storage to the new house as approved in advance by Pretrial Services. Mailed notice (ber, ) (Entered: 11/13/2015) |
| 11/20/2015 | 94 | MOTION by USAImmediate Ruling On Government's Motion to Revoke Bond as to Albert Rossini re MOTION by USA to revoke as to Albert Rossini 86 (Novak, William) (Entered: 11/20/2015) |
| 11/20/2015 | 95 | NOTICE of Motion by William Patrick Novak for presentment of motion for miscellaneous relief 94 before Honorable Jeffrey T. Gilbert on 11/24/2015 at 09:15 AM. (Novak, William) (Entered: 11/20/2015) |
| 11/23/2015 | 96 | RESPONSE by Albert Rossini regarding MOTION by USA to revoke as to Albert Rossini 86 (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D, # 5 Exhibit Exhibit E, # 6 Exhibit Exhibit F, # 7 Exhibit Exhibit G)(Seiden, Glenn) (Entered: 11/23/2015) |
| 11/23/2015 | 97 | ATTORNEY Appearance for defendant Albert Rossini by Joshua Aaron Redman (Redman, Joshua) (Entered: 11/23/2015) |
| 11/23/2015 | 98 | MINUTE entry before the Honorable Jeffrey T. Gilbert as to Albert Rossini: The Government's Motion To [sic] For Immediate Ruling on Government's Motion to Revoke Bond 94 is denied and the hearing on that Motion noticed for |

| | | |
|---|---|---|
| | | 11/24/15 is stricken with no appearances necessary in light of Defendant Rossini's filing of his Response in Opposition To Government's Motion to Revoke Bond 96 . Although filed late, the Court will accept that Response without a motion for leave to file it instanter. In the future, late filings should be accompanied by a motion seeking leave to file with an explanation for the late filing. If the Government intends to file a reply in support of its Motion 86 by 12/2/15 in accordance with the briefing schedule previously set 89 , it shall so advise the Court's courtroom deputy. If the Government needs more time to file its reply because of the late filing of Defendant's response and the Thanksgiving holiday, it also shall so advise the Court's courtroom duty and the Court will enter a new date for that brief to be filed. Mailed notice (ber, ) Modified on 11/24/2015 (ber, ). (Entered: 11/23/2015) |
| 11/24/2015 | 99 | MINUTE entry before the Honorable Jeffrey T. Gilbert as to Albert Rossini: At the Government's request, its reply brief in support of Motion to Revoke Bond 86 is due on 12/4/15. Mailed notice (ber, ) (Entered: 11/24/2015) |
| 12/01/2015 | 101 | MOTION by Albert Rossini, Babajan Khoshabe, Anthony Khoshabe for extension of time *of pretrial motion schedule* (Lewis, Brooke) (Entered: 12/01/2015) |
| 12/01/2015 | 103 | NOTICE of Motion by Brooke Laurine Lewis for presentment of motion for extension of time 101 before Honorable John Z. Lee on 12/9/2015 at 09:30 AM. (Lewis, Brooke) (Entered: 12/01/2015) |
| 12/04/2015 | 104 | REPLY by USA to response to motion, 96 (Attachments: # 1 Exhibit Placeholders A-P)(Hogstrom, Erik) (Entered: 12/04/2015) |
| 12/09/2015 | | ORAL MOTION by USA to exclude time as to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy. (ym, ) (Entered: 12/10/2015) |
| 12/09/2015 | 105 | ORDER as to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy: Status and motion hearing held on 12/9/15. The government reports that they tendered over discovery documents and additional emails need to be produced to Defendants. Defendant Rossini, B. Khoshabe and A. Khoshabe's joint unopposed joint motion for extension of pretrial motion schedule 101 is granted. Defendant Thomas Murphy's motion for extension of time to file pretrial motions 100 is granted; pretrial motions are due by 2/2/16. Status hearing set for 2/4/16 at 9:30 a.m. The government's oral motion to exclude time is granted without objection. Time is excluded from 12/9/15 through 2/4/16 in the interest of justice pursuant to 18 U.S.C. 3161(h)(7)(A)-(B) for the complexity of the case, to allow time to review the discovery, and for the filing of pretrial motions. Signed by the Honorable John Z. Lee on 12/9/2015. Mailed notice. (ym, ) (Entered: 12/10/2015) |
| 12/11/2015 | 106 | MINUTE entry before the Honorable Jeffrey T. Gilbert as to Albert Rossini: Hearing on Government's Motion to Revoke Bond 86 set for 12/16/15 at 10:30 a.m. Mailed notice (ber, ) (Entered: 12/11/2015) |
| 12/15/2015 | 107 | TRANSCRIPT OF PROCEEDINGS as to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy held on August 25, 2015, before the Honorable Mary M. Rowland. Court Reporter Contact Information: Laura LaCien, 312-408-5032, laura_lacien@ilnd.uscourts.gov. |

| | | |
|---|---|---|
| | | IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 1/5/2016. Redacted Transcript Deadline set for 1/15/2016. Release of Transcript Restriction set for 3/14/2016. (Lacien, Laura) (Entered: 12/15/2015) |
| 12/16/2015 | 108 | MINUTE entry before the Honorable Jeffrey T. Gilbert as to Albert Rossini: Motion hearing held on 12/16/15 on the Government's Motion to Revoke Bond 86 . For the reasons stated on the record, the Government's Motion is denied. The Government will draft an order that sets forth the modifications to Mr. Rossini's conditions of release that were discussed on the record, and send a draft of that order to Defense counsel for review and comment. The Government shall submit to the Court's Proposed Order e-mail at Proposed_Order_Gilbert@ilnd.uscourts.gov, a draft Order Modifying Conditions of Release that incorporates any of Defense counsel's suggested revisions to the Government's draft with which the Government agrees by 12/18/15. Defendant may, if he wishes to do so, submit his own draft order at the same time. If it is impossible for Defense counsel to comment on the Government's draft order or to submit their own draft order within this time frame because Defense counsel is relocating their offices on Thursday, 12/17/15, then counsel jointly shall so inform the Court's courtroom deputy and the draft order(s) can be submitted on Monday, 12/21/15. Mailed notice (ber, ) (Entered: 12/17/2015) |
| 12/21/2015 | 110 | MINUTE entry before the Honorable Jeffrey T. Gilbert Albert Rossini: Enter Order Modifying Conditions of Release. The Court deleted from the United States' proposed order paragraph 4 that reads "Defendant shall not engage, directly or indirectly, in the arrangement of loans." The proposed language is vague and the activity described potentially is covered in other paragraphs of the Order. It may or may not be necessary for the Court to impose an additional condition of release relating to "the arrangement of loans." If the Court is going to do so, however, the condition should clearly set forth what Defendant can and cannot do so as to avoid any uncertainty in that regard. This case is set for further hearing on 12/28/15 at 1:30 p.m. to consider what additional condition, if any, is necessary and appropriate with respect to "the arrangement of loans." The United States through counsel should come prepared to articulate what it wants to prevent Defendant from doing that he is not already prevented from doing under the Order Modifying Conditions of Release entered today, why that is necessary to protect the community from serious risk of harm, and what language it proposes to accomplish the restriction it wants the Court to impose. Defendant should come prepared to articulate what he wants to do that he is not prohibited from doing under the Order entered today, why his doing so will not present a serious risk of harm to others in the community and what, if any, condition the Court can impose on that activity to mitigate any risk, short of requiring Court approval of every transaction in which Defendant wishes to engage which the Court already has said is unworkable. Any party may, if it |

| | | | |
|---|---|---|---|
| | | | chooses to do so, submit to the Court's Proposed Order e-mail before the hearing language it proposes to discuss at the hearing. Mailed notice (ber, ) (Entered: 12/21/2015) |
| 12/21/2015 | 🔒 | [111](#) | ORDER Modifying Conditions of Release as to Albert Rossini. Signed by the Honorable Jeffrey T. Gilbert on 12/21/15. Mailed notice (ber, ) (Entered: 12/21/2015) |
| 12/22/2015 | | [115](#) | MINUTE entry before the Honorable Jeffrey T. Gilbert as to Albert Rossini: At the parties' request, the hearing set for 12/28/15 at 1:30 p.m. [110](#) is stricken and reset to 1/8/16 at 11:15 a.m. Mailed notice (ber, ) (Entered: 12/22/2015) |
| 12/29/2015 | 🔓 | [116](#) | TRANSCRIPT OF PROCEEDINGS as to Albert Rossini held on 12/16/2015, before the Honorable Jeffrey T. Gilbert. Court Reporter Contact Information: Judith A. Walsh, CSR, RDR, CRR, judith_walsh@ilnd.uscourts.gov, 312.702.8865.<P>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.</P> Redaction Request due 1/19/2016. Redacted Transcript Deadline set for 1/29/2016. Release of Transcript Restriction set for 3/28/2016. (Walsh, Judy) (Entered: 12/29/2015) |
| 01/08/2016 | | [117](#) | MINUTE entry before the Honorable Jeffrey T. Gilbert as to Albert Rossini: Status hearing held on 1/8/16. After hearing argument of the parties, the Court proposed an additional condition of release as follows. Defendant shall not directly or indirectly arrange and/or broker any loan, whether acting on his own behalf or as agent for another person or entity, in or with respect to which loan Defendant or any affiliated person or entity receives a commission or any other compensation or remuneration. Within 7 days, the parties shall review the proposed language and file their reaction to the language before the Court modifies its Conditions entered on 12/21/15. Under Pretrial Service's supervision, the Court permits Mr. Rossini visit his Lincolnwood business office for the purpose of reviewing and/or obtaining documents needed for his defense. Mr. Rossini's counsel is not required to be present. Mailed notice (ber, ) (Entered: 01/11/2016) |
| 01/19/2016 | | [118](#) | Other by USA as to Albert Rossini *Filing Regarding Proposed Bond Condition* (Hogstrom, Erik) (Entered: 01/19/2016) |
| 01/27/2016 | | [119](#) | MINUTE entry before the Honorable Jeffrey T. Gilbert as to Albert Rossini: The Court has reviewed the Government's Response Regarding Bond Modification [118](#) filed pursuant to the Court's order of 1/8/16 [117](#) . Defendant Rossini did not file anything in response to the Court's 1/8/16 order nor in response to the Government's Response filed on 1/19/16. The Court agrees with the Government's proposed modification to Defendant Rossini's conditions of pre-trial release. Accordingly, Defendant Rossini's conditions of pre-trial release [10](#) , [42](#) , [79](#) , [89](#) , [111](#) are further modified to provide as follows: Defendant shall not directly or indirectly arrange and/or broker any loan, whether acting on his own behalf or as agent for another person or entity, in or with respect to which loan Defendant or any affiliated person or entity receives or expects to receive a commission or any other compensation or commission. |

| | | Mailed notice (ber, ) (Entered: 01/27/2016) |
|---|---|---|
| 02/02/2016 | [120](#) | MOTION by Albert Rossini, Babajan Khoshabe, Anthony Khoshabe for extension of time *to file pretrial motions (unopposed)* (Blegen, Patrick) (Entered: 02/02/2016) |
| 02/04/2016 | | ORAL MOTION by USA to exclude time as to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy (yap, ) (Entered: 02/05/2016) |
| 02/04/2016 | [124](#) | ORDER as to Albert Rossini(1), Babajan Khoshabe(2), Anthony Khoshabe(3), Thomas W Murphy(4): Status hearing held on 2/4/16. The government reports that all discovery has been produced. Defendants joint unopposed motion to extend the time within which to file pretrial motion [120](#) is granted. Defendant Thomas Murphys unopposed motion for extension of time to file pretrial motions 121 is granted. At the next status the defense counsel should report on how far they are along in reviewing the discovery. Final deadlines of pretrial motions will be set at the next status. Status hearing set for 3/9/16 at 9:30 a.m. The government's oral motion to exclude time is granted without objection. Time is excluded from 2/4/16 through 3/9/16 in the interest of justice pursuant to 18 U.S.C. 3161(h)(7)(A) -(B) for the complexity of the case, to allow time to review the discovery and to consider pretrial motions. Signed by the Honorable John Z. Lee on 2/4/2016. Mailed notice (yap, ) (Entered: 02/05/2016) |
| 02/26/2016 | [125](#) | MOTION to withdraw as attorney as to Albert Rossini *as to attorneys* Glenn Seiden, Theodore Netzky, Brooke Lewis, and Joshua Redman (Lewis, Brooke) (Entered: 02/26/2016) |
| 02/26/2016 | [126](#) | NOTICE of Motion by Brooke Laurine Lewis for presentment of motion to withdraw as attorney [125](#) before Honorable John Z. Lee on 3/3/2016 at 09:30 AM. (Lewis, Brooke) (Entered: 02/26/2016) |
| 03/03/2016 | [127](#) | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini. Motion hearing held on 3/3/16. For the reasons stated on the record, Seiden Netzky Law Group's motion to withdraw as counsel for defendant Rossini [125](#) entered and continued for 4/8/16 at 11:00 a.m. The government's response to the motion is due by 3/17/16; reply due by 3/31/16. Defendant should file the appropriate paperwork, if he is requesting that the Court appoint counsel pursuant to the CJA. Mailed notice (ca, ) (Entered: 03/03/2016) |
| 03/09/2016 | | ORAL MOTION by USA to exclude time as to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy (yap, ) (Entered: 03/09/2016) |
| 03/09/2016 | [128](#) | ORDER as to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy: Status hearing held on 3/9/16. The government reports that all discovery has been produced. Pretrial motions are due by 5/13/16. The government requests additional time to respond to the motion to withdrawal filed by Mr. Rossini's counsel. The government's response to the motion is due by 3/23/16; reply due by 4/7/16. Status hearing set for 5/24/16 at 9:30 a.m. The government's oral motion to exclude time is granted without objection. Time is excluded from 3/9/16 through 5/24/16 in the interest of justice pursuant to 18 U.S.C. 3161(h)(7)(A) -(B) to allow defense counsel additional time to review the voluminous discovery and to consider pretrial motions. Signed by the |

| | | Honorable John Z. Lee on 3/9/2016. Mailed notice (yap, ) (Entered: 03/09/2016) |
|---|---|---|
| 03/22/2016 | 131 | MOTION by USA for extension of time as to Albert Rossini (Novak, William) (Entered: 03/22/2016) |
| 03/22/2016 | 132 | NOTICE of Motion by William Patrick Novak for presentment of motion for extension of time 131 before Honorable John Z. Lee on 4/5/2016 at 09:30 AM. (Novak, William) (Entered: 03/22/2016) |
| 03/24/2016 | 133 | PRETRIAL Status Report as to Albert Rossini (SEALED) (jlw, ) (Entered: 03/24/2016) |
| 03/30/2016 | 134 | RESPONSE by USA as to Albert Rossini regarding MOTION to withdraw as attorney as to Albert Rossini *as to attorneys* Glenn Seiden, Theodore Netzky, Brooke Lewis, and Joshua Redman 125 (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Hogstrom, Erik) (Entered: 03/30/2016) |
| 04/04/2016 | 135 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini. The government's unopposed motion to extend time to file a response 131 is granted. No appearance is required on the motion. Mailed notice (ca, ) (Entered: 04/04/2016) |
| 04/06/2016 | 137 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini, the motion hearing set for 4/8/16 is reset to 4/15/16 at 11:00 a.m. Mailed notice (ca, ) (Entered: 04/06/2016) |
| 04/08/2016 | 138 | MOTION by Albert Rossini for extension of time *to file reply brief* (Lewis, Brooke) (Entered: 04/08/2016) |
| 04/08/2016 | 139 | NOTICE of Motion by Brooke Laurine Lewis for presentment of motion for extension of time 138 before Honorable John Z. Lee on 4/15/2016 at 11:00 AM. (Lewis, Brooke) (Entered: 04/08/2016) |
| 04/12/2016 | 140 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini. Defendant's unopposed motion for extension of time to file a reply brief 138 is granted; the reply brief is due by 4/20/16. Defendant's motion to withdraw 125 previously set for 4/15/16 is reset to 4/29/16 at 10:00 a.m. Mailed notice (ca, ) (Entered: 04/12/2016) |
| 04/15/2016 | 141 | RENEWED MOTION by claimant ABC Bank F/K/A Austin Bank of Chicago to assert a legal interest in a property subject to criminal and/or civil forfeiture the validity of interest in property (Attachments: # 1 Exhibit Affidavit of Michael Campanile)(Arena, David) (Modified title by Clerk's office on 4/18/2016 (yap, ). (Entered: 04/15/2016) |
| 04/15/2016 | 142 | NOTICE of Motion by David T. Arena for presentment of motion for miscellaneous relief 141 before Honorable John Z. Lee on 4/26/2016 at 09:30 AM. (Arena, David) (Entered: 04/15/2016) |
| 04/18/2016 | 143 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini, By agreement of the parties, the motion hearing set for 4/29/16 is reset to 5/4/16 at 9:30 a.m. Mailed notice (ca, ) (Entered: 04/18/2016) |

| | | |
|---|---|---|
| 04/20/2016 | 144 | MOTION by Albert Rossini for extension of time *to file reply brief* (Lewis, Brooke) (Entered: 04/20/2016) |
| 04/20/2016 | 145 | NOTICE of Motion by Brooke Laurine Lewis for presentment of motion for extension of time 144 before Honorable John Z. Lee on 5/4/2016 at 09:00 AM. (Lewis, Brooke) (Entered: 04/20/2016) |
| 04/21/2016 | 146 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini. Defendant's unopposed motion for extension of time to file reply brief 144 is granted. Defendant's reply brief is due by 4/27/16. Mailed notice (ca, ) (Entered: 04/21/2016) |
| 04/26/2016 | 147 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Motion hearing held on 4/26/16. For the reasons stated on the record, ABC Bank's renewed petition to assert a legal interest in a property subject to criminal and/or civil forfeiture 141 is stricken without prejudice. The Court encourages the Bank to explore with the government alternative methods of address its concerns that would provide the government with sufficient assurances that the funds in question would be available at the end of this case. Mailed notice (ca, ) (Entered: 04/26/2016) |
| 05/04/2016 | 148 | ORDER as to Albert Rossini: Motion hearing held on 5/4/16. Seiden Netzky Law Group's motion to withdraw as counsel for Defendant Rossini 125 is entered and continued. The deadline for the filing of pretrial motions is stricken. Defendant's reply brief is now due by 5/5/16; the government's sur-reply if any is due by 5/12/16. Status hearing set for 5/19/16 at 3:00 p.m. Time was previously excluded through 5/24/16. Signed by the Honorable John Z. Lee on 5/4/2016. Mailed notice. (ym, ) (Entered: 05/04/2016) |
| 05/05/2016 | 149 | REPLY by Albert Rossini to MOTION to withdraw as attorney as to Albert Rossini *as to attorneys* Glenn Lewis, Theodore Netzky, Brooke Lewis, and Joshua Redman 125 (Attachments: # 1 Exhibit A - IFP Application and Attachments, # 2 Exhibit B - August 20, 2013 Email)(Lewis, Brooke) (Entered: 05/05/2016) |
| 05/11/2016 | 150 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy. The deadline for the filing of pretrial motions is stricken. Mailed notice (ca, ) (Entered: 05/11/2016) |
| 05/12/2016 | 151 | SUR-REPLY by Plaintiff USA to reply, 149 (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C)(Novak, William) (Entered: 05/12/2016) |
| 05/13/2016 | 152 | MOTION by Albert Rossini for preservation of agent`s notes (Attachments: # 1 Notice of Filing)(Seiden, Glenn) (Entered: 05/13/2016) |
| 05/13/2016 | 153 | MOTION by Albert Rossini to produce (Attachments: # 1 Notice of Filing) (Seiden, Glenn) (Entered: 05/13/2016) |
| 05/13/2016 | 154 | MOTION by Albert Rossini to adopt *Co-defendant's motions* (Attachments: # 1 Notice of Filing)(Seiden, Glenn) (Entered: 05/13/2016) |
| 05/13/2016 | 155 | MOTION by Albert Rossini for disclosure *of Impeaching Evidence* (Attachments: # 1 Notice of Filing)(Seiden, Glenn) (Entered: 05/13/2016) |

| 05/13/2016 | 156 | MOTION by Albert Rossini for disclosure *of Favorable Evidence* (Attachments: # 1 Notice of Filing)(Seiden, Glenn) (Entered: 05/13/2016) |
|---|---|---|
| 05/13/2016 | 157 | MOTION by Albert Rossini for notice of intent *to use Evidence of Other Crimes, Acts, and Wrongs of Defendant* (Attachments: # 1 Notice of Filing) (Seiden, Glenn) (Entered: 05/13/2016) |
| 05/13/2016 | 158 | MOTION by Albert Rossini for disclosure *of Agreements in Exchange of Cooperation* (Attachments: # 1 Notice of Filing)(Seiden, Glenn) (Entered: 05/13/2016) |
| 05/19/2016 | 159 | MOTION by Albert Rossini to strike (Attachments: # 1 Notice of Filing) (Seiden, Glenn) (Entered: 05/19/2016) |
| 05/19/2016 | 160 | ORDER on motion by Albert Rossini (1): Status hearing held on 5/19/16. For the reasons stated on the record, Seiden Netsky Law Group, LLC's motion to withdraw as counsel for Defendant Rossini 125 is granted. The Court will appoint new counsel to represent Mr. Rossini. The Federal Defender's office should assign counsel to represent Mr. Rossini. Albert Rossini's motions 152 153 154 155 156 157 158 159 are withdrawn without prejudice. The IFP Application and Financial Affidavit [149-1] are granted. Status hearing set for 5/24/16 at 9:30 a.m. Signed by the Honorable John Z. Lee on 5/19/2016.Mailed notice (yap, ) (Entered: 05/20/2016) |
| 05/24/2016 | 161 | ATTORNEY Appearance for defendant Albert Rossini by Keri A Ambrosio (Ambrosio, Keri) (Entered: 05/24/2016) |
| 05/24/2016 | | ORAL MOTION by USA to exclude time as to defendants (yap, ) (Entered: 05/24/2016) |
| 05/24/2016 | 162 | ORDER as to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy: Status hearing held on 5/24/16. Counsel from the Federal Defender's office appeared on behalf of Mr. Rossini and submitted her CJA voucher; the request is granted. Defense counsel request additional time to review the discovery provided by the government. Status hearing set for 6/28/16 at 9:30 a.m. The government's oral motion to exclude time is granted without objection. Time is excluded from 5/24/16 through 6/28/16 in the interest of justice pursuant to 18 U.S.C. 3161(h)(7)(A) -(B) to allow defense counsel additional time to review the discovery and to consider pretrial motions. The Court intends to set a deadline for the filing of pretrial motions at the next status hearing. Signed by the Honorable John Z. Lee on 5/24/2016. Mailed notice (yap, ) (Entered: 05/24/2016) |
| 05/24/2016 | 163 | CJA ORDER Appointing Counsel Keri A. Ambrosio Under the Criminal Justice Act as to Albert Rossini. Signed by the Honorable John Z. Lee on 5/24/2016. (yap, ) (Entered: 06/06/2016) |
| 06/28/2016 | | ORAL MOTION by USA to exclude time as to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy (yap, ) (Entered: 06/29/2016) |
| 06/28/2016 | 164 | ORDER as to Albert Rossini(1), Babajan Khoshabe(2), Anthony Khoshabe(3), Thomas W Murphy (4); Status hearing held on 6/28/16. The government reports that they will reproduce the documents to Mr. Rossini's new counsel. Mr. Rossini's counsel requests time to review the voluminous documents. Status |

| | | |
|---|---|---|
| | | hearing set for 8/3/16 at 9:30 a.m. The government's oral motion to exclude time is granted without objection. Time is excluded from 6/28/16 through 8/3/16 in the interest of justice pursuant to 18 U.S.C. 3161(h)(7)(A) -(B) to allow defense counsel additional time to review the voluminous discovery. The Court will set pretrial motion deadlines at the next status. Signed by the Honorable John Z. Lee on 6/28/2016. Mailed notice (yap, ) (Entered: 06/29/2016) |
| 08/03/2016 | | ORAL MOTION by USA to exclude time as to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy (yap, ) (Entered: 08/03/2016) |
| 08/03/2016 | 165 | ORDER as to Albert Rossini(1), Babajan Khoshabe(2), Anthony Khoshabe(3), Thomas W Murphy(4): Status hearing held on 8/3/16. Pretrial motions are due by 9/30/16 and should be noticed up for presentment on 10/11/16 at 9:30 a.m. Status hearing set for 10/11/16 at 9:30 a.m. The government's oral motion to exclude time is granted without objection. Time is excluded from 8/3/16 through 10/11/16 in the interest of justice pursuant to 18 U.S.C. 3161(h) (7)(A) -(B) to allow defense counsel additional time to review the discovery and consider the filing of pretrial motions. Signed by the Honorable John Z. Lee on 8/3/2016. Mailed notice (yap, ) (Entered: 08/03/2016) |
| 08/03/2016 | 166 | MOTION by Albert Rossini to leave the jurisdiction (Ambrosio, Keri) (Entered: 08/03/2016) |
| 08/03/2016 | 167 | NOTICE of Motion by Keri A Ambrosio for presentment of motion to leave the jurisdiction 166 before Honorable John Z. Lee on 8/9/2016 at 09:30 AM. (Ambrosio, Keri) (Entered: 08/03/2016) |
| 08/08/2016 | 168 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini. Defendant's unopposed motion to travel 166 is granted. Defendant may travel to San Francisco from September 1, 2016 through September 6, 2016. No appearance is required on the motion. (ca, ) (Entered: 08/08/2016) |
| 09/30/2016 | 180 | MOTION by Albert Rossini to adopt *R. ##152,153,155,156,157,& 157* (Ambrosio, Keri) (Entered: 09/30/2016) |
| 10/05/2016 | 184 | MOTION by Albert Rossini to leave the jurisdiction (Ambrosio, Keri) (Entered: 10/05/2016) |
| 10/05/2016 | 185 | NOTICE of Motion by Keri A Ambrosio for presentment of motion to leave the jurisdiction 184 before Honorable John Z. Lee on 10/11/2016 at 09:30 AM. (Ambrosio, Keri) (Entered: 10/05/2016) |
| 10/11/2016 | 186 | ORDER: As to Defendant Albert Rossini. Rossini's motion to preserve and produce agent's notes 152 is granted. Rossini's motion for production of witness statements materials 60 days before trial 153 is granted; the government agrees to provide the 30 days before trial. Rossini's motion to adopt co-Defendant's motions 154 is granted. Rossini's motion of disclosure of impeaching evidence 155 is granted without objection; the information should be provided 30 days before trial. Rossini's motion for immediate disclosure of favorable evidence 156 is granted without objection. Rossini's motion for 404(b) notice of intention to use evidence of other crimes, acts, and wrongs of defendant 157 is granted; the information should be provided 30 days before trial. Rossini's motion for disclosure of agreement in exchange of cooperation 158 is withdrawn as moot. |

| | | |
|---|---|---|
| | | Rossini's motions and unopposed request for an extension of time to file additional motions 180 is granted. Rossini's motion to travel 184 is granted. Rossini may travel to Los Angeles, California from October 11 through October 17, 2016 and should provide a detailed itinerary to pretrial services. Rossinis motion for additional time to file additional pretrial motions is granted. The final deadline for the filing of pretrial motions is 11/10/16. Signed by the Honorable John Z. Lee on 10/11/16. [For further details see order.]Mailed notice (ca, ) (Entered: 10/21/2016) |
| 11/02/2016 | 190 | MINUTE entry before the Honorable John Z. Lee:ORDER as to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy. Motion hearing held on 11/2/16. Defendant Anthony Khoshabe's unopposed motion to reset the trial date 187 is granted. The jury trial set for 5/1/17 is reset to 10/2/17 at 9:00 a.m. The government's oral motion for additional time to respond to the pending motions is granted. The government's response to Babajan Khoshabe''s and Thomas Murphys request for a bill of particulars 172 177 shall be due by 11/14/16; reply due by 11/21/16. The government's response to Anthony Khosabe''s motion to suppress statements 181 and motion to strike surplusage 182 and Rossinis motion to strike 159 shall be due by 11/14/16; reply due by 11/21/16. Mailed notice (ca, ) (Entered: 11/02/2016) |
| 11/27/2016 | 198 | MOTION by Albert Rossini to leave the jurisdiction (Ambrosio, Keri) (Entered: 11/27/2016) |
| 11/27/2016 | 199 | NOTICE of Motion by Keri A Ambrosio for presentment of motion to leave the jurisdiction 198 before Honorable John Z. Lee on 12/1/2016 at 09:30 AM. (Ambrosio, Keri) (Entered: 11/27/2016) |
| 11/28/2016 | 200 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini. Defendant's unopposed motion to travel outside the district 198 is granted. Defendant may travel to Los Angeles, California from December 3, 2016 through December 15, 2016. The parties agree to the following conditions: Mr. Rossini will provide his Pretrial Services Officer with a detailed itinerary and contact information prior to his departure, and Mr. Rossini will not communicate with any alleged victim of the offense. No appearance is required on the motion.Mailed notice (ca, ) (Entered: 11/28/2016) |
| 12/07/2016 | 207 | MOTION by ABC Bank for order as to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy (Attachments: # 1 Text of Proposed Order)(Arena, David) (Entered: 12/07/2016) |
| 12/07/2016 | 208 | NOTICE of Motion by David T. Arena for presentment of motion for order 207 before Honorable John Z. Lee on 12/13/2016 at 09:30 AM. (Arena, David) (Entered: 12/07/2016) |
| 12/12/2016 | 210 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy. In the event that any of the Defendants objects to ABC Bank's motion for entry of an agreed order 207 , any objections must be filed by 12/19/16. The motion is entered and continued to 12/21/16 at 9:30 a.m. No appearance is necessary on 12/13/16. Mailed notice (ca, ) (Entered: 12/12/2016) |
| 12/13/2016 | 211 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy.The status hearing |

| | | |
|---|---|---|
| | | set for 12/20/16 is reset to 12/21/16 at 9:30 a.m. Mailed notice (ca, ) (Entered: 12/13/2016) |
| 12/21/2016 | | ORAL MOTION by Albert Rossini to travel to Los Angeles (yap, ) (Entered: 12/21/2016) |
| 12/21/2016 | | ORAL MOTION by USA to exclude time as to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy (yap, ) (Entered: 12/21/2016) |
| 12/21/2016 | 212 | ORDER as to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy ; Status hearing held on 12/21/17. Mr. Rossini's oral motion to travel to Los Angeles from 1/2/17 through 1/13/17 is unopposed and granted. Mr. Rossini should provide an itinerary to pretrial services. Motion for entry of an agreed order between Bank of Chicago and the United States 207 is granted. Enter order. Status hearing set for 2/28/17 at 9:30 a.m. The government's oral motion to exclude time through trial is granted without objection. Time is excluded from 12/21/16 through 10/2/17 in the interest of justice pursuant to 18 U.S.C. 3161(h)(7)(A) -(B) to allow for the review of the pending motions and for trial preparation. Signed by the Honorable John Z. Lee on 12/21/2106. Mailed notice (yap, ) (Entered: 12/21/2016) |
| 12/21/2016 | 213 | AGREED ORDER as to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy. Signed by the Honorable John Z. Lee on 12/21/16.Mailed notice (ca, ). (Entered: 12/21/2016) |
| 01/04/2017 | 214 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy. Minute order 212 is corrected: Motion for entry of an agreed order between Austin Bank of Chicago and the United States 207 is granted. Mailed notice (ca, ) (Entered: 01/04/2017) |
| 01/17/2017 | 216 | RETURN of service of Deposit to USMS Seized Asset Fund executed on 1/11/2017 as to Albert Rossini, et al. (yap, ) (Entered: 01/17/2017) |
| 02/01/2017 | 217 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy. The status hearing set for 2/28/17 is reset to 2/27/17 at 9:30 a.m. Mailed notice (ca, ). (Entered: 02/01/2017) |
| 02/02/2017 | 218 | MOTION by Albert Rossini to modify conditions of release (Ambrosio, Keri) (Entered: 02/02/2017) |
| 02/02/2017 | 219 | NOTICE of Motion by Keri A Ambrosio for presentment of motion to modify conditions of release 218 before Honorable John Z. Lee on 2/9/2017 at 09:30 AM. (Ambrosio, Keri) (Entered: 02/02/2017) |
| 02/09/2017 | 220 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. Motion hearing held on 2/9/17. For the reasons stated on the record, Defendant's motion to amend the bond order 218 is denied. Defense Counsel's oral motion to allow the Defendant to travel to Los Angles, California to visit his mother from February 17, 2017 through February 26, 2017 is granted. Defendant must provide pretrial services and the government with a copy of his itinerary and his contact information. Mr. Rossini is reminded that he must comply with all conditions of his bond. Mailed notice (ca, ) (Entered: 02/09/2017) |

| 02/27/2017 | 221 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy.Status hearing held on 2/27/17. Babajan Khosabe's and Thomas Murphy's motion for bills of particulars 172 177 are denied. Defendant Anthony Khoshabe's motion to strike surplusage 182 is denied. Defendant Anthony Khoshabes motion to suppress statements 181 is granted. Written orders will be issued shortly.Pretrial conference is set for 9/8/17 at 1:30 p.m. The parties are to submit a joint proposed final pretrial order to the Court's proposed order inbox by 8/18/17. The proposed final pretrial order should contain: (l) a brief joint statement of the case to be used during voir dire; (2) a list of witnesses who will be called and those who may be called; (3) any stipulations of uncontested facts; ( 4) a list of exhibits from each party and any objections thereto (a courtesy copy of the exhibits should be provided to the Court at least one week prior to the final pretrial conference); and (4) proposed jury instructions from each party and any objections thereto. Any and all motions in limine should be filed and served at the time that the final pretrial order is due by 8/18/17; any responses thereto should be filed fourteen calendar days thereafter by 9/1/17. Any motion filed must be accompanied by a statement that the party has conferred with the opposing party. Each motion in limine (as well as any response thereto) should be filed separately and not be combined in a single filing. Courtesy copies of motions and responses should be provided to chambers in hard copy format. Status hearing set for 3/16/17 at 10:00 a.m. Mailed notice (ca, ) (Entered: 02/27/2017) |
| --- | --- | --- |
| 03/09/2017 | 226 | MOTION by Albert Rossini to leave the jurisdiction (Ambrosio, Keri) (Entered: 03/09/2017) |
| 03/09/2017 | 227 | MOTION to withdraw as attorney as to Albert Rossini Keri Ambrosio (Ambrosio, Keri) (Entered: 03/09/2017) |
| 03/09/2017 | 228 | NOTICE of Motion by Keri A Ambrosio for presentment of motion to withdraw as attorney 227 , motion to leave the jurisdiction 226 before Honorable John Z. Lee on 3/14/2017 at 09:30 AM. (Ambrosio, Keri) (Entered: 03/09/2017) |
| 03/09/2017 | 231 | AMENDED MOTION by Albert Rossini to leave the jurisdiction (Ambrosio, Keri) Modified title by Clerk's office on 3/10/217 (yap, ). (Entered: 03/09/2017) |
| 03/09/2017 | 232 | AMENDED NOTICE of Motion by Keri A Ambrosio for presentment of motion to withdraw as attorney 227 , motion to leave the jurisdiction 226 , motion to leave the jurisdiction 231 before Honorable John Z. Lee on 3/16/2017 at 09:30 AM. (Ambrosio, Keri) Modified title by Clerk's office on 3/10/2017 (yap, ). (Entered: 03/09/2017) |
| 03/14/2017 | 234 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini, Anthony Khoshabe. The motion hearings 226 227 229 231 scheduled for 3/16/17 at 9:30 a.m. are reset to 3/16/17 at 10:00 a.m. Mailed notice (ca, ) (Entered: 03/14/2017) |
| 03/16/2017 | 236 | ATTORNEY Appearance for defendant Albert Rossini by Joshua B. Adams (Adams, Joshua) (Entered: 03/16/2017) |

| | | |
|---|---|---|
| 03/16/2017 | 237 | ORDER as to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy: Status and motion hearing held on 3/16/17. Albert Rossini's motion to travel outside the District 226 231 is granted. Mr. Rossini may travel to Los Angeles from 3/17/17 through 3/26/17. Defendant must provide pretrial services and the government with a copy of his itinerary and his contact information. Unopposed motion to withdraw 227 is granted. Keri Ambrosio is granted leave to withdraw as counsel, Ms. Ambrosio should remain on the case until new counsel is assigned. Ms. Ambrosio will contact the Federal Defender's office to obtain new counsel. Anthony Khoshabe's unopposed motion to modify conditions of release to travel to Greece 229 is granted. Defendant must provide pretrial services and the government with a copy of his itinerary and his contact information. Defendant Babajan Khoshabes motion to modify conditions of release 235 is denied without prejudice. To the extend the government will be filing a motion with regarding the Court's order that was issued, the motion should be filed by 4/13/17 and noticed up for presentment on 4/19/17 at 9:30 a.m. Status hearing set for 4/19/17 at 9:30 a.m. Signed by the Honorable John Z. Lee on 3/16/2017. Mailed notice (yap, ) (Entered: 03/17/2017) |
| 04/05/2017 | 246 | CJA ORDER Appointing Counsel Joshua B. Adams Under the Criminal Justice Act. Signed by the Honorable John Z. Lee on 4/5/2017. (yap, ) (Entered: 05/09/2017) |
| 04/19/2017 | 242 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy.Status hearing held on 4/19/17. The government reports that they are prepared to proceed with trial. Status hearing set for 6/8/17 at 9:30 a.m. Mailed notice (ca, ) (Entered: 04/19/2017) |
| 04/23/2017 | 243 | MOTION by Albert Rossini to leave the jurisdiction (Adams, Joshua) (Entered: 04/23/2017) |
| 04/23/2017 | 244 | NOTICE of Motion by Joshua B. Adams for presentment of motion to leave the jurisdiction 243 before Honorable John Z. Lee on 4/26/2017 at 09:30 AM. (Adams, Joshua) (Entered: 04/23/2017) |
| 04/26/2017 | 245 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini. Motion hearing held on 4/26/17. Albert Rossini's motion to leave the jurisdiction to travel to Los Angeles, California from May 1 through May 21, 2017 243 is granted. Defendant must provide pretrial services and the government with a copy of his itinerary and all addresses he will be staying during his trip. Mailed notice (ca, ) (Entered: 04/26/2017) |
| 05/22/2017 | 247 | MOTION by Albert Rossini to leave the jurisdiction (Adams, Joshua) (Entered: 05/22/2017) |
| 05/22/2017 | 248 | NOTICE of Motion by Joshua B. Adams for presentment of motion to leave the jurisdiction 247 before Honorable John Z. Lee on 5/24/2017 at 09:30 AM. (Adams, Joshua) (Entered: 05/22/2017) |
| 05/24/2017 | 249 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. Motion hearing held on 5/24/17. For the reasons stated on the record, Albert Rossinis motion to leave the jurisdiction 247 is entered and continued for 5/25/17 at 11:00 a.m. Mr. Adams should be present for the motion hearing. If the time |

| | | |
|---|---|---|
| | | does not work the parties should contact the courtroom deputy. Mailed notice (ca, ) (Entered: 05/25/2017) |
| 05/25/2017 | 250 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini. Motion hearing held on 5/25/17. For the reasons stated on the record, Albert Rossini's motion to leave the jurisdiction 247 is granted. Mr. Rossini should provide pretrial services and the government a detailed itinerary including locations he will be staying day to day. In addition, he should check in regularly with his pretrial services officer. Mailed notice (ca, ) (Entered: 05/25/2017) |
| 06/08/2017 | 254 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy, Status hearing held on 6/8/17. The government reports that they will provide additional discovery to the Defendants. Status hearing set for 7/27/17 at 9:30 a.m. Mailed notice (ca, ) (Entered: 06/09/2017) |
| 06/27/2017 | 255 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy, Status hearing set for 6/29/17 at 9:30 a.m. Mailed notice (ca, ) (Entered: 06/27/2017) |
| 06/28/2017 | 256 | TRANSCRIPT OF PROCEEDINGS as to Albert Rossini held on 5/25/2017, before the Honorable John Z. Lee. Court Reporter Contact Information: ALEXANDRA ROTH, alexandra_roth@ilnd.uscourts.gov (312) 408-5038. <br><br> IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. <br><br> Redaction Request due 7/19/2017. Redacted Transcript Deadline set for 7/31/2017. Release of Transcript Restriction set for 9/26/2017. (Roth, Alexandra) (Entered: 06/28/2017) |
| 06/29/2017 | | ORAL MOTION by USA to exclude time as to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy (yap, ) (Entered: 06/29/2017) |
| 06/29/2017 | 257 | ORDER as to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy: Status hearing held on 6/29/17. For the reason stated on the record, the trial scheduled for 10/2/17 is reset to 12/4/17 at 9:00 a.m. without objection. The final pretrial conference is set for 11/20/17 at 2:00 p.m. The parties are to submit a joint proposed final pretrial order to the Court's proposed order inbox by 10/17/17. The proposed final pretrial order should contain: (l) a brief joint statement of the case to be used during voir dire; (2) a list of witnesses who will be called and those who may be called; (3) any stipulations of uncontested facts; ( 4) a list of exhibits from each party and any objections thereto (a courtesy copy of the exhibits should be provided to the Court at least one week prior to the final pretrial conference); and (4) proposed jury instructions from each party and any objections thereto. Any and all motions in limine should be filed and served at the time that the final pretrial order is due by 10/17/17; any responses thereto should be filed fourteen calendar days thereafter by 10/31/17. Any motion filed must be accompanied by a statement that the party has |

| | | |
|---|---|---|
| | | conferred with the opposing party. Each motion in limine (as well as any response thereto) should be filed separately on the docket and not be combined in a single filing. Courtesy copies of motions and responses should be provided to chambers in hard copy format. The government's oral motion to exclude time is granted without objection. Time is excluded through the 12/4/17 trial date pursuant to 18 U.S.C. 3161(h)(7)(A)-(B) to allow counsel time to prepare for trial and for any plea discussions. Signed by the Honorable John Z. Lee on 6/29/2017. Mailed notice (yap, ) (Entered: 06/29/2017) |
| 07/10/2017 | 258 | MOTION by Albert Rossini Appointment of co-counsel (Adams, Joshua) (Entered: 07/10/2017) |
| 07/10/2017 | 259 | NOTICE of Motion by Joshua B. Adams for presentment of motion for miscellaneous relief 258 before Honorable John Z. Lee on 7/17/2017 at 09:30 AM. (Adams, Joshua) (Entered: 07/10/2017) |
| 07/10/2017 | 260 | NOTICE of Motion by Joshua B. Adams for presentment of motion for miscellaneous relief 258 before Honorable John Z. Lee on 7/13/2017 at 09:30 AM. (Adams, Joshua) (Entered: 07/10/2017) |
| 07/12/2017 | 261 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini. The motion hearing scheduled for 7/13/17 is stricken. Counsel should notice up his motion for another date the following week. Mailed notice (ca, ) (Entered: 07/12/2017) |
| 07/13/2017 | 262 | NOTICE of Motion by Joshua B. Adams for presentment of motion for miscellaneous relief 258 before Honorable John Z. Lee on 7/20/2017 at 09:30 AM. (Adams, Joshua) (Entered: 07/13/2017) |
| 07/20/2017 | 263 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini. Motion hearing held on 7/20/17. Motion for leave to appoint co-counsel pursuant to the Criminal Justice Act 258 is granted. Mailed notice (ca, ) (Entered: 07/20/2017) |
| 07/27/2017 | 264 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy. Status hearing held on 7/27/17. The government reports that they are in the process of scanning bank records and will provide them as well as additional discovery to the defense counsel. The government's deadline to provide expert disclosures is 9/15/17. Status hearing set for 9/29/17 at 9:30 a.m. to discovery whether Defendants intend to offer any expert testimony at trial and/or seek to exclude the government's expert in whole or in part. Mailed notice (ca, ) (Entered: 07/28/2017) |
| 07/28/2017 | 265 | MOTION by USA to revoke as to Albert Rossini (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3, # 4 Exhibit Exhibit 4, # 5 Exhibit Exhibit 5, # 6 Exhibit Exhibit 6, # 7 Exhibit Exhibit 7, # 8 Exhibit Exhibit 8)(Novak, William) (Entered: 07/28/2017) |
| 07/28/2017 | 266 | NOTICE of Motion by William Patrick Novak for presentment of motion to revoke, 265 before Honorable John Z. Lee on 8/2/2017 at 11:30 AM. (Novak, William) (Entered: 07/28/2017) |
| 07/31/2017 | 268 | CJA ORDER Appointing Counsel Scott Jay Frankel for Albert Rossini Under the Criminal Justice Act. Signed by the Honorable John Z. Lee on 7/31/2017. (yap, ) (Entered: 08/01/2017) |

| 08/01/2017 | 269 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini. By agreement of the parties, the motion hearing set for 8/2/17 at 11:30 a.m. is reset to 8/2/17 at 3:00 p.m. Mailed notice (ca, ) (Entered: 08/01/2017) |
| --- | --- | --- |
| 08/02/2017 | 270 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini. By agreement of the parties, the motion hearing set for 8/2/17 at 3:00 p.m. is reset to 8/2/17 at 2:30 p.m. Mailed notice (ca, ) (Entered: 08/02/2017) |
| 08/02/2017 | 271 | ORDER as to Albert Rossini (1): Motion hearing held on 8/2/17. For the reasons stated on the record, the government's motion to revoke bond 265 is granted. Defendant Albert Rossini's bond is hereby revoked and the Defendant is remanded to the custody of the U.S. Marshals. The U.S. Marshals shall bring the Defendant to the Metropolitan Correctional Center 30 days prior to the December 4, 2017 trial date. Defense counsel should contact the U.S. Marshal's Office with their concern regarding the Defendant's health condition. Signed by the Honorable John Z. Lee on 8/2/2017. Mailed notice (yap, ) (Entered: 08/02/2017) |
| 09/29/2017 | 275 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy.Status hearing held on 9/29/17. The Court is informed that Defendant Babajan Khoshabe is scheduled for surgery the first week in December, and his counsel has requested a new trial date. A status hearing is set for 10/6/17 at 9:30 a.m. to discuss the trial date. Mailed notice (ca, ) (Entered: 09/29/2017) |
| 10/06/2017 | | ORAL MOTION by USA to exclude time as to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy (yap, ) (Entered: 10/10/2017) |
| 10/06/2017 | 276 | ORDER as to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy: Status hearing held on 10/6/17. The Court is informed that Defendant Babajan Khoshabe is scheduled for surgery the first week in December, and his counsel has requested a new trial date. The government and the other defendants do not object to this request. Accordingly, the jury trial set for 12/4/17 is reset to 6/4/18 at 9:00 a.m. The final pretrial conference set for 11/20/17 is reset to 4/24/18 at 1:30 p.m. Any motion to exclude an expert shall be due 45 days before the final pretrial conference; any response will be due 14 days thereafter. The parties are to submit a joint proposed final pretrial order to the Court's proposed order inbox by 3/20/18. The proposed final pretrial order should contain: (l) a brief joint statement of the case to be used during voir dire; (2) a list of witnesses who will be called and those who may be called; (3) any stipulations of uncontested facts; ( 4) a list of exhibits from each party and any objections thereto (a courtesy copy of the exhibits should be provided to the Court at least one week prior to the final pretrial conference); and (4) proposed jury instructions from each party and any objections thereto. Any and all motions in limine should be filed and served at the time that the final pretrial order is due by 3/20/18; any responses thereto should be filed fourteen calendar days thereafter by 4/3/18. Any motion filed must be accompanied by a statement that the party has conferred with the opposing party. Each motion in limine (as well as any response thereto) should be filed separately on the docket and not be combined in a single filing. Courtesy copies of motions and responses should be provided to chambers in hard copy format. The government's oral motion to exclude time is granted without objection. Time is |

| | | |
|---|---|---|
| | | excluded from 10/6/17 through 1/11/18 pursuant to 18 U.S.C. 3161(h) (7)(A)-(B) to allow counsel time to prepare for trial. Status hearing set for 1/11/18 at 9:30 a.m. Signed by the Honorable John Z. Lee on 10/6/2017. Mailed notice (yap, ) (Entered: 10/10/2017) |
| 01/02/2018 | 277 | LETTER from Albert Rossini dated 12/26/2017. (Envelope postmarked 12/27/2017). (mc, ) (Entered: 01/04/2018) |
| 01/03/2018 | 278 | LETTER from Albert Rossini dated 12/26/2017. (Envelope postmarked 12/27/2017). (mc, ) (Entered: 01/05/2018) |
| 01/10/2018 | 279 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy, Status hearing set for 1/11/18 at 9:30 a.m. Mailed notice (ca, ) (Entered: 01/10/2018) |
| 01/11/2018 | | ORAL MOTION by USA to exclude time as to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy. (sxb, ) (Entered: 01/12/2018) |
| 01/11/2018 | 280 | ORDER as to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy: Status hearing held on 1/11/18. Defendant Rossini had filed letter requesting that the Court appoint new counsel for him 277 278 . During the hearing, Rossini withdrew the requests. Status hearing set for 4/3/18 at 9:30 a.m. The government's oral motion to exclude time is granted without objection. Time is excluded from 1/11/18 through 4/3/18 pursuant to 18 U.S.C. 3161(h) (7)(A)-(B) to allow counsel time to prepare for trial. Signed by the Honorable John Z. Lee on 1/11/2018. Mailed notice. (sxb, ) (Entered: 01/12/2018) |
| 03/20/2018 | 283 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy.Motion hearing held on 3/20/18. Defendant Anthony Khoshabe's unopposed motion to extend time within which to submit a joint proposed pretrial order and to file motions in limine 281 is granted as to all Defendants. The joint pretrial order and motions in limine are now due by 3/27/18; responses are due by 4/10/18. Counsel for Babajan Khoshabe updated the Court on the status of his medical condition. Babajan Khoshabe shall file his motion to reset the trial date prior to the next status. A status hearing is set for 4/12/18 at 9:30 a.m. All Defendants and their counsel should be present. Mailed notice (ca, ) (Entered: 03/22/2018) |
| 03/27/2018 | 284 | MOTION by USA in limine as to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy (Novak, William) (Entered: 03/27/2018) |
| 03/27/2018 | 285 | MOTION by Albert Rossini in limine *to bar Testimony of Jeff Deer* (Adams, Joshua) (Entered: 03/27/2018) |
| 03/27/2018 | 286 | MOTION by Albert Rossini in limine *to bar evidence of tax records* (Adams, Joshua) (Entered: 03/27/2018) |
| 03/27/2018 | 287 | MOTION by Albert Rossini in limine *to bar evidence of Mr. Rossini's trips to California* (Adams, Joshua) (Entered: 03/27/2018) |
| 03/27/2018 | 288 | MOTION by Albert Rossini in limine *to bar statements* (Attachments: # 1 Exhibit email)(Adams, Joshua) (Entered: 03/27/2018) |
| 03/27/2018 | 289 | MOTION by USA in limine as to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy *to Permit Impeachment* (Attachments: # 1 |

| | | Exhibit A, # 2 Exhibit B)(Hogstrom, Erik) (Entered: 03/27/2018) |
|---|---|---|
| 04/02/2018 | 292 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy. By agreement of the parties, Babajan Khoshabe's motion for severance in connection with scheduled the June 4, 2018 jury trial 290 scheduled for 4/4/18 is reset to 4/3/18 at 9:30 a.m. Mailed notice (ca, ) (Entered: 04/02/2018) |
| 04/03/2018 | 293 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy.Status and motion hearing held on 4/3/18. Defendant Babajan Khosabe's supplement filing regarding his motion to sever shall be due by 4/10/18. Albert Rossini's motion in limine to bar the testimony of Jeff Deer 285 is stricken as moot. The status hearing set for 4/12/18 at 9:30 a.m. will stand. Mailed notice (ca, ) (Entered: 04/05/2018) |
| 04/10/2018 | 294 | RESPONSE by USA to MOTION by Albert Rossini in limine *to bar statements* 288 (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2)(Novak, William) (Entered: 04/10/2018) |
| 04/10/2018 | 296 | RESPONSE by Albert Rossini as to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy regarding MOTION by USA in limine as to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy 284 (Adams, Joshua) (Entered: 04/10/2018) |
| 04/10/2018 | 297 | RESPONSE by USA to MOTION by Albert Rossini in limine *to bar evidence of tax records* 286 (Hogstrom, Erik) (Entered: 04/10/2018) |
| 04/10/2018 | 298 | RESPONSE by USA to MOTION by Albert Rossini in limine *to bar evidence of Mr. Rossini's trips to California* 287 (Hogstrom, Erik) (Entered: 04/10/2018) |
| 04/12/2018 | 299 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy. Status hearing held on 4/12/18. Defendant Rossini's objection to the motion to sever shall be due by 4/18/18; the government's response by 4/25/18. The pretrial conference set for 4/24/18 is reset to 5/10/18 at 2:30 p.m. Mailed notice (ca, ) (Entered: 04/12/2018) |
| 04/20/2018 | 301 | TRANSCRIPT OF PROCEEDINGS as to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy held on 02/04/2016, before the Honorable John Z. Lee. Order Number: 30431. Court Reporter Contact Information: ALEXANDRA ROTH, alexandra_roth@ilnd.uscourts.gov, (312) 408-5038.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 5/11/2018. Redacted Transcript Deadline set for 5/21/2018. Release of Transcript Restriction set for 7/19/2018. (Roth, Alexandra) (Entered: 04/20/2018) |

| | | | |
|---|---|---|---|
| 04/26/2018 | 🔓 | 303 | TRANSCRIPT OF PROCEEDINGS as to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy held on 4/12/2018, before the Honorable John Z. Lee. Order Number: 30563. Court Reporter Contact Information: ALEXANDRA ROTH, alexandra_roth@ilnd.uscourts.gov, (312) 408-5038.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 5/17/2018. Redacted Transcript Deadline set for 5/29/2018. Release of Transcript Restriction set for 7/25/2018. (Roth, Alexandra) (Entered: 04/26/2018) |
| 05/03/2018 | | 309 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. The Court, sua sponte, grants leave to Defendant Albert Rossini to file by 5/9/18 a reply as to his motion in limine 288 to bar certain evidence as privileged attorney-client communications. Mailed notice (ca, ) (Entered: 05/03/2018) |
| 05/04/2018 | | 310 | MOTION by Albert Rossini to continue *Trial date* (Adams, Joshua) (Entered: 05/04/2018) |
| 05/04/2018 | | 311 | NOTICE of Motion by Joshua B. Adams for presentment of motion to continue 310 before Honorable John Z. Lee on 5/8/2018 at 09:30 AM. (Adams, Joshua) (Entered: 05/04/2018) |
| 05/08/2018 | | 316 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini, Babajan Khoshabe. Motion hearing held on 5/8/18. Albert Rossini's motion to continue the trial date 310 is withdrawn. Babajan Khoshabe's motion to substitute 312 is denied in part. Mr. Ackerman's request to withdraw is denied for the present. Mr. Cheronis is granted leave to file his appearance on behalf of Babajan Khoshabe. Defendant's response to the government's recent opposition to the motion to sever shall be due by noon on Thursday 5/10/18. The Court will hold a hearing on Mr. Khoshabe's motion to sever on Thursday 5/10/18 at 2:00 p.m. Mr. Khoshabe must be present at the hearing. Mailed notice (ca, ) (Entered: 05/08/2018) |
| 05/09/2018 | | 318 | MOTION by Albert Rossini in limine *to bar evidence, or in the alternative, to Sever* (Adams, Joshua) (Entered: 05/09/2018) |
| 05/10/2018 | | 322 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini, Anthony Khoshabe. Pretrial conference held on 5/10/18. Mailed notice (ca, ) (Entered: 05/14/2018) |
| 05/18/2018 | | 324 | MOTION by USA in limine as to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy *Sanitago Proffer* (Hogstrom, Erik) (Entered: 05/18/2018) |
| 05/18/2018 | | 325 | MOTION by USA for leave as to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy *to file instanter* (Hogstrom, Erik) (Entered: 05/18/2018) |

| 05/24/2018 | 327 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy, Status hearing set for 5/29/18 at 10:00 a.m. Mailed notice (ca, ) (Entered: 05/24/2018) |
| --- | --- | --- |
| 05/24/2018 | 328 | ORDER as to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe :The Court held a final pretrial conference hearing on May 10, 2018. This order sets forth in writing the rulings made by the Court at the hearing with regard to Babajan Khoshabe's motion to sever and the parties motions in limine. A status hearing is set for May 29, 2018, at 10:00 a.m. Signed by the Honorable John Z. Lee on 5/24/18. [For further details see order].Mailed notice (ca, ) (Entered: 05/24/2018) |
| 05/29/2018 | 332 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. Status hearing held on 5/29/18. For the reasons stated on the record, Albert Rossini's motion in limine to bar evidence of tax returns 286 is denied. The government's motion for leave to file Santiago proffer instanter 325 is granted. The jury trial will proceed on 6/4/18 as to Albert Rossini only. Mailed notice (ca, ) (Entered: 05/31/2018) |
| 06/04/2018 | 334 | ORDER as to Albert Rossini: Voir Dire began and concluded. Jury selection concluded. Jury trial continued for 6/5/18 at 10:00 a.m. Signed by the Honorable John Z. Lee on 6/4/2018. Mailed notice. (sxb, ) (Entered: 06/05/2018) |
| 06/05/2018 | 335 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. Jury trial held on 6/5/18 and continued for 6/18/18 at 10:00 a.m. Mailed notice (ca, ) (Entered: 06/06/2018) |
| 06/06/2018 | 336 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. Jury trial held on 6/6/18 and continued for 6/7/18 at 10:00 a.m. Mailed notice (ca, ) (Entered: 06/07/2018) |
| 06/07/2018 | 337 | LETTER from Albert Rossini dated 5/31/2018 (Envelope not postmarked; institution mail room 6/1/2018). (yap, ) (Entered: 06/07/2018) |
| 06/07/2018 | 338 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. Jury trial held on 6/7/18 and continued for 6/8/18 at 10:00 a.m. Mailed notice (ca, ) (Entered: 06/08/2018) |
| 06/08/2018 | 339 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. Jury trial held on 6/8/18 and continued for 6/11/18 at 10:00 a.m. Mailed notice (ca, ) (Entered: 06/11/2018) |
| 06/11/2018 | 341 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini. Jury trial held on 6/11/18 and continued for 6/13/18 at 9:45 a.m. Mailed notice (ca, ) (Entered: 06/11/2018) |
| 06/13/2018 | 346 | JURY Verdict as to Albert Rossini (1) guilty on Count 1-3,4-5,6,7,8-14. Verdict form emailed to defendant's counsel of record as to Albert Rossini (RESTRICTED) (sxb, ) (Entered: 06/14/2018) |
| 06/13/2018 | 347 | JURY Note as to Albert Rossini (sxb, ) (Entered: 06/14/2018) |
| 06/13/2018 | 348 | JURY Instructions as to Albert Rossini (sxb, ) (Entered: 06/14/2018) |

| 06/14/2018 | 345 | ORDER as to Albert Rossini: Jury trial ended on 6/14/18. The jury returns a verdict of guilty as to Counts One through Fourteen. Defendant is remanded to the custody of the U.S. Marshals pending sentencing. The cause is referred to the probation office for the preparation of a pre-sentence investigation report. Defendant's sentencing memorandum and objections to the report are to be filed by 10/29/18, and the government's response by 11/5/18. Sentencing is set for 11/13/18 at 2:00 p.m. For the reasons stated, Defendant's Rule 29 motion made at the close of the government's case is denied. The Probation Office is directed to provide the parties with a copy of its sentencing recommendation. Defendant's motion, if any, for a new trial shall be due by 8/7/18; response due by 9/17/18; reply due by 10/1/18. Pursuant to 18 U.S.C. § 3664(d)(1), if restitution is being sought in this case, 60 days prior to the sentencing date, the Government shall provide the Probation Office and the courtroom deputy an electronic standardized spreadsheet (available on the Court's website) with a list of victims and their full current contact information. This list shall include any amounts subject to restitution. If the Government is not able to provide the full victim list 60 days prior to sentencing, they shall file a motion to request an extension of time to compile the information, to the extent permitted by 18 U.S.C. § 3664(d)(5). Signed by the Honorable John Z. Lee on 6/14/2018. Mailed notice. (sxb, ) (Entered: 06/14/2018) |
|---|---|---|
| 06/28/2018 | 351 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy. The Court is informed that Mr. Stanley has order the transcript for the Thomas Murphy change of plea. The government has until 7/5/18 to file any objection to releasing the transcript. Mailed notice (ca, ) (Entered: 06/28/2018) |
| 07/03/2018 | 353 | CJA ORDER Appointing Counsel Scott J. Frankel for Albert Rossini Under the Criminal Justice Act Signed by the Honorable John Z. Lee on 7/3/2018. Mailed notice. (sxb, ) (Entered: 07/03/2018) |
| 07/06/2018 | 354 | TRANSCRIPT OF PROCEEDINGS as to Albert Rossini held on 6/5/2018, before the Honorable John Z. Lee. Court Reporter Contact Information: ALEXANDRA ROTH, alexandra_roth@ilnd.uscourts.gov, (312) 408-5038. <br><br> IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. <br><br> Redaction Request due 7/27/2018. Redacted Transcript Deadline set for 8/6/2018. Release of Transcript Restriction set for 10/4/2018. (Roth, Alexandra) (Entered: 07/06/2018) |
| 07/06/2018 | 355 | TRANSCRIPT OF PROCEEDINGS as to Albert Rossini held on 6/6/2018, before the Honorable John Z. Lee. Court Reporter Contact Information: ALEXANDRA ROTH, alexandra_roth@ilnd.uscourts.gov, (312) 408-5038. <br><br> IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the |

| | | |
|---|---|---|
| | | Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 7/27/2018. Redacted Transcript Deadline set for 8/6/2018. Release of Transcript Restriction set for 10/4/2018. (Roth, Alexandra) (Entered: 07/06/2018) |
| 07/06/2018 | 356 | TRANSCRIPT OF PROCEEDINGS as to Albert Rossini held on 6/7/2018, before the Honorable John Z. Lee. Court Reporter Contact Information: ALEXANDRA ROTH, alexandra_roth@ilnd.uscourts.gov, (312) 408-5038.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 7/27/2018. Redacted Transcript Deadline set for 8/6/2018. Release of Transcript Restriction set for 10/4/2018. (Roth, Alexandra) (Entered: 07/06/2018) |
| 07/06/2018 | 357 | TRANSCRIPT OF PROCEEDINGS as to Albert Rossini held on 6/8/2018, before the Honorable John Z. Lee. Court Reporter Contact Information: ALEXANDRA ROTH, alexandra_roth@ilnd.uscourts.gov, (312) 408-5038.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 7/27/2018. Redacted Transcript Deadline set for 8/6/2018. Release of Transcript Restriction set for 10/4/2018. (Roth, Alexandra) (Entered: 07/06/2018) |
| 07/06/2018 | 358 | TRANSCRIPT OF PROCEEDINGS as to Albert Rossini held on 6/11/2018, before the Honorable John Z. Lee. Court Reporter Contact Information: ALEXANDRA ROTH, alexandra_roth@ilnd.uscourts.gov, (312) 408-5038.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 7/27/2018. Redacted Transcript Deadline set for 8/6/2018. Release of Transcript Restriction set for 10/4/2018. (Roth, Alexandra) (Entered: 07/06/2018) |

| | | |
|---|---|---|
| 07/06/2018 | 359 | TRANSCRIPT OF PROCEEDINGS as to Albert Rossini held on 6/13/2018, before the Honorable John Z. Lee. Court Reporter Contact Information: ALEXANDRA ROTH, alexandra_roth@ilnd.uscourts.gov, (312) 408-5038.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 7/27/2018. Redacted Transcript Deadline set for 8/6/2018. Release of Transcript Restriction set for 10/4/2018. (Roth, Alexandra) (Entered: 07/06/2018) |
| 07/12/2018 | 361 | LETTER from Albert Rossini dated 7/8/2018 (Envelope postmarked 7/9/2018). (sxb, ) (Entered: 07/12/2018) |
| 07/23/2018 | 362 | MOTION to withdraw as attorney as to Albert Rossini Joshua B. Adams (Adams, Joshua) (Entered: 07/23/2018) |
| 07/23/2018 | 363 | NOTICE of Motion by Joshua B. Adams for presentment of motion to withdraw as attorney 362 before Honorable John Z. Lee on 7/26/2018 at 09:30 AM. (Adams, Joshua) (Entered: 07/23/2018) |
| 07/25/2018 | 364 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. The Court is not hearing motions on 7/26/18. Counsel should re-notice the motion for the week of August 13, 2018. Mailed notice (ca, ) (Entered: 07/25/2018) |
| 08/07/2018 | 365 | MOTION by Albert Rossini for New Trial (Exhibits). (Envelope not postmarked; institution mail room 8/2/18) (lf, ) (Entered: 08/10/2018) |
| 08/07/2018 | 366 | MOTION by Albert Rossini to Expand the Motion and Memorandum for a New Trial Based on District Rule 7.1; Notice (Exhibits). (Envelope not postmarked; institution mail room 8/2/18) (lf, ) (Entered: 08/10/2018) |
| 08/08/2018 | 367 | LETTER from Albert Rossini dated August 1, 2018; Notice. (Envelope not postmarked; institution mail room 8/2/18) (lf, ) (Entered: 08/10/2018) |
| 08/13/2018 | 368 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini. A hearing on the motion to withdraw as counsel 362 is scheduled for 8/22/18 at 9:30 a.m. Mailed notice (ca, ) (Entered: 08/13/2018) |
| 08/14/2018 | 369 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. By agreement of the parties, the motion hearing set for 8/22/18 is reset to 8/23/18 at 9:30 a.m. Mailed notice (ca, ) (Entered: 08/14/2018) |
| 08/14/2018 | 370 | LETTER from Albert Rossini dated 8/8/2018. (Exhibits)(Envelope not postmarked; institution mail room 8/9/2018) (pk, ) (Entered: 08/16/2018) |
| 08/23/2018 | 372 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini. Motion hearing held on 8/23/18. Defendant Albert Rossini's counsel's motion to withdraw as counsel 362 is granted. Joshua Adams and Scott Frankel are granted leave to withdraw as counsel. The Court will appoint a new attorney to represent the Defendant. No response is required by the government at this time with respect to Rossini's pro se motion for a new trial. The Court will set |

| | | another status when new counsel is appointed. Mailed notice (ca, ) (Entered: 08/23/2018) |
|---|---|---|
| 08/23/2018 | 373 | MOTION by Albert Rossini to supplement Exhibits; Notice of Filing. (Exhibits). (No Envelope Postmark date). (gcy, ) (Entered: 08/24/2018) |
| 09/04/2018 | 375 | MOTION by Albert Rossini to Provide Defendant With Transcripts (Envelope postmarked 8/29/18) (lf, ) (Entered: 09/05/2018) |
| 09/05/2018 | 377 | MOTION by Albert Rossini to Provide Defendant With Transcripts (Envelope postmarked 8/29/18) (lf, ) (Entered: 09/07/2018) |
| 09/06/2018 | 376 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini.. Status hearing set for 9/19/18 at 9:30 a.m. Mailed notice (ca, ) (Entered: 09/06/2018) |
| 09/12/2018 | 379 | ATTORNEY Appearance for defendant Albert Rossini by Richard S Kling (Kling, Richard) (Entered: 09/12/2018) |
| 09/12/2018 | 386 | CJA ORDER Appointing Counsel Under the Criminal Justice Act. (Received for docketing on 10/1/2018) Signed by the Honorable John Z. Lee on 9/12/2018. Mailed notice (ph, ) (Entered: 10/01/2018) |
| 09/19/2018 | 380 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. Status hearing held on 9/19/18. Defendant's pro se motions 365 366 373 375 377 are stricken; if Defendant wishes to refile the motions after consulting with his new counsel he may do so. The government's oral motion to strike the sentencing date is granted. The sentencing scheduled for 11/13/18 at 2:00 pm. is stricken. A status hearing is scheduled for 11/13/18 at 9:30 a.m. At the next status hearing the Court will set a sentencing schedule. Mailed notice (ca, ) (Entered: 09/19/2018) |
| 10/24/2018 | 390 | MOTION by Albert Rossini to continue *presence report due date* (Kling, Richard) (Entered: 10/24/2018) |
| 10/24/2018 | 391 | NOTICE of Motion by Richard S Kling for presentment of motion to continue 390 before Honorable John Z. Lee on 10/31/2018 at 09:30 AM. (Kling, Richard) (Entered: 10/24/2018) |
| 10/31/2018 | 393 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini.Motion hearing held on 10/31/18. Defendant's motion to continue the presentence report due date 390 is granted. At the 11/13/18 status hearing, the Court will set a schedule for the motion for a new trial and set a sentencing date. Mailed notice (ca, ) (Entered: 10/31/2018) |
| 11/13/2018 | 394 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. Status hearing held on 11/13/18. Defendant's motion for a new trial and motion to apply for funds under CJA shall be due by 1/11/19. A sentencing is scheduled for 5/30/19 at 11:00 a.m. Defendant's sentencing memorandum shall be due by 5/2/19; the government's memorandum is due by 5/16/19. Status hearing set for 1/16/19 at 9:30 a.m. Mailed notice (ca, ) (Entered: 11/14/2018) |
| 01/07/2019 | 413 | MOTION by Albert Rossini for extension of time (Kling, Richard) (Entered: 01/07/2019) |
| 01/07/2019 | 414 | NOTICE of Motion by Richard S Kling for presentment of motion for extension of time 413 before Honorable John Z. Lee on 1/16/2019 at 09:30 AM. (Kling, Richard) (Entered: 01/07/2019) |

| 01/16/2019 | 420 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. Status hearing held on 1/16/19. Defendant's motion for an extension of time 413 is granted. Defendant's motion for a new trial shall be due by 2/13/19. Status hearing set for 2/20/19 at 9:30 a.m. Mailed notice (ca, ) (Entered: 01/16/2019) |
|---|---|---|
| 02/08/2019 | 424 | MOTION by Albert Rossini for extension of time *(Unopposed)* (Kling, Richard) (Entered: 02/08/2019) |
| 02/11/2019 | 425 | NOTICE of Motion by Richard S Kling for presentment of motion for extension of time 424 before Honorable John Z. Lee on 2/13/2019 at 09:30 AM. (Kling, Richard) (Entered: 02/11/2019) |
| 02/12/2019 | 428 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini. Unopposed motion for extension of time until March 3, 2019 to file a motion for a new trial 424 is granted. The status hearing set for 2/20/19 is reset to 3/7/19 at 9:30 a.m. No appearance is required on the motion. Mailed notice (ca, ) (Entered: 02/12/2019) |
| 03/06/2019 | 434 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. By agreement of the parties, the status hearing set for 3/7/19 at 9:30 a.m. is reset to 3/7/19 at 11:30 a.m. Mailed notice (ca, ) (Entered: 03/06/2019) |
| 03/07/2019 | 435 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini. Status hearing held on 3/7/19. Defendant's motion for a new trial should be filed by 4/9/19. Status hearing set for 4/11/19 at 9:30 a.m. Mailed notice (ca, ) (Entered: 03/07/2019) |
| 03/22/2019 | 437 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. Defendant ordered to appear and be transported by U.S. Marshals Service for a status hearing set for 4/11/19 at 9:30 a.m. Mailed notice (ca, ) (Entered: 03/22/2019) |
| 04/08/2019 | 438 | MOTION by Albert Rossini for extension of time *to file motion for new trial* (Kling, Richard) (Entered: 04/08/2019) |
| 04/08/2019 | 439 | NOTICE of Motion by Richard S Kling for presentment of motion for extension of time 438 before Honorable John Z. Lee on 4/11/2019 at 09:30 AM. (Kling, Richard) (Entered: 04/08/2019) |
| 04/10/2019 | 440 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini. Motion for extension of time until April 16, 2019 to file a motion for a new trial 438 is granted; this is the final extension. The status hearing set for 4/11/19 is reset to 4/23/19 at 9:30 a.m. Defendant is ordered to appear and be transported by U.S. Marshals Service for the status hearing. No appearance is required on the motion. Mailed notice (ca, ) (Entered: 04/10/2019) |
| 04/17/2019 | 441 | MOTION by Albert Rossini for leave to *File Motion Instanter* (Attachments: # 1 Exhibit)(Kling, Richard) (Entered: 04/17/2019) |
| 04/17/2019 | 442 | MOTION by Albert Rossini for hearing *in connection with motion for new trial* (Kling, Richard) (Entered: 04/17/2019) |
| 04/18/2019 | 443 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. Defendant's motion for leave to file his motion instanter 441 is granted. Mailed notice (ca, ) (Entered: 04/18/2019) |

| | | | |
|---|---|---|---|
| 04/18/2019 | | 444 | MOTION by Albert Rossini to supplement *Motion for Evidentiary Hearing in Connection with Motion for New Trial* (Kling, Richard) (Entered: 04/18/2019) |
| 04/18/2019 | | 445 | NOTICE of Motion by Richard S Kling for presentment of motion to supplement 444 , motion for hearing 442 before Honorable John Z. Lee on 4/23/2019 at 09:30 AM. (Kling, Richard) (Entered: 04/18/2019) |
| 04/23/2019 | | 446 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. Status hearing held on 4/23/19. Motion for evidentiary hearing 442 is entered and continued for 5/22/19 at 9:30 a.m. Defendant's motion for a new trial shall be due by 5/17/19. Status hearing set for 5/22/19 at 9:30 a.m. The governments oral motion to unseal certain transcripts is granted. The clerk is directed to unseal the ex-parte transcript dated 6/4/18. Defendant is ordered to appear and be transported by U.S. Marshals Service for the motion hearing, Mailed notice (ca, ) (Entered: 05/06/2019) |
| 05/17/2019 | | 447 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. The sentencing set for 5/30/19 at 11:00 a.m. is reset to 5/30/19 at 3:00 p.m. Defendant is ordered to appear and be transported by the U.S. Marshals Service. Mailed notice (ca, ) (Entered: 05/17/2019) |
| 05/17/2019 | | 448 | MOTION by Albert Rossini for new trial *and Motion for Evidentiary Hearing in Connection with Motion for New Trial* (Kling, Richard) (Entered: 05/17/2019) |
| 05/17/2019 | | 449 | NOTICE of Motion by Richard S Kling for presentment of motion for new trial 448 before Honorable John Z. Lee on 5/22/2019 at 09:30 AM. (Kling, Richard) (Entered: 05/17/2019) |
| 05/20/2019 | | 450 | TRANSCRIPT OF PROCEEDINGS as to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy held on 01/11/2018, before the Honorable John Z. Lee. Order Number: 34581. Court Reporter Contact Information: Rosemary Scarpelli, Rosemary_Scarpelli@ilnd.uscourts.gov, (312)435-5885, on behalf of Alexandra Roth.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 6/10/2019. Redacted Transcript Deadline set for 6/20/2019. Release of Transcript Restriction set for 8/19/2019. (Scarpelli, Rosemary) (Entered: 05/20/2019) |
| 05/20/2019 | | 451 | TRANSCRIPT OF PROCEEDINGS as to Albert Rossini held on 06/04/2018, before the Honorable John Z. Lee. Court Reporter Contact Information: Rosemary Scarpelli, Rosemary_Scarpelli@ilnd.uscourts.gov, (312)435-5815, on behalf of Alexandra Roth.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the |

| | | Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. <br><br> Redaction Request due 6/10/2019. Redacted Transcript Deadline set for 6/20/2019. Release of Transcript Restriction set for 8/19/2019. (Scarpelli, Rosemary) (Entered: 05/20/2019) |
|---|---|---|
| 05/20/2019 | 452 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. The sentencing date of 5/30/19 is stricken. The Court will set a new sentencing date, if appropriate, after it rules on Defendant's motion for a new trial. Mailed notice (ca, ) (Entered: 05/20/2019) |
| 05/22/2019 | 454 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini. Motion hearing held on 5/22/19. The governments response to the motion for a new trial and motion for evidentiary hearing in connection with the motion for a new trial 448 shall be due by 6/14/19; reply due by 7/12/19. Defense counsel should provide an ex-parte motion requesting an investigator by 5/24/19. Motion for hearing 442 and motion to supplement 444 are stricken as moot. Status hearing set for 7/17/19 at 9:30 a.m. Defendant is ordered to appear and be transported by U.S. Marshals Service.Mailed notice (ca, ) (Entered: 05/22/2019) |
| 06/12/2019 | 457 | MOTION by USA for extension of time as to Albert Rossini (Hogstrom, Erik) (Entered: 06/12/2019) |
| 06/12/2019 | 458 | NOTICE of Motion by Erik A Hogstrom for presentment of motion for extension of time 457 before Honorable John Z. Lee on 6/14/2019 at 09:30 AM. (Hogstrom, Erik) (Entered: 06/12/2019) |
| 06/14/2019 | 459 | MINUTE entry before the Honorable John Z. Lee as to Albert Rossini: The Court grants the government's unopposed motion for extension of time to file a response to Defendant Rossini's motion to seek appointment of an investigator 457 to and including June 21, 2019. No appearance on the motion is required. Mailed notice (ags, ) (Entered: 06/14/2019) |
| 06/21/2019 | 462 | RESPONSE by USA as to Albert Rossini regarding MOTION by Albert Rossini for new trial and Motion for Evidentiary Hearing in Connection with Motion for New Trial 448 (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Hogstrom, Erik) (Entered: 06/21/2019) |
| 06/21/2019 | 463 | MOTION by USA for leave to file brief in excess of fifteen pages as to Albert Rossini Unopposed (Hogstrom, Erik) (Entered: 06/21/2019) |
| 06/24/2019 | 464 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini. Motion for leave to file excess pages 463 is granted.Mailed notice (ca, ) (Entered: 06/24/2019) |
| 07/10/2019 | 465 | MOTION by Albert Rossini for extension of time (Kling, Richard) (Entered: 07/10/2019) |
| 07/11/2019 | 466 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. Defendant's motion for extension of time 465 is granted. Defendant's reply in support of his motion for evidentiary hearing will be due on or before 7/26/19. Mailed notice (ca, ) (Entered: 07/11/2019) |

| 07/11/2019 | 467 | MOTION to withdraw as attorney as to Albert Rossini Richard Kling (Kling, Richard) (Entered: 07/11/2019) |
|---|---|---|
| 07/12/2019 | 468 | MOTION to withdraw as attorney as to Albert Rossini Richard Kling (Kling, Richard) (Entered: 07/12/2019) |
| 07/12/2019 | 469 | NOTICE of Motion by Richard S Kling for presentment of motion to withdraw as attorney 468 before Honorable John Z. Lee on 7/17/2019 at 09:30 AM. (Kling, Richard) (Entered: 07/12/2019) |
| 07/12/2019 | 470 | ATTORNEY Appearance for USA byJohn D. Mitchell (Mitchell, John) (Entered: 07/12/2019) |
| 07/17/2019 | 471 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini. Status and motion hearing held on 7/17/19. Defendant's motion to withdraw as counsel 467 468 is granted in part. Mr. Kling will continue in this case as stand-by counsel for Mr. Rossini. Mr. Rossini is granted leave to file a pro se reply in support of his motion for a new trial and motion for evidentiary hearing 448 ; it shall be due by 8/16/19. Status hearing set for 10/17/19 at 9:30 a.m. Defendant is ordered to appear and be transported by U.S. Marshals Service. Mailed notice (ca, ) (Entered: 07/17/2019) |
| 08/14/2019 | 473 | MOTION by Albert Rossini for additional time to file defendant's reply (Envelope postmark illegible) (las, ) (Entered: 08/14/2019) |
| 08/14/2019 | 474 | LETTER from Albert Rossini dated 8/7/2019 (Envelope postmarked illegible). (las, ) (Entered: 08/14/2019) |
| 08/15/2019 | 475 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini. Defendant's motion for extension of time 473 is granted. Defendant's reply in support of his motion for new trial shall be due on or before 8/31/19. The Clerk is directed to mail a copy of this order to Albert Rossini, No. 08043-424, Metropolitan Correctional Center, 71 W. Van Buren St., Chicago IL 60605. Mailed notice (ca, ) (Entered: 08/15/2019) |
| 08/22/2019 | 476 | REPLY by Albert Rossini to Government's response to a motion for new trial 462 ; (Exhibits). (Envelope postmark illegible). (smm, ) (Entered: 08/27/2019) |
| 08/29/2019 | 477 | MOTION by Albert Rossini to expand reply beyond 15-pages. (Envelope postmark 8/27/19; institution mail room 8/27/19). (smm, ) (Attachment(s): # 1 Defendant Rossini's Reply to the Government's Response to a Motion for a new trial) (RESTRICTED) (smm, ). Modified on 8/30/2019 (smm, ). (Entered: 08/30/2019) |
| 08/29/2019 | 479 | REPLY by Albert Rossini to MOTION by Albert Rossini for leave to file brief in excess of fifteen pages 477 ; (Attachments). (Envelope postmark 8/27/19; institution mail room 8/27/19). (smm, ) (Entered: 08/30/2019) |
| 08/30/2019 | 478 | NOTICE of Correction regarding MOTION by Albert Rossini for leave to file brief in excess of fifteen pages 477 as to Albert Rossini. (smm, ) (Entered: 08/30/2019) |
| 09/03/2019 | 480 | MINUTE entry before the Honorable John Z. Lee as to Albert Rossini: Defendant's motion for leave to file excess pages 477 is granted. Mailed notice (mw, ) (Entered: 09/03/2019) |

| | | |
|---|---|---|
| 09/06/2019 | 481 | EXHIBIT by Albert Rossini (Exhibits) (Envelope institutional postmark 9/3/2019) (Received for docketing on 9/12/2019) (sxb, ) (Entered: 09/12/2019) |
| 09/24/2019 | 484 | NOTICE of Motion by John D. Mitchell for presentment of motion for miscellaneous relief 483 before Honorable John Z. Lee on 9/26/2019 at 09:30 AM. (Mitchell, John) (Entered: 09/24/2019) |
| 09/24/2019 | 485 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. Defendant is ordered to appear and be transported by U.S. Marshals Service for the Motion Hearing set for 9/26/19 at 9:30 a.m.Mailed notice (ca, ) (Entered: 09/24/2019) |
| 09/25/2019 | 486 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini. The hearing date scheduled for 9/26/19 for Albert Rossini is stricken as entered in error. The U.S. Marshals will not transport Mr. Rossini on 9/26/19. Mailed notice (ca, ) (Entered: 09/25/2019) |
| 09/30/2019 | 490 | EX PARTE MOTION by Albert Rossini for court appointed investigator (Exhibits) (Envelope not postmarked ; institute mail room 9/25/2019) (las, ) (Entered: 10/04/2019) |
| 10/15/2019 | 498 | LETTER from Albert Rossini dated 10/10/19. (Envelope postmark 10/10/19). (smm, ) (Entered: 10/16/2019) |
| 10/16/2019 | 499 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. The status hearing set for 10/17/19 is reset to 11/14/19 at 9:30 a.m. Defendant is ordered to appear and be transported by U.S. Marshals Service.Mailed notice (ca, ) (Entered: 10/16/2019) |
| 10/17/2019 | 500 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. In this letter, Mr. Rossini requests to attend, and be transported to, the trial of Anthony and Babajan Khoshabe. This request is denied. Mailed notice (ca, ) (Entered: 10/17/2019) |
| 10/22/2019 | 501 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. By agreement of the parties, the status hearing set for 11/14/19 is reset to 11/12/19 at 9:30 a.m. Defendant is ordered to appear and be transported by U.S. Marshals Service. Mailed notice (ca, ) (Entered: 10/22/2019) |
| 10/28/2019 | 504 | LETTER from Albert Rossini dated 10/22/19. (Envelope postmark 10/23/19; institution mail room 10/23/19). (smm, ) (Entered: 10/30/2019) |
| 10/29/2019 | 503 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. The Court has received Albert Rossini's letter requesting "that all correspondence from the Court be directed to [him]" at the time it is filed electronically. Previously, the Court appointed Richard Kling as stand-by counsel in this case, and Mr. Kling currently is receiving ECF notifications of filings. Accordingly, the Court directs Mr. Kling to send a copy of any future filings to Mr. Rossini. To the extent that Mr. Rossini seeks copies of prior filings, he should request them from Mr. Kling. Mailed notice (ca, ) (Entered: 10/29/2019) |
| 11/08/2019 | 513 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. The status hearing set for 11/12/19 is reset to 12/11/19 at 9:30 a.m. Defendant is ordered to appear and be transported by U.S. Marshals Service. Mailed notice (ca, ) (Entered: 11/08/2019) |

| | | |
|---|---|---|
| 12/11/2019 | 545 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. The Court will issue its ruling on the motion for a new trial. Status hearing set for 1/30/20 at 9:30 a.m. Defendant is ordered to appear and be transported by U.S. Marshals Service.Mailed notice (ca, ) (Entered: 12/12/2019) |
| 12/20/2019 | 547 | LETTER from Albert Rossini dated 12/16/19; Affidavit; (Attachment). (Envelope not postmarked; institution mail room postmark on 12/17/19). (smm, ) (Entered: 12/24/2019) |
| 12/23/2019 | 548 | LETTER from Albert Rossini dated 12/16/19; (Attachments). (Envelope not postmarked; institution mail room postmark 12/18/19). (smm, ) (Entered: 12/27/2019) |
| 12/26/2019 | 549 | LETTER from Albert Rossini dated 12/16/19; (Attachments). (Envelope not postmarked; institution mail room 12/18/19). (smm, ) (Entered: 01/02/2020) |
| 01/28/2020 | 554 | ENTERED in Error. (ca, ) Modified on 1/29/2020 (smm, ). (Entered: 01/28/2020) |
| 01/28/2020 | 555 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. For the reasons stated in the memorandum opinion and order, Rossini's motion for a new trial and request for an evidentiary hearing with respect to that motion 448, and his ex parte motion for a court-appointed investigator 492 493, are denied. [For further details see memorandum opinion and order]. Mailed notice (ca, ) (Entered: 01/28/2020) |
| 01/28/2020 | 556 | MEMORANDUM Opinion and Order as to Albert Rossini Signed by the Honorable John Z. Lee on 1/28/20.Mailed notice (ca, ). (Entered: 01/28/2020) |
| 01/30/2020 | 557 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. Status hearing held on 1/30/20. Mr. Rossini requests a new attorney for the purpose of sentencing. The Court will provide Mr. Rossini and Mr. Kling additional time to review the Court's order denying Defendant's motion for a new trial and to discuss sentencing. Status hearing set for 2/19/20 at 9:30 a.m. Defendant is ordered to appear and be transported by U.S. Marshals ServiceMailed notice (ca, ) (Entered: 02/03/2020) |
| 02/14/2020 | 562 | NOTICE OF APPEAL by Albert Rossini regarding 555 , memorandum opinion and order 556 . (Envelope not postmarked; institution mail room 2/11/20). (smm, ) (Entered: 02/18/2020) |
| 02/14/2020 | 563 | MOTION by Albert Rossini to stay sentencing hearing. (Envelope not postmarked; institution mail room 2/11/20). (smm, ) (Entered: 02/18/2020) |
| 02/14/2020 | 564 | MOTION by Albert Rossini to stay sentencing, and MOTION by Albert Rossini for permission to file appeal prior to sentence. (Envelope not postmark; institution mail room 2/11/20). (smm, ) (Entered: 02/18/2020) |
| 02/18/2020 | 565 | NOTICE of Appeal Due letter sent to counsel of record regarding notice of appeal 562 . (smm, ) (smm, ). (Entered: 02/18/2020) |
| 02/18/2020 | 566 | Transmission of short record as to Albert Rossini to US Court of Appeals re notice of appeal 562 . (smm, ) (Entered: 02/18/2020) |
| 02/18/2020 | 567 | NOTICE of docketing record on appeal from USCA as to Albert Rossini re notice of appeal 562 . USCA Case Number 20-1270. (smm, ) (Entered: |

| | | |
|---|---|---|
| | | 02/20/2020) |
| 02/19/2020 | | ORAL MOTION by Albert Rossini for a new attorney.(smm, ) (Entered: 02/20/2020) |
| 02/19/2020 | 568 | ORDER as to Albert Rossini: Status hearing held on 2/19/20. For the reasons stated on the record, Defendant's oral motion for a new attorney is denied. The Court will reappoint Mr. Richard Kling as counsel given his knowledge of the case. Defendant's motion to stay sentencing 563 and motion for permission to appeal 564 also are denied. The cause is referred to the Probation Office for the preparation of a pre-sentence investigation report. Defendant's sentencing memorandum and objections to the report are to be filed by 5/5/20, and the government's response by 5/12/20. Sentencing is set for 5/21/20 at 2:00 p.m. In the event that the government is seeking an order of forfeiture in this matter, a motion for entry of a preliminary order of forfeiture should be filed by 5/5/20. Any objections or responses to the motion should be filed by 5/5/20. The Probation Office is directed to provide the parties with a copy of its sentencing recommendation. Pursuant to 18 U.S.C. § 3664(d)(1), if restitution is being sought in this case, 60 days prior to the sentencing date, the Government shall provide the Probation Office and the courtroom deputy an electronic standardized spreadsheet (available on the Court's website) with a list of victims and their full current contact information. This list shall include any amounts subject to restitution. If the Government is not able to provide the full victim list 60 days prior to sentencing, they shall file a motion to request an extension of time to compile the information, to the extent permitted by 18 U.S.C. § 3664(d)(5). Signed by the Honorable John Z. Lee on 2/19/20. Mailed notice (smm, ) (Entered: 02/20/2020) |
| 02/21/2020 | 569 | ORDER as to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy : It appearing that the U.S. Attorney's Office has identified former Assistant U.S. Attorneys in Attachment A who are no longer with the U.S., Attorney's Office and no longer represent the United States in the cases on the attached list; and It further appearing that the U.S. Attorney's Office has motioned the Court to terminate the attorneys listed from the cases in Attachment A; therefore It is hereby ordered that the Clerk is to terminate the attorneys named in the cases on Attachment A. Signed by the Honorable Rebecca R. Pallmeyer on 2/21/2020. Mailed notice. (sm, ) (Entered: 02/24/2020) |
| 03/04/2020 | 573 | MOTION to withdraw as attorney as to Albert Rossini Richard S. Kling (Kling, Richard) (Entered: 03/04/2020) |
| 03/05/2020 | 575 | NOTICE of Motion by Richard S Kling for presentment of motion to withdraw as attorney 573 before Honorable John Z. Lee on 3/11/2020 at 10:00 AM. (Kling, Richard) (Entered: 03/05/2020) |
| 03/06/2020 | 576 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. The motion hearing 573 set for 3/11/20 at 10:00 a.m. is reset to 3/11/20 at 9:30 a.m. Defendant is ordered to appear and be transported by U.S. Marshals Service. Mailed notice (ca, ) (Entered: 03/06/2020) |
| 03/10/2020 | 577 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini. The motion hearing set for 3/11/20 is reset to 3/13/20 at 10:00 a.m. Defendant is ordered to appear and be transported by U.S. Marshals Service.Mailed notice (ca, ) (Entered: 03/10/2020) |

| | | |
|---|---|---|
| 03/10/2020 | 578 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini. By agreement of the parties, the motion hearing set for 3/13/20 at 10:00 a.m. is reset to 3/13/20 at 10:30 a.m. Defendant is ordered to appear and be transported by U.S. Marshals Service. Mailed notice (ca, ) (Entered: 03/10/2020) |
| 03/12/2020 | 579 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. The Court apologizes for the inconvenience. However, due to exigent circumstances, the motion hearing set for 3/13/20 is reset to 3/18/20 at 9:30 a.m. The Court is grateful for your understanding. Defendant ordered to appear and be transported by U.S. Marshals Service. Mailed notice (ca, ) (Entered: 03/12/2020) |
| 03/16/2020 | 581 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. The motion hearing set for 3/18/20 is reset to 4/7/20 at 9:30 a.m. Defendant is ordered to appear and be transported by U.S. Marshals Service. Mailed notice (ca, ) (Entered: 03/16/2020) |
| 03/16/2020 | 582 | ORDER as to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy Amended General Order 20-0012 IN RE: CORONAVIRUS COVID-19 PUBLIC EMERGENCY Signed by the Chief Judge Rebecca R. Pallmeyer on March 16, 2020. All open cases are impacted by this Amended General Order. See attached Order for guidance.Signed by the Honorable Rebecca R. Pallmeyer on 3/16/2020. Mailed notice. (docket1, ) (Entered: 03/17/2020) |
| 03/17/2020 | 583 | ORDER as to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy On March 17, 2020, Amended General Order 20-0012 was further revised for all criminal matters. Paragraph 3(i) of the Amended Order, related to criminal matters, is hereby replaced with the following language: All other criminal hearings of any kind scheduled from March 17, 2020 until April 3, 2020 are stricken from the calendar, to be re-set by the presiding judge for a date on or after April 6, 2020. Also, any other deadlines, including motions, briefing, and discovery deadlines, whether set by the court or by the Rules of Criminal Procedure or Local Rules, are hereby extended by 21 days from the current deadline set. This 21-day extension is subject to modification by the presiding judge assigned to the case. See attached order. Revisions appear in red text.Signed by the Honorable Rebecca R. Pallmeyer on 3/17/2020. Mailed notice. (tg, ) (Entered: 03/17/2020) |
| 03/18/2020 | 588 | RENEWED MOTION by Albert Rossini for stay of Sentencing pending U.S. Tax Court Case and for Discovery request. (Exhibits) (Envelope Postmarked 3/18/2020-Insitution Mailroom date 3/18/2020) (jh, ) (Entered: 04/09/2020) |
| 03/18/2020 | 589 | ENTERED in Error (lma, ). (Entered: 04/09/2020) |
| 03/23/2020 | 584 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini. The motion hearing set for 4/7/20 is reset to 4/13/20 at 11:30 a.m. Defendant is ordered to appear and be transported by U.S. Marshals Service. Mailed notice (ca, ) (Entered: 03/23/2020) |
| 03/30/2020 | 586 | ORDER as to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy Seconded Amended General Order 20-0012 IN RE: CORONAVIRUS COVID-19 PUBLIC EMERGENCY Signed by the Chief Judge Rebecca R. Pallmeyer on March 30, 2020. All open cases are impacted |

| | | |
|---|---|---|
| | | by this Second Amended General Order. Amended General Order 20-0012, entered on March 17, 2020, and General Order 20-0014, entered on March 20, 2020, are vacated and superseded by this Second Amended General. See attached Order for guidance.Signed by the Honorable Rebecca R. Pallmeyer on 3/30/2020. Mailed notice. (docket15, ) (Entered: 03/31/2020) |
| 04/01/2020 | 587 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini. Pursuant to the Second Amended General Order 20-0012, In re: Coronovirus COVID-19 Public Emergency (dated Mar. 30, 2020), the motion hearing set for 4/13/20 is hereby stricken. In accordance with the terms of the General Order and for the reasons stated therein, the Court excludes time under the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A). The Court will issue an order scheduling a status hearing at a future date. Mailed notice (ca, ) (Entered: 04/01/2020) |
| 04/10/2020 | 590 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini. Hearing on Rossini's pro se motion 588 is scheduled for 5/13/20 at 9:30 a.m. Defendant is ordered to appear and be transported by U.S. Marshals Service. Mailed notice (ca, ) (Entered: 04/10/2020) |
| 04/10/2020 | 591 | NOTICE of Correction 589 as to Albert Rossini (lma, ) (Entered: 04/10/2020) |
| 04/10/2020 | 592 | LETTER from Albert Rossini dated 4/9/2020 (Envelope institutional postmark 4/10/2020). (sxb, ) (Entered: 04/23/2020) |
| 04/29/2020 | 593 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. Pursuant to the Third Amended General Order 20-0012, In re: Coronovirus COVID-19 Public Emergency (dated April. 24, 2020), the motion hearing set for 5/13/20 and sentencing scheduled for 5/21/20 are hereby stricken. The Court will issue an order scheduling a status hearing at a future date. Mailed notice (ca, ) (Entered: 04/29/2020) |
| 05/11/2020 | 595 | ORDER of USCA (certified copy) dated 4/17/20 as to Albert Rossini regarding notice of appeal 562 . IT IS ORDERED that this appeal is DISMISSED for lack of jurisdiction. (smm, ) (Entered: 05/13/2020) |
| 05/11/2020 | 596 | MANDATE of USCA dated 5/11/20 as to Albert Rossini regarding USCA order 595 ; No record to be returned. (smm, ) (Entered: 05/13/2020) |
| 05/22/2020 | 597 | LETTER from Albert Rossini dated 5/4/20. (Envelope postmark 5/6/20; institution mail room 5/6/20). (smm, ) (Entered: 05/22/2020) |
| 05/26/2020 | 598 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. The Court has received Albert Rossini's letter 597 requesting updates on his matter and any court developments that pertain to him. Previously, the Court appointed Richard Kling as stand-by counsel in this case, and Mr. Kling currently is receiving ECF notifications for this case. Accordingly, the Court directs Mr. Kling to provide Mr. Rossini with information regarding his case. Mailed notice (ca, ) (Entered: 05/26/2020) |
| 05/26/2020 | 599 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy. The Court orders the parties to file a joint written status report by June 5, 2020. The report, which shall be as concise as possible, shall address for each defendant: (1) the progress of discovery; (2) the status of briefing on any unresolved motions; (3) whether the parties are engaging in plea negotiations; (4) for cases without any |

| | | |
|---|---|---|
| | | future court dates, an agreed proposed schedule for the next 60 days; (5) for cases that have future court dates, an agreed revised schedule if the current schedule needs revision; (6) a request for any agreed action that the Court can take without a hearing; (7) whether the parties believe a telephonic hearing or in-person hearing is necessary in the immediate future, and, if so, the issue(s) that warrants discussion; and (8) whether the defendant agrees to exclude time for the purposes of the Speedy Trial Act for the next 60 days. Mailed notice (ca, ) (Entered: 05/26/2020) |
| 05/26/2020 | 600 | ORDER as to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy ORDER Fourth Amended General Order 20-0012 IN RE: CORONAVIRUS COVID-19 PUBLIC EMERGENCY Signed by the Chief Judge Rebecca R. Pallmeyer on May 26, 2020. This Order does not extend or modify any deadlines set in civil cases. For non-emergency motions, no motion may be noticed for presentment on a date earlier than July 15, 2020. See attached Order. Signed by the Honorable Rebecca R. Pallmeyer on 5/26/2020. Mailed notice. (docket13, ) (Entered: 05/26/2020) |
| 05/28/2020 | 601 | OBJECTION to your denial of my motion for new trial with Clerk of the Court pursuant to the General Order of Chief Judge Pallmeyer during the COVID lockdown by Albert Rossini to order 600 . (Envelope postmark 5/15/20). (smm, ) (Entered: 06/02/2020) |
| 05/28/2020 | 602 | NOTICE of filing as to Albert Rossini regarding objection 601 . (smm, ) (Entered: 06/02/2020) |
| 06/02/2020 | 603 | STATUS REPORT by USA as to Albert Rossini (Hogstrom, Erik) (Entered: 06/02/2020) |
| 06/03/2020 | 606 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini. The government should file a response to the renewed motion for stay of sentencing 588 by June 17, 2020. Additionally, the Court has reviewed Mr. Rossini's objections 601 to the denial of his motion for a new trial, and concludes that his arguments have already been addressed, including through the Court's earlier memorandum opinion and order 556 . Mailed notice (ca, ) (Entered: 06/03/2020) |
| 06/04/2020 | 607 | STATUS REPORT by Albert Rossini (Kling, Richard) (Entered: 06/04/2020) |
| 06/16/2020 | 610 | RESPONSE by USA as to Albert Rossini regarding MOTION by Albert Rossini to stay 588 (Hogstrom, Erik) (Entered: 06/16/2020) |
| 07/07/2020 | 615 | MOTION by Albert Rossini for production of witness statement from detention hearing. (Envelope postmarked 7/2/2020; Institution mail postmarked 7/1/2020) (ph, ) (Entered: 07/10/2020) |

| 07/10/2020 | 616 | ORDER as to Albert Rossini, Babajan Khoshabe, Anthony Khoshabe, Thomas W Murphy Fifth Amended General Order 20-0012 IN RE: CORONAVIRUS COVID-19 PUBLIC EMERGENCY Signed by the Chief Judge Rebecca R. Pallmeyer on July 10, 2020. This Order does not extend or modify any deadlines set in civil cases. No motions may be noticed for in-person presentment; the presiding judge will notify parties of the need, if any, for a hearing by electronic means or in-court proceeding. See attached Order. Signed by the Honorable Rebecca R. Pallmeyer on 7/10/2020. Mailed notice. (clerk1, Docket) (Entered: 07/10/2020) |
|---|---|---|
| 07/10/2020 | 619 | MOTION by Albert Rossini for production of witness statement from detention hearing. (Envelope postmarked 7/7/2020; Institution mail room 7/7/2020) (pj, ) (Entered: 07/14/2020) |
| 07/10/2020 | 620 | STATUS Statement and demand by Albert Rossini for retraction of Government's status report 603 . (Envelope postmarked 7/7/2020; Institution mail room 7/7/2020) (pj, ) (Entered: 07/14/2020) |
| 07/16/2020 | 621 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. The government is directed to file a response to Defendant's motion for production of witness statement 619 by 8/6/20. Mailed notice (ca, ) (Entered: 07/16/2020) |
| 07/20/2020 | 622 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini. Defendant's demand for retraction of the government's status report 620 is denied. The Court has taken note of Defendant's objections to the assertions in that status report. Mailed notice (ca, ) (Entered: 07/20/2020) |
| 07/22/2020 | 623 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. Defendant Albert Rossini's motion for stay of sentencing 588 is denied. While Rossini claims that he lacks certain "discovery materials" that were never "produced or received" in this case but are nonetheless "essential" to his arguments at sentencing, he only describes those materials and their purported value in exceedingly vague terms. Moreover, Rossini's current petition before the United States Tax Court does not warrant a delay of sentencing in this case; if Rossini believes that certain arguments regarding his conduct will be successful in his tax case, he may make those same arguments at sentencing without waiting on the completion of the Tax Court proceedings. A sentencing hearing is set for 10/13/20 at 10:15 a.m. The cause is referred to the probation office for the preparation of a pre-sentence investigation report, if one is necessary. The Probation Office is directed to provide the parties with a copy of its sentencing recommendation. Defendant's sentencing memorandum and objections to the report are to be filed by 9/28/20, and the government's response is to be filed by 10/5/20. If the government is seeking an order of forfeiture in this matter, a motion for entry of a preliminary order of forfeiture should be filed by 9/21/20. Any objections or responses to the motion should be filed by 10/5/20; if no objection is filed, any objections will be deemed waived, and the motion will be granted. Pursuant to 18 U.S.C. § 3664(d)(1), if restitution is being sought in this case, the government shall provide the Probation Office and the courtroom deputy an electronic standardized spreadsheet (available on the Court's website) with a list of victims and their full current contact information. This list should include any amounts subject to restitution and should be provided 60 days prior to the sentencing date. If the government is not able to provide the full list of victims 60 days prior to |

| | | |
|---|---|---|
| | | sentencing hearing, it should file a motion to request an extension of time to compile the information, to the extent permitted by 18 U.S.C. § 3664(d)(5). Defendant's counsel should file a short status report in 14 days as to whether Defendant will agree to waive his/her right to appear in person at the sentencing hearing and whether he/she will agree to conduct the sentencing hearing via video conference or telephone conference pursuant to § 15002(b)(1) of the CARES Act. Mailed notice (ca, ) (Entered: 07/22/2020) |
| 08/04/2020 | 625 | STATUS REPORT as to appearance at sentencing by Defendant Albert Rossini. (Envelope not postmarked; institution mail postmarked 7/23/2020) (Document has incorrect case number) (ph, ) (Entered: 08/04/2020) |
| 08/04/2020 | 626 | STATUS REPORT as to appearance at sentencing by Defendant Albert Rossini. (Envelope not postmarked; institution mail room 7/23/2020) (ph, ) (Entered: 08/05/2020) |
| 08/05/2020 | 627 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini. Defendant is ordered to appear and be transported by U.S. Marshals Service for sentencing scheduled for 10/13/20 at 10:15 a.m. Mailed notice (ca, ) (Entered: 08/05/2020) |
| 08/12/2020 | 628 | REQUEST by Albert Rossini for sentencing procedure and discovery; Notice. (Exhibits) (Envelope not postmarked; Institution mail room 8/10/2020) (ph, ) (Entered: 08/13/2020) |
| 08/14/2020 | 630 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. The government should file a response to Albert Rossini's motion for sentencing procedure and discovery 628 by August 28, 2020. Mailed notice (ca, ) (Entered: 08/14/2020) |
| 08/24/2020 | 635 | REQUEST as to sentencing procedure and discovery by Defendant Albert Rossini. (ph, ) (Entered: 08/25/2020) |
| 09/02/2020 | 636 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. By September 9, 2020, the government should file a response to Albert Rossini's motions for sentencing procedure and discovery 628 635 . Mailed notice (ca, ) (Entered: 09/02/2020) |
| 09/04/2020 | 638 | PRESENTENCE Investigation Report as to Albert Rossini (SEALED) (Mosley, Crystal) (Entered: 09/04/2020) |
| 09/04/2020 | 639 | RENEWED REQUEST by Albert Rossini for appointment of counsel. (Envelope not postmarked; Institution mail room 9/1/2020) (ph, ) (Entered: 09/04/2020) |
| 09/04/2020 | 640 | RENEWED REQUEST for appointment of counsel by Albert Rossini. (Envelope not postmarked; institution mail room 9/1/2020) (ph, ) (Entered: 09/08/2020) |
| 09/09/2020 | 641 | RESPONSE by USA to MOTION by Albert Rossini for discovery 628 (Mitchell, John) (Entered: 09/09/2020) |
| 09/16/2020 | 642 | REPLY by Albert Rossini to Government and supplement (Envelope post marked 9/11/2020) (rp, ) (Entered: 09/17/2020) |

| | | |
|---|---|---|
| 09/18/2020 | 643 | REPLY by Albert Rossini to reply to government and supplement. (Envelope post marked 9/11/2020) (rp, ) (Entered: 09/18/2020) |
| 09/28/2020 | 644 | REQUEST for postponement and reset of sentencing hearing by Defendant Albert Rossini. (Envelope not postmarked; institution mail room 9/23/2020) (ph, ) (Entered: 09/29/2020) |
| 09/29/2020 | 645 | REQUEST for postponement and reset of sentencing hearing by Defendant Albert Rossini. (Envelope not postmarked; institution mail room 9/23/2020) (ph, ) (Entered: 09/29/2020) |
| 10/01/2020 | 646 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. Telephone Conference set for 10/7/20 at 10:00 a.m. with counsel and the Defendant present by telephone. In light of the COVID-19 pandemic and the related General Orders, the Court finds that it is necessary to conduct the status hearing via telephone conference. The call-in number is 888-273-3658 and the access code is 1637578. Counsel of record will receive a separate email at least 12 hours prior to the start of the telephonic hearing with instructions on how to join the call. All persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in court-imposed sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. All participants should review the Court's standing order regarding telephone conferences that is on Judge Lee's website, which can be found at: https://www.ilnd.uscourts.gov/judge-info.aspx?4Qf5zc8loCI5U7rfMP9DHw==. Mailed notice (ca, ) (Entered: 10/01/2020) |
| 10/02/2020 | 647 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. The status hearing set for 10/7/20 at 10:00 a.m. is reset to 10/7/20 at 9:00 a.m., the dial in number remains the same. Mailed notice (ca, ) (Entered: 10/02/2020) |
| 10/06/2020 | 651 | PRELIMINARY Objections to Sentencing Procedures and Information by Defendant Albert Rossini. (Envelope postmarked 10/2/2020; institution mail room 10/2/2020) (ph, ) (Entered: 10/07/2020) |
| 10/07/2020 | 650 | MINUTE entry before the Honorable John Z. Lee: Status hearing held on 10/7/20. Mr. Kling informed the Court that Mr. Rossini does not want him to continue as standby counsel. For the reasons stated, Mr. Rossini's request to appoint counsel 639 640 is granted. The Court will recruit counsel to represent Mr. Rossini for the purpose of sentencing. The Court will not consider any additional motions for a new trial. Defendant's motions to postpone the sentencing 644 645 are granted. The sentencing set for 10/13/20 is stricken. A telephone status hearing is set for 11/13/20 at 9:00 a.m. with counsel and the Defendant present by telephone. In light of the COVID-19 pandemic and the related General Orders, the Court finds that it is necessary to conduct the status hearing via telephone conference. The call-in number is 888-273-3658 and the access code is 1637578. Counsel of record will receive a separate email at least 12 hours prior to the start of the telephonic hearing with instructions on how to join the call. All persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in court-imposed |

| | | |
|---|---|---|
| | | sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. All participants should review the Court's standing order regarding telephone conferences that is on Judge Lee's website, which can be found at: https://www.ilnd.uscourts.gov/judge-info.aspx?4Qf5zc8loCI5U7rfMP9DHw==Mailed notice (ca, ) (Entered: 10/07/2020) |
| 10/08/2020 | 652 | MINUTE entry before the Honorable John Z. Lee: As to Albert RossiniDefendant's motions [ 453 , 615 , 619 , 628 , and 635 are stricken without prejudice subject to newly appointed counsel reviewing the motions and refiling if necessary. Mailed notice (ca, ) (Entered: 10/08/2020) |
| 10/08/2020 | 653 | MOTION by Albert Rossini for leave to appear Attorney Panel CJA Attorney: Clarence Butler Jr.. (Attachments: # 1 Attorney Appearance)(Butler, Clarence) (Entered: 10/08/2020) |
| 10/09/2020 | 655 | CJA ORDER Appointing Counsel Clarence Butler, Jr for Albert Rossini Under the Criminal Justice Act. Signed by the Honorable John Z. Lee on 10/9/2020. Mailed notice (ph, ) (Entered: 10/13/2020) |
| 10/27/2020 | 656 | CJA ORDER Appointing Counsel Under the Criminal Justice Act. Signed by the Honorable John Z. Lee on 10/27/20. Mailed notice (nsf, ) (Entered: 10/27/2020) |
| 11/10/2020 | 659 | ATTORNEY Appearance for defendant Albert Rossini by Clarence Butler (Butler, Clarence) (Entered: 11/10/2020) |
| 11/13/2020 | 660 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. Status hearing held on 11/13/20. Defense attorney reports that he has had discussions with prior counsel Mr. Kling and retrieved four boxes of discovery and requests time to review he discovery. That request is granted. Status hearing set for 1/8/21 at 9:00 a.m. In light of the COVID-19 pandemic and the related General Orders, the Court finds that it is necessary to conduct the status hearing via telephone conference. The call-in number is 888-273-3658 and the access code is 1637578. Counsel of record will receive a separate email at least 12 hours prior to the start of the telephonic hearing with instructions on how to join the call. All persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in court-imposed sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. All participants should review the Court's standing order regarding telephone conferences that is on Judge Lee's website, which can be found at: https://www.ilnd.uscourts.gov/judge-info.aspx?4Qf5zc8loCI5U7rfMP9DHw==. Mailed notice (ca, ) (Entered: 11/13/2020) |
| 12/14/2020 | 662 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. The status hearing set for 1/8/21 is reset to 1/13/21 at 9:15 a.m., the dial in number remains the same. Mailed notice (ca, ) (Entered: 12/14/2020) |
| 01/13/2021 | 669 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini. Status hearing held on 1/13/21. Defense counsel reports that he has reviewed the |

| | | |
|---|---|---|
| | | discovery provided by the government and that Mr. Rossini had provided him with additional documents that need to be reviewed. The sentencing hearing is set for 4/16/21 at 11:00 a.m. Defendant's sentencing memorandum and objections to the report are to be filed by 4/2/21. In the memorandum, Defendant should indicate whether Defendant agrees to conduct the sentencing hearing by video pursuant to the CARES Act; the government's response is due by 4/9/21. Mailed notice (ca, ) (Entered: 01/13/2021) |
| 03/15/2021 | 678 | LETTER from Albert Rossini dated 3/8/2021. (Envelope not postmarked; institution mail room 3/9/2021) (lma, ) (Entered: 03/15/2021) |
| 03/15/2021 | 679 | MOTION by Albert Rossini for extension of time as to letter 678 (Butler, Clarence) (Entered: 03/15/2021) |
| 03/15/2021 | 680 | NOTICE of Motion by Clarence Butler for presentment of motion for extension of time 679 before Honorable John Z. Lee on 3/23/2021 at 09:30 AM. (Butler, Clarence) (Entered: 03/15/2021) |
| 03/22/2021 | 681 | MINUTE entry before the Honorable John Z. Lee as to Albert Rossini: In light of the COVID-19 pandemic and the related General Orders, the Court finds that it is necessary to conduct the motion hearing set for 3/23/21 at 9:30 a.m. via telephone conference. The call-in number is 888-273-3658 and the access code is 1637578. Counsel of record will receive a separate email at least 12 hours prior to the start of the telephonic hearing with instructions on how to join the call. All persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in court-imposed sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. All participants should review the Court's standing order regarding telephone conferences that is on Judge Lee's website, which can be found at: https://www.ilnd.uscourts.gov/judge-info.aspx?4Qf5zc8loCI5U7rfMP9DHw== Mailed notice. (jjr, ) (Entered: 03/22/2021) |
| 03/23/2021 | 682 | MINUTE entry before the Honorable John Z. Lee as to Albert Rossini: The motion hearing set for 3/23/2021 at 9:30 a.m. 680 is stricken and reset for 3/24/2021 at 11:00 a.m. The call-in number is 888-273-3658 and the access code is 1637578. Counsel of record will receive a separate email at least 12 hours prior to the start of the telephonic hearing with instructions on how to join the call. All persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in court-imposed sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. All participants should review the Court's standing order regarding telephone conferences that is on Judge Lee's website, which can be found at: https://www.ilnd.uscourts.gov/judge-info.aspx?4Qf5zc8loCI5U7rfMP9DHw==. Mailed notice. (jjr, ) (Entered: 03/23/2021) |
| 03/24/2021 | 683 | MINUTE entry before the Honorable John Z. Lee: Telephonic motion hearing held on 3/24/2021. Defendant Albert Rossini (1) present via telephone with the assistance of defense counsel. Defendant's motion for extension of time as to |

| | | |
|---|---|---|
| | | letter 679 is granted; however, this is the final extension. Sentencing hearing previously set for 4/16/2021 is reset for 7/6/2021 at 2:00 p.m. Defendant's sentencing memorandum and objections to the report are to be filed by 6/15/2021. In the memorandum, Defendant should indicate whether Defendant agrees to conduct the sentencing hearing by video pursuant to the CARES Act; the government's response is due by 6/29/2021. Mailed notice (gel, ) (Entered: 03/24/2021) |
| 04/20/2021 | 689 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini. By agreement of the parties, the sentencing set for 7/6/21 is stricken and reset to 7/1/21 at 2:00 p.m. Defendant's sentencing memorandum and objections to the report are to be filed by 6/8/2021. In the memorandum, Defendant should indicate whether Defendant agrees to conduct the sentencing hearing by video pursuant to the CARES Act. The government's response is due by 6/22/2021. Mailed notice (yt) (Entered: 04/20/2021) |
| 05/11/2021 | 691 | LETTER from Albert Rossini dated 5/3/2021. (Envelope postmarked 5/4/2021; institution mail room 5/4/2021) (lma, ) (Entered: 05/14/2021) |
| 05/11/2021 | 692 | NOTICE of Filing by Albert Rossini regarding letter 691 . (Envelope postmarked 5/4/2021; institution mail room 5/4/2021) (lma, ) (Entered: 05/14/2021) |
| 06/08/2021 | 693 | MOTION by Albert Rossini to postpone or continue sentencing hearing; Notice of filing. (Envelope postmarked 6/2/2021; institution mail room 6/2/2021) (lma, ) (Entered: 06/08/2021) |
| 06/09/2021 | 694 | MOTION to withdraw as attorney as to Albert Rossini Clarence Butler Jr. (Butler, Clarence) (Entered: 06/09/2021) |
| 06/09/2021 | 695 | NOTICE of Motion by Clarence Butler for presentment of (Butler, Clarence) (Entered: 06/09/2021) |
| 06/11/2021 | 696 | ORDER as to Albert Rossini : A jury convicted Albert Rossini of multiple counts of mail fraud and wire fraud on June 14, 2018. After delays occasioned by Rossini's post-trial motions and the COVID-19 pandemic, Rossini is currently set to be sentenced on July 1, 2021over three years after the conclusion of his trial. On May 11, 2020, Rossini submitted a letter complaining about his current appointed counsel, which the Court construes as a motion for the appointment of new counsel. See ECF No. 691. And on June 8, 2021, Rossini filed a motion to continue the sentencing in light of his dissatisfaction with his attorney. See ECF No. 693. For the following reasons, Rossini's motions are denied. Signed by the Honorable John Z. Lee on 6/11/21. [For further details see order]. (ca, ) (Entered: 06/11/2021) |
| 06/11/2021 | 697 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. Motion to withdraw 694 is set for hearing on 6/16/21 at 9:30 a.m. The call-in number is 888-273-3658 and the access code is 1637578. Counsel of record will receive a separate email at least 12 hours prior to the start of the telephonic hearing with instructions on how to join the call. All persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in court-imposed sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to |

| | | |
|---|---|---|
| | | future hearings, or any other sanctions deemed necessary by the Court. All participants should review the Court's standing order regarding telephone conferences that is on Judge Lee's website, which can be found at: https://www.ilnd.uscourts.gov/judge-info.aspx?4Qf5zc8loCI5U7rfMP9DHw==. (ca, ) (Entered: 06/11/2021) |
| 06/15/2021 | 698 | SUPPLEMENT citation by Albert Rossini to the motion for postponement of sentencing hearing 693 . (Envelope postmarked 06/08/2021, institution mail room 06/08/2021) (rc, ) (Entered: 06/15/2021) |
| 06/15/2021 | 699 | NOTICE of FILING as to Albert Rossini. (Envelope postmarked 06/08/2021, institution mail room 06/08/2021) (rc, ) (Entered: 06/15/2021) |
| 06/16/2021 | 700 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini. Motion hearing held on 6/16/21. For the reasons stated on the record, Defendant's motion to withdraw as attorney 694 is denied. Rossini's motion to postpone the sentencing 693 is denied. The sentencing set for 7/1/21 is reset to 8/20/21 at 1:30 p.m. Defendant's sentencing memorandum is due by 7/30/21; the government's memorandum is due by 8/6/21. (ca, ) (Entered: 06/17/2021) |
| 06/17/2021 | 701 | SUPPLEMENTAL Citation to the Defendant's Motion for Postponement of Sentencing Hearing by Albert Rossini; Notice of filing. (Envelope postmarked 6/8/2021; institution mail room 6/8/2021) (lma, ) (Entered: 06/17/2021) |
| 07/08/2021 | 709 | INTENTION to Proceed Pro Se by Albert Rossini. (Attachments). (Envelope postmark date 7/2/21). (gcy, ) (Entered: 07/09/2021) |
| 07/12/2021 | 710 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. Motion to proceed pro se 709 is set for 7/14/21 at 9:15 a.m. by Cisco Webex. The attorneys will receive the invitation by email. (ca, ) (Entered: 07/12/2021) |
| 07/13/2021 | 712 | MOTION by Albert Rossini Withdraw ProSe Notification (Butler, Clarence) (Entered: 07/13/2021) |
| 07/13/2021 | 713 | NOTICE of Motion by Clarence Butler for presentment of motion for miscellaneous relief 712 before Honorable John Z. Lee on 7/14/2021 at 09:15 AM. (Butler, Clarence) (Entered: 07/13/2021) |
| 07/14/2021 | 715 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. Motion hearing held on 7/14/21. The Court is informed that Defendant withdraws his notification to proceed pro se and will remain represented by Ms. Butler. (ca, ) (Entered: 07/15/2021) |
| 07/30/2021 | 719 | MOTION by Albert Rossini for extension of time (Butler, Clarence) (Entered: 07/30/2021) |
| 07/30/2021 | 720 | NOTICE of Motion by Clarence Butler for presentment of motion for extension of time 719 before Honorable John Z. Lee on 8/20/2021 at 01:30 PM. (Butler, Clarence) (Entered: 07/30/2021) |
| 08/02/2021 | 721 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. Defendant Rossini's motion for an extension of time to file Defendant's sentencing memorandum, to and including 8/6/21, is granted 719 . The government's memorandum is due by 8/13/21. The sentencing date of 8/20/21 stands. (ca, ) (Entered: 08/02/2021) |

| 08/03/2021 | 722 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. The sentencing scheduled for 8/20/21 at 1:30 p.m. will be in person. (ca, ) (Entered: 08/03/2021) |
|---|---|---|
| 08/09/2021 | 724 | LETTER from Albert Rossini dated 8/2/2021. (Envelope postmarked 8/2/2021) (lma, ) (Entered: 08/10/2021) |
| 08/09/2021 | 725 | NOTICE of Filing as to Albert Rossini (lma, ) (Entered: 08/10/2021) |
| 08/11/2021 | 726 | SENTENCING MEMORANDUM and objections to presentence report as to Albert Rossini. (Attachments) (Envelope postmarked 8/7/2021) (lma, ) Modified on 8/11/2021 (lma, ). (Entered: 08/11/2021) |
| 08/12/2021 | 727 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. Status hearing set for 8/16/21 at 2:00 p.m. by telephone. The call-in number is 888-273-3658 and the access code is 1637578. Counsel of record will receive a separate email at least 12 hours prior to the start of the telephonic hearing with instructions on how to join the call. All persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in court-imposed sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. All participants should review the Court's standing order regarding telephone conferences that is on Judge Lee's website, which can be found at: https://www.ilnd.uscourts.gov/judge-info.aspx?4Qf5zc8loCI5U7rfMP9DHw==. (ca, ) (Entered: 08/12/2021) |
| 08/13/2021 | 728 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. The status hearing set for 8/16/21 at 2:00 p.m. is reset to 8/16/21 at 2:30 p.m., the dial in number remains the same. (ca, ) (Entered: 08/13/2021) |
| 08/16/2021 | 729 | MOTION (Butler, Clarence) (Entered: 08/16/2021) |
| 08/16/2021 | 730 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini. Status hearing held on 8/16/21. The sentencing set for 8/20/21 is reset to 8/27/21 at 2:00 p.m. in person. Defense counsel will provide Mr. Rossini with a copy of his proposed sentencing memorandum by 8/17/21; the government's memorandum is due by 8/24/21. Any motion by Defendant to proceed pro se is due by 8/19/21. (ca, ) (Entered: 08/17/2021) |
| 08/17/2021 | 731 | EXHIBITS by Albert Rossini. (Envelope not postmarked, institution mailroom 08/10/2021) (rc, ) (Entered: 08/17/2021) |
| 08/17/2021 | 732 | EXHIBITS by Albert Rossini. (Envelope not postmarked, institution mailroom 08/10/2021) (rc, ) (Entered: 08/17/2021) |
| 08/24/2021 | 733 | SENTENCING MEMORANDUM as to Albert Rossini (Mitchell, John) (Entered: 08/24/2021) |
| 08/24/2021 | 734 | LETTER from Albert Rossini dated 8/19/2021 (Envelope not postmarked) (Institutional postmark 8/20/2021) (exr, ) (Entered: 08/25/2021) |
| 08/24/2021 | 735 | LETTER from Albert Rossini dated 8/19/2021; Notice (Envelope not postmarked) (Institutional postmark 8/20/2021) (exr, ) (Entered: 08/25/2021) |

| 08/27/2021 | 736 | MOTION by Albert Rossini Sentencing Memo (Butler, Clarence) (Entered: 08/27/2021) |
|---|---|---|
| 08/27/2021 | 737 | NOTICE of Motion by Clarence Butler for presentment of motion for miscellaneous relief 736 before Honorable John Z. Lee on 8/27/2021 at 02:00 PM. (Butler, Clarence) (Entered: 08/27/2021) |
| 08/27/2021 | 738 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. Status hearing held on 8/27/21. For the reasons stated on the record, the sentencing set for 8/27/21 is reset to 9/10/21 at 10:30 a.m. to be held in person. Defendant's supplemental sentencing memorandum by defense counsel is due by 9/6/21. Mr. Rossini was informed of his rights, and if he believes it necessary to file its own supplemental memorandum after speaking with counsel, he may do so by 9/6/21. (ca, ) (Entered: 08/27/2021) |
| 09/09/2021 | 740 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. The Court has received two communications from Defendant. First, Defendant Rossini's wife informs the Court that Rossini has prepared his pro se supplemental sentencing memorandum, but was not able to submit it in a timely fashion due to various circumstances at the MCC. She states that Rossini will bring the memorandum with him to the sentencing hearing scheduled for tomorrow, 9/10/21. Second, Rossini's counsel, Mr. Butler, informs the Court that he was unable to prepare and file a sentencing memorandum as directed by the Court, because Rossini has not provided him with the documents that were necessary for the filing. This Court has provided numerous extensions to Defendant Rossini and accommodated his various requests so that he can provide whatever information and materials he believes the Court should consider for the purposes of sentencing. At this point, the interests of justice dictate that the sentencing hearing must go forward on an expeditious manner. That said, the Court needs time to review whatever sentencing materials Rossini and his attorney wish to present for the Court's consideration. Accordingly, the Court will provide Rossini and his counsel with one final opportunity to submit whatever materials they believe are relevant to sentencing. Again, as explained previously, in the event that Defendant and his attorney disagree as to what should be filed, the Court would appreciate the input of both for sentencing. Therefore, Defendant's counsel should file a sentencing memorandum that he believes is in the best interests of the Defendant. Defendant may file his own materials as well, and if he disavows or disagrees with what his counsel states in counsel's sentencing memorandum, Rossini should note such disagreement in his filing, and the Court will disregard counsel's statements to which Rossini objects. Rossini and/or his counsel must file any additional sentencing materials no later than 9/30/21. This should be more than enough time for Defendant and his counsel to prepare and file the sentencing materials. If the events at the MCC prevent Defendant from filing his materials, the Court directs Mr. Butler to obtain and file the materials on Defendant's behalf, and Defendant is ordered to cooperate in Mr. Butler's efforts to do so. No further extensions of time will be given. If Defendant and/or his counsel do not file anything else, the Court will consider only the submissions that the parties have made up to 9/30/21 as well as any arguments presented by the parties at the sentencing hearing. The sentencing hearing scheduled for 9/10/21 is reset to 10/12/21 at 1:30 p.m. It will take place in person. (ca, ) (Entered: 09/09/2021) |

| 09/10/2021 | 741 | MOTION by Albert Rossini for relief under the First Step Act (Butler, Clarence) (Entered: 09/10/2021) |
|---|---|---|
| 09/10/2021 | 742 | NOTICE of Motion by Clarence Butler for presentment of Reduction First Step Act 741 before Honorable John Z. Lee on 9/10/2021 at 10:00 AM. (Butler, Clarence) (Entered: 09/10/2021) |
| 09/10/2021 | 743 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. No appearance is required on the motion for compassionate release set for 9/10/21. (ca, ) (Entered: 09/10/2021) |
| 09/10/2021 | 744 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. The government is directed to respond to Defendant's motion for compassionate release et al. 741 by 9/24/21. The motion will be heard at the sentencing hearing. (ca, ) (Entered: 09/10/2021) |
| 09/24/2021 | 746 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. By agreement of the parties, the government's response to Defendant's motion for compassionate release 741 is now due by 10/6/21. (ca, ) (Entered: 09/24/2021) |
| 10/06/2021 | 747 | RESPONSE by USA to MOTION by Albert Rossini for relief under the First Step Act 741 (Mitchell, John) (Entered: 10/06/2021) |
| 10/06/2021 | 748 | SEALED Document *A. Rossini's MCC Medical Records* (Mitchell, John) (Entered: 10/06/2021) |
| 10/07/2021 | 749 | SUPPLEMENTAL SENTENCING MEMORANDUM by Albert Rossini. (Envelope not postmarked; institution mail room 09/24/2021) (rc, ) (Entered: 10/08/2021) |
| 10/07/2021 | 750 | MOTION by Albert Rossini request to be released from restitution. (Envelope not postmarked; institution mail room 09/24/2021) (rc, ) (Entered: 10/08/2021) |
| 10/10/2021 | 751 | MOTION by Albert Rossini to Reduce Sentence - USSC Amendment (Butler, Clarence) (Entered: 10/10/2021) |
| 10/12/2021 | 752 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini. The sentencing set for 10/12/21 at 1:30 p.m. is reset to 10/12/21 at 3:00 p.m. (ca, ) (Entered: 10/12/2021) |
| 10/12/2021 | 754 | MINUTE entry before the Honorable John Z. Lee: As to Albert Rossini. Sentencing hearing held on 10/12/21. Motion to be released from restitution 750 is denied. (ca, ) (Entered: 10/13/2021) |
| 10/14/2021 | 755 | ORDER as to Albert Rossini : ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A) (COMPASSIONATE RELEASE). Upon motion of ' the defendant ' the Director of the Bureau of Prisons for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission,IT IS ORDERED that the motion is: Denied. Signed by the Honorable John Z. Lee on 10/14/21. [For further details see order]. (ca, ) (Entered: 10/14/2021) |
| 10/21/2021 | 758 | STATEMENT of Correction as to Albert Rossini (SEALED) (Sohl, David) (Entered: 10/21/2021) |

| | | |
|---|---|---|
| 10/25/2021 | 759 | NOTICE OF APPEAL by Albert Rossini regarding Order on motion for Reduction First Act 755 , order on motion for miscellaneous relief sentencing 754 . (Envelope postmarked 10/19/2021, institution mail room 10/19/2021) (rc, ) (Entered: 10/25/2021) |
| 11/12/2021 | 761 | NOTICE of Appeal Due letter sent to counsel of record regarding notice of appeal 759 . (rc, ) (Entered: 11/12/2021) |
| 11/12/2021 | 762 | Transmission of short record as to Albert Rossini to US Court of Appeals re notice of appeal 759 . (rc, ) (Entered: 11/12/2021) |
| 11/12/2021 | 763 | NOTICE of docketing record on appeal from USCA as to Albert Rossini regarding notice of appeal 759 . USCA Case Number 21-3115. (jn, ) (Entered: 11/15/2021) |
| 11/18/2021 | 764 | JUDGMENT (Sentencing Order) as to Albert Rossini (1): The Defendant was found guilty on count(s) one through fourteen after a plea of not guilty. The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: 132 months as to each of counts one through fourteen; the sentence to run concurrently. The defendant is remanded to the custody of the United States Marshal. Upon release from imprisonment, you shall be on supervised release for a term of: Three (3) years as to each of counts one through fourteen; the sentence to run concurrently. Criminal Monetary Penalties. Schedule of Payments. (Terminated defendant Albert Rossini). Signed by the Honorable John Z. Lee on 11/18/2021. Mailed certified copy to Albert Rossini's counsel of record Clarence Butler. (ph, ) (Entered: 11/19/2021) |
| 11/18/2021 | 765 | STATEMENT of Reasons as to Albert Rossini (SEALED) Mailed certified copy to Albert Rossini's counsel of record Clarence Butler. (ph, ) (Entered: 11/19/2021) |
| 11/19/2021 | | JUDGMENT and Commitment as to Albert Rossini issued to U.S. Marshal via e-mail in PDF format. (ph, ) (Entered: 11/19/2021) |
| 11/19/2021 | | FORWARDED certified copy of Judgment (Sentencing Order) with Statement of Reasons to the Docketing Department of the U.S. Attorney's Office and the U.S. District Court's Fiscal Department as to Albert Rossini. (ph, ) (Entered: 11/19/2021) |
| 01/06/2022 | 776 | TRANSCRIPT OF PROCEEDINGS as to Albert Rossini held on 10/12/21, before the Honorable John Z. Lee. Court Reporter Contact Information: Joseph Rickhoff, 312-435-5562, joseph_rickhoff@ilnd.uscourts.gov.<P>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.</P> Redaction Request due 1/27/2022. Redacted Transcript Deadline set for 2/7/2022. Release of Transcript Restriction set for 4/6/2022. (Rickhoff, Joseph) (Entered: 01/06/2022) |
| 01/19/2022 | 780 | Entered in Error. (exr, ) Modified on 2/10/2022 (rc, ). (Entered: 01/20/2022) |

| 01/19/2022 | 781 | MOTION by Albert Rossini for sentence reduction under 18 U.S.C. §3582(c)(1)(A) (Compassionate Release) (exr, ) (Entered: 01/20/2022) |
|---|---|---|
| 01/19/2022 | 782 | MEDICAL RECORDS and additional medical information in support of motion for sentence reduction under 18 U.S.C. §3582(c)(1)(A) by Albert Rossini (exr, ) (Entered: 01/20/2022) |
| 01/19/2022 | 790 | Entered in Error. (jn, ) Modified on 2/10/2022 (rc, ). (Entered: 02/01/2022) |
| 01/19/2022 | 795 | Entered in Error. (kl, ) Modified on 2/10/2022 (rc, ). (Entered: 02/04/2022) |
| 01/19/2022 | 796 | MOTION by Albert Rossini for compassionate release pursuant to 18 U.S.C. §3582(c) (Exhibits) (Envelope not postmarked; institution mail room 01/14/2022) (rc, ) (Main Document 796 replaced on 2/10/2022) (rc, ). (Entered: 02/07/2022) |
| 01/27/2022 | 788 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. The government's response to Defendant's motion for compassionate release 780 is due by 2/28/22. (ca, ) (Entered: 01/27/2022) |
| 02/01/2022 | 791 | MAILED General Order 19-0003 to Albert Rossini. (jn, ) (Entered: 02/01/2022) |
| 02/09/2022 | 798 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. Because they appear to be duplicative of 780 , motions 790 , 795 , and 796 are stricken. The Government is ordered to respond only to 780 by the 2/28/22 deadline. (ca, ) (Entered: 02/09/2022) |
| 02/10/2022 | 799 | NOTICE of Correction regarding MOTION by Albert Rossini for release from custody 795 , MOTION 780 , MOTION by Albert Rossini for relief under the First Step Act 790 , MOTION by Albert Rossini for release from custody 796 as to Albert Rossini. (rc, ) (Entered: 02/10/2022) |
| 02/10/2022 | 800 | MINUTE entry before the Honorable John Z. Lee as to Albert Rossini: Minute entry 798 is vacated. The Government is directed to respond to motion 796 , as the notice from the docketing department 799 indicates that this motion has a full and complete scan of all exhibits. The deadline for the government's response remains 2/28/2022. Mailed notice (ags) (Entered: 02/10/2022) |
| 02/10/2022 | 801 | ATTORNEY Designation for USA of David Green (Green, David) (Entered: 02/10/2022) |
| 02/14/2022 | 804 | MEDICAL Records of Brenda Rossini as supplement to Defendant's compassionate release motion by Brenda Rossini on behalf of Albert Rossini regarding motion for release from custody 796 . (Exhibit). (jn, ) (Entered: 02/14/2022) |
| 02/14/2022 | 805 | NOTICE of Filing Medical Records of Brenda Rossini as supplement to defendant's compassionate release motion by Brenda Rossini on behalf of Albert Rossini regarding 804 . (Envelope not postmarked). (jn, ) (Entered: 02/14/2022) |
| 03/01/2022 | 812 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. The government has requested a one week extension to respond to the motion for compassionate release, that requested is granted. The government's response is now due by 3/7/22. (ca, ) (Entered: 03/01/2022) |

| 03/07/2022 | 813 | RESPONSE by USA as to Albert Rossini regarding MOTION by Albert Rossini for release from custody 796 (Attachments: # 1 Exhibit)(Green, David) (Entered: 03/07/2022) |
|---|---|---|
| 03/11/2022 | 823 | STATUS REPORT by Albert Rossini: Pursuant to Motion Under 18 U.S.C. Section 3582(c)(1)(A). (Envelop Postmarked 3/8/2022)(Institution Postmarked 3/8/2022) (sxh, ) (Entered: 03/11/2022) |
| 03/11/2022 | 824 | NOTICE of filing as to Albert Rossini regarding status report 823 (Envelop Postmarked 3/8/2022)(Institutional Postmarked 3/8/2022) (sxh, ) (Entered: 03/11/2022) |
| 03/18/2022 | 828 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. In his most recent status report, Defendant Rossini asks leave to file a supplemental brief in support of his motion under 18 U.S.C. 3582(c)(1)(A) by March 21, 2022. That request is granted. (ca, ) (Entered: 03/18/2022) |
| 03/22/2022 | 835 | LETTER from Albert Rossini dated 3/16/2022. (Notice of Filing) (Envelope not postmarked; institution mail room 3/17/2022) (lma, ) (Entered: 03/23/2022) |
| 04/08/2022 | 840 | LETTER from Brenda Rossini dated 4/4/2022. (Envelope postmarked 4/5/2022; institution mail room postmark 4/5/2022) (ph, ) (Entered: 04/08/2022) |
| 05/06/2022 | 854 | MOTION by Albert Rossini to grant compassionate release. (Attachment: Notice of Filing) (Envelope not postmarked, institution mail room 05/03/2022) (rc, ) (Entered: 05/09/2022) |
| 05/06/2022 | 855 | AFFIDAVIT filed by Albert Rossini in support of motion to grant compassionate release. (Envelope not postmarked, institution mail room 05/03/2022) (rc, ) (Entered: 05/09/2022) |
| 05/24/2022 | 861 | MINUTE entry before the Honorable John Z. Lee:As to Albert Rossini. Defendant Albert Rossini has filed for compassionate release 796 , and additionally has filed a supplemental motion urging the court to grant that motion 854 . Mr. Rossini argues that both the recent rise in COVID-19 cases resulting from the Omicron variant, see ECF No. 796, and his wife's serious health issues, see ECF No. 854, constitute extraordinary and compelling circumstances, which warrant a reduction in his sentence. Because Rossini's conviction is currently on appeal, this Court would not have the authority to grant the motion. However, Federal Rule of Criminal Procedure 37 makes clear that where a Court lacks authority to grant a motion due to an appeal, the court does still have the authority to deny the motion. Fed. R. Crim. P. 37(a)(2). Accordingly, the Court proceeds to the merits of Rossini's motions to determine the appropriate course of action. First, it is not clear that either of Mr. Rossini's proposed circumstances constitute "extraordinary and compelling reasons" within the meaning of 18 U.S.C. § 3582. See, e.g., United States v. Barbee, 25 F.4th 531, 533 (7th Cir. 2022) (reaffirming that COVID-19 alone does not constitute an extraordinary and compelling reason to reconsider the sentences of vaccinated inmates who have "not presented any evidence establishing that [they are] more at risk for an adverse outcome in prison than [they] would be if released," even after the Omicron surge on which Mr. Rossini rests his argument); see also United States v. Curtis, 846 F. App'x 411, 413 (7th Cir. 2021) (affirming the finding that a defendant's mother's health issues did not |

| | | |
|---|---|---|
| | | constitute extraordinary and compelling reasons where the defendant did not claim that no other family members could serve as her caregiver). The Court notes in particular that Mr. Rossini does not make a showing as to why other family members, such as an adult child, cannot care for his wife. He merely asserts, without evidence or explanation, that he is her only potential caregiver. But even if Mr. Rossini's proffered reasons constituted extraordinary and compelling reasons to reconsider his sentence, this Court would still have to "consider[] the factors set forth in section 3553(a) to the extent that they are applicable" 18 U.S.C. § 3582(c)(2). Neither Mr. Rossini's initial motion 796 , nor his supplemental motion 854 , address the 3553(a) factors beyond pointing to the support system he would have if released. And so the Court sees no information that would alter the 3553(a) analysis performed at Mr. Rossini's October 12, 2021 sentencing. Accordingly, his motions for compassionate release are denied. (ca, ) (Entered: 05/24/2022) |
| 06/10/2022 | 867 | NOTICE OF APPEAL by Albert Rossini regarding order 861 (Attachment) (Envelope not postmarked, institution mail room 6/7/2022) (jg, ) (Entered: 06/10/2022) |
| 06/10/2022 | 868 | NOTICE of Appeal Due letter sent to counsel of record regarding notice of appeal 867 (jg, ) (Entered: 06/10/2022) |