UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 15 CR 515-1, 2 |
| | ) | Judge Edmond E. Chang |
| ALBERT ROSSINI | ) | |
| BABASHAN KHOSHABE | ) | |

**UNOPPOSED MOTION TO CORRECT CLERCIAL ERRORS IN JUDGMENT ORDERS**

The UNITED STATES OF AMERICA, by its attorney, JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, hereby makes this motion pursuant to Federal Rule of Criminal Procedure 36 seeking the Court to correct clerical errors contained in the Judgment Orders for defendants Albert Rossini and Babashan Khoshabe.

**Albert Rossini**

1. On October 12, 2021, the Honorable John Z. Lee, to whom this case was previously assigned, sentenced defendant Albert Rossini to a term of 132 months' imprisonment. The Judgment Order, Docket #764, also ordered defendant Rossini to pay $5,272,847 in restitution.

2. The government has determined that the restitution amount listed in the Judgment Order is incorrect. The correct restitution amount for defendant Rossini is actually $5,238,576. The mistake appears to have resulted from the government including in the Victim Import Spreadsheet amounts that had previously been returned to an investor.

3. Accordingly, the government asks that this Court amend Rossini's Judgment to reflect restitution being ordered in the amount of 5,238,576. In connection with this motion, the government will submit an updated and corrected Victim Import Spreadsheet to the Court and to

the Probation Officer. The amounts paid in restitution to each investor on the Amended Judgment Order should correspond to the amounts listed in the updated and corrected Victim Import Spreadsheet.

4. Counsel for defendant Rossini has informed the undersigned Assistant United States Attorney that he has no objection to the motion.

**Babashan Khoshabe**

1. On February 22, 2022, Judge Lee sentenced defendant Babashan Khoshabe to a term of 24 months' imprisonment. The Judgment Order, Docket #814, also ordered defendant Khoshabe to pay $4,575,289 in restitution.

2. The government has determined that the restitution amount listed in defendant Khoshabe's Judgment is incorrect. More specifically, the correct restitution amount for defendant Khoshabe is $4,609,560. The amount to be paid to each investor on defendant Khoshabe's Judgment is correct. When totaled, however, those numbers equal $4,609,560, not the $4,575,289 amount that is listed in the Judgment.

5. Accordingly, the government asks that this Court amend Khoshabe's judgment to reflect restitution being ordered in the amount of $4,609,560. In connection with this motion, the government will submit an updated and corrected Victim Import Spreadsheet to the Court and to the Probation Officer for defendant Khoshabe. However, as noted above, the amounts due to each investor as contained in the Judgment for defendant Khoshabe are correct.

6. Counsel for defendant Khoshabe has informed the undersigned Assistant United States Attorney that he has no objection to the motion.

WHEREFORE, the government requests that this Court grant this motion and amend the Judgments for defendants Rossini and Khoshabe as detailed above.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By: /s/ Jason A. Yonan
JASON A. YONAN
Assistant U.S. Attorney
219 South Dearborn St., Rm. 500
Chicago, Illinois 60604
(312) 353-0708

Dated: September 28, 2022