## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                                   Case No.: 1:15−cr−00515
                                                       Honorable Edmond E. Chang

, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 5, 2022:

      MINUTE entry before the Honorable Edmond E. Chang as to Albert Rossini: Although the Defendant has filed a notice of appeal, which typically deprives the District Court of jurisdiction over the case, the Defendant does not object to the amendment of the judgment as to restitution, R. 887, andcruciallyit does not appear that this amendment of the judgment will affect the appeal in anyway. So there is jurisdiction to enter the amended judgment. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.