United States District Court
Northern District of Illinois
Eastern Division

**United States of America**,

   Plaintiff,

v.

**Albert Rossini**,

   Defendant.

No. 1:15-cr-515-1

Judge Edmond E. Chang

## Motion for Release of Pretrial Services File to Defense Counsel

Defendant Albert Rossini was convicted by a jury and sentenced to 132 months imprisonment on November 18, 2021. *See* [764]. Mr. Rossini was also charged in a semi-related matter, No. 1:17-cr-00522, which is scheduled for trial before Judge Tharp beginning March 3, 2022. Undersigned counsel represents Mr. Rossini in that case.

During defense counsel's investigation, counsel learned that while Mr. Rossini was on pretrial release in this case he was approved for employment with Jorge Perez. This occurred after Mr. Perez sent a letter to Pretrial Services confirming the employment, and after Pretrial Services Officer Justin Wiersema met Mr. Perez on at least two occasions. Mr. Perez is a witness in the case pending before Judge Tharp and Mr. Rossini's employment with Mr. Perez is one of the relevant subjects for trial.

Based on the above, defense counsel has reason to believe that the pretrial services file on Mr. Rossini is likely to contain correspondence with Mr. Perez and notes or other documents related to the employment and conversations with Mr. Perez. Counsel contacted Mr. Wiersema via email, who indicated that a court order is needed to release the pretrial services file to defense counsel.

- 2 -

Consequently, counsel requests that the Court enter an order directing the Pretrial Services Office to release Mr. Rossini's file to defense counsel.

Respectfully Submitted,

/s/ James G. Vanzant
Attorney for Albert Rossini

James G. Vanzant
BLAINE & VANZANT, LLP
922 Davis Street
Evanston, Illinois 60201
Tel.: (312) 788-7584
E-mail: jgv@blainevanzant.com