# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.                                                        Case No.: 1:15−cr−00515

                                                         Honorable Edmond E. Chang

, et al.

Defendant.

---

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 2, 2023:

     MINUTE entry before the Honorable Edmond E. Chang as to Albert Rossini: Given the trial date in 1:17−cr−522, to ensure that any discussion on Defendant Rossini's motion [906] to disclose records is held on a timely basis, the tracking status hearing of 02/17/2023 is reset to a video hearing on 02/14/2013 at 12:30 p.m. Members of the public and media will be able to call in to listen to the sentencing hearing. The call−in number is (650) 479−3207 and the access code is 2309 380 9877##. Counsel of record will receive an email before the start of the hearing with instructions to log into the hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.