## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:15−cr−00515
Honorable Edmond E. Chang

, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 2, 2023:

MINUTE entry before the Honorable Edmond E. Chang as to Albert Rossini: With regard to Defendant Rossini, on review of the docket in 17−cr−522, the trial has been continued to 07/21/2023. The briefing schedule is adjusted as follows: the government shall respond by 02/15/2023. The Defendant may reply by 02/22/2023. The video hearing of 02/14/2023 is reset to 03/01/2023 at 10:45 a.m., with the Defendant's presence still waived, see R. 911. Members of the public and media will be able to call in to listen to the hearing. The call−in number is (650) 479−3207 and the access code is 2309 380 9877##. Counsel of record will receive an email before the start of the hearing with instructions to log into the hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.