UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALBERT ROSSINI | 15 CR 515-1<br><br>Hon. Edmond E. Chang |

**UNITED STATES' RESPONSE TO DEFENDANT ROSSINI'S
MOTION FOR RELEASE OF PRETRIAL SERVICES FILE**

The UNITED STATES OF AMERICA, by its attorney, JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, through Assistant United States Attorney Paul Schied, hereby responds to defendant Albert Rossini's motion for release of pretrial services file to defense counsel.  The United States does not oppose defendant's motion, and respectfully requests that the pretrial services file be provided to undersigned counsel for the United States in conjunction with its release to counsel for defendant Rossini.  The United States has conferred with defense counsel, who does not oppose the release of the file to the United States.

                              Respectfully submitted,

                              JOHN R. LAUSCH, JR.
                              United States Attorney

By:   /s/ *Paul Schied*
        PAUL SCHIED
        Assistant U.S. Attorney
        219 South Dearborn St., Rm. 500
        Chicago, Illinois 60604
        (312) 697-4091

Dated: February 7, 2023