# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

, et al.

Defendant.

Case No.: 1:15−cr−00515
Honorable Edmond E. Chang

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 15, 2023:

MINUTE entry before the Honorable Edmond E. Chang as to Albert Rossini: On Defendant Albert Rossini's motion [906] to release Pretrial Services file concerning employer Jorge Perez, in light of the non−objection from the government, R. 915, the motion is granted in part: the Pretrial Services Office shall disclose to both defense counsel and the government any correspondence (such as emails, texts, or letters) to and from Mr. Perez, as well as any records that Mr. Perez might have provided to Pretrial Services. But any internal notes written or maintained by the Pretrial Services Officer is not subject to disclosure at this time without a further specific showing of need. Right now, what appears to be relevant and producible are the categories of correspondence and records that the Court specified. Pretrial Services shall provide the correspondence and records to counsel by 02/27/2023. The hearing of 03/01/2023 is vacated. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.