UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 15 CR 515-1 |
| v. | ) | |
| | ) | Edmond E. Chang |
| ALBERT ROSSINI | ) | District Judge |

**GOVERNMENT'S UNOPPOSED MOTION
TO SUPPLEMENT THE RECORD ON APPEAL**

The United States of America, by MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, hereby moves to supplement the record on appeal, and states as follows:

1. Defendant Albert Rossini has appealed the sentence imposed by this court to the Seventh Circuit Court of Appeals. Defendant filed his appellate brief on October 14, 2022, and the United States will file its brief on March 17, 2023.

2. Under Rule 10(a) of the Federal Rules of Appellate Procedure, "[t]he original papers and exhibits filed in the district court; . . . the transcript of proceedings, if any; and . . . a certified copy of the docket entries prepared by the district clerk" constitute the record on appeal.

3. The government intends to rely in its response brief on Government Exhibit Investor List and Government Exhibit Investor Funds, which were admitted at trial. *See* Tr. 818-19, 830. As Government Exhibit Investor List and Government Exhibit Investor Funds are not currently in the record on appeal, the government wishes to supplement the record so that these exhibits are available for review by the Seventh Circuit Court of Appeals.

4. A copy of the government's proposed cover sheet to accompany the proposed exhibits when submitted to the Clerk's Office is attached this motion.

5. The government has conferred with defense counsel, who does not oppose and has no objection to this motion.

WHEREFORE, the United States respectfully requests that the court issue an order directing the clerk to supplement the record on appeal with Government Exhibit Investor List and Government Exhibit Investor Funds.

Respectfully submitted.

MORRIS PASQUAL
Acting United States Attorney

By: /s/ Ashley A. Chung
Ashley A. Chung
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 371-3208