UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 15 CR 515-1 |
| v. | ) | |
| | ) | Edmond E. Chang |
| ALBERT ROSSINI | ) | District Judge |

**UNITED STATES' EXHIBITS**

The United States of America, by MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, hereby furnishes the District Court Clerk with the following exhibits to be included in the record on appeal:

    a. Government Exhibit Investor List; and
    b. Government Exhibit Investor Funds.

                        Respectfully submitted.

                        MORRIS PASQUAL
                        Acting United States Attorney

By:    */s/ Ashley A. Chung*
        Ashley A. Chung
        Assistant United States Attorney
        219 South Dearborn Street
        Chicago, Illinois 60604
        (312) 371-3208