# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

, et al.

Defendant.

Case No.: 1:15−cr−00515
Honorable Edmond E. Chang

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 17, 2023:

MINUTE entry before the Honorable Edmond E. Chang as to Albert Rossini: With regard to Defendant Albert Rossini, the government's unopposed motion to supplement the record on appeal [928] is granted. The Clerk's Office shall transmit Government Exhibit Investor List and Government Exhibit Investor Funds to the Seventh Circuit. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.