## LIST OF INVESTORS
## May 24, 2011 - August 31, 2013

| Name | Amounts Paid | Amounts Received | Difference |
|---|---|---|---|
| Assyrian Evangelical Church | $270,555 | ($118,439) | -$152,116 |
| Babaoghli, Susan | $263,271 | ($38,507) | -$224,764 |
| Badalian, Beneta | $140,660 | ($66,466) | -$74,194 |
| Badalian, Robert | $739,771 | ($330,869) | -$408,902 |
| Bahramis, Gus | $37,500 | ($13,770) | -$23,730 |
| Bolos, Ilias | $37,500 | | -$37,500 |
| Hormozian, Henry | $145,200 | ($43,226) | -$101,974 |
| Kazemi, Katayoun | $120,000 | ($4,495) | -$115,505 |
| Khamis, Albert | $97,000 | ($24,420) | -$72,580 |
| Khodi, Kathy | $1,299,800 | ($175,784) | -$1,124,016 |
| Khoshaba, Janet | $125,000 | ($16,746) | -$108,254 |
| Khoshaba, John | $88,000 | ($16,762) | -$71,238 |
| Khoshabe, Fereidoon | $826,245 | ($628,810) | -$197,435 |
| Khoshabe, Melinda | | ($25,311) | $25,311 |
| Khoshabe, Melita | | ($7,640) | $7,640 |
| Lazar, Benva | $260,100 | ($38,900) | -$221,200 |
| Lazar, Youel | | ($25,400) | $25,400 |
| Moghaddasi, Vladimir | $958,785 | ($220,016) | -$738,769 |
| Moshi, Fidel | $170,000 | ($190,085) | $20,085 |
| Moshi, Havanna | $75,000 | ($17,738) | -$57,262 |
| Moshi, Nastors | $620,000 | ($69,334) | -$550,666 |
| Moshi, Valantina | $170,000 | ($20,970) | -$149,030 |
| Pithyou, Ashoor | | ($10,000) | $10,000 |
| Pithyou, Awiquam | $412,400 | ($152,743) | -$259,657 |
| St. Odisho Church | $300,000 | ($36,670) | -$263,330 |
| Yousif, Ibrahim | $225,000 | ($259,271) | $34,271 |
| Total | $7,381,787 | ($2,552,371) | |



GOVERNMENT EXHIBIT

Investor List