# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**CERTIFIED COPY**
A True Copy
Teste:

*[signature]*

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

## FINAL JUDGMENT

June 7, 2023

Before

**MICHAEL Y. SCUDDER**, *Circuit Judge*
**AMY J. ST. EVE**, *Circuit Judge*
**THOMAS L. KIRSCH II**, *Circuit Judge*

| | |
|---|---|
| No. 21-3115 | UNITED STATES OF AMERICA,<br>　　　　Plaintiff - Appellee<br><br>v.<br><br>ALBERT ROSSINI,<br>　　　　Defendant - Appellant |
| **Originating Case Information:** | |
| District Court No: 1:15-cr-00515-1<br>Northern District of Illinois, Eastern Division<br>District Judge John Z. Lee | |

The judgment of the District Court is **AFFIRMED** in accordance with the decision of this court entered on this date.

*[signature]*

Clerk of Court

form name: **c7_FinalJudgment**     (form ID: **132**)